**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS; STATE OF CALIFORNIA; STATE OF COLORADO; and STATE OF MINNESOTA,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*; U.S. OFFICE OF MANAGEMENT AND BUDGET; ROBERT F. KENNEDY JR*., in his official capacity as Secretary of the U.S. Department of Health & Human Services*; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; JIM O'NEILL, *in his official capacity as Acting Director of the U.S. Centers for Disease Control & Prevention*; U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION; DONALD J. TRUMP, *in his official capacity as President of the United States*; and the UNITED STATES;<br><br>　　Defendants. | Case No. 1:26-cv-1566 |

# EXHIBIT 1

Declaration of Susan Fanelli

## DECLARATION OF SUSAN FANELLI

I, Susan Fanelli, declare as follows:

1. I am a resident of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Chief Deputy Director of Health Quality and Emergency Response for the California Department of Public Health (CDPH). I have served in several executive leadership roles within CDPH's Directors Office over the years. I was appointed as the Chief Deputy Director in March 2018, served as Acting Director in July 2019, and as Assistant Director between May 2015 and March 2018. In these roles, I oversaw several cross-cutting functions including public affairs, quality improvement, public health accreditation, and emergency preparedness.

3. In my current position, which I started in February 2022, I oversee the work of the various Centers within CDPH, including the Center for Preparedness and Response, the Center for Infectious Disease, and the Center for Laboratory Sciences. In this capacity, I work with Center Deputies to set policy direction, identify and remove barriers to program implementation, and evaluate program performance. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. Having spent more than ten years in CDPH's Emergency Preparedness Office, including several years as the Deputy Director and Assistant Deputy Director, I have been involved in the public health and medical response to a large number of public health emergencies including COVID-19, H1N1, wildfires, Ebola, earthquakes, and Zika. In

coordinating planning and response efforts, I have worked closely with nearly all programs in CDPH and have developed an understanding of not only their day-to-day activities but also how crucial public health infrastructure is to maintaining public health as well as preparing for and responding to public health emergencies.

5. CDPH aims to optimize the health and wellbeing of all people in California. CDPH works with local health departments, as well as public and private partners, to implement policies and programs that advance public health. Because California has a large, diverse population that covers a vast geographic area, CDPH's local health departments, public partners, and private partners are vital to informing, coordinating, and providing quality public health services to the public.

6. I provide this declaration to explain some of the immediate adverse impacts CPDH faces from impending termination of the Public Health Infrastructure Grant (PHIG) awarded to CDPH by the U.S. Centers for Disease Control and Prevention ("CDC"), of the U.S. Department of Health and Human Services.

7. CDPH received an email notification from the Association of State and Territorial Health Officials on February 9th with a list of upcoming grant terminations in our state. ASTHO shared that they were alerted by members of Congress and given permission to share with individual states.

8. As of the date of this declaration, CDPH has not received any communication from CDC, written or otherwise, about the impending award terminations.

**The Public Health Infrastructure Grant**

9. PHIG is a five-year grant allocated in multiple components that are issued on different timelines. The purpose of the grant is to strengthen public health infrastructure by

investing in the public health workforce, foundational capabilities, and data modernization. The goal of these investments is to help public health transition from response to recovery, tackle today's population health challenges, and build a sustainable system that can reduce inequities and respond to future threats.

10. PHIG is a national program and CDC awarded funds to all 50 states. In my experience, all state grant recipients generally operate and spend their PHIG funds in a substantially similar manner and on projects with substantially similar goals.

11. PHIG is a key part of California's efforts to address public health infrastructure, including expanding the public health workforce, significant laboratory investments, data modernization (i.e., vaccination data modernization), emergency response projects, and more. In California, the grant includes funding to support a total of 265.5 full-time employees, 85.5 state operations and 180 local assistance positions. These positions include epidemiologists, data scientists, community health workers, health educators, and preparedness staff.

12. PHIG is organized into three major components:

- Workforce (Component A1), which aims to increase the size and capabilities of the public health workforce by hiring, retaining, supporting and training public health workers and by strengthening workforce planning, systems, processes and policies. Funding for this component is a non-competitive, five-year award, meaning funds are awarded at the beginning of the period of performance for the full five-year period.

- Foundational Capabilities (Component A2), which aims to strengthen recipients' overall systems, processes, and policies to ensure a strong core infrastructure necessary to support essential public health services. The

    funding supports activities to strengthen these essential areas: 1) assessment and surveillance, 2) emergency preparedness and response, 3) policy development and support, 4) communications, 5) community partnerships, 6) organizational competencies, 7) accountability and performance management, and 8) equity. Funding for this component is a non-competitive annual award, meaning funds are awarded in annual installments over the five-year performance period.

- Data Modernization (Component A3), which supports public health agencies develop a more modern and efficient data environment, increase the interoperability of data systems, and increase recipients' ability to use public health data to identify and address issues of public health concern. Funding for this component is a combination of non-competitive five-year awards and a competitive annual award.

13. The timeline for the components is:

- A1 funding was provided in the first year of the grant for a 5-year period (December 1, 2022-November 30, 2027).

- A2 funding is provided annually starting in year 2 of the grant award for one year with the authority to spend down the funds until the end of the grant period (November 30, 2027). Funding was provided on December 1, 2022, December 1, 2023, and December 1, 2024.

- A3 funds are provided for various data infrastructure initiatives beginning at different years in the grant cycle. The funding is provided annually with the authority to expend funds until the end of the grant term.

4

14. CDPH applied for and has been awarded funds for all three PHIG Components—A1, A2 and A3. In California, the PHIG funding is divided between local public health entities and the state. CDPH has been awarded a total of $179 million, $36.8 million of which CDPH passes through to 50 of local health departments. Of the $179 million, $100 million is currently unspent. Attached as Exhibit A is the most recent Notice of Award for the PHIG program. The Notice of Award is dated January 26, 2026.

15. Among other projects, CDPH and local recipients have used the Workforce component funds to:

- increase the number of interns and fellows deployed into the California Pathways into Public Health Initiative, which serves in part to increase the capacity of state and local health departments;
- fund experienced epidemiologists in mentoring less experienced public health staff by providing technical assistance and guidance in data analysis and intervention planning. This included developing expertise essential to rural health;
- fund a public health nurse role in Sierra County to work in areas lacking healthcare professionals;
- launch a Pipeline Internship Project with Bakersfield Community College, supporting 16 students and creating pathways to public health careers.

16. As one example of CDPH's use of the data modernization funds, CDPH's Infectious Disease Laboratory Branch is updating the agency's ability to receive and send electronic laboratory data to the state reporting system. CDPH is also modernizing its Immunization Information Systems.

17. To date, CDC has never provided CDPH with notice, written or otherwise, that its administration of the PHIG grant was in any way unsatisfactory.

**Irreparable Injury to State from Agency Action**

18. In addition to the $179 million dollars in PHIG funding to CDPH threatened by the CDC action, 10 large California local health departments receive over $320 million directly.

19. Loss of PHIG funding midway through a multi-year grant award is highly disruptive. Terminating the funding will result in a loss of staff for CDPH as well as staff across 50 local health departments across the state. In addition, investments in community projects, staff training, strengthening and modernizing data systems, and laboratory improvements are midway through planning and implementation and would be disrupted and ultimately wasted. Disruption to active programs and partnerships also undermines community trust and relationships built through active collaborations.

20. The loss of funding would reduce California's public health capacity to perform vital public health functions, including emergency planning and response, data collection and surveillance, staff training, and coordination with community partners.

21. The loss of funding would disrupt workforce development programs which are critical to building the future public health workforce through sponsoring internships as well as skill-building programs to prepare existing staff for emerging challenges.

22. Grant termination would result in the loss of effective public health programs addressing community needs. PHIG is being actively leveraged to establish the foundational capacity for public health to address and respond to a wide range of issues. Examples of public health programs that have been supported by PHIG include::

- Emergency response projects

- - - Tulare County Public Health used PHIG funding to support outreach and coordination with 14 federally qualified health centers to make H5N1 testing and treatment available and to deliver materials in multiple languages, ensuring access for all workers.
  - Community listening sessions
    - Lake County hired an environmental health technician and analyst to support its response to cyanobacteria blooms, which pose serious risks to humans and animals, and to improve oversight of food safety inspections, conduct water quality checks, and address sanitation concerns.
  - Community Outreach and Education
    - A Senior Outreach Program supported by Sierra County Public Health Department for the growing over-65 community. The goal is to help their aging population stay in their homes longer, establish their wellness goals, and provide simple interventions to prevent injury.
- A local Oral Health Program to provide virtual dental home services in school and community-based settings for Medi-Cal eligible Nevada county residents. Screened and treated more than 30 kids in need of urgent dental care.
- Mono County Public Health released social media messaging in both English and Spanish to address Hantavirus prevention, targeting the Spanish-speaking domestic worker population, and conducted various outreach activities including community conversations, radio ad

campaigns, print ads, and hand-delivered resources to ensure the messaging reached both English and Spanish speakers.

23. As stated above, CDPH also passes through $36.8 million of PHIG funding to local health departments in California that they use to strengthen local public health workforce capacity, recruitment, retention and response to protect their communities. CDPH understands that the loss of this funding may lead to layoffs of public health staffing. These workforce and infrastructure grants are critical to try to retain public health staff protecting our communities from public health threats with increasing frequency and complexity.

24. CDPH anticipates that the harms to the directly funded local health departments from a loss of PHIG funding will be similar to the harms that CDPH and its pass-through entities will experience.

25. CDPH does not have the budgetary resources or flexibility to immediately make up for the lost PHIG funding.

26. If these critical public health infrastructure grants are terminated abruptly from state and local public health departments amidst record breaking levels of measles cases in our state and across the U.S., including our first measles outbreak in California in 5 years, loss of these resources will make it more difficult to detect public health threats early, and lead to delayed response such as post-exposure prophylaxis for exposed vulnerable populations such as infants, pregnant women, and those with compromised immune systems, resulting in preventable hospitalizations and deaths.

27. In short, termination of CDPH's PHIG awards would have immediate adverse impacts on California's skilled public health workforce and the critical services they provide—impacts that cannot simply be undone if these awards are terminated and then later restored.

8

On the morning of February 11, 2026, we learned that HHS notified Congress of its intent to terminate additional grants to California, citing the same "agency priorities" justification."

I declare under penalty of perjury that the foregoing is true and correct.

                                          Executed February 11, 2026, in Sacramento, California.

                                          *Susan Fanelli*
                                          _____
                                          Susan Fanelli
                                          Chief Deputy Director of Health Quality and Emergency
                                          California Department of Public Health