**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS; STATE OF CALIFORNIA; STATE OF COLORADO; and STATE OF MINNESOTA,<br><br>       Plaintiffs,<br><br>       v.<br><br>RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*; U.S. OFFICE OF MANAGEMENT AND BUDGET; ROBERT F. KENNEDY JR*., in his official capacity as Secretary of the U.S. Department of Health & Human Services*; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; JIM O'NEILL, *in his official capacity as Acting Director of the U.S. Centers for Disease Control & Prevention*; U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION; DONALD J. TRUMP, *in his official capacity as President of the United States*; and the UNITED STATES;<br><br>       Defendants. | Case No. 1:26-cv-1566 |

# EXHIBIT 2

## Declaration of Sarah L. Rudman

I, Sarah L. Rudman, declare as follows:

1.      I am a resident of the State of California.  I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to matters stated upon information and belief, I believe them to be true.  If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the County of Santa Clara ("County") as the Health Officer and Director of the Public Health Department, overseeing approximately 721 employees who provide a wide array of services to safeguard and promote the health of the community.  I have been serving in this role since October 9, 2025.

3.      Prior to and until my appointment as the Health Officer and Director of the Public Health Department, I served as the Acting Health Officer and Director of the County's Public Health Department, following the retirement of the County's then-current Health Officer and Director of the Public Health Department in April 2025.  I also served as Acting Health Officer and Director of the County's Public Health Department from 2023 to 2024.

4.      From 2022 to 2025, I served as Deputy Health Officer and Director of the Infectious Disease and Response Branch of the Public Health Department.  In these roles, I played a leadership role on public health issues for all of Santa Clara County.  I also served as Assistant Public Health Officer from 2016 to 2022, working to prevent and control the spread of various diseases and on other efforts to protect the health and wellbeing of residents of Santa Clara County.

5.      In addition to my work for the County, I currently serve as an adjunct clinical assistant professor in the Infectious Disease Division of Stanford University's Department of Medicine, and I previously served as a clinical assistant professor at UCSF Medical Center and as a public health medical officer and epidemiologist at the California Department of Public Health (CDPH).

6.      I received a bachelor's degree from Stanford University, and my medical degree from Weill Cornell School of Medicine.  Following an Internship and Residency in Internal Medicine at Harvard University's Brigham and Women's Hospital, I completed a fellowship in

1

infectious diseases at the University of California San Francisco (UCSF) and obtained a master's degree in public health from the University of California Berkeley.

7.      The mission of the County's Public Health Department is to protect and improve the health and well-being of all 1.9 million residents in Santa Clara County.  None of Santa Clara County's 15 cities have a health department, so all 15 cities and all Santa Clara County residents rely on the County's Public Health Department to perform essential public health functions.

8.      The work of the Public Health Department is organized around several main areas: (1) infectious disease and emergency response, (2) maternal, child, and family health, (3) healthy communities, (4) environmental health, and (5) public health science, epidemiology, and informatics.

9.      In the area of infectious disease and emergency response, the Public Health Department is responsible for safeguarding the public's health by preventing and controlling the spread of infectious diseases and planning for and responding to public health emergencies. Programs in the Department's Infectious Disease and Response Branch receive reports on more than 80 different diseases and conditions; track overall trends in infectious diseases; investigate individual cases of concern (e.g., measles cases); provide long term case management for certain types of cases (e.g., active tuberculosis cases); provide immunizations and preventive therapy; identify, investigate, and control outbreaks; and plan for and respond to public health emergencies.  They also ensure that all children attending school or childcare facilities in Santa Clara County comply with State immunization requirements; conduct HIV and other STD testing and education for vulnerable communities; distribute opioid overdose prevention kits for at-risk individuals; and connect individuals to treatment for substance use disorders, HIV, tuberculosis, and other diseases.  To support its communicable disease control function, the Public Health Department operates a public health laboratory, which serves as a local and regional resource which local health providers, clinics, hospitals, and even law enforcement rely on to test and identify infectious diseases, toxins, biohazards, and other substances that could pose a serious risk to public health.

DECL. OF SARAH L. RUDMAN IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

10.     The Public Health Department also operates two pharmacies.  One of these pharmacies provides free, donated medicine to individuals who cannot afford the retail cost of such drugs.  The other pharmacy specializes in serving patients with HIV/AIDS, patients with tuberculosis, and patients treated in the Public Health Department's STD clinic.  Pharmacy staff also support communicable disease control by procuring, storing, maintaining, and distributing essential medications and vaccines during outbreaks; researching pharmaceutical interventions for the purpose of infectious disease prevention and control; crafting protocols for streamlined distribution of pharmaceutical interventions in the setting of a disease outbreak; and distributing approximately 20,000 state- and federally-funded influenza vaccines, annually, to health care providers in Santa Clara County to administer to low-income and elderly residents at no charge. In addition, pharmacy staff support the County's emergency preparedness program should there be a need for mass prophylaxis or rapid response to a chemical or bioterrorism incident.

11.     Because Santa Clara County has one of the largest and most demographically diverse populations in the country and is home to Silicon Valley, many residents travel to every corner of the globe for personal or professional reasons.  The volume of international travel increases the risk of early introduction of unusual or emerging infectious diseases upon these residents' return, such as SARS in 2003 and SARS-CoV-2 in 2020.  For example, the Public Health Department reported some of the earliest cases of COVID-19 and the first confirmed COVID-19 death in the entire country.  As a result, the County's Public Health Department is on the frontlines of detecting, containing, and protecting our country from unusual diseases and outbreaks.  The County continues to respond in real time to daily reports of confirmed and suspected cases of measles, foodborne illness, vector-borne diseases, sexually transmitted infections such as HIV, and other conditions of public health importance.

12.     The Public Health Department's Healthy Communities Branch provides county residents with a wide range of direct and contracted services that reduce the risk of injury, chronic disease, and other illnesses.  In coordination with the Infectious Disease and Response Branch, the Healthy Communities Branch assists vulnerable communities to prepare for, respond to, and recover from infectious disease outbreaks and other public health emergencies.  Activities include

3

health education, distribution of emergency supplies, referrals to external resources, community impact assessment, and structured coordination across governmental and non-governmental agencies to reduce duplication of efforts and ensure ease of access to services for vulnerable populations. The Healthy Communities Branch also uses its content expertise to educate local decision-makers on policies that may benefit health, such as ordinances that reduce youth access to tobacco and cannabis products or increase transportation safety and access to exercise.

13. The Science, Epidemiology, Informatics, and Improvement Branch ("Science Branch") provides the scientific capacity of the Public Health Department by ensuring timely access to critical data and modernizing data systems for conditions of public health significance, conducting epidemiologic and demographic analyses, performing disease modeling, and supporting public health research and program evaluation. Resources in this branch are also necessary for emergency preparedness and response efforts, such as during infectious disease outbreaks or natural disasters.

14. The Public Health Department's Office of the Director centralizes core departmental functions that support all departmental branches and administrative activities. Their functions include standard administrative activities such as human resources, workforce development, finance, facilities maintenance, employee safety, and contract management, as well as strategic activities such as health policy, evaluation and strategic planning, partnership development, and communications.

**PHIG Grant**

15. The County's Public Health Department has a grant from the U.S. Centers for Disease Control and Prevention entitled Strengthening Public Health Workforce, Foundational Capacity, and Data Modernization in the County of Santa Clara Public Health Department (Award No. NE11OE000074). This grant is also referred to as the Public Health Infrastructure Grant ("PHIG Grant"). The total value of the award is $20,703,998. The total amount left on the award is $10,592,840. The grant covers the period from December 1, 2022, to November 30, 2027. A true and correct copy of the Notice of Award for the County's PHIG Grant is attached as

4

Exhibit A.   A description of the PHIG Grant and the likely effects of termination of the grant follow.

16.     The Public Health Infrastructure Grant (PHIG) was awarded to the County's Public Health Department to strengthen its workforce and ensure that the workforce can perform core functions necessary to protect the health of populations in our jurisdiction.  The grant is used to support local health assessments, population-level planning, disease surveillance, community partnership development, strategic planning, policy development, accountability and performance management, emergency preparedness and response, laboratory and pharmacy capacity, food security, public communications, grants management, and support for communities to respond to health risks and emergencies.

17.     Specific activities funded to date with this grant include development of a departmental strategic plan, conducting of a population-wide community health assessment, training of community residents in how to prepare for various emergency events, new training academies for Public Health Department managers, employee performance evaluation tools, employee coaching, increasing of capacity in the Public Health Pharmacy and Public Health Laboratory, and development of a large internship and trainee program to ensure the continuity of a robust public health workforce.

18.     Additional technology advancements funded by this grant include the development of two employee training platforms, creation of a database of local community partners, and development and launch of a new data management system (a so-called "data lake") that has allowed the Public Health Department to transition from outdated paper- and fax-based disease reporting and tracking to modernized electronic data ingestion more readily able to adapt to new diseases and outbreaks.

19.     Should this grant be terminated, cuts would severely weaken community safety and food-security efforts by removing the capacity to train residents in Santa Clara County for emergency preparedness; reducing staffing and capacity in the Public Health Laboratory and Pharmacy; halting essential data-modernization work and potentially interrupting access to time-sensitive disease information necessary to respond to outbreaks and emergencies; reducing ability

5

to evaluate impacts of health policy changes; and limiting the completion of required community health assessments and improvement plans. Termination of the PHIG Grant would also undermine the Public Health Department's ability to apply for and retain additional grants, execute contracts for community services, maintain a skilled workforce, and evaluate policies that protect community health.

**BRACE Grant**

20.     The County's Public Health Department has a grant from the U.S. Centers for Disease Control and Prevention entitled Building Resilience Against Climate Effects: Implementing and Evaluating Adaptation Strategies that Protect and Promote Human Health (Award No. NUE1EH001451). This grant is also referred to as our BRACE Grant. The total value of the award is $1,499,680. The total amount left on the award is $433,028. The grant covers the period from September 1, 2021 to August 31, 2026. A true and correct copy of the Notice of Award for the County's BRACE Grant is attached as Exhibit B. A description of the grant and the likely effects of termination follow.

21.     The BRACE Grant is a critical source of funding for the County. The County was awarded the grant to prepare for and prevent harms of climate change and related health impacts. The funds support activities that inform and prepare community members and coalitions for health impacts of climate change such as extreme heat events, power outages, poor air quality, flooding, and severe storms. The funds also support activities that evaluate community needs and health risks related to climate change for use in larger-scale actions designed to protect health from climate-related hazards, such as city policies, prepositioning of emergency resources, and infrastructure investments. Funds also support a community coalition that informs efforts to mitigate and prepare for climate events and related health harms.

22.     If this grant is terminated, Santa Clara County residents will become more vulnerable to both the immediate and future effects of climate-related hazards. Without the funding, the Public Health Department will lose capacity to evaluate community needs in advance of extreme weather events, understand health impacts of existing air quality and weather on health, improve systems that mitigating the effects of climate hazards, and respond to and prevent

6

the health impacts of climate-related emergencies. Fewer community members will receive training in advance of emergencies how to prepare for power outages, air quality events, and extreme weather and what health conditions confer increased risk for death or major health complications. Systems that respond in real time to climate-related emergencies may be slower to respond and teams will have fewer resources to support connecting residents to critical information and resources such as cooling centers, warming centers, emergency shelters, and emergency medical care for those who rely on powered medical assistive devices during power outages. Emergency communication systems that rely on opt-in by residents or transmission of information through the grant-funded community coalitions and word of mouth for those with low access to technology will be weakened.

**Prevention Policy Modeling Lab Grant**

23.     The County's Public Health Department entered into an agreement with the Board of Trustees of the Leland Stanford Junior University ("Stanford University"), effective as of December 11, 2025.  This agreement is a subaward, and the County is a subrecipient, of funds from the U.S. Centers for Disease Control and Prevention for a Prevention Policy Modeling Lab (NEEMA 3) (Award No. NU38PS004654).  The total anticipated amount of the County's contract with Stanford University is $150,000.  The initial subaward budget is for $30,000, covering the period from September 30, 2025 through September 29, 2026.  A true and correct copy of the County's agreement with Stanford University for the Prevention Policy Modeling Lab Grant is attached as Exhibit C.  A description of the grant and the likely effects of termination follow.

24.     The goal of this project is to conduct health and economic modeling to inform decision-making on HIV, viral hepatitis, sexually-transmitted diseases (STD), tuberculosis (TB), and school health at national, state, and local levels in partnership with the National Center for HIV/AIDS, Viral Hepatitis, STD, and TB Prevention.  This type of data modeling requires advanced statistical and technical techniques and uses current disease data to predict disease patterns in the near future.  Economic modeling similarly predicts costs of disease patterns and public health activities into the future based on current trends.  With these predictions, public health departments can better assign resources, preposition emergency supplies, and take action to

7

1   prevent disease and costs in the locations and populations most at risk.  The County's Public

2   Health Department contributes to this collaborative project through the development of research

3   questions, study design, data acquisition, data analysis, development of decision tools, and

4   research publications.

5       25.     Termination of this grant would result in a loss to the County's Public Health

6   Department of $30,000 for the initial subaward and an anticipated total of $150,000 over the life

7   of the grant, as well as a loss in the ability to contribute knowledge to the health and economic

8   consequences of the selected infectious diseases based on the County of Santa Clara's local

9   experiences that help shape state and national policies and to benefit from the application of this

10  knowledge to the County Public Health Department.

11      26.     Furthermore, if this grant were terminated, the County's Public Health Department

12  would not be able to participate in the Executive Committee and the Consortium established by

13  Stanford University.  The Consortium provides information and key research considerations

14  pertaining to state and national prevention interventions and policy considerations.  The County's

15  Public Health Department will lose its ability to participate in the Consortium and leverage the

16  information gained on disease prevention interventions and policy considerations for the

17  communities it serves.

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

8

1    I declare under penalty of perjury under the laws of the United States that, to the best of my

2    knowledge, the foregoing is true and correct.

3         Executed on February 11, 2026, at San Jose, California.

4

5

6    _____
      Sarah L. Rudman, MD MPH

7      Deputy Health Officer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF SARAH L. RUDMAN IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

# Exhibit A
# Notice of Award for County of Santa Clara's PHIG Grant

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NE11OE000074-04-02
FAIN# NE11OE000074
Federal Award Date: 01/24/2026

## Recipient Information

**1. Recipient Name**
COUNTY OF SANTA CLARA
976 LENZEN AVE STE 1800
SAN JOSE, CA 95126-2737
--

**2. Congressional District of Recipient**
19
**3. Payment System Identifier (ID)**
1946000533A1
**4. Employer Identification Number (EIN)**
946000533
**5. Data Universal Numbering System (DUNS)**
137578683
**6. Recipient's Unique Entity Identifier (UEI)**
T4CJWCFYDA24
**7. Project Director or Principal Investigator**

Ms. Rhonda F McClinton-Brown
Rhonda.mcclinton-brown@phd.sccgov.org
(408) 792-5109

**8. Authorized Official**

Mr. Jonathan  Slocum
Management Analyst
jonathan.slocum@phd.sccgov.org
650-722-4509

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Ms. Niki Morrow
Grants Management Specialist
qkn7@cdc.gov
404-498-2085

**10.Program Official Contact Information**

Henry  Anaya
Program Officer
syz4@cdc.gov
404-498-0421

## Federal Award Information

**11. Award Number**
6 NE11OE000074-04-02
**12. Unique Federal Award Identification Number (FAIN)**
NE11OE000074
**13. Statutory Authority**

317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**

Strengthening Public Health Workforce, Foundational Capacity, and Data Modernization in the County of Santa Clara Public Health Department

**15. Assistance Listing Number**
93.967
**16. Assistance Listing Program Title**

CDC's Collaboration with Academia to Strengthen Public Health

**17. Award Action Type**
Administrative Action
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---:|
| **19.** | **Budget Period Start Date** 12/01/2025 **- End Date** 11/30/2026 | |
| **20.** | **Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| | 20a. Direct Cost Amount | $0.00 |
| | 20b. Indirect Cost Amount | $0.00 |
| **21.** | Authorized Carryover | $0.00 |
| **22.** | Offset | $0.00 |
| **23.** | Total Amount of Federal Funds Obligated this budget period | $1,396,165.00 |
| **24.** | **Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25.** | **Total Federal and Non-Federal Approved this Budget Period** | $1,396,165.00 |
| **26.** | **Period of Performance Start Date** 12/01/2022 **- End Date** 11/30/2027 | |
| **27.** | Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | $20,703,998.00 |

**28. Authorized Treatment of Program Income**

ADDITIONAL COSTS

**29. Grants Management Officer – Signature**

Mrs. Erica Stewart

Team Lead, Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NE11OE000074-04-02
FAIN# NE11OE000074
Federal Award Date: 01/24/2026

## Recipient Information

**Recipient Name**
COUNTY OF SANTA CLARA
976 LENZEN AVE STE 1800
SAN JOSE, CA 95126-2737
--

**Congressional District of Recipient**
19

**Payment Account Number and Type**
1946000533A1

**Employer Identification Number (EIN) Data**
946000533

**Universal Numbering System (DUNS)**
137578683

**Recipient's Unique Entity Identifier (UEI)**
T4CJWCFYDA24

### 31. Assistance Type
Project Grant

### 32. Type of Award
Other

## 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $203,404.00 |
| **b. Fringe Benefits** | $93,566.00 |
| **c. Total Personnel Costs** | $296,970.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $0.00 |
| **f. Travel** | $0.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $625,350.00 |
| **i. Contractual** | $375,000.00 |
| **j. TOTAL DIRECT COSTS** | $1,297,320.00 |
| **k. INDIRECT COSTS** | $98,845.00 |
| **l. TOTAL APPROVED BUDGET** | $1,396,165.00 |
| **m. Federal Share** | $1,396,165.00 |
| **n. Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 3-9390JXA | 23NE11OE000074A2 | OE | 410U | 93.967 | $0.00 | 75-2224-0943 |
| 3-9390L1Z | 23NE11OE000074A1C6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 4-9390LFF | 23NE11OE000074A2 | OE | 410U | 93.967 | $0.00 | 75-2324-0943 |
| 5-9390MR5 | 23NE11OE000074A2 | OE | 410U | 93.967 | $0.00 | 75-2425-0943 |
| 6-9390QMC | 23NE11OE000074A2 | OE | 410U | 93.967 | $0.00 | 75-2526-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award



Centers for Disease Control and Prevention

Award# 6 NE11OE000074-04-02
FAIN# NE11OE000074
Federal Award Date: 01/24/2026

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | 0.00 | 0.00 | 0.00 |

# AWARD ATTACHMENTS

COUNTY OF SANTA CLARA                                6 NE11OE000074-04-02

1. Terms & Conditions

**TERMS AND CONDITIONS OF AWARD**

The purpose of this amendment is to rescind the notice of award dated January 23, 2026, suspending activities under this award. Activities and funding under this award are no longer paused or restricted. Accordingly, award activities may continue consistent with the existing terms and conditions of the award, including applicable regulations.

The costs associated with any such stoppage of work, including reasonable and legitimate costs of compliance with local labor laws, existing contractual obligations that cannot be legally paused, and costs associated with the security of assets – that occurred during this time period may be allowable for payment, consistent with applicable grant regulations and the existing terms and conditions of the award.

Any costs incurred prior to this pause may also be allowable for payment, consistent with applicable grant regulations and the existing terms and conditions of the award.

If you have questions or need additional clarification about this notice, please contact your CDC Grants Management Officer or Grants Management Specialist.

All the other terms and conditions issued with the existing award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

# Exhibit B
# Notice of Award for County of Santa Clara's BRACE Grant

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 5 NUE1EH001451-05-00
FAIN# NUE1EH001451
Federal Award Date: 09/02/2025

## Recipient Information

**1. Recipient Name**
COUNTY OF SANTA CLARA
976 LENZEN AVE STE 1800
SAN JOSE, CA 95126-2737
--

**2. Congressional District of Recipient**
19

**3. Payment System Identifier (ID)**
1946000533A1

**4. Employer Identification Number (EIN)**
946000533

**5. Data Universal Numbering System (DUNS)**
137578683

**6. Recipient's Unique Entity Identifier (UEI)**
T4CJWCFYDA24

**7. Project Director or Principal Investigator**
Ms. Tonya  Veitch
Climate and Health Manager
tonya.veitch@PHD.SCCGOV.ORG
669-307-3010

**8. Authorized Official**
Mr. Jonathan  Slocum
Management Analyst
jonathan.slocum@phd.sccgov.org
650-722-4509

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mr. Darryl Walker
Grants Management Specialist
lzq7@cdc.gov
404-498-5602

**10. Program Official Contact Information**
Divonna M LaLand
Project Officer
DEHSP CHP
GEV8@cdc.gov
770-488-4244

## Federal Award Information

**11. Award Number**
5 NUE1EH001451-05-00

**12. Unique Federal Award Identification Number (FAIN)**
NUE1EH001451

**13. Statutory Authority**
Section 317(k)(2) of the Public Health Service Act, [42 U.S.C. Section 247b(k)(2)], as amended

**14. Federal Award Project Title**
Building Resilience to Heat and Air Quality in Santa Clara County

**15. Assistance Listing Number**
93.070

**16. Assistance Listing Program Title**
Environmental Public Health and Emergency Response

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 09/01/2025 **- End Date** 08/31/2026 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $299,936.00 |
| 20a. Direct Cost Amount | | $262,770.50 |
| 20b. Indirect Cost Amount | | $37,165.50 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $0.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $299,936.00 |
| **26. Period of Performance Start Date** 09/01/2021 **- End Date** 08/31/2026 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $1,499,680.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Mrs. Merlin Williams
Team Lead Grants Managment Officer

## 30. Remarks

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## Centers for Disease Control and Prevention

### Notice of Award

Award# 5 NUE1EH001451-05-00
FAIN# NUE1EH001451
Federal Award Date: 09/02/2025

## Recipient Information

**Recipient Name**
COUNTY OF SANTA CLARA
976 LENZEN AVE STE 1800
SAN JOSE, CA 95126-2737
--

**Congressional District of Recipient**
19

**Payment Account Number and Type**
1946000533A1

**Employer Identification Number (EIN) Data**
946000533

**Universal Numbering System (DUNS)**
137578683

**Recipient's Unique Entity Identifier (UEI)**
T4CJWCFYDA24

| 31. Assistance Type |
|---|
| Cooperative Agreement |
| **32. Type of Award** |
| Other |

## 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a. Salaries and Wages** | $109,244.00 |
| **b. Fringe Benefits** | $67,731.00 |
| **c. Total Personnel Costs** | $176,975.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $1,000.00 |
| **f. Travel** | $2,340.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $12,455.50 |
| **i. Contractual** | $70,000.00 |
| **j. TOTAL DIRECT COSTS** | $262,770.50 |
| **k. INDIRECT COSTS** | $37,165.50 |
| **l. TOTAL APPROVED BUDGET** | $299,936.00 |
| **m. Federal Share** | $299,936.00 |
| **n. Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390AVU | 21NUE1EH001451 | EH | 41.51 | 93.070 | $0.00 | 75-21-0947 |
| 2-9390AVU | 21NUE1EH001451 | EH | 41.51 | 93.070 | $0.00 | 75-22-0947 |
| 3-9390AVU | 21NUE1EH001451 | EH | 41.51 | 93.070 | $0.00 | 75-23-0947 |
| 4-9390AVU | 21NUE1EH001451 | EH | 41.51 | 93.070 | $0.00 | 75-24-0947 |
| 5-9390AVU | 21NUE1EH001451 | EH | 41.51 | 93.070 | $299,936.00 | 75-25-0947 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

Award#  5 NUE1EH001451-05-00
FAIN#  NUE1EH001451
Federal Award Date:  09/02/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COUNTY OF SANTA CLARA                                    5 NUE1EH001451-05-00

1. TERMS AND CONDITIONS

OFR   Office of Financial Resources
      **Office of Grants Services (OGS)**                    **Services. Support. Solutions.**

## AWARD INFORMATION

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CDC-EH21-2101, entitled, Building Resilience Against Climate Effects: Implementing and Evaluating Adaptation Strategies that Protect and Promote Human Health, and application dated April 1, 2025, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NOA).

**Applicable Regulatory Provisions**: Prior to October 1, 2025, this award is subject to 45 CFR 75 except for eight flexibilities from 2 CFR 200 adopted by HHS on October 1, 2024. After October 1, 2025, this award will be subject to any applicable provisions of 2 CFR 200 and 2 CFR 300.

**Termination**: Prior to October 1, 2025, this award is subject to the termination provisions at 45 CFR 75.372. Starting on October 1, 2025, this award is subject to the termination provisions at 2 CFR 200.340. Pursuant to 2 CFR 200.340, the recipient agrees by accepting this award that continued funding for the award is contingent upon the availability of appropriated funds, recipient satisfactory performance, compliance with the terms and conditions of the award, and a decision by the agency that the award continues to effectuate program goals or agency priorities.

**Assurance of Compliance**: The applicant hereby agrees that it will comply with Title VI of the Civil Rights act of 1964, as amended (codified at 42 U.S.C. 2000d et seq.), and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 CFR Part 80); Section 504 of the Rehabilitation Act of 1973, as amended (codified at 29 U.S.C. 794), and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 CFR Part 84); Title IX of the Education Amendments of 1972, as amended (codified at 20 U.S.C. § 1681 et seq.), and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 CFR Part 86); The Age Discrimination Act of 1975, as amended (codified at 42 U.S.C. § 6101 et seq.), and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 CFR Part 91); and Section 1557 of the Patient Protection and Affordable Care Act, as amended (codified at 42 U.S.C. § 18116), and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 CFR Part 92).

**Total Approved Funding is included in Summary Federal Award Financial Information on page 1 of the NOA**. All future year funding will be based on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Approved Funding:** Funding in the amount of **$299,936** is approved for the Year 5 budget period, which is September 1, 2025 through August 31, 2026. All future year funding will be based on satisfactory programmatic progress and the availability of funds.

**Financial Assistance Mechanism:** Cooperative Agreement

**Technical Review:** Within 5 days of this Notice of Award's (NOA) issue date, the Technical Review will be accessible to the recipient in GrantSolutions Grant Notes. Contact the assigned Program Officer indicated in the NOA with any questions regarding this document or any follow up requirements and timelines set forth therein.

**Substantial Involvement by CDC:  Substantial Involvement by CDC:** This is a cooperative agreement, and CDC will have substantial programmatic involvement after the award is made. Substantial involvement is in addition to all post-award monitoring, technical assistance, and performance reviews undertaken in the normal course of stewardship of federal funds.

CDC program staff will assist, coordinate, or participate in carrying out effort under the award, and recipients agree to the responsibilities as detailed in the NOFO and included below.

Recipients must describe how CDC could help them overcome challenges to complete activities in the work plan and achieving period of performance outcomes.

**Expanded Authority:** The recipient is permitted the following expanded authority in the administration of the award.

☒ Carryover of unobligated balances from one budget period to a subsequent budget period. Unobligated funds may be used for purposes within the scope of the project as originally approved.  Recipients will report use, or intended use, of carried over unobligated funds in Section 12 "Remarks" of the annual Federal Financial Report.  If the GMO determines that some or all of the unobligated funds are not necessary to complete the project, the GMO may restrict the recipient's authority to automatically carry over unobligated balances in the future, use the balance to reduce or offset CDC funding for a subsequent budget period, or use a combination of these actions.

**Program Income**: Any program income generated under this cooperative agreement will be used in accordance with the Addition alternative.

<u>Addition alternative</u>**:** Under this alternative, program income is added to the funds committed to the project/program and is used to further eligible project/program objectives.

Note: The disposition of program income must have written prior approval from the GMO.

**Indirect Costs:** The recipient's indirect costs are approved and based on a de minimis rate of fifteen (15) percent of modified total direct costs (MTDC) as defined in 2 CFR 200.414(f), effective September 1, 2025.

**PAYMENT INFORMATION**

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "B Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified beginning on the bottom of Page 2 of the Notice of Award must be known in order to draw down funds.

**CLOSEOUT REQUIREMENTS**

Standard closeout reporting requirements are identified in the General Terms and Conditions, which are published on the CDC website at https://www.cdc.gov/grants/federal-regulations-policies/index.html.

**Final Performance Progress and Evaluation Report:** This report should include the information specified in the NOFO and is submitted 120 days following the end of the period of performance via www.grantsolutions.gov . At a minimum, the report will include the following:
- Statement of progress made toward the achievement of originally stated aims.
- Description of results (positive or negative) considered significant.
- List of publications resulting from the project, with plans, if any, for further publication.

Additional guidance may be provided by the GMS and found at: https://www.cdc.gov/grants/already-have-grant/index.html.

Performance information collection initiated under this grant/cooperative agreement has been approved by the Office of Management and Budget under **OMB Number 0920-1132 "Performance Progress and Monitoring Report" on** https://www.cdc.gov/grants/documents/Performance-Progress-and-Monitoring-Report-PPMR.pdf. The components of the PPMR are available for download at: https://www.cdc.gov/grants/already-have-grant/Reporting.html .

**Final Invention Statement**: A Final Invention Statement must be submitted. Electronic versions of the form can be downloaded by visiting https://grants1.nih.gov/grants/hhs568.pdf. If no inventions were conceived under an assistance award, a negative report is required. This statement may be included in a cover letter.

# Exhibit C
# Agreement between County of Santa Clara and Stanford University for Prevention Policy Modeling Lab Grant

| RESEARCH SUBAWARD AGREEMENT ("Agreement") | |
|---|---|
| **"Stanford" (Pass-Through Entity)**<br>The Board of Trustees of the<br>Leland Stanford Junior University<br>450 Jane Stanford Way,<br>Stanford, CA 94305-2003<br>United States | **"Subrecipient" (Legal Name)**<br>County Of Santa Clara<br>Public Health Department<br>150 W Tasman Drive, 2nd Floor<br>95134-1700 |
| **"Subaward Agreement Number"**<br>63875674-337683 | **DUNS/UEI Number**<br>137578683/T4CJWCFYDA24 |
| **"Stanford Principal Investigator"**<br>Joshua Salomon | **"Subrecipient Principal Investigator"**<br>Wayne Enanoria |
| **"Subaward Budget Period"**<br>09/30/2025-09/29/2026 | **Amount Funded this Action ("Funded Amount"):** $30,000<br><small>(all amounts in USD unless indicated otherwise)</small> |
| **Subaward Project Title**<br>Prevention Policy Modeling Lab (NEEMA 3) | |
| **Prime Agreement Organization "Sponsor"**<br>Centers for Disease Control and Prevention | |
| **Prime Agreement No./FAIN No.**<br>  5 NU38PS004654-02-00 / NU38PS004654 | |
| **Cost Sharing Amount:** N/A | **Indirect Cost Rate Applied:**<br>**10%** |
| **"Estimated Period of Performance"**<br>09/30/2025-09/30/2029 | **Total Anticipated Amount:**<br>$150,000 |
| **Assistance Listing No.**<br>93.084 | **Assistance Listing Program Title**<br>Prevention of Disease, Disability and Death by Infectious Diseases |

This Agreement is entered into to specify the terms and conditions under which Stanford and Subrecipient will participate in the performance of a project supported by the Sponsor. The work to be performed under this Agreement is being supported by Sponsor under the prime award agreement in **Attachment 2 ("Prime Award")**. The rules and regulations, terms and conditions governing the Prime Award are hereby incorporated into this Agreement. This Agreement is effective as of the last date of signature, below ("Effective Date").

1. **Statement of Work**

Except as otherwise may be provided herein, Subrecipient agrees to provide all necessary qualified personnel, equipment, materials, and facilities to perform the statement of work as incorporated into this Agreement at **Attachment 1** ("Statement of Work").

2. **Subaward Budget Period; Location of Performance**

The Subaward Budget Period of this Agreement will be as set forth above, unless extended by amendment of this Agreement. The location of Subrecipient's performance will be at County of Santa Clara - Public Health Department 150 W Tasman Drive, 2nd Floor 95134-1700.

3. **Personnel**

The Subrecipient Principal Investigator for the performance of this Agreement is set forth above. If for any reason the Subrecipient Principal Investigator cannot continue his/her duties, Subrecipient will appoint a successor, subject to the approval of Stanford. Subrecipient will provide thirty (30) days' written notice to Stanford's Principal Investigator and Stanford's Authorized Official, referenced in **Attachment 3**, of such a change. If the parties cannot agree on a successor, either party may terminate this Agreement in accordance with the terms of Article 25 – Termination.

4.      **Authorized Representatives**

The authorized representatives of Stanford and Subrecipient for technical and administrative matters are listed in **Attachment 3** to this Agreement ("Authorized Representatives"). Changes to the Authorized Representatives will be communicated in writing between parties, without necessity of a formal subaward amendment.

5.      **Agreement Type and Cost**

This is a Cost-Reimbursement agreement. Stanford agrees to pay Subrecipient an amount not to exceed the Funded Amount set forth above subject to approval of technical progress/deliverables by Stanford Principal Investigator, compliance with all requirements in Section 21, and receipt of funding from the Sponsor. Funds provided may only be used in accordance with the Statement of Work and Budget in **Attachment 1**. Carryover not allowed across budget periods.

Total Anticipated Amount of the award is not committed funding and should not be treated as such. Only the Amount Funded this Action will be considered obligated to the Subrecipient upon execution of this Agreement.

6.      **Billing/Invoicing**

Subrecipient will submit invoices to Stanford for payment at least quarterly, but not more often than monthly, for costs incurred to date but not previously invoiced as required by the (payment schedule/budget) shown in **Attachment 1**.

Each invoice will at minimum contain:
   A.   The Subaward Agreement number
   B.   The period covered by the invoice
   C.   The amount expended in the current budget period
   D.   The amount cumulatively expended to date
   E.   Separated by major cost category
   F.   Certification as required by 2 CFR 200.415(a)

Invoices missing any of the required elements above may be returned to Subrecipient. Late invoices may not be paid. Upon request, Subrecipient will provide documentation supporting all invoiced costs. A sample invoice containing the required elements can be found in **Attachment 5**.

All invoices must include the following certification, signed by an authorized official of the Subrecipient:

> By signing this report, I certify to the best of my knowledge and belief that the report is true, complete, and accurate, and the expenditures, disbursements and cash receipts are for the purposes and objectives set forth in the terms and conditions of the Federal award. I am aware that any false, fictitious, or fraudulent information, or the omission of any material fact, may subject me to criminal, civil or administrative penalties for fraud, false statements, false claims or otherwise. (U.S. Code Title 18, Section 1001 and Title 31, Sections 3729–3730 and 3801–3812).

A final invoice, including cost sharing if applicable, signed, certified and clearly marked FINAL, must be received within forty-five (45) days after the overall project end date.

Stanford's final payment to Subrecipient is conditional upon receipt and acceptance of all required reports and deliverables (see Article 12 - Deliverables; Reporting; and Closeout Requirements), and Subrecipient meeting all closeout requirements. If the final invoice is not received within forty-five (45) days, Stanford in its sole discretion may determine not to pay Subrecipient's final invoice. All invoices must be submitted to the Financial Contact listed in **Attachment 3**.

**7.      Reserved.**

**8.      Allowable Costs**

Stanford will determine allowable costs consistent with the terms and conditions of the Prime Award found in **Attachment** 2, and any cost principles in effect on the Effective Date of this Agreement.

Costs must meet the following general criteria in order to be considered allowable:

A. Be necessary and reasonable for the performance of the Statement of Work.
B. Conform to any limitations or exclusions set forth by the Sponsor as to the type or amount of cost items.
C. A cost may not be assigned to this project as a direct cost if it has been allocated to this project as an indirect cost.
D. Be determined in accordance with generally accepted accounting principles (GAAP).
E. Not be included as a cost or used to meet cost sharing or matching requirements of any other project in either the current or prior period without the prior approval of the Stanford Authorized Official.
F. Be adequately documented.

In the event Stanford or the Sponsor determines payments made to the Subrecipient are unallowable, the Subrecipient will repay Stanford within thirty (30) days of receipt of written notification, or at the discretion of Stanford, Stanford may deduct such amounts from subsequent payments.

**9.      Program Income**

If program related income results from this Agreement, Subrecipient will inform Stanford, and will maintain appropriate records for the receipt and disposition of such income to enable Stanford to fulfill its responsibilities to Sponsor. Subrecipient agrees to utilize any program income in accordance with the policies of Stanford's Sponsor and in accordance with the Prime Award.

**10.     Taxes**

Subrecipient will be solely responsible for payment and withholding of all taxes applicable to its receipt of funding and performance under this Agreement, including any other statutory tax-related obligations, reporting, document collection, or payments required by applicable tax authorities, including Subrecipient's local or national tax authorities, and includes any applicable customs duties or taxes owed. Stanford reserves the right to request any documents required including but not limited to a complete and accurate IRS Form W8/W8BEN-E. Stanford will have no liability whatsoever for any delay in payment to Subrecipient as a result of Subrecipient's failure to submit a complete and accurate IRS Form W8/W8BEN-E. In the event that taxes are required to be withheld or deducted from any payments to Subrecipient under this Agreement by any applicable law, Stanford will withhold or deduct any amounts that it is required to pay to such tax authority on behalf of Subrecipient's account and, if available, will provide evidence of such payment to Subrecipient.

**11.     Prior Approvals**

Subrecipient will obtain written approval from the Stanford Authorized Official named in **Attachment 3** for any actions requiring Stanford's prior approval.

The following require prior approval of the Stanford Authorized Official:

- Carryover of unobligated balance into next budget period
- Change in Personnel (Article 3 – Personnel)
- Change in the approved Statement of Work at **Attachment 1**
- Subawards not referenced in **Attachment 1**
- No-cost time extension, (requests for no-cost time extensions must be submitted in writing at least 30 days before the end of the budget period
- Acquisition of equipment not listed in **Attachment 1**
- Any changes to indirect cost rates that will be charged to this Subaward
- Rebudgeting
- Any others referenced in the Prime Award at **Attachment 2**.

**12.     Deliverables; Reporting; and Closeout Requirements**

A.  **Technical Reports**

Quarterly Technical Reports will be submitted 30 days prior to the end of each project quarter.

Technical Reports, describing accomplishments and significant research findings derived from the work conducted under this Agreement, will be submitted within 30 days prior to the end of each budget period to the Stanford's Principal Investigator.

Subrecipient will submit a Final Technical Report to the Stanford Principal Investigator, describing accomplishments and significant research findings derived from the work conducted under this Agreement, and a list of all publications within forty-five (45) days after the termination or expiration of this Agreement, and as requested by the Stanford Principal Investigator.

Information contained within the reports may be submitted by Stanford to the Sponsor, in order for Stanford to satisfy its reporting obligations.

B.  **Property Reports**

Property is not being acquired under this agreement.

C.  **Invention Reports**

If any invention or discovery is made in connection with this Agreement, the Subrecipient will submit a final invention report using Federal Awarding Agency specific forms to both the Stanford Authorized Official and in iEdison within sixty (60) days of the termination or expiration of this Agreement to be included as part of Stanford's final invention report to the Federal Awarding Agency.

A negative invention report will be provided upon request.

D.  **Required Disclosures**

Subrecipient is responsible for reporting to Stanford all disclosures required by the Sponsor as detailed in the Prime Award. The Subrecipient is responsible for gathering all disclosures from any lower tier organizations to facilitate reporting as required by the Sponsor.

Any additional reports are due as detailed in the Prime Award from Stanford's Sponsor incorporated into this Agreement at **Attachment 2**.

**13.     Property**

Subrecipient is not authorized to acquire any equipment under this Agreement.

**14.     Intellectual Property**

Stanford agrees that Subrecipient will own the entire right, title, and interest, including all patents, copyrights, and other intellectual property rights, in and to all tangible materials, inventions, works of authorship, software, information and data solely conceived or developed by Subrecipient in the performance of the project or conceived or developed using Subrecipient's facilities and personnel ("Subrecipient Technology").  Subrecipient agrees that Stanford will own the entire right, title, and interest, including all patents, copyrights, and other intellectual property rights, in and to all tangible materials, inventions, works of authorship, software, information and data solely conceived or developed by Stanford personnel, or conceived or developed using Stanford facilities under this Agreement ("Stanford Technology"). Technology that is jointly developed by Subrecipient and Stanford personnel, or developed solely by Subrecipient but involving more than incidental use of Stanford's facilities will be jointly owned ("Joint Technology"). Notwithstanding the foregoing, Technology will be subject to any restrictions and requirements imposed by the Prime Award.  Patents and inventions will be handled in accordance with Patent Rights Clause of 37 CFR 401.14.

Subrecipient hereby grants to Stanford and Sponsor an irrevocable, royalty-free, non-transferable, non-exclusive right and license to use, reproduce, make derivative works, display, and perform publicly any patents, copyrights, and other intellectual property rights, in and to all tangible materials, inventions, works of authorship, software, information and data first conceived or developed and delivered under this Agreement, for non-commercial, academic, or research purposes.

Subrecipient hereby grants to Stanford the right to use any data or materials generated by Subrecipient in the performance of the Statement of Work for the purpose of meeting obligations to the Sponsor.

**15.     Data Sharing and Access**

A.  Subrecipient agrees to comply with the Sponsor data sharing and/or access requirements as reflected in the Prime Award and as may be reflected in the Sponsor's policies, if any.

B.  Subrecipient certifies that it has the right and authority to provide data to Stanford for use in this project. Subrecipient hereby grants to Stanford the right to use any data or materials generated by Subrecipient in the performance of the Statement of Work for the purpose of meeting obligations to the Sponsor.

C.  The parties agree to store, handle and use data and other information received from the other party in performance of this Agreement with a standard of care appropriate for the type of data involved, which will be at least as rigorous as that specified for receiving party's own data of the same nature or as required by law, whichever is more stringent.  The party receiving data will not copy, cause to be copied, use or disclose data received from or on behalf of the providing party except as permitted or required by the Agreement, as required by law, or as otherwise authorized by providing party's Authorized Official in writing. Receiving party will give immediate notice to providing party of any actual or suspected unauthorized disclosure of, access to or other breach of the data. In the event of actual or suspected unauthorized disclosure of, access to, or other breach of the data, receiving party will comply with all applicable state, Federal and local laws and regulations related to such breach, and will cooperate with providing party in fulfilling its legal obligations.

D. If human subjects data will be exchanged, the access to and use of such data will be subject to terms to be separately negotiated by the parties.

E. Within thirty (30) days of termination or expiration of this Agreement, Stanford shall return or destroy, at Subrecipient's option, any data provided by Subrecipient to Stanford under this Agreement and provide Subrecipient with written certification of the return or destruction of such data.

**16.    No Warranties**

Any materials, tangible and intangible, provided by Stanford to Subrecipient in connection with this Agreement are provided without warranty of any kind and for research purposes only.

**17.    Publication**

It is the intent of the parties to freely publish and disseminate research results under this Agreement subject to any restrictions or requirements imposed by Stanford's Sponsor, the Prime Award, and Article 18 – Publicity of this Agreement, if applicable.

Subrecipient agrees to provide Stanford a copy of any manuscript or other public disclosure thirty (30) days prior to its submission for publication or other public presentation. Stanford may review the manuscript or other public disclosure:

A. to identify potentially patentable technology so that appropriate steps may be taken to protect such technology;
B. to confirm that the privacy rights of individuals are adequately protected; and
C. to ensure compliance with Stanford's Name Use Policy.

Stanford will provide comments, if any, within 30 days of receipt of manuscript or disclosure. If patentable technology is disclosed in the manuscript or disclosure, Subrecipient agrees to delay disclosure for an additional sixty (60) days to allow Stanford to file and prosecute a patent application. Subrecipient will comply with any terms and conditions of the Prime Award concerning publication of the research results. Subrecipient will acknowledge Stanford's contributions to the research in each publication or other public disclosure.

**18.    Publicity**

Subrecipient will not identify Stanford in any products, publicity, promotion, promotional advertising, promotional website, or other promotional materials to be disseminated to the public, or use any trademark, service mark, trade name, logo, or symbol that is representative of Stanford or its entities, whether registered or not, or use the name, title, likeness, or statement of any Stanford faculty member, employee, or student, without prior written consent of the Stanford University Communications office. Any use of Stanford's name will be limited to statements of fact and will not imply endorsement by Stanford of the Subrecipient's products or services.

Stanford will not identify Subrecipient in any products, publicity, promotion, promotional advertising, website or other promotional materials to be disseminated to the public, or use any trademark, service mark, trade name, logo, or symbol that is representative of Subrecipient or its entities, whether registered or not, or use the name, title, likeness, or statement of any Subrecipient faculty member, employee, or student, without Subrecipient's prior written consent. Any use of Subrecipient's name will be limited to statements of fact and will not imply endorsement by the Subrecipient of Stanford's products or services.

**19.    Party Liability; Limitation of Damages**

.Each party will be responsible for its negligent acts or omissions and the negligent acts or omissions of its employees, trustees, officers, directors, students, agents, representatives, and volunteers to the extent allowed by law.

A. EXCEPT FOR CLAIMS BASED ON WILLFUL MISCONDUCT, NEITHER PARTY WILL BE LIABLE FOR INDIRECT, SPECIAL, CONSEQUENTIAL, PUNITIVE OR EXEMPLARY DAMAGES OF THE OTHER PARTY.

**20.** **Insurance**

A. Stanford Coverage. Stanford will maintain worker's compensation insurance or other coverage on its employees as required by California law, and will self-insure or maintain insurance covering its liability under this Agreement.

B. Subrecipient Coverage. Subrecipient will self-insure or procure and maintain during the term of this Agreement insurance to cover its obligations under this agreement, to the full amount of Subrecipient's insurance limits including at minimum: Commercial General Liability insurance and excess Umbrella Liability insurance, in no event less than US$2,000,000 per occurrence and US$2,000,000 annual aggregate, with a reputable and financially secure insurance carrier. This insurance will be written to cover claims incurred, discovered, manifested, or made during or after the expiration of this Agreement. If Subrecipient's insurance is written on a claims-made basis, as opposed to an occurrence basis, Subrecipient will purchase the coverage necessary to ensure continued and uninterrupted coverage of all claims, including those made after the policy expires or is terminated.

C. Primary Coverage. Subrecipient's insurance will be primary coverage. Stanford's insurance or self-insurance will be excess and noncontributory.

**21.** **Audit**

Subrecipient agrees to comply with all US Federal audit requirements which may include the Single Audit, any Sponsor specific audits, and their associated timeframes for completion. Subrecipient will provide Stanford with copies of any required audit report(s) not uploaded to the Federal Audit Clearinghouse annually. Subrecipient will notify Stanford of any findings which impact any awards from Stanford. If Subrecipient has not expended greater than $750,000 USD, or the Sponsor does not require an audit of US Federal funding, then Subrecipient will provide Stanford with a copy of one of the following annually: annual audit, audited financials, annual report. Subrecipient will provide any additional financial information as requested by Stanford.

Subrecipient will maintain and have available for audit and inspection all administrative and financial documents, and all other records related to this Agreement for a period of four years following the date of last reported expenditure, except that, if an audit is initiated before the expiration of the four year period, the records will be retained until audit findings have been resolved. The above records are subject to inspection and audit by Stanford, its designated representatives, representatives of Sponsor, or the United States government ("Federal Government") at all reasonable times and upon advance notice during the life of the Agreement and for four years thereafter, or longer if required by audit. If unallowable costs are identified, Stanford reserves the right to recoup or withhold any costs found to be unallowable, unallocable, unreasonable, or outside the scope of the project.

In the event that Subrecipient fails to obtain when applicable, the Single Audit, Sponsor specific audit, or adequately perform its audit corrective action plans or management responses, Stanford may withhold payment until resolved, or terminate this Agreement immediately upon written notice emailed to the Administrative Contact for Subrecipient indicated on **Attachment 3**.

22. **Export Compliance**

A. Subrecipient will perform this Agreement in accordance with all U.S. export control and trade sanctions laws and regulations applicable to Subrecipient's operations. Subrecipient understands that Stanford is subject to United States laws and regulations controlling the export or transfer of technical data, computer software, laboratory prototypes and other items, and that its obligations hereunder are contingent on compliance with applicable U.S. export laws and regulations. If either party wishes to disclose export controlled technical data under this Agreement, it will first inform the other party's Export Control Officer and provide information regarding the applicable export controls. The receiving party will have the right to refuse receipt of the export controlled technical data. If the Subrecipient's transfer of export controlled items or technology requires a license or other authorization, Subrecipient and Stanford agree to cooperate in securing any export license that may become necessary in connection with this Agreement, consistent with the terms of this Article.

B. Subrecipient agrees not to transfer military defense articles or defense services ("ITAR items") or to disclose information on a US export control list ("ECI") to Stanford without the express written consent of Stanford's Export Control Officer indicated at **Attachment 3**. Stanford will generally decline receipt of any ITAR item or ECI that Subrecipient wishes to provide.

All ITAR items and ECI that Stanford has agreed to receive will be clearly identified. All ECI will be marked in writing, or if disclosed orally, will be identified as ECI prior to its disclosure and thereafter summarized in a written document that is provided to the recipient of the disclosure within fifteen (15) days of the disclosure.

C. Subrecipient will not use or divert Stanford's funds, equipment, technology, or any other Stanford-furnished material:

1. in or for any transaction with Iran, Cuba, the Crimean or so-called Donetsk or Luhansk People's Republic Regions of the Ukraine, Syria, North Korea, or any other OFAC comprehensively sanctioned country or region without written pre-authorization from Stanford's Export Control Officer;

2. knowingly with any person or entity listed by the U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Specially Designated National (SDN) List at website: http://www.treasury.gov/resource-center/sanctions/SDN-List/Pages/default.aspx, and

3. in or for any proliferation activity, including but not limited to the design, development, production, stockpiling or use of any nuclear explosive device, chemical or biological weapons, or missiles

D. In the event of Subrecipient's failure to comply with this Article, Stanford will have the right to terminate this Agreement immediately under the Article on "Termination."

23. **Objectivity in Research**

By signing this agreement Subrecipient certifies it has a written and enforced conflict of interest policy that is consistent with the provision of 42 CFR Part 50 Subpart F, "Responsibility of Applicants for Promoting Objectivity in Research" and 45 CFR Part 94 "Responsible Prospective Contractors."

Subrecipient certifies that to the best of the Subrecipient's knowledge: (a) all financial disclosures related to the activities funded by this Agreement and required by its conflict of interest policy have been made; (b) all identified conflicts of interest under this Agreement have been managed, reduced or eliminated prior to the expenditure of any funds under this Agreement; (c) any conflict of interest requiring management have

been reported to Stanford prior to the expenditure of funds; (d) all Subrecipient investigators have completed the required FCOI training prior to engaging in any research funded by this Agreement.

Subrecipient agrees to maintain current and annually updated investigator disclosure of significant financial interests for all periods of the agreement.

Any subsequent conflicts identified during the life of the Subaward and requiring management will be reported to Stanford within forty-five (45) days.

Any conflict of interest reports submitted to Stanford will include:

A. Project number;
B. PD/PI or Contact PD/PI if a multiple PD/PI model is used;
C. Name of the investigator with the financial conflict of interest;
D. Name of the entity with which the investigator has a financial conflict of interest;
E. Nature of the financial interest (e.g., equity, consulting fee, travel reimbursement, honorarium);
F. Value of the financial interest (dollar ranges are permissible: $0–$4,999; $5,000–$9,999; $10,000–$19,999; amounts between $20,000–$100,000 by increments of $20,000; amounts above $100,000 by increments of $50,000), or a statement that the interest is one whose value cannot be readily determined through reference to public prices or other reasonable measures of fair market value;
G. A description of how the financial interest relates to the PHS funded research and the basis for the Subrecipient's determination that the financial interest conflicts with such research; and
H. A description of the key elements of the Subrecipient's management plan, including:
    1. Role and principal duties of the conflicted investigator in the research project;
    2. Conditions of the management plan;
    3. How the management plan is designed to safeguard objectivity in the research project;
    4. Confirmation of the investigator's agreement to the management plan;
    5. How the management plan will be monitored to ensure Investigator compliance

Send all conflict of interest notifications to the Stanford Authorized Official with a carbon copy to osr_intake@stanford.edu.

**24. Certifications**

For the duration of this Agreement, including all amendments, Subrecipient agrees to notify Stanford of material changes to the certifications provided below in connection with this Agreement. Such notice will be sent to the Stanford Authorized Official within thirty (30) days of the material change. Subrecipient certifies that:

A. To the best of its knowledge and belief, it, and its principals:

    1. Are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from covered transactions by any Federal department or agency of the United States of America;

    2. Have not within a three year period preceding the proposal for this project been convicted of or had a civil judgment rendered against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (U.S. Federal, State, or local) transaction or contract under a public transaction; violation of U.S. Federal or State antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements or receiving stolen property;

    3. Are not presently indicted for or otherwise criminally or civilly charged by a government entity (U.S. Federal, State, or local) with commission of any of the offenses enumerated in Article 24.A(2);

4.  Have not within a three-year period preceding the application/proposal for this project had one or more public transactions (U.S. Federal, State, or local) terminated for cause or default.

B.  It is not delinquent on the repayment of any debt(s) to the government of the United States of America.

C.  It will provide a drug-free workplace in accordance with the Drug-Free Workplace Act of 1988.

D.  The Subrecipient will comply with Title VI and VII of the Civil Rights Act of 1964, and Executive Order 11246 and certifies that it has a valid Assurance of Compliance on file with the DHHS (Form HHS 690).

E.  The Subrecipient and its subcontractors, if any, will abide by the requirements of 41 CFR 60-300.5(a) and 41 CFR 60-741.5(a). These regulations prohibit discrimination against qualified protected veterans and individuals on the basis of disability, and require affirmative action by covered Government contractors and subcontractors to employ and advance in employment qualified protected veterans and individuals with disabilities.

F.  The Subrecipient will comply with 41 U.S.C. §4712 Program for Enhancement of Contractor Employee Protection from reprisal for disclosure of certain information as applicable.

G.  No U.S. federal government appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of any U.S. Agency, a Member of the U.S. Congress, an officer or employee of the U.S. Congress, or an employee of a Member of the U.S. Congress in connection with the awarding of any U.S. Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any U.S. Federal contract, grant, loan, or cooperative agreement.

H.  If any funds other than U.S. Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any U.S. agency, a Member of the U.S. Congress, an officer or employee of the U.S. Congress, or an employee of a Member of the U.S. Congress in connection with this contract, grant, loan, or cooperative agreement, the Subrecipient will complete and submit Standard Form-LLL "Disclosure Form to Report Lobbying", in accordance with its instructions.

The Subrecipient will require that the language of this certification be included in the award documents of all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients will certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this Agreement was made or entered into.  Submission of this certification is a prerequisite for making or entering into this Agreement imposed by Section 1352, Title 31, U.S. Code.  Any person who fails to file the required certification will be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

I.  Subrecipient, on behalf of itself and all of its employees and representatives, including any third parties it engages to perform services under this Agreement, understands and agrees that it is not authorized to make, offer, request, or receive any payments in violation of the U.S. Foreign Corrupt Practices Act or any local applicable anti-corruption laws when doing business with Stanford.  Subrecipient certifies that it has an active and enforced policy that prohibits actual and suspected bribery and corruption and requires reporting of such incidents.  If Subrecipient does not have its own policy, or if its policy does not meet the requirements above, Subrecipient agrees to

review and follow Stanford's anti-bribery policy, and understands and agrees that it is required to comply with the terms of that policy when doing business with Stanford.

J. Prohibition on Certain Telecommunication and Video Surveillance Services or Equipment Pursuant to 2 CFR 200.216, Subrecipient will not obligate or expend funds received under this Subaward to: (1) procure or obtain; (2) extend or renew a contract to procure or obtain; or (3) enter into a contract (or extend or a renew a contract) to procure or obtain equipment, services, or systems that uses covered telecommunications equipment or services (as described in Public Law 115-232, section 889) as a substantial or essential component or any system, or as a critical technology as part of any system.

K. Representation Regarding Certain Telecommunications and Video Surveillance Services and Equipment Pursuant to FAR 52.204-24, Subrecipient will not obligate or expend funds received under this Subaward to: (1) procure or obtain; (2) extend or renew a contract to procure or obtain; or (3) enter into a contract (or extend or a renew a contract) to procure or obtain equipment, services, or systems that uses covered telecommunications equipment or services (as described in Public Law 115-232, section 889) as a substantial or essential component or any system, or as a critical technology as part of any system.

L. It will maintain compliance required under the PHS final rule entitled "Responsibilities of Awardee and Applicant Institutions for Dealing with and Reporting Possible Misconduct in Science." The Parties agree that Stanford has no responsibility or oversight regarding Subrecipient's compliance with the "Responsibilities of Awardee and Applicant Institutions for Dealing with and Reporting Possible Misconduct in Science.". The Subrecipient shall be solely responsible for implementing, monitoring, and ensuring its compliance with the PHS final rule entitled "Responsibilities of Awardee and Applicant Institutions for Dealing with and Reporting Possible Misconduct in Science."

M. The Subrecipient will comply with all applicable Federal and local laws and regulations regarding the privacy of individually identifiable information (including its collection, use, storage, and disclosure), including, but not limited to, the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy and Security Rules (45 CFR Parts 160 and 164) as amended by the Health Information Technology for Economic and Clinical Health Act (HITECH) and any regulations promulgated thereunder, as may be amended from time to time. Subrecipient agrees to collect, use and disclose data collected or produced in the performance of this Agreement that identifies or could be used to identify a participating human subject ("Subject Data") in accordance with the subject authorization/informed consent. If Subrecipient de-identifies Subject Data in accordance with the standards as set forth in 45 C.F.R. Section 164.514, either party may use and disclose the de-identified information as allowed by law. Subrecipient will use all reasonable efforts to protect the privacy and security of Subject Data.

## 25. Termination

Either party may terminate this Agreement upon thirty (30) days' written notification to the other party. However, in the event that Sponsor terminates its award to Stanford prior to the end of the Subaward Budget Period, Stanford will promptly notify Subrecipient in writing, and this Agreement will be terminated. In the event of termination Stanford will pay for costs incurred and non-cancelable commitments made in performance of the Statement of Work and in accordance with the budget or as otherwise approved by Stanford prior to the effective date of termination. Stanford may terminate this Agreement for default, in whole or in part, by written notice to the Subrecipient in any of the following circumstances:

A. If the Subrecipient fails to perform the Statement of Work or submit deliverables within the time specified in the Agreement or any extensions thereof.

B. If the Subrecipient fails to perform any of the other provisions of this Agreement, or fails to make progress in the work necessary for the performance of this Agreement, and does not cure such

failure within a period of ten (10) days (or such longer period as may be authorized by Stanford in writing) after receipt of notice from Stanford specifying such failure.

C.  If the Subrecipient is subject to OMB Uniform Guidance and fails to adequately perform in accordance with its Single Audit corrective action plan or management response, or is subject to Single Audit and has not received one for the qualifying period.

D.  If the Subrecipient fails to comply with requests for supporting documentation of invoices and Statement of Work progress.

E.  If the Subrecipient makes any material misrepresentations to Stanford.

F.  Upon actual insolvency of the Subrecipient. Subrecipient will be deemed to be insolvent if it has ceased to pay its debts in the ordinary course of business or cannot pay its debts as they become due, whether it has committed an act of bankruptcy or not, and whether insolvent within the meaning of the Federal Bankruptcy Law or not.

G.  Upon the filing of a voluntary petition to have Subrecipient declare bankruptcy.

H.  The execution by Subrecipient of an assignment for the benefit of creditors.

If Stanford terminates this contract for default in whole or in part, it may acquire, under the terms and in the manner Stanford considers appropriate, deliverables or research services similar to those terminated. Subrecipient will continue any work not terminated. In addition, Stanford may withhold from Subrecipient any amounts otherwise due Subrecipient for performance of this Agreement in such amounts as Stanford determines necessary to protect Stanford against loss due to outstanding liens or claims against said goods or for any amounts otherwise due from Subrecipient.

Upon termination for any reason, Subrecipient will make all reasonable efforts to mitigate costs and immediately deliver any deliverables, materials, or property purchased or developed under this Agreement to Stanford.  Subrecipient will furnish all necessary reports of research completed or in progress through the date of termination, as required under Article 12 – Deliverables; Reporting; and Closeout Requirements.

**26.      Dispute Resolution**

**27.      Governing Law and Venue**

This Agreement, the legal relationships between the parties, and any legal action in connection with this Agreement will be governed by and construed in accordance with the laws of the State of California, U.S.A., without regard to its conflict of laws doctrine. Proper venue for legal actions shall be exclusively vested in state court in Santa Clara County. The parties agree that subject matter and personal jurisdiction are proper in state court in Santa Clara County and waive all venue objections.

**28.      Laws and Regulations**

This Agreement is subject to all applicable local, national, and U.S. laws and regulations. In carrying out the project, Subrecipient will comply with all applicable laws, regulations, and rules, and will not infringe, misappropriate, or violate the intellectual property, privacy, or publicity rights of any third party.

**29.      Force Majeure**

Neither party is liable for failure to perform if such failure is solely caused by circumstances beyond its control and not further exacerbated by its acts or omissions, including but not limited to war, acts of civil or military authorities, riots, embargoes, strikes at a national level, government orders, prolonged shortage of supplies, industry supply shortages, drought, hurricane, typhoon, earthquake, epidemic/pandemic and severe fire or floods ("Force Majeure").  The party experiencing the Force Majeure must immediately notify the other party giving full particulars of the event of force majeure and the reasons for the event preventing that party from, or delaying that party in performing its obligations under this Agreement.  The party injured by the other's inability to perform may elect one of the following remedies: (a) to terminate this Agreement in whole or in part; or (b) to suspend the Agreement, in whole or in part, for the duration of the Force Majeure.  The party injured has no liability for any costs, losses, expenses, damages, or delay

costs suffered by the party experiencing the Force Majeure. The party experiencing the Force Majeure will cooperate with and assist the injured party in all reasonable ways to minimize the impact of Force Majeure on the injured party.

**30.    Independent Contractors**

Stanford and Subrecipient are independent contractors and neither is an agent, joint venturer, or partner of the other. Except as authorized by Stanford or as necessary to perform the Statement of Work, the Subrecipient will not communicate with the Sponsor regarding any matter within the scope of the responsibility of the Prime Award.

**31.    Notice**

A.   Form of Notice. All notices will be written in English and signed by the Authorized Official of the notifying party. The notice must reference the section of this Agreement pursuant to which it is given.

B.   Method of Notice. Notices will be deemed sufficient if given by (a) registered or certified mail; (b) private courier service, with signature provided by the receiving party; (c) electronic mail to the Authorized Official and Principal Investigator shown in **Attachment 3**, (and for notices to Stanford, with a carbon copy to osr_intake@stanford.edu).

C.   Receipt. Notices sent via mail or courier will be deemed given upon receipt. Notices sent via electronic mail will be deemed given forty-eight (48) hours from the date notice was sent.

**32.    Amendments or Changes**

Amendments or changes to this Agreement must be in writing and signed by each party's Authorized Official, with the exception of changes to **Attachment 3**.

**33.    Assignment**

Neither party may assign this agreement without the prior written consent of the other party, and the prior consent of Stanford's Sponsor and awarding agency, if required.

**34.    No Waivers**

No waiver of any term, provision or condition of this Agreement whether by conduct or otherwise in any one or more instance will be deemed to be or construed as a further or continuing waiver of any such term, provision or condition or of any other term, provision or condition of this Agreement.

**35.    Severability**

If any provision of this Agreement becomes or is declared illegal, invalid, or unenforceable, those provisions will be divisible from this Agreement and deemed to be deleted from this Agreement. If the deletion substantially alters the basis of this Agreement, the parties will negotiate in good faith to amend the provisions of this Agreement to give effect to the original intent of the parties.

**36.    Order of Precedence**

In the event of conflicting conditions, the following order of precedence will apply:

1.   This Agreement, including all Attachments
2.   Terms and Conditions of the Prime Award including Attachment 2

The terms and conditions of this Agreement take precedence over any documents which Subrecipient or Subrecipient's personnel may have executed in connection with this project.

**37.    Survival**

The provisions of this Agreement will survive the termination of this Agreement to the extent necessary to effectuate the terms contained herein.

**38.    Entire Agreement**

This Agreement represents the entire agreement and understanding between the parties with respect to its subject matter.  It supersedes all prior or contemporaneous discussions, representations, or agreements, whether written or oral, of the parties regarding this subject matter.

**Approved and accepted for:**

| County Of Santa Clara | Board of Trustees<br>of the Leland Stanford Junior University |
|---|---|
| Signature: *James R. Williams*<br>74FCE0CB79FA478... | Signature: *Evan Weisman* |
| Name: James R. Williams | Name: Evan Weisman |
| Title: County Executive | Title: Contract and Grant Officer |
| Date: 12/10/2025 | Date: 12/11/2025 |
| Approved as to Form and Legality:<br>*Jenny Lam*<br>514DE02B114494...<br>Name: Jenny Lam | |
| Title: Deputy County Counsel | |
| Date: 12/9/2025 | |
| Signature: *Sarah L. Rudman*<br>AA2AF09347E274F8...<br>Name: Sarah L. Rudman, MD MPH | |
| Title: Acting Health Officer and Public Health Director | |
| Date: 12/10/2025 | |

Initial *wTAE*

| ATTACHMENTS | |
|---|---|
| Attachment 1 | Statement of Work, Budget/ Budget Justification |
| Attachment 2 | Sponsor Prime Award Agreement |
| Attachment 3 | Authorized Representatives (Contacts) |
| Attachment 4 | Additional Attachments – N/A |
| Attachment 5 | Sample Invoice |
| Attachment 6 | FFATA Reporting |

**ATTACHMENT 1**

**Subrecipient Statement of Work, Budget, and Budget Justification**

**PREVENTION POLICY MODELING LAB**

<u>**Scope of Work**</u>
<u>**County of Santa Clara Public Health Department**</u>

**Background:**
The goal of this project is to conduct health and economic modeling to inform decision-making on HIV, hepatitis, STD, TB and school health at national, state and local levels, in partnership with the National Center for HIV/AIDS Viral Hepatitis, STD and TB Prevention.

**Introduction:**
Stanford University will establish a consortium agreement with the County of Santa Clara Public Health Department (SCC PHD) to contribute to this collaborative project.

**Scope of work:**
As consortium partners, the Chief Science Officer (CSO) will direct the team at SCC PHD as they contribute to the development of research questions, study design, data acquisition, data analysis, development of decision tools and publications.

Consortium partners will participate in regular research meetings, including an annual investigator meeting and more frequent research meetings to meet specific project milestones.

The CSO will serve as a member of the Executive Committee, which will convene quarterly to discuss strategic priorities, evaluate progress, and address critical scientific questions in specific areas of work.

**Deliverables:**
Consortium partners will contribute to development of spreadsheet models and preparation of reports and publications comprising the key deliverables from the project.

**Timeline:**
Timeline for the consortium agreement will coincide with the timeline of the project, from 9/30/2025 to 9/29/2029.

Docusign Envelope ID: 349A126D-8D7C-4E48-A292-B90B43EAF5ED

County of Santa Clara Public Health Department
P.I.: Wayne Enanoria
**Stanford University CDC NEEMA3**
**Prevention Policy Modeling Lab**
**Funding Opportunity Number CDC-RFA-PS-24-0028**

| DIRECT COSTS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **PERSONNEL** | | | | | | | | | **YEAR 1** |
| **Position** | **Job Code** | **Dept** | **Branch** | **Program** | **Cost Center** | **Track** | **Annual Salary** | **FTE** | **Budget** |
| Epidemiologist I | J25 | PHD | Science | | 2800 | | $ 144,997.00 | 12.072782% | $ 17,505.00 |
| **Total Personnel** | | | | | | | $ 144,997.00 | | $ 17,505.00 |
| **FRINGE BENEFITS** | | | | | | | | | **YEAR 1** |
| **Position** | **Job Code** | **Dept** | **Branch** | **Program** | **Cost Center** | **Track** | **Annual Benefits** | **FTE** | **Budget** |
| Epidemiologist I | J25 | PHD | Science | | 2800 | | $ 80,906.00 | 12.07278% | $ 9,768.00 |
| **Total Fringe Benefits** | | | | | | | $ 80,906.00 | | $ 9,768.00 |
| **Total Personnel and Fringe Benefits** | | | | | | | $ 225,903.00 | | $ 27,273.00 |
| **TOTAL DIRECT COSTS** | | | | | | | | | $ 27,273.00 |
| **INDIRECT COSTS** | | | | | | | | | |
| **Budget Category** | | | | | | | | **Rate %** | **YEAR 1** |
| **Description** | | | | | | | | | **Budget** |
| Personnel | | | | | | | | 10% | $ 1,750.50 |
| Fringe Benefits | | | | | | | | 10% | $ 976.80 |
| **Total Indirect Costs** | | | | | | | | | $ 2,727.00 |
| **Total Indirect Cost Award** | | | | | | | | | $ 30,000.00 |

**SUBAWARD BUDGET NARRATIVE**

**Santa Clara County Department of Public Health ($30,000)**

• Method of Selection: Sole source, selected based on unique expertise and positioning in county-level public health policy, and based on past history of successful scientific collaborations.

• Period of Performance: 9/30/2025 - 9/29/2026

• Scope of Work: The Chief Science Officer (CSO) will direct the team at SCC PHD as they contribute to the development of project questions, study design, data acquisition, data analysis, development of decision tools and publications. SCC will participate in regular meetings, including an annual investigator meeting and more frequent meetings to meet specific project milestones.  The CSO will serve as a member of the Executive Committee, which will convene to discuss strategic priorities, evaluate progress, and address critical scientific questions in specific areas of work.

• Method of Accountability: Based on the detailed workplan that will be developed in collaboration with CDC, specific process and outcome measures for evaluation will be agreed and will form the basis for quarterly and annual evaluations of progress and performance of all subcontractors.

• Itemized Budget and Justification: see following.

**Detailed Itemized Budget Narrative for 12-Month Budget Period 09/30/2025 – 09/29/2026**

1. **Salaries and Wages ($27,273):**

This budget narrative reflects salaries and wages for one existing Epidemiologist I position. The staffing described below reflects the positions to be funded by this grant as well as the County of Santa Clara's in-kind contributions.

| Position Title and Name | Annual Salary | Time | Total Months | Amount Requested |
|---|---|---|---|---|
| *Chief Science Officer, Sub-award Principal Investigator* | *In-Kind* | *5%* | *12 months* | *0* |
| *Epidemiologist* | *$144,997* | *12.07%* | *12 months* | *$17,505* |

Docusign Envelope ID: 349A126D-8D7C-4E48-A292-B90B43EAE5ED

| Total Personnel | | | | $17,505 |
|---|---|---|---|---|

### A. Key Personnel

**Chief Science Officer, Sub-Award Principal Investigator** (in-kind 5% effort) The CSO will direct the team at SCC PHD as they contribute to the development of project questions, study design, data acquisition, data analysis, development of decision tools and publications. In addition, the CSO will identify additional subject matter experts within the county who will provide input in the areas of HIV, TB, viral hepatitis, STIs, syndemics, public health surveillance, special populations, and health equity.

### B. Other Personnel

**Epidemiologist I** (12.07% effort) The Epidemiologist will analyze case surveillance data, co-develop mathematical models with the project team, and provide input on application of the models to inform public health decision making for actions. In addition, the Epidemiologist will communicate findings, contribute to policy development, and guide strategies in outbreak settings. Their expertise of surveillance data sources, data analysis, and modeling helps identify patterns and trends in disease occurrence and evaluate the effectiveness of control measures.

### 2. Fringe Benefits ($9,768):

Fringe benefits include medical, dental, vision, life insurance, retirement/pension, FICA/Medicare, Workers Compensation and Disability. The County of Santa Clara's Fiscal Year 2025-26 budget process uses the Personnel Expenditure Projection (PEP) module of SAP Budgeting and Planning for Public Sector (SBP), which calculates benefits as noted below. Assumptions are updated throughout the budget process as more information is acquired. All rates below are budgetary rates and may differ from actual rates charged through payroll. Some benefits vary by Bargaining Unit. The Bargaining Unit represented by the positioned detailed in this budget narrative: SEIU Local 521 (Epidemiologist I). The following is a summary of the benefit calculation rates and costs:

| Health Insurance: $24,985 per FTE | Retiree Health Insurance, OPEB: $9,060 per FTE |
|---|---|
| Other Benefit: Deferred Compensation: $20 per FTE | Unemployment Insurance: 0.051% of salary |

| Worker's Compensation: 0.666% of salary | Social Security (Employer Share): 6.2% of salary with annual wage limit of $176,100 for Calendar Year (CY) 2025. |
|---|---|
| Medicare: 1.45% of salary | County-Paid PERS Employer Share: SEIU Local 521 6.779% of salary, County Employees Management Association 6.779% of salary (CalPERS employer paid rates are capped by employee earnings for the Calendar Year 2025: $350,000 for classic members, $155,081 for PEPRA - Social Security participants, and $186,096 for PEPRA - Non-Social Security participants) |
| PERS Unfunded Actuarial Liability: 13.62% of salary | Departmental Charge for Pension Obligation Bond: 0.85% of salary |

The following list includes the fringe calculations for each planned position in Year One:

| Position Title and Name | Salary Requested | Fringe Percentage | Amount Requested |
|---|---|---|---|
| *Epidemiologist I* | $17,505 | 55.8% | $9,768* |
| **Total Fringe** | | | **$9,768** |

*Rounding throughout calculation

**3. Indirect Costs: ($2,727)**

Indirect is projected to be 10% of the proposed budget. The County of Santa Clara County does not have an indirect cost rate agreement with the federal government. According to the OMB supercircular, counties that do not have a negotiated indirect cost rate may charge a "de minimis" rate of 10% of modified total direct costs. All indirect costs, including subawards, calculated in line with the Modified Total Direct Cost (MTDC).

**ATTACHMENT 2**
**Terms and Conditions of the Prime Award Agreement**

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

**Notice of Award**

Award# 5 NU38PS004654-02-00
FAIN# NU38PS004654
Federal Award Date: 09/02/2025

## Recipient Information

1. **Recipient Name**
   THE LELAND STANFORD JUNIOR
   UNIVERSITY
   455 Broadway St
   School of Medicine
   Redwood City, CA 94063-3126
   [No Phone Record]
2. **Congressional District of Recipient**
   15
3. **Payment System Identifier (ID)**
   1941156365A1
4. **Employer Identification Number (EIN)**
   941156365
5. **Data Universal Numbering System (DUNS)**
   009214214
6. **Recipient's Unique Entity Identifier (UEI)**
   HJD6G4D6TJY5
7. **Project Director or Principal Investigator**
   Mr. Joshua Salomon
   salomon1@stanford.edu
   650-736-9477
8. **Authorized Official**
   Ms. Margery Corbett
   Director, Sponsored Research
   mkcorbett@stanford.edu
   650-498-4963

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Christy Wipperfurth
   Grants Management Specialist
   lmh4@cdc.gov
   770-488-3946

10. **Program Official Contact Information**
    Taiwo Abimbola
    Economist
    iip2@cdc.gov
    4047184567

## Federal Award Information

11. **Award Number**
    5 NU38PS004654-02-00
12. **Unique Federal Award Identification Number (FAIN)**
    NU38PS004654
13. **Statutory Authority**
    Public Health Service Act [42 U.S.C. Sections 243 and 247b(k)(2)]

14. **Federal Award Project Title**
    Prevention Policy Modeling Lab

15. **Assistance Listing Number**
    93.084
16. **Assistance Listing Program Title**
    Prevention of Disease, Disability, and Death by Infectious Diseases

17. **Award Action Type**
    Non-Competing Continuation
18. **Is the Award R&D?**
    No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| 19. **Budget Period Start Date** 09/30/2025 **- End Date** 09/29/2026 | | |
| 20. **Total Amount of Federal Funds Obligated by this Action** | | $915,200.00 |
| 20a. Direct Cost Amount | | $747,460.00 |
| 20b. Indirect Cost Amount | | $167,740.00 |
| 21. Authorized Carryover | | $0.00 |
| 22. Offset | | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $0.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | | $915,200.00 |
| 26. **Period of Performance Start Date** 09/30/2024 **- End Date** 09/29/2029 | | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $1,830,400.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Ms. Stephanie Latham
    Team Lead, Grants Management Officer

## 30. Remarks

Docusign Envelope ID: 349A126D-8D7C-4E48-A292-B90B43EAE5ED



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**          Notice of Award

Centers for Disease Control and Prevention

Award#  5 NU38PS004654-02-00
FAIN#   NU38PS004654
Federal Award Date:  09/02/2025

---

## Recipient Information

**Recipient Name**

THE LELAND STANFORD JUNIOR
UNIVERSITY

455 Broadway St

School of Medicine

Redwood City, CA 94063-3126

[No Phone Record]

**Congressional District of Recipient**

15

**Payment Account Number and Type**

1941156365A1

**Employer Identification Number (EIN) Data**

941156365

**Universal Numbering System (DUNS)**

009214214

**Recipient's Unique Entity Identifier  (UEI)**

HJD6G4D6TJY5

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $282,043.00 |
| **b.  Fringe Benefits** | $78,460.00 |
| **c.  Total Personnel Costs** | $360,503.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $2,062.00 |
| **f.  Travel** | $0.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $0.00 |
| **i.  Contractual** | $384,895.00 |
| **j.  TOTAL DIRECT COSTS** | **$747,460.00** |
| **k.  INDIRECT COSTS** | **$167,740.00** |
| **l.  TOTAL APPROVED BUDGET** | **$915,200.00** |
| **m.  Federal Share** | $915,200.00 |
| **n.  Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 4-939ZRKA | 24NU38PS004654 | PS | 410Q | 93.084 | $0.00 | 75-24-0950 |
| 5-939ZRKA | 24NU38PS004654 | PS | 410Q | 93.084 | $915,200.00 | 75-25-0950 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 5 NU38PS004654-02-00

FAIN# NU38PS004654

Federal Award Date: 09/02/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

THE LELAND STANFORD JUNIOR UNIVERSITY                    5 NU38PS004654-02-00

1. term

## AWARD INFORMATION

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number **CDC-RFA-PS-24-0028**, entitled "**NCHHSTP Epidemiologic and Economic Modeling for HIV, Viral Hepatitis, STD and TB"** and application dated **May 5, 2025**, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NOA).

**Applicable Regulatory Provisions**: Prior to October 1, 2025, this award is subject to 45 CFR 75 except for eight flexibilities from 2 CFR 200 adopted by HHS on October 1, 2024. After October 1, 2025, this award will be subject to any applicable provisions of 2 CFR 200 and 2 CFR 300.

**Termination**: Prior to October 1, 2025, this award is subject to the termination provisions at 45 CFR 75.372. Starting on October 1, 2025, this award is subject to the termination provisions at 2 CFR 200.340. Pursuant to 2 CFR 200.340, the recipient agrees by accepting this award that continued funding for the award is contingent upon the availability of appropriated funds, recipient satisfactory performance, compliance with the terms and conditions of the award, and a decision by the agency that the award continues to effectuate program goals or agency priorities.

**Assurance of Compliance**: The applicant hereby agrees that it will comply with Title VI of the Civil Rights act of 1964, as amended (codified at 42 U.S.C. 2000d et seq.), and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 CFR Part 80); Section 504 of the Rehabilitation Act of 1973, as amended (codified at 29 U.S.C. 794), and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 CFR Part 84); Title IX of the Education Amendments of 1972, as amended (codified at 20 U.S.C. § 1681 et seq.), and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 CFR Part 86); The Age Discrimination Act of 1975, as amended (codified at 42 U.S.C. § 6101 et seq.), and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 CFR Part 91); and Section 1557 of the Patient Protection and Affordable Care Act, as amended (codified at 42 U.S.C. § 18116), and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 CFR Part 92).

**Total Approved Funding is included in Summary Federal Award Financial Information on page 1 of the NOA**. All future year funding will be based on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third-party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Financial Assistance Mechanism:** Cooperative Agreement

**Technical Review:** Within 5 days of this Notice of Award's (NOA) issue date, the Technical Review will be accessible to the recipient in GrantSolutions Grant Notes. Contact the assigned Program Officer indicated in the NOA with any questions regarding this document or any follow up requirements and timelines set forth therein.

**Substantial Involvement by CDC: This** is a cooperative agreement, and CDC will have substantial programmatic involvement after the award is made. Substantial involvement is in addition to all post-award monitoring, technical assistance, and performance reviews undertaken in the normal course of stewardship of federal funds.

CDC program staff will assist, coordinate, or participate in carrying out effort under the award, and recipients agree to the responsibilities as detailed in the NOFO and included below.

In a Cooperative Agreement, CDC and the recipients share responsibility for successfully implementing the award and meeting identified project outcomes. Recipients are required to collaborate with CDC's NCHHSTP Office of the Director and Divisions (Division of HIV Prevention [DHP], Division of Viral Hepatitis [DVH], Division of STD Prevention [DSTDP], and Division of Tuberculosis Elimination [DTBE]). The project protocols will be developed with substantial CDC involvement to assure project outcomes consists of NCHHSTP strategic priorities, HIV, viral hepatitis, STD, and TB specific strategic plans and in alignment with the strategies and activities stated in this NOFO. CDC will provide support to the recipients as presented below:

- Developing research questions and design of projects.
- Engaging to provide data and expert opinion (i.e., consultation on epidemiologic modeling and health economics analyses).
- Assisting in analysis and interpretation of data and disseminating results.
- Obtaining project approvals (including concept development and approval process (CDAP ) and project determination (PD) for research or non-research from the Associate Director for Science for the respective CDC program when CDC scientists are engaged.
- Obtaining IRB approval from the CDC Institutional Review Board for research involving human subjects when CDC is engaged.
- Obtaining Office of Management and Budget approval per the Paperwork Reduction Act, if necessary.
- Facilitating and coordinating the development of information exchange with partners (i.e., collaborators/end-users/partner groups).

Because CDC and recipients share responsibility for participation in all activities and success in meeting the outcomes, the resulting products are expected to be authored by both recipient and CDC staff who participated in the project, following CDC authorship guidelines. Hence, products will require CDC scientific review and approval before submitting to a journal, conference/meeting or other audience.

**Expanded Authority:** The recipient is permitted the following expanded authority in the administration of the award.

☒ Carryover of unobligated balances from one budget period to a subsequent budget period. Unobligated funds may be used for purposes within the scope of the project as originally approved.  Recipients will report use, or intended use, of carried over unobligated funds in

Docusign Envelope ID: 349A126D-8D7C-4E48-A292-B90B43EAE5ED

Section 12 "Remarks" of the annual Federal Financial Report.  If the GMO determines that some or all of the unobligated funds are not necessary to complete the project, the GMO may restrict the recipient's authority to automatically carry over unobligated balances in the future, use the balance to reduce or offset CDC funding for a subsequent budget period, or use a combination of these actions.

**Program Income**: Any program income generated under this grant or cooperative agreement will be used in accordance with the Addition alternative.

Addition alternative**:** Under this alternative, program income is added to the funds committed to the project/program and is used to further eligible project/program objectives.

Note: The disposition of program income must have written prior approval from the GMO.

## FUNDING RESTRICTIONS AND LIMITATIONS

**Programmatic Restriction(s):** Sub-contractor cost in the amount of $35,400 is restricted, pending IRB determination approval for the following project: "Practices and costs of drug susceptible and drug-resistant TB diagnosis and treatment". Funds for research involving human subjects will be restricted until the appropriate assurances and Institutional Review Board (IRB) approvals are in place. To lift restrictions, copies of all current local IRB approval letters and protocols will be required. The recipient must submit a release of restriction amendment in GrantSolutions with the required documentation.

**Indirect Costs:**

Indirect costs are not approved for this award, because indirect costs were not requested or an approved Indirect Cost Rate Agreement has not been established.  To have indirect costs approved for this grant, submit an approved indirect cost rate agreement to the grants management specialist no later than October 30, 2025.

## PAYMENT INFORMATION

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P  Account".  Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified beginning on the bottom of Page 2 of the Notice of Award must be known in order to draw down funds.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

Award# 1 NU38PS004654-01-00
FAIN# NU38PS004654
Federal Award Date: 08/02/2024

## Recipient Information

**1. Recipient Name**
THE LELAND STANFORD JUNIOR
UNIVERSITY
455 Broadway St
School of Medicine
Redwood City, CA 94063-3126
[No Phone Record]

**2. Congressional District of Recipient**
15

**3. Payment System Identifier (ID)**
1941156365A1

**4. Employer Identification Number (EIN)**
941156365

**5. Data Universal Numbering System (DUNS)**
009214214

**6. Recipient's Unique Entity Identifier (UEI)**
HJD6G4D6TJY5

**7. Project Director or Principal Investigator**
Mr. Joshua Salomon
salomon1@stanford.edu
650-736-9477

**8. Authorized Official**
Ms. Margery Corbett
Director, Sponsored Research
mkcorbett@stanford.edu
650-498-4963

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Christy Wipperfurth
Grants Management Specialist
lmh4@cdc.gov
770-488-3946

**10. Program Official Contact Information**
Tamika Hoyte
Health Scientist
imb5@cdc.gov
404-639-6029

## Federal Award Information

**11. Award Number**
1 NU38PS004654-01-00

**12. Unique Federal Award Identification Number (FAIN)**
NU38PS004654

**13. Statutory Authority**
Public Health Service Act [42 U.S.C. Sections 243 and 247b(k)(2)]

**14. Federal Award Project Title**
Prevention Policy Modeling Lab

**15. Assistance Listing Number**
93.084

**16. Assistance Listing Program Title**
Prevention of Disease, Disability, and Death by Infectious Diseases

**17. Award Action Type**
New

**18. Is the Award R&D?**
No

SPO 337683

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 09/30/2024 **- End Date** 09/29/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $915,200.00 |
| 20a. Direct Cost Amount | | $643,229.00 |
| 20b. Indirect Cost Amount | | $271,971.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $0.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $915,200.00 |
| **26.** Period of Performance Start Date 09/30/2024 **- End Date** 09/29/2029 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $915,200.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Mr. Arthur Lusby
Grants Management Officer, Team Lead

## 30. Remarks

New Award: Financial Assistance in the amount of $915,200.



# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## Centers for Disease Control and Prevention

**Notice of Award**

Award#  1 NU38PS004654-01-00
FAIN#  NU38PS004654
Federal Award Date: 08/02/2024

## Recipient Information

**Recipient Name**
THE LELAND STANFORD JUNIOR
UNIVERSITY
455 Broadway St
School of Medicine
Redwood City, CA 94063-3126
[No Phone Record]
**Congressional District of Recipient**
15
**Payment Account Number and Type**
1941156365A1
**Employer Identification Number (EIN) Data**
941156365
**Universal Numbering System (DUNS)**
009214214
**Recipient's Unique Entity Identifier (UEI)**
HJD6G4D6TJY5

**31. Assistance Type**
Cooperative Agreement
**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $339,681.00 |
| **b. Fringe Benefits** | $96,520.00 |
| **c. Total Personnel Costs** | $436,201.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $7,500.00 |
| **f. Travel** | $10,420.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $2,800.00 |
| **i. Contractual** | $186,308.00 |
| **j. TOTAL DIRECT COSTS** | **$643,229.00** |
| **k. INDIRECT COSTS** | **$271,971.00** |
| **l. TOTAL APPROVED BUDGET** | **$915,200.00** |
| **m. Federal Share** | $915,200.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 4-939ZRKA | 24NU38PS004654 | PS | 410Q | 93.084 | $915,200.00 | 75-24-0950 |

Docusign Envelope ID: 349A126D-8D7C-4E48-A292-B90B43EAE5ED



**DEPARTMENT OF HEALTH AND HUMAN SERVICES** Notice of Award

Centers for Disease Control and Prevention

Award# 1 NU38PS004654-01-00
FAIN# NU38PS004654
Federal Award Date: 08/02/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

Docusign Envelope ID: 349A126D-8D7C-4E48-A292-B90B43EAE5ED

# AWARD ATTACHMENTS

THE LELAND STANFORD JUNIOR UNIVERSITY                    1 NU38PS004654-01-00

1. Terms

Recipient: Leland Stanford Junior University
Award Number: NU38PS004654-01-00

**AWARD INFORMATION**

**Incorporation:** In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number **CDC-RFA-PS-24-0028**, entitled **NCHHSTP Epidemiologic and Economic Modeling for HIV, Viral Hepatitis, STD, and TB,** and application dated April 8, 2024, as may be amended, which are hereby made a part of this non-research award, hereinafter referred to as the Notice of Award (NoA).

**Total Approved Funding is included in Summary Federal Award Financial Information on page 1 of the NOA.** All future year funding will be based on satisfactory programmatic progress and the availability of funds.

This award is fully funded for year 1.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third-party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Budget Revision Requirement:** By **October 30, 2024** the recipient must submit a revised budget with a narrative justification. Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date. Follow the CDC Prior Approval Guidance and submit the Budget Revision as an **amendment** in Grant Solutions. Ensure the revised budget addresses the following:

- Adjust the budget to the approved funding amount.
- The SF424a showed all funds would be used in the first quarter only and lacks the CFDA.
- Personnel:
    - Present the costs per the Budget Preparation Guidelines. The annual salary multiplied by the %FTE, multiplied by the number of months/12 yields the amount requested. Revise the data.
    - Several personnel have minimal involvement (2% - 5%). Justify or revise.
    - There are several research positions, but no research will occur in year 1.
    - For TBN positions, include the estimated hire date. See the CDC Budget Preparation Guidelines regarding vacant positions.
- Travel:
    - Travel is requested for 5 people; however, there are only 3 people over 50% FTE on this project.
    - Will the biennial conference occur in year 1 of the project? If not, remove the travel expense.
- Subaward/Contractual:
    - There are many contracts, some with minimal project involvement such as Boston University. Consult with the PO to determine which contracts/activities are necessary.
    - No research will occur in year 1. Remove the research activities/expenses from

the contracts.
- o The indirect cost rate for research was used for some subawards/contracts. No research will occur in year 1 therefore a non-research indirect cost rate must be used.
- Indirect Costs: The Indirect Cost Rate Agreement expires before the award start date. Submit the Indirect Cost Rate Agreement in effect on September 30, 2024.

**Summary Statement:** Within 5 days of this Notice of Award's (NoA) issue date, the Summary Statement will be accessible to the recipient in GrantSolutions Grant Notes. Contact the assigned Program Officer indicated in the NoA with any questions regarding this document or any follow up requirements.

**Financial Assistance Mechanism:** Cooperative Agreement

**Substantial Involvement by CDC:** This is a cooperative agreement and CDC will have substantial programmatic involvement after the award is made. Substantial involvement is in addition to all post-award monitoring, technical assistance, and performance reviews undertaken in the normal course of stewardship of federal funds.

CDC program staff will assist, coordinate, or participate in carrying out effort under the award, and recipients agree to the responsibilities therein, as detailed in the NOFO.

CDC will partner with the recipient to ensure the success of the cooperative agreement by:
- Developing research questions and design of projects.
- Engaging to provide data and expert opinion (i.e., consultation on epidemiologic modeling and health economics analyses).
- Assisting in analysis and interpretation of data and disseminating results.
- Obtaining project approvals (including concept development and approval process (CDAP) and project determination (PD) for research or non-research from the Associate Director for Science for the respective CDC program when CDC scientists are engaged.
- Obtaining IRB approval from the CDC Institutional Review Board for research involving human subjects when CDC is engaged.
- Obtaining Office of Management and Budget approval per the Paperwork Reduction Act, if necessary.
- Facilitating and coordinating the development of information exchange with partners (i.e., collaborators/end-users/partner groups).


Because CDC and recipients share responsibility for participation in all activities and the success in meeting the outcomes, the resulting products are expected to be authored by both recipient and CDC staff who participated in the project, following CDC authorship guidelines. Hence, products will require CDC scientific review and approval before submitting to a journal, conference/meeting or other audience.


**Program Income**: Any program income generated under this cooperative agreement will be used in accordance with the Addition alternative.

Addition alternative: Under this alternative, program income is added to the funds committed to the project/program and is used to further eligible project/program objectives.

Note: The disposition of program income must have written prior approval from the GMO.

## FUNDING RESTRICTIONS AND LIMITATIONS

**Notice of Funding Opportunity (NOFO) Restrictions**:
- Recipients may not use funds for research **during the first year of the award.**
- Recipients may not use funds for clinical care except as allowed by law.
- Recipients may use funds only for reasonable program purposes, including personnel, travel, supplies, and services.
- Generally, recipients may not use funds to purchase furniture or equipment. Any such proposed spending must be clearly identified in the budget.
- Reimbursement of pre-award costs generally is not allowed, unless the CDC provides written approval to the recipient.
- Other than for normal and recognized executive-legislative relationships, no funds may be used for:
  - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
  - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
- See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on anti-lobbying restrictions for CDC recipients.

Indirect costs are not approved for this award because the Indirect Cost Rate Agreement submitted expires before the award start date. To have indirect costs approved for this grant, submit an approved indirect cost rate agreement in effect during the award start date, as part of the budget revision amendment submission.

## REPORTING REQUIREMENTS

**Annual Federal Financial Report (FFR, SF-425):** The Annual Federal Financial Report is required and must be submitted in the Payment Management System no later than 90 days after the end of the budget period. The FFR is due **December 28, 2025**.

**Programmatic Quarterly Status Reports (QSRs)** for the reporting period are due to the CDC by the designated due date. These are separate from, and in addition to, the annual performance reporting requirement in the General Terms and Conditions.

## PROGRAM OR FUNDING GENERAL REQUIREMENTS

**HIV Program Review Panel Requirement**: All written materials, audiovisual materials, pictorials, questionnaires, survey instruments, websites, educational curricula and other relevant program materials must be reviewed and approved by an established program review panel. A list of reviewed materials and approval dates must be submitted to the CDC Grants Management Specialist identified in the CDC Roles and Responsibilities section of this NoA.

**Duplication of Effort:** Recipients are responsible for reporting if this award will result in programmatic, budgetary, or commitment overlap with another application or award (i.e., grant, cooperative agreement, or contract) submitted to another funding source in the same fiscal year. Overlap, whether programmatic, budgetary, or commitment of an individual's effort greater than 100 percent, is not permitted. Recipients are responsible for notifying the CDC Program Official and Grants Management Officer identified on this Notice of Award, if they become aware of programmatic, budgetary, or commitment overlap with another application or award. The overlap will be resolved by the CDC with the recipient and the PD/PI.

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The Document Number in page 2, section 34 of the Notice of Award must be known to draw down funds.

## CDC STAFF CONTACTS:

**Grants Management Specialist (GMS):** The GMS is the federal staff member responsible for the day-to-day management of grants and cooperative agreements. The GMS is the primary contact of recipients for business and administrative matters pertinent to grant awards.
**The GMS contact information is located on page 1, item #9.**

**Program/Project Officer (PO):** The PO is the federal official responsible for monitoring the programmatic, scientific, and/or technical aspects of grants and cooperative agreements, as well as contributing to the effort of the award under cooperative agreements.
**The PO contact information is located on page 1, item #10.**

**Grants Management Officer (GMO):** The GMO is the federal official responsible for the business and other non-programmatic aspects of grant awards. The GMO is the only official authorized to obligate federal funds and is responsible for signing the NoA, including revisions to the NoA that change the terms and conditions. The GMO serves as the counterpart to the business officer of the recipient organization.

**The GMO name is located on page 1, item #29.**

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU38PS004654-01-01
FAIN# NU38PS004654
Federal Award Date: 12/11/2024

## Recipient Information

**1. Recipient Name**
THE LELAND STANFORD JUNIOR
UNIVERSITY
455 Broadway St
School of Medicine
Redwood City, CA 94063-3126
[No Phone Record]

**2. Congressional District of Recipient**
15

**3. Payment System Identifier (ID)**
1941156365A1

**4. Employer Identification Number (EIN)**
941156365

**5. Data Universal Numbering System (DUNS)**
009214214

**6. Recipient's Unique Entity Identifier (UEI)**
HJD6G4D6TJY5

**7. Project Director or Principal Investigator**
Mr. Joshua  Salomon
salomon1@stanford.edu
650-736-9477

**8. Authorized Official**
Ms. Margery  Corbett
Director, Sponsored Research
mkcorbett@stanford.edu
650-498-4963

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Christy Wipperfurth
Grants Management Specialist
lmh4@cdc.gov
770-488-3946

**10. Program Official Contact Information**
Tamika  Hoyte
Health Scientist
imb5@cdc.gov
404-639-6029

## Federal Award Information

**11. Award Number**
6 NU38PS004654-01-01

**12. Unique Federal Award Identification Number (FAIN)**
NU38PS004654

**13. Statutory Authority**
Public Health Service Act [42 U.S.C. Sections 243 and 247b(k)(2)]

**14. Federal Award Project Title**
Prevention Policy Modeling Lab

**15. Assistance Listing Number**
93.084

**16. Assistance Listing Program Title**
Prevention of Disease, Disability, and Death by Infectious Diseases

**17. Award Action Type**
Budget Revision

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 09/30/2024 **- End Date** 09/29/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $51,657.00 |
| 20b. Indirect Cost Amount | | ($51,657.00) |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $915,200.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $915,200.00 |
| **26.** Period of Performance Start Date 09/30/2024 **- End Date** 09/29/2029 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $915,200.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Ms. Stephanie Latham
Team Lead, Grants Management Officer

## 30. Remarks

Revised Budget - Approved

Page 1



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU38PS004654-01-01
FAIN# NU38PS004654
Federal Award Date: 12/11/2024

## Recipient Information

**Recipient Name**
THE LELAND STANFORD JUNIOR
UNIVERSITY
455 Broadway St
School of Medicine
Redwood City, CA 94063-3126
[No Phone Record]

**Congressional District of Recipient**
15

**Payment Account Number and Type**
1941156365A1

**Employer Identification Number (EIN) Data**
941156365

**Universal Numbering System (DUNS)**
009214214

**Recipient's Unique Entity Identifier (UEI)**
HJD6G4D6TJY5

---

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---:|
| a. | Salaries and Wages | $283,070.00 |
| b. | Fringe Benefits | $78,818.00 |
| | c.  Total Personnel Costs | $361,888.00 |
| d. | Equipment | $0.00 |
| e. | Supplies | $5,391.00 |
| f. | Travel | $0.00 |
| g. | Construction | $0.00 |
| h. | Other | $0.00 |
| i. | Contractual | $327,607.00 |
| j. | **TOTAL DIRECT COSTS** | **$694,886.00** |
| k. | **INDIRECT COSTS** | **$220,314.00** |
| l. | **TOTAL APPROVED BUDGET** | **$915,200.00** |
| m. | **Federal Share** | $915,200.00 |
| n. | **Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 4-939ZRKA | 24NU38PS004654 | PS | 410Q | 93.084 | $0.00 | 75-24-0950 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

Award#  6 NU38PS004654-01-01

FAIN#   NU38PS004654

Federal Award Date: 12/11/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

Docusign Envelope ID: 349A126D-8D7C-4E48-A292-B90B43EAE5ED

# AWARD ATTACHMENTS

THE LELAND STANFORD JUNIOR UNIVERSITY                    6 NU38PS004654-01-01

1. Terms

## ADDITIONAL TERMS AND CONDITIONS

**Budget Revision Approval:** The revised itemized budget provided in the amount of **$ 915,200.00** has been reviewed and found to be acceptable as submitted; therefore, the final revised budget is incorporated into the award by reference. The Budget Revision Requirement in the Notice of the Award dated **August 2, 2024,** has been satisfied. This action is in response to the recipient's correspondence submitted **November 18, 2024**.

**Indirect Costs**: Indirect costs are approved based on the negotiated indirect cost rate agreement dated August 29, 2024. The rates in this agreement are to be used for the <u>entire project period</u>, including any approved extensions, in accordance with 45 CFR Part 75, Appendix III. Indirect cost/facilities and administration rates for subcontracts will be treated in the same manner as those for the recipient, if the subcontractor is covered by 45 CFR Part 75, Appendix III.

**ATTACHMENT 3**
**Authorized Representatives**

| STANFORD Contacts | | SUBRECIPIENT Contacts | |
|---|---|---|---|
| **Authorized Official/Admin Contact** | | **Authorized Official/Admin Contact** | |
| Name: | Evan Weisman | Name: | PHD Contracts |
| Address: | Stanford University | Address: | 150 W Tasman Drive |
| | Office of Sponsored Research | | San Jose, CA 95134 |
| | 485 Broadway, Third Floor, | | |
| | Redwood City, CA 94063 | | |
| Telephone: | (650) 724-8269 | Telephone: | N/A |
| Email: | Weisman2@stanford.edu | Email: | PHDContracts@phd.sccgov.org |
| **Principal Investigator** | | **Principal Investigator** | |
| Name: | Joshua Salomon | Name: | Wayne Enanoria |
| Address: | 615 Crothers Way | Address: | 150 W Tasman Drive |
| | Stanford CA 94305-6006 | | San Jose, CA 95134 |
| Telephone: | | Telephone: | 408-816-9534 |
| Email: | salomon1@stanford.edu | Email: | Wayne.enanoria@phd.sccgov.org |
| **Financial/Invoice Contact** | | **Financial/Payment Contact** | |
| Name: | Heidi Zhang | Name: | Arvind Sharma |
| Address: | 615 Crothers Way | Address: | 150 W Tasman Drive |
| | Stanford CA 94305-6006 | | San Jose, CA 95134 |
| Telephone: | (650) 723-9631 | Telephone: | 408-808-4610 |
| Email: | heidiz2@stanford.edu | Email: | Arvind.sharma@phd.sccgov.org |
| **Single Audit Contact** | | **Single Audit Contact** | |
| Name: | Carrie Chesbro | Name: | Joan Song |
| Address: | Office of Research Administration | Address: | 2325 Enborg Lane |
| | Stanford University | | San Jose, CA 95128 |
| Telephone: | (650) 497-6852 | Telephone: | |
| Email: | chesbro@stanford.edu | Email: | 408-947-4107 |
| | | | Joan.song@hhs.sccgov.org |
| **Export Control Officer** | | **Export Control Officer** | |
| Name: | Export Control Officer | Name: | N/A |
| Address: | Export Control Office | | |
| Telephone: | (650) 725 3093 | Telephone: | |
| Email: | exportcontrols@stanford.edu | Email: | |

**ATTACHMENT 4**
**Additional Attachments – No Additional Attachments**

**ATTACHMENT 5**
**Sample Invoice for Subrecipient Reference**

STANFORD Agreement Number:

---

SEND INVOICE TO:
STANFORD UNIVERSITY                          STANFORD Investigator:
[Department Financial Contact Information]

Prime Award Title:

---

| Send all payments to: | [Subrecipient's Name and Address] |
| | Subrecipient Reference # |
| | REQUEST FOR CASH REIMBURSEMENT |

---

| Voucher No: | ☐ Final | Date Prepared: |
| Period Covered: | | |

---

| EXPENSES | Current Charges | Cumulative Charges | Cost-Sharing (if applicable) |

Salaries and Wages:
Fringe Benefits:
Supplies:
Materials:
Equipment:    ☐ Budgeted:
              ☐ Unbudgeted:
Subawards:
Services:
Travel:
F&A Rate: _____

TOTAL
Less Previous Cumulative Amount:                                    $_____

TOTAL AMOUNT DUE ON THIS INVOICE:                                  $_____

---

**CERTIFICATION BY SUBRECIPIENT**

I certify to the best of my knowledge and belief that the report is true, complete, and accurate, and the expenditures, disbursements and cash receipts are for the purposes and objectives set forth in the terms and conditions of the Federal award. I am aware that any false, fictitious, or fraudulent information, or the omission of any material fact, may subject me to criminal, civil or administrative penalties for fraud, false statements, false claims or otherwise. (U.S. Code Title 18, Section 1001 and Title 31, Sections 3729–3730 and 3801–3812).

_____

Name and Signature (Authorized Certifying Official)                  Date

_____
Title

---

**APPROVAL BY STANFORD UNIVERSITY'S P.I.**

In signing below, I approve payment of this invoice and attest that the charges appear reasonable, and progress to date on this project is satisfactory and in keeping with the statement of work.

_____

Signature of Stanford's Principal Investigator                       Date

**ATTACHMENT 6**
**FFATA Reporting Requirements**

**Subrecipient Institution type:** Government

A.  Is Subrecipient currently registered in SAM?          Yes ☒          No ☐
    a.  If yes, SAM expiration date:  12/19/2025

B.  Did the Subrecipient's gross income in the previous tax year, from all sources, exceed $300,000?
    a.  Yes ☒          No ☐     If no, FFATA reporting of this Agreement is not required.

C.  The performance site is the same as the address of the Authorized Official ☐ or PI/Project Director ☒
    a.  If another performance site is used, please complete section below.

| Place of Performance |
| --- |
| Name: |
| Address: |
| |
| City, State, Zip+4: |
| Telephone: |
| Fax: |
| Email: |
| Congressional District: |

D.  The names and total compensation of the five most highly compensated officers of the entity(ies) must be listed if the entity in the preceding fiscal year received:
    a.  80 percent or more of its annual gross revenues in Federal awards (federal contracts (and subcontracts),
        loans, grants (and subgrants) and cooperative agreements); AND
    b.  $25,000,000 or more in annual gross revenues from Federal awards; and
    c.  the public does not have access to information about the compensation of the senior executives of the entity through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986.

E.  Is Subrecipient exempt from reporting compensation?
    a.  Yes ☒          No ☐     If no, please complete section below.

| Officer Name | Compensation |
| --- | --- |
| | |
| | |
| | |
| | |
| | |