**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS; STATE OF CALIFORNIA; STATE OF COLORADO; and STATE OF MINNESOTA,<br><br>    Plaintiffs,<br><br>    v.<br><br>RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*; U.S. OFFICE OF MANAGEMENT AND BUDGET; ROBERT F. KENNEDY JR*., in his official capacity as Secretary of the U.S. Department of Health & Human Services*; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; JIM O'NEILL, *in his official capacity as Acting Director of the U.S. Centers for Disease Control & Prevention*; U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION; DONALD J. TRUMP, *in his official capacity as President of the United States*; and the UNITED STATES;<br><br>    Defendants. | Case No. 1:26-cv-1566 |

# EXHIBIT 3

Declaration of Ned Calonge

I, Ned Calonge, declare as follows, pursuant to 28 U.S.C. § 1746:

1.  I am the Chief Medical Officer of the Colorado Department of Public Health and Environment ("CDPHE"), a position I have held since 2023. I have been employed by CDPHE since 2023. I previously held the role of Chief Medical Officer for CDPHE from 2002-2010.

2.  In my current role at CDPHE, I am responsible for public health programs leadership, policy direction, and management of the day-to-day operations of the agency.

3.  I make this declaration in my official capacity. I am a resident of the state of Colorado, and I am over the age of 18. I am familiar with the information in the statements set forth below either through personal knowledge or in consultation with CDPHE staff.

4.  In Colorado, CDPHE is the state's public health agency and has powers and duties relating to protecting, maintaining, and improving the health of all Coloradans (see, for example, Colorado Revised Statutes, sections 25-1.5-101 and 25-1.5-102). Among other things, CDPHE:

    - monitors infectious diseases and responds to outbreaks;
    - advances policies and programs to prevent diseases and injuries and improve mental health;
    - coordinates emergency preparedness and response activities among the state and local government entities and community organizations involved in responding to public health emergencies.

5.  I am providing this declaration to explain some of the immediate adverse impacts CDPHE faces from impending terminations of federal awards to CDPHE by the U.S. Centers for Disease Control and Prevention ("CDC"), of the U.S. Department of Health and Human Services.

6. On February 9, 2025, CDPHE learned from press reports and Colorado's congressional delegation that Congress received notice of the federal administration's plan to terminate numerous CDC grants to Colorado state agencies, instrumentalities, and political subdivisions. Grants to CDPHE on the list of cuts include: (1) Public Health Infrastructure Grant Program (Federal Award Identification Number NE11OE000089), (2) National HIV Behavioral Surveillance (Federal Award Identification Number NU62PS924764), (3) Sexually Transmitted Infections Surveillance Network (SSuN) (Federal Award Identification Number NH25PS005254-02-00), and (4) Prevention and Control for Health Departments (PCHD) (Federal Award Identification Number NH25PS005164). My understanding is that the only reason identified for the impending terminations is that the grants are "inconsistent with agency priorities," with no explanation of why that is the case.

7. CDPHE first learned of the possibility of termination of CDC grants to Colorado in an article from the New York Post published on February 4, 2026. The article reported that the Office of Management and Budget had ordered CDC to terminate at least $602 million in grants meant for California, Colorado, Illinois, and Minnesota.[1]

8. As of the date of this declaration, CDPHE has not received any communication from CDC, written or otherwise, about the impending award terminations.

9. On the morning of February 11, 2026, CDPHE learned that HHS notified Congress of its intent to terminate yet additional public health grants to Colorado, its instrumentalities and political subdivisions, citing the same "agency priorities" justification.

---

[1] https://nypost.com/2026/02/04/us-news/white-house-instructs-dot-cdc-to-cut-1-5b-in-woke-green-grants-for-dem-states/

2

**Strengthening U.S. Public Health Infrastructure, Workforce, and Data Systems Grant**

10. The Strengthening U.S. Public Health Infrastructure, Workforce, and Data Systems Grant ("PHIG") program, authorized by the Public Health Services Act, provides support for core infrastructure improvements to public health agencies, including these agencies' workforce, foundational capabilities, and data infrastructure. The August 15, 2022, Notice of Funding Opportunity ("NOFO") for this grant program explained that "[s]tronger infrastructure will serve immediate needs to respond to the ongoing COVID-19 pandemic and other public health outcomes that worsened or stalled during the COVID-19 pandemic." The NOFO further explained that these "investments will have sustained effects that position these [public health] agencies to better meet the ongoing and future public health needs of the communities and populations they serve."

11. PHIG is organized into three major components:

   a. Workforce (Component A1), which aims to increase the size and capabilities of the public health workforce by hiring, retaining, supporting and training the public health workforce and by strengthening workforce planning, systems, processes and policies. Funding for this component is a non-competitive, five year award (meaning, funds are awarded at the beginning of the period of performance for the full five-year period.

   b. Foundational Capabilities (Component A2), which aims to strengthen recipients' overall systems, processes, and policies to ensure a strong core infrastructure necessary to support essential public health services. Funding for this component is a non-competitive annual award, meaning funds are awarded in annual installments over the five-year performance period.

3

    c. Data Modernization (Component A3), which supports public health agencies to develop a more modern and efficient data environment, increase the interoperability of data systems, and increase recipients' ability to use public health data to identify and address issues of public health concern. Funding for this component is a combination of non-competitive five-year awards and a competitive annual award.

12. CDPHE applied for and has been awarded funds for all three PHIG Components, A1, A2 and A3. Approximately $55 million in total was awarded to CDPHE for PHIG between 2022 – 2027:

    a. Award number 1 NE11O3000089-01-00, dated November 29, 2022, awarding $34,783,995.00 (for Components A1, A2, and A3);

    b. Award number 6 NE11OE000089-01-03, dated May 25, 2023, awarding $7,891,174.00 (for Component A3);

    c. Award number 5 NE11OE000089-02-00, dated November 13, 2023, awarding $2,668,429.00 (for Component A2);

    d. Award number 6 NE11OE000089-02-01, dated January 9, 2024, awarding $1,234,269.00 (for Component A3);

    e. Award number 6 NE11OE000089-01-05, dated February 26, 2024, awarding $7,264,804.08 (for Component A3);

    f. Award number 6 NE11OE000089-02-04, dated March 20, 2024, awarding $7,264,804.08 (for Component A3);

    g. Award number 6 NE11OE000089-02-07, dated September 12, 2024, awarding $3,069,430.00 (for Component A3);

      h. Award number 5 NE11OE000089-03-00, dated November 24, 2024, awarding $2,668,429.00 (for Component A2); and

      i. Award number 5 NE11OE000089-04-00, dated December 2, 2025, awarding $2,668,429 (for Component A2).

13. On November 13, 2025, CDPHE received a Notice of Award from CDC that did not obligate any additional federal funds for PHIG but stated that its purpose "is to incorporate updated terms and conditions."

14. The period for performance for CDPHE's PHIG awards is December 1, 2022 – November 30, 2027. All of the PHIG Notices of Award CDPHE received stated that CDPHE may carry over unobligated funds to a "subsequent budget period."

15. CDPHE anticipates receiving its next and final annual installments of its Component A2 funding in late 2026 (for budget period December 1, 2026 – November 30, 2027). The final installment of the A2 funding is estimated to be $2,668,429, which is flat funding from years 2-4 in component A2. No additional funding was provided for Component A3 after year 2 of the PHIG grant; thus, Colorado does not anticipate additional funding for that component.

16. As of the date of this declaration, the approximate total PHIG remaining unpaid encumbrances and available funds for activities and items approved by the CDC is in excess of $22 million.

17. To date, CDC has never provided CDPHE with notice, written or otherwise, that CDPHE's administration of the PHIG grant was in any way unsatisfactory or inconsistent with substantive program requirements.

**STD Prevention and Control for Health Departments (PCHD)**

18. Colorado uses these critical funds to monitor sexually transmitted infection (STI) cases and trends, provide on-the ground STI prevention support, promote testing and treatment best practices and increase STI prevention knowledge.

19. The current period for PCHD is March 1, 2025 through February 28, 2026. CDC has indicated CDPHE will receive its next year of funding before February 28, 2026. Colorado receives 1,357,540.00 a year. This funding supports 12 FTE and provides support to local public health agencies and other community based agencies.

20. Fifty-nine states and jurisdictions receive PCHD funding.

21. Colorado funds were obligated by a Notice of Award on March 13, 2025 and August 7, 2025. As of the date of this declaration, the unobligated balance is $495,065.

22. To date, CDC has never provided CDPHE with notice, written or otherwise, that CDPHE's administration of the PCHD grant was in any way unsatisfactory or inconsistent with substantive program requirements.

**National HIV Behavioral Survey (NHBS)**

23. National HIV Behavioral Surveillance (NHBS) is a comprehensive system for bio-behavioral surveillance conducted since 2003 in populations disproportionately affected by HIV. NHBS collects data on behavioral risk factors for HIV (e.g., sexual behaviors, drug use), HIV testing behaviors, receipt of prevention services, and use of prevention strategies (e.g., condoms, PrEP). All NHBS participants are offered an HIV test.

24. The current period of performance for NHBS is January 1, 2026 through December 31, 2026. CDPHE received $550,000, of which $518,000 goes to the Denver Health and Hospital Authority.

6

25. Colorado funds were obligated by a Notice of Award received on January 9, 2026, roughly four weeks ago. Funds have been contractually obligated to Denver Health and Hospital Authority.

26. To date, CDC has never provided CDPHE with notice, written or otherwise, that CDPHE's administration of the NHBS grant was in any way unsatisfactory or inconsistent with substantive program requirements.

**Sexually Transmitted Infections (STI) Surveillance Network (SSuN).**

27. Colorado is funded for SSuN to ensure comprehensive surveillance for all reported gonorrhea cases and enhanced sentinel surveillance of STIs in clinical settings.

28. CDPHE received its Notice of award on September 26, 2025, and the SSuN performance period is September 30, 2025 through September 29, 2029. The funded amount is $151,430, of which $143,061 is contracted to Denver Health and Hospital Authority.

29. To date, CDC has never provided CDPHE with notice, written or otherwise, that CDPHE's administration of the SSuN grant was in any way unsatisfactory or inconsistent with substantive program requirements.

**Impact of Grant Terminations**

30. If CDC terminates CDPHE's PHIG, PCHD, NHBS, and SSuN grants, CDPHE will lose over $22 million in funds already awarded along with future funds anticipated. Lost future funding totals exceed $4 million dollars.

31. However, this is not a story just about dollars. The abrupt termination of these awards will directly and immediately impact the work of multiple programs within CDPHE, as well as the work of local health agencies and community partners who receive funds from these

7

awards through CDPHE and perform the critical work of operationalizing the grants as envisioned by the Public Health Services Act.

32. These four grants fund approximately 60 FTEs currently on payroll at CDPHE, including approximately 48 FTEs funded by PHIG. Due to Colorado state personnel rules, CDPHE must provide employees with 55 days' notice before layoff or separation. During this 55 day period, these employees must be paid for their continuing employment. If PHIG, PCHD, NHBS, and SSuN funds are terminated, CDPHE will be faced with issuing layoff notices to staff as alternative funding will not be available to fund the vast majority of positions impacted. Layoffs or separations from the termination of these awards will impact highly skilled and trained public health workers. Even if funding is later restored, there is a real risk that CDPHE will not be able to hire back all the staff who are laid off or separated, many of whom have subject matter expertise of a type that would be difficult to replace.

33. The CDPHE staff whose positions are funded by PHIG, and thus threatened by the impending terminations, serve a variety of important functions across multiple divisions of the agency, including:

    a. Coordinating with and supporting local public health and Tribal public health agencies;

    b. Coordinating health outreach and communications to rural Colorado communities;

    c. Responding to public health emergencies, including through emergency preparedness training and planning;

    d. Modernizing CDPHE's public health data infrastructure, including Colorado's electronic disease surveillance system; Colorado's secure, centralized

immunization information system; and the Laboratory Information Management System for CDPHE's Public Health Laboratory. These systems are critical to CDPHE's ability to detect and monitor health threats, respond to disease outbreaks, and make timely decisions for handling public health emergencies.

34. CDPHE also distributes PHIG funding to 53 local public health agencies (LPHAs), 2 Tribal partners, as well as multiple government and academic partners in Colorado. PHIG funds support these organizations in a variety of areas, including data management, community health assessment and planning, organizational performance management, and strategic planning. PHIG funds provide at least partial support for approximately 160-199 LPHA positions. Loss of PHIG funds will have a disproportionate impact on small, rural health departments.

35. Overall, the loss of PHIG funding will significantly degrade Colorado's public health infrastructure and capabilities. This includes harming Colorado's ability to respond quickly to imminent health needs; hurting programs such as diabetes care for low income residents who would not be able to access care otherwise; eliminating resources to rural Colorado residents who do not have access to nearby care; impairing vaccine preventable response efforts; and removing funding necessary to modernize technology infrastructure in order to detect, track, and respond to public health emergencies.

36. The CDPHE staff whose positions are supported by NHBS, SSuN and PCHD, and thus threatened by the impending terminations, serve a variety of important functions for CDPHE in the area of STI and HIV Prevention , including:

9

    a. Through focused STI surveillance and prevention, CDPHE has been successful in reducing the rates of gonorrhea and chlamydia.

    b. Developed a robust cross department effort to curb the rising rates of syphilis, reducing the trends of increases in congenital syphilis for the first time since 2022. CDPHE has also reduced cases of early syphilis significantly.

    c. Analyzing and reporting on county-level STI rates and partnering with local public health agencies to curb rates of syphilis

    d. Consistent use of HIV surveillance data through NHBS to ensure CDPHE are responding to communities who are most at-risk for HIV

37. In short, termination of CDPHE's awards would have immediate adverse impacts on Colorado's skilled public health workforce and the critical services they provide – impacts that cannot simply be undone if these awards are terminated and then later restored.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on February 11, 2026.

_____
Ned Calonge, MD, MPH
Chief Medical Officer
Colorado Department of Public Health
and Environment

10