**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS; STATE OF CALIFORNIA; STATE OF COLORADO; and STATE OF MINNESOTA,<br><br>    Plaintiffs,<br><br>    v.<br><br>RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*; U.S. OFFICE OF MANAGEMENT AND BUDGET; ROBERT F. KENNEDY JR*., in his official capacity as Secretary of the U.S. Department of Health & Human Services*; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; JIM O'NEILL, *in his official capacity as Acting Director of the U.S. Centers for Disease Control & Prevention*; U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION; DONALD J. TRUMP, *in his official capacity as President of the United States*; and the UNITED STATES;<br><br>    Defendants. | Case No. 1:26-cv-1566 |

# EXHIBIT 4

Declaration of Ashley Thoele

## DECLARATION OF ASHLEY THOELE

I, Ashley Thoele, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the Illinois Department of Public Health (IDPH) as Chief Operating Officer since October 16, 2024. I also functioned as Division Chief of Emergency Medical Services and Highway Safety from January 16, 2020 until September 15, 2021, and January 23, 2022 until May 15, 2022; Interim Deputy Director, Office of Preparedness and Response from September 16, 2021 until January 23, 2022, and May 16, 2022 until October 15, 2024.

3. My educational background includes the following: Master of Science in Nursing (MSN), Executive Leadership from Benedictine university, Lisle, IL in May of 2020; Master of Business Administration (MBA), Healthcare Administration from Benedictine University, Lisle, IL in August of 2016; Bachelor of Science in Nursing (BSN) from MacMurray College, Jacksonville, IL in May of 2008; and Bachelor of Sciences (BS), Biology from Illinois State University, Normal, IL in May of 2002.

4. In my current role at IDPH, I am responsible for agencywide leadership, policy direction, and management of the day-to-day operations of the agency. As the Chief Operating Officer (COO) of the Illinois Department of Public Health I am responsible for overseeing the daily operations related to programs, grants, personnel, and budgeting. This includes managing

1

and overseeing public health programs and ensuring compliance with federal and state grant requirements, supervising workforce operations and implementing human resource related policies, developing and monitoring multi-million-dollar budgets to ensure fiscal accountability. I also provide strategic leadership, coordinate with stakeholders, implementation of modernization initiatives and ensure effective resource allocation while maintaining operational readiness for emergencies and promotion of continuous improvement across all programmatic functions of the Department. I work closely with grant programs and staff that implement public health surveillance, disease control, violence prevention activities and workforce planning.

5. In Illinois, IDPH is the state's public health agency and has powers and duties relating to protecting, maintaining, and improving the health of all Illinois, (see, for example, Illinois Statute, 20 Ill. Comp. Stat. Ann. 2305/2). Among other things, IDPH is an advocate for and partner with the people of Illinois to promote health equity and access, prevent and protect against disease and injury, and prepare for public health emergencies.

6. On or about February 9, 2026, IDPH learned that the Senate Appropriations Committee received notice of the federal administration's plan to terminate at least five federal awards to IDPH by the U.S. Centers for Disease Control and Prevention (CDC), of the U.S. Department of Health and Human Services (HHS) to the State of Illinois and its municipalities. Illinois stands to abruptly lose over $68,044,838.67 USD in just awarded IDPH funds. My understanding is that this funding notification follows a directive from the Office of Management and Budget ("OMB") commanding other agencies (of which CDC is the first) to punish States disfavored by this administration, like Illinois, by stripping them of critical funding. I also understand that the only reason given by the CDC for its implementation of this OMB directive through grant terminations is that the grants are "inconsistent with agency priorities," with no

2

explanation of why that is the case. Below include five IDPH grants that CDC plans to terminate in Illinois:

- Strengthening Illinois's Public Health Administration (SIPA) to IDPH (Federal Award Identification Number NE11OE000090). CDC awarded IDPH the SIPA Grant under the Public Health Infrastructure Grant (PHIG);

- Behavioral Risk Factor Surveillance System to IDPH (Federal Award Identification Number NU58DP007844);

- Injury Prevention and Control Research and State and Community Based Programs Grant to IDPH (Federal Award Identification Number NU17CE010045);

- HIV Medical Monitoring Program Grant to IDPH (Federal Award Identification Number NU62PS924862); and

- HIV Prevention and Surveillance Activities Grant to IDPH (Federal Award Identification Number NU62PS924843).

7. Chicago's Department of Public Health were also awarded at least three grants that that CDC plans to terminate:

- Strengthening U.S. Public Health Infrastructure to Chicago Department of Public Health (Federal Award Identification Number NE11OE000094);

- Support & Scale Up of HIV Prevention to Chicago Department of Public Health (Federal Award Identification Number NH25PS005247); and

- Sexually Transmitted Infection Surveillance Network to Chicago Department of Public Health (Federal Award Identification Number NH25PS005255).

8. IDPH first learned of the possibility of the implementation of OMB's directive and the termination of CDC grants to Illinois in an article from the New York Times published

3

on February 9, 2026. The article reported that the Trump Administration planned to terminate at least $600 million in grants meant for California, Colorado, Illinois, and Minnesota.[1] On February 4, 2026, the New York Post reported that the Office of Management and Budget had ordered CDC to terminate millions in grants meant for these four states, including Illinois.[2]

9. As of the date of this declaration, IDPH has not received any communication from CDC or HHS, written or otherwise, about the OMB directive and CDC's implementation of it through the impending grant terminations.

### CDC Awarded Grants to IDPH

10. The **Public Health Infrastructure Block Grant** (PHIG) is a five-year grant allocated in multiple components which are issued on different timelines. IDPH was awarded SIPA, starting December 1, 2022, as a part of CDC's PHIG. (Federal Award Identification Number NE11OE000090). PHIG is a key part of Illinois's efforts to address public health infrastructure, including enhancing the public health infrastructure for disease surveillance, data modernization and analysis, workforce enhancements, including training and education of public health workers, and regulatory compliance.

11. PHIG is organized into three major components:

- Workforce (Component A1), which aims to increase the size and capabilities of the public health workforce by hiring, retaining, supporting and training the public health workforce and by strengthening workforce planning, systems, processes and policies. Funding for

---

[1] Apoorva Mandavilli, *Trump Administration to Cut $600 Million in Health Funding From Four States,* N.Y. Times (Feb. 9, 2026), https://www.nytimes.com/2026/02/09/health/trump-public-health-cuts-california.html.
[2] Josh Christenson, *White House Instructs DOT, CDC to Cut $1.5B in Grants for Dem States, Citing 'Waste and Mismanagement,'* N.Y. Post (Feb. 4, 2026), https://nypost.com/2026/02/04/us-news/white-house-instructs-dot-cdc-to-cut-1-5b-in-woke-green-grants-for-dem-states.

4

this component is a non-competitive, five-year award (meaning, funds are awarded at the beginning of the period of performance for the full five-year period).

- Foundational Capabilities (Component A2), which aims to strengthen recipients' overall systems, processes, and policies to ensure a strong core infrastructure necessary to support essential public health services. Funding for this component is a non-competitive annual award, meaning funds are awarded in annual installments over the five-year performance period.

- Data Modernization (Component A3), which supports public health agencies to develop a more modern and efficient data environment, increase the interoperability of data systems, and increase recipients' ability to use public health data to identify and address issues of public health concern. Funding for this component is a combination of non-competitive five-year awards and a competitive annual award.

12. The timeline for the components of the Public Health Infrastructure Grant is:

- A1 funding was provided in the first year of the grant for a 5-year period (December 1, 2022 - November 30, 2023).

- A2 funding is provided annually starting in year 2 of the grant award for one year with the authority to spend down the funds until the end of the grant period (November 30, 2027). Funding was provided on December 1, 2022, December 1, 2023, and December 1, 2024.

- A3 funds are provided for various data infrastructure initiatives beginning at different years in the grant cycle. The funding is provided annually with the authority to expend funds until the end of the grant term.

5

13. IDPH applied for and has been awarded funds for all three PHIG Components, A1, A2 and A3. Approximately $126,671,970.00 in total was awarded to IDPH for PHIG between December 1, 2022 through November 30, 2027.

14. As of the date of this declaration, the approximate total PHIG remaining unspent and available funds for activities and items approved by the CDC for IDPH is $64,255,989.25 USD.

15. To date, CDC has never provided IDPH with notice, written or otherwise, that IDPH's administration of the PHIG was in any way unsatisfactory. IDPH has fully performed all of its obligations with respect to this grant, including making timely submissions to CDC and complying with the terms and conditions set forth in the notice of grant award.

16. In August 2024, CDC awarded IDPH the **Behavioral Risk Factor Surveillance System Grant** (BRFSS) for the period of August 1, 2024 through July 31, 2029 (Federal Award Identification Number NU58DP007844). The total amount over the full period of the grant would be approximately $4,315,000.00 USD.

17. As of the date of this declaration, the approximate total BRFSS remaining unspent and available funds for activities and items approved by the CDC for IDPH is $952,500.00 USD.

18. To date, CDC has never provided IDPH with notice, written or otherwise, that IDPH's administration of the BRFSS was in any way unsatisfactory. IDPH has fully performed all of its obligations with respect to this grant, including making timely submissions to CDC and complying with the terms and conditions set forth in the notice of grant award.

19. In August 2021, CDC awarded IDPH the **Injury Prevention and Control Research and State and Community Based Programs Grant** (Injury Prevention Grant) (Federal Award Identification Number NU17CE010045) for the period of August 1, 2021 through July 31,

2026 (Federal Award Identification Number NU17CE010045). The total amount of the award was $1,250,000.00 USD.

20. As of the date of this declaration, the approximate total Injury Prevention Grant remaining unspent and available funds for activities and items approved by the CDC for IDPH is $141,030.24 USD.

21. To date, CDC has never provided IDPH with notice, written or otherwise, that IDPH's administration of the Injury Prevention Grant was in any way unsatisfactory. IDPH has fully performed all of its obligations with respect to this grant, including making timely submissions to CDC and complying with the terms and conditions set forth in the notice of grant award.

22. In September 2025, CDC awarded IDPH the **HIV Medical Monitoring Program Grant** for a period of September 30, 2025 through September 29, 2031 (Federal Award Identification Number NU62PS924862). The total amount over the full period of the grant would be $4,654,205.00.

23. As of the date of this declaration, the approximate total HIV Prevention Grant remaining unspent and available funds for activities and items approved by the CDC for IDPH is $815,223.66 USD.

24. To date, CDC has never provided IDPH with notice, written or otherwise, that IDPH's administration of the HIV Medical Monitoring Program was in any way unsatisfactory. IDPH has fully performed all of its obligations with respect to this grant, including making timely submissions to CDC and complying with the terms and conditions set forth in the notice of grant award.

25. In August 2024, CDC awarded IDPH the **HIV Prevention and Surveillance Activities Grant** (HIV Prevention Grant) for a period of August 1, 2024 through May 31, 2029. (Federal Award Identification Number NU62PS924843) The total amount over the full period of the grant would be $22,696,338.00 USD.

26. As of the date of this declaration, the approximate total HIV Prevention Grant remaining unspent and available funds for activities and items approved by the CDC for IDPH is $1,880,095.52 USD.

27. To date, CDC has never provided IDPH with notice, written or otherwise, that IDPH's administration of the HIV Prevention Grant was in any way unsatisfactory. IDPH has fully performed all of its obligations with respect to this grant, including making timely submissions to CDC and complying with the terms and conditions set forth in the notice of grant award.

## Irreparable Injury to Illinois from Federal Agency Action

28. IDPH relied and acted upon its expectation and understanding that CDC would fulfill its commitment to provide funding it had awarded to IDPH. The lack of any prior notice and the sudden planned termination of the funding has caused IDPH hardship in the administration of the programs supported by that funding. For example, IDPH does not know whether it can fulfill its outstanding obligations to providers who performed work in the programs funded by this grant.

29. If the CDC terminates IDPH grants identified above, Illinois will lose over $68,044,838.67 million in funds already awarded, along with future funds anticipated covering the whole grant periods, estimated to total of approximately $95,140,394.67 USD.

30. Termination of PHIG alone would result in the immediate and severe disruption of Illinois's public health capacity.

31. At least ninety-nine (99) IDPH positions (78 full-time and 21 contractual) would be reduced or eliminated. This includes individual essential staff members supporting data modernization, public health and healthcare system preparedness and response, fiscal monitoring, workforce development, public health daily and crisis communications, regulation and provision of statewide emergency medical services, community initiatives in medically underserved areas, and public health surveillance laboratory testing, lead surveillance and case management and environmental health monitoring. This drastically reduces IDPH's capacity to perform core public health functions including disease surveillance, data analysis, workforce management, and regulatory compliance.

32. IDPH would be forced to cancel fifty-five (55) contracts that support strategic planning, data modernization, emergency preparedness, workforce training, and community engagement—halting multi-year initiatives that are foundational to a modernized public health system.

33. Six hundred and seventy-four (674) local health department positions across ninety-six (96) agencies would lose support from the Local Health Department Workforce Development Grants, critically undermining the frontline workforce that delivers essential services to communities statewide. These critical positions have been utilized to fill long-standing workforce gaps and assist in stabilization to strengthen core infrastructure of local public health. These critical public health positions include public health professionals providing health education and assessments for vaccinations, screening and education for sexually transmitted diseases, provision of environmental health and food safety inspections, disease surveillance coordination, disease epidemiology, health promotion, public health data analysis, and public health emergency response coordination to ensure preparedness for emerging public health threats. The loss of these

critical public health professionals will result in slower identification of outbreaks, environmental hazards due to reduced inspections of restaurants, water systems, and private sewage, and reacting to emerging public health threats. This also will increase the rate of preventable diseases due to missed vaccinations, screenings and early intervention which will worsen chronic disease outcomes leading to higher healthcare costs due to preventable illness and more expensive emergency response instead of prevention.

34. Twenty-five (25) communities would lose Lead Poisoning Prevention programs, removing critical protections for children at highest risk of lead exposure and its irreversible developmental consequences.

35. CDC's planned termination of PHIG would reverse years of infrastructure progress, dismantling the workforce pipelines, data systems, strategic plans, and community partnerships that Illinois has invested in building. Cancellation of the PHIG essentially removes key personnel who work at the local and state levels to do essential public health protection activities, including core functions for disease surveillance and response, responding to emergent public health threats, and maintain the continuity of essential services both internally and externally. Once lost, these capabilities and the individuals who serve in these critical public health positions cannot be quickly or easily replaced; nor can any public health systems be rebuilt. After the COVID-19 pandemic, public health as a whole saw massive attrition rates due to heavy workloads, insufficient salaries, and other factors. In a post-pandemic era, the public health workforce cannot afford to be destabilized. Illinois would also lose the institutional knowledge of hundreds of trained public health professionals and interrupt long-term strategic initiatives, abandoning communities. Public health is especially crucial for those residents who live in isolated, underdeveloped, medically

underserved or rural communities. These communities depend on local health departments as their primary connection to public health services.

36. The workforce and systems that PHIG has built represent a generational investment in the health and safety of more than 12 million Illinois residents—an investment that state and local funding sources alone cannot replace.

37. As another example, one of the grants slated for termination BRFSS Grant funds the collection of basic survey data about Illinoisans' health, including health behaviors, demographics, chronic disease, screening, and health care access—which is used by stakeholders to make data-driven decisions about allocation of public health resources, and which CDC itself uses for its national Behavioral Research dataset.

38. The Injury Prevention Grant, which is also at risk under the OMB directive and the CDC's proposed grant terminations funds the collection and publication of Illinois injury data, which Illinois and local health departments need to track trends in preventable injuries and accurately target prevention efforts.

39. Another targeted grant, the HIV Prevention Grant, funds Illinois' implementation of the CDC's own Medical Monitoring Project for patients living with HIV, which gathers data that the State needs to evaluate the effectiveness of HIV care programs, and to focus interventions on the populations most at risk.

40. The HIV Medical Monitoring Program is a data-focused grant slated to be cut and funds Illinois' HIV surveillance system; without that system, Illinois would have no reliable way of tracking the spread of HIV within the State, and the State's capacity to detect and respond to HIV outbreaks would collapse.

41. In summary, implementation of the OMB directive and the CDC funding terminations will cause severe and irrevocable harm to Illinois. The termination of Illinois's PHIG awards would have immediate adverse impacts on our skilled public health workforce and the critical services they provide—impacts that cannot simply be undone if these awards are terminated and then later restored.

42. On the morning of February 11, 2026, IDPH learned that CDC notified Congress of its intent to terminate at least four additional public health grants to Illinois, citing the same "agency priorities" justification.

\* \* \*

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on February 11, 2026, in Springfield, Illinois.

*Ashley Thoele*
Ashley Thoele
Chief Operating Officer
Illinois Department of Public Health