I, Wendy Underwood, declare as follows:

1. I am the Deputy Commissioner of the Minnesota Department of Health ("MDH"), a position I have held since 2024. I have been employed by MDH since 2024.

2. In my current role at MDH, I am responsible for agencywide leadership, policy direction, and management of the day-to-day operations of the agency.

3. I make this declaration in my official capacity. I am a resident of the state of Minnesota, and I am over the age of 18. I am familiar with the information in the statements set forth below either through personal knowledge or in consultation with MDH staff.

4. In Minnesota, MDH is the state's public health agency and has powers and duties relating to protecting, maintaining, and improving the health of all Minnesotans (see, for example, Minnesota Statutes, section 144.05, subdivision 1). Among other things, MDH:

- monitors infectious diseases and responds to outbreaks;

- advances policies and programs to prevent diseases and injuries and improve mental health; and

- coordinates emergency preparedness and response activities among the state and local government entities and community organizations involved in responding to public health emergencies.

4. I am providing this declaration to explain some of the immediate adverse impacts MDH faces from impending terminations of two federal awards to MDH by the U.S. Centers for Disease Control and Prevention ("CDC"), of the U.S. Department of Health and Human Services.

5. On February 9, 2025, MDH learned from the offices of Minnesota Senators Amy Klobuchar and Tina Smith that the Senate Appropriations Committee received notice of the federal administration's plan to terminate, in three business days, two CDC grants to MDH: (1)

Public Health Infrastructure Grant Program (Federal Award Identification Number NE11OE000048), and (2) Core State Injury Prevention Program (Federal Award Identification Number NU17CE010056). My understanding is that the only reason identified for the impending terminations is that the grants are "inconsistent with agency priorities," with no explanation of why that is the case.

6. MDH first learned of the possibility of termination of CDC grants to Minnesota in an article from the New York Post published on February 4, 2026. The article reported that the Office of Management and Budget had ordered CDC to terminate at least $602 million in grants meant for California, Colorado, Illinois, and Minnesota.[1]

7. As of the date of this declaration, MDH has not received any communication from CDC, written or otherwise, about the impending award terminations.

8. Descriptions of each award that CDC has indicated it will terminate and the impacts of their terminations follow.

**Strengthening U.S. Public Health Infrastructure, Workforce, and Data Systems Grant**

9. The Strengthening U.S. Public Health Infrastructure, Workforce, and Data Systems Grant ("PHIG") program provides support for core infrastructure improvements to public health agencies, including these agencies' workforce, foundational capabilities, and data infrastructure. The August 15, 2022, Notice of Funding Opportunity ("NOFO") for this grant program explained that "[s]tronger infrastructure will serve immediate needs to respond to the ongoing COVID-19 pandemic and other public health outcomes that worsened or stalled during the COVID-19 pandemic." The NOFO further explained that these "investments will have

---

[1] https://nypost.com/2026/02/04/us-news/white-house-instructs-dot-cdc-to-cut-1-5b-in-woke-green-grants-for-dem-states/

sustained effects that position these [public health] agencies to better meet the ongoing and future public health needs of the communities and populations they serve."

10. PHIG consists of two main funding components aimed at strengthening the United States public health system: (1) Component A, which provides direct funding to health departments for workforce foundational capabilities and data modernization; and (2) Component B, which supports national partners to provide training and technical assistance to health departments. Component A is organized into three foundational pillars:

    a. Workforce (Component A1), which, through hiring, retention, support, and training, aims to increase the size and capabilities of the public health workforce. Component A1 also aims to strengthen workforce planning, systems, processes and policies. Funding for this component is a non-competitive, five-year award, which means funds are awarded at the beginning of the period of performance for the full five-year period.

    b. Foundational Capabilities (Component A2), which aims to strengthen recipients' overall systems, processes, and policies to ensure a strong core infrastructure necessary to support essential public health services. Funding for this component is a non-competitive annual award, meaning funds are awarded in annual installments over the five-year performance period.

    c. Data Modernization (Component A3), which supports public health agencies to develop a more modern and efficient data environment, increase the interoperability of data systems, and increase recipients' ability to use public health data to identify and address issues of public health concern. Funding

    for this component is a combination of non-competitive five-year awards and a competitive annual award.

11. MDH applied for and has been awarded funds for all three PHIG Components, A1, A2 and A3. Approximately $60 million in total was awarded to MDH for PHIG between 2022 – 2024.

12. MDH was awarded an additional $3,231,820.00 (for Component A2) by a Notice of Award dated December 2, 2025.

13. The period for performance for MDH's PHIG awards is December 1, 2022 – November 30, 2027. All of the PHIG Notices of Award MDH received state that MDH may carry over unobligated funds to a "subsequent budget period."

14. MDH anticipates receiving its next and final annual installments of its Component A2 and A3 funding in late 2026 (for budget period December 1, 2026 – November 30, 2027). The final installment of the A2 funding is estimated to be $3,231,820. The final installment of the A3 funding is estimated to be $613,566.

15. As of the date of this declaration, the approximate total PHIG remaining unpaid encumbrances and available funds for activities and items approved by the CDC is approximately $38 million.

16. To date, CDC has never provided MDH with notice, written or otherwise, that MDH's administration of the PHIG funds or program was in any way unsatisfactory.

**Core State Injury Prevention Program**

17. The Core State Injury Prevention Program ("SIPP") supports public health infrastructure, data, and partnerships to identify and respond to existing and emerging injury threats with data-driven public health actions. This includes engaging in robust state-based data

and surveillance, strengthening strategic collaborations and partnerships, and conducting assessment and evaluation. The overall goal of this approach is to inform public health action for prevention of adverse childhood experiences ("ACEs," which are stressful events in a child's life that can potentially impact their health and well-being, such as abuse, neglect, financial hardship, or witnessing violence), transportation related injury, and traumatic brain injury ("TBI").

18. The current period of performance for SIPP is August 1, 2021 – July 31, 2026. MDH has received $400,000 in funding for SIPP each year of this performance period.

19. MDH's current funds were obligated by a Notice of Award dated July 30, 2025. An administrative amendment was issued on August 1, 2025, to correct an error in the July 30 Notice of Award.

20. As of the date of this declaration, the approximate total SIPP remaining unpaid encumbrances and available funds for activities and items approved by the CDC is approximately $160,000. Additionally, MDH has SIPP funds carried over from prior budget years, in the amount of approximately $90,000. Accordingly, MDH will lose access to approximately $250,000 in funds if SIPP is terminated.

21. To date, CDC has never provided MDH with notice, written or otherwise, that MDH's administration of the SIPP grant was in any way unsatisfactory.

**Impact of Grant Terminations**

22. If CDC terminates MDH's PHIG grants, MDH will lose over $38 million in PHIG funds already awarded along with future funds anticipated for PHIG, estimated at approximately $3.8 million. Termination of the SIPP grant will result in the loss to MDH of approximately $250,000 in funding.

23. However, this is not a story just about dollars. The abrupt termination of these awards will directly and immediately impact the work of multiple programs within MDH as well as the work of local health agencies (referred to as Community Health Boards) and community partners who receive funds from these awards through MDH.

24. PHIG dollars fully or partially fund positions for approximately 57 MDH employees (equating to approximately 50 full-time equivalents or "FTEs"). SIPP partially funds positions for approximately nine MDH employees (equating to approximately 2.8 FTEs). Due to MDH's collective-bargaining agreements, MDH must provide employees with 21 days' notice before layoff or separation. If PHIG and SIPP funds are terminated, MDH will be faced with issuing layoff notices to staff if alternative funding is not quickly identified, and it is not clear that alternative funding is available for all positions. Layoffs or separations from the termination of these awards will impact highly skilled and trained public health workers. Even if funding is later restored, there is a real risk that MDH will not be able to hire back all the staff who are laid off or separated, many of whom have subject matter expertise of a type that would be difficult to replace.

25. The MDH staff whose positions are funded by PHIG, and thus threatened by the impending terminations, serve a variety of important functions across multiple divisions of the agency, including:

    a. Improving coordination with and support for local public health and Tribal public health agencies in a variety of areas, including data management, community health assessment and planning, organizational performance management, and strategic planning;

      b. Supporting more effective health outreach and communications to rural Minnesota communities;

      c. Improving MDH's capacity to respond to public health emergencies through increased emergency preparedness training and planning; and

      d. Modernizing MDH's public health data infrastructure, including Minnesota's electronic disease surveillance system; Minnesota's secure, centralized immunization information system; and the Laboratory Information Management System for MDH's Infectious Disease Laboratory. These systems are critical to MDH's ability to detect and monitor health threats, respond to disease outbreaks, and make timely decisions for handling public health emergencies.

26. MDH also currently distributes PHIG funding to 45 Community Health Boards as well as nine Tribes in Minnesota. PHIG funds provide at least partial support for approximately 200 Community Health Board positions. Accordingly, if PHIG funds are terminated, Community Health Boards will have to find alternative sources of funding, if they are able, to retain PHIG-funded staff. Many smaller or rural Community Health Boards already face local barriers and limitations to hiring, and thus may be disproportionately impacted by loss of PHIG funds. Community Health Board positions across the state supported by PHIG funds include positions that are involved in direct delivery of services to Minnesotans, such as Public Health Nurses and Community Health Workers, as well as positions that are important for building connections in the communities they serve and supporting core public health functions, such as communications staff, Public Health Planners, and Disease Prevention and Control staff. PHIG

funds also support training and skill development opportunities for Community Health Board staff that would not otherwise be available.

27. Tribes are using PHIG funds to support public health staff positions, hiring, retention, and training efforts in rural areas that have ongoing staffing challenges, as well as to modernize public health infrastructure and capacity to address community needs. These efforts include strengthening workforce capacity by hiring key staff such as Home Health and Public Health Nurses, supporting staff recruitment, and retention efforts, providing key training to staff for more effective and enhanced care and public health services, such as Care Coordination and Clinical Integration, strengthening key community-specific aspects of public health infrastructure within Tribal governments, such as Emergency Medical Services, and expanding capacity to provide streamlined and coordinated care to community members. The Tribes with PHIG funding already face barriers hiring and maintaining staff, as well as barriers and limited funding to strengthen the public health workforce and infrastructure needed to uphold their Tribal Public Health Authority and deliver essential services.

28. The MDH staff whose positions are supported by SIPP, and thus threatened by the impending terminations, serve a variety of important functions for MDH in the area of injury prevention, including:

    a. Developing an ACEs data dashboard and promoting its use to Minnesota school districts to inform programs and policies that better support children impacted by ACEs;

    b. Developing and maintaining a dashboard providing data about hospital-treated injuries due to motor vehicle crashes and promoting its use by traffic safety

        partners, such as the Minnesota Department of Public Safety and Department of Transportation, to inform traffic safety prevention activities;

    c. Analyzing and reporting on county-level alcohol outlet density, which is a risk factor for excessive alcohol use, to inform liquor licensing and zoning decisions; and

    d. Developing a TBI data dashboard providing data about hospital-treated TBI in Minnesota and supporting TBI resource facilitation referrals, enrollment, and participation to better support Minnesotans impacted by TBI and their caregivers.

29. In short, termination of MDH's PHIG and SIPP awards would have immediate adverse impacts on Minnesota's skilled public health workforce and the critical services they provide – impacts that cannot simply be undone if these awards are terminated and then later restored.

30. On the morning of February 11, 2026, MDH learned that HHS notified Congress of its intent to terminate three additional grants to Minnesota, citing the same "agency priorities" justification.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on February 11, 2026 in St. Paul, Minnesota

Wendy Underwood

Digitally signed by Wendy Underwood
Date: 2026.02.11 12:38:34 -06'00'