**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS; STATE OF CALIFORNIA; STATE OF COLORADO; and STATE OF MINNESOTA,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*; U.S. OFFICE OF MANAGEMENT AND BUDGET; ROBERT F. KENNEDY JR*., in his official capacity as Secretary of the U.S. Department of Health & Human Services*; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; JIM O'NEILL, *in his official capacity as Acting Director of the U.S. Centers for Disease Control & Prevention*; U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION; DONALD J. TRUMP, *in his official capacity as President of the United States*; and the UNITED STATES;<br><br>　　Defendants. | Case No. 1:26-cv-1566 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES *INSTANTER***

　　Plaintiffs State of Illinois; State of California; State of Colorado; and State of Minnesota seek leave under to Local Rule 7.1 to file an enlarged 20-page brief in support of Plaintiff States' emergency motion for a temporary restraining order seeking injunctive relief, ECF 3. In support of this motion, Plaintiffs state:

　　1.　　On February 9, 2026, the Department of Health and Human Services ("HHS") began a three-day countdown clock by notifying Congress of its intent to cut more than $600 million in Centers for Disease Control and Prevention ("CDC") grants to the four Plaintiff States,

in retaliation for the Plaintiff States' sovereign choices about deployment of law enforcement resources—so-called "sanctuary policies." The threatened terminations are implementation of a prior Office of Management and Budget ("OMB") directive from early February, the Targeting Directive. Under HHS's notification, grants amounting to more than $600 million in awards supporting programs that form the backbone of Plaintiff States' public health infrastructure, could be terminated as soon as tomorrow, February 12, 2026.

2. Plaintiff States have filed this suit today, February 11, 2026 in an effort to forestall and prevent these unlawful and capricious actions by defendants which are not only drastic but potentially life-threatening.

3. Also today, February 11, 2026, Plaintiff States have filed a motion for a temporary restraining order seeking emergency relief on a severely constrained timeline.

4. Plaintiff States are seeking a temporary restraining order and stay under 5 U.S.C. § 705 (pending resolution of a forthcoming request for a preliminary injunction) under a complex set of facts and legal arguments concerning a number of federal statutes and implicating a number of federal agencies working in concert to direct and implement the Targeting Directive.

5. Under Local Rule 7.1, Plaintiff States move for leave to file a memorandum of law in support of their motion to for a temporary restraining order of 20 pages. This request represents an extra 5 pages above the local rule.

6. Plaintiffs have not had opportunity, given the incredibly short notice of these cuts and urgency of the requested relief, to meet and confer with counsel for Defendants to know whether they would oppose this motion. Plaintiff States represent they will contact Defendants' counsel as soon as possible in an attempt to obtain their position on this motion to file excess pages.

7. Plaintiff States believe that a modest number of excess pages is warranted here due to the gravity of the relief sought by Plaintiffs, the number and magnitude of the grants implicated by the cuts, and the numerous federal agencies involved in the planning and implementation of the cuts. Plaintiff States believe that the excess pages are necessary to duly apprise the court of the factual and legal issues involved in affording the emergency relief requested.

For the foregoing reasons, Plaintiffs respectfully request that this Court enter an order granting Plaintiffs leave to file *instanter* a Memorandum in Support of Plaintiffs' Motion for a Temporary Restraining Order that is 20 pages long, excluding the cover page, table of contents, and table of authorities, in support of their motion for a temporary restraining order.

[Signature Page to Follow]

Dated: February 11, 2026　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| **ROB BONTA** | **KWAME RAOUL** |
| *Attorney General of California* | *Attorney General of Illinois* |
| | |
| By: */s/ Harald H. Kirn* | By: */s/ R. Henry Weaver* |
| R. MATTHEW WISE* | CARA HENDRICKSON |
| KATHLEEN BOERGERS* | *Executive Deputy Attorney General* |
| *Supervising Deputy Attorneys General* | KATHARINE ROLLER |
| HARALD H. KIRN* | *Complex Litigation Counsel* |
| CHRISTOPHER KISSEL* | SARAH HUNGER |
| CARTER JANSEN* | *Deputy Solicitor General* |
| DAVID GREEN* | MOLLY MAUCK |
| *Deputy Attorneys General* | AKANKSHA SHAH |
| California Office of the Attorney General | R. HENRY WEAVER |
| 1300 I Street | BRIANNA YANG |
| Sacramento, CA 95814 | *Assistant Attorneys General* |
| 916-210-6111 | Office of the Illinois Attorney General |
| Harald.Kirn@doj.ca.gov | 115 South LaSalle Street |
| Christopher.Kissel@doj.ca.gov | Chicago, Illinois 60603 |
| Carter.Jansen@doj.ca.gov | (312) 814-3000 |
| David.Green@doj.ca.gov | Katharine.Roller@ilag.gov |
| | Sarah.Hunger@ilag.gov |
| *Counsel for the State of California* | Molly.Mauck@ilag.gov |
| | Akanksha.Shah@ilag.gov |
| | Robert.Weaver@ilag.gov |
| | Brianna.Yang@ilag.gov |
| | |
| | *Counsel for the State of Illinois* |
| | |
| **PHILIP J. WEISER** | **KEITH ELLISON** |
| *Attorney General of Colorado* | *Attorney General of Minnesota* |
| | |
| By: */s/ David Moskowitz* | By: */s/ Katherine Bies* |
| DAVID MOSKOWITZ* | KATHERINE BIES* |
| *Deputy Solicitor General* | ED STOCKMEYER* |
| Ralph L. Carr Judicial Center | *Assistant Attorneys General* |
| 1300 Broadway, 10th Floor | Office of the Minnesota Attorney General |
| Denver, CO 80203 | 445 Minnesota Street, Suite 600 |
| (720) 508-6000 | St. Paul, Minnesota 55101 |
| david.moskowitz@coag.gov | (651) 300-0917 |
| | Katherine.Bies@ag.state.mn.us |
| *Counsel for the State of Colorado* | Ed.Stockmeyer@ag.state.mn.us |
| | |
| * Pro Hac Vice Forthcoming | *Counsel for the State of Minnesota* |