**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

State of Illinois, et al.
                Plaintiff,

v.                                             Case No.: 1:26–cv–01566
                                                      Honorable Manish S. Shah

Russell Vought, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 12, 2026:

      MINUTE entry before the Honorable Manish S. Shah: The motion for leave to file excess pages [4] is granted. Hearing on the motion for entry of temporary restraining order [3] is set for 2/12/26 at 11:00 a.m. in Courtroom 1919. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.