UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, et al., | |
| Plaintiffs, | No. 26 CV 1566 |
| v. | Judge Manish S. Shah |
| RUSSELL VOUGHT, et al., | |
| Defendants. | |

**TEMPORARY RESTRAINING ORDER**

The court, having considered the parties' briefs, exhibits, and arguments, grants plaintiffs' emergency motion for a temporary restraining order.

The court finds that plaintiffs have established a likelihood of success in demonstrating that defendants have taken final agency action amounting to guidance or directives to review grants awarded to plaintiffs for termination based on arbitrary, capricious, or unconstitutional rationales. Therefore, plaintiffs are likely to succeed on their claim to set aside that guidance under the Administrative Procedure Act and their claim to enjoin unconstitutional action by defendants.

Plaintiffs have shown that they would suffer irreparable harm from the agency action.

The balance of equities and public interest favor plaintiffs because the public interest is not harmed by temporarily enjoining arbitrary and capricious and unlawful agency action.

Therefore, it is ordered that:

1. Defendants, their officers, agents, employees, attorneys, and all those in active concert or participation with defendants are temporarily restrained from implementing agency guidance or directives to identify and terminate public-health grants awarded to plaintiffs, including their instrumentalities, subdivisions, and any bona fide fiscal agents of plaintiffs or their instrumentalities and subdivisions, based on undisclosed agency priorities.

2. Defendants, their officers, agents, employees, attorneys, and all those in active concert or participation with defendants, shall immediately treat any actions

taken to implement or enforce directives to identify and terminate public-health grants awarded to plaintiffs based on undisclosed agency priorities, as null, void, and rescinded.

      3.     Defendants' counsel shall provide written notice of this Order to defendants, their officers, agents, employees, and any other persons in active concert or participation with them in the award and funding of public-health grants awarded to plaintiffs.

      4.     No security is necessary to secure this Temporary Restraining Order.

      5.     This Temporary Restraining Order is entered at 4:45 p.m. on February 12, 2026, and shall remain in effect for 14 days.

ENTER:

Date: February 12, 2026

                                       Manish S. Shah
                                       United States District Judge