**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, | |
| Plaintiffs, | Case No. 26-cv-1566 |
| | Hon. Manish S. Shah |
| v. | |
| RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.*; | |
| Defendants. | |

# EXHIBIT 1

**Declaration of Katharine Roller**

## DECLARATION OF KATHARINE ROLLER

I, Katharine Roller, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.     I am a resident of the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2.     I am Complex Litigation Counsel in the Office of the Illinois Attorney General. I am lead attorney for the State of Illinois in the above captioned matter.

3.     Attached as **Exhibit A** is a true and correct copy of Plaintiff States' First Requests for Production dated February 13, 2026.

4.     I served via e-mail Plaintiff States' First Requests for Production on counsel for Defendants, Patrick Johnson, on February 13, 2026, at approximately 12:39 PM Central Standard Time. Attached as **Exhibit B** is a true and correct copy of the e-mail communications between myself and counsel for Defendants on February 13, 2026.

5.     In the same message, pursuant to Local Rule 37.2, I attempted to consult Defendants to seek agreement on Plaintiff States' request that Defendants produce limited expedited discovery and the administrative record by February 16, 2026, as well as a briefing schedule for Plaintiff States' forthcoming motion for preliminary injunction. Ex. B., p. 2-3. When Defendants did not respond, I emailed counsel for Defendants at approximately 4:15 PM Central Standard Time reiterating our need for a response. Ex. B, p. 1-2.

6.     At approximately 4:54 PM Central Standard Time, counsel for Defendants replied that they "won't be able to provide [Plaintiff States] with a position today" and would "aim to" provide their position instead on Tuesday, February 17. Ex. B, p. 1.

7.     Attached as **Exhibit C** is a true and correct copy of referenced excerpts from the transcript of the emergency motion hearing held February 12, 2026 before Hon. Manish S.

1

Shah. Exhibit C contains the cover page, pages 3 and 4, and the certification page of the transcript.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 14, 2026, in Oak Park, Illinois.

By: /s/ *Katharine Roller*
Katharine Roller
Complex Litigation Counsel
Office of the Illinois Attorney General

# EXHIBIT A

**to the Declaration of Katharine Roller**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, | |
| Plaintiffs, | Case No. 26-cv-1566 |
| v. | Hon. Manish S. Shah |
| RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.*; | |
| Defendants. | |

**PLAINTIFF STATES' FIRST REQUESTS FOR PRODUCTION**

Pursuant to Federal Rule of Civil Procedure 34, Plaintiff States request that defendants produce the documents, electronically stored information, and other tangible things identified below. Plaintiff States request that defendants respond by February 16, 2026. *See* Fed. R. Civ. P. 34(b)(2)(A).

1.      The final version of the "detailed spending report[s] on Federal funds provided to entities in a select list of States" prepared for defendant Office of Management and Budget ("OMB") pursuant to Budget Data Request No. 26-09, and any cover or transmittal documents or communications therefor, including documents or communications sufficient to identify all recipients of the report(s).

2.      The order or any other document, including any documents or communications memorializing a verbal directive or order, to which the President referred on the Dan Bongino show on February 2, 2026, in his statement: "Sanctuary cities are a disaster. So I put out an order, anybody that does a sanctuary city is not getting any money."

3.      The directive(s) by which OMB directed the Transportation Department to rescind approximately $943 million from Plaintiff States and the Centers for Disease Control and Prevention ("CDC") to rescind approximately $602 million from Plaintiff States, and any cover or transmittal documents or communications therefor.

4.      Any directive or instructions referenced in the article in the February 4, 2026, New York Post titled, "White House instructs DOT, CDC to cut $1.5B in grants for Dem states, citing 'waste and mismanagement'" (*see* https://nypost.com/2026/02/04/us-news/white-house-instructs-

dot-cdc-to-cut-1-5b-in-woke-green-grants-for-dem-states/), as well as any cover or transmittal documents or communications therefor, including documents or communications sufficient to identify all recipients of the directive or instructions.

5.     Any memoranda, guidance, communications, or other documents generated by Defendants interpreting or implementing the documents described in Requests #1, 3 and 4, or the President's order as described in Request #2.

6.     All notices that defendants have sent to Congress or any committees or staff members thereof, pursuant to Section 185 or Section 524 of the Consolidated Appropriations Act of 2026, and any cover or transmittal documents or communications therefor, including documents or communications sufficient to identify all recipients of the notices.

7.     Documents and communications concerning Attachment B to OMB Budget Data Request No. 26.

8.     Defendants' responses to OMB Budget Data Request No. 26-09 and any Resource Management Office Review of Agency Responses as described in the Budget Data Request.

9.     All communications sent or received by defendants Vought and OMB concerning any directive or instructions sent to other federal agencies to terminate, pause, freeze, or otherwise impede the movement of federal funds to Plaintiff States from December 1, 2025 to present.

Dated: February 13, 2026

**ROB BONTA**
*Attorney General of California*

By: */s/ Harald H. Kirn*
R. MATTHEW WISE*
KATHLEEN BOERGERS*
*Supervising Deputy Attorneys General*
HARALD H. KIRN*
CHRISTOPHER KISSEL*
CARTER JANSEN*
DAVID GREEN*
*Deputy Attorneys General*
California Office of the Attorney General
1300 I Street
Sacramento, CA 95814
916-210-6111
Harald.Kirn@doj.ca.gov
Christopher.Kissel@doj.ca.gov
Carter.Jansen@doj.ca.gov
David.Green@doj.ca.gov

*Counsel for the State of California*

**KWAME RAOUL**
*Attorney General of Illinois*

By: */s/ Katharine Roller*
CARA HENDRICKSON
*Executive Deputy Attorney General*
KATHARINE ROLLER
*Complex Litigation Counsel*
SARAH HUNGER
*Deputy Solicitor General*
SHERIEF GABER
MOLLY MAUCK
AKANKSHA SHAH
R. HENRY WEAVER
BRIANNA YANG
*Assistant Attorneys General*
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-3000
Cara.Hendrickson@ilag.gov
Katharine.Roller@ilag.gov
Sarah.Hunger@ilag.gov
Sherief.Gaber@ilag.gov
Molly.Mauck@ilag.gov
Robert.Weaver@ilag.gov

*Counsel for the State of Illinois*

**PHILIP J. WEISER**
*Attorney General of Colorado*

By: */s/ David Moskowitz*
DAVID MOSKOWITZ*
*Deputy Solicitor General*
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
david.moskowitz@coag.gov

*Counsel for the State of Colorado*

**KEITH ELLISON**
*Attorney General of Minnesota*

By: */s/ Katherine Bies*
KATHERINE BIES*
ED STOCKMEYER*
*Assistant Attorneys General*
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us
Ed.Stockmeyer@ag.state.mn.us

*Counsel for the State of Minnesota*

* Pro Hac Vice Forthcoming

## CERTIFICATE OF SERVICE

I, Katharine Roller, served Plaintiff States Requests for Production to defendants, to the

following recipients via email on February 13, 2026:

    Patrick W. Johnson
    Assistant United States Attorney
    219 South Dearborn Street
    9th Floor
    Chicago, Illinois 60604
    patrick.johnson2@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: February 13, 2026                By:    */s/ Katharine Roller*
                                                     Complex Litigation Counsel
                                                     Office of the Illinois Attorney General
                                                     115 S. LaSalle St.
                                                     Chicago, IL 60603

# EXHIBIT B

**to the Declaration of Katharine Roller**

| | |
|---|---|
| **From:** | Beckenhauer, Eric (CIV) |
| **To:** | Roller, Katharine; Hendrickson, Cara; Weaver, Henry; Terman, Sarah (USAILN); Walsh, Thomas (USAILN); Johnson, Patrick (USAILN) |
| **Cc:** | David Moskowitz; Harald Kirn; katherine.bies@ag.state.mn.us; Hunger, Sarah; Mauck, Molly; Velchik, Michael (CIV) |
| **Subject:** | EXTERNAL: RE: 26-cv-1566 Illinois v. Vought |
| **Date:** | Friday, February 13, 2026 4:54:01 PM |
| **Attachments:** | image001.png |
| | image002.png |

Hi Katharine,

Thanks for your email, which Patrick shared. I'm copying Michael Velchik, who will be taking the lead on PI proceedings for the federal government (and moving Eitan to bcc to spare his inbox).

We're happy to work with you on scheduling and have shared your proposal with the agencies. Given that this came up just before a holiday weekend, though, when many folks are unavailable, I'm afraid we won't be able to provide you with a position today, as I'm sure you can understand. But we'll aim to get back you on Tuesday, in hopes of agreeing on a schedule in advance of Wednesday's status conference with the Court.

Thanks again,
Eric

**Eric B. Beckenhauer**
Assistant Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
(202) 514-3338

---

**From:** Roller, Katharine <Katharine.Roller@ilag.gov>
**Sent:** Friday, February 13, 2026 4:15:38 PM
**To:** Hendrickson, Cara <Cara.Hendrickson@ilag.gov>; Weaver, Henry <Robert.Weaver@ilag.gov>; Terman, Sarah (USAILN) <Sarah.Terman@usdoj.gov>; Walsh, Thomas (USAILN) <Thomas.Walsh2@usdoj.gov>; Sirkovich, Eitan R (CIV) <Eitan.R.Sirkovich@usdoj.gov>; Johnson, Patrick (USAILN) <Patrick.Johnson2@usdoj.gov>
**Cc:** David Moskowitz <david.moskowitz@coag.gov>; Harald Kirn <harald.kirn@doj.ca.gov>; katherine.bies@ag.state.mn.us <katherine.bies@ag.state.mn.us>; Hunger, Sarah <Sarah.Hunger@ilag.gov>; Mauck, Molly <Molly.Mauck@ilag.gov>
**Subject:** [EXTERNAL] RE: 26-cv-1566 Illinois v. Vought

Patrick,

Please advise us of your position on the proposal in my previous email—particularly regarding your willingness to provide the administrative record and expedited discovery responses on February 16—as soon as possible. If we do not hear from you by 5 pm Central Time, we will assume you have rejected our proposal.

Best,
Katharine

Katharine Roller (she/her)
Complex Litigation Counsel
Office of the Illinois Attorney General
115 South LaSalle
Chicago, Illinois 60603
773-519-1842
Katharine.roller@ilag.gov

*State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.*

**From:** Roller, Katharine
**Sent:** Friday, February 13, 2026 12:39 PM
**To:** Hendrickson, Cara <Cara.Hendrickson@ilag.gov>; Weaver, Henry <Robert.Weaver@ilag.gov>;
sarah.terman@usdoj.gov; Thomas.Walsh2@usdoj.gov; eitan.r.sirkovich@usdoj.gov;
Patrick.Johnson2@usdoj.gov
**Cc:** David Moskowitz <david.moskowitz@coag.gov>; Harald Kirn <harald.kirn@doj.ca.gov>;
katherine.bies@ag.state.mn.us; Hunger, Sarah <Sarah.Hunger@ilag.gov>; Mauck, Molly
<Molly.Mauck@ilag.gov>
**Subject:** RE: 26-cv-1566 Illinois v. Vought

Patrick,

Plaintiff States write to seek agreement on next steps in this matter. Judge Shah has made clear that he believes the parties should be working to develop a factual record. Our proposal is accordingly as follows:

1. The simplest and least burdensome path forward for both sides would be for the federal defendants to stipulate to entry of a preliminary injunction (and agree not to challenge such an agreed injunction in an appellate court) while this case proceeds on an ordinary timeline.

2. If no agreement can be reached on that approach, Plaintiff States' position is that expedited discovery and administrative record production is needed under the existing TRO, as follows:

   a. 2/13/2026: Plaintiff States serve limited expedited discovery requests (attached).
   b. 2/16/2026: Defendants' limited expedited discovery responses and administrative record due.
   c. 2/19/2026: Amended complaint and PI motion. 30-page limit for PI motion.
   d. 2/23/2026: PI opposition due by 12 PM. 30-page limit for PI opposition.
   e. 2/25/2026: PI reply due by 12 PM. 20-page limit for PI reply.
   f. 2/26/2026: PI hearing.

Please let us know if you agree to accept service by email. We are available to discuss at your convenience.

Best,
Katharine

Katharine Roller (she/her)
Complex Litigation Counsel
Office of the Illinois Attorney General
115 South LaSalle
Chicago, Illinois 60603
773-519-1842
Katharine.roller@ilag.gov

*State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.*

**From:** Hendrickson, Cara <Cara.Hendrickson@ilag.gov>
**Sent:** Thursday, February 12, 2026 9:12 AM
**To:** Weaver, Henry <Robert.Weaver@ilag.gov>; sarah.terman@usdoj.gov; Thomas.Walsh2@usdoj.gov; eitan.r.sirkovich@usdoj.gov; Patrick.Johnson2@usdoj.gov
**Cc:** David Moskowitz <david.moskowitz@coag.gov>; Harald Kirn <harald.kirn@doj.ca.gov>; katherine.bies@ag.state.mn.us; Roller, Katharine <Katharine.Roller@ilag.gov>; Hunger, Sarah <Sarah.Hunger@ilag.gov>; Mauck, Molly <Molly.Mauck@ilag.gov>
**Subject:** Re: 26-cv-1566 Illinois v. Vought

Counsel,

I'm recirculating this email with AUSA Patrick Johnson included in the message string.

Cara



**Cara Hendrickson**
Executive Deputy Attorney General
Office of the Illinois Attorney General
115 S. LaSalle Street | Chicago, Illinois 60603
773-835-0184
Cara.Hendrickson@ilag.gov

*State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you*

*have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.*

---

**From:** Hendrickson, Cara <<u>Cara.Hendrickson@ilag.gov</u>>
**Sent:** Thursday, February 12, 2026 9:03 AM
**To:** Weaver, Henry <<u>Robert.Weaver@ilag.gov</u>>; <u>sarah.terman@usdoj.gov</u> <<u>sarah.terman@usdoj.gov</u>>; <u>Thomas.Walsh2@usdoj.gov</u> <<u>thomas.walsh2@usdoj.gov</u>>; <u>eitan.r.sirkovich@usdoj.gov</u> <<u>eitan.r.sirkovich@usdoj.gov</u>>
**Cc:** David Moskowitz <<u>david.moskowitz@coag.gov</u>>; Harald Kirn <<u>harald.kirn@doj.ca.gov</u>>; <u>katherine.bies@ag.state.mn.us</u> <<u>katherine.bies@ag.state.mn.us</u>>; Roller, Katharine <<u>Katharine.Roller@ilag.gov</u>>; Hunger, Sarah <<u>Sarah.Hunger@ilag.gov</u>>; Mauck, Molly <<u>Molly.Mauck@ilag.gov</u>>
**Subject:** Re: 26-cv-1566 Illinois v. Vought

Counsel:

I am co-counsel with Mr. Weaver on this matter.

We have learned this morning that, despite the filing of *Illinois v. Vought* yesterday afternoon, at least some plaintiff states have subsequently received notices of terminations of grants at issue in the case. As you know, the implementation of the Targeting Directive through CDC fund terminations is the subject of the motion for a temporary restraining order filed yesterday.

Please provide an explanation as to the Defendants' subsequent actions with respect to these terminations, confirm that any grant terminations issued so far will be vacated, and confirm that no further terminations will be issued.

Sincerely,
Cara Hendrickson



**Cara Hendrickson**

Executive Deputy Attorney General

Office of the Illinois Attorney General

115 S. LaSalle Street | Chicago, Illinois 60603

773-835-0184

<u>Cara.Hendrickson@ilag.gov</u>

*State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.*

---

**From:** Weaver, Henry <Robert.Weaver@ilag.gov>
**Sent:** Wednesday, February 11, 2026 5:29 PM
**To:** sarah.terman@usdoj.gov <sarah.terman@usdoj.gov>; Thomas.Walsh2@usdoj.gov <thomas.walsh2@usdoj.gov>; eitan.r.sirkovich@usdoj.gov <eitan.r.sirkovich@usdoj.gov>
**Cc:** David Moskowitz <david.moskowitz@coag.gov>; Harald Kirn <harald.kirn@doj.ca.gov>; katherine.bies@ag.state.mn.us <katherine.bies@ag.state.mn.us>; Hendrickson, Cara <Cara.Hendrickson@ilag.gov>; Roller, Katharine <Katharine.Roller@ilag.gov>; Hunger, Sarah <Sarah.Hunger@ilag.gov>; Mauck, Molly <Molly.Mauck@ilag.gov>
**Subject:** Fw: 26-cv-1566 Illinois v. Vought

Sarah,

Thank you for touching base on the phone just now. As discussed, please see attached filings. We will keep you updated on any hearing set on the motion.

Best,

Henry



**R. Henry Weaver**

Assistant Attorney General

Office of the Illinois Attorney General

115 S. LaSalle St. | Chicago, Illinois 60603

773-590-6838 | Robert.Weaver@ilag.gov

---

**From:** Weaver, Henry <Robert.Weaver@ilag.gov>
**Sent:** Wednesday, February 11, 2026 5:00 PM
**To:** Thomas.Walsh2@usdoj.gov <Thomas.Walsh2@usdoj.gov>; eitan.r.sirkovich@usdoj.gov <eitan.r.sirkovich@usdoj.gov>
**Cc:** David Moskowitz <david.moskowitz@coag.gov>; Harald Kirn <harald.kirn@doj.ca.gov>; Katherine.Bies@ag.state.mn.us <katherine.bies@ag.state.mn.us>; Hendrickson, Cara <Cara.Hendrickson@ilag.gov>; Roller, Katharine <Katharine.Roller@ilag.gov>; Hunger, Sarah <Sarah.Hunger@ilag.gov>; Mauck, Molly <Molly.Mauck@ilag.gov>
**Subject:** 26-cv-1566 Illinois v. Vought

Good afternoon:

The States of Illinois, California, Colorado, and Minnesota have filed a complaint against the Office of Management and Budget, the Department of Health and Human Services, and other federal defendants in connection with HHS's notification to Congress that it would be cutting $600 million in CDC grants to Plaintiff States as early as tomorrow, February 12, 2026.

We have also filed a motion for a temporary restraining order and supporting documents. We will be asking the court to expedite hearing, hopefully to occur tomorrow. The complaint and TRO motion are attached to this email, and the exhibits are available here: https://ftp.ilag.gov/?ShareToken=A8680A575541035352443BE661911FA9E65AF003.

We plan to seek leave to file an oversized brief, 20 pages long, instanter, and would request you let us know as soon as possible whether you have any opposition to a motion to file excess pages.

Thank you.

Sincerely,

Henry



**R. Henry Weaver**

Assistant Attorney General

Office of the Illinois Attorney General

115 S. LaSalle St. | Chicago, Illinois 60603

773-590-6838 | Robert.Weaver@ilag.gov

# EXHIBIT C

**to the Declaration of Katharine Roller**

```
 1                IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3   STATE OF ILLINOIS; STATE OF    )  Case No. 26 C 1566
     CALIFORNIA; STATE OF COLORADO; )
 4   and STATE OF MINNESOTA,        )
                                    )
 5                  Plaintiffs,     )
                                    )
 6           v.                     )
                                    )
 7   RUSSELL VOUGHT, in his official)
     capacity as Director of the    )
 8   Office of Management & Budget,  )
     et al.,                        )  Chicago, Illinois
 9                                  )  February 12, 2026
                    Defendants.     )  11:02 a.m.
10

11       TRANSCRIPT OF PROCEEDINGS - EMERGENCY MOTION HEARING
              BEFORE THE HONORABLE MANISH S. SHAH
12

13   APPEARANCES:

14
     For the Plaintiffs:      OFFICE OF THE ILLINOIS ATTORNEY GENERAL
15                            ATTORNEY GENERAL KWAME RAOUL
                              SPECIAL LITIGATION BUREAU
16                            BY:  MR. ROBERT H. WEAVER
                                   MS. KATHARINE A. ROLLER
17                                 MS. SARAH A. HUNGER
                                   MS. CARA HENDRICKSON
18                            115 S. LaSalle Street, 35th Floor
                              Chicago, Illinois  60603
19

20   For the Defendants:      HON. ANDREW S. BOUTROS
                              UNITED STATES ATTORNEY
21                            BY:  MR. PATRICK JOHNSON
                              Assistant United States Attorney
22                            219 S. Dearborn Street, Suite 500
                              Chicago, Illinois  60604
23

24

25
```

1    (Listening available by phone.  Heard in open court:)

2         THE CLERK:  26 CV 1566, State of Illinois versus

3    Vought.

4         MR. JOHNSON:  Good morning, Your Honor.  Patrick

5    Johnson on behalf of the defendants.

6         MR. WEAVER:  Good morning, Your Honor.  Henry Weaver

7    from the Illinois Attorney General's Office on behalf of the

8    plaintiff states.

9         THE COURT:  Good morning.

10        I had a couple of questions and then we can talk about

11   what's happening.

12        What the plaintiffs are referring to as the "targeting

13   directive," is that a document, a piece of paper somewhere, or

14   is it a reference to a collection of statements and apparent

15   decisions that the plaintiffs are gleaning from a series of

16   acts and statements to comprise the "targeting directive"?

17        MR. WEAVER:  Thank you, Your Honor.

18        I will offer plaintiffs' view on that, but ultimately

19   I would also welcome anything that my friend on the other side

20   can share about the nature of the agency action happening here.

21        Our strong suspicion is that it is a document.  OMB

22   has said publicly twice to reporters, the *New York Post* and *The*

23   *Hill*, and potentially other times, that it commanded a series

24   of terminations targeted at the four plaintiff states here.

25        It seems logical enough to conclude from that adverse

1   party statement that there is, in fact, a document, a written

2   policy, and that we simply don't have it yet.

3        Even if that were not the case, the APA certainly

4   permits challenges to unwritten policies that can be inferred

5   from circumstantial evidence of a consistent practice at the

6   defendant agency.

7        So our position would be that writing or not writing

8   is not, like, legally determinative, but we think that there

9   will be a final agency action that is probably a memorandum

10  from Defendant Vought or OMB or something of that nature.

11       THE COURT:  And that's my next question, is, your view

12  is that what you are referring to as the "targeting directive"

13  amounts to a final agency action?

14       MR. WEAVER:  Yes, Your Honor.

15       THE COURT:  Is the February 9th notice to Congress

16  somewhere available for me to see?

17       MR. WEAVER:  Your Honor, we do not have that at this

18  time.  This is obviously an emergent situation, and we haven't

19  gotten it, but our understanding, which has been passed to us

20  in, basically, less formal communications from multiple

21  congressional delegations from all four plaintiff states, is

22  that the relevant appropriations committees were given notice

23  of a list of grants to be terminated on Monday.

24       THE COURT:  Then my next question is, if the directive

25  is a directive to terminate grants, why isn't that a Tucker Act

1          THE COURT:  Thank you.

2          MR. WEAVER:  Thank you, Your Honor.

3     (Proceedings concluded at 11:27 a.m.)

4

5                    *       *       *       *       *

6

7          I certify that the foregoing is a correct

8     transcript of the record of proceedings in the above-entitled

9     matter.

10

11     */s/ Colleen M. Conway, CSR, RMR, CRR*          *02/12/2026*

12          Official Court Reporter                Date
            United States District Court
13          Northern District of Illinois
                Eastern Division

14

15

16

17

18

19

20

21

22

23

24

25