# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.*, <br><br> Defendants. | Case No. 26-cv-1566 <br> Hon. Manish S. Shah |

## PLAINTIFF STATES' NOTICE OF MOTION FOR EXPEDITED DISCOVERY

    PLEASE TAKE NOTICE that, on February 19, 2026 at 9:45 a.m., or as soon thereafter as counsel may be heard, Plaintiffs' Motion for Expedited Discovery will be presented to Judge Manish S. Shah, or any other judge sitting on their stead, in Room 1919 of the Everett McKinley Dirksen United States Courthouse located at 219 South Dearborn Street, Chicago, Illinois 60604.

    As Plaintiff States are seeking emergency relief on a constrained timeline, we are contacting Judge Shah's courtroom deputy (copying counsel for Defendants) to request accelerated hearing or relief on this motion as the Court's earliest opportunity.

Dated: February 14, 2026

[Signature Page Follows]

| | |
|---|---|
| **ROB BONTA** <br> *Attorney General of California* <br><br> By: */s/ Harald H. Kirn* <br> R. MATTHEW WISE* <br> KATHLEEN BOERGERS* <br> *Supervising Deputy Attorneys General* <br> HARALD H. KIRN* <br> CHRISTOPHER KISSEL* <br> CARTER JANSEN* <br> DAVID GREEN* <br> *Deputy Attorneys General* <br> California Office of the Attorney General <br> 1300 I Street <br> Sacramento, CA 95814 <br> 916-210-6111 <br> Harald.Kirn@doj.ca.gov <br> Christopher.Kissel@doj.ca.gov <br> Carter.Jansen@doj.ca.gov <br> David.Green@doj.ca.gov <br><br> *Counsel for the State of California* | **KWAME RAOUL** <br> *Attorney General of Illinois* <br><br> By: */s/ Molly Mauck* <br> CARA HENDRICKSON <br> *Executive Deputy Attorney General* <br> KATHARINE ROLLER <br> *Complex Litigation Counsel* <br> SARAH HUNGER <br> *Deputy Solicitor General* <br> SHERIEF GABER <br> MOLLY MAUCK <br> AKANKSHA SHAH <br> R. HENRY WEAVER <br> BRIANNA YANG <br> *Assistant Attorneys General* <br> Office of the Illinois Attorney General <br> 115 South LaSalle Street <br> Chicago, Illinois 60603 <br> (312) 814-3000 <br> Cara.Hendrickson@ilag.gov <br> Katharine.Roller@ilag.gov <br> Sarah.Hunger@ilag.gov <br> Sherief.Gaber@ilag.gov <br> Molly.Mauck@ilag.gov <br> Robert.Weaver@ilag.gov <br><br> *Counsel for the State of Illinois* |
| **PHILIP J. WEISER** <br> *Attorney General of Colorado* <br><br> By: */s/ David Moskowitz* <br> DAVID MOSKOWITZ* <br> *Deputy Solicitor General* <br> Ralph L. Carr Judicial Center <br> 1300 Broadway, 10th Floor <br> Denver, CO 80203 <br> (720) 508-6000 <br> david.moskowitz@coag.gov <br><br> *Counsel for the State of Colorado* | **KEITH ELLISON** <br> *Attorney General of Minnesota* <br><br> By: */s/ Katherine Bies* <br> KATHERINE BIES* <br> ED STOCKMEYER* <br> *Assistant Attorneys General* <br> Office of the Minnesota Attorney General <br> 445 Minnesota Street, Suite 600 <br> St. Paul, Minnesota 55101 <br> (651) 300-0917 <br> Katherine.Bies@ag.state.mn.us <br> Ed.Stockmeyer@ag.state.mn.us <br><br> *Counsel for the State of Minnesota* |

* Pro Hac Vice Forthcoming