**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

State of Illinois, et al.
                     Plaintiff,

v.                                           Case No.: 1:26–cv–01566
                                                 Honorable Manish S. Shah

Russell Vought, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, February 15, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Hearing on the motion to expedite discovery is reset to 2/18/29 at 9:30 a.m. to coincide with the status hearing. The court acknowledges plaintiffs' request to order discovery responses on 2/16/26, but whether to authorize, and the scope of, discovery will be addressed at the status hearing. If the court grants the motion, it will set a short deadline for responses. The government would be well advised to begin marshaling records (and nothing prevents the government from voluntarily producing materials in advance of 2/18/26). (mss)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.