# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Illinois v Vought

Case Number: 1:26-cv-1566

An appearance is hereby filed by the undersigned as attorney for:
Defendants

Attorney name (type or print): Michael Velchik

Firm: US Department of Justice

Street address: 950 Pennsylvania Ave

City/State/Zip: Washington DC 20530

Bar ID Number: 187249
(See item 3 in instructions)

Telephone Number: 202 860 8388

Email Address: michael.velchik@usdoj.gov

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/17/2026

Attorney signature: S/ Michael Velchik
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023