**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

State of Illinois, et al.

Plaintiff,

v.                                                         Case No.: 1:26−cv−01566
                                                           Honorable Manish S. Shah

Russell Vought, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 18, 2026:

     MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Motion hearing held. The temporary restraining order is extended to 3/12/26, without objection. The government has leave to file a motion by 11:59 p.m. on 2/23/26, which may be a motion to dismiss, transfer, or vacate the TRO. Whatever procedural vehicle the government chooses, the court expects the government to provide the basis and source for any agency decision that purports to terminate the public−health grants at issue in the operative complaint. Plaintiff's motion to expedite discovery [28] is entered and continued to a telephone hearing on 2/25/26 at 9:30 a.m., at which the court will discuss the government's filing, plaintiffs' plan to amend the complaint, and the motion for expedited discovery. The parties are directed to meet and confer to discuss what facts the government intends to rely on in the forthcoming motion. The motions for leave to appear pro hac vice [22] [33] are granted. Parties to the case, members of the public, and the media, may participate in/listen to these proceedings by dialing 1−650−479−3207 and using access code 2302 545 7949. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.