**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.*; <br><br> Defendants. | Case No. 26-cv-1566 <br><br> Hon. Manish S. Shah |

**CERTIFICATE OF SERVICE**

I, Stefanie Krajewski, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am a legal assistant in the Office of the Illinois Attorney General and not a party to this action.

3. On February 19, 2026, I hand delivered a copy of each issued summons and the complaint in this matter to the office of United States Attorney Andrew S. Boutros, Dirksen Federal Bldg., 219 S. Dearborn St., Suite 500, Chicago, IL 60604.

4. On February 19, 2026, I caused to be mailed via certified mail copies of the summons and complaint in this matter to the following persons at the listed addresses:

   a. Pamela Bondi, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530;

   b. Russell Vought, Director, U.S. Office of Management and Budget, 725 17th Street NW, Washington, DC 20503;

    c. U.S. Office of Management and Budget, 725 17th Street NW, Washington, DC 20503;

    d. Robert F. Kennedy, Jr., Secretary, U.S. Department of Health and Human Services, Hubert H. Humphrey Building, 200 Independence Avenue SW, Washington, DC 20201;

    e. U.S. Department of Health and Human Services, Hubert H. Humphrey Building, 200 Independence Avenue SW, Washington, DC 20201;

    f. Jim O'Neill, Acting Director, Centers for Disease Control and Prevention, 1600 Clifton Road, Atlanta, GA 30329;

    g. Centers for Disease Control and Prevention, 1600 Clifton Road, Atlanta, GA 30329; and

    h. Donald J. Trump, in his official capacity as President of the United States, 1600 Pennsylvania Avenue NW, Washington, DC 20500.

5. On February 19, 2026, I hand delivered a copy of Plaintiff States' First Requests for Production to the office of United States Attorney Andrew S. Boutros, Dirksen Federal Bldg., 219 S. Dearborn St., Suite 500, Chicago, IL 60604.

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 19, 2026, in Chicago, Illinois.

*/s/ Stefanie Krajewski*
Stefanie Krajewski
Legal Assistant
Office of the Illinois Attorney General