IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>    Plaintiffs<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget, *et al.*,<br><br>    Defendants | No. 26-cv-1566 |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

    Defendants respectfully seek leave under Local Rule 7.1 to file an enlarged 30-page brief in support of Defendants' combined motion to transfer or dismiss, and to clarify. Counsel for Defendants has conferred with counsel for Plaintiffs and represents that Plaintiffs consent to this motion.

    Plaintiffs filed suit February 11, 2026, ECF No. 1, and that same day moved for leave to file a brief in excess of pages. ECF No. 4. The next day, the Court granted that motion, ECF No. 7, as well as Plaintiffs' motion for a temporary restraining order. ECF No. 21. The Court later extended the temporary restraining order until March 12, 2026 and granted the government leave to file a motion by February 23, 2026, "which may be a motion to dismiss, transfer, or vacate the TRO." ECF No. 35. The order indicated that "the court expects the government to provide the

basis and source for any agency decision that purports to terminate the public-health grants at issue in the operative complaint." ECF No. 35.

Defendants respectfully request that this Court enter an order granting Defendants leave to file a Memorandum in Support of Defendants' Combined Motion to Transfer or to Dismiss, And to Clarify that is 30 pages long, excluding the cover page, table of contents, and tables of authorities, in support of their combined motion to transfer or dismiss.

Dated: February 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Director

/s Michael Velchik
MICHAEL VELCHIK (DC #187249)
Senior Counsel to the Assistant Attorney General
U.S. Department of Justice
950 Pennsylvania Ave
Washington DC 20530
(202) 860-8388
Email: michael.velchik@usdoj.gov

*Counsel for Defendants*