**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget, *et al.*,<br><br>        Defendants. | No. 26-cv-1566 |

**DEFENDANTS' COMBINED MOTION TO**
**TRANSFER OR DISMISS, AND TO CLARIFY**

For the reasons described in the accompanying memorandum of law, Defendants respectfully move this Court to transfer this case to the Court of Federal Claims pursuant to 28 U.S.C. § 1631 and stay further proceedings in this case pursuant to 28 U.S.C. § 1292(d)(4)(B). In the alternative, Defendants respectfully move to dismiss all claims for want of jurisdiction under Fed. R. Civ. Proc. 12(b)(1) or alternatively for failure to state a claim under Fed. R. Civ. Proc. 12(b)(6). At the very least, the Court should clarify that its temporary restraining order does not run against the President.

Dated: February 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Director

*/s Michael Velchik*
MICHAEL VELCHIK (DC #187249)
Senior Counsel to the Assistant Attorney
General
U.S. Department of Justice
950 Pennsylvania Ave
Washington DC 20530
(202) 860-8388
Email: michael.velchik@usdoj.gov

*Counsel for Defendants*