UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.*, <br><br> Defendants. | Case No. 26-cv-1566 <br><br> Hon. Manish S. Shah |

**PLAINTIFF STATES' MOTION TO SET A BRIEFING SCHEDULE
ON MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff States respectfully request that the Court enter a briefing schedule on Plaintiff States' forthcoming motion for a preliminary injunction to ensure that Plaintiff States can be heard before the expiration of the current temporary restraining order ("TRO"). Plaintiff States propose that they move for a preliminary injunction March 6, that defendants respond on March 9, that Plaintiff States reply on March 10, and that the Court schedule a hearing, if needed, before the expiration of the TRO.

Plaintiff States sought defendants' position on this proposal on March 3, 2026, and defendants responded that they do not consent.

Plaintiff States filed this case on an emergency basis on February 11, 2026, and immediately moved for a TRO. ECF 1, 3. The Court held a hearing the next morning, where defendants were present and gave argument against the motion. ECF 17. The Court entered a 14-day TRO at 4:45 PM on February 12. ECF 20–21. On February 18, 2026, the parties appeared for a status hearing, and the Court extended the TRO, without objection, for another 14 days to March

1

12, 2026. ECF 35. Today, Plaintiff States filed the First Amended Complaint, ECF 51, which now serves as the operative pleading in this matter.

Plaintiff States face irreparable harm if they cannot secure more durable preliminary relief before the expiration of the TRO. The current TRO can be further extended only by defendants' consent. *See* Fed. R. Civ. P. 65(a)(2); *H-D Michigan, LLC v. Hellenic Duty Free Shops S.A.*, 694 F.3d 827, 844 (7th Cir. 2012) ("28 days is the outer limit for a TRO without the consent of the enjoined party, regardless of whether the TRO was issued with or without notice."). Absent such consent, Plaintiff States have no choice but to seek preliminary injunctive relief before the expiration of the current TRO.

Plaintiff States accordingly move to enter a briefing schedule as follows:

- March 6: motion for preliminary injunction;
- March 9: response in opposition to the motion for preliminary injunction; and
- March 10: reply in support of the motion for preliminary injunction.

Plaintiff States further request that, if a hearing is needed, the Court set a hearing at the Court's convenience before the expiration of the TRO for presentation of legal argument on the motion for a preliminary injunction.

Dated: March 3, 2026

| | |
|---|---|
| **ROB BONTA** | **KWAME RAOUL** |
| *Attorney General of California* | *Attorney General of Illinois* |
| | |
| By: */s/ Harald H. Kirn* | By: */s/ R. Henry Weaver* |
| R. MATTHEW WISE* | CARA HENDRICKSON |
| KATHLEEN BOERGERS | *Executive Deputy Attorney General* |
| *Supervising Deputy Attorneys General* | KATHARINE ROLLER |
| HARALD H. KIRN | *Complex Litigation Counsel* |
| CHRISTOPHER KISSEL* | SARAH HUNGER |
| CARTER JANSEN* | *Deputy Solicitor General* |
| DAVID GREEN* | SHERIEF GABER |
| *Deputy Attorneys General* | MOLLY MAUCK |
| California Office of the Attorney General | AKANKSHA SHAH |
| 1300 I Street | R. HENRY WEAVER |
| Sacramento, CA 95814 | BRIANNA YANG |
| 916-210-6111 | *Assistant Attorneys General* |
| Harald.Kirn@doj.ca.gov | Office of the Illinois Attorney General |
| Christopher.Kissel@doj.ca.gov | 115 South LaSalle Street |
| Carter.Jansen@doj.ca.gov | Chicago, Illinois 60603 |
| David.Green@doj.ca.gov | (312) 814-3000 |
| | Cara.Hendrickson@ilag.gov |
| *Counsel for the State of California* | Katharine.Roller@ilag.gov |
| | Sarah.Hunger@ilag.gov |
| | Sherief.Gaber@ilag.gov |
| | Molly.Mauck@ilag.gov |
| | Robert.Weaver@ilag.gov |
| | |
| | *Counsel for the State of Illinois* |

| | |
|---|---|
| **PHILIP J. WEISER** <br> *Attorney General of Colorado* <br><br> By: */s/ David Moskowitz* <br> DAVID MOSKOWITZ <br> *Deputy Solicitor General* <br> SARAH H. WEISS <br> *Senior Assistant Attorney General* <br> Ralph L. Carr Judicial Center <br> 1300 Broadway, 10th Floor <br> Denver, CO 80203 <br> (720) 508-6000 <br> David.Moskowitz@coag.gov <br> Sarah.Weiss@coag.gov <br><br> *Counsel for the State of Colorado* <br><br> **\*** Pro Hac Vice Forthcoming | **KEITH ELLISON** <br> *Attorney General of Minnesota* <br><br> By: */s/ Katherine Bies* <br> KATHERINE BIES <br> ED STOCKMEYER <br> *Assistant Attorneys General* <br> Office of the Minnesota Attorney General <br> 445 Minnesota Street, Suite 600 <br> St. Paul, Minnesota 55101 <br> (651) 300-0917 <br> Katherine.Bies@ag.state.mn.us <br> Ed.Stockmeyer@ag.state.mn.us <br><br> *Counsel for the State of Minnesota* |