# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

State of Illinois, et al.

                  Plaintiff,

v.                                       Case No.: 1:26–cv–01566
                                       Honorable Manish S. Shah

Russell Vought, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 4, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Telephone status hearing. Plaintiffs' motion to set briefing schedule [52] is granted in part. Plaintiffs shall file their motion for preliminary injunction by 9pm CST on 3/6/26. The government shall respond by 5pm CST on 3/10/26. Each brief may be up to 30 pages in length. No reply permitted. The court will enter a ruling via cm/ecf. The motion to dismiss [43] is terminated as moot, based on the filing of an amended complaint. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.