UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.*;<br><br>　　Defendants. | Case No. 26-cv-1566<br>Hon. Manish S. Shah |

### DECLARATION OF SHERIEF GABER IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE

I, Sherief Gaber, declare as follows:

1. I am a resident of the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am an Assistant Attorney General in the Office of the Illinois Attorney General, counsel for Plaintiff State of Illinois in this matter.

3. Attached as **Exhibit 1** is a true and correct copy of a chronological selection of exemplar documents from defendants' March 2, 2026, production, selected for the Court's convenience, to demonstrate the problems identified in Plaintiff States' Motion to Enforce Discovery Order.

4. Attached as **Exhibit 2** is a true and correct copy of defendants' March 2, 2026, production, excepting the three native files produced on that date, which were not redacted. The documents bear the Bates numbers OMB-00000001 – OMB-00000030 and CDC_001264 – CDC_001435.

1

5. At 9:03 AM Central Standard Time on March 3, my office sent counsel for defendants, via email, a letter explaining the deficiencies in their March 2 production, and requesting to meet and confer with them regarding those deficiencies at their earliest convenience. A true and correct copy of that letter is attached as **Exhibit 3**.

6. At 6:49 P.M. Central Standard Time on March 3, Defendants responded to Plaintiffs' deficiency letter via email. A true and correct copy of that correspondence is attached as **Exhibit 4**

7. Defendants' earliest opportunity to meet and confer was 5PM Central Standard Time on Wednesday March 4; Plaintiffs met and conferred telephonically with Defendants at that time and while certain topics continue to be the subject of productive conferral, certain other matters concerning the production remain at an impasse and are the subject of this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2026, in Chicago, Illinois.

By: /s/ *Sherief Gaber*
Sherief Gaber
Assistant Attorney General
Office of the Illinois Attorney General