# EXHIBIT 1

**to the Declaration of Sherief Gaber**

## Grant Awards

| | |
|---|---|
| **From:** | Sullivan, Katheranine T. EOP/OMB - PII |
| **To:** | Matthew Buckham <matthew.buckham@hhs.gov>, Stefanie Spear <stefanie.spear@hhs.gov> |
| **Cc:** | Kenneth Callahan <kenneth.callahan@hhs.gov>, Wasserman, Daniel F. WHO/OMB - PII |
| **Bcc:** | "Sullivan, Katharine T. EOP/OMB" <PII |
| **Date:** | Sat, 17 Jan 2026 15:23:54 -0500 |

Hello All -
Thank you for the productive conversations Friday regarding DPP



Please send a list of DPP

It would be my assumption DPP

Thank you for your attention to this matter. OMB may be DPP

Thanks for your willingness to be team players and to support the President's priorities! I am always available for further instruction or concerns -

Katie
PII

OMB -00000021

## PMC Deputies Call

**From:** "Ueland, Eric M. EOP/OMB" <

**To:**

**Cc:** "Sullivan, Katharine T. EOP/OMB" <PII​ >, "Paoletta, Mark R. EOP/OMB" <PII​ >

**Date:** Thu, 22 Jan 2026 23:02:35 -0500

Good evening—

To follow up on Wednesday afternoon's PMC call, I'm pulling us together tomorrow at 12:30 PM about DPP

The purpose of the call is to DPP This can include actions DPP

During the meeting each agency should be prepared to briefly outline:



Mark Paoletta and Katie Sullivan will join us again. I look forward to the conversation, and seeing you tomorrow at 12:30 PM.

Thank you.

My best,
eric

Eric Ueland
Deputy Director for Management
Office of Management and Budget
PII cell yes text no)

1

OMB -00000023

 Outlook

---

**Fw: Presidential Policy Alignment / Execution**

**From** Jbo68 (OS/IOS) <JBO68@hhs.gov>

**Date** Thu 1/22/2026 7:25 PM

**To** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Bhattacharya, Jayanta (NIH/OD) [E] <jayanta.bhattacharya@nih.gov>; Chertman, Willy (HHS/IOS) <Willy.Chertman@hhs.gov>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>

🔗 1 attachment (134 KB)

BDR_26-09.pdf;

---

Get Outlook for iOS

---



**From:** McKay, Robert D. EOP/OMB <PII                              on behalf of Ueland, Eric M. EOP/OMB PII

**Sent:** Thursday, January 22, 2026 8:16:04 AM

**To:** PII

PII

PII                                                    Jbo68 (OS/IOS) <JBO68@hhs.gov>;

**Subject:** Presidential Policy Alignment / Execution

Good morning—

Thanks again for DPP                                              Really appreciate it!

Attached is the document I referenced that went to your budget teams. Our budget staff is happy to work with you on this, along with the ask for recommended actions prior to February 1.

CDC_001390

**DPP**

look forward to seeing everyone there.


My best,

Eric

CDC_001391

 Outlook

## FW: URGENT: Colorado Grants

**From** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>

**Date** Thu 1/22/2026 8:45 PM

**To** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Beyda, Sam (CDC/IOD) <bh15@cdc.gov>

Colorado funding linked below. Let me know what else is needed.

**Jordan Faircloth**
**Deputy Chief of Staff**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
ba43@cdc.gov

---

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Sent:** Thursday, January 22, 2026 12:53 PM
**To:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>; Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>
**Cc:** Hoffmann, Lauren (CDC/OD/OCS) <cpf5@cdc.gov>; Pope Alley, Rebeccann (CDC/OD/OCS) <xml4@cdc.gov>
**Subject:** RE: URGENT: Colorado Grants

Good Afternoon!

As requested, here are all active CDC awards in Colorado: CDC Funding - Colorado.xlsx

Please let me know if you have questions or need additional information.

Thank you!
Shirley

---

**From:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Sent:** Thursday, January 22, 2026 11:22 AM
**To:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Cc:** Hoffmann, Lauren (CDC/OD/OCS) <cpf5@cdc.gov>; Pope Alley, Rebeccann (CDC/OD/OCS) <xml4@cdc.gov>
**Subject:** URGENT: Colorado Grants

Can you put together a list of all current grants issued to Colorado (including recipient(s) and total $ award)?

**Jordan Faircloth**
**Deputy Chief of Staff**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
ba43@cdc.gov

 Outlook

## RE: Active Grants - CO, CA, MN & IL

**From** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>

**Date** Mon 1/26/2026 8:12 PM

**To** Beyda, Sam (CDC/IOD) <bh15@cdc.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

**Cc** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Messick, Jon (CDC/OCOO/OFR/OGS) <yfa4@cdc.gov>

CDC_001266

Good Afternoon, Sam!

Here is the UPDATED spreadsheet with requested information: 🖼️
 UPDATED Data Request SB2 - 1-26-26.xlsx

If there are any awards where the abstract column says N/A and you need that information – just let me know and I can add it.

Please let me know if you have questions or need further information.

Thanks!
Shirley

---

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS)
**Sent:** Friday, January 23, 2026 9:13 AM
**To:** Beyda, Sam (CDC/IOD) <bh15@cdc.gov>; 'Beyda, Sam (OS/IOS)' <Sam.Beyda@hhs.gov>
**Cc:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Messick, Jon (CDC/OCOO/OFR/OGS) <yfa4@cdc.gov>
**Subject:** RE: Active Grants - CO, CA, MN & IL

Good Morning Sam!

Attached is the updated spreadsheet with the additional information you requested.

- Tabs 1-4 are broken out by state and show total funds that have been obligated to each recipient (Column F) and current PMS balances (Column H)
  - Each state is sorted by amounts obligated from largest to smallest amounts.
  - Filters available to sort by both recipient and recipient type
- Tab 5 is estimated future funding for all recipients in the 4 states.
  - Estimate was calculated on previous award amounts excluding any special funding, such as COVID, MPOX etc
  - This estimate is for the next annual award amount
  - At the top of the tab in row 1, there is a filter so you can view by each state.

Please let me know if you have any questions or if I can provide any clarification on the information provided.  These spreadsheets can get busy and cumbersome.

Thank you & Happy Friday!
Shirley

---

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS)
**Sent:** Thursday, January 22, 2026 3:35 PM

**To:** Beyda, Sam (CDC/IOD) <bh15@cdc.gov>; 'Beyda, Sam (OS/IOS)' <Sam.Beyda@hhs.gov>
**Cc:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Messick, Jon (CDC/OCOO/OFR/OGS) <yfa4@cdc.gov>
**Subject:** Active Grants - CO, CA, MN & IL

Good Afternoon –

     As requested, attached are the active awards for Colorado, California, Minnesota, and Illinois.  Each state is on a separate tab and sorted by entity type (Column E).  Please let me know if you have questions or would like additional information.

Thank you,

**Shirley**

CDC_001268

 Outlook

---

**Re: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'**

**From** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

**Date** Fri 1/23/2026 4:15 PM

**To** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>

**Cc** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Messick, Jon (CDC/OCOO/OFR/OGS) <yfa4@cdc.gov>

Thank you!

---

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Date:** Friday, January 23, 2026 at 11:06 AM
**To:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>, Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Cc:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>, Messick, Jon (CDC/OCOO/OFR/OGS) <yfa4@cdc.gov>
**Subject:** RE: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

Hey Sam!

As requested, here is the data for DPP ███████████████████ One thing to note is that the recipient type is designated by the recipient so sometimes it doesn't make sense.

Please let me know if you need anything else, let me know.

Thank you!
Shirley

---

**From:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Sent:** Friday, January 23, 2026 9:44 AM
**To:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Subject:** Re: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

Great! This is good work.
Can we do DPP ██ as well?

---

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Date:** Friday, January 23, 2026 at 9:16 AM
**To:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>, Beyda, Sam (CDC/IOD) <bh15@cdc.gov>
**Subject:** RE: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

Hi Sam!

I just sent it – but her it is again; in case it's lost on the internet highway.

Thanks!
Shirley

**From:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Sent:** Friday, January 23, 2026 8:45 AM
**To:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>; Beyda, Sam (CDC/IOD) <bh15@cdc.gov>
**Subject:** Re: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

Shirley,

Let me know when you have this. Thanks!

Sam

---

**From:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Sent:** Thursday, January 22, 2026 10:35:01 PM
**To:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>; Beyda, Sam (CDC/IOD) <bh15@cdc.gov>
**Subject:** Re: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

Thank you! Sam is fine!

I don't think we need the **DPP** ███████ considering the rest of the information there. Unless you mean anticipated **DPP** ████████████████. In any case, defer to what you think.

This is great and very helpful.
Sam

---

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Sent:** Thursday, January 22, 2026 9:07 PM
**To:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Beyda, Sam (CDC/IOD) <bh15@cdc.gov>
**Subject:** RE: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

Hi Mr. Beyda –

　　　　I have granted access to requested file.  I am also working on the additional data you requested for CO, MN, CA and IL.  I just want to confirm that you want total obligated, total expended and current unobligated balance (what's available in PMS).  Also **DPP** ██████████████ **DPP** ██████████

Thanks!
Shirley

---

**From:** SharePoint Online <no-reply@sharepointonline.com>
**Sent:** Thursday, January 22, 2026 8:59 PM
**To:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Subject:** Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'



I'd like access, please.

## Accept or Decline this request

Requested resource: https://cdc-my.sharepoint.com/personal/yuo6_cdc_gov/Documents/Data%20Requests%20-

%20IOD-Chief%20of%20Staff%20Office/CDC%20Funding%20-
%20Colorado.xlsx?d=w5060de73eead49bcaed18ab0996745cb&web=1

Requested by: Beyda, Sam (OS/IOS)(Sam.Beyda@hhs.gov)



Privacy Statement

This email is generated through CDC's use of Microsoft 365 and may contain content
that is controlled by CDC.

CDC_001312

Document Withheld as Privileged

CDC_001313

# Friday PMC follow up

**From:** Sullivan, Katharine T. EOP OMB - PII

**To:** Steven Bradbury <PII , PII West Cuthbert <west.cuthbert@hhs.gov>, PII [PII

**Cc:** Hal P. Duncan EOP OMB <harold.p.duncan@omb.eop.gov>, Mark Paoletta PII

**Bcc:** "Sullivan, Katharine T. EOP/OMB" <PII >

**Date:** Sun, 25 Jan 2026 19:14:56 -0500

Good evening all!

I hope you are safe and warm! You all had some very intriguing ideas for DPP DPP We so appreciate your creativity and willingness to dive in to this important action for the President.

DPP

DPP

DPP
DPP

DPP Thank you again for your assistance and as the day progresses we can talk with other members of your team as appropriate. And please do not hesitate to reach out to me with any questions or concerns!

Best
Katie Sullivan
Chief of Staff
OMB
PII

NOTES;

AG: DPP
DPP
DPP ,

Commerce: DPP
DPP

Education: DPP

Energy: DPP
DPP

CDC: DPP

OMB -00000024



Interior:

Transpo:

EPA:

Sent from my iPhone

OMB -00000025

 Outlook

## CDC Grants

**From** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

**Date** Wed 1/28/2026 2:00 PM

**To** PII ███████████████████████

**Cc** Jbo68 (OS/IOS) <JBO68@hhs.gov>; Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>

📎 1 attachment (1 MB)
SB_annotated_ Data Request SB2 - 1-26-26.xlsx;

Hi Katie,

Great speaking today. Attaching the color-coded list as discussed.

Sam
**Confidential, iterative, pre-decisional.**

Document Withheld as Privileged

CDC_001324

## Re: Grant Awards - Implementation Call follow up

**From:** "Sullivan, Katharine T. EOP/OMB" <

**To:** Matthew Buckham <matthew.buckham@hhs.gov>

**Cc:** Stefanie Spear <stefanie.spear@hhs.gov>, Kenneth Callahan <kenneth.callahan@hhs.gov>, "Wasserman, Daniel F. EOP/WHO" <PII                , Miller JC <james.miller@hhs.gov>, Caitrin Shuy <caitrin.shuy@hhs.gov>, Cristina Del Rosso <cristina.delrosso@hhs.gov>, Gustav Chiarello <gustav.chiarello@hhs.gov>, John Walker <john.walker@hhs.gov>

**Date:** Mon, 02 Feb 2026 13:38:01 -0500

DPP

Thank you!
Katie
Sent from my iPhone

> On Feb 2, 2026, at 11:20 AM, Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov> wrote:

Thanks Katie,

Let me give you a quick call.



DPP

Please have any White House colleagues reach out to me directly for any clarification. I'll call you and Dan.

PII

Matt

Get Outlook for iOS

**From:** Sullivan, Katharine T. EOP/OMB <PII

**Sent:** Sunday, February 1, 2026 7:11:21 PM

**To:** Sullivan, Katharine T. EOP/OMB <PII                ; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Spear, Stefanie (HHS/IOS) <Stefanie.Spear@hhs.gov>

**Cc:** Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO <PII                ; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>

**Subject:** RE: Grant Awards - Implementation Call follow up

OMB -00000026

Thanks to those of you that participated in DPP call coordinated by DCOS/P (Dan Wasserman included above). DPP



DPP speonecific question which may give the team ideas about how to approach this project: DPP

JC I will pass what you sent to the EOP team, I believe DPP let me confirm. Thank you! Let me know if you have questions or concerns –

Katie Sullivan

OMB -00000027

**From:** Sullivan, Katharine T. EOP/OMB <PII ████████████████████████>
**Sent:** Saturday, January 17, 2026 3:24 PM
**To:** Matthew Buckham <Matthew.Buckham@hhs.gov>; Stefanie Spear <stefanie.spear@hhs.gov>
**Cc:** Kenneth Callahan <kenneth.callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO <PII ████████████████>
**Subject:** Grant Awards

Hello All -
Thank you for the productive conversations Friday regarding DPP

DPP

Please send a list of the DPP

DPP

DPP

DPP

DPP

It would be my assumption DPP
DPP
DPP

Thank you for your attention to this matter. OMB may be DPP
DPP

Thanks for your willingness to be team players and to support the President's priorities! I am always available for further instruction or concerns -

OMB -00000028

Katie


Sent from my iPhone

OMB -00000029

 Outlook

---

## FW: Grants Update

**From** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>

**Date** Thu 2/5/2026 3:30 PM

**To** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Robles, Benjamin (HHS/OGC) <Benjamin.Robles@hhs.gov>; Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>

**Cc** Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>; Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>; Hailstone, Mitchell (HHS/IOS) <Mitchell.Hailstone@hhs.gov>

I would like to convene a call at 10:30 to discuss.  I will send this meeting invite now.

Added Buckham only for awareness.

**From:** Yokanovich, Colin T. EOP/OMB <PII
**Sent:** Thursday, February 5, 2026 10:24 AM
**To:** Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Cox, Jordan (HHS/ASFR) <Jordan.Cox@hhs.gov>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>
**Cc:** Dempsey, Donald A. EOP/OMB PII                                    Sullivan, Katharine T. EOP/OMB
PII                                   ; Paoletta, Mark R. EOP/OMB <PII
**Subject:** Grants Update

Colleagues—

I am sharing the following message with regard to the requested action on specific CDC grants.

The Director received the list of grants that HHS/CDC indicated could be cancelled from the previous HHS data request. This information was presented to the President on Wednesday morning, and the President directed immediate action that same day. In accordance with that directive, OMB is requesting:

- A status report on the plan to implement the immediate pause for those grants.
- Details on HHS's plans to formally cancel the identified grants.

Please let us know if you have any questions. Thank you everyone.

**Colin Yokanovich**
*Deputy to the Associate Director for Health (Public Health)*
Office of Management and Budget
C: PII          calls only)

CDC_001351

| | |
|---|---|
| **From:** | Nixon, Andrew (HHS/ASPA) |
| **To:** | Buckham, Matthew (HHS/IOS); Danker, Richard (HHS/ASPA) |
| **Subject:** | Fw: CDC CUTS SOON ANNOUCEMENT |
| **Date:** | Wednesday, February 4, 2026 4:48:41 PM |

**From:** Cauley, Rachel K. EOP/OMB `PII`
**Sent:** Wednesday, February 4, 2026 5:47 PM
**To:** Nixon, Andrew (HHS/ASPA) <Andrew.Nixon@hhs.gov>; Persing, Johanna E. EOP/WHO `PII`
**Cc:** McCandless, Allie EOP/OMB `PII` Danker, Richard (HHS/ASPA) <Richard.Danker@hhs.gov>; Desai, Kush S. EOP/WHO <`PII`
**Subject:** Re: CDC CUTS SOON ANNOUCEMENT

`DPP`

Communications Director
The White House Office of Management and Budget

On Feb 4, 2026, at 1:06 PM, Cauley, Rachel K. EOP/OMB `PII` wrote:

You're a peach

**From:** Nixon, Andrew (HHS/ASPA) <Andrew.Nixon@hhs.gov>
**Sent:** Wednesday, February 4, 2026 1:05 PM
**To:** Persing, Johanna E. EOP/WHO `PII` Cauley, Rachel K. EOP/OMB `PII`
**Cc:** McCandless, Allie EOP/OMB `PII` Danker, Richard (HHS/ASPA) <Richard.Danker@hhs.gov>; Desai, Kush S. EOP/WHO <`PII`
**Subject:** RE: CDC CUTS SOON ANNOUCEMENT

Thanks for the heads up. We will definitely lean in hard on these examples.

Thank you,

Andrew G. Nixon
Deputy Assistant Secretary for Media Relations
U.S. Department of Health and Human Services
andrew.nixon@hhs.gov | 202-549-8655

**From:** Persing, Johanna E. EOP/WHO `PII`
**Sent:** Wednesday, February 4, 2026 12:53 PM
**To:** Cauley, Rachel K. EOP/OMB <Rachel.K.Cauley@omb.eop.gov>; Nixon, Andrew (HHS/ASPA) <Andrew.Nixon@hhs.gov>
**Cc:** McCandless, Allie EOP/OMB `PII` Danker, Richard (HHS/ASPA) <Richard.Danker@hhs.gov>; Desai, Kush S. EOP/WHO `PII`
**Subject:** RE: CDC CUTS SOON ANNOUCEMENT

+ Rich here too.

**From:** Cauley, Rachel K. EOP/OMB `PII`
**Sent:** Wednesday, February 4, 2026 12:47 PM
**To:** 'Nixon, Andrew (HHS/ASPA)' <Andrew.Nixon@hhs.gov>
**Cc:** McCandless, Allie EOP/OMB `PII` Persing, Johanna E. EOP/WHO `PII`
**Subject:** CDC CUTS SOON ANNOUCEMENT

Andrew, at 2pm ET today, we have an exclusive going to announce the first cuts we are making in funds that we have been asking agencies to investigation from 14 states and DC. Original story here:
https://www.realclearpolitics.com/articles/2026/01/20/exclusive_trump_launches_full_review_of_federal_funds_sent_to_blue_states_153738.html

CDC is part of these cuts. You may be tracking, but it's fast moving, so we want to make sure you have all the info.

We `DPP` `DPP`
`DPP` `DPP`
`DPP`

Why? We're `DPP`

Let me know if you have any Qs. We'd like ███████ DPP ████████████████████████████████ Feel free to plus me in to inquiries █ DPP ███ █ PII ███████

Rachel Cauley
Communications Director
White House Office of Management and Budget

Examples of cancelled funds that go to state and local public health funding in the form of grants. ██ DPP ████████████████████████████
█ DPP ██████████████

Some examples of cancelled funds include:

██████████████ DPP ██████████████

Examples of cancelled grants that go to private nonprofits and universities in the affected states ██ DPP ██████████
█ DPP ██

██████████████ DPP ██████████████

# Quick Notes

| | |
|---|---|
| **From:** | "Yokanovich, Colin T. EOP/OMB" <PII > |
| **To:** | "Shuy, Caitrin (HHS/ASFR)" <caitrin.shuy@hhs.gov>, "Beyda, Sam (OS/IOS)" <sam.beyda@hhs.gov> |
| **Cc:** | "Dempsey, Donald A. EOP/OMB" <PII > |
| **Date:** | Wed, 04 Feb 2026 14:11:24 -0500 |
| **Attachments:** | Data_Request_PH - Copy (2).xlsx (103.82 kB) |

Adding the list DPP

**Colin Yokanovich**
*Deputy to the Associate Director for Health (Public Health)*
Office of Management and Budget
C: PII        calls only)

Draft, Pre-decisional, Confidential

OMB -00000030

 **Outlook**

---

**Re: Attorney Client**

**From** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

**Date** Fri 2/6/2026 9:55 PM

**To** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>; Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Robles, Benjamin (HHS/OGC) <Benjamin.Robles@hhs.gov>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>

**Cc** White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Le, Quy (ACF) <Quy.Le@acf.hhs.gov>

📎 1 attachment (114 KB)

2.6.26_1.27PM_Part200_DATA_AUDIT.xlsx;

+Quy

Cell: PII

**Confidential, iterative, pre-decisional.**

---

**From:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Date:** Friday, February 6, 2026 at 2:26 PM
**To:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>, Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>, Robles, Benjamin (HHS/OGC) <Benjamin.Robles@hhs.gov>, Miller, JC (HHS/IOS) <James.Miller@hhs.gov>
**Cc:** White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>, Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>
**Subject:** RE: Attorney Client

Prior drafts for reference

**Jordan Faircloth**
**Deputy Chief of Staff**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
ba43@cdc.gov

---

**From:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Sent:** Friday, February 6, 2026 2:15 PM
**To:** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Robles, Benjamin (HHS/OGC) <Benjamin.Robles@hhs.gov>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Cc:** White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>
**Subject:** Re: Attorney Client

+ Jordan

Cell: <span style="background:black;color:white">PII</span> ████████

**Confidential, iterative, pre-decisional.**

---

**From:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Date:** Friday, February 6, 2026 at 1:29 PM
**To:** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>, Robles, Benjamin (HHS/OGC) <Benjamin.Robles@hhs.gov>, Miller, JC (HHS/IOS) <James.Miller@hhs.gov>
**Cc:** White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>, Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>
**Subject:** Attorney Client

Attached is the most recent analysis of grants under our typical process.
It has been verified for part 200 T+Cs

Sam
Cell: <span style="background:black;color:white">PII</span> ████████

**Confidential, iterative, pre-decisional.**

Document Withheld as Privileged

CDC_001277

 Outlook

## **URGENT** Grant Work Plans/Documents

**From** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>

**Date** Fri 2/6/2026 9:34 PM

**To** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>

**Cc** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Jordan, Kody (CDC/OD/OCS) <aw85@cdc.gov>

Jamie, I also need ASAP the work plans and other related documents for the following 66 grants. I really appreciate the support in this.

NE11OE000095
NE11OE000002
NE11OE000036
NE11OE000071
NE11OE000044
NU50CD300862
U48DP006806
NH78TU000006
NUE1EH001455
U01PS005248
NH25PS005243
NH25PS005219
U01CE003753
NU38PW000045
NU62PS924771
NU62PS924778
U01PS005259
NUE1EH001458
NE11OE000074
NUE1EH001451
NU38PW000027
NU58DP007634
NU62PS924693
NU62PS924726
NU62PS924751
NU62PS924747
NU62PS924729
NU62PS924690
NU62PS924674
NU62PS924680
NU38PS004654
NU38PW000035
NH25PS005212
NH25PS005210
NU62PS924668
NU62PS924661
NE11OE000089
NE11OE000034
NU62PS924764
U01PS005290
NH25PS005164
NH25PS005254
NU38PW000029
NU58DP007617
NU62PS924704

CDC_001428

NE11OE000048
NU17CE010056
NU58DP007607
NE11OE000027
NU58DP007641
NE11OE000090
NE11OE000094
NU58DP007844
NU17CE010045
NH25PS005247
NU62PS924862
NH25PS005255
NU38PW000023
U01PS005270
NU38PW000048
NU38PW000026
NU62PS924789
NU62PS924658
NU38PW000050
NU62PS924657
R01CE003582

**Jordan Faircloth**
**Deputy Chief of Staff**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
ba43@cdc.gov

 **Outlook**

---

**RE: CDC 66 Work Plans - Analysis**

---

**From** Le, Quy (ACF) <Quy.Le@acf.hhs.gov>

**Date** Sat 2/7/2026 5:35 PM

**To** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>

**Cc** Inman, Cody (ACF) <Cody.Inman@acf.hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>

📎 1 attachment (329 KB)

CDC 66 Workplans Analysis 2.7 with Colors.xlsx;

Forgot about the crosswalk ▮ACP▮ Completed and sorted sheet here.



**Quy Le**

Advisor
Immediate Office of the Assistant Secretary
Administration for Children and Families
(202) 374-9263

Help us achieve *A Home for Every Child*.
Learn more about fostering here.

*Pre-decisional, deliberative, draft*

---

**From:** Le, Quy (ACF)
**Sent:** Saturday, February 7, 2026 12:02 PM
**To:** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>
**Cc:** Inman, Cody (ACF) <Cody.Inman@acf.hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Subject:** CDC 66 Work Plans - Analysis

JC,

See parsed analysis for the 66 discussed work plans here. Let me know if any questions.



**Quy Le**

Advisor
Immediate Office of the Assistant Secretary
Administration for Children and Families
(202) 374-9263

Help us achieve *A Home for Every Child*.
Learn more about fostering here.

*Pre-decisional, deliberative, draft*

CDC_001315