# EXHIBIT 2

**to the Declaration of Sherief Gaber**

# Request for HHS Grant Briefings

| | |
|---|---|
| **From:** | "Faezi-Marian, Farnoosh EOP/OMB" <PII > |
| **To:** | dale.bell@hhs.gov, "Gelbmann, Jane (HHS/ASFR)" <jane.gelbmann@hhs.gov>, "Clapham, Stephen (OS/ASFR)" <stephen.clapham@hhs.gov> |
| **Cc:** | "Winker, Stephanie A. EOP/OMB" <PII >, "Mackey, Steven P. EOP/OMB" <PII >, "Humagai, Shristi EOP/OMB" PII , "Garufi, Marc A. EOP/OMB" PII "Boyens, Chantel M. EOP/OMB" PII "Griffin, Robin J. EOP/OMB" PII , "Faezi-Marian, Farnoosh EOP/OMB" <PII PII |
| **Date:** | Mon, 05 Jan 2026 13:33:46 -0500 |
| **Attachments:** | HRSA_CDC_SAMHSA Grants Review.pptx (879.5 kB); HHS-ACF Grants and Program Analysis.pptx (262.39 kB); HHS-NIH Grants and Program Analysis.pptx (248.92 kB) |

ASFR colleagues,

I am reaching out on behalf of my colleagues DPP





Stephanie Winker, copied, can help with scheduling and any questions on the overall process. If you have program questions, please contact Marc, Chantel, or me.

Thanks,

Farnoosh

OMB -00000001



**HHS-Human Resources & Services Administration**

**HRSA** Health Resources & Services Administration

DPP

Grants NOFO and Award Review

OMB -00000002



OMB -00000003



**SAMHSA**
Substance Abuse and Mental Health Services Administration

# HHS-Substance Abuse and Mental Health Services Administration

## Grants NOFO and Award Review

DPP

OMB -00000004



HRSA
Health Resources & Services Administration

# HHS-Human Resources & Services Administration

## Program Deep-Dive

OMB -00000005



OMB -00000006



**SAMHSA**
Substance Abuse and Mental Health Services Administration

# HHS-Substance Abuse and Mental Health Services Administration

## Program Deep-Dive



OMB -00000007

# HHS-Human Resources & Services Administration

**HRSA**
Health Resources & Services Administration

## Program Total Federal Financial Funding by Fiscal Year

| | |
|---|---|
| FY 2020 | $114.98 billion |
| FY 2021 | $49.57 billion |
| FY 2022 | $51.19 billion |
| FY 2023 | $14.09 billion |
| FY 2024 | $12.83 billion |

## Grant Volume

| | New Awards | Transactions |
|---|---|---|
| FY 2022 | 30,046 | 272,544 |
| FY 2023 | 33,547 | 262,614 |
| FY 2024 | 25,955 | 290,158 |

## Award Types



Direct Payments 24%
Contracts 7%
Grants 69%

■ Grants  ■ Direct Payments  ■ Contracts

Direct Payments 25%
Grants 75%

■ Grants  ■ Direct Payments

*The left figure represents awards and amendments for each type of award.

## Federal Programs/Assistance Listings
HHS-Human Resources and Services Administration has 75 Assistance Listings.

7

OMB -00000008

# HHS-Human Resources and Services Administration

## Top Financial Assistance Recipients

| California Department of Health | $1.06 billion |
|---|---|
| Department of State Health Services (Texas) | $819.82 million |
| Florida Department of Health | $810.04 million |
| Health Research, Inc. (New York) | $692.89 million |
| City of New York | $527.42 million |
| State of Georgia Department of Public Health | $514.56 million |
| State of North Carolina Department of Health and Human Services | $404.19 million |
| Illinois Department of Health | $385.06 million |
| New Jersey Department of Health | $357.57 million |
| Tennessee Department of Health | $319.04 million |

## Top Financial Assistance Recipients in FY24

### Government

| California Department of Public Health | $31,322,925 | .24% |
|---|---|---|
| Department of Family and Protective Services (Texas) | $26,402,603 | .21% |
| New York State Department of Health | $17,639,886 | .14% |
| Pennsylvania Department of Human Services | $16,352,219 | .13% |
| New Jersey Department of Health | $15,782,853 | .12% |
| Ohio Department of Health | $14,001,426 | .11% |
| Louisiana Department of Health | $13,714,728 | .11% |
| Arizona Department of Health Services | $13,604,201 | .11% |
| Michigan Department of Health and Human Services | $13,269,201 | .10% |
| Indiana Department of Health | $13,267,553 | .10% |

### Non-Governmental

| Florida Association of Healthy Start Coalitions, Inc. | $12,926,731 | .101% |
|---|---|---|
| The Children's Trust Fund of South Carolina | $9,599,992 | .075% |
| Prevent Child Abuse North Dakota | $1,294,162 | .010% |
| Illuminate Colorado, Inc. | $868,000 | .007% |
| Salud Integral En La Montana, Inc. | $600,000 | .005% |
| Bedford Stuyvesant Family Health Center, Inc. | $600,000 | .005% |
| Cahaba Medical Care Foundation | $600,000 | .005% |
| Santa Rosa Community Health Centers | $600,000 | .005% |
| Moses Lake Community Health Center | $600,000 | .005% |
| Erie Family Health Center | $600,000 | .005% |

OMB -00000009

# HHS-Human Resources and Services Administration

## Five Largest Programs by FY24 Expenditures

| | |
|---|---|
| Health Center Program (Community Health Centers, Migrant Health Centers, Health Care for the Homeless, and Public Housing Primary Care) | **$5.28 billion** |
| HIV Care Formula Grants | **$1.41 billion** |
| HIV Emergency Relief Project Grants | **$653.68 million** |
| Maternal and Child Health Services Block Grant to the States | **$571.45 million** |
| Maternal, Infant and Early Childhood Home Visiting Grant | **$451.35 million** |



**HIV Care Formula Grants** — **$1.41B**

| | |
|---|---|
| California Department of Public Health | $139,855,756 |
| Health Research, Inc. | $123,887,483 |
| Department of State Health Services | $80,359,782 |
| Florida Department of Health | $68,853,733 |
| State of Georgia Department of Public Health | $43,063,153 |
| **Number of Awards** | 570 |
| **Average Award Amount** | $2,284,380 |

**Health Center Program (Community Health Centers, Migrant Health Centers, Health Care for the Homeless, and Public Housing Primary Care)** — **$5.28B**

| | |
|---|---|
| Community Health Centers of the Central Coast, Inc. | $15,012,568 |
| Salud Family Health, Inc. | $13,958,459 |
| Clinica Sierra Vista | $11,375,495 |
| Sun River Health, Inc. | $10,633,887 |
| Nevada Health Centers, Inc. | $10,234,080 |
| **Number of Awards** | 11,429 |
| **Average Award Amount** | $463,448 |

OMB -00000010

# HHS-Human Resources and Services Administration

## HIV Emergency Relief Project Grants

### $653.68M

| | |
|---|---|
| City of New York | $65,831,687 |
| County of Los Angeles | $32,697,189 |
| City of New York | $26,248,839 |
| Government of the District of Columbia | $23,192,028 |
| County of Fulton | $23,039,709 |
| **Number of Awards** | 628 |
| **Average Award Amount** | $1,194,930 |

## Maternal, Infant and Early Childhood Home Visiting Grant

### $451.35M

| | |
|---|---|
| Department of Family and Protective Services | $26,402,603 |
| California Department of Health | $25,914,235 |
| Pennsylvania Department of Human Services | $16,352,219 |
| New Jersey Department of Health | $14,166,111 |
| Florida Association of Healthy Start Coalitions, Inc. | $12,926,731 |
| **Number of Awards** | 402 |
| **Average Award Amount** | $1,078,987 |

## Maternal and Child Health Services Block Grant to the States

### $571.45M

| | |
|---|---|
| California Department of Public Health | $23,146,642 |
| New York State Department of Health | $22,271,467 |
| Department of State Health Services | $21,865,905 |
| Pennsylvania Department of Health | $7,816,790 |
| Ohio Department of Health | $7,299,251 |
| *First three combine several entries the top five. | |
| **Number of Awards** | 408 |
| **Average Award Amount** | $1,382,659 |

10

OMB -00000011

# HHS-Human Resources and Services Administration

## Improper Payments in FY24

The HHS-Human Resources and Services Administration (HRSA) is broken into two programs for improper payment reporting:

### HRSA Provider Relief Fund General and Targeted

| | |
|---|---|
| Unknown Payments | $3.78M |
| **Total** | **$3.78M** |

### HRSA Provider Relief Fund Uninsured

| | |
|---|---|
| Overpayments | $92.41M |
| Underpayments | $81.38M |
| Unknown Payments | $2.29M |
| **Total** | **$176.08M** |

OMB -00000012



# HHS-Centers for Disease Control and Prevention

## Agency Total Federal Financial Funding by Fiscal Year

| | |
|---|---|
| FY 2020 | $13.48 billion |
| FY 2021 | $24.71 billion |
| FY 2022 | $14.20 billion |
| FY 2023 | $13.08 billion |
| FY 2024 | $12.69 billion |

## Grant Volume

| | New Awards | Transactions |
|---|---|---|
| FY 2022 | 1,327 | 30,395 |
| FY 2023 | 1,510 | 32,723 |
| FY 2024 | 1,127 | 42,507 |

## Award Types

Contracts 45%

Grants 55%

■ Grants   ■ Contracts

Project Grants 4%

Cooperative Agreements 1%

Formula Grants 1%

Direct Loans / Other 57%

Block Grants 37%

■ Direct Loans / Other   ■ Block Grants
■ Project Grants   ■ Cooperative Agreements
■ Formula Grants

*The left figure represents awards and amendments for each type of award.

## Federal Programs/Assistance Listings

The Center for Disease Control and Prevention has 99 Assistance Listings.

12

OMB -00000013

# HHS-Centers for Disease Control and Prevention

## Top Financial Assistance Recipients

| Department of State Health Services (Texas) | $4.15 billion |
|---|---|
| Florida Department of Health | $3.57 billion |
| Public Health Foundation Enterprises (California) | $3.46 billion |
| City of New York | $2.26 billion |
| State of Georgia Department of Public Health | $2.22 billion |
| New Jersey Department of Health | $2.19 billion |
| California Department of Public Health | $2.18 billion |
| Pennsylvania Department of Health | $2.07 billion |
| Health Research, Inc. (New York) | $2.07 billion |
| Michigan Department of Health and Human Services | $2.02 billion |

## Top Financial Assistance Recipients in FY24

### Government

| | | |
|---|---|---|
| Florida Department of Health | $199.04 million | 1.57% |
| California Department of Public Health | $191.16 million | 1.51% |
| Pennsylvania Department of Health | $92.74 million | .73% |
| Massachusetts Department of Public Health | $92.53 million | .73% |
| New Jersey Department of Health | $92.13 million | .73% |
| City of New York | $89.88 million | .71% |
| County of Los Angeles | $80.49 million | .63% |
| Minnesota Department of Health | $78.05 million | .62% |
| Tennessee Department of Health | $73.18 million | .58% |
| State of Wisconsin Department of Health | $72.10 million | .57% |

### Non-Governmental

| | | |
|---|---|---|
| The Trustees of Columbia University | $155.32 million | 1.22% |
| The Association of State and Territorial Health Officials | $95.30 million | .75% |
| Elizabeth Glaser Pediatric AIDS Foundation | $67.63 million | .53% |
| National Network of Public Health Institutes | $65.51 million | .52% |
| Public Health Accreditation Board (Virginia) | $58.69 million | .46% |
| Management and Development for Health (Tanzania) | $50.74 million | .40% |
| Center for International Health, Education, and Biosecurity (Kenya) | $48.93 million | .39% |
| TB HIV Care (South Africa) | $48.64 million | .38% |
| Emory University | $43.99 million | .35% |
| Trust for Health Systems Planning and Development (South Africa) | $42.75 million | .34% |

13

OMB -00000014

# HHS-Centers for Disease Control and Prevention

## Five Largest Programs by FY24 Expenditures

| | |
|---|---|
| Centers for Disease Control and Prevention Collaboration with Academia to Strengthen Public Health | $699.28 million |
| Public Health Emergency Preparedness | $651.93 million |
| Protecting and Improving Health Globally: Building and Strengthening Public Health Impact, Systems, Capacity, and Security | $202.73 million |
| Emerging Infection Program | $124.88 million |
| Cooperative Agreements for Diabetes Control Program | $89.93 million |



### Centers for Disease Control and Prevention Collaboration with Academia to Strengthen Public Health — $699.28M

| | |
|---|---|
| The Association of State and Territorial Health Officials | $500,000 |
| Association of Asian/Pacific Community Health Organizations | $500,000 |
| National Indian Health Board | $500,000 |
| Association of Maternal and Child Health Programs | $300,000 |
| Association of State and Territorial Public Health Nutrition Directors | $300,000 |
| **Number of Awards** | 37 |
| **Average Award Amount** | $245,946 |

### Public Health Emergency Preparedness — $651.93M

No awards reported in FY24

14

OMB -00000015

# HHS-Centers for Disease Control and Prevention

## Protecting and Improving Health Globally: Building and Strengthening Public Health Impact, Systems, Capacity, and Security $202.73M

| | |
|---|---|
| National Health Laboratory Service | $3,000,000 |
| International Centre for Diarrhoeal Disease Research, Bangladesh | $777,000 |
| Universidad del Valle de Guatemala | $750,000 |
| The Association of State and Territorial Health Officials | $500,000 |
| Association of Asian/Pacific Community Health Organizations | $500,000 |

| Number of Awards | 44 |
|---|---|
| Average Award Amount | $328,455 |

## Cooperative Agreements for Diabetes Control Program $89.93M

| | |
|---|---|
| Oklahoma State Department of Health | $284,462 |
| Ohio Department of Health | $241,710 |
| Mississippi State Department of Health | $186,451 |
| Wisconsin Department of Public Instruction | $100,000 |
| Department of Public Health, Connecticut | $82,992 |

| Number of Awards | 27 |
|---|---|
| Average Award Amount | $80,147 |

## Emerging Infection Program $124.88M

| | |
|---|---|
| Vitalant | $2,900,000 |
| State of Georgia Department of Public Health | $2,664,420 |
| Minnesota Department of Health | $2,479,107 |
| Health Research, Inc. | $2,272,674 |
| State of New Mexico | $1,794,332 |

| Number of Awards | 76 |
|---|---|
| Average Award Amount | $501,062 |

## Improper Payments in FY24

CDC was not a Phase 2 program (was not considered to be at risk of significant improper payments) for FY24 and did not report an improper payment estimate.

15

OMB -00000016



# HHS-Substance Abuse and Mental Health Services Administration

**SAMHSA**
Substance Abuse and Mental Health Services Administration

**Agency Total Federal Financial Funding by Fiscal Year**

| | |
|---|---|
| FY 2020 | $6.55 billion |
| FY 2021 | $12.97 billion |
| FY 2022 | $6.05 billion |
| FY 2023 | $7.76 billion |
| FY 2024 | $6.86 billion |

**Grant Volume**

| | New Awards | Transactions |
|---|---|---|
| FY 2022 | 1,846 | 13,393 |
| FY 2023 | 2,156 | 13,683 |
| FY 2024 | 1,250 | 15,500 |

**Award Types**

Contracts 2%
Grants 98%

■ Grants  ■ Contracts

Formula Grants 3%
Block Grants 4.5%
Cooperative Agreements
Project Grants

■ Project Grants  ■ Block Grants
■ Formula Grants  ■ Cooperative Agreements

*The left figure represents awards and amendments for each type of award.

**Federal Programs/Assistance Listings**
HHS Substance Abuse and Mental Health Services Administration has 79 Assistance Listings.

OMB -00000017

# HHS-Substance Abuse and Mental Health Services Administration

## Top Financial Assistance Recipients

| | |
|---|---|
| California Department of Health Care Services | $3.34 billion |
| Florida Department of Children and Families | $1.77 billion |
| Texas Department of Health and Human Services | $1.57 billion |
| Ohio Department of Mental Health | $1.21 billion |
| Illinois Department of Human Services | $906.37 million |
| New Jersey Department of Human Services | $867.84 million |
| The Mental Health Assoc. of New York City | $852.73 million |
| Pennsylvania Dept. of Drug and Alcohol Programs | $805.75 million |
| Michigan Department of Health and Human Services | $795.75 million |
| Dept. of Behavioral Health & Developmental Disability (Georgia) | $775.88 million |

## Top Financial Assistance Recipients in FY24

### Government

| | | |
|---|---|---|
| California Department of Health Care Services | $513,732,903 | 7.49 % |
| Texas Health and Human Services Commission | $307,255,985 | 4.48 % |
| Florida Department of Children And Families | $296,732,013 | 4.33 % |
| Ohio Department Mental Health | $202,528,510 | 2.95 % |
| New Jersey Department of Human Services | $154,844,778 | 2.26 % |
| Illinois Department of Human Service | $146,177,688 | 2.13 % |
| Pennsylvania Department of Drug And Alcohol Programs | $143,683,793 | 2.09 % |
| Michigan Department of Health and Human Services | $132,835,481 | 1.94 % |

### Non-Governmental

| | | |
|---|---|---|
| Research Foundation for Mental Hygiene, Inc. | $56,135,494 | .82% |
| American Academy of Addiction Psychiatry | $18,500,000 | .27% |
| Southwest Key Programs, Inc. | $14,468,682 | .21% |
| The Leland Stanford Junior University | $7,467,006 | .11% |
| University Of New Mexico | $4,500,000 | .07% |
| NBCC Foundation, Inc. | $3,849,242 | .06% |
| SMA Healthcare, Inc. | $3,750,000 | .05% |
| University Of Wisconsin System | $3,517,379 | .05% |
| The University of Mississippi | $3,230,000 | .05% |
| Center For Alternative Sentencing & Employment Services, Inc. | $3,120,000 | .05% |

17

OMB -00000018

# HHS-Substance Abuse and Mental Health Services Administration

## Five Largest Programs by FY24 Expenditures

| Opioid State Targeted Response (STR) | $4.66 billion |
|---|---|
| Substance Abuse and Mental Health Services Projects of Regional and National Significance | $2.11 billion |
| Certified Community Behavioral Health Clinic Expansion Grants | $385.60 million |
| Comprehensive Community Mental Health Services for Children with Serious Emotional Disturbances (SED) | $110.32 million |
| Projects for Assistance in Transition from Homelessness (PATH) | $66.38 million |



### Opioid STR — $4.66B

| California Department of Health Care Services | $105,677,209 |
|---|---|
| Florida Department of Children and Families | $104,294,533 |
| Ohio Department of Mental Health | $100,226,750 |
| Pennsylvania Department of Drug and Alcohol Programs | $83,151,776 |
| New Jersey Department of Human Services | $68,788,243 |
| Number of Awards | 808 |
| Average Award Amount | $1,755,330 |

### Substance Abuse and Mental Health Services Projects of Regional and National Significance — $2.11B

| The Mental Health Association Of New York City, Inc. | $266,466,429 |
|---|---|
| California Department of Health Care Services | $20,195,467 |
| Southwest Key Programs, Inc. | $11,500,020 |
| New York State Office of Mental Health | $11,245,568 |
| Health & Human Services Commission Tx | $10,885,375 |
| Number of Awards | 9953 |
| Average Award Amount | $172,975 |

18

OMB -00000019

# HHS-Substance Abuse and Mental Health Services Administration

## Certified Community Behavioral Health Clinic Expansion Grants

### $385.60M

| | |
|---|---|
| Center For Alternative Sentencing & Employment Services, Inc. | $3,000,000 |
| SMA Healthcare, Inc. | $3,000,000 |
| The Bridge of Central Massachusetts, Inc. | $2,999,991 |
| Southeast, Inc. | $2,000,000 |
| Berrien Mental Health Authority | $2,000,000 |

| Number of Awards | 1660 |
|---|---|
| Average Award Amount | $213,654 |



## Projects for Assistance in Transition from Homelessness (PATH)

### $66.38M

| | |
|---|---|
| California Department of Health Care Services | $9,049,232 |
| Health & Human Services Commission Texas | $5,129,414 |
| Florida Department of Children and Families | $4,450,466 |
| New York State Office of Mental Health | $4,336,282 |
| Illinois Department of Human Service | $2,777,673 |

| Number of Awards | 169 |
|---|---|
| Average Award Amount | $341,512 |

## Comprehensive Community Mental Health Services for Children with Serious Emotional Disturbances (SED)

### $110.32M

| | |
|---|---|
| Utah Department of Health and Human Services | $3,000,000 |
| Colorado Department of Human Services | $3,000,000 |
| Division of Child and Family Services | $3,000,000 |
| West Virginia Department of Health and Human Resources | $3,000,000 |
| State of Alaska Department of Health | $3,000,000 |

| Number of Awards | 267 |
|---|---|
| Average Award Amount | $323,985 |



### Improper Payments in FY24

SAMHSA did not report improper payments for FY24.

---

19

# Grant Awards

**From:** Sullivan, Katheranine T. EOP/OMB - PII
**To:** Matthew Buckham <matthew.buckham@hhs.gov>, Stefanie Spear <stefanie.spear@hhs.gov>
**Cc:** Kenneth Callahan <kenneth.callahan@hhs.gov>, Wasserman, Daniel F. WHO/OMB - PII
**Bcc:** "Sullivan, Katharine T. EOP/OMB" <PII
**Date:** Sat, 17 Jan 2026 15:23:54 -0500

Hello All -

Thank you for the productive conversations Friday regarding DPP

DPP

DPP

Please send a list of DPP

DPP

DPP

DPP

DPP

It would be my assumption DPP
DPP
DPP

Thank you for your attention to this matter. OMB may be DPP
DPP

Thanks for your willingness to be team players and to support the President's priorities! I am always available for further instruction or concerns -

Katie
PII

1

OMB -00000021

Sent from my iPhone

OMB -00000022

# PMC Deputies Call

**From:** "Ueland, Eric M. EOP/OMB" <PII >
**To:** PII

**Cc:** "Sullivan, Katharine T. EOP/OMB" <PII >, "Paoletta, Mark R. EOP/OMB" <PII >
**Date:** Thu, 22 Jan 2026 23:02:35 -0500

Good evening—

To follow up on Wednesday afternoon's PMC call, I'm pulling us together tomorrow at 12:30 PM about DPP
DPP

The purpose of the call is to DPP
DPP
DPP                                                      This can include actions
DPP

During the meeting each agency should be prepared to briefly outline:

DPP

Mark Paoletta and Katie Sullivan will join us again. I look forward to the conversation, and seeing you tomorrow at 12:30 PM.

Thank you.

My best,
eric

Eric Ueland
Deputy Director for Management
Office of Management and Budget
PII         cell yes text no)

# Friday PMC follow up



**From:** Sullivan, Katharine T. EOP OMB - PII
**To:** Steven Bradbury <PII>, PII
PII West Cuthbert <west.cuthbert@hhs.gov>,
PII PII
**Cc:** Hal P. Duncan EOP OMB <harold.p.duncan@omb.eop.gov>, Mark Paoletta
PII
**Bcc:** "Sullivan, Katharine T. EOP/OMB" <PII>
**Date:** Sun, 25 Jan 2026 19:14:56 -0500

Good evening all!

I hope you are safe and warm! You all had some very intriguing ideas for DPP
DPP We so appreciate your creativity and willingness to dive in to this
important action for the President.

DPP

DPP

DPP
DPP

DPP Thank you again for your assistance
and as the day progresses we can talk with other members of your team as appropriate. And please
do not hesitate to reach out to me with any questions or concerns!

Best
Katie Sullivan
Chief of Staff
OMB
PII

NOTES;

AG: DPP
DPP
DPP

Commerce: DPP
DPP

Education: DPP

Energy: DPP
DPP

CDC: DPP

OMB -00000024



Sent from my iPhone

## Re: Grant Awards - Implementation Call follow up

**From:** "Sullivan, Katharine T. EOP/OMB" 
**To:** Matthew Buckham <matthew.buckham@hhs.gov>
**Cc:** Stefanie Spear <stefanie.spear@hhs.gov>, Kenneth Callahan <kenneth.callahan@hhs.gov>, "Wasserman, Daniel F. EOP/WHO" PII , Miller JC <james.miller@hhs.gov>, Caitrin Shuy <caitrin.shuy@hhs.gov>, Cristina Del Rosso <cristina.delrosso@hhs.gov>, Gustav Chiarello <gustav.chiarello@hhs.gov>, John Walker <john.walker@hhs.gov>
**Date:** Mon, 02 Feb 2026 13:38:01 -0500

**DPP**

Thank you!
Katie
Sent from my iPhone

> On Feb 2, 2026, at 11:20 AM, Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov> wrote:

Thanks Katie,

Let me give you a quick call.

**DPP**



Please have any White House colleagues reach out to me directly for any clarification. I'll call you and Dan.

**PII**

Matt

Get Outlook for iOS
**From:** Sullivan, Katharine T. EOP/OMB <PII
**Sent:** Sunday, February 1, 2026 7:11:21 PM
**To:** Sullivan, Katharine T. EOP/OMB <PII ; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Spear, Stefanie (HHS/IOS) <Stefanie.Spear@hhs.gov>
**Cc:** Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO <PII ; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>
**Subject:** RE: Grant Awards - Implementation Call follow up

Thanks to those of you that participated in DPP call coordinated by DCOS/P (Dan Wasserman included above). DPP



DPP speonecific question which may give the team ideas about how to approach this project: DPP
DPP
DPP

JC I will pass what you sent to the EOP team, I believe DPP
DPP let me confirm. Thank you! Let me know if you have questions or concerns –

Katie Sullivan

OMB -00000027

**From:** Sullivan, Katharine T. EOP/OMB <PII              >
**Sent:** Saturday, January 17, 2026 3:24 PM
**To:** Matthew Buckham <Matthew.Buckham@hhs.gov>; Stefanie Spear
<stefanie.spear@hhs.gov>
**Cc:** Kenneth Callahan <kenneth.callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO
<PII          >
**Subject:** Grant Awards

Hello All -
Thank you for the productive conversations Friday regarding DPP



Please send a list of the DPP

It would be my assumption DPP

Thank you for your attention to this matter. OMB may be DPP

Thanks for your willingness to be team players and to support the President's priorities! I am always available for further instruction or concerns -

OMB -00000028

Katie


Sent from my iPhone

OMB -00000029

# Quick Notes

| | |
|---|---|
| **From:** | "Yokanovich, Colin T. EOP/OMB" <PII |
| **To:** | "Shuy, Caitrin (HHS/ASFR)" <caitrin.shuy@hhs.gov>, "Beyda, Sam (OS/IOS)" <sam.beyda@hhs.gov> |
| **Cc:** | "Dempsey, Donald A. EOP/OMB" <PII |
| **Date:** | Wed, 04 Feb 2026 14:11:24 -0500 |
| **Attachments:** | Data_Request_PH - Copy (2).xlsx (103.82 kB) |

Adding the list DPP

**Colin Yokanovich**
*Deputy to the Associate Director for Health (Public Health)*
Office of Management and Budget
C: PII           calls only)

Draft, Pre-decisional, Confidential

 Outlook

---

**66 Work Plans**

**From** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>

**Date** Sat 2/7/2026 1:22 AM

**To** Le, Quy (ACF) <Quy.Le@acf.hhs.gov>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

**Cc** Jordan, Kody (CDC/OD/OCS) <aw85@cdc.gov>

Let me know of any issues, etc.

Jordan Faircloth
Deputy Chief of Staff, CDC
(770) 797-8208
ba43@cdc.gov

---

**From:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>
**Sent:** Friday, February 6, 2026 8:12 PM
**To:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Subject:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) shared the folder "Application project" with you



## Legier, Jamie W. (CDC/OCOO/OFR/OGS) invited you to view a folder

The documents for the 66 grants are in this folder. Let me know if you have issues accessing. Jamie

   Application project

CDC_001264

🔒 This invite will only work for you and people with existing access.

Open       Share

Centers for Disease
Control and Prevention

This email is generated through CDC's use of Microsoft 365 and may contain content that is controlled by CDC.

 Outlook

## RE: Active Grants - CO, CA, MN & IL

**From** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>

**Date** Mon 1/26/2026 8:12 PM

**To** Beyda, Sam (CDC/IOD) <bh15@cdc.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

**Cc** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Messick, Jon (CDC/OCOO/OFR/OGS) <yfa4@cdc.gov>

CDC_001266

Good Afternoon, Sam!

Here is the UPDATED spreadsheet with requested information:
 UPDATED Data Request SB2 - 1-26-26.xlsx

If there are any awards where the abstract column says N/A and you need that information – just let me know and I can add it.

Please let me know if you have questions or need further information.

Thanks!
Shirley

---

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS)
**Sent:** Friday, January 23, 2026 9:13 AM
**To:** Beyda, Sam (CDC/IOD) <bh15@cdc.gov>; 'Beyda, Sam (OS/IOS)' <Sam.Beyda@hhs.gov>
**Cc:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Messick, Jon (CDC/OCOO/OFR/OGS) <yfa4@cdc.gov>
**Subject:** RE: Active Grants - CO, CA, MN & IL

Good Morning Sam!

Attached is the updated spreadsheet with the additional information you requested.

- Tabs 1-4 are broken out by state and show total funds that have been obligated to each recipient (Column F) and current PMS balances (Column H)
  - Each state is sorted by amounts obligated from largest to smallest amounts.
  - Filters available to sort by both recipient and recipient type
- Tab 5 is estimated future funding for all recipients in the 4 states.
  - Estimate was calculated on previous award amounts excluding any special funding, such as COVID, MPOX etc
  - This estimate is for the next annual award amount
  - At the top of the tab in row 1, there is a filter so you can view by each state.

Please let me know if you have any questions or if I can provide any clarification on the information provided.  These spreadsheets can get busy and cumbersome.

Thank you & Happy Friday!
Shirley

---

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS)
**Sent:** Thursday, January 22, 2026 3:35 PM

CDC_001267

**To:** Beyda, Sam (CDC/IOD) <bh15@cdc.gov>; 'Beyda, Sam (OS/IOS)' <Sam.Beyda@hhs.gov>
**Cc:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Messick, Jon (CDC/OCOO/OFR/OGS) <yfa4@cdc.gov>
**Subject:** Active Grants - CO, CA, MN & IL

Good Afternoon –

As requested, attached are the active awards for Colorado, California, Minnesota, and Illinois.  Each state is on a separate tab and sorted by entity type (Column E).  Please let me know if you have questions or would like additional information.

Thank you,

**Shirley**

CDC_001268

 Outlook

---

**Agency Priorities Grant Review**

**From** Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>

**Date** Fri 2/6/2026 12:36 AM

**To** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>

**Cc** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>

https://nypost.com/2026/02/04/us-news/white-house-instructs-dot-cdc-to-cut-1-5b-in-woke-green-grants-for-dem-states/

JC, this article came out yesterday. Can you please ensure you incorporate these into the standard process of grants for alignment to agency priorities?



Get Outlook for iOS



≡ **SECTIONS**   🔍   ✉   *NEW YORK POST*                              👤 **LOG IN**

Edition  CA    ✓ NY

**US News**   **Metro**   **Long Island**   **Politics**   **World News**

**TRENDING NOW IN US NEWS**


CEO who grabbed teen's neck, tossed him to floor for splashing...


Super-secretive Bohemian Grove society members…


'Dangerous' So... trucker busted d... wrong way on...

---

**POLITICS**   *EXCLUSIVE*

# White House instructs DOT, CDC to cut $1.5B in grants for Dem states, citing 'waste and mismanagement'

By Josh Christenson

Published Feb. 4, 2026
Updated Feb. 4, 2026, 3:11 p.m. ET

💬 206



Listen to Hillary Clinton's closed-door opening statement during her House Oversight deposition on Jeffrey Epstein

TODAY'S VIDEO HEADLINES

▶ ⏭ 🔇   00:00 / 00:00                                        ⤴ ⚙ ⤢

WASHINGTON — President Trump's budget office is instructing the Department of Transportation and Centers for Disease Control and Prevention to claw back more than $1.5 billion from blue states on grounds the money was being mishandled, officials told The Post.

The Office of Management and Budget (OMB) told the DOT Wednesday to cancel more than $943 million, while the CDC was ordered to nix at least $602 million meant for California, Colorado, Illinois and Minnesota.

An OMB spokesperson said that the states were being targeted for "waste and mismanagement" of taxpayer funds.

Illinois was slated to receive the largest of the transportation-related grants, with $100 million provided to the state's Environmental Protection Agency to build electric vehicle (EV) charging stations. A DOT spokesman confirmed the cuts were being carried out.

"Time and time again, the Trump Administration has attempted to politicize and punish certain states President Trump does not like," a spokesperson for Illinois Gov. JB Pritzker's office said in a statement. "It's wrong and often illegal, so Illinois will always fight for the resources and services our taxpayers are owed."

The health care money, some of which was passed under former President Joe Biden, funded research on Diversity, Equity and Inclusion (DEI) initiatives or transgender medicine that was "not in line with administration policy," according to White House officials.

## EXPLORE MORE



**CEO who grabbed teen's neck, tossed him to floor for splashing drink on his wife learns his fate**



**Super-secretive Bohemian Grove society members allegedly leaked as who's who of celebrity elite**



**'Dangerous' Somali trucker busted driving wrong way on highway couldn't read road signs, failed English test**

| | |
|---|---|
| **From:** | Arwady, Allison (CDC/NCIPC/OD) <xdr3@cdc.gov> |
| **Sent on:** | Friday, January 23, 2026 9:23:52 PM |
| **To:** | Witkofsky, Nina (CDC/IOD) <qlq0@cdc.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov> |
| **CC:** | Thomas III, Fred (CDC/NCIPC/OD) <mqx8@cdc.gov>; Baldwin, Grant (CDC/NCIPC/DOP) <gfb3@cdc.gov> |
| **Subject:** | Article on CDC Grant Note and Webinar |
| **ReactionsSummary:** | Faircloth Jordan (CDC/IOD), ba43@cdc.gov, like, 1/23/2026 11:39:00 PM |
| **OwnerReactionHistory:** | Faircloth, Jordan (CDC/IOD), ba43@cdc.gov, like, 1/23/2026 11:38:50 PM |

Hi Nina, cc Jordan,

I doubt this will need any action or followup, but flagging for you an article published today in the Guardian - CDC seeks to block 'never use alone' messaging used by overdose prevention groups | Trump administration | The Guardian

It calls out my team's efforts to ensure the workplans of our Overdose Data to Action (OD2A) recipients remain aligned with Executive Orders and CDC priorities, to the extent permitted by law and any applicable court orders.  We did this by sending a grant note (reviewed by IOD as well as OGS and OGC) – posted on Dec 15th --and then reinforcing the content on a recipient webinar on January 8th.  The central message was that federal funds may not support harm reduction efforts that a reasonable person might conclude primarily serve to facilitate or promote illegal drug use.    Similar grant notes were sent to all our funded programs/partners.

We obviously want to ensure that our resources remain focused on aligned, evidence-based overdose prevention and response activities. Naloxone, for example, is clearly in bounds as it is the medication used to reverse an overdose, and fentanyl test strips remain critical tools to help us understand emerging drug threats. It is the "primarily serve" clause in the underlined sentence above that is key.    Specifically, the grant note and our messaging on the webinar reiterated that CDC funds cannot be used for any work related to safe consumption sites or to purchase smoking/injection supplies or other drug paraphernalia (including pipes, syringes/needles, sterile water/saline/ascorbic acid).

We asked recipients to review their workplans and to focus on in-bounds, evidence-based overdose prevention and response (e.g., naloxone, drug checking tools like fentanyl test strips, post-overdose outreach, linkage to care, and the many other activities that would comply).  We also asked jurisdictions to engage CDC early when activities are uncertain so we could problem solve together and ensure alignment.  The article narrows in on the use of "never use alone" messaging.  The team had discussed it in the webinar as an example that we would have to take a critical look at.

Please let me know if you have any questions or if this gets more attention. Both the grant note and webinar are important examples of our efforts to ensure alignment with executive orders and administration priorities while continuing to make public health progress on overdoses. As you know, OD2A and our other programs are filled with life-saving activities that are helping to turn the tide on the overdose crisis.

Have a good weekend,

Allison

**DEPARTMENT OF HEALTH & HUMAN SERVICES**     Office of the Secretary

Washington, D.C. 20201

Office of Grants
Office of the Assistant Secretary for Financial Resources
Room 511D – Hubert Humphrey Building
200 Independence Ave., S.W.
Washington, D.C. 20201
**ACTION TRANSMITTAL – INTERNAL**

**Transmittal No.:** OG AT 2025-06

**Issuance Date:** September 11, 2025

| | |
|---|---|
| **TO:** | HHS Grants and Cooperative Agreements Awarding Agencies |
| **FROM:** | Dale Bell |
| | Deputy Assistant Secretary |
| | Office of Grants (OG) |
| | Office of the Assistant Secretary for Financial Resources (ASFR) |
| | U.S. Department of Health and Human Services (HHS) |

WILLIAM D. BELL IV -S    Digitally signed by WILLIAM D. BELL IV -S
Date: 2025.09.11 16:40:42 -04'00'

**SUBJECT:** Term Language for New Awards – Termination Provisions and Compliance with Court Orders

**APPLICABILITY:** HHS awarding agencies making discretionary and non-discretionary grant or cooperative agreement awards (collectively grants).

**EFFECTIVE DATE:** Effective immediately.

**ACTION:**

**Termination Provisions Term Language**

For all new discretionary awards and award modifications that add funding between the date of issuance of this Action Transmittal and September 30, 2025, HHS awarding agencies must insert the below HHS-approved language in Notices of Award (NoAs):

> *Applicable Regulatory Provisions. Prior to October 1, 2025, this award is subject to 45 CFR 75 except for eight flexibilities from 2 CFR 200 adopted by HHS on October 1, 2024 in Federal Register Notice 89 FR 80055. After October 1, 2025, this award will be subject to any applicable provisions of 2 CFR 200 and 2 CFR 300.*

> *Termination. Prior to October 1, 2025, this award is subject to the termination provisions at 45 CFR 75.372. Starting on October 1, 2025, this award is subject to the termination provisions at 2 CFR 200.340. Pursuant to 2 CFR 200.340, the recipient*

Internal Only

**OFFICE OF GRANTS ACTION TRANSMITTAL**
**U.S DEPARTMENT OF HEALTH AND HUMAN SERVICES**

> *agrees by accepting this award that continued funding for the award is contingent upon the availability of appropriated funds, recipient satisfactory performance, compliance with the Terms and Conditions of the award, and to the extent authorized by law, a decision by the agency that the award continues to effectuate program goals or agency priorities.*

Beginning October 1, 2025, for all new discretionary awards and award modifications that add funding, all HHS awarding agencies must include the following termination term on in Notices of Award (NoAs):

> ***Termination.*** *This award is subject to the termination provisions at 2 CFR 200.340. Pursuant to 2 CFR 200.340, the recipient agrees by accepting this award that continued funding for the award is contingent upon the availability of appropriated funds, recipient satisfactory performance, compliance with the Terms and Conditions of the award, and may also otherwise be terminated, to the extent authorized by law, if the agency determines that the award no longer effectuates program goals or agency priorities.*

**Compliance with Court Orders Term Language:**

Beginning the date of issuance of this Action Transmittal, HHS awarding agencies must insert the below HHS-approved language in all discretionary and non-discretionary Notices of Award (NoAs):

> *Any term or condition in this NOA, including those incorporated by reference, that HHS is enjoined by court order from imposing or enforcing shall not apply or be enforced as to any recipient or subrecipient to which that court order applies and while that court order is in effect.*

CDC_001274

 Outlook

## Re: Attorney Client

**From** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

**Date** Fri 2/6/2026 9:55 PM

**To** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>; Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Robles, Benjamin (HHS/OGC) <Benjamin.Robles@hhs.gov>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>

**Cc** White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Le, Quy (ACF) <Quy.Le@acf.hhs.gov>

📎 1 attachment (114 KB)

2.6.26_1.27PM_Part200_DATA_AUDIT.xlsx;

+Quy

Cell: PII

**Confidential, iterative, pre-decisional.**

**From:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Date:** Friday, February 6, 2026 at 2:26 PM
**To:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>, Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>, Robles, Benjamin (HHS/OGC) <Benjamin.Robles@hhs.gov>, Miller, JC (HHS/IOS) <James.Miller@hhs.gov>
**Cc:** White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>, Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>
**Subject:** RE: Attorney Client

Prior drafts for reference

### Jordan Faircloth
**Deputy Chief of Staff**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
ba43@cdc.gov

**From:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Sent:** Friday, February 6, 2026 2:15 PM
**To:** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Robles, Benjamin (HHS/OGC) <Benjamin.Robles@hhs.gov>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Cc:** White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>
**Subject:** Re: Attorney Client

+ Jordan

Cell: PII

**Confidential, iterative, pre-decisional.**

---

**From:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Date:** Friday, February 6, 2026 at 1:29 PM
**To:** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>, Robles, Benjamin (HHS/OGC) <Benjamin.Robles@hhs.gov>, Miller, JC (HHS/IOS) <James.Miller@hhs.gov>
**Cc:** White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>, Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>
**Subject:** Attorney Client

Attached is the most recent analysis of grants under our typical process.
It has been verified for part 200 T+Cs

Sam
Cell: PII

**Confidential, iterative, pre-decisional.**

Document Withheld as Privileged

CDC_001277

 Outlook

## RE: BDR - 26-9 Federal Awards to Entities in Select States

**From** Garufi, Marc (EOP.GOV) <PII ████████████████>

**Date** Fri 1/30/2026 7:27 PM

**To** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>; McKenna, Katie E. EOP/OMB
<PII ██████████████████>

**Cc** Faezi-Marian, Farnoosh PII ██████████████ ; ████████████; Swartz, Katherine (OS/ASFR)
<Katherine.Swartz@hhs.gov>

Understood. Then I think DPP
DPP ████████████████████ Would HHS agree?

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Friday, January 30, 2026 2:26 PM
**To:** McKenna, Katie E. EOP/OMB <PII ████████████████████
**Cc:** Faezi-Marian, Farnoosh EOP/OMB <PII ████████████ ; Garufi, Marc A. EOP/OMB
PII ████████ ; Swartz, Katherine (OS/ASFR) <Katherine.Swartz@hhs.gov>
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

I have heard from staff at the NIH and CDC that they DPP
DPP

**From:** McKenna, Katie E. EOP/OMB <PII ████████████████
**Sent:** Friday, January 30, 2026 2:23 PM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Cc:** Faezi-Marian, Farnoosh PII ██████████████████ ; Garufi, Marc (EOP.GOV)
PII ████████ Swartz, Katherine (OS/ASFR) <Katherine.Swartz@hhs.gov>
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Thank you, Dawayne. Should we DPP
DPP ████████████████

Thanks,
Katie

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Friday, January 30, 2026 2:21 PM
**To:** McKenna, Katie E. EOP/OMB PII ████████████████
**Cc:** Faezi-Marian, Farnoosh EOP/OMB PII ████████████████ ; Garufi, Marc A. EOP/OMB
PII ████████████████ Swartz, Katherine (OS/ASFR) <Katherine.Swartz@hhs.gov>
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Good Afternoon,

I am attaching **DPP**



Dawayne Nutt
ASFR Budget Analyst
202-380-2745

**From:** McKenna, Katie E. EOP/OMB **PII**
**Sent:** Friday, January 30, 2026 1:00 PM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Cc:** Faezi-Marian, Farnoosh (**PII** ; Garufi, Marc (EOP.GOV)
**PII**
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Hi Dawayne,

I'm reaching out about BDR-26-09 in Farnoosh's absence. **DPP**

Thank you,
Katie

Katie McKenna
Office of Management and Budget
Health Division
**PII**

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Thursday, January 29, 2026 4:17 PM
**To:** Faezi-Marian, Farnoosh EOP/OMB **PII**
**Cc:** Shende, Parag A. EOP/OMB **PII** ; McKenna, Katie E. EOP/OMB
**PII**
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Please see the revised OIG submission.

**From:** Faezi-Marian, Farnoosh EOP/OMB **PII**
**Sent:** Thursday, January 29, 2026 12:43 PM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Cc:** Shende, Parag A. EOP/OMB **PII** ; McKenna, Katie E. EOP/OMB
**PII**
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Hi Dawayne - **DPP**
**DPP** Thank you.

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Thursday, January 29, 2026 11:37 AM
**To:** Faezi-Marian, Farnoosh EOP/OMB [PII ███████████]
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Farnoosh,

I am sending over the submissions for DPP ██████████████████████
DPP ████████████████████████████████████████████████████████

Dawayne Nutt
ASFR Budget Analyst
202-380-2745


**From:** Nutt, Dawayne (HHS/ASFR)
**Sent:** Wednesday, January 28, 2026 11:19 AM
**To:** 'Faezi-Marian, Farnoosh EOP/OMB' [PII ████████████████]
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

I will be sending over a DPP ███████████████████████████████
DPP ██████████████████████████████████████████████████████████

Dawayne Nutt
ASFR Budget Analyst
202-380-2745


**From:** Faezi-Marian, Farnoosh EOP/OMB [PII ████████████████]
**Sent:** Wednesday, January 28, 2026 11:13 AM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Hi Dawayne – Checking in to ask if HHS is DPP ███████████████

Thanks for your work on this. I know it's a heavy lift and fast turnaround.

Thanks,
Farnoosh


**From:** Faezi-Marian, Farnoosh EOP/OMB
**Sent:** Tuesday, January 27, 2026 2:02 PM
**To:** 'Nutt, Dawayne (HHS/ASFR)' <Dawayne.Nutt@hhs.gov>
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Hi Dawayne – NIH should DPP ████████████████████████████
DPP ████████████

**DPP**

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Tuesday, January 27, 2026 1:48 PM
**To:** Faezi-Marian, Farnoosh EOP/OMB **PII**
**Subject:** FW: BDR - 26-9 Federal Awards to Entities in Select States

Farnoosh,

Can you see the **DPP**

**DPP**

**From:** Yih, Tony (NIH/OD) [E] <tony.yih@nih.gov>
**Sent:** Tuesday, January 27, 2026 1:21 PM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Cc:** Pillai, Ajay (NIH/OD) [E] <ajay.pillai@nih.gov>
**Subject:** FW: BDR - 26-9 Federal Awards to Entities in Select States

HI Dawayne,

NIH has been working on BDR26-09 and requests clarification on the definition of "components, agencies, or instrumentalities of certain States".

As you are aware, recipients of NIH grants and contract are typically universities, medical centers, and research centers rather than states. A significant proportion of grantees also are private colleges and non-profit organizations.

We would appreciate any clarifications you can provide. Thank you.

Tony

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Thursday, January 22, 2026 8:12 AM
**To:** OS - BUDG OPDIV Contacts <OS-BUDGOPDIVContacts@hhs.gov>; OS - BUDG non-GDM StaffDiv Contacts <OS-BUDGnon-GDMStaffDivContacts@hhs.gov>
**Subject:** BDR - 26-9 Federal Awards to Entities in Select States

Colleagues,

Attached for your review is BDR 26-9 Federal Awards to Entities in Select States. Please review and submit by COB Monday, January 26th. The purpose is to collect a detailed report on Federal Awards provided to components, agencies, or instrumentalities of certain States.

DUE DATES:          Agency Reponses due to ASFR: COB Monday, January 26th
                    ASFR revised responses due to RMOs: COB Wednesday, January 28, 2026
                    RMOs Review of Agency Responses: COB Friday, January 30, 2026

CONTACTS:           Agency-Specific Questions: OMB RMO Contact(s)
                    Note: BRD will provide guidance to RMOs on how to handle general questions, and where to submit agency responses.

CDC_001281

**Background**: The purpose of this BDR is to collect a detailed spending report on Federal funds provided to entities in a select list of States. This information will be used to better understand the scope of funding in certain States and localities in order to facilitate efforts to reduce the improper and fraudulent use of those funds through administrative means or legislative proposals to Congress.

**Action Required**: All Federal Departments and Agencies should complete the attached template (Attachment A) to provide a detailed spending report on all Federal funds, as defined below, that are provided to components, agencies, or instrumentalities of certain States. The list of States is included in Attachment B. Agencies are required to include all programs and projects. This is a data-gathering exercise only. It does not involve withholding funds, and therefore does not violate any court order. If your agency counsel believes otherwise, they should immediately contact OMB OGC.

Agencies should provide as much information as possible by this deadline. If agencies do not have any spending to report, they should notify their OMB RMO representative. Agencies should also reach out to your RMO if there are issues with providing some of this information by the deadline.

*Scope of Federal Funds:* Agencies should report on Federal funding provided to <u>any</u> components, agencies, or instrumentalities of the States listed in Attachment B. This includes all grants (including grants then provided as subcontracts or subgrants to other entities), cooperative agreements, loans, contracts (including subcontracts), and other monetary awards.

Agency reports should include funding provided to the following entities:

- States and localities;
- Institutions of higher education (IHEs), excluding Federal Student Aid provided on behalf of individual students; and

- Nonprofit organizations located, operating, or performing award activities within those States.

Agencies should report on Federal funding provided directly to the entities above, including Federal funding that is ultimately provided to other entities through subgrants or subawards. Agencies only need to report individual Federal contracts with nonprofit organizations when they support activities on behalf of the State government.

*Federal Obligations:* Agencies should report on actual obligations in fiscal year (FY) 2025 and estimated obligations in FY 2026 regardless of the year in which the funds were appropriated. In cases where FY 2026 appropriations have not yet been enacted into law, agencies should report the amounts reflected in the pending FY 2026 Conference bills. Agencies should also highlight potential obligations arising in the near future.

Obligations in the States included in Attachment B should be reported regardless of type (discretionary appropriations, mandatory, funding supplemental, fee-funded activities, etc.). In the case of loans, provide the loan level (rather than the subsidy rate) and indicate the amount is a loan level.

*Data Fields on Attachment A:* Attachment A includes separate worksheets for each State included on Attachment B. In each worksheet, agencies should report the following:

Budget Account.

Program. The program, project, or activity, as defined by the agency.

Type of Federal Funding. Report the type of Federal funding, in one of the following categories:

- Formula Grant
- Competitive Grant
- Subgrant/subaward
- Federal Loan (direct or guaranteed)
- Contract/subcontract
- Other (brief description)

Agency Spending (Actual). Report actual obligations in FY 2025, and obligations to date in FY 2026, regardless of the year in which the funds were appropriated. Obligations should be reported in dollars.

Estimated FY 2026 Spending. Report the total amount of estimated obligations in FY 2026. In cases where FY 2026 appropriations are not enacted into law, please report the amounts reflected in the recently released Conference versions of appropriations bills. If you cannot estimate these amounts for a particular program, please explain in the *Comments* column.

<u>Potential Near-Term Obligations? (Y/N)</u>.  Flag if agencies are planning to enter into new obligations with implicated States before the end of February. Also note the type of obligations that will be made.

<u>Authorizing Statute</u>.  Provide a statutory citation for the reported program.

<u>Source of Funding</u>.  Provide a source for the appropriations for the reported program. If funding is provided through the authorizing statute, please include "same as authorizing statute."

<u>Description of Federal Assistance</u>.  Use this column to report:
- The purpose of the Federal funding (no more than 1-2 sentences);
- Whether the Federal assistance is provided directly to local governments or nonprofit entities (as well as their components and instrumentalities), or provided through the sub-granting or sub-allocation of Federal funds from another entity (e.g., State government);
- Circumstances where the local jurisdictions function as a "pass through" to other entities; and

- Other information worth highlighting.

<u>Comments</u>.  Provide any other notable information about the reported program. As indicated above, if you cannot estimate the FY 2026 amount, please note that here.

NOTE:  Agencies should report any Federal funding provided to entities <u>once</u> – not each stage of the award/contract cycle. In other words, if agencies report funding provided to the States, they do not need to separately report the subgrant or subaward provided to entities.

**Attachments**:
<span style="color:blue">Attachment A—State Funding Template</span> (Excel)
<span style="color:blue">Attachment B— List of States Included</span> (PDF)

Dawayne Nutt
ASFR – Office of Budget
Mobile 202.380.2745

CDC_001283

 Outlook

## RE: BDR - 26-9 Federal Awards to Entities in Select States

**From** Holloway, Coretta (CDC/OCOO/OFR/OBS) <fhq2@cdc.gov>
**Date** Mon 1/26/2026 1:20 PM
**To** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>

Hi Dawayne,

Great, thanks for clarifying.

Coretta

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Thursday, January 22, 2026 5:28 PM
**To:** Holloway, Coretta (CDC/OCOO/OFR/OBS) <fhq2@cdc.gov>
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Yes, you to reflect the source of the funds and total amount awarded per that source. So, if it's direct loans and amount of those loans. Next you would select the other funding source if applicable and the dollar amount for that item. You are not providing the information per grantee but by the program.

Your submission has to get cleared through general counsel before we can submit it to OMB therefore we don't have a lot of flexibility with the BDR submission.

**From:** Holloway, Coretta (CDC/OCOO/OFR/OBS) <fhq2@cdc.gov>
**Sent:** Thursday, January 22, 2026 12:29 PM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Hi Dawayne,

CDC will likely need an extension but will work to provide as quickly as possible.

Can you clarify the level of detail needed on the template for the section titled "Amount 1..." Should this reflect the total amounts by Type of Federal Funding (i.e. grant, loan, contract)? Also do we need to break out awards by grantee name, which will make the data provided much longer and granular.

*Type of Federal Funding*
Amount 1...........................................
Amount 2...........................................
Amount 3

Thank you,

CDC_001284

Coretta

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Thursday, January 22, 2026 8:12 AM
**To:** OS - BUDG OPDIV Contacts <OS-BUDGOPDIVContacts@hhs.gov>; OS - BUDG non-GDM StaffDiv Contacts <OS-BUDGnon-GDMStaffDivContacts@hhs.gov>
**Subject:** BDR - 26-9 Federal Awards to Entities in Select States

Colleagues,

Attached for your review is BDR 26-9 Federal Awards to Entities in Select States.   Please review and submit by COB Monday, January 26th.   The purpose is to collect a detailed report on Federal Awards provided to components, agencies, or instrumentalities of certain States.

DUE DATES:                    Agency Reponses due to ASFR: COB Monday, January 26th
                              ASFR revised responses due to RMOs:  COB Wednesday, January 28, 2026
                              RMOs Review of Agency Responses:  COB Friday, January 30, 2026

CONTACTS:                     Agency-Specific Questions:  OMB RMO Contact(s)
                              Note: BRD will provide guidance to RMOs on how to handle general questions, and where to submit agency responses.

**Background**:  The purpose of this BDR is to collect a detailed spending report on Federal funds provided to entities in a select list of States. This information will be used to better understand the scope of funding in certain States and localities in order to facilitate efforts to reduce the improper and fraudulent use of those funds through administrative means or legislative proposals to Congress.

**Action Required**:  All Federal Departments and Agencies should complete the attached template (Attachment A) to provide a detailed spending report on all Federal funds, as defined below, that are provided to components, agencies, or instrumentalities of certain States. The list of States is included in Attachment B. Agencies are required to include all programs and projects. This is a data-gathering exercise only. It does not involve withholding funds, and therefore does not violate any court order. If your agency counsel believes otherwise, they should immediately contact OMB OGC.

Agencies should provide as much information as possible by this deadline. If agencies do not have any spending to report, they should notify their OMB RMO representative. Agencies should also reach out to your RMO if there are issues with providing some of this information by the deadline.

*Scope of Federal Funds:*  Agencies should report on Federal funding provided to any components, agencies, or instrumentalities of the States listed in Attachment B. This includes all grants (including grants then provided as subcontracts or subgrants to other entities), cooperative agreements, loans, contracts (including subcontracts), and other monetary awards.

Agency reports should include funding provided to the following entities:
States and localities;
- Institutions of higher education (IHEs), excluding Federal Student Aid provided on behalf of individual students; and

Nonprofit organizations located, operating, or performing award activities within those States.

Agencies should report on Federal funding provided directly to the entities above, including Federal funding that is ultimately provided to other entities through subgrants or subawards. Agencies only need to report individual Federal contracts with nonprofit organizations when they support activities on behalf of the State government.

*Federal Obligations:*  Agencies should report on actual obligations in fiscal year (FY) 2025 and estimated obligations in FY 2026 regardless of the year in which the funds were appropriated. In cases where FY 2026 appropriations have not yet been enacted into law, agencies should report the amounts reflected in the pending FY 2026 Conference bills. Agencies should also highlight potential obligations arising in the near future.

Obligations in the States included in Attachment B should be reported regardless of type (discretionary appropriations, mandatory, funding supplemental, fee-funded activities, etc.). In the

case of loans, provide the loan level (rather than the subsidy rate) and indicate the amount is a loan level.

*Data Fields on Attachment A:* Attachment A includes separate worksheets for each State included on Attachment B. In each worksheet, agencies should report the following:

Budget Account.

Program.  The program, project, or activity, as defined by the agency.

Type of Federal Funding.  Report the type of Federal funding, in one of the following categories:
- Formula Grant
- Competitive Grant
- Subgrant/subaward
- Federal Loan (direct or guaranteed)
- Contract/subcontract
- Other (brief description)

Agency Spending (Actual).  Report actual obligations in FY 2025, and obligations to date in FY 2026, regardless of the year in which the funds were appropriated. Obligations should be reported in dollars.

Estimated FY 2026 Spending.  Report the total amount of estimated obligations in FY 2026. In cases where FY 2026 appropriations are not enacted into law, please report the amounts reflected in the recently released Conference versions of appropriations bills. If you cannot estimate these amounts for a particular program, please explain in the *Comments* column.

Potential Near-Term Obligations? (Y/N).  Flag if agencies are planning to enter into new obligations with implicated States before the end of February. Also note the type of obligations that will be made.

Authorizing Statute.  Provide a statutory citation for the reported program.

Source of Funding.  Provide a source for the appropriations for the reported program. If funding is provided through the authorizing statute, please include "same as authorizing statute."

Description of Federal Assistance.  Use this column to report:
- The purpose of the Federal funding (no more than 1-2 sentences);
- Whether the Federal assistance is provided directly to local governments or nonprofit entities (as well as their components and instrumentalities), or provided through the sub-granting or sub-allocation of Federal funds from another entity (e.g., State government);
- Circumstances where the local jurisdictions function as a "pass through" to other entities; and

- Other information worth highlighting.

Comments.  Provide any other notable information about the reported program. As indicated above, if you cannot estimate the FY 2026 amount, please note that here.

NOTE: Agencies should report any Federal funding provided to entities once – not each stage of the award/contract cycle. In other words, if agencies report funding provided to the States, they do not need to separately report the subgrant or subaward provided to entities.

**Attachments**:
- Attachment A—State Funding Template (Excel)
- Attachment B— List of States Included (PDF)

Dawayne Nutt
ASFR – Office of Budget
Mobile 202.380.2745

CDC_001286



Outlook

**RE: BDR - 26-9 Federal Awards to Entities in Select States**

**From** Garufi, Marc (EOP.GOV) PII

**Date** Fri 1/30/2026 7:38 PM

**To** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>; McKenna, Katie E. EOP/OMB PII

**Cc** Faezi-Marian, Farnoosh PII Swartz, Katherine (OS/ASFR) <Katherine.Swartz@hhs.gov>

We are going to send into the system what we have today. Thank you.

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Friday, January 30, 2026 2:31 PM
**To:** Garufi, Marc A. EOP/OMB PII ; McKenna, Katie E. EOP/OMB
PII
**Cc:** Faezi-Marian, Farnoosh EOP/OMB PII ; Swartz, Katherine (OS/ASFR)
<Katherine.Swartz@hhs.gov>
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Yes, I would agree. Based upon my conversations with DPP

**DPP**

**From:** Garufi, Marc A. EOP/OMB PII
**Sent:** Friday, January 30, 2026 2:28 PM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>; McKenna, Katie E. EOP/OMB
PII
**Cc:** Faezi-Marian, Farnoosh PII ; Swartz, Katherine (OS/ASFR)
<Katherine.Swartz@hhs.gov>
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Understood. Then I think DPP
**DPP** Would HHS agree?

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Friday, January 30, 2026 2:26 PM
**To:** McKenna, Katie E. EOP/OMB PII
**Cc:** Faezi-Marian, Farnoosh EOP/OMB PII ; Garufi, Marc A. EOP/OMB
PII Swartz, Katherine (OS/ASFR) <Katherine.Swartz@hhs.gov>
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

I have heard from staff at the NIH and CDC that they DPP
**DPP**

**From:** McKenna, Katie E. EOP/OMB <█████ PII █████
**Sent:** Friday, January 30, 2026 2:23 PM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Cc:** Faezi-Marian, Farnoosh █████ PII █████ Garufi, Marc (EOP.GOV)
█████ PII █████; Swartz, Katherine (OS/ASFR) <Katherine.Swartz@hhs.gov>
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Thank you, Dawayne. Should we █████ DPP ██████████████████████
█ DPP █████████████

Thanks,
Katie

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Friday, January 30, 2026 2:21 PM
**To:** McKenna, Katie E. EOP/OMB <█ PII ████████
**Cc:** Faezi-Marian, Farnoosh EOP/OMB <█ PII ████████; Garufi, Marc A. EOP/OMB
█ PII █████; Swartz, Katherine (OS/ASFR) <Katherine.Swartz@hhs.gov>
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Good Afternoon,

I am attaching █ DPP ██████████████████████
█ DPP ██████████████████████████████

Dawayne Nutt
ASFR Budget Analyst
202-380-2745

**From:** McKenna, Katie E. EOP/OMB <█ PII ████████
**Sent:** Friday, January 30, 2026 1:00 PM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Cc:** Faezi-Marian, Farnoosh █ PII ███████; Garufi, Marc (EOP.GOV)
█ PII ███
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Hi Dawayne,

I'm reaching out about BDR-26-09 in Farnoosh's absence. █ DPP █████████████

Thank you,
Katie

Katie McKenna
Office of Management and Budget
Health Division

PII

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Thursday, January 29, 2026 4:17 PM
**To:** Faezi-Marian, Farnoosh EOP/OMB PII
**Cc:** Shende, Parag A. EOP/OMB PII                    McKenna, Katie E. EOP/OMB
PII
**Subject:** RE: BDR – 26-9 Federal Awards to Entities in Select States

Please see the revised OIG submission.

**From:** Faezi-Marian, Farnoosh EOP/OMB PII
**Sent:** Thursday, January 29, 2026 12:43 PM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Cc:** Shende, Parag A. EOP/OMB PII                    ; McKenna, Katie E. EOP/OMB
PII
**Subject:** RE: BDR – 26-9 Federal Awards to Entities in Select States

Hi Dawayne – DPP
DPP                        Thank you.

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Thursday, January 29, 2026 11:37 AM
**To:** Faezi-Marian, Farnoosh EOP/OMB PII
**Subject:** RE: BDR – 26-9 Federal Awards to Entities in Select States

Farnoosh,

I am sending over the submissions for DPP
DPP

Dawayne Nutt
ASFR Budget Analyst
202-380-2745

**From:** Nutt, Dawayne (HHS/ASFR)
**Sent:** Wednesday, January 28, 2026 11:19 AM
**To:** 'Faezi-Marian, Farnoosh EOP/OMB' PII
**Subject:** RE: BDR – 26-9 Federal Awards to Entities in Select States

I will be sending over a DPP
DPP

Dawayne Nutt
ASFR Budget Analyst
202-380-2745

**From:** Faezi-Marian, Farnoosh EOP/OMB < PII
**Sent:** Wednesday, January 28, 2026 11:13 AM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Hi Dawayne – Checking in to ask if HHS is DPP

Thanks for your work on this. I know it's a heavy lift and fast turnaround.

Thanks,
Farnoosh

---

**From:** Faezi-Marian, Farnoosh EOP/OMB
**Sent:** Tuesday, January 27, 2026 2:02 PM
**To:** 'Nutt, Dawayne (HHS/ASFR)' <Dawayne.Nutt@hhs.gov>
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Hi Dawayne – NIH should DPP
DPP

---

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Tuesday, January 27, 2026 1:48 PM
**To:** Faezi-Marian, Farnoosh EOP/OMB PII
**Subject:** FW: BDR - 26-9 Federal Awards to Entities in Select States

Farnoosh,

Can you see the DPP
DPP

---

**From:** Yih, Tony (NIH/OD) [E] <tony.yih@nih.gov>
**Sent:** Tuesday, January 27, 2026 1:21 PM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Cc:** Pillai, Ajay (NIH/OD) [E] <ajay.pillai@nih.gov>
**Subject:** FW: BDR - 26-9 Federal Awards to Entities in Select States

HI Dawayne,

NIH has been working on BDR26-09 and requests clarification on the definition of "components, agencies, or instrumentalities of certain States".

As you are aware, recipients of NIH grants and contract are typically universities, medical centers, and research centers rather than states. A significant proportion of grantees also are private colleges and non-profit organizations.

We would appreciate any clarifications you can provide. Thank you.

Tony

---

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Thursday, January 22, 2026 8:12 AM
**To:** OS - BUDG OPDIV Contacts <OS-BUDGOPDIVContacts@hhs.gov>; OS - BUDG non-GDM StaffDiv Contacts <OS-BUDGnon-GDMStaffDivContacts@hhs.gov>
**Subject:** BDR - 26-9 Federal Awards to Entities in Select States

Colleagues,

Attached for your review is BDR 26-9 Federal Awards to Entities in Select States.   Please review and submit by COB Monday, January 26th.   The purpose is to collect a detailed report on Federal Awards provided to components, agencies, or instrumentalities of certain States.

DUE DATES:                          Agency Reponses due to ASFR: COB Monday, January 26th
                                    ASFR revised responses due to RMOs:  COB Wednesday, January 28, 2026
                                    RMOs Review of Agency Responses:  COB Friday, January 30, 2026

CONTACTS:                           Agency-Specific Questions:  OMB RMO Contact(s)
                                    Note: BRD will provide guidance to RMOs on how to handle general questions, and where to submit agency responses.

**Background**:  The purpose of this BDR is to collect a detailed spending report on Federal funds provided to entities in certain States and localities in order to facilitate efforts to reduce the improper and fraudulent use of those funds through administrative means or legislative proposals to Congress.

**Action Required**:  All Federal Departments and Agencies should complete the attached template (Attachment A) to provide a detailed spending report on all Federal funds, as defined below, that are provided to components, agencies, or instrumentalities of certain States. The list of States is included in Attachment B. Agencies are required to include all programs and projects. This is a data-gathering exercise only. It does not involve withholding funds, and therefore does not violate any court order. If your agency counsel believes otherwise, they should immediately contact OMB OGC.

Agencies should provide as much information as possible by this deadline. If agencies do not have any spending to report, they should notify their OMB RMO representative. Agencies should also reach out to your RMO if there are issues with providing some of this information by the deadline.

*Scope of Federal Funds:*  Agencies should report on Federal funding provided to any components, agencies, or instrumentalities of the States listed in Attachment B. This includes all grants (including grants then provided as subcontracts or subgrants to other entities), cooperative agreements, loans, contracts (including subcontracts), and other monetary awards.

Agency reports should include funding provided to the following entities:

• States and localities;
• Institutions of higher education (IHEs), excluding Federal Student Aid provided on behalf of individual students; and

• Nonprofit organizations located, operating, or performing award activities within those States.

Agencies should report on Federal funding provided directly to the entities above, including Federal funding that is ultimately provided to other entities through subgrants or subawards. Agencies only need to report individual Federal contracts with nonprofit organizations when they support activities on behalf of the State government.

*Federal Obligations:*  Agencies should report on actual obligations in fiscal year (FY) 2025 and estimated obligations in FY 2026 regardless of the year in which the funds were appropriated. In cases where FY 2026 appropriations have not yet been enacted into law, agencies should report the amounts reflected in the pending FY 2026 Conference bills. Agencies should also highlight potential obligations arising in the near future.

CDC_001291

Obligations in the States included in Attachment B should be reported regardless of type (discretionary appropriations, mandatory, funding supplemental, fee-funded activities, etc.). In the case of loans, provide the loan level (rather than the subsidy rate) and indicate the amount is a loan level.

*Data Fields on Attachment A:* Attachment A includes separate worksheets for each State included on Attachment B. In each worksheet, agencies should report the following:

Budget Account.

Program. The program, project, or activity, as defined by the agency.

Type of Federal Funding. Report the type of Federal funding, in one of the following categories:
- Formula Grant
- Competitive Grant
- Subgrant/subaward
- Federal Loan (direct or guaranteed)
- Contract/subcontract
- Other (brief description)

Agency Spending (Actual). Report actual obligations in FY 2025, and obligations to date in FY 2026, regardless of the year in which the funds were appropriated. Obligations should be reported in dollars.

Estimated FY 2026 Spending. Report the total amount of estimated obligations in FY 2026. In cases where FY 2026 appropriations are not enacted into law, please report the amounts reflected in the recently released Conference versions of appropriations bills. If you cannot estimate these amounts for a particular program, please explain in the *Comments* column.
Potential Near-Term Obligations? (Y/N). Flag if agencies are planning to enter into new obligations with implicated States before the end of February. Also note the type of obligations that will be made.

Authorizing Statute. Provide a statutory citation for the reported program.

Source of Funding. Provide a source for the appropriations for the reported program. If funding is provided through the authorizing statute, please include "same as authorizing statute."

Description of Federal Assistance. Use this column to report:
- The purpose of the Federal funding (no more than 1-2 sentences);
- Whether the Federal assistance is provided directly to local governments or nonprofit entities (as well as their components and instrumentalities), or provided through the sub-granting or sub-allocation of Federal funds from another entity (e.g., State government);
- Circumstances where the local jurisdictions function as a "pass through" to other entities; and

- Other information worth highlighting.
Comments. Provide any other notable information about the reported program. As indicated above, if you cannot estimate the FY 2026 amount, please note that here.

NOTE: Agencies should report any Federal funding provided to entities once – not each stage of the award/contract cycle. In other words, if agencies report funding provided to the States, they do not need to separately report the subgrant or subaward provided to entities.

**Attachments**:
    Attachment A—State Funding Template (Excel)
    Attachment B— List of States Included (PDF)

Dawayne Nutt
ASFR – Office of Budget
Mobile 202.380.2745

CDC_001293

 Outlook

**RE: BDR - 26-9 Federal Awards to Entities in Select States**

**From** Falisi, Angela (OS/ASFR) <Angela.Falisi@hhs.gov>
**Date** Fri 1/30/2026 9:17 PM
**To** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Cc** Johnson, Shaina (HHS/ASFR) <Shaina.Johnson@hhs.gov>

📎 1 attachment (274 KB)
CDC FY25 and FY26 Awards.xlsx;

Thank you – appreciate the heads up

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Friday, January 30, 2026 4:15 PM
**To:** Falisi, Angela (OS/ASFR) <Angela.Falisi@hhs.gov>
**Subject:** FW: BDR - 26-9 Federal Awards to Entities in Select States

I am sending as an FYI the CDC response to the Federal Awards to Entities in Select States.

**From:** Holloway, Coretta (CDC/OCOO/OFR/OBS) <fhq2@cdc.gov>
**Sent:** Friday, January 30, 2026 2:45 PM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Cc:** Green, Jamie (CDC/OCOO/OFR/OBS) <usm7@cdc.gov>; Dunn, Evelyn (CDC/OCOO/OFR/OBS) <edm2@cdc.gov>
**Subject:** BDR - 26-9 Federal Awards to Entities in Select States

Hi Dawayne,

Thank you for the additional time to complete.

Please see attached submission.

Best,

Coretta Holloway

Office of Budget Services
Budget Formulation Branch
Centers for Disease Control and Prevention (CDC)
fhq2@cdc.gov | 770-488-1501 office
OFR Office of Financial Resources

Coretta

---

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Thursday, January 22, 2026 8:12 AM
**To:** OS - BUDG OPDIV Contacts <OS-BUDGOPDIVContacts@hhs.gov>; OS - BUDG non-GDM StaffDiv Contacts <OS-BUDGnon-GDMStaffDivContacts@hhs.gov>
**Subject:** BDR - 26-9 Federal Awards to Entities in Select States

Colleagues,

Attached for your review is BDR 26-9 Federal Awards to Entities in Select States.   Please review and submit by COB Monday, January 26th.   The purpose is to collect a detailed report on Federal Awards provided to components, agencies, or instrumentalities of certain States.

DUE DATES:                       Agency Reponses due to ASFR: COB Monday, January 26th
                                 ASFR revised responses due to RMOs:  COB Wednesday, January 28, 2026
                                 RMOs Review of Agency Responses:  COB Friday, January 30, 2026

CONTACTS:                        Agency-Specific Questions:  OMB RMO Contact(s)
                                 Note: BRD will provide guidance to RMOs on how to handle general questions, and where to submit agency responses.

**Background**:  The purpose of this BDR is to collect a detailed spending report on Federal funds provided to entities in a select list of States. This information will be used to better understand the scope of funding in certain States and localities in order to facilitate efforts to reduce the improper and fraudulent use of those funds through administrative means or legislative proposals to Congress.
**Action Required**:  All Federal Departments and Agencies should complete the attached template (Attachment A) to provide a detailed spending report on all Federal funds, as defined below, that are provided to components, agencies, or instrumentalities of certain States. The list of States is included in Attachment B. Agencies are required to include all programs and projects. This is a data-gathering exercise only. It does not involve withholding funds, and therefore does not violate any court order. If your agency counsel believes otherwise, they should immediately contact OMB OGC.
Agencies should provide as much information as possible by this deadline. If agencies do not have any spending to report, they should notify their OMB RMO representative. Agencies should also reach out to your RMO if there are issues with providing some of this information by the deadline.

*Scope of Federal Funds:*  Agencies should report on Federal funding provided to any components, agencies, or instrumentalities of the States listed in Attachment B. This includes all grants (including grants then provided as subcontracts or subgrants to other entities), cooperative agreements, loans, contracts (including subcontracts), and other monetary awards.

Agency reports should include funding provided to the following entities:
States and localities;
- Institutions of higher education (IHEs), excluding Federal Student Aid provided on behalf of individual students; and

Nonprofit organizations located, operating, or performing award activities within those States.

Agencies should report on Federal funding provided directly to the entities above, including Federal funding that is ultimately provided to other entities through subgrants or subawards. Agencies only need to report individual Federal contracts with nonprofit organizations when they support activities on behalf of the State government.

*Federal Obligations:*  Agencies should report on actual obligations in fiscal year (FY) 2025 and estimated obligations in FY 2026 regardless of the year in which the funds were appropriated. In cases where FY 2026 appropriations have not yet been enacted into law, agencies should report the amounts reflected in the pending FY 2026 Conference bills. Agencies should also highlight potential obligations arising in the near future.

Obligations in the States included in Attachment B should be reported regardless of type (discretionary appropriations, mandatory, funding supplemental, fee-funded activities, etc.). In the

CDC_001295

case of loans, provide the loan level (rather than the subsidy rate) and indicate the amount is a loan level.

*Data Fields on Attachment A:* Attachment A includes separate worksheets for each State included on Attachment B. In each worksheet, agencies should report the following:

Budget Account.

Program. The program, project, or activity, as defined by the agency.

Type of Federal Funding. Report the type of Federal funding, in one of the following categories:
- Formula Grant
- Competitive Grant
- Subgrant/subaward
- Federal Loan (direct or guaranteed)
- Contract/subcontract
- Other (brief description)

Agency Spending (Actual). Report actual obligations in FY 2025, and obligations to date in FY 2026, regardless of the year in which the funds were appropriated. Obligations should be reported in dollars.

Estimated FY 2026 Spending. Report the total amount of estimated obligations in FY 2026. In cases where FY 2026 appropriations are not enacted into law, please report the amounts reflected in the recently released Conference versions of appropriations bills. If you cannot estimate these amounts for a particular program, please explain in the *Comments* column.

Potential Near-Term Obligations? (Y/N). Flag if agencies are planning to enter into new obligations with implicated States before the end of February. Also note the type of obligations that will be made.

Authorizing Statute. Provide a statutory citation for the reported program.

Source of Funding. Provide a source for the appropriations for the reported program. If funding is provided through the authorizing statute, please include "same as authorizing statute."

Description of Federal Assistance. Use this column to report:
- The purpose of the Federal funding (no more than 1-2 sentences);
- Whether the Federal assistance is provided directly to local governments or nonprofit entities (as well as their components and instrumentalities), or provided through the sub-granting or sub-allocation of Federal funds from another entity (e.g., State government);
- Circumstances where the local jurisdictions function as a "pass through" to other entities; and

- Other information worth highlighting.

Comments. Provide any other notable information about the reported program. As indicated above, if you cannot estimate the FY 2026 amount, please note that here.

NOTE: Agencies should report any Federal funding provided to entities once – not each stage of the award/contract cycle. In other words, if agencies report funding provided to the States, they do not need to separately report the subgrant or subaward provided to entities.

**Attachments**:
Attachment A—State Funding Template (Excel)
Attachment B— List of States Included (PDF)

Dawayne Nutt
ASFR – Office of Budget
Mobile 202.380.2745

CDC_001296

Document Produced in Native Form

CDC_001297

 Outlook

**RE: BDR - 26-9 Federal Awards to Entities in Select States**

**From** Faezi-Marian, Farnoosh PII ███████████████

**Date** Wed 2/4/2026 6:53 PM

**To** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>; Garufi, Marc PII ███████
McKenna, Katie E. EOP/OMB PII ████████>

**Cc** Swartz, Katherine (OS/ASFR) <Katherine.Swartz@hhs.gov>

Hi Dawayne – Thanks for all your work on this BDR. I'm checking in to ask about DPP
DPP

Thanks,
Farnoosh

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Friday, January 30, 2026 4:17 PM
**To:** Garufi, Marc A. EOP/OMB PII ████████ McKenna, Katie E. EOP/OMB
PII
**Cc:** Faezi-Marian, Farnoosh EOP/OMB PII ████████; Swartz, Katherine (OS/ASFR)
<Katherine.Swartz@hhs.gov>
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Please see the CDC response to the Federal Awards to Entities in Select States. I just shared with Grants
Management for their review as well. They have had a chance to review the DPP
DPP

Dawayne Nutt
ASFR Budget Analyst
202-380-2745

**From:** Garufi, Marc A. EOP/OMB PII ████████
**Sent:** Friday, January 30, 2026 2:37 PM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>; McKenna, Katie E. EOP/OMB
PII
**Cc:** Faezi-Marian, Farnoosh PII ████████; Swartz, Katherine (OS/ASFR)
<Katherine.Swartz@hhs.gov>
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

We are going to send into the system what we have today. Thank you.

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Friday, January 30, 2026 2:31 PM
**To:** Garufi, Marc A. EOP/OMB <Marc_Garufi@omb.eop.gov>; McKenna, Katie E. EOP/OMB

CDC_001298

**PII**

**Cc:** Faezi-Marian, Farnoosh EOP/OMB <**PII**>; Swartz, Katherine (OS/ASFR) <Katherine.Swartz@hhs.gov>

**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Yes, I would agree. Based upon my conversations with **DPP**
**DPP**

**From:** Garufi, Marc A. EOP/OMB **PII**
**Sent:** Friday, January 30, 2026 2:28 PM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>; McKenna, Katie E. EOP/OMB
**PII**
**Cc:** Faezi-Marian, Farnoosh **PII**>; Swartz, Katherine (OS/ASFR) <Katherine.Swartz@hhs.gov>

**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Understood. Then I think **DPP**
**DPP** Would HHS agree?

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Friday, January 30, 2026 2:26 PM
**To:** McKenna, Katie E. EOP/OMB **PII**
**Cc:** Faezi-Marian, Farnoosh EOP/OMB **PII**>; Garufi, Marc A. EOP/OMB
**PII**>; Swartz, Katherine (OS/ASFR) <Katherine.Swartz@hhs.gov>

**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

I have heard from staff at the NIH and CDC that they **DPP**
**DPP**

**From:** McKenna, Katie E. EOP/OMB <**PII**
**Sent:** Friday, January 30, 2026 2:23 PM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Cc:** Faezi-Marian, Farnoosh **PII**>; Garufi, Marc (EOP.GOV)
**PII**> Swartz, Katherine (OS/ASFR) <Katherine.Swartz@hhs.gov>

**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Thank you, Dawayne. Should we **DPP**
**DPP**

Thanks,
Katie

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Friday, January 30, 2026 2:21 PM
**To:** McKenna, Katie E. EOP/OMB **PII**
**Cc:** Faezi-Marian, Farnoosh EOP/OMB **PII** Garufi, Marc A. EOP/OMB
**PII**>; Swartz, Katherine (OS/ASFR) <Katherine.Swartz@hhs.gov>

**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Good Afternoon,

I am attaching  DPP

**DPP**

Dawayne Nutt
ASFR Budget Analyst
202-380-2745

**From:** McKenna, Katie E. EOP/OMB < PII
**Sent:** Friday, January 30, 2026 1:00 PM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Cc:** Faezi-Marian, Farnoosh PII ) PII ; Garufi, Marc (EOP.GOV)
PII
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Hi Dawayne,

I'm reaching out about BDR-26-09 in Farnoosh's absence DPP

Thank you,
Katie

Katie McKenna
Office of Management and Budget
Health Division
PII

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Thursday, January 29, 2026 4:17 PM
**To:** Faezi-Marian, Farnoosh EOP/OMB PII
**Cc:** Shende, Parag A. EOP/OMB PII ; McKenna, Katie E. EOP/OMB
PII
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Please see the revised OIG submission.

**From:** Faezi-Marian, Farnoosh EOP/OMB PII
**Sent:** Thursday, January 29, 2026 12:43 PM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Cc:** Shende, Parag A. EOP/OMB PII ; McKenna, Katie E. EOP/OMB
PII
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Hi Dawayne – **DPP**

**DPP** Thank you.

---

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Thursday, January 29, 2026 11:37 AM
**To:** Faezi-Marian, Farnoosh EOP/OMB **PII**
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Farnoosh,

I am sending over the submissions for **DPP**

**DPP**

Dawayne Nutt
ASFR Budget Analyst
202-380-2745

---

**From:** Nutt, Dawayne (HHS/ASFR)
**Sent:** Wednesday, January 28, 2026 11:19 AM
**To:** 'Faezi-Marian, Farnoosh EOP/OMB **PII**
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

I will be sending over a **DPP**

**DPP**

Dawayne Nutt
ASFR Budget Analyst
202-380-2745

---

**From:** Faezi-Marian, Farnoosh EOP/OMB **PII**
**Sent:** Wednesday, January 28, 2026 11:13 AM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Hi Dawayne – Checking in to ask if HHS is **DPP**

Thanks for your work on this. I know it's a heavy lift and fast turnaround.

Thanks,
Farnoosh

---

**From:** Faezi-Marian, Farnoosh EOP/OMB
**Sent:** Tuesday, January 27, 2026 2:02 PM
**To:** 'Nutt, Dawayne (HHS/ASFR)' <Dawayne.Nutt@hhs.gov>
**Subject:** RE: BDR - 26-9 Federal Awards to Entities in Select States

Hi Dawayne – NIH should  **DPP**

**DPP**

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Tuesday, January 27, 2026 1:48 PM
**To:** Faezi-Marian, Farnoosh EOP/OMB **PII**
**Subject:** FW: BDR - 26-9 Federal Awards to Entities in Select States

Farnoosh,

Can you see the **DPP**

**DPP**

**From:** Yih, Tony (NIH/OD) [E] <tony.yih@nih.gov>
**Sent:** Tuesday, January 27, 2026 1:21 PM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Cc:** Pillai, Ajay (NIH/OD) [E] <ajay.pillai@nih.gov>
**Subject:** FW: BDR - 26-9 Federal Awards to Entities in Select States

HI Dawayne,

NIH has been working on BDR26-09 and requests clarification on the definition of "components, agencies, or instrumentalities of certain States".

As you are aware, recipients of NIH grants and contract are typically universities, medical centers, and research centers rather than states. A significant proportion of grantees also are private colleges and non-profit organizations.

We would appreciate any clarifications you can provide. Thank you.

Tony

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Thursday, January 22, 2026 8:12 AM
**To:** OS - BUDG OPDIV Contacts <OS-BUDGOPDIVContacts@hhs.gov>; OS - BUDG non-GDM StaffDiv Contacts <OS-BUDGnon-GDMStaffDivContacts@hhs.gov>
**Subject:** BDR - 26-9 Federal Awards to Entities in Select States

Colleagues,

Attached for your review is BDR 26-9 Federal Awards to Entities in Select States. Please review and submit by COB Monday, January 26th. The purpose is to collect a detailed report on Federal Awards provided to components, agencies, or instrumentalities of certain States.

DUE DATES:               Agency Responses due to ASFR: COB Monday, January 26th
                         ASFR revised responses due to RMOs: COB Wednesday, January 28, 2026
                         RMOs Review of Agency Responses: COB Friday, January 30, 2026

CONTACTS:               Agency-Specific Questions:  OMB RMO Contact(s)
                                   Note: BRD will provide guidance to RMOs on how to handle general questions, and where to submit agency responses.

**Background**:  The purpose of this BDR is to collect a detailed spending report on Federal funds provided to entities in a select list of States. This information will be used to better understand the scope of funding in certain States and localities in order to facilitate efforts to reduce the improper and fraudulent use of those funds through administrative means or legislative proposals to Congress.

**Action Required**:  All Federal Departments and Agencies should complete the attached template (Attachment A) to provide a detailed spending report on all Federal funds, as defined below, that are provided to components, agencies, or instrumentalities of certain States. The list of States is included in Attachment B. Agencies are required to include all programs and projects. This is a data-gathering exercise only. It does not involve withholding funds, and therefore does not violate any court order. If your agency counsel believes otherwise, they should immediately contact OMB OGC.

Agencies should provide as much information as possible by this deadline. If agencies do not have any spending to report, they should notify their OMB RMO representative. Agencies should also reach out to your RMO if there are issues with providing some of this information by the deadline.

*Scope of Federal Funds:*  Agencies should report on Federal funding provided to any components, agencies, or instrumentalities of the States listed in Attachment B. This includes all grants (including grants then provided as subcontracts or subgrants to other entities), cooperative agreements, loans, contracts (including subcontracts), and other monetary awards.

Agency reports should include funding provided to the following entities:
- States and localities;
- Institutions of higher education (IHEs), excluding Federal Student Aid provided on behalf of individual students; and

- Nonprofit organizations located, operating, or performing award activities within those States.

Agencies should report on Federal funding provided directly to the entities above, including Federal funding that is ultimately provided to other entities through subgrants or subawards. Agencies only need to report individual Federal contracts with nonprofit organizations when they support activities on behalf of the State government.

*Federal Obligations:*  Agencies should report on actual obligations in fiscal year (FY) 2025 and estimated obligations in FY 2026 regardless of the year in which the funds were appropriated. In cases where FY 2026 appropriations have not yet been enacted into law, agencies should report the amounts reflected in the pending FY 2026 Conference bills. Agencies should also highlight potential obligations arising in the near future.

Obligations in the States included in Attachment B should be reported regardless of type (discretionary appropriations, mandatory, funding supplemental, fee-funded activities, etc.). In the case of loans, provide the loan level (rather than the subsidy rate) and indicate the amount is a loan level.

*Data Fields on Attachment A:*  Attachment A includes separate worksheets for each State included on Attachment B. In each worksheet, agencies should report the following:

Budget Account.

Program.  The program, project, or activity, as defined by the agency.

Type of Federal Funding.  Report the type of Federal funding, in one of the following categories:
- Formula Grant
- Competitive Grant
- Subgrant/subaward
- Federal Loan (direct or guaranteed)
- Contract/subcontract
- Other (brief description)

Agency Spending (Actual).  Report actual obligations in FY 2025, and obligations to date in FY 2026, regardless of the year in which the funds were appropriated. Obligations should be reported in dollars.

<u>Estimated FY 2026 Spending</u>.  Report the total amount of estimated obligations in FY 2026. In cases where FY 2026 appropriations are not enacted into law, please report the amounts reflected in the recently released Conference versions of appropriations bills. If you cannot estimate these amounts for a particular program, please explain in the *Comments* column.

<u>Potential Near-Term Obligations? (Y/N)</u>.  Flag if agencies are planning to enter into new obligations with implicated States before the end of February. Also note the type of obligations that will be made.

<u>Authorizing Statute</u>.  Provide a statutory citation for the reported program.

<u>Source of Funding</u>.  Provide a source for the appropriations for the reported program. If funding is provided through the authorizing statute, please include "same as authorizing statute."

<u>Description of Federal Assistance</u>.  Use this column to report:

- The purpose of the Federal funding (no more than 1-2 sentences);
- Whether the Federal assistance is provided directly to local governments or nonprofit entities (as well as their components and instrumentalities), or provided through the sub-granting or sub-allocation of Federal funds from another entity (e.g., State government);
- Circumstances where the local jurisdictions function as a "pass through" to other entities; and

- Other information worth highlighting.

<u>Comments</u>.  Provide any other notable information about the reported program. As indicated above, if you cannot estimate the FY 2026 amount, please note that here.

NOTE:  Agencies should report any Federal funding provided to entities <u>once</u> – not each stage of the award/contract cycle. In other words, if agencies report funding provided to the States, they do not need to separately report the subgrant or subaward provided to entities.

**Attachments**:

        Attachment A—State Funding Template (Excel)
        Attachment B— List of States Included (PDF)

Dawayne Nutt
ASFR – Office of Budget
Mobile 202.380.2745

CDC_001304

 Outlook

## FW: BDR 26-09—Federal Awards to Entities in Select States

**From** Spiering, Kathryn (OS/ASFR) <Kathryn.Spiering@hhs.gov>
**Date** Wed 1/21/2026 2:48 PM
**To** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>

📎 1 attachment (134 KB)
BDR_26-09.pdf;

FYI on this BDR

**From:** Cathcart, Sam P. EOP/OMB <Sam.P.Cathcart@omb.eop.gov>
**Sent:** Wednesday, January 21, 2026 9:31 AM
**To:** Lowery, Anastasia (ACF) <Anastasia.Lowery@acf.hhs.gov>; Bannister, Vivian (OS/ASFR) <Maria.Bannister@hhs.gov>; Spiering, Kathryn (OS/ASFR) <Kathryn.Spiering@hhs.gov>
**Subject:** FW: BDR 26-09—Federal Awards to Entities in Select States

Hi all,

Passing along this BDR.

Thank you,

Sam

**From:** MBX OMB BRD Budget Guidance <MBX.OMB.BRD.BudgetGuidance@omb.eop.gov>
**Sent:** Tuesday, January 20, 2026 6:22 PM
**To:** DL OMB EOP OMB <All@OMB.eop.gov>
**Subject:** BDR 26-09—Federal Awards to Entities in Select States

Please find attached *BDR 26-09—Federal Awards to Entities in Select States*. **This BDR should be shared with agencies.**

**Purpose:** To collect a detailed report on Federal funds provided to components, agencies, or instrumentalities of certain States.

**Affected Agencies:** All Federal Departments and Agencies except for the Department of War and the Department of Veterans Affairs.

**Due Dates:**
- Agency Responses due to RMOs: COB Wednesday, January 28, 2026
- RMOs Review of Agency Responses: COB Friday, January 30, 2026

As a reminder, all current- and prior-year OMB-issued BDRs and BPMs, along with any associated attachments, can be found on the MAX Community at this link.

Sincerely,

**Budget Review Division**
Office of Management and Budget
Executive Office of the President



**EXECUTIVE OFFICE OF THE PRESIDENT**
**OFFICE OF MANAGEMENT AND BUDGET**
**WASHINGTON, D.C. 20503**

January 20, 2026

BUDGET DATA REQUEST NO. 26-09

| | |
|---|---|
| MEMORANDUM FOR: | PROGRAM ASSOCIATE DIRECTORS<br>PROGRAM DEPUTY ASSOCIATE DIRECTORS |
| FROM: | Office of Management and Budget |
| SUBJECT: | Federal Awards to Entities in Select States |
| DISTRIBUTION: | **This BDR should be shared with agencies.** |
| PURPOSE: | To collect a detailed report on Federal funds provided to components, agencies, or instrumentalities of certain States. |
| AFFECTED AGENCIES: | All Federal Departments and Agencies except for the Department of War and the Department of Veterans Affairs. |
| DUE DATES: | Agency Responses due to RMOs:  COB Wednesday, January 28, 2026<br>RMOs Review of Agency Responses:  COB Friday, January 30, 2026 |
| CONTACTS: | Agency-Specific Questions:  OMB RMO Contact(s) |
| | Note: BRD will provide guidance to RMOs on how to handle general questions, and where to submit agency responses. |

**Background**:  The purpose of this BDR is to collect a detailed spending report on Federal funds provided to entities in a select list of States. This information will be used to better understand the scope of funding in certain States and localities in order to facilitate efforts to reduce the improper and fraudulent use of those funds through administrative means or legislative proposals to Congress.

**Action Required**:  All Federal Departments and Agencies should complete the attached template (Attachment A) to provide a detailed spending report on all Federal funds, as defined below, that are provided to components, agencies, or instrumentalities of certain States. The list of States is included in Attachment B. Agencies are required to include all programs and projects. This is a data-gathering exercise only. It does not involve withholding funds, and therefore does not violate any court order. If your agency counsel believes otherwise, they should immediately contact OMB OGC.

Agencies should provide as much information as possible by this deadline. If agencies do not have any spending to report, they should notify their OMB RMO representative. Agencies should also reach out to your RMO if there are issues with providing some of this information by the deadline.

*Scope of Federal Funds:*  Agencies should report on Federal funding provided to *any* components, agencies, or instrumentalities of the States listed in Attachment B. This includes all grants (including grants then provided as subcontracts or subgrants to other entities), cooperative agreements, loans, contracts (including subcontracts), and other monetary awards.

Agency reports should include funding provided to the following entities:
- States and localities;
- Institutions of higher education (IHEs), excluding Federal Student Aid provided on behalf of individual students; and

1

- Nonprofit organizations located, operating, or performing award activities within those States.

Agencies should report on Federal funding provided directly to the entities above, including Federal funding that is ultimately provided to other entities through subgrants or subawards. Agencies only need to report individual Federal contracts with nonprofit organizations when they support activities on behalf of the State government.

*Federal Obligations:*  Agencies should report on actual obligations in fiscal year (FY) 2025 and estimated obligations in FY 2026 regardless of the year in which the funds were appropriated. In cases where FY 2026 appropriations have not yet been enacted into law, agencies should report the amounts reflected in the pending FY 2026 Conference bills. Agencies should also highlight potential obligations arising in the near future.

Obligations in the States included in Attachment B should be reported regardless of type (discretionary appropriations, mandatory, funding supplemental, fee-funded activities, etc.). In the case of loans, provide the loan level (rather than the subsidy rate) and indicate the amount is a loan level.

*Data Fields on Attachment A:*  Attachment A includes separate worksheets for each State included on Attachment B. In each worksheet, agencies should report the following:

Budget Account.

Program.  The program, project, or activity, as defined by the agency.

Type of Federal Funding.  Report the type of Federal funding, in one of the following categories:
- Formula Grant
- Competitive Grant
- Subgrant/subaward
- Federal Loan (direct or guaranteed)
- Contract/subcontract
- Other (brief description)

Agency Spending (Actual).  Report actual obligations in FY 2025, and obligations to date in FY 2026, regardless of the year in which the funds were appropriated. Obligations should be reported in dollars.

Estimated FY 2026 Spending.  Report the total amount of estimated obligations in FY 2026. In cases where FY 2026 appropriations are not enacted into law, please report the amounts reflected in the recently released Conference versions of appropriations bills. If you cannot estimate these amounts for a particular program, please explain in the *Comments* column.

Potential Near-Term Obligations? (Y/N).  Flag if agencies are planning to enter into new obligations with implicated States before the end of February. Also note the type of obligations that will be made.

Authorizing Statute.  Provide a statutory citation for the reported program.

Source of Funding.  Provide a source for the appropriations for the reported program. If funding is provided through the authorizing statute, please include "same as authorizing statute."

Description of Federal Assistance.  Use this column to report:
- The purpose of the Federal funding (no more than 1-2 sentences);
- Whether the Federal assistance is provided directly to local governments or nonprofit entities (as well as their components and instrumentalities), or provided through the sub-granting or sub-allocation of Federal funds from another entity (e.g., State government);
- Circumstances where the local jurisdictions function as a "pass through" to other entities; and

2

- Other information worth highlighting.

Comments.  Provide any other notable information about the reported program. As indicated above, if you cannot estimate the FY 2026 amount, please note that here.

NOTE:  Agencies should report any Federal funding provided to entities once – not each stage of the award/contract cycle. In other words, if agencies report funding provided to the States, they do not need to separately report the subgrant or subaward provided to entities.

**Attachments**:

    Attachment A—State Funding Template (Excel)
    Attachment B— List of States Included (PDF)

3

CDC_001309

 Outlook

## Re: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

**From** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

**Date** Fri 1/23/2026 4:15 PM

**To** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>

**Cc** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Messick, Jon (CDC/OCOO/OFR/OGS) <yfa4@cdc.gov>

Thank you!

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Date:** Friday, January 23, 2026 at 11:06 AM
**To:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>, Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Cc:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>, Messick, Jon (CDC/OCOO/OFR/OGS) <yfa4@cdc.gov>
**Subject:** RE: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

Hey Sam!

     As requested, here is the data for DPP ████████████ One thing to note is that the recipient type is designated by the recipient so sometimes it doesn't make sense.

Please let me know if you need anything else, let me know.

Thank you!
Shirley

**From:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Sent:** Friday, January 23, 2026 9:44 AM
**To:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Subject:** Re: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

Great! This is good work.
Can we do DPP ██ as well?

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Date:** Friday, January 23, 2026 at 9:16 AM
**To:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>, Beyda, Sam (CDC/IOD) <bh15@cdc.gov>
**Subject:** RE: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

Hi Sam!

I just sent it – but her it is again; in case it's lost on the internet highway.

Thanks!
Shirley

**From:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Sent:** Friday, January 23, 2026 8:45 AM
**To:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>; Beyda, Sam (CDC/IOD) <bh15@cdc.gov>
**Subject:** Re: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

Shirley,

Let me know when you have this. Thanks!

Sam

---

**From:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Sent:** Thursday, January 22, 2026 10:35:01 PM
**To:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>; Beyda, Sam (CDC/IOD) <bh15@cdc.gov>
**Subject:** Re: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

Thank you! Sam is fine!

I don't think we need the **DPP** considering the rest of the information there. Unless you mean anticipated **DPP**. In any case, defer to what you think.

This is great and very helpful.
Sam

---

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Sent:** Thursday, January 22, 2026 9:07 PM
**To:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Beyda, Sam (CDC/IOD) <bh15@cdc.gov>
**Subject:** RE: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

Hi Mr. Beyda –

        I have granted access to requested file.  I am also working on the additional data you requested for CO, MN, CA and IL.  I just want to confirm that you want total obligated, total expended and current unobligated balance (what's available in PMS).  Also **DPP** **DPP**

Thanks!
Shirley

---

**From:** SharePoint Online <no-reply@sharepointonline.com>
**Sent:** Thursday, January 22, 2026 8:59 PM
**To:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Subject:** Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'



I'd like access, please.

# Accept or Decline this request

Requested resource: https://cdc-my.sharepoint.com/personal/yuo6_cdc_gov/Documents/Data%20Requests%20-

%20IOD-Chief%20of%20Staff%20Office/CDC%20Funding%20-
%20Colorado.xlsx?d=w5060de73eead49bcaed18ab0996745cb&web=1

Requested by: Beyda, Sam (OS/IOS)([Sam.Beyda@hhs.gov](mailto:Sam.Beyda@hhs.gov))



[Privacy Statement](#)

This email is generated through CDC's use of Microsoft 365 and may contain content that is controlled by CDC.

CDC_001312

Document Withheld as Privileged

CDC_001313

 Outlook

---

**RE: CDC 66 Work Plans - Analysis**

---

**From** Le, Quy (ACF) <Quy.Le@acf.hhs.gov>

**Date** Sat 2/7/2026 5:35 PM

**To** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>

**Cc** Inman, Cody (ACF) <Cody.Inman@acf.hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>

📎 1 attachment (329 KB)

CDC 66 Workplans Analysis 2.7 with Colors.xlsx;

Forgot about the crosswalk ACP ▮▮▮▮▮ Completed and sorted sheet here.



**Quy Le**

**Advisor**
Immediate Office of the Assistant Secretary
Administration for Children and Families
(202) 374-9263

Help us achieve *A Home for Every Child*.
Learn more about fostering here.

---

*Pre-decisional, deliberative, draft*

---

**From:** Le, Quy (ACF)
**Sent:** Saturday, February 7, 2026 12:02 PM
**To:** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>
**Cc:** Inman, Cody (ACF) <Cody.Inman@acf.hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Subject:** CDC 66 Work Plans - Analysis

JC,

See parsed analysis for the 66 discussed work plans here. Let me know if any questions.



**Quy Le**

**Advisor**
Immediate Office of the Assistant Secretary
Administration for Children and Families
(202) 374-9263

Help us achieve *A Home for Every Child*.
Learn more about fostering here.

*Pre-decisional, deliberative, draft*

CDC_001315

 Outlook

---

**Re: CDC Grants and NOFOs**

**From** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

**Date** Fri 2/6/2026 3:04 PM

**To** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Hough, Babs (ACF) <Babs.Hough@acf.hhs.gov>; Verno, Martha (ACF) <Martha.Verno@acf.hhs.gov>; Inman, Cody (ACF) <Cody.Inman@acf.hhs.gov>; Le, Quy (ACF) <Quy.Le@acf.hhs.gov>; White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>

🖉 1 attachment (81 KB)

CDC Priorities Statement (Final).docx;

Cell: 
**Confidential, iterative, pre-decisional.**

---

**From:** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>
**Date:** Friday, February 6, 2026 at 10:02 AM
**To:** Hough, Babs (ACF) <Babs.Hough@acf.hhs.gov>, Verno, Martha (ACF) <Martha.Verno@acf.hhs.gov>, Inman, Cody (ACF) <Cody.Inman@acf.hhs.gov>, Le, Quy (ACF) <Quy.Le@acf.hhs.gov>, White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>, Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Subject:** CDC Grants and NOFOs

Putting us all on an email.

Sam/Colleen – Please send the list of discretionary grants and CDC priorities statement to Quy.

We need to quickly get this to him so he can work on this over the weekend.

JC Miller
Counselor – Immediate Office of the Secretary (IOS)
U.S. Department of Health and Human Services (HHS)
Mobile: PII

*Pre-Decisional, Deliberative, Draft*



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

**CONFIDENTIAL/DELIBERATIVE/PRE-DECISIONAL**

## CDC PRIORITIES STATEMENT

As the world's premier public health institute, the U.S. Centers for Disease Control and Prevention (CDC) is at the front lines of public health threats to Americans, even when those threats emerge overseas. CDC must aim to protect the lives of all Americans, advancing health through science, technology, and innovation. CDC must lead with integrity to prevent and protect from diseases, detect emerging threats, both domestically and internationally, and drive state-of-the-art solutions—empowering communities and strengthening public health systems for a safer, healthier nation.

CDC serves the American public—individuals, families, and communities—who rely on accurate data, health guidance, and preventive measures. CDC also serves healthcare providers, researchers, policymakers, businesses, state and local health agencies, and global health partners that rely on CDC for data and guidance to scale improved health outcomes for all Americans at home and abroad. To strengthen public confidence and lead a modern public health system, CDC must be anchored in a set of core values that reflect the evolving needs and expectations of Americans.

Public trust in CDC must be restored through transparency and reliance on evidence-based scientific data and analysis. Americans benefit from practical, science-driven steps to protect their health and further expect proactive, fast responses to health risks. America additionally needs a public health system that embraces innovation and a modernized infrastructure.

Understanding the fundamental role CDC plays in the public health sphere, the following Priorities Statement illustrates the overall direction of CDC, in furtherance of the goals of the President and the Department of Health and Human Services (HHS) Secretary. The following is not an exhaustive list of CDC priorities but is, instead, a roadmap highlighting goals and priorities, all through the lens of providing Gold-Standard Science, as envisioned in the Make America Healthy Again Commission Report and the Make Our Children Healthy Again Strategy.

President Trump and HHS Secretary Kennedy are committed to restoring trust, transparency, and credibility to CDC. CDC is committed to those goals and is likewise committed to ensuring that its leadership and all decisions are public facing and more accountable. CDC is committed to strengthening our public health system and restoring it to its core mission of protecting Americans from infectious and communicable diseases and investing in innovation to prevent, detect, and respond to such public health threats. CDC is further committed to ensuring that any outbreaks— including any response to those outbreaks—is addressed transparently and with evidenced-based data.

CDC is specifically prioritizing a commitment to: gold-standard science;[1] global leadership; rebuilding trust, transparency, and credibility; rapid, evidence-based responses to crises; vaccine

---

[1] Executive Order 14303

safety and efficacy research; advancing our understanding of autism spectrum disorder (ASD), neurodevelopmental disorders (NDDs), and chronic disease; modernizing public health infrastructure while enhancing our approach to health data; and otherwise ensuring compliance with the goals and priorities of the Trump Administration and HHS.

**A commitment to gold-standard science and ensuring trust, transparency, and credibility:**

Public trust in CDC and public health has declined in recent years due to inconsistent messaging, lack of transparency, and challenges in responding appropriately to emerging health threats. Dwindling public trust has undermined CDC's ability to lead effectively during crises and has weakened public adherence to health recommendations. Strengthening and sustaining this trust is essential to CDC's mission, as it enables rapid decision-making, stronger partnerships, and coordinated national responses in times of crisis. More broadly, sustained trust ensures communities engage with prevention efforts, support science-based guidance, and contribute to a healthier, more resilient nation. Credibility is not just about better communication, it is foundational to CDC's long-term impact, effectiveness, and legitimacy.

CDC will achieve this trust and credibility by making its leadership more public-facing and accountable to Americans; improving data transparency and ensuring all recommendations are backed by clear, publicly accessible evidence; and establishing processes to ensure integrity in scientific decision-making.

As illustrated by the Trump Administration's Executive Order on "Restoring Gold Standard Science," CDC will conduct all science in a manner that is reproducible; transparent; communicative of error and uncertainty; collaborative and interdisciplinary; skeptical of its findings and assumptions; structured for falsifiability of hypotheses; subject to unbiased peer review; accepting of negative results as positive outcomes; and without conflicts of interest. CDC is committed to restoring a gold standard for science to ensure that federally funded research is transparent, rigorous, and impactful, and that all decisions are informed by the most credible, reliable, and impartial scientific evidence available.

CDC is committed to restoring Americans' faith in the scientific enterprise and institutions that create and apply scientific knowledge in service of the public good. Employing gold-standard science methodologies will spur innovation, translate discovery to success, and ensure continued American strength and global leadership in technology.

**A commitment to global leadership:**

CDC's Global Health Center addresses global challenges such as HIV, tuberculosis, vaccine-preventable diseases, and emergency and refugee health. When a viral hemorrhagic fever is identified, such as Ebola, CDC is first to confirm the diagnosis and provide guidance on how to contain the virus within a country and to prevent it from entering the United States. Strategically located in 63 countries around the globe, CDC also serves another 20 countries from these hubs. As a major partner in implementing the PEPFAR program, CDC receives 40% of the resources and implements 60 percent of the program. Across the globe and often with external organizations, CDC is a trusted partner identifying risks early, sending out teams to combat highly infectious disease, training local clinical and public health staff, providing Personal Protective Equipment, vaccine and medicines, and offering advice to Americans abroad as well as supporting international Governments and Ministries of Health leadership and response. As part of an evolving

system of response, the Biothreat Radar Detection program seeks out samples from wastewater and international travelers to know real-time when a new infection poses a risk to America. In addition, CDC receives infectious samples from around the globe offering rapid testing and surveillance to prepare for flu at home and guide rapid response for highly infectious diseases where they start and can travel around the globe. Through lessons learned from COVID-19, CDC has advanced its capacities to lead the world in keeping us safe here and abroad.

**A commitment to ensuring rapid, evidence-based responses to crises:**

Public health emergencies need fast, coordinated, transparent, and evidence-based responses. Delays in data collection, fragmented decision-making, inconsistent guidance, and gaps in risk communication undermine the nation's ability to contain threats and protect lives. Ensuring rapid, science-driven responses is critical to minimizing harm, maintaining public trust, and restoring stability. To meet this goal, CDC must continue to strengthen its emergency response systems by streamlining internal processes, improving risk communication strategies, and ensuring that laboratory capacity is fully equipped and tested—capable of rapidly developing and deploying scalable diagnostics during crises. Embedding structures for real-time learning, independent after-action reviews, and the application of lessons learned will ensure that each crisis response is smarter, faster, and more effective than the last.

To meet the challenges of today and anticipate the challenges of tomorrow, CDC must evolve into a high-performing, mission-driven organization that embraces innovation and streamlines operations. Modernizing internal operations will ensure CDC is not only effective in crisis but consistently excellent in execution, delivering faster decisions, smarter resource use, and a greater impact for Americans.

**A commitment to vaccine safety and efficacy research:**

Gold-Standard Science will be applied to all intramural and extramural CDC vaccine safety and efficacy research. CDC will ensure that CDC vaccine efficacy and safety databases and datasets as well as future contracts, grants, cooperative agreements, and the like, for such datasets and databases are available through the least burdensome public use data agreements to restore trust and improve efficacy and safety through transparency and accountability. CDC will also preserve all internal datasets, protocols, programs and adjustments to databases and datasets for public access and reproducibility.

**A commitment to advancing our understanding of the causes of autism spectrum disorder (ASD), neurodevelopmental disorders (NDDs), and chronic disease:**

CDC is committed to conducting its own research while also partnering with other federal agencies and outside researchers and institutions to understand the etiology of the ASD and NDD epidemics. CDC will utilize existing and new data resources both within and outside of CDC to better understand factors associated with the increases in ASD, NDD, and chronic diseases that are plaguing our children and adults. CDC data indicates that ASD diagnoses have increased over the past 25 years from 1 in 150 to nearly 1 in 31.

**A commitment to modernizing public health infrastructure and enhancing our approach to health data:**

Modernizing public health infrastructure is essential to building a faster, smarter, and more cost-effective health system—one that can detect and respond to outbreaks in real time, leverage advanced technologies, and deliver community-driven solutions. By investing in modern tools, integrated data, and state-of-the-art capabilities, CDC can lead a transformation that not only strengthens day-to-day operations but also ensures the nation is prepared for future health emergencies. CDC's traditional data silos are being replaced with robust, integrated data that fosters interdisciplinary research to get faster, more robust results for Americans.

Enhancing CDC's (and HHS's) approach to health data must recognize that the states serve as key partners and must be encouraged to maintain robust and up-do-date health data systems. There must be a shared responsibility across federal and state governments, while emphasizing the subsidiarity principle that public health functions should be performed at the lowest effective level of governance (the concept of subsidiarity), with federal structures offering support where scale or specialized expertise is required and as required by statute. Network governance highlights the importance of collaborative, interdependent nodes (state-based service units, federal expertise, and Health Data Utilities (HDUs)) working through shared standards rather than hierarchical command. Systems resilience frames the need for redundancy, adaptability, and transformability, ensuring that CDC can withstand shocks, respond to emerging public health crises, and evolve as public health challenges change. Collectively, these principles guide a strategy that positions public health as local in action, national in standards, and global in preparedness, while leveraging existing assets such as the Consumer Food Data System (CFDS) and Epidemic Intelligence Service (EIS) officers and modernizing infrastructure through HDUs.

**Conflicts of Interest**

The public must know that unbiased science—evaluated through a transparent process and insulated from conflicts of interest—guides the recommendations of our health agencies, and CDC-funded programs and activities carried out by Federal partners. CDC will deprioritize funding for programs that present conflicts of interest or otherwise compromise their objectivity or integrity in carrying out CDC-funded programs.

**Immigration**

Consistent with applicable federal law, Federal funds should not be used to encourage or support illegal immigration.

**Protecting life and the family**

CDC programs will not use taxpayer funds to fund or promote elective abortions, consistent with the Hyde Amendment. CDC will promote the dignity of human life at all stages of development, improve maternal health care, and strengthen the family.

CDC_001320

**Ending Disorder on America's Streets**

CDC grants will prioritize evidence-based programs and deprioritize programs that fail to achieve adequate outcomes, including so-called "harm reduction" or "safe consumption" efforts that only facilitate illegal drug use and its attendant harm, consistent with SAMHSA guidance issued on July 29, 2025.

CDC will deprioritize support for "housing first" policies that fail to ensure accountability and fail to promote treatment, recovery, and self-sufficiency. CDC will increase competition among grantees through broadening the applicant pool and hold grantees to higher standards of effectiveness in reducing homelessness and increasing public safety. CDC will ensure that its funds reduce rather than promote homelessness by supporting, to the maximum extent permitted by applicable federal law, comprehensive services for individuals with serious mental illness and substance use disorder, including crisis intervention services.

CDC does not support drug injection sites for illegal drugs, or so-called "safe consumption sites," or the use or distribution of illegal drugs and associated paraphernalia.

To the extent allowable by applicable federal law, CDC intends to give priority to grantees in States and municipalities that actively meet the below criteria: (i) enforce prohibitions on open illicit drug use; (ii) enforce prohibitions on urban camping and loitering; (iii) enforce prohibitions on urban squatting; (iv) enforce, and where necessary, adopt, standards that address individuals who are a danger to themselves or others and suffer from serious mental illness or substance use disorder, or who are living on the streets and cannot care for themselves, through assisted outpatient treatment or by moving them into treatment centers or other appropriate facilities via civil commitment or other available means, to the maximum extent permitted by law; or (v) substantially implement and comply with, to the extent required, the registration and notification obligations of the Sex Offender Registry and Notification Act, particularly in the case of registered sex offenders with no fixed address, including by adequately mapping and checking the location of homeless sex offenders.

**Gender Ideology and Protecting Children**

CDC believes the health and safety of children must be the highest priority. HHS released a comprehensive review of the evidence and best practices for promoting the health of children and adolescents with gender dysphoria. This review, informed by an evidence-based medicine approach, found medical interventions, such as puberty blockers, cross-sex hormones, and surgeries, that attempt to transition minors away from their sex are unsupported by the evidence and have an unfavorable risk/benefit profile. Based on that evidence, it is a CDC priority to protect children from these practices, and, to the extent allowable by applicable federal law and any relevant court orders, CDC programs will deprioritize programs that engage in these practices where permissible. CDC funds will also not support the costs of such practices where not required by the law or court order.

HHS released guidance promulgating sex-based definitions rooted in biological truth. It is a CDC priority to recognize that a person's sex as either male or female is unchangeable and determined by objective biology, and to ensure CDC programs accurately reflect science, including the biological reality of sex.

**DEI**

To the extent permitted by law, CDC will deprioritize diversity, equity, and inclusion (DEI) initiatives that prioritize group identity over individual merit. CDC believes opportunities should be based on character, effort, and ability, not race or other group identity. CDC is committed to restoring merit-based opportunities and removing unlawful discriminatory practices (including unlawful proxies for racial discrimination).

CDC has previously invested substantially in ideologically-laden concepts like health equity—mainly on identifying and documenting worse health outcomes for minority populations. This has not translated into measurable improved health for minority populations, and in many cases has undermined core American values.

CDC will prioritize efforts that go beyond the use of ideologically laden concepts to focusing on solution-oriented approaches. This includes actively testing, advancing, scaling, and implementing innovative evidence-based interventions and treatments that address poor health outcomes, including the root causes of Americans' chronic disease epidemic.

**Parental Rights**

CDC believes parents are the primary decision-makers in their children's education and should have full authority over what their children are taught. School policies should include transparency and choice, and curricula should emphasize knowledge, critical thinking, and civic responsibility, without imposing ideas that may conflict with parents' political, religious, or social beliefs. CDC will prioritize funding Federal partners that protect parental rights and provide maximum transparency to parents and the public.

CDC will implement these priorities consistent with applicable laws, regulations, court orders, and any required procedures.

 Outlook

---

## CDC Grants

---

**From** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

**Date** Wed 1/28/2026 2:00 PM

**To** PII

**Cc** Jbo68 (OS/IOS) <JBO68@hhs.gov>; Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>

📎 1 attachment (1 MB)
SB_annotated_ Data Request SB2 - 1-26-26.xlsx;

Hi Katie,

Great speaking today. Attaching the color-coded list as discussed.

Sam
**Confidential, iterative, pre-decisional.**

Document Withheld as Privileged

CDC_001324

 Outlook

## RE: CDC Grants/NOFOs

**From** White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>

**Date** Fri 2/6/2026 9:58 PM

**To** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>

**Cc** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Jordan, Kody (CDC/OD/OCS) <aw85@cdc.gov>

Thanks Jordan!

---

**From:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Sent:** Friday, February 6, 2026 4:51 PM
**To:** White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>
**Cc:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Jordan, Kody (CDC/OD/OCS) <aw85@cdc.gov>
**Subject:** FW: CDC Grants/NOFOs

Colleen, NOFOs with HHS attached. Will send the remaining bundle of 6 shortly (when ready – just originated).

Please let me know what else may be needed.

Thanks,

## Jordan Faircloth
**Deputy Chief of Staff**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
**ba43@cdc.gov**

---

**From:** Faircloth, Jordan (CDC/IOD)
**Sent:** Friday, February 6, 2026 1:01 PM
**To:** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Le, Quy (ACF) <Quy.Le@acf.hhs.gov>
**Cc:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Jordan, Kody (CDC/OD/OCS) <aw85@cdc.gov>
**Subject:** CDC Grants/NOFOs

Attached:
- Active CDC grants
- NOFOs currently at HHS

Awaiting:
- Grant Applications/Latest Work Plans

\*\*It will take approximately 3 business days to get the docs, per OGS\*\*

Let me know of any issues/if anything else is needed.

## Jordan Faircloth
**Deputy Chief of Staff**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**

ba43@cdc.gov

CDC_001327

 Outlook

**RE: CDC Regroup**

**From** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>

**Date** Thu 2/5/2026 9:30 PM

**To** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Hailstone, Mitchell (HHS/IOS) <Mitchell.Hailstone@hhs.gov>; White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Robles, Benjamin (HHS/OGC) <Benjamin.Robles@hhs.gov>

Need a Teams link to join

**Jordan Faircloth**
**Deputy Chief of Staff**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
**ba43@cdc.gov**

-----Original Appointment-----
**From:** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>
**Sent:** Thursday, February 5, 2026 2:59 PM
**To:** Miller, JC (HHS/IOS); Beyda, Sam (OS/IOS); Faircloth, Jordan (CDC/IOD); Hailstone, Mitchell (HHS/IOS); White, Colleen (HHS/ASFR); Shuy, Caitrin (HHS/ASFR); Del Rosso, Cristina (HHS/OGC); Robles, Benjamin (HHS/OGC)
**Subject:** CDC Regroup
**When:** Thursday, February 5, 2026 4:30 PM-4:50 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** JC's Office

Moving this to 4:30. Please be prepared to speak to the items below.

Discuss the following:

1. Comms plan for DPP
2. Path forward regarding OMB request
   a. Legal considerations
   b. Operational Execution
   c. Barriers?

 Outlook

## FW: URGENT: Colorado Grants

**From** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>

**Date** Thu 1/22/2026 8:45 PM

**To** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Beyda, Sam (CDC/IOD) <bh15@cdc.gov>

CDC_001329

Colorado funding linked below. Let me know what else is needed.

**Jordan Faircloth**
**Deputy Chief of Staff**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
ba43@cdc.gov

---

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Sent:** Thursday, January 22, 2026 12:53 PM
**To:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>; Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>
**Cc:** Hoffmann, Lauren (CDC/OD/OCS) <cpf5@cdc.gov>; Pope Alley, Rebeccann (CDC/OD/OCS) <xml4@cdc.gov>
**Subject:** RE: URGENT: Colorado Grants

Good Afternoon!

As requested, here are all active CDC awards in Colorado: CDC Funding - Colorado.xlsx

Please let me know if you have questions or need additional information.

Thank you!
Shirley

---

**From:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Sent:** Thursday, January 22, 2026 11:22 AM
**To:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Cc:** Hoffmann, Lauren (CDC/OD/OCS) <cpf5@cdc.gov>; Pope Alley, Rebeccann (CDC/OD/OCS) <xml4@cdc.gov>
**Subject:** URGENT: Colorado Grants

Can you put together a list of all current grants issued to Colorado (including recipient(s) and total $ award)?

**Jordan Faircloth**
**Deputy Chief of Staff**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
ba43@cdc.gov

 Outlook

## RE: DepSec / OMB Grant Review

**From** Riley, Rachel (OS/ASA) <Rachel.Riley@hhs.gov>

**Date** Tue 8/26/2025 2:15 PM

**To** Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Terrell, Zachary (OS/IOS) <Zachary.Terrell@hhs.gov>

@Buckham, Matthew (HHS/IOS), I'm happy to chat directly with the best POC – just let me know!

**From:** Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>
**Sent:** Monday, August 25, 2025 4:39 PM
**To:** Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Riley, Rachel (OS/ASA) <Rachel.Riley@hhs.gov>; Terrell, Zachary (OS/IOS) <Zachary.Terrell@hhs.gov>
**Subject:** DepSec / OMB Grant Review

Matt, let's figure out who from OMB to connect with Rachel and Zach. They are eager to work together on grants per S1's comment this afternoon

West

West Cuthbert
Associate Deputy Secretary | Chief of Staff
Office of the Deputy Secretary
U.S. Department of Health and Human Services (HHS)
—
**Confidential, iterative, pre-decisional.**

CDC_001331

**From:** Nixon, Andrew (HHS/ASPA)
**To:** Buckham, Matthew (HHS/IOS); Danker, Richard (HHS/ASPA)
**Subject:** Fw: CDC CUTS SOON ANNOUCEMENT
**Date:** Wednesday, February 4, 2026 4:48:41 PM

---

**From:** Cauley, Rachel K. EOP/OMB PII
**Sent:** Wednesday, February 4, 2026 5:47 PM
**To:** Nixon, Andrew (HHS/ASPA) <Andrew.Nixon@hhs.gov>; Persing, Johanna E. EOP/WHO PII
**Cc:** McCandless, Allie EOP/OMB PII              Danker, Richard (HHS/ASPA) <Richard.Danker@hhs.gov>; Desai, Kush
S. EOP/WHO <PII
**Subject:** Re: CDC CUTS SOON ANNOUCEMENT

DPP

Communications Director
The White House Office of Management and Budget

On Feb 4, 2026, at 1:06 PM, Cauley, Rachel K. EOP/OMB PII              wrote:

You're a peach

**From:** Nixon, Andrew (HHS/ASPA) <Andrew.Nixon@hhs.gov>
**Sent:** Wednesday, February 4, 2026 1:05 PM
**To:** Persing, Johanna E. EOP/WHO <PII              Cauley, Rachel K. EOP/OMB PII
**Cc:** McCandless, Allie EOP/OMB PII              Danker, Richard (HHS/ASPA) <Richard.Danker@hhs.gov>; Desai,
Kush S. EOP/WHO <PII
**Subject:** RE: CDC CUTS SOON ANNOUCEMENT

Thanks for the heads up. We will definitely lean in hard on these examples.

Thank you,

Andrew G. Nixon
Deputy Assistant Secretary for Media Relations
U.S. Department of Health and Human Services
andrew.nixon@hhs.gov | 202-549-8655

**From:** Persing, Johanna E. EOP/WHO PII
**Sent:** Wednesday, February 4, 2026 12:53 PM
**To:** Cauley, Rachel K. EOP/OMB <Rachel.K.Cauley@omb.eop.gov>; Nixon, Andrew (HHS/ASPA) <Andrew.Nixon@hhs.gov>
**Cc:** McCandless, Allie EOP/OMB PII              Danker, Richard (HHS/ASPA) <Richard.Danker@hhs.gov>; Desai,
Kush S. EOP/WHO PII
**Subject:** RE: CDC CUTS SOON ANNOUCEMENT

+ Rich here too.

**From:** Cauley, Rachel K. EOP/OMB PII
**Sent:** Wednesday, February 4, 2026 12:47 PM
**To:** 'Nixon, Andrew (HHS/ASPA)' <Andrew.Nixon@hhs.gov>
**Cc:** McCandless, Allie EOP/OMB PII              Persing, Johanna E. EOP/WHO PII
**Subject:** CDC CUTS SOON ANNOUCEMENT

Andrew, at 2pm ET today, we have an exclusive going to announce the first cuts we are making in funds that we have been asking agencies
to investigation from 14 states and DC. Original story here:
https://www.realclearpolitics.com/articles/2026/01/20/exclusive_trump_launches_full_review_of_federal_funds_sent_to_blue_states_153738.html

CDC is part of these cuts. You may be tracking, but it's fast moving, so we want to make sure you have all the info.

We DPP                                                              DPP
DPP                                                    DPP
DPP

Why? We're DPP

Let me know if you have any Qs. We'd like ██████ ███████████████████████████████████████ Feel free to plus me in to inquiries ████████ ██████

Rachel Cauley
Communications Director
White House Office of Management and Budget

Examples of cancelled funds that go to state and local public health funding in the form of grants. ██████
████

Some examples of cancelled funds include:



Examples of cancelled grants that go to private nonprofits and universities in the affected states ██████
██████

| | |
|---|---|
| **From:** | Miller, JC (HHS/IOS) |
| **To:** | Beyda, Sam (OS/IOS); Robles, Benjamin (HHS/OGC); Cuthbert, West (HHS/IOS) |
| **Cc:** | Buckham, Matthew (HHS/IOS); Del Rosso, Cristina (HHS/OGC); Faircloth, Jordan (CDC/IOD); Chiarello, Gustav (ASFR); Shuy, Caitrin (HHS/ASFR); White, Colleen (HHS/ASFR); Hailstone, Mitchell (HHS/IOS) |
| **Subject:** | FW: Grants Update |
| **Date:** | Thursday, February 5, 2026 9:30:27 AM |

I would like to convene a call at 10:30 to discuss.  I will send this meeting invite now.

Added Buckham only for awareness.

**From:** Yokanovich, Colin T. EOP/OMB PII
**Sent:** Thursday, February 5, 2026 10:24 AM
**To:** Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Cox, Jordan (HHS/ASFR) <Jordan.Cox@hhs.gov>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>
**Cc:** Dempsey, Donald A. EOP/OMB PII Sullivan, Katharine T. EOP/OMB <PII ; Paoletta, Mark R. EOP/OMB PII
**Subject:** Grants Update

Colleagues—

I am sharing the following message with regard to the requested action on specific CDC grants.

The Director received the list of grants that HHS/CDC indicated could be cancelled from the previous HHS data request. This information was presented to the President on Wednesday morning, and the President directed immediate action that same day. In accordance with that directive, OMB is requesting:

- A status report on the plan to implement the immediate pause for those grants.
- Details on HHS's plans to formally cancel the identified grants.

Please let us know if you have any questions. Thank you everyone.

**Colin Yokanovich**
*Deputy to the Associate Director for Health (Public Health)*
Office of Management and Budget
C: PII (calls only)

 Outlook

**RE: Grant Awards – Implementation Call follow up**

**From** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>

**Date** Mon 2/2/2026 2:22 PM

**To** Sullivan, Katharine T. EOP/OMB <PII ; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Spear, Stefanie (HHS/IOS) <Stefanie.Spear@hhs.gov>

**Cc** Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO PII >; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>

Good morning, again.

On the second tab of the spreadsheets, the legal business name is listed for the specific contract/grant.

Let us know if you need anything else.

JC

---

**From:** Miller, JC (HHS/IOS)
**Sent:** Monday, February 2, 2026 9:18 AM
**To:** 'Sullivan, Katharine T. EOP/OMB' <PII ; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Spear, Stefanie (HHS/IOS) <Stefanie.Spear@hhs.gov>
**Cc:** Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO PII ; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>
**Subject:** RE: Grant Awards - Implementation Call follow up

Katie – Received. I will have the team add the names in the spreadsheets and get this back over to you.

Appreciate the list. We will develop the action plan and report back as quickly as possible.

JC

---

**From:** Sullivan, Katharine T. EOP/OMB <PII
**Sent:** Sunday, February 1, 2026 7:11 PM
**To:** Sullivan, Katharine T. EOP/OMB <PII ; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Spear, Stefanie (HHS/IOS) <Stefanie.Spear@hhs.gov>
**Cc:** Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO PII ; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>
**Subject:** RE: Grant Awards - Implementation Call follow up

Thanks to those of you that participated in the DPP call coordinated by DCOS/P (Dan Wasserman included above). DPP

DPP

programs
and the t



While we
how to approach this project: DPP
DPP

JC I will pass what you sent to the EOP team, I believe DPP
DPP                                      DPP                                      et me confirm.  Thank you!  Let me
know if you have questions or concerns —

Katie Sullivan

**From:** Sullivan, Katharine T. EOP/OMB
**Sent:** Saturday, January 17, 2026 3:24 PM
**To:** Matthew Buckham <Matthew.Buckham@hhs.gov>; Stefanie Spear <stefanie.spear@hhs.gov>
**Cc:** Kenneth Callahan <kenneth.callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO

PII

**Subject:** Grant Awards

Hello All -
Thank you for the productive conversations Friday regarding DPP

DPP

DPP

DPP

Please send a list of DPP

DPP

DPP

DPP

DPP

DPP

DPP

Thank you for your attention to this matter. OMB may be DPP
DPP

Thanks for your willingness to be team players and to support the President's priorities! I am always available for further instruction or concerns -

Katie

PII

Sent from my iPhone

 Outlook

## Re: Grant Awards - Implementation Call follow up

**From** Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>

**Date** Mon 2/2/2026 4:09 PM

**To** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>

**Cc** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>

Thanks I'm going to follow up on email and phone to OMB.

Get Outlook for iOS

**From:** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>
**Sent:** Monday, February 2, 2026 10:42:30 AM
**To:** Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Shuy, Caitrin (HHS/ASFR)
<Caitrin.Shuy@hhs.gov>; Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>
**Cc:** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>
**Subject:** RE: Grant Awards - Implementation Call follow up

Agreed. Our direction will not change.

**From:** Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>
**Sent:** Monday, February 2, 2026 10:31 AM
**To:** Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>
**Cc:** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>
**Subject:** Fw: Grant Awards - Implementation Call follow up

Hey guys,

We can't review and cancel grants/funding based on this criteria from OMB. Please follow previous guidance Cristina sent out from OGC regarding review of funding off the agency priorities instead.

Matt

Get Outlook for iOS

**From:** Sullivan, Katharine T. EOP/OMB <PII
**Sent:** Sunday, February 1, 2026 7:11 PM
**To:** Sullivan, Katharine T. EOP/OMB <PII                    Buckham, Matthew (HHS/IOS)
<Matthew.Buckham@hhs.gov>; Spear, Stefanie (HHS/IOS) <Stefanie.Spear@hhs.gov>
**Cc:** Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO
PII                    ; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Shuy, Caitrin
(HHS/ASFR) <Caitrin.Shuy@hhs.gov>
**Subject:** RE: Grant Awards - Implementation Call follow up

CDC_001338



While we
how to app

JC I will pass what you sent to the EOP team, I believe let me confirm. Thank you! Let me
know if you have questions or concerns –

Katie Sullivan

**From:** Sullivan, Katharine T. EOP/OMB PII
**Sent:** Saturday, January 17, 2026 3:24 PM
**To:** Matthew Buckham <Matthew.Buckham@hhs.gov>; Stefanie Spear <stefanie.spear@hhs.gov>
**Cc:** Kenneth Callahan <kenneth.callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO
PII
**Subject:** Grant Awards

Hello All –
Thank you for the productive conversations Friday regarding DPP



DPP

DPP

Please send a list of DPP

DPP

DPP

DPP

DPP

It would be my assumption DPP
DPP

Thank you for your attention to this matter. OMB may be DPP
DPP

Thanks for your willingness to be team players and to support the President's priorities! I am always available for further instruction or concerns –

Katie


Sent from my iPhone

CDC_001341

 Outlook

## Re: Grant Awards - Implementation Call follow up

**From** Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>

**Date** Mon 2/2/2026 8:46 PM

**To** Sullivan, Katharine T. EOP/OMB <PII

**Cc** Spear, Stefanie (HHS/IOS) <Stefanie.Spear@hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO <PII ; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Walker, John (HHS/ASPE) <John.Walker@hhs.gov>

Working on that now!

Get Outlook for iOS

**From:** Sullivan, Katharine T. EOP/OMB <PII

**Sent:** Monday, February 2, 2026 1:38:01 PM

**To:** Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>

**Cc:** Spear, Stefanie (HHS/IOS) <Stefanie.Spear@hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO <PII ; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Walker, John (HHS/ASPE) <John.Walker@hhs.gov>

**Subject:** Re: Grant Awards - Implementation Call follow up

# DPP

Thank you!
Katie
Sent from my iPhone

On Feb 2, 2026, at 11:20 AM, Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov> wrote:

Thanks Katie,

Let me give you a quick call.



Please have any White House colleagues reach out to me directly for any clarification. I'll call you and Dan.



Matt

Get Outlook for iOS

---

**From:** Sullivan, Katharine T. EOP/OMB <PII>
**Sent:** Sunday, February 1, 2026 7:11:21 PM
**To:** Sullivan, Katharine T. EOP/OMB <PII>; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Spear, Stefanie (HHS/IOS) <Stefanie.Spear@hhs.gov>
**Cc:** Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO <PII>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>
**Subject:** RE: Grant Awards - Implementation Call follow up





While we
ideas abo ███DPP███
██DPP████
█DPP██

JC I will pass what you sent to the EOP team. I believe DPP
██DPP██████ ████DPP██████ let me
confirm.  Thank you!  Let me know if you have questions or concerns —

Katie Sullivan

**From:** Sullivan, Katharine T. EOP/OMB ██PII████
**Sent:** Saturday, January 17, 2026 3:24 PM
**To:** Matthew Buckham <Matthew.Buckham@hhs.gov>; Stefanie Spear <stefanie.spear@hhs.gov>
**Cc:** Kenneth Callahan <kenneth.callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO
██PII██



Please send a list of ██DPP██

**DPP**

DPP

**DPP**

It would be my assumption DPP

**DPP**

Thank you for your attention to this matter. OMB may be DPP
DPP

Thanks for your willingness to be team players and to support the President's priorities! I am always available for further instruction or concerns -

Katie
PII

Sent from my iPhone

 Outlook

---

**Grant Cancellation Update 2.11.2026**

From  Miller, JC (HHS/IOS) <James.Miller@hhs.gov>

Date  Wed 2/11/2026 1:29 PM

To  Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>

Cc  Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>

Good morning, Matt,

As you are aware, there has been significant progress over the last several months on the grant review effort that started in June and subsequently picked up in September.
In addition to the first group on Monday, today we are sending 42 additional CDC grants for termination.
HHS will be sending the following cancellations over the next two weeks for misalignment with agency priorities by OpDiv.



JC Miller
Counselor – Immediate Office of the Secretary (IOS)
U.S. Department of Health and Human Services (HHS)
Mobile: PII

*Pre-Decisional, Deliberative, Draft*

 Outlook

## RE: Grant Funding - Alignment with Agency Priorities

**From** Johnston, Darcie (OS/IEA) <Darcie.Johnston@hhs.gov>

**Date** Mon 2/9/2026 4:46 PM

**To** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Andres, Gary (HHS/ASL) <Gary.Andres@hhs.gov>; Danker, Richard (HHS/ASPA) <Richard.Danker@hhs.gov>; Hailstone, Mitchell (HHS/IOS) <Mitchell.Hailstone@hhs.gov>; Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>

**Cc** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

Is it possible to know what grants are being aligned with Agency Priorities please?

Darcie L. Johnston
Director, Intergovernmental & External Affairs
U.S. Department of Health and Human Services
PII     cell

**From:** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>
**Sent:** Monday, February 9, 2026 11:33 AM
**To:** Andres, Gary (HHS/ASL) <Gary.Andres@hhs.gov>; Johnston, Darcie (OS/IEA) <Darcie.Johnston@hhs.gov>; Danker, Richard (HHS/ASPA) <Richard.Danker@hhs.gov>; Hailstone, Mitchell (HHS/IOS) <Mitchell.Hailstone@hhs.gov>; Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>
**Cc:** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Subject:** RE: Grant Funding - Alignment with Agency Priorities

+ ASFR

**From:** Miller, JC (HHS/IOS)
**Sent:** Monday, February 9, 2026 11:23 AM
**To:** Andres, Gary (HHS/ASL) <Gary.Andres@hhs.gov>; Johnston, Darcie (OS/IEA) <Darcie.Johnston@hhs.gov>; Danker, Richard (HHS/ASPA) <Richard.Danker@hhs.gov>; Hailstone, Mitchell (HHS/IOS) <Mitchell.Hailstone@hhs.gov>
**Cc:** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>
**Subject:** Grant Funding - Alignment with Agency Priorities

ASL/IEA/ASPA Teams,

To ensure transparency and alignment, it is important to know that the first group of grant cancellation notifications were sent to the Hill this morning. (66 grants) The grants are slated for termination after the three-day statutory timeline is up. (Wednesday COB) As incoming communications are received and questions are asked, it is essential that our messaging

remains tightly aligned.  Bottom line, we are terminating grants that do not align with the priories and broader Department-wide objectives set for CDC.

Consistency and prevision on how we communicate these actions are critical.  The intent, rationale and language used should clearly reflect established CDC priorities. Any deviation or informal characterization risks creating confusion around the overall intent and work done thus far.

Assuming heightened visibility through this process will ensure we are successful as other OpDivs begin this same disciplined process.

If there are specific concerns or questions, please route these questions to myself, Colleen or Cristina to ensure these issues are addressed through the appropriate channels and with full context.


JC Miller
Counselor – Immediate Office of the Secretary (IOS)
U.S. Department of Health and Human Services (HHS)
Mobile: PII

***Pre-Decisional, Deliberative, Draft***

 Outlook

---

**Re: Grant terminations**

---

**From** Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>

**Date** Sun 2/8/2026 10:08 PM

**To** Andres, Gary (HHS/ASL) <Gary.Andres@hhs.gov>; Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>; Murphy, Braden (HHS/ASL) <Braden.Murphy@hhs.gov>; Decker, Paige (HHS/ASL) <Paige.Decker@hhs.gov>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>

**Cc** Cox, Jordan (HHS/ASFR) <Jordan.Cox@hhs.gov>

---

Matt / JC - we are hoping to send these early tomorrow before business hours. Do you know if DPP

Caitrin McCarron Shuy
Principal Deputy Assistant Secretary for Financial Resources
US Department of Health & Human Services

**From:** Andres, Gary (HHS/ASL) <Gary.Andres@hhs.gov>
**Sent:** Sunday, February 8, 2026 9:37 AM
**To:** Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>; Murphy, Braden (HHS/ASL) <Braden.Murphy@hhs.gov>; Decker, Paige (HHS/ASL) <Paige.Decker@hhs.gov>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>
**Cc:** Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Cox, Jordan (HHS/ASFR) <Jordan.Cox@hhs.gov>
**Subject:** Re: Grant terminations

Thanks Gus. My last discussion DPP
DPP   So if that changed it would be good to know.

Gary Andres
Assistant Secretary Legislation

Get Outlook for iOS

**From:** Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>
**Sent:** Saturday, February 7, 2026 7:36:23 PM
**To:** Andres, Gary (HHS/ASL) <Gary.Andres@hhs.gov>; White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>; Murphy, Braden (HHS/ASL) <Braden.Murphy@hhs.gov>; Decker, Paige (HHS/ASL) <Paige.Decker@hhs.gov>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>
**Cc:** Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Cox, Jordan (HHS/ASFR) <Jordan.Cox@hhs.gov>
**Subject:** RE: Grant terminations

+JC and Matt

Gary:  It is my understanding that the situation has changed.  JC and Matt, please see Gary's email below, and please confirm ██DPP████████████████████

Thanks.

Gus

---

**From:** Andres, Gary (HHS/ASL) <Gary.Andres@hhs.gov>
**Sent:** Saturday, February 7, 2026 7:27 PM
**To:** White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>; Murphy, Braden (HHS/ASL) <Braden.Murphy@hhs.gov>; Decker, Paige (HHS/ASL) <Paige.Decker@hhs.gov>
**Cc:** Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Cox, Jordan (HHS/ASFR) <Jordan.Cox@hhs.gov>
**Subject:** Re: Grant terminations

I thought ██DPP███████████████████████████████████
██DPP██████████████████████████████████████████
██DPP████████████  And to my knowledge they have not.  Please advise if there has been a change

Gary Andres
Assistant Secretary Legislation

Get Outlook for iOS

---

**From:** White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>
**Sent:** Saturday, February 7, 2026 3:19:54 PM
**To:** Andres, Gary (HHS/ASL) <Gary.Andres@hhs.gov>; Murphy, Braden (HHS/ASL) <Braden.Murphy@hhs.gov>; Decker, Paige (HHS/ASL) <Paige.Decker@hhs.gov>
**Cc:** Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Cox, Jordan (HHS/ASFR) <Jordan.Cox@hhs.gov>
**Subject:** Grant terminations

Hi all – Sending a note to flag for ASL that ASFR will be sending a grant termination notice to Senate/House Approps on Monday morning.

Colleen Malloy White
Associate Deputy Assistant Secretary for Financial Resources
U.S. Department of Health and Human Services
200 Independence Ave, SW
Washington, DC 20201

 Outlook

## FW: Grants Update

**From** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>

**Date** Thu 2/5/2026 3:30 PM

**To** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Robles, Benjamin (HHS/OGC) <Benjamin.Robles@hhs.gov>; Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>

**Cc** Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>; Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>; Hailstone, Mitchell (HHS/IOS) <Mitchell.Hailstone@hhs.gov>

I would like to convene a call at 10:30 to discuss. I will send this meeting invite now.

Added Buckham only for awareness.

**From:** Yokanovich, Colin T. EOP/OMB <PII

**Sent:** Thursday, February 5, 2026 10:24 AM

**To:** Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Cox, Jordan (HHS/ASFR) <Jordan.Cox@hhs.gov>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>

**Cc:** Dempsey, Donald A. EOP/OMB PII Sullivan, Katharine T. EOP/OMB PII ; Paoletta, Mark R. EOP/OMB <PII

**Subject:** Grants Update

Colleagues—

I am sharing the following message with regard to the requested action on specific CDC grants.

The Director received the list of grants that HHS/CDC indicated could be cancelled from the previous HHS data request. This information was presented to the President on Wednesday morning, and the President directed immediate action that same day. In accordance with that directive, OMB is requesting:

- A status report on the plan to implement the immediate pause for those grants.
- Details on HHS's plans to formally cancel the identified grants.

Please let us know if you have any questions. Thank you everyone.

**Colin Yokanovich**
*Deputy to the Associate Director for Health (Public Health)*
Office of Management and Budget
C: PII calls only)

CDC_001351

 Outlook

## RE: Grants Update

**From** Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>

**Date** Thu 2/5/2026 7:40 PM

**To** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Jbo68 (OS/IOS) <JBO68@hhs.gov>

Tracking. Thanks.

**From:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Sent:** Thursday, February 5, 2026 11:34 AM
**To:** Jbo68 (OS/IOS) <JBO68@hhs.gov>; Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>
**Subject:** FW: Grants Update

**Confidential, iterative, pre-decisional.**

**From:** Yokanovich, Colin T. EOP/OMB <PII
**Date:** Thursday, February 5, 2026 at 10:25 AM
**To:** Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>, Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>, Cox, Jordan (HHS/ASFR) <Jordan.Cox@hhs.gov>, Miller, JC (HHS/IOS) <James.Miller@hhs.gov>, Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>, Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>, Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>
**Cc:** Dempsey, Donald A. EOP/OMB <PII
Sullivan, Katharine T. EOP/OMB <PII
Paoletta, Mark R. EOP/OMB (PII
**Subject:** Grants Update

Colleagues—

I am sharing the following message with regard to the requested action on specific CDC grants.

The Director received the list of grants that HHS/CDC indicated could be cancelled from the previous HHS data request. This information was presented to the President on Wednesday morning, and the President directed immediate action that same day. In accordance with that directive, OMB is requesting:

- A status report on the plan to implement the immediate pause for those grants.
- Details on HHS's plans to formally cancel the identified grants.

Please let us know if you have any questions. Thank you everyone.

**Colin Yokanovich**
*Deputy to the Associate Director for Health (Public Health)*
Office of Management and Budget
C: PII          calls only)

Document Withheld as Privileged

CDC_001354

 Outlook

---

**Re: Grants**

---

**From** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

**Date** Fri 2/6/2026 4:39 PM

**To** Robles, Benjamin (HHS/OGC) <Benjamin.Robles@hhs.gov>

**Cc** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>

📎 1 attachment (113 KB)

2.6.26_Part200_DATA_AUDIT 2.xlsx;



Cell: PII
**Confidential, iterative, pre-decisional.**

---

**From:** Robles, Benjamin (HHS/OGC) <Benjamin.Robles@hhs.gov>
**Date:** Friday, February 6, 2026 at 11:30 AM
**To:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Cc:** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>
**Subject:** Grants

**Privileged Attorney-Client Communication**

Sam,



Warm Regards,
Ben

Benjamin A. Robles
Senior Associate General Counsel
Department of Health & Human Services
771-241-7910

 Outlook

**RE: HHS Grants Briefings with OMB**

**From** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Date** Thu 1/22/2026 3:57 PM
**To** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

 **Faircloth, Jordan (CDC/IOD)** reacted to your message:

**From:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Sent:** Thursday, January 22, 2026 2:22:57 AM
**To:** Buzzelli, Matthew J (Matt) (CDC/IOD) <ay28@cdc.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Subject:** Re: HHS Grants Briefings with OMB

Jordan,

Seems like this is you.

**From:** Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>
**Date:** Wednesday, January 21, 2026 at 3:30 PM
**To:** Adams, Alex (ACF) <Alex.Adams@acf.hhs.gov>, Goldhaber, Ben (ACF)
<Ben.Goldhaber@acf.hhs.gov>, Engels, Thomas (HRSA) <TEngels@hrsa.gov>, Bush, Margaret
(HRSA) <MBush@HRSA.Gov>, Wall, Holly (HRSA) <HWall@hrsa.gov>, DeVoss, Elizabeth (HRSA)
<EDeVoss@hrsa.gov>, Baugh, Cynthia (HRSA) <CBaugh@hrsa.gov>, Memoli, Matthew (NIH/OD) [E]
<matthew.memoli@nih.gov>, Johnson, Alfred (NIH/OD) [E] <johnsoa1@mail.nih.gov>, Lorsch, Jon
(NIH/OD) [E] <jon.lorsch@nih.gov>, Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>, Buzzelli, Matthew
J (Matt) (CDC/IOD) <ay28@cdc.gov>, Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>, Redford, Dana
Y. (CDC/OCOO/OFR) <djr0@cdc.gov>, Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>,
Carroll, Christopher D. (SAMHSA/OAS) <christopher.carroll@samhsa.hhs.gov>, Lonnerdal, Daniel
(SAMHSA/OMTO) <Daniel.Lonnerdal@samhsa.hhs.gov>, Graves, Thomas (SAMHSA/OFR)
<Thomas.Graves@samhsa.hhs.gov>
**Cc:** Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>, Cochran, Norris (HHS/ASFR)
<norris.cochran@hhs.gov>, Bell, Dale (HHS/ASFR) <Dale.Bell@hhs.gov>, Blaylock, Rees (OS/ASFR)
<Rees.Blaylock@hhs.gov>
**Subject:** HHS Grants Briefings with OMB

Good afternoon:

The Office of Federal Financial Management (OFFM) at OMB has requested briefings on grant
processes for key programs across government to better understand how they advance
Administration priorities. They want to learn about our competitive grant awards, performance
measurement, processes in place to prevent fraud, waste, and abuse, and ongoing compliance
with EOs and other directives.

We understand OMB would like to hear from political staff in the agency and is most focused on
whether the agency uses performance information to make funding decisions and hold grantees

accountable. A successful presentation will convey how the agency is directing grant funds with direct policy official involvement to ensure awards reflect Administration priorities and is actively monitoring the performance of recipients. An unsuccessful presentation would leave OMB with the impression the agency awards funds without rigor and allows those funds to flow on autopilot without continued and meaningful oversight. I am writing to request your direct engagement or the engagement of your designated policy official to provide this briefing.

HHS has been asked for three meetings - one with NIH, one with ACF, and one with HRSA, SAMHSA, and CDC. The audience will be OMB's Deputy Director for Management, OFFM's Senior Advisor, and senior RMO leadership. The meeting structure is up to 90 minutes to discuss grants oversight and 3 to 5 program deep-dives. The briefings should cover the material outlined in the attached slides. ASFR will prepare an overview of the HHS processes for NOA and NOFO review to set the stage for describing specific HHS Division activities. OMB has requested that agencies strive to keep participant numbers small to encourage better dialogue.

In addition to this overview, OMB is asking for a deep dive into 3 programs of your choice to better understand how you competitively award and manage the performance of your grants. We encourage you to select programs where:
- You articulate goals and performance expectations in the NOFO and you have clear criteria for making awards through a competitive process
- You can demonstrate how you use data to proactively manage grantee performance throughout the lifecycle of a grant
- There is a clear relationship between the goals of the program and Administration priorities

Please provide the following information as we begin the scheduling process; OMB has asked that HHS provide specific weeks in mid-February:

| Provide participants and availability | HHS Divisions | January 23rd |
| Provide selected programs for presentation | HHS Divisions | January 30th |
| Develop HHS process overview | ASFR | January 30th |
| Provide draft presentations to ASFR | HHS Divisions | February 6th |
| Briefing | Presenters | Week of February 13th |

Please provide the information above to Rees Blaylock, rees.blaylock@hhs.gov, who will coordinate this effort from ASFR.

Caitrin


Caitrin Shuy
Principal Deputy Assistant Secretary for Financial Resources
U.S. Department of Health and Human Services
(202) 431-3364

CDC_001357

**From:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>
**Sent on:** Monday, February 9, 2026 3:53:57 PM
**To:** Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>
**CC:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Subject:** RE: HHS Grants Briefings with OMB

Good morning Caitrin,

CDC is working to get the draft slides submitted to Rees.

Jamie

**From:** Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>
**Sent:** Wednesday, January 21, 2026 3:30 PM
**To:** Adams, Alex (HHS/IOS) <Alex.Adams@acf.hhs.gov>; Goldhaber, Ben (ACF) <Ben.Goldhaber@acf.hhs.gov>; Engels, Thomas (HRSA) <TEngels@HRSA.Gov>; Bush, Margaret (HRSA) <MBush@HRSA.Gov>; Wall, Holly (HRSA) <HWall@HRSA.Gov>; DeVoss, Elizabeth (HRSA) <EDeVoss@HRSA.Gov>; Baugh, Cynthia (HRSA) <CBaugh@HRSA.Gov>; Memoli, Matthew (NIH/OD) [E] <matthew.memoli@nih.gov>; Johnson, Alfred (NIH/OD) [E] <johnsoa1@mail.nih.gov>; Lorsch, Jon (NIH/OD) [E] <jon.lorsch@nih.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Buzzelli, Matthew J (Matt) (CDC/IOD) <ay28@cdc.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>; Redford, Dana Y. (CDC/OCOO/OFR) <djr0@cdc.gov>; Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Carroll, Christopher D. (SAMHSA/OAS) <christopher.carroll@samhsa.hhs.gov>; Lonnerdal, Daniel (SAMHSA/OMTO) <Daniel.Lonnerdal@samhsa.hhs.gov>; Graves, Thomas (SAMHSA/OFR) <Thomas.Graves@samhsa.hhs.gov>
**Cc:** Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Cochran, Norris (HHS/ASFR) <norris.cochran@hhs.gov>; Bell, Dale (HHS/ASFR) <Dale.Bell@hhs.gov>; Blaylock, Rees (OS/ASFR) <Rees.Blaylock@hhs.gov>
**Subject:** HHS Grants Briefings with OMB

Good afternoon:

The Office of Federal Financial Management (OFFM) at OMB has requested briefings on grant processes for key programs across government to better understand how they advance Administration priorities. They want to learn about our competitive grant awards, performance measurement, processes in place to prevent fraud, waste, and abuse, and ongoing compliance with EOs and other directives.

We understand OMB would like to hear from political staff in the agency and is most focused on whether the agency uses performance information to make funding decisions and hold grantees accountable. A successful presentation will convey how the agency is directing grant funds with direct policy official involvement to ensure awards reflect Administration priorities and is actively monitoring the performance of recipients. An unsuccessful presentation would leave OMB with the impression the agency awards funds without rigor and allows those funds to flow on autopilot without continued and meaningful oversight. I am writing to request your direct engagement or the engagement of your designated policy official to provide this briefing.

HHS has been asked for three meetings - one with NIH, one with ACF, and one with HRSA, SAMHSA, and CDC. The audience will be OMB's Deputy Director for Management, OFFM's Senior Advisor, and senior RMO leadership. The meeting structure is up to 90 minutes to discuss grants oversight and 3 to 5 program deep-dives. The briefings should cover the material outlined in the attached slides. ASFR will prepare an overview of the HHS processes for NOA and NOFO review to set the stage for describing specific HHS Division activities. OMB has requested that agencies strive to keep participant numbers small to encourage better dialogue.

In addition to this overview, OMB is asking for a deep dive into 3 programs of your choice to better understand how you competitively award and manage the performance of your grants. We encourage you to select programs where:

- You articulate goals and performance expectations in the NOFO and you have clear criteria for making awards through a competitive process
- You can demonstrate how you use data to proactively manage grantee performance throughout the lifecycle of a grant
- There is a clear relationship between the goals of the program and Administration priorities

Please provide the following information as we begin the scheduling process; OMB has asked that HHS provide specific weeks in mid-February:

| | | |
|---|---|---|
| Provide participants and availability | HHS Divisions | January 23rd |
| Provide selected programs for presentation | HHS Divisions | January 30th |
| Develop HHS process overview | ASFR | January 30th |
| Provide draft presentations to ASFR | HHS Divisions | February 6th |
| Briefing | Presenters | Week of February 13th |

Please provide the information above to Rees Blaylock, rees.blaylock@hhs.gov, who will coordinate this effort from ASFR.

Caitrin


Caitrin Shuy
Principal Deputy Assistant Secretary for Financial Resources
U.S. Department of Health and Human Services
(202) 431-3364

**From:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>
**Sent on:** Friday, February 6, 2026 3:15:52 PM
**To:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**CC:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Subject:** Implementation of the 2 CFR 200 Terms and Conditions

Good morning Jordan,

HHS required Agencies to include the 2 CFR 200 term and condition in all grant actions obligation dollars as of 1 July 2025.  Early adoption oof the termination was also posted on the CDC website for recipients.

October 1, 2025:  HHS Officially adopted 2 CFR 200, which included the termination term and condition.  The terms and conditions were updated on the CDC website and is application to all recipients.

Between 10-13 November 2025, we issued administrative actions adding the termination term and condition to all grants that received funding actions prior to 1 July 2025.

The CDC Priorities were communicated to all recipients via grant note in GrantSolutions on 23 September 2025

The CDC Priorities were incorporated in the General Terms and Conditions posted on the CDC Website for recipients.

The CDC Priorities are also included in the NOFO Template for all NOFOS.

Jamie W. Legier
Director, Office of Grants Services
Centers for Disease Control and Prevention
Department of Health and Human Services
Phone:  Desk:  770-488-2613; Cell: 404-583-9505

CDC_001360

 Outlook

**New OMB Data Request on Grants to States**

**From** Gelbmann, Jane (HHS/ASFR) <Jane.Gelbmann@hhs.gov>

**Date** Thu 1/22/2026 3:05 PM

**To** Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>

**Cc** Cochran, Norris (HHS/ASFR) <norris.cochran@hhs.gov>; Cabezas, Miriam (HHS/ASFR) <Miriam.Cabezas@hhs.gov>; Swartz, Katherine (OS/ASFR) <Katherine.Swartz@hhs.gov>; Bell, Dale (HHS/ASFR) <Dale.Bell@hhs.gov>; Cooper, Renee (HHS/ASFR) <Renee.Cooper@hhs.gov>

📎 3 attachments (284 KB)
BDR_26-09.pdf; BDR_26-09_Att_B.pdf; BDR_26-09_Att_A (1).xlsx;

Gus and Caitrin,

OMB has put out a new Budget Data Request (BDR) to collect information about grant funding for a selection of states (Attachment B). Office of Budget staff have launched the data collection exercise under our usual processes.

We will work to verify the OpDiv responses with the Office of Grants before transmitting the information back to OMB and will plan to share information with you both for your awareness and reference. OMB has requested the data from HHS by Wednesday, January 28.

Please let us know if you would like any adjustments to the process above, or if you have questions.

Thanks,
Jane

Jane Gelbmann
Director of Budget Planning, Execution, and Review
ASFR - Office of Budget
m: 202-841-9092



**EXECUTIVE OFFICE OF THE PRESIDENT**
**OFFICE OF MANAGEMENT AND BUDGET**
**WASHINGTON, D.C. 20503**

January 20, 2026

BUDGET DATA REQUEST NO. 26-09

| | |
|---|---|
| MEMORANDUM FOR: | PROGRAM ASSOCIATE DIRECTORS<br>PROGRAM DEPUTY ASSOCIATE DIRECTORS |
| FROM: | Office of Management and Budget |
| SUBJECT: | Federal Awards to Entities in Select States |
| DISTRIBUTION: | **This BDR should be shared with agencies.** |
| PURPOSE: | To collect a detailed report on Federal funds provided to components, agencies, or instrumentalities of certain States. |
| AFFECTED AGENCIES: | All Federal Departments and Agencies except for the Department of War and the Department of Veterans Affairs. |
| DUE DATES: | Agency Responses due to RMOs: COB Wednesday, January 28, 2026<br>RMOs Review of Agency Responses: COB Friday, January 30, 2026 |
| CONTACTS: | Agency-Specific Questions: OMB RMO Contact(s)<br><br>Note: BRD will provide guidance to RMOs on how to handle general questions, and where to submit agency responses. |

**Background**: The purpose of this BDR is to collect a detailed spending report on Federal funds provided to entities in a select list of States. This information will be used to better understand the scope of funding in certain States and localities in order to facilitate efforts to reduce the improper and fraudulent use of those funds through administrative means or legislative proposals to Congress.

**Action Required**: All Federal Departments and Agencies should complete the attached template (Attachment A) to provide a detailed spending report on all Federal funds, as defined below, that are provided to components, agencies, or instrumentalities of certain States. The list of States is included in Attachment B. Agencies are required to include all programs and projects. This is a data-gathering exercise only. It does not involve withholding funds, and therefore does not violate any court order. If your agency counsel believes otherwise, they should immediately contact OMB OGC.

Agencies should provide as much information as possible by this deadline. If agencies do not have any spending to report, they should notify their OMB RMO representative. Agencies should also reach out to your RMO if there are issues with providing some of this information by the deadline.

*Scope of Federal Funds:* Agencies should report on Federal funding provided to *any* components, agencies, or instrumentalities of the States listed in Attachment B. This includes all grants (including grants then provided as subcontracts or subgrants to other entities), cooperative agreements, loans, contracts (including subcontracts), and other monetary awards.

Agency reports should include funding provided to the following entities:
- States and localities;
- Institutions of higher education (IHEs), excluding Federal Student Aid provided on behalf of individual students; and

1

CDC_001362

- Nonprofit organizations located, operating, or performing award activities within those States.

Agencies should report on Federal funding provided directly to the entities above, including Federal funding that is ultimately provided to other entities through subgrants or subawards. Agencies only need to report individual Federal contracts with nonprofit organizations when they support activities on behalf of the State government.

*Federal Obligations:* Agencies should report on actual obligations in fiscal year (FY) 2025 and estimated obligations in FY 2026 regardless of the year in which the funds were appropriated. In cases where FY 2026 appropriations have not yet been enacted into law, agencies should report the amounts reflected in the pending FY 2026 Conference bills. Agencies should also highlight potential obligations arising in the near future.

Obligations in the States included in Attachment B should be reported regardless of type (discretionary appropriations, mandatory, funding supplemental, fee-funded activities, etc.). In the case of loans, provide the loan level (rather than the subsidy rate) and indicate the amount is a loan level.

*Data Fields on Attachment A:* Attachment A includes separate worksheets for each State included on Attachment B. In each worksheet, agencies should report the following:

Budget Account.

Program. The program, project, or activity, as defined by the agency.

Type of Federal Funding. Report the type of Federal funding, in one of the following categories:
- Formula Grant
- Competitive Grant
- Subgrant/subaward
- Federal Loan (direct or guaranteed)
- Contract/subcontract
- Other (brief description)

Agency Spending (Actual). Report actual obligations in FY 2025, and obligations to date in FY 2026, regardless of the year in which the funds were appropriated. Obligations should be reported in dollars.

Estimated FY 2026 Spending. Report the total amount of estimated obligations in FY 2026. In cases where FY 2026 appropriations are not enacted into law, please report the amounts reflected in the recently released Conference versions of appropriations bills. If you cannot estimate these amounts for a particular program, please explain in the *Comments* column.

Potential Near-Term Obligations? (Y/N). Flag if agencies are planning to enter into new obligations with implicated States before the end of February. Also note the type of obligations that will be made.

Authorizing Statute. Provide a statutory citation for the reported program.

Source of Funding. Provide a source for the appropriations for the reported program. If funding is provided through the authorizing statute, please include "same as authorizing statute."

Description of Federal Assistance. Use this column to report:
- The purpose of the Federal funding (no more than 1-2 sentences);
- Whether the Federal assistance is provided directly to local governments or nonprofit entities (as well as their components and instrumentalities), or provided through the sub-granting or sub-allocation of Federal funds from another entity (e.g., State government);
- Circumstances where the local jurisdictions function as a "pass through" to other entities; and

CDC_001363

- Other information worth highlighting.

<u>Comments</u>.  Provide any other notable information about the reported program. As indicated above, if you cannot estimate the FY 2026 amount, please note that here.

NOTE:  Agencies should report any Federal funding provided to entities <u>once</u> – not each stage of the award/contract cycle. In other words, if agencies report funding provided to the States, they do not need to separately report the subgrant or subaward provided to entities.

**<u>Attachments</u>**:

Attachment A—State Funding Template (Excel)
Attachment B— List of States Included (PDF)

3

CDC_001364

**Attachment B**

**Detailed Federal Spending Reports: Selected States**

- California
- Colorado
- Connecticut
- Delaware
- District of Columbia
- Illinois
- Massachusetts
- Minnesota
- New Jersey
- New York
- Oregon
- Rhode Island
- Vermont
- Virginia
- Washington

1

CDC_001365

Document Produced in Native Form

CDC_001366

 Outlook

## RE: OGC advice on grant terminations from late Sept.

**From** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>

**Date** Fri 11/7/2025 6:48 PM

**To** Clifford, Chad (HHS/ASFR) <Chad.Clifford@hhs.gov>

**Cc** Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Yueh, Lena (HHS/OGC) <Lena.Yueh@hhs.gov>

📎 6 attachments (1 MB)



Hi Chad,

OGC met with several Division heads and members of the IOS to discuss HHS's new grant termination authority on September 29. Caitrin attended the meeting and received a hard copy of the materials we distributed.

These materials included previously distributed GC memos ACP
ACP                                . I've attached electronic copies of these items for your convenience. Please do not
further distribute these items.

Let me know if you have any questions.

Thanks,
Cristina

Cristina Del Rosso
*Senior Counsel*
Office of the General Counsel
U.S. Department of Health and Human Services
Cell: PII

**Confidentiality Notice:** This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document may be exempt from disclosure under the Freedom of Information Act.

**From:** Clifford, Chad (HHS/ASFR) <Chad.Clifford@hhs.gov>
**Sent:** Thursday, November 6, 2025 10:05 AM
**To:** Yueh, Lena (HHS/OGC) <Lena.Yueh@hhs.gov>; Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>
**Subject:** RE: OGC advice on grant terminations from late Sept.

Thanks, Lena.

Hi Christina – can you assist?  Please see below, as we're looking for OGC advice on terminations from late Sept. that the ASFR inquired about.

Thanks,
Chad

**Chad T. Clifford**
Executive Director, DPOET – Office of Grants
Office of the Secretary - ASFR
U.S. Dept. of Health & Human Services
Phone: 202-360-7318

---

**From:** Yueh, Lena (HHS/OGC) <Lena.Yueh@hhs.gov>
**Sent:** Wednesday, November 5, 2025 5:23 PM
**To:** Clifford, Chad (HHS/ASFR) <Chad.Clifford@hhs.gov>
**Cc:** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>
**Subject:** Re: OGC advice on grant terminations from late Sept.

Hi Chad,

I'm connecting you with Cristina in OGC's Immediate Office. She's been leading the effort on OGC advice on grant terminations.

Thanks,
Lena

Get Outlook for iOS

---

**From:** Clifford, Chad (HHS/ASFR) <Chad.Clifford@hhs.gov>
**Sent:** Wednesday, November 5, 2025 3:25 PM
**To:** Yueh, Lena (HHS/OGC) <Lena.Yueh@hhs.gov>
**Subject:** OGC advice on grant terminations from late Sept.

Hi Lena,

We've heard that OGC rendered advice (ACP ████████████████████ on grant terminations in later September.  Are you familiar with this and can you share?  This has come up in discussions with OS counselors and our ASFR, and our ASFR wants to understand what the OG advice has been here.

Thanks,
Chad


**Chad T. Clifford**
Executive Director, DPOET – Office of Grants
Office of the Secretary - ASFR
U.S. Dept. of Health & Human Services
Phone: 202-360-7318



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary

The General Counsel
Washington, DC 20201

NOTE TO:     HEATHER FLICK MELANSON
             CHIEF OF STAFF

DATE:        June 20, 2025

SUBJECT:     Terms for inclusion in Notices of Awards





Heather Flick Melanson – Page 3



Sean R. Keveney
Acting General Counsel

CDC_001371



DEPARTMENT OF HEALTH & HUMAN SERVICES

Office of the Secretary

Office of the General Counsel
Washington, D.C. 20201

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY WORK PRODUCT**

June 25, 2025

TO: Heather Flick, Chief of Staff

FROM: Sean Keveney, Acting General Counsel

RE: Legal Guidance on Award Termination Options



Privileged & Confidential
Page 2



CDC_001373

Privileged & Confidential
Page 3



CDC_001374

Privileged & Confidential
Page 4



CDC_001375

Privileged & Confidential
Page 5



Privileged & Confidential
Page 6



CDC_001377

Privileged & Confidential
Page 7



CDC_001378

Privileged & Confidential
Page 8



Sean Keveney
Acting General Counsel

CDC_001379

Privileged & Confidential
Page 9



CDC_001380



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Office of the Secretary

The General Counsel
Washington, DC 20201

<span style="color:red">**Privileged and Confidential Attorney-Client Communication and Work Product**</span>

## MEMORANDUM

**TO:**          Assistant Secretary for Financial Resources (ASFR)

**FROM:**      Robert F. Foster, Acting General Counsel

**DATE:**       September 22, 2025

**SUBJECT:**   Termination of Federal Awards for Non-Alignment with Program Goals or
               Agency Priorities: Legal Guidance Regarding Preparation of Decision
               Memoranda

## <u>INTRODUCTION</u>



Privileged & Confidential
Page 2



CDC_001382

Privileged & Confidential
Page 3



CDC_001383



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary

The General Counsel
Washington, DC 20201

Privileged and Confidential Attorney-Client Communication and Work Product



CDC_001384



CDC_001385



CDC_001386

Privileged and Confidential Attorney-Client Communication and Work Product



CDC_001387



2

CDC_001388



3

CDC_001389

 Outlook

---

## Fw: Presidential Policy Alignment / Execution

**From** Jbo68 (OS/IOS) <JBO68@hhs.gov>

**Date** Thu 1/22/2026 7:25 PM

**To** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Bhattacharya, Jayanta (NIH/OD) [E] <jayanta.bhattacharya@nih.gov>; Chertman, Willy (HHS/IOS) <Willy.Chertman@hhs.gov>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>

📎 1 attachment (134 KB)

BDR_26-09.pdf;

Get [Outlook for iOS](#)

---



**From:** McKay, Robert D. EOP/OMB <PII on behalf of Ueland, Eric M. EOP/OMB

**Sent:** Thursday, January 22, 2026 8:16:04 AM

**To:** PII Jbo68 (OS/IOS) <JBO68@hhs.gov>;

**Subject:** Presidential Policy Alignment / Execution

Good morning—

Thanks again for DPP Really appreciate it!

Attached is the document I referenced that went to your budget teams. Our budget staff is happy to work with you on this, along with the ask for recommended actions prior to February 1.

DPP ████████████████████████████████████████████████████

look forward to seeing everyone there.


My best,

Eric



**EXECUTIVE OFFICE OF THE PRESIDENT
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503**

January 20, 2026

BUDGET DATA REQUEST NO. 26-09

| | |
|---|---|
| MEMORANDUM FOR: | PROGRAM ASSOCIATE DIRECTORS
PROGRAM DEPUTY ASSOCIATE DIRECTORS |
| FROM: | Office of Management and Budget |
| SUBJECT: | Federal Awards to Entities in Select States |
| DISTRIBUTION: | **This BDR should be shared with agencies.** |
| PURPOSE: | To collect a detailed report on Federal funds provided to components, agencies, or instrumentalities of certain States. |
| AFFECTED AGENCIES: | All Federal Departments and Agencies except for the Department of War and the Department of Veterans Affairs. |
| DUE DATES: | Agency Responses due to RMOs:  COB Wednesday, January 28, 2026
RMOs Review of Agency Responses:  COB Friday, January 30, 2026 |
| CONTACTS: | Agency-Specific Questions:  OMB RMO Contact(s) |
| | Note: BRD will provide guidance to RMOs on how to handle general questions, and where to submit agency responses. |

**Background**:  The purpose of this BDR is to collect a detailed spending report on Federal funds provided to entities in a select list of States. This information will be used to better understand the scope of funding in certain States and localities in order to facilitate efforts to reduce the improper and fraudulent use of those funds through administrative means or legislative proposals to Congress.

**Action Required**:  All Federal Departments and Agencies should complete the attached template (Attachment A) to provide a detailed spending report on all Federal funds, as defined below, that are provided to components, agencies, or instrumentalities of certain States. The list of States is included in Attachment B. Agencies are required to include all programs and projects. This is a data-gathering exercise only. It does not involve withholding funds, and therefore does not violate any court order. If your agency counsel believes otherwise, they should immediately contact OMB OGC.

Agencies should provide as much information as possible by this deadline. If agencies do not have any spending to report, they should notify their OMB RMO representative. Agencies should also reach out to your RMO if there are issues with providing some of this information by the deadline.

*Scope of Federal Funds:*  Agencies should report on Federal funding provided to any components, agencies, or instrumentalities of the States listed in Attachment B. This includes all grants (including grants then provided as subcontracts or subgrants to other entities), cooperative agreements, loans, contracts (including subcontracts), and other monetary awards.

Agency reports should include funding provided to the following entities:
- States and localities;
- Institutions of higher education (IHEs), excluding Federal Student Aid provided on behalf of individual students; and

1

CDC_001392

- Nonprofit organizations located, operating, or performing award activities within those States.

Agencies should report on Federal funding provided directly to the entities above, including Federal funding that is ultimately provided to other entities through subgrants or subawards. Agencies only need to report individual Federal contracts with nonprofit organizations when they support activities on behalf of the State government.

*Federal Obligations:*  Agencies should report on actual obligations in fiscal year (FY) 2025 and estimated obligations in FY 2026 regardless of the year in which the funds were appropriated. In cases where FY 2026 appropriations have not yet been enacted into law, agencies should report the amounts reflected in the pending FY 2026 Conference bills. Agencies should also highlight potential obligations arising in the near future.

Obligations in the States included in Attachment B should be reported regardless of type (discretionary appropriations, mandatory, funding supplemental, fee-funded activities, etc.). In the case of loans, provide the loan level (rather than the subsidy rate) and indicate the amount is a loan level.

*Data Fields on Attachment A:*  Attachment A includes separate worksheets for each State included on Attachment B. In each worksheet, agencies should report the following:

Budget Account.

Program.  The program, project, or activity, as defined by the agency.

Type of Federal Funding.  Report the type of Federal funding, in one of the following categories:
- Formula Grant
- Competitive Grant
- Subgrant/subaward
- Federal Loan (direct or guaranteed)
- Contract/subcontract
- Other (brief description)

Agency Spending (Actual).  Report actual obligations in FY 2025, and obligations to date in FY 2026, regardless of the year in which the funds were appropriated. Obligations should be reported in dollars.

Estimated FY 2026 Spending.  Report the total amount of estimated obligations in FY 2026. In cases where FY 2026 appropriations are not enacted into law, please report the amounts reflected in the recently released Conference versions of appropriations bills. If you cannot estimate these amounts for a particular program, please explain in the *Comments* column.

Potential Near-Term Obligations? (Y/N).  Flag if agencies are planning to enter into new obligations with implicated States before the end of February. Also note the type of obligations that will be made.

Authorizing Statute.  Provide a statutory citation for the reported program.

Source of Funding.  Provide a source for the appropriations for the reported program. If funding is provided through the authorizing statute, please include "same as authorizing statute."

Description of Federal Assistance.  Use this column to report:
- The purpose of the Federal funding (no more than 1-2 sentences);
- Whether the Federal assistance is provided directly to local governments or nonprofit entities (as well as their components and instrumentalities), or provided through the sub-granting or sub-allocation of Federal funds from another entity (e.g., State government);
- Circumstances where the local jurisdictions function as a "pass through" to other entities; and

CDC_001393

- Other information worth highlighting.

Comments.  Provide any other notable information about the reported program. As indicated above, if you cannot estimate the FY 2026 amount, please note that here.

NOTE:  Agencies should report any Federal funding provided to entities once – not each stage of the award/contract cycle. In other words, if agencies report funding provided to the States, they do not need to separately report the subgrant or subaward provided to entities.

**Attachments**:

[Attachment A—State Funding Template](Excel) (Excel)
[Attachment B— List of States Included](PDF) (PDF)

3

CDC_001394

 Outlook

**RE: PRIVILEGED - WH DCOS-P Grants Call Follow-Up Call**

**From** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>

**Date** Tue 9/30/2025 11:35 PM

**To** Osterhues, Eric (HHS/OGC) <Eric.Osterhues@hhs.gov>; Buzzelli, Matthew J (Matt) (CDC/IOD) <ay28@cdc.gov>

**Cc** Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

Received and agree to comply as noted.

**Jordan Faircloth**
**Deputy Chief Of Staff**
Center for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
**ba43@cdc.gov**

**From:** Osterhues, Eric (HHS/OGC) <Eric.Osterhues@hhs.gov>
**Sent:** Tuesday, September 30, 2025 5:22 PM
**To:** Buzzelli, Matthew J (Matt) (CDC/IOD) <ay28@cdc.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Cc:** Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Subject:** PRIVILEGED - WH DCOS-P Grants Call Follow-Up Call



Thank you,
Eric

---

**From:** Riley, Rachel (OS/ASA) <Rachel.Riley@hhs.gov>
**Sent:** Monday, September 29, 2025 6:54 PM
**To:** Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>; Guernsey, Andrew (HHS/IOS) <Andrew.Guernsey@hhs.gov>; Memoli, Matthew (NIH/OD) [E] <matthew.memoli@nih.gov>; Buzzelli, Matthew J (Matt) (CDC/IOD) <ay28@cdc.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>; Engels, Thomas (HRSA) <TEngels@hrsa.gov>; Kleinschmidt, Arthur (SAMHSA/OAS) <Arthur.Kleinschmidt@samhsa.hhs.gov>; Gradison, Andrew (ACF) <Andrew.Gradison@acf.hhs.gov>; Devoy, Bridget (HHS/OASH) <Bridget.Devoy@hhs.gov>; Klein, Roger (AHRQ/OD) <Roger.Klein@ahrq.hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>; Bush, Margaret (HRSA) <MBush@HRSA.Gov>; McLean, Christopher L (CDC/IOD) <bc29@cdc.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Redwood, Lyn (HHS/OASH) <Lyn.Redwood@hhs.gov>; Carroll, Christopher D. (SAMHSA/OAS) <christopher.carroll@samhsa.hhs.gov>
**Cc:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>; Osterhues, Eric (HHS/OGC) <Eric.Osterhues@hhs.gov>; Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Suva, Jerry (HHS/OGC) <Jerry.Suva@hhs.gov>
**Subject:** RE: WH DCOS-P Grants Call Follow-Up Call

Predecisional and Confidential Draft

Team –

Thanks so much for all the great discussion today! Per our conversation, please plan to have at least one draft decision package in to OGC by COB WED, **DPP** **DPP**

A few things here for your reference as you work on that:
1. A high-level template for notification letters (obviously adjust as necessary for your individual decisions and context)
2. The simple tracker (which many of you already have/are already using) that should merge into this template and others
3. One thought – upon further reflection from our conversation – each of you and your teams put so much time and effort into your priorities documents **DPP** **DPP** **DPP** You've already done the work, so in my opinion, you might as well put your best foot forward.

As always, don't hesitate to reach out to me or @Guernsey, Andrew (HHS/IOS) with any questions.

Thanks,
Rachel

---

**From:** Riley, Rachel (OS/ASA)
**Sent:** Monday, September 15, 2025 4:52 PM
**To:** Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>; Guernsey, Andrew (HHS/IOS) <Andrew.Guernsey@hhs.gov>; Memoli, Matthew (NIH/OD) [E] <matthew.memoli@nih.gov>; Buzzelli, Matthew J (Matt) (CDC/IOD) <ay28@cdc.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>; Engels, Thomas (HRSA) <TEngels@hrsa.gov>; Kleinschmidt, Arthur (SAMHSA/OAS) <Arthur.Kleinschmidt@samhsa.hhs.gov>; Gradison,

Andrew (ACF) <Andrew.Gradison@acf.hhs.gov>; Devoy, Bridget (HHS/OASH) <Bridget.Devoy@hhs.gov>; Klein, Roger (AHRQ/OD) <Roger.Klein@ahrq.hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>; Bush, Margaret (HRSA) <MBush@HRSA.Gov>; McLean, Christopher L (CDC/IOD) <bc29@cdc.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Redwood, Lyn (HHS/OASH) <Lyn.Redwood@hhs.gov>

**Subject:** RE: WH DCOS-P Grants Call Follow-Up Call

Hi, team –

Thanks for the conversation today, and for all the good work that you and your team are doing on this important topic. I've sent it before, but I'm re-attaching the template here that you can use to compile justifications for the grants that you've found to be out of line with your agency priorities. Your OGC teams will be in touch ACP

ACP

As always, feel free to give me a ring if it's helpful to discuss anything further.

Best,
Rachel

-----Original Appointment-----
**From:** Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>
**Sent:** Wednesday, September 10, 2025 11:58 AM
**To:** Cuthbert, West (HHS/IOS); Guernsey, Andrew (HHS/IOS); Riley, Rachel (OS/ASA); Memoli, Matthew (NIH/OD) [E]; Buzzelli, Matthew J (Matt) (CDC/IOD); Faircloth, Jordan (CDC/IOD); Engels, Thomas (HRSA); Kleinschmidt, Arthur (SAMHSA/OAS); Gradison, Andrew (ACF); Devoy, Bridget (HHS/OASH); Klein, Roger (AHRQ/OD); Callahan, Kenneth (HHS/IOS); Mimnaugh, Emily (HHS/OGC); Bush, Margaret (HRSA); McLean, Christopher L (CDC/IOD); Shuy, Caitrin (HHS/ASFR); Redwood, Lyn (HHS/OASH)
**Subject:** WH DCOS-P Grants Call Follow-Up Call
**When:** Monday, September 15, 2025 3:30 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

---

# Microsoft Teams Need help?

## **Join the meeting now**

Meeting ID: 276 825 107 744 3

Passcode: mV7UN7Sc

---

### **Dial in by phone**

+1 206-420-5032,,868555177# United States, Seattle

Find a local number

Phone conference ID: 868 555 177#

For organizers: Meeting options | Reset dial-in PIN

CDC_001397

CDC_001398

Document Withheld as Privileged

CDC_001399

 Outlook

**FW: Quick Notes**

**From** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

**Date** Thu 2/5/2026 10:55 PM

**To** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>

📎 1 attachment (102 KB)

Data_Request_PH - Copy (2).xlsx;

Cristina — This was sent over from OMB. JC, would you add this list to your ongoing agency grant review to evaluate if these funding mechanisms are consistent with our agency priorities?

Thanks,
Sam

Cell: DPP
**Confidential, iterative, pre-decisional.**

**From:** Yokanovich, Colin T. EOP/OMB <PII
**Date:** Wednesday, February 4, 2026 at 2:13 PM
**To:** Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>, Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Cc:** Dempsey, Donald A. EOP/OMB <PII
**Subject:** Quick Notes

Adding the list DPP

**Colin Yokanovich**
*Deputy to the Associate Director for Health (Public Health)*
Office of Management and Budget
C: DPP (calls only)

Draft, Pre-decisional, Confidential

 Outlook

---

**RE: Response Requested: Federal Awards to Entities in Select States**

---

**From** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>

**Date** Tue 1/27/2026 8:52 PM

**To** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

**Cc** Green, Jamie (CDC/OCOO/OFR/OBS) <usm7@cdc.gov>; Redford, Dana Y. (CDC/OCOO/OFR) <djr0@cdc.gov>; Perry, Terrance W. (CDC/OCOO/OFR) <eax4@cdc.gov>; Chapman, Lynda W (CDC/OCOO/OD) <bf05@cdc.gov>

Thanks, Jamie. I don't need to see the final report before submission. I trust it will be accurate.

Thanks again,

**Jordan Faircloth**
**Deputy Chief of Staff**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
ba43@cdc.gov

---

**From:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>
**Sent:** Tuesday, January 27, 2026 12:14 PM
**To:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Cc:** Green, Jamie (CDC/OCOO/OFR/OBS) <usm7@cdc.gov>; Redford, Dana Y. (CDC/OCOO/OFR) <djr0@cdc.gov>; Perry, Terrance W. (CDC/OCOO/OFR) <eax4@cdc.gov>; Chapman, Lynda W (CDC/OCOO/OD) <bf05@cdc.gov>
**Subject:** FW: Response Requested: Federal Awards to Entities in Select States
**Importance:** High

Good afternoon,

Today, my staff received the subject data call for funding provided to entities in select states, with a response due by COB today.

The request was originally sent from HHS through Budget Office channels to Agencies last Thursday (Jan 22nd).

My Team are working on the response top this request.

This data call is very similar to the information we provided to you (Jordan and Sam) last week.

I wanted to make sure you are aware of this request from HHS.

Also, would you want to see the final report before we respond.

Or…..if you have any questions/concerns regarding the subject request.

Jamie W. Legier
Director, Office of Grants Services
Centers for Disease Control and Prevention
Department of Health and Human Services
Phone:  Desk:  770-488-2613; Cell: 404-583-9505

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Sent:** Tuesday, January 27, 2026 11:04 AM
**To:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>
**Subject:** FW: Response Requested: Federal Awards to Entities in Select States
**Importance:** High

Just received this – have you seen it?  It was due yesterday.

**From:** Holloway, Coretta (CDC/OCOO/OFR/OBS) <fhq2@cdc.gov>
**Sent:** Tuesday, January 27, 2026 10:36 AM
**To:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>; Moore, Tracey (CDC/OCOO/OFR/OGS) <apf4@cdc.gov>; Robinson, Ralph (CDC/OCOO/OFR/OGS) <inp2@cdc.gov>
**Subject:** Response Requested: Federal Awards to Entities in Select States
**Importance:** High

Hi Shirley, Tracey and Ralph,

Hope you all are doing well!

We received the below datacall from HHS on Federal Awards in select States. Could you point me in the right direction of who could help validate the attached data, which I pulled from our GMM report feed. I don't think a line-by-line review is needed, but just wanted OGS to clear/confirm that the FY25 & FY26 totals are pretty accurate.

Also, as noted below, HHS is also requesting funding provided to the below entities. Are we able to tease these out?
    States and localities;
    Institutions of higher education (IHEs), excluding Federal Student Aid provided on behalf of individual students; and
    Nonprofit organizations located, operating, or performing award activities within those States.

To meet HHS deadline, could you respond if possible COB today?

Thank you and happy to set up time to discuss if needed.

Coretta Holloway

Office of Budget Services
Budget Formulation Branch
Centers for Disease Control and Prevention (CDC)
fhq2@cdc.gov | 770-488-1501 office
OFR Office of Financial Resources

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Thursday, January 22, 2026 8:12 AM
**To:** OS - BUDG OPDIV Contacts <OS-BUDGOPDIVContacts@hhs.gov>; OS - BUDG non-GDM StaffDiv
Contacts <OS-BUDGnon-GDMStaffDivContacts@hhs.gov>
**Subject:** BDR - 26-9 Federal Awards to Entities in Select States

Colleagues,

Attached for your review is BDR 26-9 Federal Awards to Entities in Select States.   Please review and submit by COB Monday, January 26th.   The purpose is to collect a detailed report on Federal Awards provided to components, agencies, or instrumentalities of certain States.

DUE DATES:                          Agency Reponses due to ASFR: COB Monday, January 26th
                                    ASFR revised responses due to RMOs:  COB Wednesday, January 28, 2026
                                    RMOs Review of Agency Responses:  COB Friday, January 30, 2026

CONTACTS:                           Agency-Specific Questions:  OMB RMO Contact(s)
                                    Note: BRD will provide guidance to RMOs on how to handle general questions, and where to submit agency responses.

**Background**:  The purpose of this BDR is to collect a detailed spending report on Federal funds provided to entities in a select list of States. This information will be used to better understand the scope of funding in certain States and localities in order to facilitate efforts to reduce the improper and fraudulent use of those funds through administrative means or legislative proposals to Congress.

**Action Required**:  All Federal Departments and Agencies should complete the attached template (Attachment A) to provide a detailed spending report on all Federal funds, as defined below, that are provided to components, agencies, or instrumentalities of certain States. The list of States is included in Attachment B. Agencies are required to include all programs and projects. This is a data-gathering exercise only. It does not involve withholding funds, and therefore does not violate any court order. If your agency counsel believes otherwise, they should immediately contact OMB OGC.

Agencies should provide as much information as possible by this deadline. If agencies do not have any spending to report, they should notify their OMB RMO representative. Agencies should also reach out to your RMO if there are issues with providing some of this information by the deadline.

*Scope of Federal Funds:*  Agencies should report on Federal funding provided to any components, agencies, or instrumentalities of the States listed in Attachment B. This includes all grants (including grants then provided as subcontracts or subgrants to other entities), cooperative agreements, loans, contracts (including subcontracts), and other monetary awards.

Agency reports should include funding provided to the following entities:
States and localities;
- Institutions of higher education (IHEs), excluding Federal Student Aid provided on behalf of individual students; and

Nonprofit organizations located, operating, or performing award activities within those States.

Agencies should report on Federal funding provided directly to the entities above, including Federal funding that is ultimately provided to other entities through subgrants or subawards. Agencies only need to report individual Federal contracts with nonprofit organizations when they support activities on behalf of the State government.

*Federal Obligations:* Agencies should report on actual obligations in fiscal year (FY) 2025 and estimated obligations in FY 2026 regardless of the year in which the funds were appropriated. In cases where FY 2026 appropriations have not yet been enacted into law, agencies should report the amounts reflected in the pending FY 2026 Conference bills. Agencies should also highlight potential obligations arising in the near future.

Obligations in the States included in Attachment B should be reported regardless of type (discretionary appropriations, mandatory, funding supplemental, fee-funded activities, etc.). In the case of loans, provide the loan level (rather than the subsidy rate) and indicate the amount is a loan level.

*Data Fields on Attachment A:* Attachment A includes separate worksheets for each State included on Attachment B. In each worksheet, agencies should report the following:

Budget Account.

Program. The program, project, or activity, as defined by the agency.

Type of Federal Funding. Report the type of Federal funding, in one of the following categories:
- Formula Grant
- Competitive Grant
- Subgrant/subaward
- Federal Loan (direct or guaranteed)
- Contract/subcontract
- Other (brief description)

Agency Spending (Actual). Report actual obligations in FY 2025, and obligations to date in FY 2026, regardless of the year in which the funds were appropriated. Obligations should be reported in dollars.

Estimated FY 2026 Spending. Report the total amount of estimated obligations in FY 2026. In cases where FY 2026 appropriations are not enacted into law, please report the amounts reflected in the recently released Conference versions of appropriations bills. If you cannot estimate these amounts for a particular program, please explain in the *Comments* column.

Potential Near-Term Obligations? (Y/N). Flag if agencies are planning to enter into new obligations with implicated States before the end of February. Also note the type of obligations that will be made.

Authorizing Statute. Provide a statutory citation for the reported program.

Source of Funding. Provide a source for the appropriations for the reported program. If funding is provided through the authorizing statute, please include "same as authorizing statute."

Description of Federal Assistance. Use this column to report:
- The purpose of the Federal funding (no more than 1-2 sentences);
- Whether the Federal assistance is provided directly to local governments or nonprofit entities (as well as their components and instrumentalities), or provided through the sub-granting or sub-allocation of Federal funds from another entity (e.g., State government);
- Circumstances where the local jurisdictions function as a "pass through" to other entities; and

- Other information worth highlighting.

CDC_001405

<u>Comments</u>.  Provide any other notable information about the reported program. As indicated above, if you cannot estimate the FY 2026 amount, please note that here.

NOTE:  Agencies should report any Federal funding provided to entities <u>once</u> – not each stage of the award/contract cycle. In other words, if agencies report funding provided to the States, they do not need to separately report the subgrant or subaward provided to entities.

**<u>Attachments</u>**:
Attachment A—State Funding Template (Excel) Attachment B— List of States Included (PDF)

Dawayne Nutt
ASFR – Office of Budget
Mobile 202.380.2745



**TICK TOCK**



Draft, deliberative, predecisional

Dear Recipient:



Thank you for cooperation in this effort. CDC looks forward to coordinating in this review. If you have questions, please contact the CDC Office of Grants Services.

**On background:**



CDC_001409



CDC_001410

Dear [Congressional staff],





CDC_001412



DPP

_001414

**DPP**

CDC_001415

| | |
|---|---|
| **From:** | Sullivan, Katharine T. EOP/OMB |
| **To:** | Decker, Paige (HHS/ASL) |
| **Cc:** | Miller, JC (HHS/IOS); Wasserman, Daniel F. EOP/WHO; Yokanovich, Colin T. EOP/OMB; Milner, Clark EOP/WHO; Fields, Jay EOP/WHO; Braid, James C. EOP/WHO; Buckham, Matthew (HHS/IOS); Beyda, Sam (OS/IOS); Callahan, Kenneth (HHS/IOS); Faircloth, Jordan (CDC/IOD); Paoletta, Mark R. EOP/OMB; Shapiro, Daniel J. EOP/OMB |
| **Subject:** | Re: DPP |
| **Date:** | Friday, February 6, 2026 12:01:01 PM |
| **Attachments:** | CDC Grants Rollout.docx<br>DPP Updated Work Plan Request (CDC).docx<br>Press Background.docx<br>Hill Notification.docx<br>CDC DPP Grant.docx |

Adding Mark Paoletta and Dan Shapiro

Thank you Page.  Quick thoughts here
1.  Where are we on the DPP
2.  Flagging these are DPP

Thanks
Katie
Sent from my iPhone


On Feb 6, 2026, at 12:15 PM, Decker, Paige (HHS/ASL)
<Paige.Decker@hhs.gov> wrote:


Good morning all,

Looping in WH OLA to ensure all equities are on the same page.

To provide a quick level set for recent additions to the chain, here is our current state of play:

- CDC reviewed the DPP grants January 13 – 20, 2026 to assess alignment with CDC priorities, which were posted publicly on CDC's website on September 17, 2025. After the review, the DPP were flagged for nonalignment with those priorities.
- To ensure the grant programs are aligned with CDC priorities, HHS and CDC crafted the following action plan:
  - 
  -
  -



The team is hoping <span>DPP</span>
**DPP**

Thank you in advance for your consideration,

Paige Decker
HHS/ASL

---

**From:** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>
**Sent:** Thursday, February 5, 2026 8:45 PM
**To:** Wasserman, Daniel F. EOP/WHO **PII**
**PII** Yokanovich, Colin T. EOP/OMB
**PII** Milner, Clark EOP/WHO
<**PII**
**Cc:** Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Beyda, Sam (OS/IOS)
<Sam.Beyda@hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>;
Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>; Decker, Paige (HHS/ASL)
<Paige.Decker@hhs.gov>
**Subject:** **DPP**

Good evening,

Attached are the draft communications plan deliverables **DPP**
**DPP**.

I am copying OMB contacts as well to ensure open communications.

We are ready to execute once direction, and approval is given regarding the
**DPP**.

JC

| From: | Wasserman, Daniel F. EOP/WHO |
|---|---|
| To: | Sullivan, Katharine T. EOP/OMB |
| Cc: | Miller, JC (HHS/IOS); Yokanovich, Colin T. EOP/OMB; Dempsey, Donald A. EOP/OMB; Milner, Clark EOP/WHO; Paoletta, Mark R. EOP/OMB; Shapiro, Daniel J. EOP/OMB; Buckham, Matthew (HHS/IOS); Callahan, Kenneth (HHS/IOS); Beyda, Sam (OS/IOS); Faircloth, Jordan (CDC/IOD) |
| Subject: | Re: [DPP] |
| Date: | Thursday, February 5, 2026 9:09:15 PM |

Thanks, Katie. No, the [DPP] had nothing to do with us — we were informed two nights ago when you were. We never had a call on the subject.

Daniel Wasserman

[PII]

> On Feb 5, 2026, at 9:51 PM, Sullivan, Katharine T. EOP/OMB <Katharine.T.Sullivan@omb.eop.gov> wrote:

> Agree with you Dan 100%z Please focus on the immediate issue at hand. And to be clear - [DPP] Matt suggested this [DPP]

> [DPP]

> Look forward to resolving the waste identified earlier this week [DPP]

> [DPP]

> Sent from my iPhone

>> On Feb 5, 2026, at 9:40 PM, Wasserman, Daniel F. EOP/WHO <[PII]> wrote:

>> Also JC—

>> You guys need to deal [DPP] before you do any more work on the [DPP]

>> [DPP]

>> [DPP]

>> Daniel Wasserman

>> [PII]

>>> On Feb 5, 2026, at 8:52 PM, Sullivan, Katharine T. EOP/OMB <[PII]> wrote:

>>> Adding Mark Paoletta and Daniel Shapiro to help inform their ongoing discussion with HHS OGC.

Thank you
Katie
Sent from my iPhone

Begin forwarded message:

**From:** "Miller, JC (HHS/IOS)"
<James.Miller@hhs.gov>
**Date:** February 5, 2026 at 8:44:54 PM EST
**To:** "Wasserman, Daniel F. EOP/WHO"
PII

"Sullivan, Katharine T. EOP/OMB"
PII

"Yokanovich, Colin T. EOP/OMB"
PII

"Milner, Clark EOP/WHO"
PII

**Cc:** "Buckham, Matthew (HHS/IOS)"
<Matthew.Buckham@hhs.gov>, "Beyda,
Sam (OS/IOS)" <Sam.Beyda@hhs.gov>,
"Callahan, Kenneth (HHS/IOS)"
<Kenneth.Callahan@hhs.gov>, "Faircloth,
Jordan (CDC/IOD)" <ba43@cdc.gov>,
"Decker, Paige (HHS/ASL)"
<Paige.Decker@hhs.gov>
**Subject:** DPP

Good evening,
Attached are the draft communications
plan deliverables 
DPP

I am copying OMB contacts as well to
ensure open communications.

We are ready to execute once direction,
and approval is given regarding the DPP
DPP

JC

<CDC DPP .docx>
<Hill Notification.docx>
<Press Background.docx>

DPP Updated Work Plan Request (CDC).docx>
<CDC Grants Rollout.docx>

**Outlook**

## Terminations

**From** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>

**Date** Wed 2/11/2026 6:08 PM

**To** Moore, Tracey (CDC/OCOO/OFR/OGS) <apf4@cdc.gov>; Messick, Jon (CDC/OCOO/OFR/OGS) <yfa4@cdc.gov>

**Cc** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>

📎 1 attachment (16 KB)

Terminations 2-11-26.xlsx;

These must be completed today –

Jon your letters start at 46 to the end – will call and explain 😊

Here are the letters:  ☐ Termination Letters

Document Produced in Native Form

CDC_001422

Outlook

## Re: Update

**From** Sullivan, Katharine T. EOP/OMB <Katharine.T.Sullivan@omb.eop.gov>

**Date** Sat 2/7/2026 6:29 PM

**To** Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>

**Cc** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Dempsey, Donald A. EOP/OMB PII ; Yokanovich, Colin T. EOP/OMB PII Bruno, Grace A. EOP/OMB PII ; Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>; Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Robles, Benjamin (HHS/OGC) <Benjamin.Robles@hhs.gov>

And yes! Thank you Matt – on me I missed JC presence on the last call with Colin yesterday. Appreciate you guys remaining consistent with that.

Colin will follow up if he has questions about details. Thank you. JC Enjoyed our conversation Friday – please call if you need anything.

Thanks
Katie
Sent from my iPhone

> On Feb 7, 2026, at 12:45 PM, Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov> wrote:
>
>
> Thanks Katie,
>
> **DPP**
>
> I'll let JC schedule another phone call with you all to answer any questions you may have on specifics.
>
> +Cristina and Ben from OGC **ACP**
>
> Matt
>
> Get Outlook for iOS
>
> **From:** Sullivan, Katharine T. EOP/OMB PII
> **Sent:** Saturday, February 7, 2026 7:31 AM
> **To:** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>

Dempsey, Donald A. EOP/OMB PII ███████████ Yokanovich, Colin T. EOP/OMB PII ██████████████; Bruno, Grace A. EOP/OMB PII ██████████████████████ Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>

**Subject:** Update

Good morning!

Per Matt's direction want to be DPP ████████████████████████
DPP ██████████████████████████████████

I spoke to JC DPP ████████████████████████

DPP ████████████████████████████████

DPP ████████████████████████

Thanks all!
Katie
Sent from my iPhone

| | |
|---|---|
| **From:** | Sullivan, Katharine T. EOP/OMB |
| **To:** | Buckham, Matthew (HHS/IOS) |
| **Cc:** | Miller, JC (HHS/IOS); Callahan, Kenneth (HHS/IOS); Dempsey, Donald A. EOP/OMB; Yokanovich, Colin T. EOP/OMB; Bruno, Grace A. EOP/OMB; Cuthbert, West (HHS/IOS); Del Rosso, Cristina (HHS/OGC); Robles, Benjamin (HHS/OGC); Paoletta, Mark R. EOP/OMB; Shapiro, Daniel J. EOP/OMB |
| **Subject:** | Re: Update |
| **Date:** | Saturday, February 7, 2026 11:58:38 AM |

Good we checked in – **DPP**
**DPP**

Adding Mark Paoletta and Dan Shapiro from OMB OGC
Sent from my iPhone

> On Feb 7, 2026, at 12:45 PM, Buckham, Matthew (HHS/IOS)
> <Matthew.Buckham@hhs.gov> wrote:

Thanks Katie,



I'll let JC schedule another phone call with you all to answer any questions you may have on specifics.

+Cristina and Ben from **DPP**
**DPP**

Matt

Get Outlook for iOS

**From:** Sullivan, Katharine T. EOP/OMB **PII**
**Sent:** Saturday, February 7, 2026 7:31 AM
**To:** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Dempsey, Donald A. EOP/OMB
**PII**                                    Yokanovich, Colin T. EOP/OMB
**PII**                            Bruno, Grace A. EOP/OMB
**PII**                       uthbert, West (HHS/IOS)
<West.Cuthbert@hhs.gov>

**Subject:** Update

Good morning!

Per Matt's direction want to be sure 

I spoke to JC 

JC Sorry I missed your call early evening - oval time. I don't bring my phone.

Thanks all!
Katie
Sent from my iPhone

 Outlook

---

## **URGENT** Grant Work Plans/Documents

---

**From** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>

**Date** Fri 2/6/2026 9:34 PM

**To** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>

**Cc** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Jordan, Kody (CDC/OD/OCS) <aw85@cdc.gov>

Jamie, I also need ASAP the work plans and other related documents for the following 66 grants. I really appreciate the support in this.

NE11OE000095
NE11OE000002
NE11OE000036
NE11OE000071
NE11OE000044
NU50CD300862
U48DP006806
NH78TU000006
NUE1EH001455
U01PS005248
NH25PS005243
NH25PS005219
U01CE003753
NU38PW000045
NU62PS924771
NU62PS924778
U01PS005259
NUE1EH001458
NE11OE000074
NUE1EH001451
NU38PW000027
NU58DP007634
NU62PS924693
NU62PS924726
NU62PS924751
NU62PS924747
NU62PS924729
NU62PS924690
NU62PS924674
NU62PS924680
NU38PS004654
NU38PW000035
NH25PS005212
NH25PS005210
NU62PS924668
NU62PS924661
NE11OE000089
NE11OE000034
NU62PS924764
U01PS005290
NH25PS005164
NH25PS005254
NU38PW000029
NU58DP007617
NU62PS924704

CDC_001428

NE11OE000048
NU17CE010056
NU58DP007607
NE11OE000027
NU58DP007641
NE11OE000090
NE11OE000094
NU58DP007844
NU17CE010045
NH25PS005247
NU62PS924862
NH25PS005255
NU38PW000023
U01PS005270
NU38PW000048
NU38PW000026
NU62PS924789
NU62PS924658
NU38PW000050
NU62PS924657
R01CE003582

**Jordan Faircloth**
**Deputy Chief of Staff**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
ba43@cdc.gov

CDC_001429

 Outlook

## RE: URGENT: Grants Info Request

**From** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>

**Date** Fri 1/23/2026 5:42 PM

**To**  Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>; Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>

**Cc**  Jordan, Kody (CDC/OD/OCS) <aw85@cdc.gov>

No problem to add.  Here is the updated version: 📊 Updated Unobligated Balances - 1-13-26.xlsx

Thanks!
Shirley

---

**From:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Sent:** Friday, January 23, 2026 12:22 PM
**To:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>; Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>; Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>
**Cc:** Jordan, Kody (CDC/OD/OCS) <aw85@cdc.gov>
**Subject:** Re: URGENT: Grants Info Request

Thanks. This is excellent. Is there a state or city tab that I don't see? Good chance I am missing something. If not, is that difficult to add.

---

**From:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Date:** Friday, January 23, 2026 at 12:07 PM
**To:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>, Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>
**Cc:** Jordan, Kody (CDC/OD/OCS) <aw85@cdc.gov>, Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Subject:** RE: URGENT: Grants Info Request

Thanks!

## Jordan Faircloth
**Deputy Chief of Staff**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
ba43@cdc.gov

---

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Sent:** Friday, January 23, 2026 12:07 PM
**To:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>; Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>
**Cc:** Jordan, Kody (CDC/OD/OCS) <aw85@cdc.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Subject:** RE: URGENT: Grants Info Request

Hey Jordan – Here you go: 📊 Unobligated Balances - 1-13-26.xlsx

Thanks!
Shirley

---

**From:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Sent:** Friday, January 23, 2026 11:57 AM
**To:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Cc:** Jordan, Kody (CDC/OD/OCS) <aw85@cdc.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Subject:** RE: URGENT: Grants Info Request

Jamie/Shirley, can you add the localities to the attached? Thanks!

## Jordan Faircloth
**Deputy Chief of Staff**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
**ba43@cdc.gov**

---

**From:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>
**Sent:** Tuesday, January 13, 2026 2:46 PM
**To:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>; Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Cc:** Jordan, Kody (CDC/OD/OCS) <aw85@cdc.gov>
**Subject:** RE: URGENT: Grants Info Request

There are about 5 we are still trying to figure out.

Jamie

---

**From:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Sent:** Tuesday, January 13, 2026 2:44 PM
**To:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Cc:** Jordan, Kody (CDC/OD/OCS) <aw85@cdc.gov>
**Subject:** RE: URGENT: Grants Info Request

Any update? I know it's a short timeframe. Thanks!

## Jordan Faircloth
**Deputy Chief Of Staff**
Center for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
**ba43@cdc.gov**

---

**From:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>
**Sent:** Tuesday, January 13, 2026 1:31 PM

**To:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>; Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Cc:** Jordan, Kody (CDC/OD/OCS) <aw85@cdc.gov>
**Subject:** RE: URGENT: Grants Info Request

Will work on it now.

Jamie

_____

**From:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Sent:** Tuesday, January 13, 2026 1:30 PM
**To:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Cc:** Jordan, Kody (CDC/OD/OCS) <aw85@cdc.gov>
**Subject:** URGENT: Grants Info Request
**Importance:** High

al funding remaining for the  DPP grants listed below?
!



CDC_001434



**Deputy Chief Of Staff**
Center for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
ba43@cdc.gov

CDC_001435