UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget, et al.*,<br><br>　　　　Defendants. | Case No. 26-cv-1566<br><br>Hon. Manish S. Shah |

### INDEX OF EXHIBITS
### TO PLAINTIFF STATES' MOTION FOR PRELMINARY INJUNCTION

**I.　　DEFENDANTS' PRODUCTION**

| No. | Document Title |
|---|---|
| 1 | Excerpts of March 2, 2026, document production from defendant Office of Management and Budget (OMB) |
| 2 | Excerpts of March 2, 2026, document production from defendant Centers for Disease Control and Prevention (CDC) |

**II.　　DECLARATIONS**

| No. | Declarant Name | Declarant Title |
|---|---|---|
| 3 | Stefanie Krajewski | Legal Assistant, Office of the Illinois Attorney General |
| 4 | Sherief Gaber | Assistant Attorney General, Office of the Illinois Attorney General |
| 5 | Ashley Thoele | Chief Operating Officer, Illinois Department of Public Health |
| 6 | Olusimbo Ige | Commissioner, Chicago Department of Public Health |

| No. | Declarant Name | Declarant Title |
|---|---|---|
| 7 | Ned Calonge | Chief Medical Officer, Colorado Department of Public Health and Environment |
| 8 | Karin McGowan | Executive Director, Department of Public Health and Environment for the City and County of Denver |
| 9 | Wendy Underwood | Deputy Commissioner, Minnesota Department of Health |
| 10 | Susan Fanelli | Chief Deputy Director of Health Quality and Emergency Response, California Department of Public Health |
| 11 | Barbara Ferrer | Director, Los Angeles County Department of Public Health |
| 12 | Theresa Maldonado | Vice President for Research & Innovation, University of California, Office of the President |
| 13 | Tim McMahon | Federal Affairs Bureau Chief, Illinois Department of Transportation |
| 14 | Lisa Brockway | Fiscal Administrator, Illinois Secretary of State's Office, Department of Driver Services |
| 15 | Megha Lakhchaura | Electric Vehicle Officer, Illinois Environmental Protection Agency |
| 16 | Susie Strife | Director, Boulder County Office of Sustainability, Climate Action and Resilience |
| 17 | Jon Solberg | Assistant Commissioner for Sustainability, Planning, and Program Management, Minnesota Department of Transportation |
| 18 | Keith Duncan | Chief, Caltrans Division of Budgets, California Department of Transportation |
| 19 | James O'Dea | Assistant Deputy Director, Transportation Electrification, California Department of Transportation |
| 20 | Clayton Kuetemeyer | Deputy Director, Illinois Emergency Management Agency and Office of Homeland Security |
| 21 | Michael Haney | Director of the Office of Preparedness, Division of Homeland Security and Emergency Management, Colorado Department of Public Safety |

| No. | Declarant Name | Declarant Title |
|---|---|---|
| 22 | Allison Farole | Director of Homeland Security and Emergency Management, Minnesota Department of Public Safety |
| 23 | Robyn Fennig | Deputy Director for Recovery and State Hazard Mitigation Officer, California Governor's Office of Emergency Services |