UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.*, <br><br> Defendants. | Case No. 26-cv-1566 <br><br> Hon. Manish S. Shah |

# EXHIBIT 1

Excerpts of March 2, 2026 document production from defendant Office of Management and Budget (OMB)

# Grant Awards

**From:** Sullivan, Katheranine T. EOP/OMB - PII
**To:** Matthew Buckham <matthew.buckham@hhs.gov>, Stefanie Spear <stefanie.spear@hhs.gov>
**Cc:** Kenneth Callahan <kenneth.callahan@hhs.gov>, Wasserman, Daniel F. WHO/OMB - PII
**Bcc:** "Sullivan, Katharine T. EOP/OMB" <PII>
**Date:** Sat, 17 Jan 2026 15:23:54 -0500

Hello All -

Thank you for the productive conversations Friday regarding DPP DPP

DPP

Please send a list of DPP DPP

DPP

DPP

DPP

It would be my assumption DPP DPP DPP

Thank you for your attention to this matter. OMB may be DPP DPP

Thanks for your willingness to be team players and to support the President's priorities! I am always available for further instruction or concerns -

Katie
PII

Sent from my iPhone

OMB -00000022

## PMC Deputies Call

**From:** "Ueland, Eric M. EOP/OMB" <PII>
**To:** PII,
**Cc:** "Sullivan, Katharine T. EOP/OMB" <PII>, "Paoletta, Mark R. EOP/OMB" <PII>
**Date:** Thu, 22 Jan 2026 23:02:35 -0500

Good evening—

To follow up on Wednesday afternoon's PMC call, I'm pulling us together tomorrow at 12:30 PM about DPP DPP

The purpose of the call is to DPP DPP DPP This can include actions DPP

During the meeting each agency should be prepared to briefly outline:

DPP

Mark Paoletta and Katie Sullivan will join us again. I look forward to the conversation, and seeing you tomorrow at 12:30 PM.

Thank you.

My best,
eric

Eric Ueland
Deputy Director for Management
Office of Management and Budget
PII cell yes text no)

# Friday PMC follow up

**From:** Sullivan, Katharine T. EOP OMB - PII
**To:** Steven Bradbury <PII>, PII, West Cuthbert <west.cuthbert@hhs.gov>, PII, PII
**Cc:** Hal P. Duncan EOP OMB <harold.p.duncan@omb.eop.gov>, Mark Paoletta, PII
**Bcc:** "Sullivan, Katharine T. EOP/OMB" <PII>
**Date:** Sun, 25 Jan 2026 19:14:56 -0500

Good evening all!

I hope you are safe and warm! You all had some very intriguing ideas for DPP DPP. We so appreciate your creativity and willingness to dive in to this important action for the President.

DPP
DPP

DPP
DPP

DPP Thank you again for your assistance and as the day progresses we can talk with other members of your team as appropriate. And please do not hesitate to reach out to me with any questions or concerns!

Best
Katie Sullivan
Chief of Staff
OMB
PII

NOTES:

AG: DPP
DPP
DPP

Commerce: DPP
DPP

Education: DPP

Energy: DPP
DPP

CDC: DPP

Interior: DPP [redacted]
DPP [redacted]
DPP [redacted]
DPP [redacted]
DPP [redacted]

Transpo: DPP [redacted]
DPP [redacted]

EPA: DPP [redacted]

Sent from my iPhone

## Re: Grant Awards - Implementation Call follow up

**From:** "Sullivan, Katharine T. EOP/OMB" <PII>
**To:** Matthew Buckham <matthew.buckham@hhs.gov>
**Cc:** Stefanie Spear <stefanie.spear@hhs.gov>, Kenneth Callahan <kenneth.callahan@hhs.gov>, "Wasserman, Daniel F. EOP/WHO" <PII>, Miller JC <james.miller@hhs.gov>, Caitrin Shuy <caitrin.shuy@hhs.gov>, Cristina Del Rosso <cristina.delrosso@hhs.gov>, Gustav Chiarello <gustav.chiarello@hhs.gov>, John Walker <john.walker@hhs.gov>
**Date:** Mon, 02 Feb 2026 13:38:01 -0500

**DPP**

Thank you!
Katie
Sent from my iPhone

On Feb 2, 2026, at 11:20 AM, Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov> wrote:

Thanks Katie,

Let me give you a quick call.

**DPP**

**DPP**

Please have any White House colleagues reach out to me directly for any clarification. I'll call you and Dan.

**PII**

Matt

Get Outlook for iOS
From: Sullivan, Katharine T. EOP/OMB <PII>
Sent: Sunday, February 1, 2026 7:11:21 PM
To: Sullivan, Katharine T. EOP/OMB <PII>; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Spear, Stefanie (HHS/IOS) <Stefanie.Spear@hhs.gov>
Cc: Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO <PII>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>
Subject: RE: Grant Awards - Implementation Call follow up

Thanks to those of you that participated in [DPP] call coordinated by DCOS/P (Dan Wasserman included above). [DPP]

[DPP]

[DPP]

[DPP]

[DPP]

[DPP]

[DPP]

[DPP]

[DPP]

[DPP]

[DPP] speonecific question which may give the team ideas about how to approach this project: [DPP]
[DPP]
[DPP]

JC I will pass what you sent to the EOP team, I believe [DPP] let me confirm. Thank you! Let me know if you have questions or concerns –

Katie Sullivan

From: Sullivan, Katharine T. EOP/OMB <PII>
Sent: Saturday, January 17, 2026 3:24 PM
To: Matthew Buckham <Matthew.Buckham@hhs.gov>; Stefanie Spear <stefanie.spear@hhs.gov>
Cc: Kenneth Callahan <kenneth.callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO <PII>
Subject: Grant Awards

Hello All -
Thank you for the productive conversations Friday regarding [DPP]

[DPP]

Please send a list of the [DPP]

[DPP]

[DPP]

[DPP]

[DPP]

It would be my assumption [DPP]
[DPP]
[DPP]

Thank you for your attention to this matter. OMB may be [DPP]
[DPP]

Thanks for your willingness to be team players and to support the President's priorities! I am always available for further instruction or concerns -

OMB -00000028

Katie


Sent from my iPhone