**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| STATE OF ILLINOIS *et al.*, | |
| Plaintiffs, | Case No. 26-cv-1566 |
| v. | Hon. Manish S. Shah |
| RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.*, | |
| Defendants. | |

# EXHIBIT 2

Excerpts of March 2, 2026 document production from defendant Centers for Disease Control and Prevention (CDC)

 Outlook

---

**66 Work Plans**

**From** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>

**Date** Sat 2/7/2026 1:22 AM

**To** Le, Quy (ACF) <Quy.Le@acf.hhs.gov>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

**Cc** Jordan, Kody (CDC/OD/OCS) <aw85@cdc.gov>

Let me know of any issues, etc.

Jordan Faircloth
Deputy Chief of Staff, CDC
(770) 797-8208
ba43@cdc.gov

---

**From:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>
**Sent:** Friday, February 6, 2026 8:12 PM
**To:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Subject:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) shared the folder "Application project" with you



## Legier, Jamie W. (CDC/OCOO/OFR/OGS) invited you to view a folder

The documents for the 66 grants are in this folder. Let me know if you have issues accessing. Jamie

 Application project

CDC_001264

🔒 This invite will only work for you and people with existing access.

Open     Share



This email is generated through CDC's use of Microsoft 365 and may contain content that is controlled by CDC.

CDC_001265

 Outlook

---

**RE: Active Grants - CO, CA, MN & IL**

---

**From** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>

**Date** Mon 1/26/2026 8:12 PM

**To** Beyda, Sam (CDC/IOD) <bh15@cdc.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

**Cc** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Messick, Jon (CDC/OCOO/OFR/OGS) <yfa4@cdc.gov>

Good Afternoon, Sam!

Here is the UPDATED spreadsheet with requested information: 📊
 UPDATED Data Request SB2 - 1-26-26.xlsx

If there are any awards where the abstract column says N/A and you need that information – just let me know and I can add it.

Please let me know if you have questions or need further information.

Thanks!
Shirley

---

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS)
**Sent:** Friday, January 23, 2026 9:13 AM
**To:** Beyda, Sam (CDC/IOD) <bh15@cdc.gov>; 'Beyda, Sam (OS/IOS)' <Sam.Beyda@hhs.gov>
**Cc:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Messick, Jon (CDC/OCOO/OFR/OGS) <yfa4@cdc.gov>
**Subject:** RE: Active Grants - CO, CA, MN & IL

Good Morning Sam!

Attached is the updated spreadsheet with the additional information you requested.

- Tabs 1-4 are broken out by state and show total funds that have been obligated to each recipient (Column F) and current PMS balances (Column H)
    - Each state is sorted by amounts obligated from largest to smallest amounts.
    - Filters available to sort by both recipient and recipient type
- Tab 5 is estimated future funding for all recipients in the 4 states.
    - Estimate was calculated on previous award amounts excluding any special funding, such as COVID, MPOX etc
    - This estimate is for the next annual award amount
    - At the top of the tab in row 1, there is a filter so you can view by each state.

Please let me know if you have any questions or if I can provide any clarification on the information provided.  These spreadsheets can get busy and cumbersome.

Thank you & Happy Friday!
Shirley

---

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS)
**Sent:** Thursday, January 22, 2026 3:35 PM

CDC_001267

**To:** Beyda, Sam (CDC/IOD) <bh15@cdc.gov>; 'Beyda, Sam (OS/IOS)' <Sam.Beyda@hhs.gov>
**Cc:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Messick, Jon (CDC/OCOO/OFR/OGS) <yfa4@cdc.gov>
**Subject:** Active Grants - CO, CA, MN & IL

Good Afternoon —

     As requested, attached are the active awards for Colorado, California, Minnesota, and Illinois.  Each state is on a separate tab and sorted by entity type (Column E).  Please let me know if you have questions or would like additional information.

Thank you,

**Shirley**

 Outlook

**Agency Priorities Grant Review**

**From** Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>

**Date** Fri 2/6/2026 12:36 AM

**To** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>

**Cc** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>

https://nypost.com/2026/02/04/us-news/white-house-instructs-dot-cdc-to-cut-1-5b-in-woke-green-grants-for-dem-states/

JC, this article came out yesterday. Can you please ensure you incorporate these into the standard process of grants for alignment to agency priorities?



Get Outlook for iOS



☰ **SECTIONS** 🔍 ✉ **NEW YORK POST** 👤 **LOG IN**

Edition CA ✓ NY

US News    Metro    Long Island    **Politics**    World News

**TRENDING NOW IN US NEWS**

 **CEO who grabbed teen's neck, tossed him to floor for splashing...**

 **Super-secretive Bohemian Grove society members...**

 **'Dangerous' Son trucker busted d wrong way on...**

**POLITICS**    *EXCLUSIVE*

# White House instructs DOT, CDC to cut $1.5B in grants for Dem states, citing 'waste and mismanagement'

By Josh Christenson

Published Feb. 4, 2026
Updated Feb. 4, 2026, 3:11 p.m. ET

💬 206



Listen to Hillary Clinton's closed-door opening statement during her House Oversight deposition on Jeffrey Epstein

▶ ⏭ 🔇    00:00 / 00:00    🔗 ⚙ ⤢

WASHINGTON — President Trump's budget office is instructing the Department of Transportation and Centers for Disease Control and Prevention to claw back more than $1.5 billion from blue states on grounds the money was being mishandled, officials told The Post.

The Office of Management and Budget (OMB) told the DOT Wednesday to cancel more than $943 million, while the CDC was ordered to nix at least $602 million meant for California, Colorado, Illinois and Minnesota.

An OMB spokesperson said that the states were being targeted for "waste and mismanagement" of taxpayer funds.

Illinois was slated to receive the largest of the transportation-related grants, with $100 million provided to the state's Environmental Protection Agency to build electric vehicle (EV) charging stations. A DOT spokesman confirmed the cuts were being carried out.

"Time and time again, the Trump Administration has attempted to politicize and punish certain states President Trump does not like," a spokesperson for Illinois Gov. JB Pritzker's office said in a statement. "It's wrong and often illegal, so Illinois will always fight for the resources and services our taxpayers are owed."

The health care money, some of which was passed under former President Joe Biden, funded research on Diversity, Equity and Inclusion (DEI) initiatives or transgender medicine that was "not in line with administration policy," according to White House officials.

## *EXPLORE MORE*



**CEO who grabbed teen's neck, tossed him to floor for splashing drink on his wife learns his fate**



**Super-secretive Bohemian Grove society members allegedly leaked as who's who of celebrity elite**



**'Dangerous' Somali trucker busted driving wrong way on highway couldn't read road signs, failed English test**

 Outlook

**RE: BDR - 26-9 Federal Awards to Entities in Select States**

**From** Falisi, Angela (OS/ASFR) <Angela.Falisi@hhs.gov>
**Date** Fri 1/30/2026 9:17 PM
**To** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Cc** Johnson, Shaina (HHS/ASFR) <Shaina.Johnson@hhs.gov>

📎 1 attachment (274 KB)
CDC FY25 and FY26 Awards.xlsx;

Thank you – appreciate the heads up

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Friday, January 30, 2026 4:15 PM
**To:** Falisi, Angela (OS/ASFR) <Angela.Falisi@hhs.gov>
**Subject:** FW: BDR - 26-9 Federal Awards to Entities in Select States

I am sending as an FYI the CDC response to the Federal Awards to Entities in Select States.

**From:** Holloway, Coretta (CDC/OCOO/OFR/OBS) <fhq2@cdc.gov>
**Sent:** Friday, January 30, 2026 2:45 PM
**To:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Cc:** Green, Jamie (CDC/OCOO/OFR/OBS) <usm7@cdc.gov>; Dunn, Evelyn (CDC/OCOO/OFR/OBS) <edm2@cdc.gov>
**Subject:** BDR - 26-9 Federal Awards to Entities in Select States

Hi Dawayne,

Thank you for the additional time to complete.

Please see attached submission.

Best,

Coretta Holloway

Office of Budget Services
Budget Formulation Branch
Centers for Disease Control and Prevention (CDC)
fhq2@cdc.gov | 770-488-1501 office
OFR Office of Financial Resources

CDC_001294

Coretta

---

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Thursday, January 22, 2026 8:12 AM
**To:** OS - BUDG OPDIV Contacts <OS-BUDGOPDIVContacts@hhs.gov>; OS - BUDG non-GDM StaffDiv Contacts <OS-BUDGnon-GDMStaffDivContacts@hhs.gov>
**Subject:** BDR - 26-9 Federal Awards to Entities in Select States

Colleagues,

Attached for your review is BDR 26-9 Federal Awards to Entities in Select States.   Please review and submit by COB Monday, January 26th.   The purpose is to collect a detailed report on Federal Awards provided to components, agencies, or instrumentalities of certain States.

DUE DATES:                              Agency Reponses due to ASFR: COB Monday, January 26th
                                        ASFR revised responses due to RMOs:  COB Wednesday, January 28, 2026
                                        RMOs Review of Agency Responses:  COB Friday, January 30, 2026

CONTACTS:                               Agency-Specific Questions:  OMB RMO Contact(s)
                                        Note: BRD will provide guidance to RMOs on how to handle general questions, and where to submit agency responses.

**Background**:  The purpose of this BDR is to collect a detailed spending report on Federal funds provided to entities in a select list of States. This information will be used to better understand the scope of funding in certain States and localities in order to facilitate efforts to reduce the improper and fraudulent use of those funds through administrative means or legislative proposals to Congress.
**Action Required**:  All Federal Departments and Agencies should complete the attached template (Attachment A) to provide a detailed spending report on all Federal funds, as defined below, that are provided to components, agencies, or instrumentalities of certain States. The list of States is included in Attachment B. Agencies are required to include all programs and projects. This is a data-gathering exercise only. It does not involve withholding funds, and therefore does not violate any court order. If your agency counsel believes otherwise, they should immediately contact OMB OGC.
Agencies should provide as much information as possible by this deadline. If agencies do not have any spending to report, they should notify their OMB RMO representative. Agencies should also reach out to your RMO if there are issues with providing some of this information by the deadline.

*Scope of Federal Funds:*  Agencies should report on Federal funding provided to any components, agencies, or instrumentalities of the States listed in Attachment B. This includes all grants (including grants then provided as subcontracts or subgrants to other entities), cooperative agreements, loans, contracts (including subcontracts), and other monetary awards.

Agency reports should include funding provided to the following entities:
States and localities;
- Institutions of higher education (IHEs), excluding Federal Student Aid provided on behalf of individual students; and

Nonprofit organizations located, operating, or performing award activities within those States.

Agencies should report on Federal funding provided directly to the entities above, including Federal funding that is ultimately provided to other entities through subgrants or subawards. Agencies only need to report individual Federal contracts with nonprofit organizations when they support activities on behalf of the State government.

*Federal Obligations:*  Agencies should report on actual obligations in fiscal year (FY) 2025 and estimated obligations in FY 2026 regardless of the year in which the funds were appropriated. In cases where FY 2026 appropriations have not yet been enacted into law, agencies should report the amounts reflected in the pending FY 2026 Conference bills. Agencies should also highlight potential obligations arising in the near future.

Obligations in the States included in Attachment B should be reported regardless of type (discretionary appropriations, mandatory, funding supplemental, fee-funded activities, etc.). In the

case of loans, provide the loan level (rather than the subsidy rate) and indicate the amount is a loan level.

*Data Fields on Attachment A:* Attachment A includes separate worksheets for each State included on Attachment B. In each worksheet, agencies should report the following:

Budget Account.

Program.  The program, project, or activity, as defined by the agency.

Type of Federal Funding.  Report the type of Federal funding, in one of the following categories:
- Formula Grant
- Competitive Grant
- Subgrant/subaward
- Federal Loan (direct or guaranteed)
- Contract/subcontract
- Other (brief description)

Agency Spending (Actual).  Report actual obligations in FY 2025, and obligations to date in FY 2026, regardless of the year in which the funds were appropriated. Obligations should be reported in dollars.

Estimated FY 2026 Spending.  Report the total amount of estimated obligations in FY 2026. In cases where FY 2026 appropriations are not enacted into law, please report the amounts reflected in the recently released Conference versions of appropriations bills. If you cannot estimate these amounts for a particular program, please explain in the *Comments* column.
Potential Near-Term Obligations? (Y/N).  Flag if agencies are planning to enter into new obligations with implicated States before the end of February. Also note the type of obligations that will be made.

Authorizing Statute.  Provide a statutory citation for the reported program.

Source of Funding.  Provide a source for the appropriations for the reported program. If funding is provided through the authorizing statute, please include "same as authorizing statute."

Description of Federal Assistance.  Use this column to report:
- The purpose of the Federal funding (no more than 1-2 sentences);
- Whether the Federal assistance is provided directly to local governments or nonprofit entities (as well as their components and instrumentalities), or provided through the sub-granting or sub-allocation of Federal funds from another entity (e.g., State government);
- Circumstances where the local jurisdictions function as a "pass through" to other entities; and

- Other information worth highlighting.
Comments.  Provide any other notable information about the reported program. As indicated above, if you cannot estimate the FY 2026 amount, please note that here.

NOTE:  Agencies should report any Federal funding provided to entities once – not each stage of the award/contract cycle. In other words, if agencies report funding provided to the States, they do not need to separately report the subgrant or subaward provided to entities.

**Attachments**:
    Attachment A—State Funding Template (Excel)
    Attachment B— List of States Included (PDF)

Dawayne Nutt
ASFR – Office of Budget
Mobile 202.380.2745

CDC_001296

Document Produced in Native Form

CDC_001297

 Outlook

**Re: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'**

**From** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Date** Fri 1/23/2026 4:15 PM
**To** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Cc** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Messick, Jon (CDC/OCOO/OFR/OGS) <yfa4@cdc.gov>

Thank you!

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Date:** Friday, January 23, 2026 at 11:06 AM
**To:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>, Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Cc:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>, Messick, Jon (CDC/OCOO/OFR/OGS) <yfa4@cdc.gov>
**Subject:** RE: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

Hey Sam!

      As requested, here is the data for **DPP** ███████████████ One thing to note is that the recipient type is designated by the recipient so sometimes it doesn't make sense.

Please let me know if you need anything else, let me know.

Thank you!
Shirley

**From:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Sent:** Friday, January 23, 2026 9:44 AM
**To:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Subject:** Re: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

Great! This is good work.
Can we do ███ as well?

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Date:** Friday, January 23, 2026 at 9:16 AM
**To:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>, Beyda, Sam (CDC/IOD) <bh15@cdc.gov>
**Subject:** RE: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

Hi Sam!

I just sent it – but her it is again; in case it's lost on the internet highway.

Thanks!
Shirley

**From:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Sent:** Friday, January 23, 2026 8:45 AM
**To:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>; Beyda, Sam (CDC/IOD) <bh15@cdc.gov>
**Subject:** Re: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

Shirley,

Let me know when you have this. Thanks!

Sam

---

**From:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Sent:** Thursday, January 22, 2026 10:35:01 PM
**To:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>; Beyda, Sam (CDC/IOD) <bh15@cdc.gov>
**Subject:** Re: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

Thank you! Sam is fine!

**I** don't think we need the DPP considering the rest of the information there. Unless you mean anticipated DPP **.** In any case, defer to what you think**.**

This is great and very helpful.
Sam

---

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Sent:** Thursday, January 22, 2026 9:07 PM
**To:** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Beyda, Sam (CDC/IOD) <bh15@cdc.gov>
**Subject:** RE: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'

Hi Mr. Beyda —

    I have granted access to requested file.  I am also working on the additional data you requested for CO, MN, CA and IL.  I just want to confirm that you want total obligated, total expended and current unobligated balance (what's available in PMS).  Also DPP DPP

Thanks!
Shirley

---

**From:** SharePoint Online <no-reply@sharepointonline.com>
**Sent:** Thursday, January 22, 2026 8:59 PM
**To:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Subject:** Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado'



I'd like access, please.

## Accept or Decline this request

Requested resource: https://cdc-my.sharepoint.com/personal/yuo6_cdc_gov/Documents/Data%20Requests%20-

%20IOD-Chief%20of%20Staff%20Office/CDC%20Funding%20-
%20Colorado.xlsx?d=w5060de73eead49bcaed18ab0996745cb&web=1

Requested by: Beyda, Sam (OS/IOS)(Sam.Beyda@hhs.gov)



Privacy Statement

This email is generated through CDC's use of Microsoft 365 and may contain content that is controlled by CDC.

CDC_001312

Document Withheld as Privileged

CDC_001313

 Outlook

---

**RE: CDC 66 Work Plans - Analysis**

---

**From** Le, Quy (ACF) <Quy.Le@acf.hhs.gov>

**Date** Sat 2/7/2026 5:35 PM

**To** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>

**Cc** Inman, Cody (ACF) <Cody.Inman@acf.hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>

📎 1 attachment (329 KB)

CDC 66 Workplans Analysis 2.7 with Colors.xlsx;

Forgot about the crosswalk ▉ACP▉ Completed and sorted sheet here.



### Quy Le

**Advisor**

Immediate Office of the Assistant Secretary

Administration for Children and Families

(202) 374-9263

Help us achieve *A Home for Every Child*.

Learn more about fostering here.

*Pre-decisional, deliberative, draft*

---

**From:** Le, Quy (ACF)
**Sent:** Saturday, February 7, 2026 12:02 PM
**To:** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>
**Cc:** Inman, Cody (ACF) <Cody.Inman@acf.hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Subject:** CDC 66 Work Plans - Analysis

JC,

See parsed analysis for the 66 discussed work plans here. Let me know if any questions.



### Quy Le

**Advisor**

Immediate Office of the Assistant Secretary

Administration for Children and Families

(202) 374-9263

Help us achieve *A Home for Every Child*.

Learn more about fostering here.

CDC_001314

*Pre-decisional, deliberative, draft*

CDC_001315

 Outlook

---

**RE: CDC Regroup**

---

**From** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>

**Date** Thu 2/5/2026 9:30 PM

**To** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Hailstone, Mitchell (HHS/IOS) <Mitchell.Hailstone@hhs.gov>; White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Robles, Benjamin (HHS/OGC) <Benjamin.Robles@hhs.gov>

Need a Teams link to join

## Jordan Faircloth
**Deputy Chief of Staff**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
ba43@cdc.gov

-----Original Appointment-----
**From:** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>
**Sent:** Thursday, February 5, 2026 2:59 PM
**To:** Miller, JC (HHS/IOS); Beyda, Sam (OS/IOS); Faircloth, Jordan (CDC/IOD); Hailstone, Mitchell (HHS/IOS); White, Colleen (HHS/ASFR); Shuy, Caitrin (HHS/ASFR); Del Rosso, Cristina (HHS/OGC); Robles, Benjamin (HHS/OGC)
**Subject:** CDC Regroup
**When:** Thursday, February 5, 2026 4:30 PM-4:50 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** JC's Office

Moving this to 4:30. Please be prepared to speak to the items below.


Discuss the following:

1. Comms plan for DPP
2. Path forward regarding OMB request
   a. Legal considerations
   b. Operational Execution
   c. Barriers?

 Outlook

## FW: URGENT: Colorado Grants

**From** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>

**Date** Thu 1/22/2026 8:45 PM

**To** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Beyda, Sam (CDC/IOD) <bh15@cdc.gov>

CDC_001329

Colorado funding linked below. Let me know what else is needed.

## Jordan Faircloth
**Deputy Chief of Staff**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
**ba43@cdc.gov**

---

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Sent:** Thursday, January 22, 2026 12:53 PM
**To:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>; Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>
**Cc:** Hoffmann, Lauren (CDC/OD/OCS) <cpf5@cdc.gov>; Pope Alley, Rebeccann (CDC/OD/OCS) <xml4@cdc.gov>
**Subject:** RE: URGENT: Colorado Grants

Good Afternoon!

As requested, here are all active CDC awards in Colorado: 📊 CDC Funding - Colorado.xlsx

Please let me know if you have questions or need additional information.

Thank you!
Shirley

---

**From:** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>
**Sent:** Thursday, January 22, 2026 11:22 AM
**To:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>
**Cc:** Hoffmann, Lauren (CDC/OD/OCS) <cpf5@cdc.gov>; Pope Alley, Rebeccann (CDC/OD/OCS) <xml4@cdc.gov>
**Subject:** URGENT: Colorado Grants

Can you put together a list of all current grants issued to Colorado (including recipient(s) and total $ award)?

## Jordan Faircloth
**Deputy Chief of Staff**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
**ba43@cdc.gov**

 Outlook

---

**RE: DepSec / OMB Grant Review**

**From** Riley, Rachel (OS/ASA) <Rachel.Riley@hhs.gov>

**Date** Tue 8/26/2025 2:15 PM

**To** Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>; Buckham, Matthew (HHS/IOS)
<Matthew.Buckham@hhs.gov>; Terrell, Zachary (OS/IOS) <Zachary.Terrell@hhs.gov>

@Buckham, Matthew (HHS/IOS), I'm happy to chat directly with the best POC – just let me know!

---

**From:** Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>
**Sent:** Monday, August 25, 2025 4:39 PM
**To:** Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Riley, Rachel (OS/ASA)
<Rachel.Riley@hhs.gov>; Terrell, Zachary (OS/IOS) <Zachary.Terrell@hhs.gov>
**Subject:** DepSec / OMB Grant Review

Matt, let's figure out who from OMB to connect with Rachel and Zach. They are eager to work together on grants per S1's comment this afternoon

West

West Cuthbert
Associate Deputy Secretary | Chief of Staff
Office of the Deputy Secretary
U.S. Department of Health and Human Services (HHS)
--
**Confidential, iterative, pre-decisional.**

| | |
|---|---|
| **From:** | Nixon, Andrew (HHS/ASPA) |
| **To:** | Buckham, Matthew (HHS/IOS); Danker, Richard (HHS/ASPA) |
| **Subject:** | Fw: CDC CUTS SOON ANNOUCEMENT |
| **Date:** | Wednesday, February 4, 2026 4:48:41 PM |

**From:** Cauley, Rachel K. EOP/OMB **PII**
**Sent:** Wednesday, February 4, 2026 5:47 PM
**To:** Nixon, Andrew (HHS/ASPA) <Andrew.Nixon@hhs.gov>; Persing, Johanna E. EOP/WHO **PII**
**Cc:** McCandless, Allie EOP/OMB **PII** Danker, Richard (HHS/ASPA) <Richard.Danker@hhs.gov>; Desai, Kush
S. EOP/WHO < **PII**
**Subject:** Re: CDC CUTS SOON ANNOUCEMENT

**DPP**

Communications Director
The White House Office of Management and Budget

> On Feb 4, 2026, at 1:06 PM, Cauley, Rachel K. EOP/OMB **PII** wrote:

You're a peach

**From:** Nixon, Andrew (HHS/ASPA) <Andrew.Nixon@hhs.gov>
**Sent:** Wednesday, February 4, 2026 1:05 PM
**To:** Persing, Johanna E. EOP/WHO **PII** Cauley, Rachel K. EOP/OMB **PII**
**Cc:** McCandless, Allie EOP/OMB **PII** Danker, Richard (HHS/ASPA) <Richard.Danker@hhs.gov>; Desai,
Kush S. EOP/WHO < **PII**
**Subject:** RE: CDC CUTS SOON ANNOUCEMENT

Thanks for the heads up. We will definitely lean in hard on these examples.

Thank you,

Andrew G. Nixon
Deputy Assistant Secretary for Media Relations
U.S. Department of Health and Human Services
andrew.nixon@hhs.gov | 202-549-8655

**From:** Persing, Johanna E. EOP/WHO **PII**
**Sent:** Wednesday, February 4, 2026 12:53 PM
**To:** Cauley, Rachel K. EOP/OMB <Rachel.K.Cauley@omb.eop.gov>; Nixon, Andrew (HHS/ASPA) <Andrew.Nixon@hhs.gov>
**Cc:** McCandless, Allie EOP/OMB **PII** Danker, Richard (HHS/ASPA) <Richard.Danker@hhs.gov>; Desai,
Kush S. EOP/WHO **PII**
**Subject:** RE: CDC CUTS SOON ANNOUCEMENT

+ Rich here too.

**From:** Cauley, Rachel K. EOP/OMB **PII**
**Sent:** Wednesday, February 4, 2026 12:47 PM
**To:** 'Nixon, Andrew (HHS/ASPA)' <Andrew.Nixon@hhs.gov>
**Cc:** McCandless, Allie EOP/OMB **PII** Persing, Johanna E. EOP/WHO **PII**
**Subject:** CDC CUTS SOON ANNOUCEMENT

Andrew, at 2pm ET today, we have an exclusive going to announce the first cuts we are making in funds that we have been asking agencies
to investigation from 14 states and DC. Original story here:
https://www.realclearpolitics.com/articles/2026/01/20/exclusive_trump_launches_full_review_of_federal_funds_sent_to_blue_states_153738.html

CDC is part of these cuts. You may be tracking, but it's fast moving, so we want to make sure you have all the info.

We **DPP** **DPP**
**DPP** **DPP**
**DPP**

Why? We're **DPP**

Let me know if you have any Qs. We'd like **DPP** ████████████████████████████ Feel free to plus me in to inquiries ██ **DPP** ██ **PII** ███████

Rachel Cauley
Communications Director
White House Office of Management and Budget

Examples of cancelled funds that go to state and local public health funding in the form of grants. **DPP** ██████████
**DPP** █████████████████████

Some examples of cancelled funds include:



Examples of cancelled grants that go to private nonprofits and universities in the affected states **DPP** ██████
**DPP** ███████

CDC_001333

 Outlook

---

**RE: Grant Awards - Implementation Call follow up**

**From** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>

**Date** Mon 2/2/2026 2:22 PM

**To** Sullivan, Katharine T. EOP/OMB <PII███████████████; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Spear, Stefanie (HHS/IOS) <Stefanie.Spear@hhs.gov>

**Cc** Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO <PII█████████████; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>

Good morning, again.

On the second tab of the spreadsheets, the legal business name is listed for the specific contract/grant.

Let us know if you need anything else.

JC

---

**From:** Miller, JC (HHS/IOS)
**Sent:** Monday, February 2, 2026 9:18 AM
**To:** 'Sullivan, Katharine T. EOP/OMB' <PII███████████████; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Spear, Stefanie (HHS/IOS) <Stefanie.Spear@hhs.gov>
**Cc:** Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO <PII█████████████; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>
**Subject:** RE: Grant Awards - Implementation Call follow up

Katie – Received. I will have the team add the names in the spreadsheets and get this back over to you.

Appreciate the list.  We will develop the action plan and report back as quickly as possible.

JC

---

**From:** Sullivan, Katharine T. EOP/OMB <PII██████████████████
**Sent:** Sunday, February 1, 2026 7:11 PM
**To:** Sullivan, Katharine T. EOP/OMB <PII██████████████████ Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Spear, Stefanie (HHS/IOS) <Stefanie.Spear@hhs.gov>
**Cc:** Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO <PII██████████████████; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>
**Subject:** RE: Grant Awards - Implementation Call follow up

Thanks to those of you that participated in the ███DPP███ call coordinated by DCOS/P (Dan Wasserman included above). ███DPP███

DPP

programs
and the t



While we
how to approach this project: DPP
DPP

JC I will pass what you sent to the EOP team, I believe DPP
DPP                    DPP              et me confirm.  Thank you!  Let me
know if you have questions or concerns —

Katie Sullivan

**From:** Sullivan, Katharine T. EOP/OMB
**Sent:** Saturday, January 17, 2026 3:24 PM
**To:** Matthew Buckham <Matthew.Buckham@hhs.gov>; Stefanie Spear <stefanie.spear@hhs.gov>
**Cc:** Kenneth Callahan <kenneth.callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO

PII

**Subject:** Grant Awards

Hello All -
Thank you for the productive conversations Friday regarding DPP

DPP

DPP

DPP

Please send a list of DPP

DPP

DPP

DPP

DPP

DPP

DPP

Thank you for your attention to this matter. OMB may be DPP

DPP

Thanks for your willingness to be team players and to support the President's priorities! I am always available for further instruction or concerns -

Katie

PII

Sent from my iPhone

CDC_001337

 Outlook

---

## Re: Grant Awards - Implementation Call follow up

**From** Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>

**Date** Mon 2/2/2026 8:46 PM

**To** Sullivan, Katharine T. EOP/OMB <PII ▮▮▮▮▮▮▮▮▮▮▮▮▮

**Cc** Spear, Stefanie (HHS/IOS) <Stefanie.Spear@hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO <PII ▮▮▮▮▮▮▮▮▮▮▮; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Walker, John (HHS/ASPE) <John.Walker@hhs.gov>

---

Working on that now!

Get Outlook for iOS

---

**From:** Sullivan, Katharine T. EOP/OMB <PII ▮▮▮▮▮▮▮▮

**Sent:** Monday, February 2, 2026 1:38:01 PM

**To:** Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>

**Cc:** Spear, Stefanie (HHS/IOS) <Stefanie.Spear@hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO <PII ▮▮▮▮▮▮▮▮▮▮▮▮; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Walker, John (HHS/ASPE) <John.Walker@hhs.gov>

**Subject:** Re: Grant Awards - Implementation Call follow up

## DPP

Thank you!
Katie
Sent from my iPhone

On Feb 2, 2026, at 11:20 AM, Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov> wrote:

Thanks Katie,

Let me give you a quick call.



Please have any White House colleagues reach out to me directly for any clarification. I'll call you and Dan.



Matt

Get Outlook for iOS

---

**From:** Sullivan, Katharine T. EOP/OMB <PII
**Sent:** Sunday, February 1, 2026 7:11:21 PM
**To:** Sullivan, Katharine T. EOP/OMB <PII; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Spear, Stefanie (HHS/IOS) <Stefanie.Spear@hhs.gov>
**Cc:** Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO <PII; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>
**Subject:** RE: Grant Awards - Implementation Call follow up





While we
ideas abo

JC I will pass what you sent to the EOP team. I believe let me
confirm.  Thank you!  Let me know if you have questions or concerns –

Katie Sullivan

---

**From:** Sullivan, Katharine T. EOP/OMB <PII
**Sent:** Saturday, January 17, 2026 3:24 PM
**To:** Matthew Buckham <Matthew.Buckham@hhs.gov>; Stefanie Spear <stefanie.spear@hhs.gov>
**Cc:** Kenneth Callahan <kenneth.callahan@hhs.gov>; Wasserman, Daniel F. EOP/WHO
PII



Please send a list of

**DPP**

DPP

**DPP**

It would be my assumption DPP

DPP

Thank you for your attention to this matter. OMB may be DPP

DPP

Thanks for your willingness to be team players and to support the President's priorities! I am always available for further instruction or concerns -

Katie

PII

Sent from my iPhone

 Outlook

---

**RE: Grant Funding - Alignment with Agency Priorities**

**From** Johnston, Darcie (OS/IEA) <Darcie.Johnston@hhs.gov>

**Date** Mon 2/9/2026 4:46 PM

**To** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Andres, Gary (HHS/ASL) <Gary.Andres@hhs.gov>; Danker, Richard (HHS/ASPA) <Richard.Danker@hhs.gov>; Hailstone, Mitchell (HHS/IOS) <Mitchell.Hailstone@hhs.gov>; Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>

**Cc** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>

Is it possible to know what grants are being aligned with Agency Priorities please?

Darcie L. Johnston
Director, Intergovernmental & External Affairs
U.S. Department of Health and Human Services
PII cell

---

**From:** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>
**Sent:** Monday, February 9, 2026 11:33 AM
**To:** Andres, Gary (HHS/ASL) <Gary.Andres@hhs.gov>; Johnston, Darcie (OS/IEA) <Darcie.Johnston@hhs.gov>; Danker, Richard (HHS/ASPA) <Richard.Danker@hhs.gov>; Hailstone, Mitchell (HHS/IOS) <Mitchell.Hailstone@hhs.gov>; Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>
**Cc:** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>
**Subject:** RE: Grant Funding - Alignment with Agency Priorities

+ ASFR

---

**From:** Miller, JC (HHS/IOS)
**Sent:** Monday, February 9, 2026 11:23 AM
**To:** Andres, Gary (HHS/ASL) <Gary.Andres@hhs.gov>; Johnston, Darcie (OS/IEA) <Darcie.Johnston@hhs.gov>; Danker, Richard (HHS/ASPA) <Richard.Danker@hhs.gov>; Hailstone, Mitchell (HHS/IOS) <Mitchell.Hailstone@hhs.gov>
**Cc:** Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>; Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>
**Subject:** Grant Funding - Alignment with Agency Priorities

ASL/IEA/ASPA Teams,

To ensure transparency and alignment, it is important to know that the first group of grant cancellation notifications were sent to the Hill this morning. (66 grants)  The grants are slated for termination after the three-day statutory timeline is up. (Wednesday COB)  As incoming communications are received and questions are asked, it is essential that our messaging

CDC_001347

remains tightly aligned. Bottom line, we are terminating grants that do not align with the priories and broader Department-wide objectives set for CDC.

Consistency and prevision on how we communicate these actions are critical. The intent, rationale and language used should clearly reflect established CDC priorities. Any deviation or informal characterization risks creating confusion around the overall intent and work done thus far.

Assuming heightened visibility through this process will ensure we are successful as other OpDivs begin this same disciplined process.

If there are specific concerns or questions, please route these questions to myself, Colleen or Cristina to ensure these issues are addressed through the appropriate channels and with full context.


JC Miller
Counselor – Immediate Office of the Secretary (IOS)
U.S. Department of Health and Human Services (HHS)
Mobile: PII

***Pre-Decisional, Deliberative, Draft***

 Outlook

## FW: Grants Update

**From** Miller, JC (HHS/IOS) <James.Miller@hhs.gov>

**Date** Thu 2/5/2026 3:30 PM

**To** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Robles, Benjamin (HHS/OGC) <Benjamin.Robles@hhs.gov>; Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>

**Cc** Buckham, Matthew (HHS/IOS) <Matthew.Buckham@hhs.gov>; Del Rosso, Cristina (HHS/OGC) <Cristina.Delrosso@hhs.gov>; Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>; Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; White, Colleen (HHS/ASFR) <Colleen.White@hhs.gov>; Hailstone, Mitchell (HHS/IOS) <Mitchell.Hailstone@hhs.gov>

I would like to convene a call at 10:30 to discuss. I will send this meeting invite now.

Added Buckham only for awareness.

**From:** Yokanovich, Colin T. EOP/OMB <PII

**Sent:** Thursday, February 5, 2026 10:24 AM

**To:** Chiarello, Gustav (ASFR) <Gustav.Chiarello@hhs.gov>; Shuy, Caitrin (HHS/ASFR) <Caitrin.Shuy@hhs.gov>; Cox, Jordan (HHS/ASFR) <Jordan.Cox@hhs.gov>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>; Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Callahan, Kenneth (HHS/IOS) <Kenneth.Callahan@hhs.gov>

**Cc:** Dempsey, Donald A. EOP/OMB <PII                               Sullivan, Katharine T. EOP/OMB PII                              ; Paoletta, Mark R. EOP/OMB <PII

**Subject:** Grants Update

Colleagues—

I am sharing the following message with regard to the requested action on specific CDC grants.

The Director received the list of grants that HHS/CDC indicated could be cancelled from the previous HHS data request. This information was presented to the President on Wednesday morning, and the President directed immediate action that same day. In accordance with that directive, OMB is requesting:

- A status report on the plan to implement the immediate pause for those grants.
- Details on HHS's plans to formally cancel the identified grants.

Please let us know if you have any questions. Thank you everyone.

**Colin Yokanovich**
*Deputy to the Associate Director for Health (Public Health)*
Office of Management and Budget
C: PII          calls only)

CDC_001351

 Outlook

---

## Fw: Presidential Policy Alignment / Execution

**From** Jbo68 (OS/IOS) <JBO68@hhs.gov>

**Date** Thu 1/22/2026 7:25 PM

**To** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Bhattacharya, Jayanta (NIH/OD) [E] <jayanta.bhattacharya@nih.gov>; Chertman, Willy (HHS/IOS) <Willy.Chertman@hhs.gov>; Miller, JC (HHS/IOS) <James.Miller@hhs.gov>; Cuthbert, West (HHS/IOS) <West.Cuthbert@hhs.gov>

📎 1 attachment (134 KB)

BDR_26-09.pdf;

Get Outlook for iOS

---



**From:** McKay, Robert D. EOP/OMB <PII> on behalf of Ueland, Eric M. EOP/OMB <PII>

**Sent:** Thursday, January 22, 2026 8:16:04 AM

**To:** PII

PII

PII Jbo68 (OS/IOS) <JBO68@hhs.gov>;

**Subject:** Presidential Policy Alignment / Execution

Good morning—

Thanks again for DPP Really appreciate it!

Attached is the document I referenced that went to your budget teams. Our budget staff is happy to work with you on this, along with the ask for recommended actions prior to February 1.

DPP

look forward to seeing everyone there.


My best,

Eric



**EXECUTIVE OFFICE OF THE PRESIDENT**
**OFFICE OF MANAGEMENT AND BUDGET**
**WASHINGTON, D.C. 20503**

January 20, 2026

BUDGET DATA REQUEST NO. 26-09

| | |
|---|---|
| MEMORANDUM FOR: | PROGRAM ASSOCIATE DIRECTORS |
| | PROGRAM DEPUTY ASSOCIATE DIRECTORS |
| FROM: | Office of Management and Budget |
| SUBJECT: | Federal Awards to Entities in Select States |
| DISTRIBUTION: | **This BDR should be shared with agencies.** |
| PURPOSE: | To collect a detailed report on Federal funds provided to components, agencies, or instrumentalities of certain States. |
| AFFECTED AGENCIES: | All Federal Departments and Agencies except for the Department of War and the Department of Veterans Affairs. |
| DUE DATES: | Agency Responses due to RMOs:  COB Wednesday, January 28, 2026 |
| | RMOs Review of Agency Responses:  COB Friday, January 30, 2026 |
| CONTACTS: | Agency-Specific Questions:  OMB RMO Contact(s) |
| | Note: BRD will provide guidance to RMOs on how to handle general questions, and where to submit agency responses. |

**Background**:  The purpose of this BDR is to collect a detailed spending report on Federal funds provided to entities in a select list of States. This information will be used to better understand the scope of funding in certain States and localities in order to facilitate efforts to reduce the improper and fraudulent use of those funds through administrative means or legislative proposals to Congress.

**Action Required**:  All Federal Departments and Agencies should complete the attached template (Attachment A) to provide a detailed spending report on all Federal funds, as defined below, that are provided to components, agencies, or instrumentalities of certain States. The list of States is included in Attachment B. Agencies are required to include all programs and projects. This is a data-gathering exercise only. It does not involve withholding funds, and therefore does not violate any court order. If your agency counsel believes otherwise, they should immediately contact OMB OGC.

Agencies should provide as much information as possible by this deadline. If agencies do not have any spending to report, they should notify their OMB RMO representative. Agencies should also reach out to your RMO if there are issues with providing some of this information by the deadline.

*Scope of Federal Funds:*  Agencies should report on Federal funding provided to any components, agencies, or instrumentalities of the States listed in Attachment B. This includes all grants (including grants then provided as subcontracts or subgrants to other entities), cooperative agreements, loans, contracts (including subcontracts), and other monetary awards.

Agency reports should include funding provided to the following entities:
- States and localities;
- Institutions of higher education (IHEs), excluding Federal Student Aid provided on behalf of individual students; and

1

- Nonprofit organizations located, operating, or performing award activities within those States.

Agencies should report on Federal funding provided directly to the entities above, including Federal funding that is ultimately provided to other entities through subgrants or subawards. Agencies only need to report individual Federal contracts with nonprofit organizations when they support activities on behalf of the State government.

*Federal Obligations:* Agencies should report on actual obligations in fiscal year (FY) 2025 and estimated obligations in FY 2026 regardless of the year in which the funds were appropriated. In cases where FY 2026 appropriations have not yet been enacted into law, agencies should report the amounts reflected in the pending FY 2026 Conference bills. Agencies should also highlight potential obligations arising in the near future.

Obligations in the States included in Attachment B should be reported regardless of type (discretionary appropriations, mandatory, funding supplemental, fee-funded activities, etc.). In the case of loans, provide the loan level (rather than the subsidy rate) and indicate the amount is a loan level.

*Data Fields on Attachment A:* Attachment A includes separate worksheets for each State included on Attachment B. In each worksheet, agencies should report the following:

Budget Account.

Program. The program, project, or activity, as defined by the agency.

Type of Federal Funding. Report the type of Federal funding, in one of the following categories:
- Formula Grant
- Competitive Grant
- Subgrant/subaward
- Federal Loan (direct or guaranteed)
- Contract/subcontract
- Other (brief description)

Agency Spending (Actual). Report actual obligations in FY 2025, and obligations to date in FY 2026, regardless of the year in which the funds were appropriated. Obligations should be reported in dollars.

Estimated FY 2026 Spending. Report the total amount of estimated obligations in FY 2026. In cases where FY 2026 appropriations are not enacted into law, please report the amounts reflected in the recently released Conference versions of appropriations bills. If you cannot estimate these amounts for a particular program, please explain in the *Comments* column.

Potential Near-Term Obligations? (Y/N). Flag if agencies are planning to enter into new obligations with implicated States before the end of February. Also note the type of obligations that will be made.

Authorizing Statute. Provide a statutory citation for the reported program.

Source of Funding. Provide a source for the appropriations for the reported program. If funding is provided through the authorizing statute, please include "same as authorizing statute."

Description of Federal Assistance. Use this column to report:
- The purpose of the Federal funding (no more than 1-2 sentences);
- Whether the Federal assistance is provided directly to local governments or nonprofit entities (as well as their components and instrumentalities), or provided through the sub-granting or sub-allocation of Federal funds from another entity (e.g., State government);
- Circumstances where the local jurisdictions function as a "pass through" to other entities; and

2

- Other information worth highlighting.

Comments.  Provide any other notable information about the reported program. As indicated above, if you cannot estimate the FY 2026 amount, please note that here.

NOTE:  Agencies should report any Federal funding provided to entities once – not each stage of the award/contract cycle. In other words, if agencies report funding provided to the States, they do not need to separately report the subgrant or subaward provided to entities.

**Attachments**:

Attachment A—State Funding Template (Excel)
Attachment B— List of States Included (PDF)

CDC_001394

**From:** Nutt, Dawayne (HHS/ASFR) <Dawayne.Nutt@hhs.gov>
**Sent:** Thursday, January 22, 2026 8:12 AM
**To:** OS - BUDG OPDIV Contacts <OS-BUDGOPDIVContacts@hhs.gov>; OS - BUDG non-GDM StaffDiv Contacts <OS-BUDGnon-GDMStaffDivContacts@hhs.gov>
**Subject:** BDR - 26-9 Federal Awards to Entities in Select States

Colleagues,

Attached for your review is BDR 26-9 Federal Awards to Entities in Select States.   Please review and submit by COB Monday, January 26th.   The purpose is to collect a detailed report on Federal Awards provided to components, agencies, or instrumentalities of certain States.

DUE DATES:                          Agency Reponses due to ASFR: COB Monday, January 26th
ASFR revised responses due to RMOs:  COB Wednesday, January 28, 2026
RMOs Review of Agency Responses:  COB Friday, January 30, 2026

CONTACTS:                          Agency-Specific Questions:  OMB RMO Contact(s)
Note: BRD will provide guidance to RMOs on how to handle general questions, and where to submit agency responses.

**Background**:  The purpose of this BDR is to collect a detailed spending report on Federal funds provided to entities in a select list of States. This information will be used to better understand the scope of funding in certain States and localities in order to facilitate efforts to reduce the improper and fraudulent use of those funds through administrative means or legislative proposals to Congress.

**Action Required**:  All Federal Departments and Agencies should complete the attached template (Attachment A) to provide a detailed spending report on all Federal funds, as defined below, that are provided to components, agencies, or instrumentalities of certain States. The list of States is included in Attachment B. Agencies are required to include all programs and projects. This is a data-gathering exercise only. It does not involve withholding funds, and therefore does not violate any court order. If your agency counsel believes otherwise, they should immediately contact OMB OGC.

Agencies should provide as much information as possible by this deadline. If agencies do not have any spending to report, they should notify their OMB RMO representative. Agencies should also reach out to your RMO if there are issues with providing some of this information by the deadline.

*Scope of Federal Funds:*  Agencies should report on Federal funding provided to any components, agencies, or instrumentalities of the States listed in Attachment B. This includes all grants (including grants then provided as subcontracts or subgrants to other entities), cooperative agreements, loans, contracts (including subcontracts), and other monetary awards.

Agency reports should include funding provided to the following entities:
States and localities;
- Institutions of higher education (IHEs), excluding Federal Student Aid provided on behalf of individual students; and

Nonprofit organizations located, operating, or performing award activities within those States.

Agencies should report on Federal funding provided directly to the entities above, including Federal funding that is ultimately provided to other entities through subgrants or subawards. Agencies only need to report individual Federal contracts with nonprofit organizations when they support activities on behalf of the State government.

*Federal Obligations:*  Agencies should report on actual obligations in fiscal year (FY) 2025 and estimated obligations in FY 2026 regardless of the year in which the funds were appropriated. In cases where FY 2026 appropriations have not yet been enacted into law, agencies should report the amounts reflected in the pending FY 2026 Conference bills. Agencies should also highlight potential obligations arising in the near future.

Obligations in the States included in Attachment B should be reported regardless of type (discretionary appropriations, mandatory, funding supplemental, fee-funded activities, etc.). In the case of loans, provide the loan level (rather than the subsidy rate) and indicate the amount is a loan level.

*Data Fields on Attachment A:*  Attachment A includes separate worksheets for each State included on Attachment B. In each worksheet, agencies should report the following:

Budget Account.

Program.  The program, project, or activity, as defined by the agency.

Type of Federal Funding.  Report the type of Federal funding, in one of the following categories:
- Formula Grant
- Competitive Grant
- Subgrant/subaward
- Federal Loan (direct or guaranteed)
- Contract/subcontract
- Other (brief description)

Agency Spending (Actual).  Report actual obligations in FY 2025, and obligations to date in FY 2026, regardless of the year in which the funds were appropriated. Obligations should be reported in dollars.

Estimated FY 2026 Spending.  Report the total amount of estimated obligations in FY 2026. In cases where FY 2026 appropriations are not enacted into law, please report the amounts reflected in the recently released Conference versions of appropriations bills. If you cannot estimate these amounts for a particular program, please explain in the *Comments* column.
Potential Near-Term Obligations? (Y/N).  Flag if agencies are planning to enter into new obligations with implicated States before the end of February. Also note the type of obligations that will be made.

Authorizing Statute.  Provide a statutory citation for the reported program.

Source of Funding.  Provide a source for the appropriations for the reported program. If funding is provided through the authorizing statute, please include "same as authorizing statute."

Description of Federal Assistance.  Use this column to report:
- The purpose of the Federal funding (no more than 1-2 sentences);
- Whether the Federal assistance is provided directly to local governments or nonprofit entities (as well as their components and instrumentalities), or provided through the sub-granting or sub-allocation of Federal funds from another entity (e.g., State government);
- Circumstances where the local jurisdictions function as a "pass through" to other entities; and

- Other information worth highlighting.

CDC_001405

Comments. Provide any other notable information about the reported program. As indicated above, if you cannot estimate the FY 2026 amount, please note that here.

NOTE: Agencies should report any Federal funding provided to entities once – not each stage of the award/contract cycle. In other words, if agencies report funding provided to the States, they do not need to separately report the subgrant or subaward provided to entities.

**Attachments**:
Attachment A—State Funding Template (Excel) Attachment B— List of States Included (PDF)

Dawayne Nutt
ASFR – Office of Budget
Mobile 202.380.2745

| | |
|---|---|
| **From:** | Wasserman, Daniel F. EOP/WHO |
| **To:** | Sullivan, Katharine T. EOP/OMB |
| **Cc:** | Miller, JC (HHS/IOS); Yokanovich, Colin T. EOP/OMB; Dempsey, Donald A. EOP/OMB; Milner, Clark EOP/WHO; Paoletta, Mark R. EOP/OMB; Shapiro, Daniel J. EOP/OMB; Buckham, Matthew (HHS/IOS); Callahan, Kenneth (HHS/IOS); Beyda, Sam (OS/IOS); Faircloth, Jordan (CDC/IOD) |
| **Subject:** | Re: DPP |
| **Date:** | Thursday, February 5, 2026 9:09:15 PM |

Thanks, Katie. No, the DPP had nothing to do with us — we were informed two nights ago when you were. We never had a call on the subject.

Daniel Wasserman

PII

> On Feb 5, 2026, at 9:51 PM, Sullivan, Katharine T. EOP/OMB
> <Katharine.T.Sullivan@omb.eop.gov> wrote:
>
>
> Agree with you Dan 100%z Please focus on the immediate issue at hand. And to
> be clear - DPP  Matt
> suggested this DPP
> DPP ?
>
> Look forward to resolving the waste identified earlier this week DPP
> DPP
> Sent from my iPhone
>
>> On Feb 5, 2026, at 9:40 PM, Wasserman, Daniel F. EOP/WHO
>> <PII > wrote:
>>
>>
>> Also JC—
>>
>> You guys need to deal DPP
>> before you do any more work on the DPP
>> DPP
>> DPP
>>
>> Daniel Wasserman
>>
>> PII
>>
>>> On Feb 5, 2026, at 8:52 PM, Sullivan, Katharine T.
>>> EOP/OMB <PII
>>> wrote:
>>>
>>>
>>> Adding Mark Paoletta and Daniel Shapiro to help
>>> inform their ongoing discussion with HHS OGC.

Thank you
Katie
Sent from my iPhone

Begin forwarded message:

**From:** "Miller, JC (HHS/IOS)"
<James.Miller@hhs.gov>
**Date:** February 5, 2026 at 8:44:54 PM EST
**To:** "Wasserman, Daniel F. EOP/WHO"
PII
"Sullivan, Katharine T. EOP/OMB"
PII
"Yokanovich, Colin T. EOP/OMB"
PII
"Milner, Clark EOP/WHO"
PII
**Cc:** "Buckham, Matthew (HHS/IOS)"
<Matthew.Buckham@hhs.gov>, "Beyda,
Sam (OS/IOS)" <Sam.Beyda@hhs.gov>,
"Callahan, Kenneth (HHS/IOS)"
<Kenneth.Callahan@hhs.gov>, "Faircloth,
Jordan (CDC/IOD)" <ba43@cdc.gov>,
"Decker, Paige (HHS/ASL)"
<Paige.Decker@hhs.gov>
**Subject:** DPP

Good evening,
Attached are the draft communications
plan deliverables DPP
DPP

I am copying OMB contacts as well to
ensure open communications.

We are ready to execute once direction,
and approval is given regarding the DPP
DPP

JC

<CDC DPP .docx>
<Hill Notification.docx>
<Press Background.docx>

**DPP** Updated Work Plan Request (CDC).docx>
<CDC Grants Rollout.docx>

CDC_001420

 Outlook

---

**\*\*URGENT\*\* Grant Work Plans/Documents**

---

**From** Faircloth, Jordan (CDC/IOD) <ba43@cdc.gov>

**Date** Fri 2/6/2026 9:34 PM

**To** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Byrd, Shirley K. (CDC/OCOO/OFR/OGS) <yuo6@cdc.gov>

**Cc** Beyda, Sam (OS/IOS) <Sam.Beyda@hhs.gov>; Jordan, Kody (CDC/OD/OCS) <aw85@cdc.gov>

Jamie, I also need ASAP the work plans and other related documents for the following 66 grants. I really appreciate the support in this.

NE11OE000095
NE11OE000002
NE11OE000036
NE11OE000071
NE11OE000044
NU50CD300862
U48DP006806
NH78TU000006
NUE1EH001455
U01PS005248
NH25PS005243
NH25PS005219
U01CE003753
NU38PW000045
NU62PS924771
NU62PS924778
U01PS005259
NUE1EH001458
NE11OE000074
NUE1EH001451
NU38PW000027
NU58DP007634
NU62PS924693
NU62PS924726
NU62PS924751
NU62PS924747
NU62PS924729
NU62PS924690
NU62PS924674
NU62PS924680
NU38PS004654
NU38PW000035
NH25PS005212
NH25PS005210
NU62PS924668
NU62PS924661
NE11OE000089
NE11OE000034
NU62PS924764
U01PS005290
NH25PS005164
NH25PS005254
NU38PW000029
NU58DP007617
NU62PS924704

NE11OE000048
NU17CE010056
NU58DP007607
NE11OE000027
NU58DP007641
NE11OE000090
NE11OE000094
NU58DP007844
NU17CE010045
NH25PS005247
NU62PS924862
NH25PS005255
NU38PW000023
U01PS005270
NU38PW000048
NU38PW000026
NU62PS924789
NU62PS924658
NU38PW000050
NU62PS924657
R01CE003582

**Jordan Faircloth**
**Deputy Chief of Staff**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
**770-797-8208**
**ba43@cdc.gov**

CDC_001429