**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, | |
| Plaintiffs, | Case No. 26-cv-1566 |
| v. | Hon. Manish S. Shah |
| RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.,* | |
| Defendants. | |

# EXHIBIT 3

## Declaration of Stefanie Krajewski

## DECLARATION OF STEFANIE KRAJEWSKI

I, Stefanie Krajewski, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a resident of the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am a Legal Assistant in the Public Interest Division at the Office of the Illinois Attorney General.

3.      On March 2, 2025, counsel for Defendants produced to Plaintiff States, among other things, three native spreadsheets, including one bate stamped CDC_001297.

4.      Attached as **Exhibit A** is a true and correct copy of Defendant Centers for Disease Control and Prevention native spreadsheet CDC_001297 that I have formatted into an PDF exhibit as follows:

    a.   I opened the native spreadsheet to the first tab titled "FY25 OP with Auth Legislation." I unhid columns B through L, which were hidden columns when I opened the spreadsheet.

    b.   I then hid columns D through K for formatting purposes. The native spreadsheet showed columns A, B, C, L, and M. I checked these columns and rows 1 through 204 to make sure the text was visible in each.

    c.   I printed this native spreadsheet to PDF and added page numbers at the bottom and the title of the document "CDC_001297" at the top.

5.      On March 6, 2026 at approximately 9:15 AM CST, I navigated to the webpage available at this URL: https://www.fema.gov/openfema-data-page/hazard-mitigation-assistance-projects-v4. A true and correct print-out of the webpage at the time I navigated to it is attached as **Exhibit B.**

1

6.      The title of the webpage is "OpenFEMA Dataset: Hazard Mitigation Assistance Projects - v4." It states that "This dataset contains Hazard Mitigation Assistance (HMA) subapplications/subgrants from the NEMIS Mitigation and eGrants grants management systems." It also explains that "[t]he information in this dataset has been deemed appropriate for publication to empower public knowledge of mitigation activities and the nature of HMA grant programs."

7.      The webpage states in bold letters at the top: "**Last Data Refresh: 03-05-2026.**"

8.      A .csv file is available for download on the webpage. I downloaded it and opened it in Microsoft Excel and re-saved it as a Microsoft Excel .xlsx file.

9.      The webpage also provides a legend for the meaning of the different columns or "data fields" in the .csv file.

10.     Column E in the spreadsheet is titled "state." The webpage explains that this column means "Full name of the State (e.g., Virginia) associated with the project."

11.     Column V in the spreadsheet is titled "initialObligationDate." The webpage explains that this column means "Date when funds were initally [sic] obligated."

12.     Column W in the spreadsheet is titled "initialObligationAmount." The webpage explains that this column means "Initial obligation amount."

13.     I ran a PivotTable on the data set, which is a tool available in Microsoft Excel to analyze large datasets. I set up the PivotTable to display the "state" as rows and the "initialObligationAmount" as a sum on each row. I formatted "initialObligationAmount" to display as U.S. dollars.

14.     I then set up a "filter" on the field "initialObligationDate" and filtered the table to display only obligations that have occurred on or after February 27, 2026.

15.     The series of steps described above generates the following table:

| initialObligationDate | (Multiple Items) |
| --- | --- |

2

| Row Labels | Sum of initialObligationAmount |
|---|---:|
| Alabama | $9,882,438.38 |
| Alaska | $1,467,178.76 |
| Arizona | $862,096.50 |
| Connecticut | $107,462.39 |
| Delaware | $340,470.00 |
| Florida | $131,888,141.06 |
| Hawaii | $6,457,070.03 |
| Idaho | $259,030.18 |
| Iowa | $1,649,007.71 |
| Kansas | $3,246,329.26 |
| Louisiana | $77,476,594.86 |
| Maine | $2,520,245.94 |
| Maryland | $35,522,069.10 |
| Massachusetts | $28,685,866.81 |
| Michigan | $5,664,400.72 |
| Mississippi | $1,739,538.79 |
| Missouri | $3,157,480.50 |
| Montana | $137,975.90 |
| Nebraska | $1,171,009.62 |
| Nevada | $863,979.55 |
| New Hampshire | $1,673,630.55 |
| New Jersey | $820,294.91 |
| New Mexico | $16,017,629.19 |
| New York | $16,684,992.43 |
| North Carolina | $12,261,974.51 |
| North Dakota | $4,895,464.53 |
| Northern Mariana Islands | $2,047,465.14 |
| Ohio | $763,781.39 |
| Oklahoma | $1,025,525.84 |
| Oregon | $9,786,771.87 |
| Pennsylvania | $692,517.94 |
| Puerto Rico | $45,459,242.77 |
| Rhode Island | $223,710.65 |
| South Carolina | $2,574,894.59 |
| South Dakota | $834,486.33 |
| Tennessee | $11,906,154.48 |
| Texas | $32,527,473.55 |
| Utah | $499,424.63 |
| Vermont | $4,359,025.74 |
| Virgin Islands of the U.S. | $2,852,987.49 |
| Virginia | $907,500.00 |
| Washington | $8,760,132.61 |
| West Virginia | $687,811.80 |
| Wisconsin | $2,645,560.13 |
| **Grand Total** | **$494,006,839.13** |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 6, 2026, in Chicago, Illinois.

By: _Stefanie Krajewski_
Stefanie Krajewski
Legal Assistant
Office of the Illinois Attorney General

4

# EXHIBIT A

**to the Declaration of Stefanie Krajewski**

CDC_001297

# Centers for Disease Control and Prevention
## Operating Plan for FY 2025
*Dollars in Millions*

| Activities | FY 2024 Final | FY 2025 Enacted | FY 2024 Amounts Specified by Bill/Report (Select from List) REQUIRED COLUMN | Amounts Authorized, Yes or No. If No, cite the source of authorization REQUIRED COLUMN (FY 2025) |
|---|---|---|---|---|
| **Immunization and Respiratory Diseases....** | **$919.291** | **$237.358** | FY 2024 bill sets a cap and a floor | 42 USC § 245; 42 USC § 247b; 42 USC § 247d-6a; 42 USC § 300aa-2; |
| **Immunization and Respiratory Diseases - B.A....** | **$237.358** | **$237.358** | FY 2024 bill sets a cap and a floor | 42 USC § 300hh-31 |
| **Immunization and Respiratory Diseases - PPHF....** | **$681.933** | **$0.000** | FY 2024 bill sets a cap and a floor | 42 USC § 247b; 42 USC § 247d-6a; 42 USC § 256c; 42 USC § 300aa-2; 42 USC § 300aa-25; |
| -- Immunization and Other Respiratory Diseases.... | $681.933 | $0.000 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b; 42 USC § 256c; 42 USC § 300aa-2; 42 USC § 300aa-25; |
| -- Immunization Program - BA.... | $0.000 | $0.000 | FY 2024 bill sets a cap and a floor | 42 USC § 300aa-26, 42 USC § 300aa-27; 42 USC § 1396s |
| -- Immunization Program - PPHF.... | $681.933 | $0.000 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b; 42 USC § 256c; 42 USC § 300aa-2; 42 USC § 300aa-26 |
| -- Acute Flaccid Myelitis.... | $6.000 | $6.000 | FY 2024 bill sets a cap and a floor | 42 USC § 300hh-31; 42 USC § 247d-5; 42 USC § 241 |
| -- Influenza Planning and Response.... | $231.358 | $231.358 | FY 2024 bill sets a cap and a floor | 42 USC § 300hh-35; 42 USC § 242l; 42 USC § 243; 42 USC § 247d-6a |
| **HIV/AIDS, Viral Hepatitis, STI and TB Prevention2....** | **$1,991.056** | **$1,391.056** | FY 2024 bill sets a cap and a floor | 42 USC § 242k; 42 USC § 242o; 42 USC § 247c; 42 USC § 243; 42 USC § 241; 42 USC § |
| -- Domestic HIV/AIDS Prevention and Research.... | $1,013.712 | $1,013.712 | FY 2024 bill sets a cap and a floor | 263; 42 USC § 247b |
| -- Ending HIV/AIDS Initiative (non-add).... | $220.000 | $220.000 | FY 2024 bill sets a cap and a floor | FY2024 Conference Report |
| -- School Health - HIV (non-add).... | $38.081 | $38.081 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b |
| -- Viral Hepatitis.... | $43.000 | $43.000 | FY 2024 bill sets a cap and a floor | 42 USC § 247b-15; 42 USC § 241; 42 USC § 247b; 42 USC § 243x; |
| -- Sexually Transmitted Infections (STIs).... | $174.310 | $174.310 | FY 2024 bill sets a cap and a floor | 42 USC § 242o; 42 USC § 247b; 42 USC § 247c; 42 USC § 247b-15; 42 USC § 263 |
| -- Tuberculosis (TB).... | $137.034 | $137.034 | FY 2024 bill sets a cap and a floor | § 243; 42 USC § 241; 42 USC § 247b; 42 USC § 243x; 42 USC § 247c-1; 42 USC |
| -- Infectious Diseases and the Opioid Epidemic.... | $23.000 | $23.000 | FY 2024 bill sets a cap and a floor | 42 USC § 247b-6; 42 USC § 263; 42 USC § 242z; 42 USC § 242o; 42 USC § 243; 42 USC § $ 249 |
| **Emerging and Zoonotic Infectious Diseases....** | **$760.272** | **$708.272** | FY 2024 bill sets a cap and a floor | 42 USC § 247b-15; FY 2024 Senate Incorporated Report |
| **Emerging and Zoonotic Infectious Diseases - B.A....** | **$708.272** | **$708.272** | FY 2024 bill sets a cap and a floor | 42 USC § 247d-5; 42 USC § 300hh-31; 42 USC § 242l; 42 USC § 247b; 42 USC § 247b-4; 42 USC § 263a;42 USC § 263a;42 USC § 247d-6a; 42 USC § 242b; 42 USC § |
| **Emerging and Zoonotic Infectious Diseases - PPHF....** | **$52.000** | **$0.000** | FY 2024 bill sets a cap and a floor | § 242p; 42 USC § 242m |
| -- Antibiotic Resistance Initiative.... | $197.000 | $197.000 | FY 2024 bill sets a cap and a floor | 42 USC § 247d-23; 42 USC § 247b-21; 42 USC § 300hh-31; 42 USC § 242m; 42 USC § 247d-4; 42 USC § 263a;42 USC § 263a;42 USC § 247b-2; 42 USC § 242b; 42 USC § 247b; 42 USC § 242o; |
| -- Vector-borne Diseases.... | $63.603 | $63.603 | FY 2024 bill sets a cap and a floor | 42 USC § 247b-21; 42 USC § 247b-23; 42 USC § 300hh-31; 42 USC § 242m; 42 USC § 247b-4; 42 USC § 263a;42 USC § 263a;42 USC § 247b-2; 42 USC § 242b; 42 USC § 242o; |
| -- Lyme Disease and Related Tick-Borne Illnesses.... | $27.000 | $27.000 | FY 2024 bill sets a cap and a floor | 42 USC § 300hh-31; 42 USC § 241; 42 USC § 247b-4; 42 USC § 263; 42 USC § 263a-42 |
| -- Prion Disease.... | $8.000 | $8.000 | FY 2024 bill sets a cap and a floor | 42 USC § 300hh-31; 42 USC § 241; 42 USC § 247b-17 USC § 247d-2 |
| -- Chronic Fatigue Syndrome.... | $5.400 | $5.400 | FY 2024 bill sets a cap and a floor | 42 USC § 245; 2 USC § 300hh-31; 42 USC § 241; 42 USC §242l; 42 USC § 247b; 42 USC § 247d-4; 42 USC § 263;42 USC § 263a; 42 USC § 247b-2; 42 USC § 247d4a; 42 USC § 300hh-1; 42 USC § 300hh-37; 42 USC § 241; 42 USC § 242o; 42 USC §242o; 42 USC § $ 242m |
| -- Emerging Infectious Diseases.... | $213.997 | $213.997 | FY 2024 bill sets a cap and a floor | 42 USC § 300hh-31; 42 USC § 241; 42 USC §242l; 42 USC § 247b; 42 USC §242o; 42 USC § 263;42 USC § 263a; 42 USC § 247d-6; 42 USC § 247d-6; 42 USC § 300hh-37; 42 |
| -- Mycotic Diseases (non-add).... | $16.000 | $16.000 | FY 2024 bill sets a cap and a floor | USC § 242b; 42 USC § 242o; 42 USC § 242m |

CDC_001297

| | A | B | C | L | M |
|---|---|---|---|---|---|
| 34 | -- Integration of Sepsis Data (non-add) | $3,000 | $3,000 | FY 2024 bill sets a cap and a floor | 42 USC § 300hh-31; 42 USC § 247d-5; 42 USC § 241; 42 USC § 242o; 42 USC § 248; 42 USC § 280g-1; 42 USC § 280g;2 |
| 35 | -- Harmful Algal Blooms | $3,500 | $3,500 | FY 2024 bill sets a cap and a floor | 33 USC § 4001 seq; 42 USC § 241; 42 USC § 247b |
| 36 | -- Food Safety | $72,000 | $72,000 | FY 2024 bill sets a cap and a floor | 42 USC § 247d-20; 42 USC § 288g-16; 21 USC § 2224; 21 USC § 399; 42 USC § 300hh-37; 42 USC § 241; 42 USC § 247b; 42 USC § 247d-4; 42 USC § 263a-2; 42 USC § 263a; 42 USC § 247d-2 |
| 37 | -- National Healthcare Safety Network | $24,000 | $24,000 | FY 2024 bill sets a cap and a floor | 42 USC § 300hh-31; 42 USC § 242p; 42 USC § 242o; 42 USC § 242m; 42 USC § 248; 42 USC § 248; 42 USC § 280g-1;42 USC § 280g;2; 42 USC § 247d-6;5; USC § 247d-2 |
| 38 | -- Quarantine | $53,772 | $53,772 | FY 2024 bill sets a cap and a floor | 42 USC § 252; 8 USC § 1182; 8 USC § 1222; 8 USC § 1522; 42 USC § 249; 42 USC §s 264-272; 42 USC § 243; 42 USC § 247d; 42 USC § 241; 42 USC § 24?h-1; 42 USC § 242l; 42 USC §s |
| 39 | -- Federal Isolation and Quarantine (non-add) | $1,000 | $1,000 | FY 2024 bill sets a cap but not a floor | 42 USC § 249; 42 USC §s 264-272; 42 USC § 243 |
| 40 | -- Advanced Molecular Detection (AMD) | $40,000 | $40,000 | FY 2024 bill sets a cap and a floor | 42 USC § 247d-4; 42 USC § 300hh-31; 42 USC § 300hh-34; 42 USC § 241; 42 USC §242d; 42 USC § 247b; 42 USC § 263a;42 USC § 247d-2; 42 USC § 247b; |
| 41 | -- Epidemiology and Lab Capacity Program - PPHF | $40,000 | $50,000 | FY 2024 bill sets a cap and a floor | 42 USC § 300hh-31 |
| 42 | -- Healthcare-Associated Infections - PPHF | $12,000 | $0.000 | FY 2024 bill sets a cap and a floor | 42 USC § 300hh-31; 42 USC § 242b; 42 USC § 242o; 42 USC § 248; 42 USC § 247d-6;5; |
| 43 | Chronic Disease Prevention and Health Promotion | $1,433,914 | $1,192,647 | FY 2024 bill sets a cap and a floor | |
| 44 | Chronic Disease Prevention and Health Promotion - BA/2 | $1,192,647 | $1,192,647 | FY 2024 bill sets a cap and a floor | |
| 45 | Chronic Disease Prevention and Health Promotion - PPHF | $241,267 | $0.000 | FY 2024 bill sets a cap and a floor | |
| 46 | -- Tobacco - BA | $120,650 | $120,650 | FY 2024 bill sets a cap and a floor | 15 USC 4401-4408; 15 U.S. Code § 1341 |
| 47 | -- Tobacco - PPHF | $125,850 | $0.000 | FY 2024 bill sets a cap and a floor | 42 USC 300u-11 |
| 48 | -- Nutrition, Physical Activity and Obesity | $58,420 | $58,420 | FY 2024 bill sets a cap and a floor | |
| 49 | -- High Obesity Rate Counties (non-add) | $16,500 | $16,500 | FY 2024 bill sets a cap and a floor | 42 USC § 247b |
| 50 | -- Farm to School (non-add) | $2,000 | $2,000 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b |
| 51 | -- School Health | $19,400 | $19,400 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b |
| 52 | -- Food Allergies (non-add) | $2,000 | $2,000 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b |
| 53 | -- Health Promotion | $64,100 | $64,100 | FY 2024 bill sets a cap and a floor | |
| 54 | -- Vision and Eye Health | $6,500 | $6,500 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b |
| 55 | -- Alzheimer's Disease | $39,500 | $39,500 | FY 2024 bill sets a cap and a floor | 42 USC 280c-3 et seq |
| 56 | -- Inflammatory Bowel Disease | $2,000 | $2,000 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b |
| 57 | -- Interstitial Cystitis | $1,100 | $1,100 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b |
| 58 | -- Excessive Alcohol Use | $6,000 | $6,000 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b |
| 59 | -- Chronic Kidney Disease | $4,500 | $4,500 | FY 2024 bill sets a cap and a floor | 42 USC 280g-6 |
| 60 | -- Chronic Disease Education and Awareness | $4,500 | $4,500 | FY 2024 bill sets a cap and a floor | 42 USC § 241 |
| 61 | -- Prevention Research Centers | $28,961 | $28,961 | FY 2024 bill sets a cap and a floor | 42 USC § 300u-5 |
| 62 | -- Heart Disease and Stroke - BA | $125,850 | $125,850 | FY 2024 bill sets a cap and a floor | See p-51 |
| 63 | -- Heart Disease and Stroke - PPHF | $29,255 | $0.000 | FY 2024 bill sets a cap and a floor | 42 USC 300u-11 |
| 64 | -- Diabetes - BA | $89,717 | $89,717 | FY 2024 bill sets a cap and a floor | 42 USC 247d-9 |
| 65 | -- Diabetes - PPHF | $66,412 | $0.000 | FY 2024 bill sets a cap and a floor | 42 USC 300u-11 |
| 66 | -- National Diabetes Prevention Program | $37,300 | $37,300 | FY 2024 bill sets a cap and a floor | 42 USC 280g-14 |
| 67 | -- Cancer Prevention and Control | $410,049 | $410,049 | FY 2024 bill sets a cap and a floor | 42 USC § 300k-300n-5 |
| 68 | -- Breast and Cervical Cancer | $235,500 | $235,500 | FY 2024 bill sets a cap and a floor | 42 USC § 300k-300n-5 |
| 69 | -- WISEWOMAN | $34,620 | $34,620 | FY 2024 bill sets a cap and a floor | 42 USC 300n-4a |
| 70 | -- Breast Cancer Awareness for Young Women | $6,960 | $6,960 | FY 2024 bill sets a cap and a floor | 42 USC 280m |
| 71 | -- Cancer Registries | $53,440 | $53,440 | FY 2024 bill sets a cap and a floor | 42 USC 280e - 280e-4 |
| 72 | -- Colorectal Cancer | $44,294 | $44,294 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b |
| 73 | -- Comprehensive Cancer | $22,425 | $22,425 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b |
| 74 | -- Johanna's Law | $11,500 | $11,500 | FY 2024 bill sets a cap and a floor | 42 USC 247b-17 |
| 75 | -- Ovarian Cancer | $15,000 | $15,000 | FY 2024 bill sets a cap and a floor | 42 USC 247b-17 |
| 76 | -- Prostate Cancer | $15,205 | $15,205 | FY 2024 bill sets a cap and a floor | 42 USC 247b-5 |
| 77 | -- Skin Cancer | $5,000 | $5,000 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b |
| 78 | -- Cancer Survivorship Resource Center | $0.725 | $0.725 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b |
| 79 | -- Oral Health | $20,250 | $20,250 | FY 2024 bill sets a cap and a floor | 42 USC 280h-2; 42 USC 247b-14 |
| 80 | -- Safe Motherhood/Infant Health | $110,500 | $110,500 | FY 2024 bill sets a cap and a floor | 42 USC 247b-17; 42 USC 300u-11 |
| 81 | -- Arthritis | $11,000 | $11,000 | FY 2024 bill sets a cap and a floor | 42 USC 280c-4; 42 USC 280c-5 |

CDC_001297

| # | A | B | C | L | M |
|---|---|---|---|---|---|
| 82 | Epilepsy | $11,500 | $11,500 | FY 2024 bill sets a cap and a floor | 42 U.S.C. 254c-5 |
| 83 | National Lupus Patient Registry | $10,000 | $10,000 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b |
| 84 | Racial and Ethnic Approaches to Community Health - BA | $68,950 | $68,950 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b |
| 85 | *Good Health and Wellness in Indian Country (non-add)* | $24,000 | $24,000 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b |
| 86 | Social Determinants of Health | $6,000 | $6,000 | FY 2024 bill sets a cap and a floor | 42 USC § 247b |
| 87 | Million Hearts - PPHF | $5,000 | $5,000 | FY 2024 bill sets a cap and a floor | 42 USC § 300u-11 |
| 88 | National Early Child Care Collaboratives - PPHF | $5,000 | $5,000 | FY 2024 bill sets a cap and a floor | 42 USC § 300u-11 |
| 89 | Hospitals Promoting Breastfeeding - PPHF | $9,750 | $0.000 | FY 2024 bill sets a cap and a floor | 42 USC § 300u-11 |
| 90 | **Birth Defects, Developmental Disabilities, Disability and Health/2** | **$206,060** | **$206,060** | FY 2024 bill sets a cap and a floor | |
| 91 | Child Health and Development | $71,300 | $71,300 | FY 2024 bill sets a cap and a floor | |
| 92 | Birth Defects | $19,000 | $19,000 | FY 2024 bill sets a cap and a floor | 42 USC § 247b-4f; 42 USC § 247b-12 |
| 93 | Fetal Death | $0.900 | $0.900 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b |
| 94 | Fetal Alcohol Syndrome | $11,500 | $11,500 | FY 2024 bill sets a cap and a floor | 42 USC § 247b-4; 42 USC § 247b-11; 42 USC § 247b-13 |
| 95 | Folic Acid | $3,150 | $3,150 | FY 2024 bill sets a cap and a floor | 42 USC § 247b-11 |
| 96 | Infant Health | $8,650 | $8,650 | FY 2024 bill sets a cap and a floor | 42 USC § 247b-4f |
| 97 | Autism | $28,100 | $28,100 | FY 2024 bill sets a cap and a floor | 42 USC § 247b-4; 42 USC §§ 280i, 280i-4 |
| 98 | Health and Development for People with Disabilities | $86,410 | $86,410 | FY 2024 bill sets a cap and a floor | |
| 99 | Disability and Health | $45,500 | $45,500 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b-4 |
| 100 | Tourette Syndrome | $2,500 | $2,500 | FY 2024 bill sets a cap and a floor | 42 USC § 247b-4; 42 USC § 300b-7 |
| 101 | Early Hearing Detection and Intervention | $10,760 | $10,760 | FY 2024 bill sets a cap and a floor | 42 USC § 247b-4; 42 USC § 280g-1 |
| 102 | Muscular Dystrophy | $8,000 | $8,000 | FY 2024 bill sets a cap and a floor | 42 USC § 247b-4; 42 USC § 280b-18 |
| 103 | Attention Deficit Hyperactivity Disorder | $1,900 | $1,900 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b-4 |
| 104 | Fragile X | $2,000 | $2,000 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b-4 |
| 105 | Spina Bifida | $7,500 | $7,500 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 247b-4 |
| 106 | Congenital Heart Failure | $8,250 | $8,250 | FY 2024 bill sets a cap and a floor | 42 USC § 247b-4; 42 USC § 280g-13 |
| 107 | Public Health Approach to Blood Disorders | $10,400 | $10,400 | FY 2024 bill sets a cap and a floor | 42 USC § 247b-4; 42 USC § 300b-5 |
| 108 | *Sickle Cell Research (non-add)* | $6,000 | $6,000 | FY 2024 bill sets a cap and a floor | 42 USC § 300b-5; 42 USC § 247b-4; 42 USC § 243 |
| 109 | Hemophilia CDC Activities | $5,500 | $5,500 | FY 2024 bill sets a cap and a floor | 42 USC § 247b-4; 42 USC § 247b-18 |
| 110 | Thalassemia | $5,100 | $5,100 | FY 2024 bill sets a cap and a floor | 42 USC § 247b-4; 42 USC § 300b-22 |
| 111 | Neonatal Abstinence Syndrome | $2,100 | $2,100 | FY 2024 bill sets a cap and a floor | 42 USC § 243; 42 USC § 300b-5 |
| 112 | Surveillance for Emerging Threats to Mothers and Babies | $4,250 | $4,250 | FY 2024 bill sets a cap and a floor | 42 USC § 247b-12; 42 USC § 247b-13 |
| 113 | | $23,000 | $23,000 | FY 2024 bill sets a cap and a floor | 42 USC § 247b-12; 42 USC § 247b-13 |
| 114 | **Environmental Health** | **$242,850** | **$191,850** | FY 2024 bill sets a cap and a floor | |
| 115 | **Environmental Health - BA/2** | **$191,850** | **$191,850** | FY 2024 bill sets a cap and a floor | |
| 116 | **Environmental Health - PPHF** | **$51,000** | **$0.000** | FY 2024 bill sets a cap and a floor | |
| 117 | Environmental Health Laboratory | $70,750 | $70,750 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 242; 42 USC § 242o; 42 USC § 243; 42 USC § 247b; 42 USC § 247b-5 |
| 118 | *Newborn Screening Quality Assurance Program (non-add)* | $21,000 | $21,000 | FY 2024 bill sets a cap and a floor | 254, 42 USC § 300b-5 |
| 119 | *Newborn Screening for Severe Combined Immuno. Diseases (non-add)* | $1,250 | $1,250 | FY 2024 bill sets a cap and a floor | 42 USC § 300b-1 et seq.; 42 USC § 263 |
| 120 | Environmental Health Activities | $48,600 | $48,600 | FY 2024 bill sets a cap and a floor | 42 USC § 300b-1 et seq.; 42 USC § 263 |
| 121 | All Other Environmental Health | $17,000 | $17,000 | FY 2024 bill sets a cap and a floor | 21 USC § 2224; 42 USC § 241; 42 USC § 242; 42 USC § 242o; 42 USC § 243; 42 USC § 247b; 247b; 42 USC § 254; 42 USC § 300u-5; |
| 122 | Safe Water | $8,600 | $8,600 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 242; 42 USC § 242o; 42 USC § 243; 42 USC § 247b; 42 USC § 254; 42 USC § 300u-5 |
| 123 | Amyotrophic Lateral Sclerosis Registry (ALS) | $10,000 | $10,000 | FY 2024 bill sets a cap and a floor | 42 USC 280g-7 |
| 124 | Climate and Health | $10,000 | $10,000 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 242; 42 USC § 242o; 42 USC § 243; 42 USC § 247b; 42 USC § 254; 42 USC § 300u-5 |
| 125 | Trevor's Law | $3,000 | $3,000 | FY 2024 bill sets a cap and a floor | 42 USC § 280g-17 |
| 126 | Environmental and Health Outcome Tracking Network | $34,000 | $34,000 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 242; 42 USC § 242o; 42 USC § 243; 42 USC § 300u-5; 42 USC § 300hh-33 |
| 127 | Asthma | $33,500 | $33,500 | FY 2024 bill sets a cap and a floor | 42 USC § 241; 42 USC § 300u-5; 42 U.S.C. § 300hh; 42 USC 300hh-33 |
| 128 | Lead Exposure Registry | $5,000 | $5,000 | FY 2024 bill sets a cap and a floor | 42 USC § 280g |
| 129 | Childhood Lead Poisoning Prevention - BA | $0.000 | $0.000 | FY 2024 bill sets a cap and a floor | 42 USC § 300j-27 |
| 130 | Childhood Lead Poisoning Prevention - PPHF | $51,000 | | FY 2024 bill sets a cap and a floor | 42 USC § 247b-1; 42 USC § 247b-3 |
| 131 | **Injury Prevention and Control/2** | **$761,379** | **$761,379** | FY 2024 bill sets a cap and a floor | |
| 132 | Intentional Injury | $164,550 | $164,550 | FY 2024 bill sets a cap and a floor | 42 USC § 10414, Violence Against Women and Department of Justice Reauthorization Act of 2005 § 401 (P. L. 113-4), PHSA § 304, PHSA § 394, PHSA § 395, PHSA § 396, PHSA § 397, PHSA § 398, PHSA § 399, PHSA § 400, PHSA § 401, PHSA § 402, PHSA § 403 |
| 133 | Domestic Violence and Sexual Violence | $38,200 | $38,000 | FY 2024 bill sets a cap and a floor | |

CDC_001297

| # | A | B | C | L | M |
|---|---|---|---|---|---|
| 134 | *Child Maltreatment (non-add)* | *$7,250* | *$7,250* | FY 2024 bill sets a cap and a floor | PHSA § 393 |
| 135 | *Child Sexual Abuse Prevention (non-add)* | *$3,000* | *$3,000* | FY 2024 bill sets a cap and a floor | PHSA § 394 |
| 136 | Youth Violence Prevention | $18,100 | $18,100 | FY 2024 bill sets a cap and a floor | PHSA § 391, PHSA § 392 |
| 137 | Domestic Violence Community Projects | $7,500 | $7,500 | FY 2024 bill sets a cap and a floor | Family Violence Prevention and Services Act § 314 |
| 138 | Rape Prevention | $61,750 | $61,750 | FY 2024 bill sets a cap and a floor | PHSA § 393A, Violence Against Women and Department of Justice Reauthorization Act of 2005 § 402(P. L. 113-4); PHSA § 396, PHSA § 397, PHSA § 398, PHSA § 393A(b) [42 USC § 280b-1b(b)]; PHSA § 392(a)(1) [42 USC 280b-0(a)(1)]; PHSA § 301 (a) [42 U.S.C. 241(a)]; PHSA § 391 (a) [42 U.S.C. 280b(a)] |
| 139 | Suicide Prevention | $30,000 | $30,000 | FY 2024 bill sets a cap and a floor | PHSA § 396, PHSA § 399P, PHSA § 393, Pub. L. 115-271 Sec. 713 |
| 140 | Adverse Childhood Experiences | $9,000 | $9,000 | FY 2024 bill sets a cap and a floor | PHSA § 393 |
| 141 | National Violent Death Reporting System (NVDRS) | $24,500 | $24,500 | FY 2024 bill sets a cap and a floor | |
| 142 | Unintentional Injury | $13,300 | $13,300 | FY 2024 bill sets a cap and a floor | PHSA § 393B, PHSA § 393C |
| 143 | Traumatic Brain Injury (TBI) | $8,250 | $8,250 | FY 2024 bill sets a cap and a floor | PHSA § 393D |
| 144 | Elderly Falls | $3,050 | $3,050 | FY 2024 bill sets a cap and a floor | PHSA § 301, PHSA § 392 [42 USC 280b-0(a)(1)]; PHSA § 301 (a) [42 U.S.C. 241(a)]; |
| 145 | Drowning | $2,000 | $2,000 | FY 2024 bill sets a cap and a floor | PHSA § 391 |
| 146 | Injury Prevention Activities | $29,950 | $29,950 | FY 2024 bill sets a cap and a floor | 45 USC § 280b-0 |
| 147 | Opioid Overdose Prevention and Surveillance | $505,579 | $505,579 | FY 2024 bill sets a cap and a floor | PHSA § 399O, Comprehensive Addiction and Recovery (CARA) Act of 2016 § 102 (P. L. 114-198), PHSA § 392A, PHSA § 319 |
| 148 | Injury Control Research Centers | $11,000 | $11,000 | FY 2024 bill sets a cap and a floor | PHSA § 391(a); PHSA 391(a) |
| 149 | Firearm Injury and Mortality Prevention Research | $12,500 | $12,500 | FY 2024 bill sets a cap and a floor | PHSA § 392, PHSA § 394 |
| **150** | **Public Health Scientific Services** | **$754,497** | **$754,497** | FY 2024 bill sets a cap and a floor | |
| **151** | **Public Health Scientific Services - BA** | **$711,553** | **$711,553** | FY 2024 bill sets a cap and a floor | |
| **152** | **Public Health Scientific Services - PHS Evaluation Transfer** | **$42,944** | **$42,944** | FY 2024 bill sets a cap and a floor | PHSA § 306(h), PHSA § 306(k), PHSA § 306(i), PHSA § 310(b), PHSA § 310(h), PHSA § 306(h), PHSA § 308(a)(1)(D)(2), PHSA § 310(h), PHSA § 306(i), Food, Conservation, and Energy Act of 2008 § 4403, PHSA § 306(a), PHSA § 306(b)(2), PHSA § 306(h)(1)(H), PHSA § 306(h)(1)(B), PHSA § 306(k)(5)(H), PHSA § 306(b)(1)(F), PHSA § 306(b)(1)(F), PHSA § 306(k)(5)(H), PHSA § 308(d)(2), PHSA § 306(h), PHSA § 306(f), 5 USC § 301 note |
| 153 | Health Statistics | $187,397 | $187,397 | FY 2024 bill sets a cap and a floor | 42 USC § 238 |
| 154 | Health Statistics - BA | $144,453 | $144,453 | FY 2024 bill sets a cap and a floor | 42 USC § 247d-4; 42 USC § 242u; 42 USC § 280g-7a; 42 USC § 300hh-31; 25 USC § 5301 et seq.; 25 USC § 2801 et seq.; 42 USC § 247d(k)(2); 42 USC § 300u-2; 25 USC § 1621q; 42 USC § 241 et seq.; 42 USC § 2991 et seq.; 42 USC § 242o; 42 USC § 243; 42 USC § 247b |
| 155 | Health Statistics - PHS Evaluation Transfer | $42,944 | $42,944 | FY 2024 bill sets a cap and a floor | USC § 247b-8; 42 USC § 247d-2; 42 USC § 263; 42 USC § 247b |
| 156 | Surveillance, Epidemiology, and Informatics | $298,100 | $298,100 | FY 2024 bill sets a cap and a floor | 42 USC § 300hh-33; 42 USC § 242u; 42 USC § 247d-4; 42 USC § 300hh-35; 42 USC § 263a |
| 157 | *Primary Immunodeficiencies (non-add)* | *$3,500* | *$3,500* | FY 2024 bill sets a cap and a floor | 241; ARP 2021 (P. L. 117-2); Funding for data modernization and forecasting center; |
| 158 | Advancing Laboratory Science | $23,000 | $23,000 | FY 2024 bill sets a cap and a floor | Sec. 2401 and 2404; 42 USC § 242b; 42 USC § 2591-3; 42 USC § 295c; 42 USC § 241; 42 USC § 242o; 42 USC § 247b-7; 42 USC § 247b-8; 42 USC § 300cc-31; 42 USC § 243; 42 USC § 204; 42 USC § 300u-2; 42 |
| 159 | Public Health Data Modernization | $175,000 | $175,000 | FY 2024 bill sets a cap and a floor | USC § 300u-3; 42 USC § 247b |
| 160 | Public Health Workforce | $71,000 | $71,000 | FY 2024 bill sets a cap and a floor | |
| **161** | **Occupational Safety and Health** | **$362,800** | **$362,800** | FY 2024 bill sets a cap and a floor | |
| 162 | National Occupational Research Agenda (NORA) | $119,500 | $119,500 | FY 2024 bill sets a cap and a floor | 29 USC §§669; 29 USC §670; 29 USC §671; 30 USC §813; 30 USC §951; 42 USC §241(a) |
| 163 | *Agriculture, Forestry, Fishing (AgFF) (non-add)* | $29,000 | $29,000 | FY 2024 bill sets a cap and a floor | 29 USC §669; 29 USC §670; 29 USC §671; 46 USC §4502 |
| 164 | Education and Research Centers | $32,000 | $32,000 | FY 2024 bill sets a cap and a floor | 29 USC §669; 29 USC §670; 29 USC §671; 30 USC §813; 30 USC §951; 42 USC §241(a); 42 USC §247d-6d; 30 USC §3; 30 USC §5; 30 USC §7; 30 USC §811; 30 USC §842; 30 |
| 165 | Personal Protective Technology | $23,000 | $23,000 | FY 2024 bill sets a cap and a floor | USC §844; 42 USC 247d-6b; 29 USC §669; 29 USC §670; 29 USC §671; 30 USC §1; 30 USC §801 et. seq.; 30 USC §813; 30 USC §843; 30 USC §901; 42 USC §241(a); Mine Improvement |
| 166 | Mining Research | $66,500 | $66,500 | FY 2024 bill sets a cap and a floor | and New Emergency Response (MINER) Act § 13 |
| 167 | Other Occupational Safety and Health Research | $115,100 | $115,100 | FY 2024 bill sets a cap and a floor | 15 USC §2601 et.seq.; 29 USC §669; 29 USC §670; 29 USC §671; 30 USC §813; 30 USC §951; 42 USC §241(a); 42 USC §294l |
| 168 | *Total Worker Health (non-add)* | *$11,800* | *$11,800* | FY 2024 bill sets a cap and a floor | 29 USC §669; 29 USC §670; 29 USC §671; 42 USC §241; 42 USC §240; 42 USC §2801 |
| 169 | National Mesothelioma Registry and Tissue Bank | $1,200 | $1,200 | FY 2024 bill sets a cap and a floor | 42 USC §241(a); 29 USC §669; 29 USC §670; 29 USC §671 |

CDC_001297

| | A | B | C | L | M |
|---|---|---|---|---|---|
| 170 | -- Firefighter Cancer Registry | $5,500 | $5,500 | FY 2024 bill sets a cap and a floor | 42 USC §280e-5 |
| 171 | -- Global Health | **$692,843** | **$692,843** | FY 2024 bill sets a cap and a floor | 22 U.S.C. § 2151b-2; 22 USC §§ 7631; 42 U.S.C. § 241; 42 U.S.C. § 242j; 42 U.S.C. § 242b(a)[2]; 42 U.S.C. §§ 247b-8; 42 U.S.C. §§ 300cc-15; 42 U.S.C. § 209; 42 U.S.C. 242m(e); 42 U.S.C. 264; 42 USC § 247b-2; 42 USC § 300cc-3; 42 USC 215; 42 USC 242 o(b); 42 USC 242b; 42 USC 242c; 42 USC 247b(k)(1) and (k)(2); 42 USC 247bb(k)(1) and (k)(8) |
| 172 | -- Global HIV/AIDS Program | $128,921 | $128,921 | FY 2024 bill sets a cap and a floor | 22 U.S.C. § 2151b-2; 22 USC §§ 7623; 42 U.S.C. § 241; 42 U.S.C. § 242j; 42 U.S.C. §§ 247b-8; 42 U.S.C. §§ 300cc-15; 42 U.S.C. § 209; 42 U.S.C. 242m(e); 42 USC § 300cc-3(b) [Specifically (b) (1), (2), (3)(E), (3)(F), (7), (8)]; 42 USC 215; 42 USC 242 o(b); 42 USC 242b; 42 USC 242c; 42 USC 247d(k)(1) and (k)(2) |
| 173 | -- Global Tuberculosis | $11,722 | $11,722 | FY 2024 bill sets a cap and a floor | 42 U.S.C. § 241; 42 U.S.C. §§ 264; 42 USC 215; 42 USC 242 o(b); 42 U.S.C. §§ 247b-8; 42 U.S.C. § 209; 42 U.S.C. 242m(e); 42 U.S.C. 264; 42 USC § 247b-6; 42 USC 247d(k)(1) and (k)(2); 42 USC 247b-8 |
| 174 | -- Global Immunization Program | $230,000 | $230,000 | FY 2024 bill sets a cap and a floor | 242m(e); 42 U.S.C. 264; 42 USC 215; 42 USC 242 o(b); 42 USC 242c; 42 USC 242c; 42 USC 247b(k)(1) and (k)(2); 42 U.S.C. § 247b-8; 42 U.S.C. § 209; 42 U.S.C. § 2834 |
| 175 | -- Polio Eradication | $180,000 | $180,000 | FY 2024 bill sets a cap and a floor | 242m(e); 42 U.S.C. 264; 42 USC 215; 42 USC 242 o(b); 42 U.S.C. §§ 247b-8; 42 U.S.C. § 209; 42 U.S.C. § 2834; USC 247b(k)(1) and (k)(2); 42 USC 247d(k)(1) and (k)(2); 42 USC 247d-5; 42 USC § 2834 |
| 176 | -- Measles and Other Vaccine Preventable Diseases | $50,000 | $50,000 | FY 2024 bill sets a cap and a floor | 42 U.S.C. § 241; 42 USC 242j; 42 U.S.C. 264; 42 USC 215; 42 USC 242 o(b); 42 U.S.C. §§ 247b-8; 42 U.S.C. § 42 U.S.C. § 2834; 242m(e); 42 U.S.C. 264; 42 USC 215; 42 USC 242 o(b); 42 USC 242c; 42 USC 247b(k)(1) and (k)(2); 42 USC 247d(k)(1) and (k)(2); 42 USC 247d-5; 42 USC § 2834 |
| 177 | -- Parasitic Diseases and Malaria | $29,000 | $29,000 | FY 2024 bill sets a cap and a floor | 22 USC § 7634; 42 USC §§ 241; 42 USC §§ 247b-8; 42 USC § 300hh-37; 22 U.S.C. § 2387-2389; 22 USC § 2151b-2; 5 USC § 3343; 42 USC § 247d-4—42 USC § 247b; |
| 178 | --- Soil Transmitted Helminth (STH) (non-add) | $1,500 | $1,500 | FY 2024 bill sets a cap and a floor | 263; 42 USC § 263a; 42 USC § 247d-2; 42 USC § 242b; 42 USC § 242o; 42 USC § 300hh-37; 42 USC § 241; 42 USC § 247b; |
| 179 | -- Global Public Health Protection | $293,200 | $293,200 | FY 2024 bill sets a cap and a floor | 42 U.S.C. § 241; 42 U.S.C. § 241(e); 42 U.S.C. § 242l; 42 U.S.C. § 242l(b)(5), (b)(6); 42 U.S.C. §§ 247b-8; 42 U.S.C. §§ 247b-8; 42 U.S.C. §§ 300hh-37; 42 U.S.C. § 209; U.S.C. § 242m(e); 42 U.S.C. 264; 42 USC 215; 42 USC 242 o(b); 42 USC 242b; 42 USC 242c; 42 USC 247b-6; 42 USC 247d-5; 42 USC 300hh-1 (42 USC 300-1b)(2)(A); Pub 1.117-263 (NDAA) Subtitle D, Sections 5563-5563 |
| 180 | -- *Population-based Surveillance Platforms (non-add)* | $7,000 | $7,000 | FY 2024 bill sets a cap and a floor | USC 300-hh-1(b)(2)(A); Pub 1.117-263 (NDAA) Subtitle D, Sections 5563-5563 |
| 181 | **Public Health Preparedness and Response** | **$938,200** | **$938,200** | FY 2024 bill sets a cap and a floor | 42 USC § 247b-3a; 42 USC § 247bb(k)(2); 42 USC § 300hh-16; 42 USC § 247d-11; 42 USC § 241; 42 USC § 247d; 42 USC § 300hh-31; 42 USC § 300hh-34; 42 USC § 300hh-1; 42 USC § 247d-7e; 42 USC § 215 |
| 182 | -- Public Health Emergency Preparedness Cooperative Agreement | $735,000 | $735,000 | FY 2024 bill sets a cap and a floor | |
| 183 | -- Academic Centers for Public Health Preparedness | $9,200 | $9,200 | FY 2024 bill sets a cap and a floor | 42 USC § 247d-6 |
| 184 | -- Ready Response Enterprise Data Integration Platform/Forecasting and Outbreak Analytics | $55,000 | $55,000 | FY 2024 bill sets a cap and a floor | 42 USC § 300hh-35; 42 USC § 247d-4—American Rescue Plan Act of 2021 § 2404 |
| 185 | -- All Other CDC Preparedness | $139,000 | $139,000 | FY 2024 bill sets a cap and a floor | 42 USC § 247d-6b; 21 USC § 360ddb-3a; 21 USC § 360ddb-3b; 42 USC § 247d-4; 42 USC § 247d-6b; 21 USC § 360ddb-3b; 42 USC § 243; 42 USC § 247b; 42 USC § 247d-6; 42 USC § 247d-6d; 42 USC § 300hh-16; 42 USC § 247d-6; 42 USC § 247b-8; 42 USC § 300hh-35; 42 USC § 215; 42 USC § 264; 42 USC § 300hh-10a; 42 USC 247d-6b; USC § 247d-42 |
| 186 | **Cross-Cutting Activities and Program Support** | **$663,570** | **$503,570** | FY 2024 bill sets a cap and a floor | 42 USC § 247b-7; 42 USC § 242o; 42 USC § 243; 42 USC § 241; 42 USC § 242d; 42 USC § 280e; § 242b; 42 USC § 242m; 42 USC § 254; 42 USC § 254; 42 USC § 280b; 42 USC § 280e-11; 42 USC § 280g-10; E-Government Act of 2002 (PL 107-347), 42 USC § 242c; 42 |
| 187 | **Cross-Cutting Activities and Program Support - BA** | **$503,570** | **$503,570** | FY 2024 bill sets a cap and a floor | USC § 242c-1 |
| 188 | **Cross-Cutting Activities and Program Support - PPHF** | **$160,000** | **$0.000** | FY 2024 bill sets a cap and a floor | |
| 189 | -- Preventative Health and Health Services Block Grant (PPHF) | $160,000 | $0.000 | FY 2024 bill sets a cap and a floor | 42 USC § 300w-300w-10; 42 USC 300x-11; 42 USC § 241; 42 USC § 247b; 42 USC § 247b-8; 42 USC § 242z; 42 USC § 300x-da; 42 USC § 263a |
| 190 | -- Public Health Leadership and Support | $128,570 | $128,570 | FY 2024 bill sets a cap and a floor | *Appropriations Language* |
| 191 | --- *Office of Rural Health (ORH) (non-add)* | $5,000 | $5,000 | FY 2024 bill sets a cap and a floor | |
| 192 | -- Infectious Disease Rapid Response Reserve Fund | $25,000 | $25,000 | FY 2024 bill sets a cap and a floor | 42 USC § 247d-4a |

CDC_001297

| | A | B | C | L | M |
|---|---|---|---|---|---|
| 193 | --- Public Health Infrastructure and Capacity............... | $350.000 | $350.000 | FY 2024 bill sets a cap and a floor | 42 USC § 247b(k)(2); 25 USC § 5301 et seq.; 25 USC § 2801 et seq.; 42 USC § 300u-2; |
| 194 | **Building and Facilities.............** | **$40.000** | **$40.000** | FY 2024 bill sets a cap and a floor | 42 USC § 300gg-11; 42 USC § 241; 25 USC § 1621q; 42 USC § 241 et seq.; 42 USC § |
| 195 | --- Building and Facilities - BA............ | $40.000 | $40.000 | FY 2024 bill sets a cap and a floor | 2991 et seq.; American Rescue Plan Act § 2404, Subtitle F-Public Health Workforce, |
| 196 | **Totals** | | | | Sec. 2502; 42 USC § 300hh-31 |
| 197 | **Discretionary Budget Authority............** | **$7,937.588** | **$7,937.588** | FY 2024 bill sets a cap and a floor | 42 USC § 247d-4.– Appropriations Report language |
| 198 | **Prevention and Public Health Fund (PPHF)............** | **$1,186.200** | **$0.000** | FY 2024 bill sets a cap and a floor | |
| 199 | **PHS Evaluation Transfer............** | **$42.944** | **$42.944** | FY 2024 bill sets a cap and a floor | |
| 200 | **Energy Employees Occupational Illness Compensation Act (EEOICPA)............** | **$50.763** | **$55.358** | FY 2024 bill sets a cap and a floor | |
| 201 | *Total, Program Level............* | **$9,217.495** | **$8,035.890** | FY 2024 bill sets a cap and a floor | |
| 202 | 1 FY 2025 Level reflects full year Continuing Resolution (CR) level, which grants flexibility at the PPA level. PPA funding levels, including non-add PPAs, displayed in this Operating Plan are subject to change due to ongoing CDC reorganizational efforts. PPAs showing a reduction relative to FY 2024 will provide additional flexibilities for CDC and are not intended to reflect an elimination. | | | | |
| 202 | 2 Given the Reduction in Force and upcoming reorganization, PPAs in the following accounts will need to be evaluated and updated: 1) HIV/AIDS, Viral Hepatitis, STI, and TB Prevention; 2) Chronic Disease Prevention and Health Promotion; 3) Birth Defects, Developmental Disabilities, Disability and Health; 4) Environmental Health, 5) Injury Prevention and Control and 6) Occupational Safety and Health. | | | | |
| 203 | 3 The total estimated costs savings related to cancellations is approximately $268M for contracts as of 3/26/2025. This effort is ongoing and as a result these amounts are subject to change. There are no cost savings related to grant cancellations. | | | | |
| 204 | | | | | |
| 205 | | | | | |
| 206 | | | | | |
| 207 | | | | | |
| 208 | | | | | |
| 209 | | | | | |
| 210 | | | | | |
| 211 | | | | | |

# EXHIBIT B

**to the Declaration of Stefanie Krajewski**



NOTICE: Due to the lapse in federal funding, portions of this website may not be updated and some non-disaster assistance transactions submitted via the website may not be processed or responded to until after appropriations are enacted. Get more information.

🇺🇸 An official website of the United States government   Here's how you know



Apply for Assistance

Reports & Data

# OpenFEMA Dataset: Hazard Mitigation Assistance Projects – v4

**Version: 4**                                          **Last Data Refresh: 03-05-2026**

| Key | Value |
|---|---|
| Entity Name | HazardMitigationAssistanceProjects |
| API Endpoint | https://www.fema.gov/api/open/v4/HazardMitigationAssistanceProjects |
| Update Frequency | R/P1D |
| Program URL | https://www.fema.gov/grants/mitigation |
| Category | Hazard Mitigation |
| Keywords | mitigation |

# Description

This dataset contains Hazard Mitigation Assistance (HMA) subapplications/subgrants from the NEMIS Mitigation and eGrants grants management systems. For details on HMA subapplications/subgrants not captured in these systems, visit https://www.fema.gov/openfema-data-page/hma-subapplications-v2.

This dataset contains information on the HMA subapplications/subgrants that have been submitted to or awarded in source systems mentioned above, as well as amendments made to the awarded subgrants. Sensitive information, such as Personally Identifiable Information (PII), has been removed to protect privacy. The information in this dataset has been deemed appropriate for publication to empower public knowledge of mitigation activities and the nature of HMA grant programs. For more information on the HMA grant programs, visit: https://www.fema.gov/grants/mitigation.

This dataset comes from the source systems mentioned above and is subject to a small percentage of human error. In some cases, data was not provided by the subapplicant, applicant, and/or entered into the grant management system. The financial information in this dataset is not derived from FEMA's official financial systems. Due to differences in reporting periods, status of obligations, and how business rules are applied, this financial information may differ slightly from official publication on public websites such as https://www.usaspending.gov. This dataset is not intended to be used for any official federal financial reporting.

If you have media inquiries about this dataset, please email the FEMA Press Office at FEMA-Press-Office@fema.dhs.gov. For inquiries about FEMA's data and Open Government program, please email the OpenFEMA team at OpenFEMA@fema.dhs.gov .

# Full Data

| Format | Address | Record Count | Approximate File Size |
|--------|---------|--------------|----------------------|
| csv | Link to csv | 55010 | small (10MB - 50MB) |
| json | Link to json | 55010 | small (10MB - 50MB) |

## Download the FEMA App

Get real-time weather and emergency alerts, disaster news, and more with the FEMA app.



| Name | Title | Type | Description | Is Searchable |
|------|-------|------|-------------|---------------|
| projectIdentifier | Project Identifier | text | Single-value that uniquely identifies the project. Disaster-based projects use the convention of DR-disaster number-project number-suffix (e.g., DR-1761-0001-M) while non-disaster projects use the unique project number (e.g., FMA-PJ-10-WA-2017-006) | yes |
| programArea | Program Area | text | Hazard Mitigation Assistance grant program areas such as BRIC - Building Resilient Infrastructure and Communities grant program, FMA - Flood Mitigation Assistance grant program, HMGP - Hazard Mitigation Grant Program, LPDM - Legislative Pre-disaster Mitigation grant program, PDM - Pre-disaster Mitigation grant program, RFC - Repetitive Flood Claims grant program, SRL - Severe Repetitive Loss grant program | yes |
| programFy | Program FY | smallint | The fiscal year the disaster declaration date for disaster programs; the fiscal year from the Project Identifier for non-disaster programs (e.g., 2005 from PDMC-PJ-04-AL-2005-001) | yes |
| region | Region | smallint | Number (1-10) used to represent the Region associated with the project | yes |
| state | State | text | Full name of the State (e.g., Virginia) associated with the project | yes |
| stateNumberCode | State Number Code | text | FIPS code corresponding to the State (e.g., 51 represents Virginia/VA) associated with the project | yes |
| county | County | text | Full name of the primary county (e.g., Broward) associated with the project. Note, projects can be associated with more than one county (see the Project Counties field) and are often reported as Statewide (e.g., 000 represents Statewide) | yes |
| countyCode | County Code | text | FIPS code uniquely identifying the primary county (e.g., 011 represents Broward County) associated with the project. Note, projects can be associated with more than one county (see the Project Counties field) and are often | yes |

## Download the FEMA App

Get real-time weather and emergency alerts, disaster news, and more with the FEMA app.



| Name | Title | Type | Description | Is Searchable |
|------|-------|------|-------------|---------------|
| projectCounties | Project Counties | text | County, or Counties, associated with the project. When a project involves more than one county, a semicolon-delimited list of counties is displayed | yes |
| projectType | Project Type | text | Project, or activity, type(s) for the project. When a project involves more than one type/activity, a semicolon-delimited list of types/activities is displayed | yes |
| status | Status | text | Current status of the project. The following options for status are: Approved: Refers to HMGP projects that have been approved for award by FEMA and for which funds have been obligated Awarded: Refers to PDM and FMA projects from before FY2004 that have been approved for award by FEMA and for which funds have been obligated Obligated: Refers to PDM and FMA projects from FY2004 onward and FY19 BRIC projects that have been approved for award by FEMA and for which funds have been obligated Completed: Refers to FMA projects from FY2003 and earlier that were approved for award and fiscally reconciled at the end of the performance period Closed: Refers to all HMGP and PDM projects and FMA projects from FY2004 onward that were approved for award and fiscally reconciled at the end of the performance period. Void: Represents grants that were nullified. Pending: Represents grants that are still under review and do not have a final decision. Revision Requested: Represents grants that upon review, the reviewers requested additional information from the (sub)applicant before making the final decision. Withdrawn: Represents applications that have been withdrawn by the subapplicant for various reasons. Please note that there might be projects in these categories that do not meet these definitions. | yes |
| recipient | Recipient | text | Name of the recipient (previously referred to as grantee) to which the grant is awarded. The recipient is accountable for the use of the funds provided by FEMA and is responsible for disbursing those funds to the subrecipient | yes |
| recipientTri | Recipient | boolean | Indicates if the recipient (or formally referred to as grantee) | no |

# Download the FEMA App

Get real-time weather and emergency alerts, disaster news, and more with the FEMA app.



| Name | Title | Type | Description | Is Searchable |
|------|-------|------|-------------|---------------|
| dataSource | Data Source | text | Indicates which source system provided the data (e.g., eGrants, FMA, HMGP, HMGP-Historical) | yes |
| dateApproved | Date Approved | date | Date the project was approved by FEMA. For HMGP projects, this date is based on the Regional Directors signature date for the latest amendment that was approved. | yes |
| dateClosed | Date Closed | date | Date the project was closed by FEMA. | yes |
| dateInitiallyApproved | Date Initially Approved | date | Date the project was initially approved by FEMA. For HMGP projects, this date is based on the Regional Directors signature date for the first amendment that was approved. | yes |
| projectAmount | Project Amount | decimal | Total cost of the project as submitted in the project subapplication. | yes |
| initialObligationDate | Initial Obligation Date | date | Date when funds were initally obligated. | yes |
| initialObligationAmount | Initial Obligation Amount | decimal | Initial obligation amount | yes |
| federalShareObligated | Federal Share Obligated | decimal | Federal share obligated for eligible project activities. For HMGP this field does not include Admin Costs or Management Costs obligated with the project. | yes |
| subrecipientAdminCostAmt | Subrecipient Administrative Costs Obligated | bigint | Amount obligated for eligible subrecipient administrative activities (previously referred to as Federal Share Subgrantee Admin Amount). Subrecipient Administrative Costs only apply to disasters prior to November 13, 2007. | yes |
| srmcObligatedAmt | Subrecipient Management Costs Obligated | decimal | Amount obligated for eligible subrecipient management costs activities. Subrecipient Management Costs only apply to disasters declared on or after August 1, 2017. | yes |

# Download the FEMA App

Get real-time weather and emergency alerts, disaster news, and more with the FEMA app.



| Name | Title | Type | Description | Is Searchable |
|---|---|---|---|---|
| | | | cost. Composite BCRs of 1.0 or greater have more benefits than costs, and are therefore cost-effective. | |
| netValueBenefits | Net Value Benefits | decimal | Net present value of benefits from the Benefit-Cost Analysis that represents the amount of benefits that will occur for the life of the project. | yes |
| numberOfFinalProperties | Number of Final Properties | smallint | Actual number of properties mitigated by the project as provided by project closeout activities. | yes |
| numberOfProperties | Number of Properties | smallint | Proposed number of properties to be mitigated by the project. Note, a zero values means the project does not apply mitigation directly to structures. | yes |
| id | ID | uuid | Unique ID assigned to the record | yes |

# See Also

**Access the metadata API calls for additional information:**

- https://www.fema.gov/api/open/v1/OpenFemaDataSets?$filter=name%20eq%20%27HazardMitigationAssistanceProjects%27

- https://www.fema.gov/api/open/v1/OpenFemaDataSetFields?$filter=openFemaDataSet%20eq%20%27HazardMitigationAssistanceProjects%27%20and%20datasetVersion%20eq%204

Last updated March 6, 2026

Return to top

# Download the FEMA App

Get real-time weather and emergency alerts, disaster news, and more with the FEMA app.



**About**

**Work With Us**





**Contact FEMA**



FEMA.gov

**An official website of the U.S. Department of Homeland Security**

| | |
|---|---|
| Accessibility | Plug-Ins |
| Accountability | Privacy |
| Careers | Report Disaster Fraud |
| Civil Rights | Website Information |
| Contact Us | DHS.gov |
| FOIA | USA.gov |
| Glossary | Inspector General |
| No FEAR Act | |

## Download the FEMA App

Get real-time weather and emergency alerts, disaster news, and more with the FEMA app.

