UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.*; <br><br> Defendants. | Case No. 26-cv-1566 <br> Hon. Manish S. Shah |

# EXHIBIT 4

### DECLARATION OF SHERIEF GABER

I, Sherief Gaber, declare as follows:

1. I am an Assistant Attorney General in the Office of the Illinois Attorney General, counsel for Plaintiff State of Illinois in this matter and make this declaration on personal knowledge and the records maintained by my office.

2. Defendants' March 2 document production redacts a number of names, email addresses and agency identifications of email recipients. Plaintiffs raised this with defendants as a priority issue during the meet-and-confer process, and defendants agreed to provide a list of the names and agencies from the redacted email headers.

3. On March 5, defendants provided a list of the recipients of the email at OMB_00000023 (ECF No. 55-3 at 24), a 22 January email from Eric Ueland, Deputy Director of the Office of Management and Budget, titled "PMC Deputies Call".

4. That list shows that individuals from a number of departments received that email: The Department of Homeland Security, Department of Transportation, United States Department of Agriculture, Department of Corrections, Department of Defense, Health and

1

Human Services, Department of Energy, Housing and Urban Development, Department of Interior, Treasury Department, Small Business Administration, Veterans Administration, General Services Agency, Nuclear Regulatory Commission, NASA, Office of Personnel Management, National Science Foundation, Environmental Protection Agency and Department of State.

5. Specifically, the email was sent to the following individuals:

| | | |
|---|---|---|
| Steven Vaden, USDA | Paul Dabber, DOC | Robert Salesses, DOD |
| Chase Forrester, ED | Rebecca Michael, DOE | Jim O'Neill, HHS |
| Troy Edgar, DHS | Andrew Hughes, HUD | Katharine MacGregor, DOI |
| Todd Blanche, DOJ | Keith Sonderling, DOL | Michael Rigas, State |
| Derek Theurer, Treasury | Steven Bradbury, DOT | Paul Lawrence, VA |
| David Fotouhi, EPA | Bill Briggs, SBA | Edward Forst, GSA |
| Jaclyn Jester, NASA | Brian Stone, NSF | David Wright, NRC |
| Scott Kupor, OPM | Thomas Holland, SSA | Steven Vaden, USDA |
| Bryn MacDonnell, DOD | David Taggart, NRC | TBD, DOC |
| Bryn MacDonnell, DOD | TBD, DHS | TBD, DOT |
| David Taggart, NRC | | |

6. Three of the names, identified with "TBD" had not yet been produced at this time and were identified by agency only.

Executed on March 6, 2026, in Chicago, Illinois.

By: /s/ *Sherief Gaber*
Sherief Gaber
Assistant Attorney General
Office of the Illinois Attorney General