**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, | |
| Plaintiffs, | Case No. 26-cv-1566 |
| v. | Hon. Manish S. Shah |
| RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget, et al.,* | |
| Defendants. | |

# EXHIBIT 5

## Declaration of Ashley Thoele

<u>**DECLARATION OF ASHLEY THOELE**</u>

I, Ashley Thoele, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a resident of the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the Illinois Department of Public Health ("IDPH") as Chief Operating Officer since October 16, 2024. I also functioned as Division Chief of Emergency Medical Services and Highway Safety from January 16, 2020 until September 15, 2021, and January 23, 2022 until May 15, 2022; Interim Deputy Director, Office of Preparedness and Response from September 16, 2021 until January 23, 2022, and May 16, 2022 until October 15, 2024.

3.      My educational background includes the following: Master of Science in Nursing (MSN), Executive Leadership from Benedictine University, Lisle, IL in May of 2020; Master of Business Administration (MBA), Healthcare Administration from Benedictine University, Lisle, IL in August of 2016; Bachelor of Science in Nursing (BSN) from MacMurray College, Jacksonville, IL in May of 2008; and Bachelor of Sciences (BS), Biology from Illinois State University, Normal, IL in May of 2002.

4.      As the Chief Operating Officer (COO) of IDPH, I am responsible for overseeing the daily operations related to programs, grants, personnel, and budgeting. This includes managing and overseeing public health programs and ensuring compliance with federal and state grant requirements, supervising workforce operations and implementing human resource related policies, developing and monitoring multi-million-dollar budgets to ensure fiscal accountability.  I work

1

closely with grant programs and staff that implement public health surveillance, disease control, violence prevention activities and workforce planning.

5.      In Illinois, IDPH is the state's public health agency and has powers and duties relating to protecting, maintaining, and improving the health of all Illinoisans (see, for example, Illinois Statute, 20 Ill. Comp. Stat. Ann. 2305/2). Among other things, IDPH is an advocate for and partner with the people of Illinois to promote health equity and access, prevent and protect against disease and injury, and prepare for public health emergencies.

6.      Illinois faces irreparable harm if threatened Centers for Disease Control and Prevention (CDC) grant cuts are carried out. To date, CDC has never notified IDPH, in writing or otherwise, that our performance under these grants is anything but satisfactory.

**February 9, 2026 – HHS Notices Intent to Cancel Public Health Grants to Congress**

7.      On or about February 9, 2026, IDPH learned that members of the Senate Appropriations Committee received notice ("February 9 Notice") of the federal administration's plan to terminate at least five federal awards to IDPH by the CDC, part of the U.S. Department of Health and Human Services ("HHS").

8.      Illinois stands to abruptly lose over $68,044,838.67 in awarded IDPH funds alone based on the February 9 Notice. Below are five IDPH grants that CDC plans to terminate based on the February 9 Notice:

- Strengthening Illinois's Public Health Administration (NE11OE000090), under the Public Health Infrastructure Grant;

- Behavioral Risk Factor Surveillance System (NU58DP007844);

- Injury Prevention and Control Research and State and Community Based Programs Grant (NU17CE010045);

2

- HIV Medical Monitoring Program Grant (NU62PS924862); and

- HIV Prevention and Surveillance Activities Grant (NU62PS924843).

9.     As of the date of this declaration, IDPH has not received any communication from CDC or HHS, written or otherwise, about the federal administration's plan to target Illinois and CDC's implementation of it through the impending grant terminations.

### February 11, 2026 – HHS Notices Intent to Cancel Additional Public Health Grants to Congress

10.     On or about February 11, 2026, IDPH learned that the Senate Appropriations Committee received notice ("February 11 Notice") of the federal administration's plan to terminate at least three additional federal awards to IDPH by CDC.

11.     Illinois stands to abruptly lose approximately $4,652,110.73 in additional awarded IDPH funds contained in the February 11 Notice.

12.     Below are four IDPH grants that CDC plans to terminate based on the February 11 Notices:

- Preventative Health and Health Services Block Grant (NB01PW000090);

- Strengthening STD Prevention and Control for Health Departments Grant (NH25PS005138);

- Viral Hepatitis Prevention and Control Grant (NU51PS005172); and

- HIV Prevention and Surveillance Activities Grant to IDPH (NU62PS924843).

13.     The HIV Prevention and Surveillance Activities Grant to IDPH (NU62PS924843) was noticed in both the February 9 Notice and the February 11 Notice. Therefore, the February 11 Notice identified three additional IDPH grants that CDC plans to terminate, for a total of eight.

### CDC-Awarded Grants to IDPH

14.     Below is a description of each of the eight IDPH grants that CDC has indicated it will terminate, and the irreparable harm that would result.

3

15.     The **Public Health Infrastructure Block Grant** ("PHIG") is a five-year grant allocated in multiple components which are issued on different timelines. IDPH was awarded a PHIG grant starting December 1, 2022. PHIG is a key part of Illinois's efforts to address public health infrastructure, including enhancing the public health infrastructure for disease surveillance, data modernization and analysis, workforce enhancements, including training and education of public health workers, and regulatory compliance.

16.     PHIG is organized into three major components:

- Workforce (Component A1): funding was provided for a 5-year period (December 1, 2022 - November 30, 2023).

- Foundational Capabilities (Component A2): funding is provided annually for one year with the authority to spend down the funds until the end of the grant period (November 30, 2027).

- Data Modernization (Component A3): funds are provided for various data infrastructure initiatives beginning at different years in the grant cycle. The funding is provided annually with the authority to expend funds until the end of the grant term.

17.     IDPH was awarded funds for all three PHIG Components, A1, A2 and A3. Approximately $126,671,970.00 in total was awarded to IDPH for PHIG between December 1, 2022 through November 30, 2027. As of the date of this declaration, the approximate total PHIG remaining unspent and available funds for IDPH is $64,255,989.25.

18.     For PHIG, we are required to submit detailed workplans to CDC. The workplans contain information such as a description of proposed activities, their focus, and expected outcomes according to defined milestones in alignment with defined CDC PHIG priority areas.

Illinois' most recent workplans were submitted in January 2026 and early February 2026. As of the date of this declaration, CDC never asked us, in writing or otherwise, to change or modify our submitted and complete approved workplans.

19. In August 2024, CDC awarded IDPH the **Behavioral Risk Factor Surveillance System Grant** ("BRFSS Grant") for the period of August 1, 2024 through July 31, 2029. The total amount over the full period of the grant would be approximately $4,315,000.00. As of the date of this declaration, the approximate total BRFSS Grant remaining unspent and available funds for IDPH is $952,500.00.

20. In August 2021, CDC awarded IDPH the **Injury Prevention and Control Research and State and Community Based Programs Grant** ("Injury Prevention Grant") for the period of August 1, 2021 through July 31, 2026. The total amount of the award was $1,250,000.00. As of the date of this declaration, the approximate total Injury Prevention Grant remaining unspent and available funds for IDPH is $141,030.24.

21. In September 2025, CDC awarded IDPH the **HIV Medical Monitoring Program Grant** for a period of September 30, 2025 through September 29, 2031. The total amount over the full period of the grant would be $4,654,205.00. As of the date of this declaration, the approximate total HIV Medical Monitoring Grant remaining unspent and available funds for IDPH is $815,223.66.

22. In August 2024, CDC awarded IDPH the **HIV Prevention and Surveillance Activities Grant** ("HIV Prevention Grant") for a period of August 1, 2024 through May 31, 2029. The total amount over the full period of the grant would be $22,696,338.00. As of the date of this declaration, the approximate total HIV Prevention Grant remaining unspent and available funds for IDPH is $1,880,095.52.

23.     CDC has provided **Preventative Health and Health Services ("PHHS") Block Grant** funding for over 40 years in all 50 states, 5 U.S. territories, 3 freely associated states, and 2 tribes to help support essential public health services, including prevention services and outbreak control. PHHS Grant funding allows states to address emerging health issues and gaps, decrease premature death and disability, support local health programs, and establish health data and surveillance systems.

24.     The PHHS Grant is a non-competitive grant that is awarded each year based on a statutory formula. The current period for performance for IDPH's PHHS Grant is October 1, 2024 through September 30, 2026. As of the date of this declaration, the approximate total remaining in PHHS funds is $2,812,142.48.

25.     Each year Illinois's work plan, budget, objectives and activities go through a thorough technical review by the assigned CDC Project Officer. Illinois has never been asked to change the programs that are being funded or activities within the programs. Illinois submitted final work plans and budget for the current federal fiscal year, October 1, 2025 through September 30, 2026, receiving full approval from CDC.

26.     In January 2023, CDC awarded IDPH the **Strengthening STD Prevention and Control for Health Departments Grant** ("STD PCHD Grant") for the period of January 1, 2023 through February 28, 2026. The total amount over the full period of the grant would be approximately $29,949,307.00. As of the date of this declaration, the approximate total STD PCHD Grant remaining unspent and available funds for IDPH is $1,498,093.54.

27.     On December 22, 2025, CDC sent all PCHD recipients, including Illinois, a notice stating that existing PCHD recipients were eligible to extend the grant period for one year, through February 28, 2027. This notice included a table of "Anticipated Supplement Funding" amounts for

each of the eligible grantees, and instructed recipients to submit applications based on that "anticipated" amount. The table included anticipated funding for Plaintiff States, such as $2,321,235 for the Illinois Department of Public Health. On March 2, 2026, Illinois received a notification that Illinois is approved to incur costs for the budget period of March 1, 2026 through February 28, 2027. CDC stated that the Notice of Award for the extended year would be issued no later than March 4, 2026. As of the date of this declaration, Illinois has not received the promised notice.

28.     In May 2021, CDC awarded IDPH the **Viral Hepatitis Prevention and Control Grant** ("Viral Hepatitis Prevention Grant") for the period of May 1, 2021 through April 30, 2026. The total amount over the full period of the grant would be approximately $1,445,000.00. As of the date of this declaration, the approximate total Viral Hepatitis Prevention Grant remaining unspent and available funds for IDPH is $341,874.71.

29.     On January 9, 2026, CDC sent all Viral Hepatitis Prevention Grant recipients, including Illinois, a notice stating that existing recipients were eligible to extend the grant period for one year, through April 30, 2027. This notice instructed recipients to submit applications based on the current year's award amount; which for Illinois is $250,00.00. Many of IDPH's grants were awarded before October 1, 2025 and some did not contain any provision allowing terminations for "agency priorities" at the time the award was accepted. Instead, CDC sent notices purporting to unilaterally amend earlier issued grants with updated terms and conditions. True and correct examples of such notices for IDPH's PHIG (NE11OE000090), HIV Prevention Grant (NU62PS924843), and Viral Hepatitis Prevention Grant (NU51PS005172) are attached as **Exhibit A**. The notices state that "by accepting this award" the recipient agrees that "continued funding for the award is contingent upon . . . a decision by the agency that award continues to effectuate

program goals or agency priorities." But the awards had already been accepted under different conditions that did not allow such terminations. IDPH was not asked to accept these new terms and conditions and did not accept them.

30.     To date, CDC has never provided IDPH with notice, written or otherwise, that IDPH's administration of any of the above identified IDPH grants was in any way unsatisfactory. IDPH has fully performed all of its obligations with respect to these grants, including making timely submissions to CDC and complying with the terms and conditions set forth in the notice of grant award.

31.     In the ordinary course of business for the eight above-identified IDPH grants, IDPH typically draws down on grant funds on a monthly basis. The specific process of how we draw down funds depends on the grant.

### Irreparable Injury to Illinois from Federal Agency Action

32.     IDPH relied and acted upon its expectation and understanding that CDC would fulfill its commitment to provide funding it had awarded to IDPH. The lack of any prior notice and the sudden planned termination of the funding has caused IDPH hardship in the administration of the programs supported by that funding. For example, IDPH does not know whether it can fulfill its outstanding obligations to providers who performed work in the programs funded by this grant.

33.     If the CDC terminates the IDPH grants identified above, Illinois will lose over $72,696,949.40 in funds already awarded, along with future funds anticipated covering the whole grant periods, estimated to total approximately $99,792,505.40.

34.     Termination or disruption of **PHIG** alone would result in immediate and severe impairment of Illinois's public health capacity.

35.     At least ninety-nine (99) IDPH positions (78 full-time and 21 contractual) would be reduced or eliminated. This includes individual essential staff members supporting data

modernization, public health and healthcare system preparedness and response, fiscal monitoring, workforce development, public health daily and crisis communications, regulation and provision of statewide emergency medical services, community initiatives in medically underserved areas, and public health surveillance laboratory testing, lead surveillance and case management and environmental health monitoring. This would drastically reduce IDPH's capacity to perform core public health functions including disease surveillance, data analysis, workforce management, and regulatory compliance.

36.     IDPH would be forced to cancel fifty-five (55) contracts that support strategic planning, data modernization, emergency preparedness, training, and community engagement—halting multi-year initiatives that are foundational to a modernized public health system.

37.     Six hundred and seventy-four (674) local health department positions across ninety-six (96) agencies would lose support from the Local Health Department Workforce Development Grants (sub-grants of pass-through PHIG funds), undermining the frontline workforce that delivers essential services to communities statewide. These critical public health positions have been utilized to fill long-standing workforce gaps and strengthen core infrastructure.  They include public health professionals providing health education and assessments for vaccinations, screening and education for sexually transmitted diseases, environmental health and food safety inspections, disease surveillance coordination, disease epidemiology, health promotion, public health data analysis, and public health emergency response coordination to ensure preparedness for emerging threats.  The loss of these essential public health workers will result in slower identification of outbreaks; environmental hazards due to reduced inspections of restaurants, water systems, and private sewage; and delayed reaction to emerging public health threats.  This also will increase the rate of preventable diseases due to missed vaccinations, screenings, and early intervention,

worsening chronic disease outcomes and leading to higher healthcare costs.

38.     Twenty-five (25) communities would lose Lead Poisoning Prevention programs, removing critical protections for children at highest risk of lead exposure and its irreversible developmental consequences.

39.     CDC's planned termination of PHIG would reverse years of infrastructure progress, dismantling the workforce pipelines, data systems, strategic plans, and community partnerships that Illinois has invested in building. Once lost, these capabilities and the individuals who serve in these critical public health positions cannot be quickly or easily replaced or rebuilt. The workforce and systems that PHIG has built represent a generational investment in the health and safety of more than 12 million Illinois residents—an investment that state and local funding sources alone cannot replace.

40.     Illinois would also lose the institutional knowledge of hundreds of trained public health professionals and interrupt long-term strategic initiatives, abandoning communities. Public health is especially crucial for those residents who live in isolated, underdeveloped, medically underserved or rural communities. These communities depend on local health departments as their primary connection to public health services.

41.     In short, termination of IDPH's PHIG awards would have immediate adverse impacts on Illinois's skilled public health workforce and the critical services they provide—impacts that cannot simply be undone if these awards are terminated and then later restored.

42.     IDPH draws funds from its PHIG awards on a monthly basis, and any disruption of PHIG awards would be felt immediately.

43.     As another example, one of the grants slated for termination, the **BRFSS Grant,** funds the collection of basic survey data about Illinoisans' health, including health behaviors,

demographics, chronic disease, screening, and health care access—which is used by stakeholders to make data-driven decisions about allocation of public health resources, and which CDC itself uses for its national Behavioral Research dataset. In particular, through BRFSS, IDPH tracks and monitors immunization rates across the state to determine areas where populations are suffering from low immunization rates, creating outbreak situations and potentially epidemics. Terminating this grant would require Illinois to seek other data resources that are less reliable and less representative.

44.     The **Injury Prevention Grant**, which is also at risk, funds the collection and publication of Illinois injury data, which Illinois and local health departments need to track trends in preventable injuries and accurately target prevention efforts. Losing these funds would undermine educational and preventative resources for communities throughout Illinois who utilize suicide and violence data to target areas that need assistance and intervention.

45.     Another targeted grant, the **HIV Prevention Grant**, funds Illinois' implementation of the CDC's own Medical Monitoring Project (MMP) for patients living with HIV, which gathers data that the State needs to evaluate the effectiveness of HIV care programs, and to focus interventions on the populations most at risk. Without this grant, Illinois will lose funding to test more than 60,000 residents for HIV, other sexually transmitted infections (STIs) and hepatitis C on an annual basis. These grants are vital to provide Illinois residents with medical care, testing, pre-exposure prophylaxis (PrEP) and educational strategies to prevent further HIV infection and adverse health outcomes.

46.     The **HIV Medical Monitoring Program** is a data-focused grant slated to be cut, and it funds Illinois' HIV surveillance system. Without that system, Illinois would have no reliable way of tracking the spread of HIV within the State, and the State's capacity to detect

and respond to HIV outbreaks would collapse.

47.     The loss of **PHHS** funding will significantly impact IDPH's ability to reduce preventable diseases and will harm public health outcomes. For example, PHHS funds the development and oversight of the State Health Improvement Plan and the Illinois Project for Local Assessment of Needs. The loss of these funds and plans could severely disrupt Illinois' public health surveillance, planning, and prevention efforts, including maternal and infant health monitoring, early hearing intervention, and sexual assault education. In particular, cuts to PHHS funding would impact administration of the Pregnancy Risk Assessment Monitoring System, which aims to identify groups of women and infants at high risk for health problems, monitor changes in health status, and measure progress towards goals in improving health of mothers and infants. Disruption of funds would also impact the early identification and intervention for infants with atypical hearing.

48.     The **STD PCHD Grant**, another targeted grant, funds Illinois' core capacity to conduct statewide surveillance, investigation, prevention, and treatment activities for sexually transmitted diseases (STD), like chlamydia, gonorrhea, and syphilis, including detecting and responding to STD-related outbreaks. For example, just in 2024, this grant funded activities that prevented approximately 100 cases of congenital syphilis, while Illinois is in the middle of a congenital syphilis emergency where each rising case representing a preventable tragedy of stillbirth, infant death, or lifelong disability. Terminating this grant would create not only create a significant increase for the Illinois population in STDs but further compromise the health of newborns and infants in Illinois.

49.     Another grant at risk is the **Viral Hepatitis Prevention Grant**, CDC's flagship cooperative agreement for state viral hepatitis infrastructure. If CDC terminates this grant, Illinois

loses its entire dedicated infrastructure for viral hepatitis surveillance and outbreak response. The state would be unable to detect hepatitis outbreaks including among people who inject drugs, where hepatitis C clusters are early warning signals for HIV outbreaks. Case reporting to CDC would degrade or cease, blinding both state and national efforts to track an epidemic affecting an estimated over 50,000 Illinoisans living with chronic hepatitis C, the majority undiagnosed.

50.     In summary, implementation of the CDC funding terminations and disruptions will cause severe and irrevocable harm to Illinois.

**Improper February 12, 2026 Termination Notices to IDPH**

51.     On February 12, 2026, at approximately 7:12 AM Eastern Standard Time, IDPH received emails notifying us that our PHIG (No. NE11OE000090), BRFSS (No. NU58DP007844); Injury Prevention Grant (No. NU17CE010045), and HIV Monitoring Grant (No. NU62PS924862) had been terminated. A true and correct copy of the termination notice for our PHIG grant is attached as **Exhibit B**. The other termination notices are substantially identical.

52.     All four termination notices purport to terminate the grants effective February 11, 2026, and cite "agency priorities" as the reason for the terminations.

53.     As of the date of this declaration, CDC has never provided IDPH with notice, written or otherwise, that IDPH's administration of our PHIG, BRFSS Grant, Injury Prevention Grant, and/or our HIV Monitoring Grant was in any way unsatisfactory. IDPH has fully performed all of its obligations with respect to these grants, including making timely submissions to CDC and complying with the terms and conditions set forth in the notice of grant award.

54.     On February 16, 2026, at approximately 7:13 AM Eastern Standard Time, IDPH received emails notifying us that the above-mentioned termination notices of our PHIG, BRFSS; Injury Prevention Grant, and HIV Monitoring Grant had been rescinded for 14 days, referencing the temporary restraining order (ECF No. 21) issued on February 12, 2026 in the above captioned

case (*Illinois et al., v. Vought et al.,* Case No. 26-cv-1566). A true and correct copy of the February 16 notice rescinding termination of our PHIG grant is attached as **Exhibit C**. The other notices are substantially identical.

55.     On February 27, 2026, at approximately 7:12 AM Eastern Standard Time, IDPH received emails notifying us that CDC is "extend[ing] the recission of termination to March 12, 2026, to align with the extension of the TRO by the Court" for the same four grants. A true and correct copy of the February 27 notice rescinding termination of our PHIG grant is attached as **Exhibit D**. The other notices are substantially identical.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 4, 2026, in Springfield, Illinois.

Ashley Thoele
Chief Operating Officer
Illinois Department of Public Health

14

# EXHIBIT A

**to the Declaration of Ashley Thoele**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NE11OE000090-03-03
FAIN# NE11OE000090
Federal Award Date: 11/13/2025

## Recipient Information

**1. Recipient Name**
DEPARTMENT OF PUBLIC HEALTH ILLINOIS
535 W Jefferson Floor 1
Springfield, IL 62761-0001
[NO DATA]

**2. Congressional District of Recipient**
13
**3. Payment System Identifier (ID)**
1010632628A1
**4. Employer Identification Number (EIN)**
010632628
**5. Data Universal Numbering System (DUNS)**
806660296
**6. Recipient's Unique Entity Identifier (UEI)**
NN66PR7QMLR8
**7. Project Director or Principal Investigator**
Ms. Ashley  Thoele
Principle Investigator
ashley.thoele@illinois.gov
217-557-3699
**8. Authorized Official**
Ms. Heather  Whetsell
heatherwhetsell@outlook.com
217-785-9144

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mr. Derick Wheeler , II
Grants Management Specialist
tie2@cdc.gov
678-475-4972

**10. Program Official Contact Information**
Gabrielle N Bires
Program Officer
ugt2@cdc.gov
404-368-3908

## Federal Award Information

**11. Award Number**
6 NE11OE000090-03-03
**12. Unique Federal Award Identification Number (FAIN)**
NE11OE000090
**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
CDC-RFA-OE22-2203 Strengthening Illinois's Public Health Administration (SIPA)

**15. Assistance Listing Number**
93.967
**16. Assistance Listing Program Title**
CDC's Collaboration with Academia to Strengthen Public Health

**17. Award Action Type**
Administrative Action
**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 12/01/2024 **- End Date** 11/30/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21. Authorized Carryover** | $0.00 |
| **22. Offset** | $0.00 |
| **23. Total Amount of Federal Funds Obligated this budget period** | $6,299,354.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $6,299,354.00 |
| **26. Period of Performance Start Date** 12/01/2022 **- End Date** 11/30/2027 | |
| **27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance** | $120,372,620.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Mr. Damond Barnes
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NE11OE000090-03-03
FAIN#  NE11OE000090
Federal Award Date: 11/13/2025

## Recipient Information

**Recipient Name**
DEPARTMENT OF PUBLIC HEALTH ILLINOIS
535 W Jefferson Floor 1
Springfield, IL 62761-0001
[NO DATA]

**Congressional District of Recipient**
13

**Payment Account Number and Type**
1010632628A1

**Employer Identification Number (EIN) Data**
010632628

**Universal Numbering System (DUNS)**
806660296

**Recipient's Unique Entity Identifier (UEI)**
NN66PR7QMLR8

---

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

## 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $907,013.00 |
| **b. Fringe Benefits** | $799,404.00 |
| **c. Total Personnel Costs** | $1,706,417.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $34,645.00 |
| **f. Travel** | $0.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $33,561.00 |
| **i. Contractual** | $4,309,186.00 |
| **j. TOTAL DIRECT COSTS** | $6,083,809.00 |
| **k. INDIRECT COSTS** | $215,545.00 |
| **l. TOTAL APPROVED BUDGET** | $6,299,354.00 |
| **m. Federal Share** | $6,299,354.00 |
| **n. Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 3-9390LM6 | 23NE11OE000090DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390LFD | 23NE11OE000090LDXC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390JXA | 23NE11OE000090A2 | OE | 410U | 93.967 | $0.00 | 75-2224-0943 |
| 3-9390L1Z | 23NE11OE000090A1C6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390EV2 | 23NE11OE000090A3 | OE | 410U | 93.967 | $0.00 | 75-23-0959 |
| 4-9390LFF | 23NE11OE000090A2 | OE | 410U | 93.967 | $0.00 | 75-2324-0943 |
| 4-9390MFC | 23NE11OE000090C5 | OE | 410U | 93.967 | $0.00 | 75-2124-0943 |
| 5-9390MR5 | 23NE11OE000090A2 | OE | 410U | 93.967 | $0.00 | 75-2425-0943 |
| 4-9390MV6 | 23NE11OE000090DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NE11OE000090-03-03
FAIN# NE11OE000090
Federal Award Date: 11/13/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

DEPARTMENT OF PUBLIC HEALTH ILLINOIS                    6 NE11OE000090-03-03

1. TERMS AND CONDITIONS

## TERMS & CONDITIONS

The purpose of this amendment is to incorporate updated terms and conditions:

**Applicable Regulatory Provisions**: Prior to October 1, 2025, this award was subject to 45 CFR 75 except for eight flexibilities from 2 CFR 200 adopted by HHS on October 1, 2024. After October 1, 2025, this award is subject to any applicable provisions of 2 CFR 200 and 2 CFR 300.

**Termination**: Prior to October 1, 2025, this award was subject to the termination provisions at 45 CFR 75.372. Starting on October 1, 2025, this award is subject to the termination provisions at 2 CFR 200.340. Pursuant to 2 CFR 200.340, the recipient agrees by accepting this award that continued funding for the award is contingent upon the availability of appropriated funds, recipient satisfactory performance, compliance with the terms and conditions of the award, and a decision by the agency that the award continues to effectuate program goals or agency priorities.

ALL OTHER TERMS AND CONDITIONS REMAIN IN EFFECT.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU62PS924843-02-01
FAIN# NU62PS924843
Federal Award Date: 11/18/2025

## Recipient Information

**1. Recipient Name**
DEPARTMENT OF PUBLIC HEALTH ILLINOIS
535 W Jefferson St
-DUP
Springfield, IL 62702-5076
[NO DATA]

**2. Congressional District of Recipient**
18

**3. Payment System Identifier (ID)**
1010632628A1

**4. Employer Identification Number (EIN)**
010632628

**5. Data Universal Numbering System (DUNS)**
806660296

**6. Recipient's Unique Entity Identifier (UEI)**
NN66PR7QMLR8

**7. Project Director or Principal Investigator**
Ms. Cheryl Ward
HIV Surveillance Program Administrator
Cheryl.Ward@illinois.gov
312-814-1960

**8. Authorized Official**
Ms. Nicole Hildebrand
CFO, Deputy Director, Office of Finance and
Administration
nicole.hildebrand@illinois.gov
217-993-2367

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mrs. Benita Bosier-Ingram
Grant Management Specialist
ula8@cdc.gov
404-638-7434

**10. Program Official Contact Information**
Veronica McCants
vrm0@cdc.gov
404.639.5194

## Federal Award Information

**11. Award Number**
6 NU62PS924843-02-01

**12. Unique Federal Award Identification Number (FAIN)**
NU62PS924843

**13. Statutory Authority**
Section 318(b-c) of the Public Health Service Act (42USC Sections 247c(b-c), as amended and the Consolidated Appropriation Act of 2016 (Pub. L. 114-113)

**14. Federal Award Project Title**
Implement and maintain a comprehensive HIV surveillance and prevention program to prevent new HIV infections, improve health outcomes for persons living with HIV and reduce health-related disparities.

**15. Assistance Listing Number**
93.940

**16. Assistance Listing Program Title**
HIV Prevention Activities_Health Department Based

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 06/01/2025 **- End Date** 05/31/2026 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21.** Authorized Carryover | $0.00 |
| **22.** Offset | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $4,738,446.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $4,738,446.00 |
| **26. Period of Performance Start Date** 08/01/2024 **- End Date** 05/31/2029 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $8,481,000.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Ms. Stephanie Latham
Team Lead, Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES  ·  Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU62PS924843-02-01
FAIN# NU62PS924843
Federal Award Date: 11/18/2025

## Recipient Information

**Recipient Name**

DEPARTMENT OF PUBLIC HEALTH ILLINOIS
535 W Jefferson St
-DUP
Springfield, IL 62702-5076
[NO DATA]

**Congressional District of Recipient**

18

**Payment Account Number and Type**

1010632628A1

**Employer Identification Number (EIN) Data**

010632628

**Universal Numbering System (DUNS)**

806660296

**Recipient's Unique Entity Identifier (UEI)**

NN66PR7QMLR8

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $1,127,108.00 |
| **b. Fringe Benefits** | $761,101.00 |
| **c. Total Personnel Costs** | $1,888,209.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $476,649.00 |
| **f. Travel** | $9,571.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $7,368.00 |
| **i. Contractual** | $1,971,180.00 |
| **j. TOTAL DIRECT COSTS** | $4,352,977.00 |
| **k. INDIRECT COSTS** | $385,469.00 |
| **l. TOTAL APPROVED BUDGET** | $4,738,446.00 |
| **m. Federal Share** | $4,738,446.00 |
| **n. Non-Federal Share** | $0.00 |

---

**34. Accounting Classification Codes**

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 4-9390N51 | 24NU62PS924843 | PS | 410Q | 93.940 | $0.00 | 75-24-0950 |
| 4-9390N5M | 24NU62PS924843 | PS | 410Q | 93.940 | $0.00 | 75-24-0950 |
| 5-9390N51 | 24NU62PS924843 | PS | 410Q | 93.940 | $0.00 | 75-25-0950 |
| 5-9390N5M | 24NU62PS924843 | PS | 410Q | 93.940 | $0.00 | 75-25-0950 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NU62PS924843-02-01

FAIN#   NU62PS924843

Federal Award Date:  11/18/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

DEPARTMENT OF PUBLIC HEALTH ILLINOIS                    6 NU62PS924843-02-01

1. Revised Terms and Conditions

## TERMS & CONDITIONS

The purpose of this amendment is to incorporate updated terms and conditions:

**Applicable Regulatory Provisions**: Prior to October 1, 2025, this award was subject to 45 CFR 75 except for eight flexibilities from 2 CFR 200 adopted by HHS on October 1, 2024.  After October 1, 2025, this award is subject to any applicable provisions of 2 CFR 200 and 2 CFR 300.

**Termination**: Prior to October 1, 2025, this award was subject to the termination provisions at 45 CFR 75.372. Starting on October 1, 2025, this award is subject to the termination provisions at 2 CFR 200.340. Pursuant to 2 CFR 200.340, the recipient agrees by accepting this award that continued funding for the award is contingent upon the availability of appropriated funds, recipient satisfactory performance, compliance with the terms and conditions of the award, and a decision by the agency that the award continues to effectuate program goals or agency priorities.

ALL OTHER TERMS AND CONDITIONS REMAIN IN EFFECT.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU51PS005172-05-01
FAIN# NU51PS005172
Federal Award Date: 11/13/2025

## Recipient Information

**1. Recipient Name**
DEPARTMENT OF PUBLIC HEALTH ILLINOIS
525 W JEFFERSON ST
Illinois Department of Public Health
SPRINGFIELD, IL 62702-5056
[NO DATA]

**2. Congressional District of Recipient**
13
**3. Payment System Identifier (ID)**
1010632628A1
**4. Employer Identification Number (EIN)**
010632628
**5. Data Universal Numbering System (DUNS)**
806660296
**6. Recipient's Unique Entity Identifier (UEI)**
NN66PR7QMLR8
**7. Project Director or Principal Investigator**
Ms. KATHYLEEN PITNER
Chief, Division of HIV/Aids
Kathyleen.Pitner@illinois.gov
312-814-3779

**8. Authorized Official**
Ms. Vickie Wilson
Vicki.Wilson@illinois.gov
217-782-6237

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mr. Ryan Springer
Grants Management Specialist (GMS)
rji2@cdc.gov
678-475-4693

**10. Program Official Contact Information**
Ms. Courtney Allen
Project Officer
Division of Viral Hepatitis
qqd1@cdc.gov
4046398090

## Federal Award Information

**11. Award Number**
6 NU51PS005172-05-01
**12. Unique Federal Award Identification Number (FAIN)**
NU51PS005172
**13. Statutory Authority**
PHS ACT, SECT. 318 (42U.S.C. SEC 247C)

**14. Federal Award Project Title**
Support of initiatives focused on surveillance and prevention of viral hepatitis

**15. Assistance Listing Number**
93.270
**16. Assistance Listing Program Title**
Adult Viral Hepatitis Prevention and Control

**17. Award Action Type**
Administrative Action
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 05/01/2025 **- End Date** 04/30/2026 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $65,000.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $250,000.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $250,000.00 |
| **26. Period of Performance Start Date** 05/01/2021 **- End Date** 04/30/2026 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $1,445,000.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Mrs. Benita Bosier-Ingram
Grant Management Specialist

## 30. Remarks

Administrative Action to the NoA

DEPARTMENT OF HEALTH AND HUMAN SERVICES     Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU51PS005172-05-01
FAIN# NU51PS005172
Federal Award Date: 11/13/2025

## Recipient Information

**Recipient Name**
DEPARTMENT OF PUBLIC HEALTH ILLINOIS
525 W JEFFERSON ST
Illinois Department of Public Health
SPRINGFIELD, IL 62702-5056
[NO DATA]

**Congressional District of Recipient**
13

**Payment Account Number and Type**
1010632628A1

**Employer Identification Number (EIN) Data**
010632628

**Universal Numbering System (DUNS)**
806660296

**Recipient's Unique Entity Identifier (UEI)**
NN66PR7QMLR8

---

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.   Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $102,929.00 |
| **b. Fringe Benefits** | $95,245.00 |
| **c. Total Personnel Costs** | $198,174.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $4,055.00 |
| **f. Travel** | $6,822.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $4,007.00 |
| **i. Contractual** | $63,360.00 |
| **j. TOTAL DIRECT COSTS** | $276,418.00 |
| **k. INDIRECT COSTS** | $38,582.00 |
| **l. TOTAL APPROVED BUDGET** | $315,000.00 |
| **m. Federal Share** | $315,000.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390C2C | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-21-0950 |
| 1-9390E3N | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-75-X-0512-009 |
| 1-9390EVQ | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-21-0950 |
| 1-9390GDH | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-21-0950 |
| 1-9390ZRPQ | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-21-0950 |
| 1-939ZSEH | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-21-0949 |
| 2-9390EVQ | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-22-0950 |
| 2-9390G5D | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-22-0950 |
| 2-9390GDH | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-22-0950 |
| 2-9390JTR | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-75-X-0512-009 |
| 2-9390ZRPQ | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-22-0950 |
| 3-9390EVQ | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-23-0950 |
| 3-9390G5D | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-23-0950 |
| 3-9390GDH | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-23-0950 |
| 3-9390JTR | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-75-X-0512-009 |
| 3-9390K37 | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-23-0949 |
| 3-939ZRPQ | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-23-0950 |
| 4-9390K37 | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-24-0949 |
| 4-9390JTR | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-75-X-0512-009 |
| 4-9390GDH | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-24-0950 |
| 4-9390G5D | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-24-0950 |
| 4-939ZRPQ | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-24-0950 |
| 4-9390EVQ | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-24-0950 |
| 5-9390EVQ | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-25-0950 |
| 5-9390G5D | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-25-0950 |
| 5-9390GDH | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-25-0950 |
| 5-9390JTR | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-75-X-0512-009 |
| 5-9390K37 | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-25-0949 |
| 5-939ZRPQ | 21NU51PS005172 | PS | 41.51 | 93.270 | $0.00 | 75-25-0950 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU51PS005172-05-01

FAIN# NU51PS005172

Federal Award Date: 11/13/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

DEPARTMENT OF PUBLIC HEALTH ILLINOIS                6 NU51PS005172-05-01

1. Terms & Conditions - Admin Action

## TERMS AND CONDITIONS OF AWARD

The purpose of this amendment is to incorporate updated terms and conditions:

**Applicable Regulatory Provisions:** Prior to October 1, 2025, this award was subject to 45 CFR 75 except for eight flexibilities from 2 CFR 200 adopted by HHS on October 1, 2024. After October 1, 2025, this award is subject to any applicable provisions of 2 CFR 200 and 2 CFR 300.

**Termination:** Prior to October 1, 2025, this award was subject to the termination provisions at 45 CFR 75.372. Starting on October 1, 2025, this award is subject to the termination provisions at 2 CFR 200.340. Pursuant to 2 CFR 200.340, the recipient agrees by accepting this award that continued funding for the award is contingent upon the availability of appropriated funds, recipient satisfactory performance, compliance with the terms and conditions of the award, and a decision by the agency that the award continues to effectuate program goals or agency priorities.

ALL OTHER TERMS AND CONDITIONS REMAIN IN EFFECT.

# EXHIBIT B

**to the Declaration of Ashley Thoele**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NE11OE000090-04-04
FAIN# NE11OE000090
Federal Award Date: 02/11/2026

## Recipient Information

**1. Recipient Name**
DEPARTMENT OF PUBLIC HEALTH ILLINOIS
535 W Jefferson Floor 1
Springfield, IL 62761-0001
[NO DATA]

**2. Congressional District of Recipient**
13
**3. Payment System Identifier (ID)**
1010632628A1
**4. Employer Identification Number (EIN)**
010632628
**5. Data Universal Numbering System (DUNS)**
806660296
**6. Recipient's Unique Entity Identifier (UEI)**
NN66PR7QMLR8
**7. Project Director or Principal Investigator**

Ms. Ashley Thoele
Principle Investigator
ashley.thoele@illinois.gov
217-557-3699

**8. Authorized Official**

Mr. Jacob Cisco
Chief Fiscal Officer
Jacob.Cisco@Illinois.gov
217-558-0264

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**

Mr. Derick Wheeler , II
Grants Management Specialist
tie2@cdc.gov
678-475-4972

**10. Program Official Contact Information**

Gabrielle N Bires
Program Officer
ugt2@cdc.gov
404-368-3908

## Federal Award Information

**11. Award Number**
6 NE11OE000090-04-04
**12. Unique Federal Award Identification Number (FAIN)**
NE11OE000090
**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
Strengthening Illinois's Public Health Administration (SIPA)

**15. Assistance Listing Number**
93.967
**16. Assistance Listing Program Title**
CDC's Collaboration with Academia to Strengthen Public Health

**17. Award Action Type**
Terminate
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---:|
| **19. Budget Period Start Date** 12/01/2025 **- End Date** 02/11/2026 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21.** Authorized Carryover | $0.00 |
| **22.** Offset | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $6,299,354.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $6,299,354.00 |
| **26. Period of Performance Start Date** 12/01/2022 **- End Date** 02/11/2026 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $126,671,974.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**

Mr. Damond Barnes
Grants Management Officer

## 30. Remarks

Termination for Departmental Authority

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NE11OE000090-04-04
FAIN# NE11OE000090
Federal Award Date: 02/11/2026

## Recipient Information

**Recipient Name**
DEPARTMENT OF PUBLIC HEALTH ILLINOIS
535 W Jefferson Floor 1
Springfield, IL 62761-0001
[NO DATA]

**Congressional District of Recipient**
13

**Payment Account Number and Type**
1010632628A1

**Employer Identification Number (EIN) Data**
010632628

**Universal Numbering System (DUNS)**
806660296

**Recipient's Unique Entity Identifier (UEI)**
NN66PR7QMLR8

---

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| a. **Salaries and Wages** | $306,534.00 |
| b. **Fringe Benefits** | $251,358.00 |
| c. **Total Personnel Costs** | $557,892.00 |
| d. **Equipment** | $0.00 |
| e. **Supplies** | $31,881.00 |
| f. **Travel** | $0.00 |
| g. **Construction** | $0.00 |
| h. **Other** | $2,740,785.00 |
| i. **Contractual** | $2,891,387.00 |
| j. **TOTAL DIRECT COSTS** | **$6,221,945.00** |
| k. **INDIRECT COSTS** | **$77,409.00** |
| l. **TOTAL APPROVED BUDGET** | **$6,299,354.00** |
| m. **Federal Share** | $6,299,354.00 |
| n. **Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 3-9390LM6 | 23NE11OE000090DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390LFD | 23NE11OE000090LDXC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390JXA | 23NE11OE000090A2 | OE | 410U | 93.967 | $0.00 | 75-2224-0943 |
| 3-9390L1Z | 23NE11OE000090A1C6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390EV2 | 23NE11OE000090A3 | OE | 410U | 93.967 | $0.00 | 75-23-0959 |
| 4-9390LFF | 23NE11OE000090A2 | OE | 410U | 93.967 | $0.00 | 75-2324-0943 |
| 4-9390MFC | 23NE11OE000090C5 | OE | 410U | 93.967 | $0.00 | 75-2124-0943 |
| 5-9390MR5 | 23NE11OE000090A2 | OE | 410U | 93.967 | $0.00 | 75-2425-0943 |
| 4-9390MV6 | 23NE11OE000090DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 6-9390QMC | 23NE11OE000090A2 | OE | 410U | 93.967 | $0.00 | 75-2526-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NE11OE000090-04-04
FAIN# NE11OE000090
Federal Award Date: 02/11/2026

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | 0.00 | 0.00 | 0.00 |

# AWARD ATTACHMENTS

DEPARTMENT OF PUBLIC HEALTH ILLINOIS                6 NE11OE000090-04-04

1. Terms and Conditions

**NOTIFICATION LETTER TO RECIPIENT FOR TERMINATION OF FEDERAL AWARD FOR NON-ALIGNMENT WITH PROGRAM GOALS OR AGENCY PRIORITIES**

To:     Department Of Public Health Illinois
        Representative of Award Number NE11OE000090

Funding for NE11OE000090 is hereby terminated pursuant to 2 C.F.R. § 200.340(a)(4). This letter constitutes a notice of termination, effective February 11, 2026.

Pursuant to the terms of the award and 2 C.F.R. § 200.340(a)(4), the Centers for Disease Control and Prevention (CDC) may terminate a federal award, "to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

CDC's current priorities, published on CDC's website[51] and issued to all other grantees, include focusing agency resources in line with the fundamental role CDC plays in the public health sphere. CDC's priorities illustrate the overall direction of CDC, in furtherance of the goals of the Trump Administration and the Department of Health and Human Services (HHS) Secretary. The Priorities Statement highlights CDC goals and priorities, all through the lens of providing Gold-Standard Science, as envisioned in the Make America Healthy Again Commission Report and the Make Our Children Healthy Again Strategy.

CDC is specifically prioritizing a commitment to: gold-standard science; global leadership; rebuilding trust, transparency, and credibility; rapid, evidence-based responses to crises; vaccine safety and efficacy research; advancing our understanding of autism spectrum disorder (ASD), neurodevelopmental disorders (NDDs), and chronic disease; modernizing public health infrastructure while enhancing our approach to health data; and otherwise ensuring compliance with the goals and priorities of the Trump Administration and HHS.

As a result, CDC is adjusting its discretionary Strengthening U.S. Public Health Infrastructure, Workforce, and Data Systems - 2023 award portfolio, which includes terminating some of the program awards, in order to better prioritize agency resources towards the above-mentioned priorities.

Although in its discretion CDC may suspend (rather than immediately terminating) an award to allow the recipient an opportunity to take appropriate corrective action before CDC makes a termination decision, after review and consideration, no corrective action is possible here since no corrective action could align the award with current agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable other than in accordance with 2 CFR § 200.472 or as may be provided in further instruction from the agency.

Nothing in this notice excuses either CDC or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 200.344-200.345. Consistent with 2 C.F.R. 200.344, you will have 120

---

[51] See CDC priorities | About CDC | CDC; Grants | Grants | CDC; Acting CDC Director | About CDC | CDC

days from the effective date of termination to liquidate all financial obligations incurred prior to termination of this award.

Sincerely,

Office of Grants Services
Centers for Disease Control and Prevention
Department of Health and Human Services

# EXHIBIT C

**to the Declaration of Ashley Thoele**

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## Centers for Disease Control and Prevention

## Notice of Award

Award# 6 NE11OE000090-04-05
FAIN# NE11OE000090
Federal Award Date: 02/13/2026

## Recipient Information

**1. Recipient Name**
DEPARTMENT OF PUBLIC HEALTH ILLINOIS
535 W Jefferson Floor 1
Springfield, IL 62761-0001
[NO DATA]

**2. Congressional District of Recipient**
13
**3. Payment System Identifier (ID)**
1010632628A1
**4. Employer Identification Number (EIN)**
010632628
**5. Data Universal Numbering System (DUNS)**
806660296
**6. Recipient's Unique Entity Identifier (UEI)**
NN66PR7QMLR8
**7. Project Director or Principal Investigator**
Ms. Ashley Thoele
Principle Investigator
ashley.thoele@illinois.gov
217-557-3699

**8. Authorized Official**
Mr. Jacob Cisco
Chief Fiscal Officer
Jacob.Cisco@Illinois.gov
217-558-0264

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mr. Derick Wheeler , II
Grants Management Specialist
tie2@cdc.gov
678-475-4972

**10. Program Official Contact Information**
Gabrielle N Bires
Program Officer
ugt2@cdc.gov
404-368-3908

## Federal Award Information

**11. Award Number**
6 NE11OE000090-04-05
**12. Unique Federal Award Identification Number (FAIN)**
NE11OE000090
**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
Strengthening Illinois's Public Health Administration (SIPA)

**15. Assistance Listing Number**
93.967
**16. Assistance Listing Program Title**
CDC's Collaboration with Academia to Strengthen Public Health

**17. Award Action Type**
Administrative Action
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 12/01/2025 **- End Date** 11/30/2026 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21.** Authorized Carryover | $0.00 |
| **22.** Offset | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $6,299,354.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $6,299,354.00 |
| **26. Period of Performance Start Date** 12/01/2022 **- End Date** 11/30/2027 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $126,671,974.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Mr. Damond Barnes
Grants Management Officer

## 30. Remarks

Reinstatement.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NE11OE000090-04-05
FAIN# NE11OE000090
Federal Award Date: 02/13/2026

## Recipient Information

**Recipient Name**
DEPARTMENT OF PUBLIC HEALTH ILLINOIS
535 W Jefferson Floor 1
Springfield, IL 62761-0001
[NO DATA]

**Congressional District of Recipient**
13

**Payment Account Number and Type**
1010632628A1

**Employer Identification Number (EIN) Data**
010632628

**Universal Numbering System (DUNS)**
806660296

**Recipient's Unique Entity Identifier (UEI)**
NN66PR7QMLR8

---

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $306,534.00 |
| **b. Fringe Benefits** | $251,358.00 |
| **c. Total Personnel Costs** | $557,892.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $31,881.00 |
| **f. Travel** | $0.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $2,740,785.00 |
| **i. Contractual** | $2,891,387.00 |
| **j. TOTAL DIRECT COSTS** | **$6,221,945.00** |
| **k. INDIRECT COSTS** | **$77,409.00** |
| **l. TOTAL APPROVED BUDGET** | **$6,299,354.00** |
| **m. Federal Share** | $6,299,354.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 3-9390LM6 | 23NE11OE000090DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390LFD | 23NE11OE000090LDXC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390JXA | 23NE11OE000090A2 | OE | 410U | 93.967 | $0.00 | 75-2224-0943 |
| 3-9390J1Z | 23NE11OE000090A1C6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390EV2 | 23NE11OE000090A3 | OE | 410U | 93.967 | $0.00 | 75-23-0959 |
| 4-9390LFF | 23NE11OE000090A2 | OE | 410U | 93.967 | $0.00 | 75-2324-0943 |
| 4-9390MFC | 23NE11OE000090C5 | OE | 410U | 93.967 | $0.00 | 75-2124-0943 |
| 5-9390MR5 | 23NE11OE000090A2 | OE | 410U | 93.967 | $0.00 | 75-2425-0943 |
| 4-9390MV6 | 23NE11OE000090DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 6-9390QMC | 23NE11OE000090A2 | OE | 410U | 93.967 | $0.00 | 75-2526-0943 |




**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

Award#    6 NE11OE000090-04-05
FAIN#    NE11OE000090
Federal Award Date:   02/13/2026

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | 0.00 | 0.00 | 0.00 |

# AWARD ATTACHMENTS

DEPARTMENT OF PUBLIC HEALTH ILLINOIS        6 NE11OE000090-04-05

1. term

**TERMS AND CONDITIONS OF AWARD**

In compliance with the Court Order issued on February 12, 2026, in the United States District Court for the District of Illinois as it relates to *State of Illinois, et al vs. Russell Vought*, *et al* (case 1:26-cv-01566). The Notice of Award (NOA) issued on February 11, 2026, that terminated this award is officially **rescinded** for 14 days from the date of the court order. Activities and funding under this award are no longer terminated. Accordingly, award activities may continue consistent with the existing terms and conditions of the award, including applicable regulations.

The costs associated with any such termination of activities and stoppage of work, including reasonable and legitimate costs of compliance with local labor laws, existing contractual obligations that cannot be legally paused, and costs associated with the security of assets – that occurred during this time period may be allowable for payment, consistent with applicable grant regulations and the existing terms and conditions of the award. Any costs incurred prior to termination, may also be allowable for payment, consistent with applicable grant regulations and the existing terms and conditions of the award.

If you have questions or need additional clarification about this notice, please contact your CDC Grants Management Officer or Grants Management Specialist.

All the other terms and conditions issued with the existing award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

# EXHIBIT D

**to the Declaration of Ashley Thoele**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NE11OE000090-04-06
FAIN# NE11OE000090
Federal Award Date: 02/26/2026

## Recipient Information

**1. Recipient Name**
DEPARTMENT OF PUBLIC HEALTH ILLINOIS
535 W Jefferson Floor 1
Springfield, IL 62761-0001
[NO DATA]

**2. Congressional District of Recipient**
13
**3. Payment System Identifier (ID)**
1010632628A1
**4. Employer Identification Number (EIN)**
010632628
**5. Data Universal Numbering System (DUNS)**
806660296
**6. Recipient's Unique Entity Identifier (UEI)**
NN66PR7QMLR8
**7. Project Director or Principal Investigator**
Ms. Ashley Thoele
Principle Investigator
ashley.thoele@illinois.gov
217-557-3699
**8. Authorized Official**
Mr. Jacob Cisco
Authorized Official - Chief Budget and Finance Analyst
Jacob.Cisco@Illinois.gov
(217) 785-4303

### Federal Agency Information
CDC Office of Financial Resources
**9. Awarding Agency Contact Information**
Kasheena Holland
Grants Management Specialist
dfb7@cdc.gov
4044980773

**10. Program Official Contact Information**
Molly McKenna
Program Officer
owf5@cdc.gov
404 498 1055

## Federal Award Information

**11. Award Number**
6 NE11OE000090-04-06
**12. Unique Federal Award Identification Number (FAIN)**
NE11OE000090
**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
Strengthening Illinois's Public Health Administration (SIPA)

**15. Assistance Listing Number**
93.967
**16. Assistance Listing Program Title**
CDC's Collaboration with Academia to Strengthen Public Health

**17. Award Action Type**
Administrative Action
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 12/01/2025 **- End Date** 11/30/2026 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21.** Authorized Carryover | $0.00 |
| **22.** Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $6,299,354.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $6,299,354.00 |
| **26. Period of Performance Start Date** 12/01/2022 **- End Date** 11/30/2027 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $126,671,974.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Mr. Damond Barnes
Grants Management Officer

## 30. Remarks

Reinstatement

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NE11OE000090-04-06

FAIN# NE11OE000090

Federal Award Date: 02/26/2026

## Recipient Information

**Recipient Name**

DEPARTMENT OF PUBLIC HEALTH ILLINOIS

535 W Jefferson Floor 1

Springfield, IL 62761-0001

[NO DATA]

**Congressional District of Recipient**

13

**Payment Account Number and Type**

1010632628A1

**Employer Identification Number (EIN) Data**

010632628

**Universal Numbering System (DUNS)**

806660296

**Recipient's Unique Entity Identifier (UEI)**

NN66PR7QMLR8

---

**31. Assistance Type**

Project Grant

**32. Type of Award**

Other

## 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only

II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $306,534.00 |
| **b. Fringe Benefits** | $251,358.00 |
| **c. Total Personnel Costs** | $557,892.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $31,881.00 |
| **f. Travel** | $0.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $2,740,785.00 |
| **i. Contractual** | $2,891,387.00 |
| **j. TOTAL DIRECT COSTS** | **$6,221,945.00** |
| **k. INDIRECT COSTS** | **$77,409.00** |
| **l. TOTAL APPROVED BUDGET** | **$6,299,354.00** |
| **m. Federal Share** | $6,299,354.00 |
| **n. Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 3-9390LM6 | 23NE11OE000090DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390LFD | 23NE11OE000090LDXC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390JXA | 23NE11OE000090A2 | OE | 410U | 93.967 | $0.00 | 75-2224-0943 |
| 3-9390J1Z | 23NE11OE000090A1C6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390EV2 | 23NE11OE000090A3 | OE | 410U | 93.967 | $0.00 | 75-23-0959 |
| 4-9390LFF | 23NE11OE000090A2 | OE | 410U | 93.967 | $0.00 | 75-2324-0943 |
| 4-9390MFC | 23NE11OE000090C5 | OE | 410U | 93.967 | $0.00 | 75-2124-0943 |
| 5-9390MR5 | 23NE11OE000090A2 | OE | 410U | 93.967 | $0.00 | 75-2425-0943 |
| 4-9390MV6 | 23NE11OE000090DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 6-9390QMC | 23NE11OE000090A2 | OE | 410U | 93.967 | $0.00 | 75-2526-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

Award#   6 NE11OE000090-04-06
FAIN#   NE11OE000090
Federal Award Date:   02/26/2026

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | 0.00 | 0.00 | 0.00 |

# AWARD ATTACHMENTS

DEPARTMENT OF PUBLIC HEALTH ILLINOIS                    6 NE11OE000090-04-06

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

In compliance with the Temporary Restraining Order (TRO) issued in the United States District Court for the District of Illinois as it relates to *State of Illinois, et al vs. Russell Vought*, *et al* (case 1:26-cv-01566*)*, CDC rescinded all terminations issued on February 11, 2026, for 14 days.

The purpose of this Notice of Award is to extend the recission of termination to March 12, 2026, to align with the extension of the TRO by the Court.

If you have questions or need additional clarification about this notice, please contact your CDC Grants Management Officer or Grants Management Specialist.

All the other terms and conditions issued with the existing award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.