**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, | |
| Plaintiffs, | Case No. 26-cv-1566 |
| v. | Hon. Manish S. Shah |
| RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget, et al.,* | |
| Defendants. | |

# EXHIBIT 6

Declaration of Olusimbo Ige

## DECLARATION OF DR. OLUSIMBO IGE

I, Olusimbo Ige, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a resident of the City of Chicago in the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I currently serve as Commissioner of Chicago's Department of Public Health (CDPH). I have held this position since December 2023. Before my appointment as CDPH Commissioner, I served as the Managing Director of Programs at the Robert Wood Johnson Foundation. There, I oversaw partnerships with health organizations nationwide working towards making public health and health care systems accountable and equitable.

3.      As Commissioner of CDPH, I make strategic decisions, in collaboration with the Mayor's Office and stakeholders across the City, to manage public health threats; design and deliver disease control services; and protect the food, air and environment for 3 million Chicago residents. I serve as a liaison and subject matter expert on all related policy matters, and use of authorities and resources to promote and protect public health. I have built and currently manage an executive team of 10, a budget of $335M, and approximately 656 employees, with a dedication to sustaining a strong public health workforce and capacity.

4.      While Chicago does not operate a fully integrated health and hospital system, CDPH operates seven mental health centers that provide low-barrier services to uninsured and underinsured Chicago residents, four immunization clinics, and three clinics that provide free testing and treatment for sexually transmitted infections. CDPH also provides certain at-home and in-field health programs, such as nursing home support for pregnant people and newborn babies

1

and directly observed therapy for tuberculosis. Additionally, the City funds and staffs a network of Women, Infants, and Children clinics providing nutrition counseling and supplemental food to pregnant, post-partum and breastfeeding women and their children. Collectively, these clinics and services serve thousands of uninsured and underinsured Chicago residents and support Chicago's safety net for health-related services.

5.      On or about February 9, 2026, CDPH learned that the Senate Appropriations Committee received notice of the federal administration's plan to terminate at least three federal awards to CDPH by the U.S. Centers for Disease Control and Prevention (CDC), of the U.S. Department of Health and Human Services (HHS). My understanding is that this funding notification followed a directive from the Office of Management and Budget (OMB) commanding other agencies (of which CDC is the first) to punish states and cities disfavored by this administration, like Illinois and Chicago, by stripping them of critical funding. I also understand that the only reason given by the CDC for its implementation of this OMB directive through grant terminations was that the grants are "inconsistent with agency priorities," with no explanation of why that is the case. Below are three CDPH grants that CDC planned to terminate:

> a.   Strengthening U.S. Public Health Infrastructure, Workforce, and Data Systems (Federal Award Identification Number NE11OE000094);
>
> b.   Support & Scale Up of HIV Prevention in Sexual Health Clinics (Federal Award Identification Number NH25PS005247); and
>
> c.   Sexually Transmitted Infection Surveillance Network (Federal Award Identification Number NH25PS005255).[1]

---

[1] On February 16, 2026, CDPH received revised Notice of Awards for the above grants, which officially rescinded the terminations for 14 days from the date of the Court's temporary restraining order in this case.

6.     On February 11, 2026, at approximately 7:15 a.m. Eastern Time, CDPH received emails notifying it that these grants (Strengthening U.S. Public Health Infrastructure, Workforce, and Data Systems (Federal Award Identification Number NE11OE000094); Support & Scale Up of HIV Prevention in Sexual Health Clinics (Federal Award Identification Number NH25PS005247); and Sexually Transmitted Infection Surveillance Network (Federal Award Identification Number NH25PS005255)) had been terminated. A true and correct copy of the termination notice for our Strengthening U.S. Public Health Infrastructure, Workforce and Data Systems grant is attached as Exhibit A. The other termination notices are substantially identical. They purport to terminate the grants effective February 11, 2026, and cite "agency priorities" as the reason for the terminations.

7.     Also, on or about February 11, 2026, CDPH learned that the Senate Appropriations Committee received notice (February 11 Congressional Notice) of the federal administration's plan to terminate at least three additional federal awards to CDPH by the CDC to the State of Illinois and its municipalities. My understanding is that HHS notified Congress of these upcoming terminations at approximately 8:57 AM Eastern Standard Time on February 11, 2026.

8.     My understanding is that this funding notification also follows the Targeting Directive to punish States disfavored by this administration, like Illinois, by stripping them of critical funding. I also understand that the only reason given by the CDC for its implementation of this Targeting Directive through these additional grant terminations is that the grants are "inconsistent with agency priorities," with no explanation of why that is the case.

9.     Below include three additional CDPH grants that CDC plans to terminate in Illinois based on the February 11 Congressional Notices:

a. High-Impact HIV Prevention and Surveillance Programs for Health Departments Grant (Federal Award Identification Number NU62PS924821);

b. Strengthening STD Prevention and Control for Health Departments Grant (STD-PCHD) (Federal Award Identification Number NH25PS005128); and

c. Initiative to Address COVID-19 Health Disparities (Federal Award Identification Number NH75OT000082).

10. If these award terminations are not permanently stopped, the harm would be particularly felt by Chicago and its residents, as 69% of CDPH's budget relies on grant funding. Staffing levels at CDPH would drop significantly, limiting our ability to prepare and respond to future public health emergencies such as measles and H5N1.

11. I discuss these awards, and the harm Chicago would suffer if these terminations were not stopped, below.[2]

**Strengthening U.S. Public Health Infrastructure, Workforce and Data Systems (PHIG)**

12. The Strengthening U.S. Public Health Infrastructure, Workforce and Data Systems grant, more commonly known as the Public Health Infrastructure Grant (PHIG), is a five-year grant allocated in multiple components which are issued on different timelines. PHIG funding was designed to be flexible, so that public health officials at the state and local levels could invest in the people, services, and systems that address their communities' most pressing needs.

13. PHIG is organized into three major components:

---

[2] I do not discuss the Initiatives to Address COVID-19 Health Disparities (FAIN # NH75OT000082) because it is a fully spent grant that ended on December 31, 2025. CDPH is in the process of officially closing out the grant.

a. Workforce (Component A1), which aims to increase the size and capabilities of the public health workforce by hiring, retaining, supporting and training the public health workforce and by strengthening workforce planning, systems, processes and policies. Funding for this component is a non-competitive, five-year award (meaning, funds are awarded at the beginning of the period of performance for the full five-year period).

b. Foundational Capabilities (Component A2), which aims to strengthen recipients' overall systems, processes, and policies to ensure a strong core infrastructure necessary to support essential public health services. Funding for this component is a non-competitive annual award, meaning funds are awarded in annual installments over the five-year performance period.

c. Data Modernization (Component A3), which supports public health agencies to develop a more modern and efficient data environment, increase the interoperability of data systems, and increase recipients' ability to use public health data to identify and address issues of public health concern. Funding for this component is a combination of non-competitive five-year awards and a competitive annual award.

14.     CDPH applied for and was awarded a PHIG grant with all three components, starting December 1, 2022 (Federal Award Identification Number NE11OE000094) with a Year 1 budget of $28,375,228. In total, CDPH has been awarded $44,828,259 in PHIG funds, for the performance period of December 1, 2022 through November 30, 2027.

15.     CDPH has used PHIG funds to: enhance CDPH's fiscal and administrative systems; modernize its technology; maintain community health data dashboards; enhance recruiting, hiring, and onboarding procedures; and improve procurement timelines.

16.     For instance, CDPH has used A1 (Workforce) funds to preserve Chicago's epidemiology workforce to investigate cases, track transmission, and respond rapidly to emerging disease outbreaks. A1 funds further provided unique infrastructure opportunities for CDPH to invest in fiscal, administrative, and/or operational staff and technology to improve grant fund efficiency.

17.     CDPH has used A2 (Foundational Capability) funds to work towards a health-department wide electronic health record, which will facilitate patient care coordination among CDPH clinics and CDPH behavioral health services. A2 funds likewise provided the resources for CDPH to co-manage the Chicago Health Atlas (chicagohealthatlas.org), a publicly available website where residents can review, explore, and compare health-related data over time and across communities.

18.     CDPH has used A3 (Data Modernization) funds to update CDPH's data systems, so that CDPH can process millions of records with speed and accuracy. This modernization is integral to the City's ability to track outbreaks, monitor trends, and ensure CDPH can respond faster and deliver timely insight to its local, state, and national partners.

19.     In addition, CDPH is using PHIG funds for: the targeted evaluation of CDPH reaction time and clearance of caseloads in reports made to local 311 system by Chicago residents and businesses; the purchase of CDPH electronic health record equipment and supplies for city clinics; better Cloud infrastructure to enhance data reporting, surveillance, and disease investigations; enhanced wastewater surveillance and increased lab capacity to monitor for

6

*Candida Auris* incidence; the purchase of antibiotic prophylaxis and treatment for expectant mothers to decrease high rates of congenital syphilis; community based health promotion campaigns to encourage health screening, healthy eating, vaccination, and health services navigation; the promotion of food security through healthy and nutritious eating for all Chicagoans; the implementation of tobacco cessation programs; the creation of food safety online trainings and self-reviews to expedite food safety certifications; and the promotion and distribution of public emergency toolkits to residents.

20.     As of the date of this declaration, the approximate total remaining unspent and available funds for PHIG activities and items approved by the CDC for CDPH is $37,071,352.53 plus another $2,222,101 CDPH was scheduled to receive on December 1, 2026.

21.     To date, CDC has never provided CDPH with notice, written or otherwise, that CDPH's administration of PHIG was in any way unsatisfactory. CDPH has fully performed all of its obligations with respect to this grant, including making timely submissions to CDC and complying with the terms and conditions set forth in the notices of award.

22.     Cutting off CDPH's PHIG program with nearly two years left to go would have a devastating impact on CDPH and public health in Chicago. For one, PHIG dollars currently fund 38 full time employee positions for CDPH.

23.     Decreased investment in data modernization, moreover, leads to a significant loss of technological tools that enhance reaction time to address disease outbreaks and other public health emergencies. A loss of epidemiological staff capacity would hamper CDPH's ability to address epidemics, disease outbreaks, and emergencies in Chicago. And the loss of PHIG funds would limit CDPH's ability to enhance skills and capacity of the current public health workforce and limit training opportunities for a future, sustainable workforce.

**Support & Scale Up of HIV Prevention in Sexual Health Clinics (SHIPS)**

24.     In 2024, CDC awarded funding to local governments to scale up HIV prevention and care services in sexual health clinics. The purpose of the Support & Scale Up of HIV Prevention in Sexual Health Clinics (SHIPS) grant was to advance health equity and support existing sexual health clinics that serve communities with high HIV and STI burden.

25.     CDPH applied for and was awarded a SHIPS grant, with a performance period of August 1, 2024 to July 31, 2029 (Federal Award Identification Number NH25PS005247). The total award for the 5-year period was for $3,000,000. In August 2024, CDC fully funded CDPH's Year 1 budget of $600,000. SHIPS continuation funding was and is contingent upon approval of each new budget period.[3] In August 2025, CDC fully funded Chicago's Year 2 budget of $600,000.

26.     Specifically, CDPH has used SHIPS funds to: (1) target screening, diagnosis and treatment efforts to reduce sexually transmitted infections (STI) and their respective sequelae among high-risk men who have sex with men (MSM); (2) enhance STI clinical preventive education and counseling services with patients, sex partners, and other MSM suspected to have or be at high-risk for syphilis, HIV/syphilis, or HIV/gonorrhea co-infected patients; (3) assist in the continued implementation of HIV Pre-exposure prophylaxis (PrEP), Nonoccupational Postexposure Prophylaxis (PrEP/nPEP) services and Doxycycline-Post Exposure prophylaxis (Doxy-PEP) for patients seen at all three STI specialty clinics.; 4) ensure that uninsured and under-insured PrEP/nPEP clients receive education about coverage programs and getting link to preventive care; (4) assist in and ensure the training of HIV/STI Prevention and Sexual and Reproductive health department and other key patient-facing staff in basics of PrEP/nPEP; (5)

---

[3] Each budget period is one year. When one budget period ends, CDPH must receive a new Notice of Award with allocated funds before CDPH can set up the grant in the City's Financial Management and Purchasing System. Only after that setup has been done, can CDPH start submitting reimbursement requests under the award.

analyze STI clinic data, publish an annual clinic report, and timely submit quarterly data to CDC which provides progress updates on PrEP, Doxy-PEP processes at STI clinics and/or any barriers; and 6) develop a program on outbreak preparedness plan and conduct in person training for the same.

27.     For Year 2 of the SHIPS program, CDPH anticipates using SHIPS funds for: 1) implementing an action plan to address clinic infrastructure gaps, including the onboarding of a laboratory director and public health nurse; (2) implementing evidence-based or evidence-informed approaches, such as optimizing an Electronic Case Management system and conducting data analysis and publishing report; (3) adopting a whole-person approach to HIV prevention and care through optimizing syndemic[4] navigation and expanding nPEP, PrEP, and Doxy-PEP at the STI clinics; (4) continuing to foster strategic partnerships with community providers, community based organizations, and other delegate agencies, such as Population Center Health Homes; and (5) participating in HIV planning activities and establishing community engagement through LGBTQ+ forums focusing on syndemic responses and evolving healthcare needs.

28.     As of the date of this declaration, the approximate total remaining unspent and available funds for SHIPS activities and items approved by the CDC for CDPH is $507,343.78. CDPH also anticipates applying for, and receiving, $600,000 for each of the remaining years of the SHIPS program (Years 3-5).

29.     To date, CDC has never provided CDPH with notice, written or otherwise, that CDPH's administration of the SHIPS was in any way unsatisfactory. In fact, CDC praised CDPH for its SHIPS program and asked CDPH to showcase the great work happening in Chicago to other jurisdictions on collaborative webinars. CDPH has fully performed all its obligations with respect

---

[4] https://www.hiv.gov/blog/defining-the-term-syndemic

to this grant, including making timely submissions to CDC and complying with the terms and conditions set forth in the notice of award.

30.     Terminating CDPH's SHIPS program would harm CDPH, Chicago, and Chicagoans. Not only do SHIPS dollars fund 3.9 full time CDPH employees, but losing SHIPS funds would weaken CDPH's capacity to deliver integrated HIV and STI prevention and care services to Chicagoans. In 2024, a total of 818 new HIV diagnoses were reported to the CDPH. This represents a 29.2% increase in comparison to 2022 (633 new HIV diagnoses), and a 12.5% increase compared to 2023 (727 new HIV diagnoses). Despite signs of progress in HIV prevention, barriers to accessing prevention and care services are still contributing to racial, ethnic, sexual and geographic disparities. CDPH STI Specialty clinics serve as safety-net clinics in the city and deliver HIV and STI Prevention services. Any disruption in funding would significantly compromise services provided to the patients seen at the CDPH STI clinics, leading to gaps in HIV and STI prevention and, as a result, increased transmission of HIV and STIs.

### Sexually Transmitted Infection Surveillance Network (SSuN)

31.     In 2024, CDC announced availability of fiscal year 2024 funding for cooperative agreements for Cycle 5 of the STI Surveillance Network program (SSuN). The core strategies of Cycle 5 of SSuN were to: (1) support sentinel surveillance in sexual health clinical facilities; and (2) implement enhanced surveillance for STIs reported to health departments. In general, the goal of Cycle 5 SSuN funds was to monitor trends in patient characteristics, screening, and diagnoses to identify opportunities and gaps across the STI/HIV prevention continuum, including information gaps in routine case reporting. Like SHIPS, continuation funding is contingent upon approval of each new budget period for SSuN. This means that when one budget period ends, CDPH must receive a new Notice of Award with the allocated funds before CDPH is authorized

10

to proceed with the setting up of this grant in the City's financial system and submit reimbursement requests under the program.

32.     CDPH applied for and was granted its first Cycle 5 SSuN award of $360,000 for budget Year 1 on August 8, 2024 (FAIN# NH25PS005255), with an overall award of $1.8 million for the 5-year performance period of September 30, 2024 to September 29, 2029. On September 12, 2025, CDPH received its first budget Year 2 award of $360,000 for the Cycle 5 SSuN program.

33.     Through its SSuN cooperative agreement, CDPH has enhanced systematic collection of data for patients diagnosed with gonorrhea. Specifically, CDPH enhanced data collection on additional demographic characteristics, behavioral risk, HIV-co-infection, treatment, and access to preventive services through enhanced investigations/phone interviews with patients diagnosed with gonorrhea infection as well as their providers. Data obtained through this enhanced surveillance initiative have been critical to understanding changing risk patterns, detecting emergent, re-emergent or novel infections and long-term sequela, and informing both local and national STI/HIV control and prevention efforts. The SSuN grant has helped CDPH maximize the synergies offered through Ending the HIV Epidemic in the U.S. (EHE) and provide substantial integration with respect to surveillance activities in sexual health clinical settings to better characterize patient-level co-factors that may facilitate, or present barriers to the uptake of STI HIV prevention interventions such as HIV PrEP.

34.     As of the date of this declaration, the approximate total remaining unspent and available funds for SSuN activities and items approved by the CDC for CDPH is $349,554.25. CDPH additionally anticipates applying for, and receiving, $360,000 for each of the remaining years of the SSuN program (Years 3-5).

35.     To date, CDC has never provided CDPH with notice, written or otherwise, that CDPH's administration of the SSuN was in any way unsatisfactory. CDPH has fully performed all of its obligations with respect to this cooperative agreement program, including making timely submissions to CDC and complying with the terms and conditions set forth in the notice of awards.

36.     SSuN dollars fund 2.35 full-time employees for CDPH. And, as discussed above, the SSuN program has been essential to CDPH's enhanced surveillance for STIs reported to health departments. If the SSuN program is terminated for Chicago, CDPH would not be able to collect and disseminate critical data—demographic, socioeconomic, and behavioral information—on patients presenting for care and for persons diagnosed and reported with STIs. This critical data is needed to better characterize the extent of STI disparities and to inform timely efforts to ensure equitable sexual health outcomes across all Chicago populations. The individuals at risk for or diagnosed with STIs are at increased risk for acquisition or transmission of HIV. As part of the SSuN grant enhanced surveillance activities we can monitor population level incidence for GC and other STIs, ascertain demographic and socioeconomic characteristics of person diagnosed with STIs and the prevalence of co-infections. Without SSuN enhanced surveillance activities these data are not available to the CDPH and without these data we are not able to characterize the extent of disparities and will not be able to inform and ensure equitable sexual outcomes among all Chicagoans. Through information collecting via the SSuN grant, new avenues for outreach and prevention may be uncovered to reduce the burden of STIs on Chicagoans.

**High-Impact HIV Prevention and Surveillance Programs for Health Departments**

37.     In 2024, CDC announced the availability of FY 2024 funds for a cooperative agreement for health departments to implement high-impact HIV prevention and surveillance programs. The High-Impact HIV Prevention and Surveillance Programs for Health Departments

12

(High-Impact HIV Prevention Grant) priorities were to increase knowledge of HIV status, reduce HIV transmission, prevent new HIV infections, improve linkage to care and viral suppression, and maintain elimination of perinatal transmission. The High-Impact HIV Prevention Grant was designed for jurisdictions to address the barriers to care and prevention of people with HIV and without HIV, including stigma, discrimination, and the social determinants of health in geographic areas are most concentrated.

38.     CDPH applied for, and on July 18, 2024 was granted, the High-Impact HIV Prevention Grant with a period of performance of August 1, 2024 to May 31, 2029. CDPH received an initial award of $9,094,696 in High-Impact HIV Prevention Grant funds, for the budget period of August 1, 2024 to May 31, 2025. Thereafter, on June 25, 2025, CDPH received additional High-Impact HIV Prevention Grant funds in the amount of $11,204,762 for the budget period of August 1, 2025- May 31, 2026.

39.     CDPH has used  High-Impact HIV Prevention Grant funds to: distribute PrEP for HIV navigation through multiple of its delegate agencies; collect and analyze data to better understand the presence, distribution, and transmission of HIV; collect information from individuals who have been diagnosed with HIV; identify and engage with people who may have been exposed to HIV; screen for and treat HIV and sexually transmitted infections; to administer vaccinations, PrEP, and doxy-PEP; enhance communication with the general public and clinical and non-clinical providers with hyper-local population/geography specific information; and prepare for outbreaks and responses to outbreaks.

40.     As of the date of this declaration, the approximate total remaining unspent and available funds for High-Impact HIV Prevention Grant activities and items approved by the CDC

for CDPH is $7,986,240.33. CDPH additionally anticipates applying for, and receiving, a total of $33,614,286 for the remainder of the High-Impact HIV Prevention Grant program (Years 3-5).

41.     To date, CDC has never provided CDPH with notice, written or otherwise, that CDPH's administration of the High-Impact HIV Prevention Grant program was in any way unsatisfactory. CDPH has fully performed all of its obligations with respect to this cooperative agreement program, including making timely submissions to CDC and complying with the terms and conditions set forth in the notice of awards.

42.     High-Impact HIV Prevention Grant dollars fund 46.75 full-time employees for CDPH, and the impact of these funds is significant for Chicagoans. For example, in 2025, delegate agencies funded to implement PrEP navigation using High-Impact HIV Prevention Grant funds were able to successfully connect 8,425 individuals to PrEP prescriptions. The delegate agencies likewise conducted over 30,000 STI screenings using High-Impact HIV Prevention Grant funds. CDPH's sexual health clinics, which are partially funded through High-Impact HIV Prevention Grant funds, screened 1,357 individuals for HIV, provided PrEP for HIV to 151 individuals, and conducted 31,262 STI screenings.  In addition, there are no alternative federal funds that can be used to support services focused on individuals vulnerable to HIV through condom distribution and PrEP navigation and support. In a similar vein, no other federal funds could be used to support CDPH's marketing and communication activities to disseminate information to its clinical and non-clinical partners and to communities and populations most impacted by HIV and STIs. Without these funds, CDPH would lose significant staff involved in disease surveillance, case investigation and contact tracing, as well as staffing at the CDPH Sexual Health Clinics.

**Strengthening STD Prevention and Control for Health Departments (STD PCHD)**

43.     In 2018, CDC announced availability of fiscal year 2019 funding for the Strengthening STD Prevention and Control for Health Departments (STD-PCHD) cooperative agreement program. The purpose of the funding was to prevent and control three major STDs: chlamydia, gonorrhea, and syphilis. More specifically, the funding was designed to support strategies and activities to eliminate congenital syphilis; prevent antibiotic resistant gonorrhea; reduce primary and secondary syphilis; prevent STD-related pelvic inflammatory disease, ectopic pregnancy, and infertility; address STD-related outbreaks; and reduce STD-related health disparities.

44.     CDPH applied for and was granted the STD-PCHD grant for the period of performance of January 1, 2019 – December 31, 2023. CDPH received an award of $1,899,190 on February 19, 2019, for the budget period of January 1, 2019 to December 31, 2020. Thereafter, CDPH subsequently received additional STD-PCHD funds, including $3,420,190 in COVID funds, for the same performance period (which was extended to later years). Most recently, on March 3, 2025 and August 4, 2025, CDPH received a total STD-PCHD award of $1,899,190 for the budget period of March 1, 2025 to February 28, 2026.

45.     Through its STD-PCHD cooperative agreement, CDPH has hired personnel on issues related to prenatal infections; marketed STD prevention efforts including congenital syphilis messaging; developed marketing materials for STD Awareness Month; and supported and maintained surveillance and a case management system for Hep B, Hep C, and other diseases. In 2025, CDPH launched the Syphilis Elimination Plan. Through the plan, Chicago saw a 48.5% reduction in congenital syphilis cases compared to 2024.

46.     As of the date of this declaration, the approximate total remaining unspent and available funds for STD-PCHD activities and items approved by the CDC for CDPH is $2,204,670.50, which includes $1,115,266.47 in COVID funds. Additionally, CDPH applied for a cost extension to receive $1,813,690 for the budget period of March 1, 2026 to February 28, 2027.

47.     To date, CDC has never provided CDPH with notice, written or otherwise, that CDPH's administration of the STD-PCHD was in any way unsatisfactory. CDPH has fully performed all of its obligations with respect to this cooperative agreement program, including making timely submissions to CDC and complying with the terms and conditions set forth in the notice of awards.

48.     STD-PCHD dollars fund 8.45 full-time employees. The funds have been critical for CDPH to sustain its capacity to perform data collection, case management, contact investigations, timely treatment, and prevention efforts for STDs, such as syphilis, gonorrhea, and chlamydia infections in Chicago. Losing STD-PCHD funding would have major impact on CDPH's programmatic activities. Losing the funds would significantly disrupt medication access, clinical infrastructure, and prevention capacity for all registered providers under this program.

49.     In sum, CDC's termination of these grants would be devastating to CDPH, Chicago, and Chicagoans. If the awards are terminated, up to 98.45 full-time public health employees could lose their jobs, Chicago would be more vulnerable to public health epidemics, and Chicago would lose approximately $48,759,752 in essential public health funding for the budget periods already awarded. That does not include the $41,131,835 CDPH anticipated receiving for the remaining budget years in the five awards discussed above.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 5, 2026, at Chicago, Illinois.

_____

Dr. Olusimbo Ige
Commissioner
Chicago Department of Public Health

# EXHIBIT A

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NE11OE000094-04-03

FAIN# NE11OE000094

Federal Award Date: 02/11/2026

## Recipient Information

**1. Recipient Name**
CHICAGO DEPARTMENT OF PUBLIC HEALTH
111 W. Washington St. Floor 4
Chicago, IL 60602-2703
[NO DATA]

**2. Congressional District of Recipient**
07

**3. Payment System Identifier (ID)**
1366005820D3

**4. Employer Identification Number (EIN)**
366005820

**5. Data Universal Numbering System (DUNS)**
956049399

**6. Recipient's Unique Entity Identifier (UEI)**
K8F7VYLKGN64

**7. Project Director or Principal Investigator**
Ms. Fikirte Wagaw
First Deputy Commissioner
fikirte.wagaw@cityofchicago.org
312-747-9878

**8. Authorized Official**
Dr. Olusimbo Ige
Commissioner
olusimbo.ige@cityofchicago.org
312-747-9870

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Ms. Kimberly Champion
Grants Management Specialist
qrf9@cdc.gov
(404) 498-4229

**10. Program Official Contact Information**
Reshana Peterson
Program Officer
ugh2@cdc.gov
404-498-1592

## Federal Award Information

**11. Award Number**
6 NE11OE000094-04-03

**12. Unique Federal Award Identification Number (FAIN)**
NE11OE000094

**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
Strengthening U.S. Public Health Infrastructure, Workforce and Data Systems

**15. Assistance Listing Number**
93.967

**16. Assistance Listing Program Title**
CDC's Collaboration with Academia to Strengthen Public Health

**17. Award Action Type**
Terminate

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 12/01/2025 **- End Date** 02/11/2026 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $2,222,101.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $2,222,101.00 |
| **26. Period of Performance Start Date** 12/01/2022 **- End Date** 02/11/2026 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $42,606,158.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Mrs. Erica Stewart
Team Lead, Grants Management Officer

## 30. Remarks

Termination for Departmental Authority

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NE11OE000094-04-03
FAIN# NE11OE000094
Federal Award Date: 02/11/2026

## Recipient Information

**Recipient Name**
CHICAGO DEPARTMENT OF PUBLIC HEALTH
111 W. Washington St. Floor 4
Chicago, IL 60602-2703
[NO DATA]

**Congressional District of Recipient**
07

**Payment Account Number and Type**
1366005820D3

**Employer Identification Number (EIN) Data**
366005820

**Universal Numbering System (DUNS)**
956049399

**Recipient's Unique Entity Identifier (UEI)**
K8F7VYLKGN64

---

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $175,362.00 |
| **b. Fringe Benefits** | $114,757.00 |
| **c. Total Personnel Costs** | $290,119.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $700.00 |
| **f. Travel** | $4,100.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $1,234,841.00 |
| **i. Contractual** | $643,021.00 |
| **j. TOTAL DIRECT COSTS** | $2,172,781.00 |
| **k. INDIRECT COSTS** | $49,320.00 |
| **l. TOTAL APPROVED BUDGET** | $2,222,101.00 |
| **m. Federal Share** | $2,222,101.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 3-9390EV2 | 23NE11OE000094A3 | OE | 410U | 93.967 | $0.00 | 75-23-0959 |
| 4-9390MV6 | 23NE11OE000094DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390LM6 | 23NE11OE000094DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390LFD | 23NE11OE000094LDXC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390JXA | 23NE11OE000094A2 | OE | 410U | 93.967 | $0.00 | 75-2224-0943 |
| 4-9390LFF | 23NE11OE000094A2 | OE | 410U | 93.967 | $0.00 | 75-2324-0943 |
| 3-9390L1Z | 23NE11OE000094A1C6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 4-9390MFC | 23NE11OE000094C5 | OE | 410U | 93.967 | $0.00 | 75-2124-0943 |
| 5-9390MR5 | 23NE11OE000094A2 | OE | 410U | 93.967 | $0.00 | 75-2425-0943 |
| 6-9390QMC | 23NE11OE000094A2 | OE | 410U | 93.967 | $0.00 | 75-2526-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award

Centers for Disease Control and Prevention

Award# 6 NE11OE000094-04-03
FAIN# NE11OE000094
Federal Award Date: 02/11/2026

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | 0.00 | 0.00 | 0.00 |

# AWARD ATTACHMENTS

CHICAGO DEPARTMENT OF PUBLIC HEALTH                6 NE11OE000094-04-03

1. Terms and Conditions

**NOTIFICATION LETTER TO RECIPIENT FOR TERMINATION OF FEDERAL AWARD FOR NON-ALIGNMENT WITH PROGRAM GOALS OR AGENCY PRIORITIES**

To:     Chicago Department Of Public Health
        Representative of Award Number NE11OE000094

Funding for NE11OE000094 is hereby terminated pursuant to 2 C.F.R. § 200.340(a)(4). This letter constitutes a notice of termination, effective February 11, 2026.

Pursuant to the terms of the award and 2 C.F.R. § 200.340(a)(4), the Centers for Disease Control and Prevention (CDC) may terminate a federal award, "to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

CDC's current priorities, published on CDC's website[52] and issued to all other grantees, include focusing agency resources in line with the fundamental role CDC plays in the public health sphere. CDC's priorities illustrate the overall direction of CDC, in furtherance of the goals of the Trump Administration and the Department of Health and Human Services (HHS) Secretary. The Priorities Statement highlights CDC goals and priorities, all through the lens of providing Gold-Standard Science, as envisioned in the Make America Healthy Again Commission Report and the Make Our Children Healthy Again Strategy.

CDC is specifically prioritizing a commitment to: gold-standard science; global leadership; rebuilding trust, transparency, and credibility; rapid, evidence-based responses to crises; vaccine safety and efficacy research; advancing our understanding of autism spectrum disorder (ASD), neurodevelopmental disorders (NDDs), and chronic disease; modernizing public health infrastructure while enhancing our approach to health data; and otherwise ensuring compliance with the goals and priorities of the Trump Administration and HHS.

As a result, CDC is adjusting its discretionary Strengthening U.S. Public Health Infrastructure, Workforce, and Data Systems  - 2023 award portfolio, which includes terminating some of the program awards, in order to better prioritize agency resources towards the above-mentioned priorities.

Although in its discretion CDC may suspend (rather than immediately terminating) an award to allow the recipient an opportunity to take appropriate corrective action before CDC makes a termination decision, after review and consideration, no corrective action is possible here since no corrective action could align the award with current agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable other than in accordance with 2 CFR § 200.472 or as may be provided in further instruction from the agency.

Nothing in this notice excuses either CDC or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 200.344-200.345. Consistent with 2 C.F.R. 200.344, you will have 120

---

[52] See CDC priorities | About CDC | CDC; Grants | Grants | CDC; Acting CDC Director | About CDC | CDC

days from the effective date of termination to liquidate all financial obligations incurred prior to termination of this award.

Sincerely,

Office of Grants Services
Centers for Disease Control and Prevention
Department of Health and Human Services