**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, | |
| Plaintiffs, | Case No. 26-cv-1566 |
| v. | Hon. Manish S. Shah |
| RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget, et al.,* | |
| Defendants. | |

# EXHIBIT 7

## Declaration of Ned Calonge

I, Ned Calonge, declare as follows, pursuant to 28 U.S.C. § 1746:

1.      I am the Chief Medical Officer of the Colorado Department of Public Health and Environment ("CDPHE"), a position I have held since 2023.  I have been employed by CDPHE since 2023.  I previously held the role of Chief Medical Officer for CDPHE from 2002-2010.

2.      In my current role at CDPHE, I am responsible for public health programs leadership, policy direction, and management of the day-to-day operations of the agency.

3.      I make this declaration in my official capacity.  I am a resident of the state of Colorado, and I am over the age of 18.  I am familiar with the information in the statements set forth below either through personal knowledge or in consultation with CDPHE staff.

4.      In Colorado, CDPHE is the state's public health agency and has powers and duties relating to protecting, maintaining, and improving the health of all Coloradans (see, for example, Colorado Revised Statutes, sections 25-1.5-101 and 25-1.5-102).  Among other things, CDPHE:

- monitors infectious diseases and responds to outbreaks;

- advances policies and programs to prevent diseases and injuries and improve mental health;

- coordinates emergency preparedness and response activities among the state and local government entities and community organizations involved in responding to public health emergencies.

5.      I am providing this declaration to explain some of the immediate adverse impacts CDPHE faces from impending terminations of federal awards to CDPHE by the U.S. Centers for Disease Control and Prevention ("CDC"), of the U.S. Department of Health and Human Services.

6.     On February 9, 2025, CDPHE learned from press reports and Colorado's congressional delegation that Congress received notice of the federal administration's plan to terminate numerous CDC grants to Colorado state agencies, instrumentalities, and political subdivisions. Grants to CDPHE on the list of cuts include: (1) Public Health Infrastructure Grant Program (PHIG) (Federal Award Identification Number NE11OE000089), (2) National HIV Behavioral Surveillance (NHBS) (Federal Award Identification Number NU62PS924764), (3) Sexually Transmitted Infections Surveillance Network (SSuN) (Federal Award Identification Number NH25PS005254-02-00), and (4) Prevention and Control for Health Departments (PCHD) (Federal Award Identification Number NH25PS005164). My understanding is that the only reason identified for the impending terminations is that the grants are "inconsistent with agency priorities," with no explanation of why that is the case.

7.     On February 11, CDPHE learned that HHS notified Congress of its intent to terminate additional CDC grants to Colorado state agencies, instrumentalities, and political subdivisions, once again citing "agency priorities". Grants to CDPHE on this new list of cuts include: (1) National Initiative to Reduce Health Disparities from COVID-19 Grant (Federal Award Identification Number NH75OT000066), (2) Preventive Health and Health Services (PHHS) Block Grant (Federal Award Identification Number NB01PW000122), and (3) Colorado High Impact HIV Prevention and Surveillance Grant (Federal Award Identification Number NU62PS924801). My understanding is that the only reason identified for the impending terminations is that the grants are "inconsistent with agency priorities," with no explanation of why that is the case.

8.     CDPHE first learned of the possibility of termination of CDC grants to Colorado in an article from the New York Post published on February 4, 2026. The article reported that

the Office of Management and Budget had ordered CDC to terminate at least $602 million in grants meant for California, Colorado, Illinois, and Minnesota.[1]

9.      On February 12, 2026, shortly after 7 a.m. EST, CDPHE received emails with links to termination notices from CDC for the PHIG, NHBS, PCHD, and SSuN grants. A true and correct copy of the termination notice for our PHIG grant is attached as **Exhibit A.** The other termination notices are substantially identical. They purport to terminate the grants effective February 11, 2026, and cite "agency priorities" as the reason for the terminations. CDPHE has not received termination notices for the other grants. On February 16, 2026, CDPHE received notices that these terminations were rescinded for 14 days from that date of the district court's February 13, 2026 temporary restraining order.

**Strengthening U.S. Public Health Infrastructure, Workforce, and Data Systems Grant**

10.     The Strengthening U.S. Public Health Infrastructure, Workforce, and Data Systems Grant ("PHIG") program, authorized by the Public Health Services Act, provides support for core infrastructure improvements to public health agencies, including these agencies' workforce, foundational capabilities, and data infrastructure.  The August 15, 2022, Notice of Funding Opportunity ("NOFO") for this grant program explained that "[s]tronger infrastructure will serve immediate needs to respond to the ongoing COVID-19 pandemic and other public health outcomes that worsened or stalled during the COVID-19 pandemic."  The NOFO further explained that these "investments will have sustained effects that position these [public health] agencies to better meet the ongoing and future public health needs of the communities and populations they serve."

---

[1] https://nypost.com/2026/02/04/us-news/white-house-instructs-dot-cdc-to-cut-1-5b-in-woke-green-grants-for-dem-states/

11. PHIG is organized into three major components:

    a. Workforce (Component A1), which aims to increase the size and capabilities of the public health workforce by hiring, retaining, supporting and training the public health workforce and by strengthening workforce planning, systems, processes and policies. Funding for this component is a non-competitive, five year award (meaning, funds are awarded at the beginning of the period of performance for the full five-year period).

    b. Foundational Capabilities (Component A2), which aims to strengthen recipients' overall systems, processes, and policies to ensure a strong core infrastructure necessary to support essential public health services. Funding for this component is a non-competitive annual award, meaning funds are awarded in annual installments over the five-year performance period.

    c. Data Modernization (Component A3), which supports public health agencies to develop a more modern and efficient data environment, increase the interoperability of data systems, and increase recipients' ability to use public health data to identify and address issues of public health concern. Funding for this component is a combination of non-competitive five-year awards and a competitive annual award.

12. CDPHE applied for and has been awarded funds for all three PHIG Components, A1, A2 and A3. Approximately $55 million in total was awarded to CDPHE for PHIG between 2022 – 2027:

    a. Award number 1 NE11O3000089-01-00, dated November 29, 2022, awarding $34,783,995.00 (for Components A1, A2, and A3);

b.  Award number 6 NE11OE000089-01-03, dated May 25, 2023, awarding $7,891,174.00 (for Component A3);

c.  Award number 5 NE11OE000089-02-00, dated November 13, 2023, awarding $2,668,429.00 (for Component A2);

d.  Award number 6 NE11OE000089-02-01, dated January 9, 2024, awarding $1,234,269.00 (for Component A3);

e.  Award number 6 NE11OE000089-01-05, dated February 26, 2024, awarding $7,264,804.08 (for Component A3);

f.  Award number 6 NE11OE000089-02-04, dated March 20, 2024, awarding $7,264,804.08 (for Component A3);

g.  Award number 6 NE11OE000089-02-07, dated September 12, 2024, awarding $3,069,430.00 (for Component A3);

h.  Award number 5 NE11OE000089-03-00, dated November 24, 2024, awarding $2,668,429.00 (for Component A2); and

i.  Award number 5 NE11OE000089-04-00, dated December 2, 2025, awarding $2,668,429.00 (for Component A2).

13.     The period for performance for CDPHE's PHIG awards is December 1, 2022 through November 30, 2027.  All of the PHIG Notices of Award CDPHE received stated that CDPHE may carry over unobligated funds to a "subsequent budget period."

14.     CDPHE anticipates receiving its next and final annual installments of its Component A2 funding in late 2026 (for budget period December 1, 2026 – November 30, 2027).  The final installment of the A2 funding is estimated to be $2,668,429, which is flat funding from years 2-4 in component A2.  No additional funding was provided for Component

A3 after year 2 of the PHIG grant; thus, Colorado does not anticipate additional funding for that component.

15.     As of the date of this declaration, the approximate total PHIG remaining unpaid encumbrances and available funds for activities and items approved by the CDC is in excess of $22 million.

16.     For PHIG, CDPHE is required to submit to CDC a detailed workplan. The workplan contains information on each funded strategy, activities within the work plan and staff associated with each activity. Staff that are detailed in each strategy budget is working on activities within the work plan. The most recent progress report containing updates on all work plans was submitted on January 30, 2026. Each of the work plans and any associated updates has been approved by the CDC. CDC never asked us to change our workplan to date.

17.     All states receive PHIG funding, and use this funding in similar ways as outlined in the Notice of Funding dated August 15, 2022. For each strategy, states work on similar activities. For example, the A1 Public Health Workforce strategy is intended to reinforce and expand the public health workforce by hiring, retaining, supporting, and training the workforce and by strengthening relevant workforce planning, systems, processes, and policies. The A2 Foundational Capabilities strategy is intended to strengthen recipients' overall systems, processes, and policies to ensure a strong core infrastructure needed to protect health and provide fair opportunities for all. The A3 Data Modernization strategy supports jurisdictions to develop and deploy scalable, flexible, and sustainable technologies, policies, and methods to implement world-class data and analytical capabilities to support the Essential Public Health Services. To date, the intent of each strategy has not been changed and recipients have not been asked to adjust the core focus of the work.

6

18.     To date, CDC has never provided CDPHE with notice, written or otherwise, that CDPHE's administration of the PHIG grant was in any way unsatisfactory or inconsistent with substantive program requirements.

**STD Prevention and Control for Health Departments (PCHD)**

19.     Colorado uses these critical funds to monitor sexually transmitted infection (STI) cases and trends, provide on-the ground STI prevention support, promote testing and treatment best practices and increase STI prevention knowledge.

20.     CDC issued a Notice of Funding Opportunity in 2018 for the PCHD grant for which Colorado successfully applied.  PCHD funding began on January 1, 2019 and has continued uninterrupted year after year to the present although the grant period has changed over time.

21.     The current period for PCHD is March 1, 2025 through February 28, 2026.  CDC indicated CDPHE would receive its next year of funding before February 28, 2026. On March 2, CDC issued a letter stating that CDPHE would receive this funding through a new notice on March 4, retroactive to March 1.  As of the date of this declaration, CDPHE has not received notice of next year's funding. Colorado receives $1,357,540 a year.  This funding supports 12 FTE and provides support to local public health agencies and other community based agencies.

22.     Fifty-nine states and jurisdictions receive PCHD funding.  All recipients of PCHD funding have the same 17 strategies.  Each strategy has the same core areas which are:

    a.  surveillance;

    b.  disease investigation and intervention, for which strategies required for all states include partner services for women, and men, and men who have sex with men, particularly for investigating syphilis;

7

c.  screening, diagnosis, and treatment, for which strategies required for all states include strategies for pregnant women, young adults and adolescents, and strategies for men who have sex with men;

d.  prevention and policy, and

e.  data use for program improvement.

Colorado's program is consistent with the programs of all 50 states, with the only variation being the amount funded based on the STI burden in each state.

23.  Colorado funds for the current period of performance were obligated by a Notice of Award on March 13, 2025 and August 7, 2025.  As of the date of this declaration, the unobligated balance is $495,065.

24.  To date, CDC has never provided CDPHE with notice, written or otherwise, that CDPHE's administration of the PCHD grant was in any way unsatisfactory or inconsistent with substantive program requirements.

**National HIV Behavioral Survey (NHBS)**

25.  National HIV Behavioral Surveillance (NHBS) is a comprehensive system for bio-behavioral surveillance conducted since 2003 in populations disproportionately affected by HIV.  NHBS collects data on behavioral risk factors for HIV (e.g., sexual behaviors, drug use), HIV testing behaviors, receipt of prevention services, and use of prevention strategies (e.g., condoms, PrEP (pre-exposure prophylaxis)).  All NHBS participants are offered an HIV test.

26.  The grant period for NHBS is January 1, 2022 through December 31, 2026.  Once awarded, grantees receive an initial Notice of Award for a specific period of performance, and then submit annual continuation applications and budgets for additional funding.

27.     The current period of performance for NHBS is January 1, 2026 through December 31, 2026.  CDPHE received $550,000 for this year, of which $518,000 goes to the Denver Health and Hospital Authority.

28.     Colorado funds were obligated by a Notice of Award received on January 9, 2026, roughly four weeks ago.  Funds have been contractually obligated to Denver Health and Hospital Authority.

29.     All sites are funded for NHBS on the same cycle for priority populations; it does not vary site to site. The interview guides for each cycle are provided by the CDC and thus are standardized across all states.  All projects meet to discuss data collection, and share best practices to reach the priority population.

30.     To date, CDC has never provided CDPHE with notice, written or otherwise, that CDPHE's administration of the NHBS grant was in any way unsatisfactory or inconsistent with substantive program requirements.

**Sexually Transmitted Infections (STI) Surveillance Network (SSuN).**

31.     Colorado is funded for SSuN to ensure comprehensive surveillance for all reported gonorrhea cases and enhanced sentinel surveillance of STIs in clinical settings.

32.     CDPHE received its Notice of award on September 26, 2025, and the SSuN performance period is September 30, 2025 through September 29, 2029.  The funded amount is $151,430, of which $143,061 is contracted to Denver Health and Hospital Authority.

33.     CPDHE is funded for Strategy A of SSuN.  Strategy A of SSuN provides support for selected health departments to implement sentinel surveillance in specialty STI clinics.  All funded sites must gather information on patient visits, including STI/HIV tests performed at the visit, test results, diagnoses made, and demographic and selected behavioral characteristics of the

patients. Additionally, Strategy A sites provide data on patients seeking sexual health care, provider testing and treatment practices, changes in the number and proportion of patients diagnosed with STIs and HIV co-infection, and uptake of prevention measures such as HIV pre-exposure prophylaxis (PrEP) and doxycycline post-exposure prophylaxis for STIs (doxy PEP).

34. Other states and local health departments were funded for Strategy A of SSuN for the same purposes. Yet CDC has only threatened to terminate grantees in the four targeted states.

35. To date, CDC has never provided CDPHE with notice, written or otherwise, that CDPHE's administration of the SSuN grant was in any way unsatisfactory or inconsistent with substantive program requirements.

**COVID-19 Health Disparities Grant**

36. The National Initiative to Reduce Health Disparities from COVID-19 Grant (COVID-19 Grant) was initially funded during the COVID-19 health emergency but was also intended for recovery and preparation for future emergencies. The Notice of Funding announcement specifically stated that "All strategies should aim to build infrastructures that both address disparities in the current COVID-19 pandemic and set the foundation to address future responses." CDPHE's original workplan for this award identified activities focused on building community resilience and responding to the overall burden that the COVID-19 pandemic had caused on communities, beyond the immediate impacts of COVID-19 infection and illness. CDPHE in part has continued to use these funds, with CDC approval, to enhance the agency's preparedness and response for future events, not limited to the COVID-19 pandemic, and to administer programs and activities that address both the direct and indirect burden of the pandemic on communities.

10

37.     This grant is focused on the overall burden and impact that the pandemic as a whole, not just the actual pathogen itself, had on communities, and the response and recovery of communities in response to that pandemic. Five years later, Colorado is still responding to the impacts that the pandemic had on communities' phase of work, with activities like encouraging routine vaccinations and addressing vaccine hesitancy and public health distrust.

38.     CDPHE received its Notice of Award on May 28, 2021.  CDC approved multiple extensions, including after the termination of the federal public health emergency for COVID-19, with the award now ending on May 31, 2026.  The extension approvals indicate that CDC agreed that the continuation of work was justified through the time frame requested. The current period for the COVID-19 Grant is June 1, 2025 through May 31, 2026.

39.     Colorado received $22,581,706 in the initial award and no additional funds have been provided.  This funding supports 26.60 FTE and provides support to local public health agencies and community based organizations.

40.     Throughout the grant, CDPHE submitted quarterly progress reports with detailed narratives on program workplan activities, performance evaluation metrics, and fiscal expenditures. CDC regularly provided written and verbal communication indicating approval of our progress and encouraged continued work. It is my understanding that other states have used their awards for similar purposes, including for post-pandemic resiliency.

41.     To date, CDC has never provided CDPHE with notice, written or otherwise, that CDPHE's administration of the COVID-19 Grant was in any way unsatisfactory or inconsistent with substantive program requirements.

**Preventive Health and Health Services Block Grant**

42.     The Preventive Health and Health Services (PHHS) Block Grant has been funded by CDC since 1981 to enable recipients to meet their priority public health needs, such as addressing emerging public health issues and decreasing premature death by focusing on preventative risk factors. The PHHS Block Grant provides flexible funding to address recipients' unique public health challenges. Its primary objective is to allow grantees the autonomy to target clinical and community-based preventative services toward the specific needs of their local populations. By funding initiatives' ranging from chronic disease prevention to emergency medical services, the grant aims to reduce health disparities and improve overall health outcomes.

43.     As part of the overall effort to reduce the burden of disease and associated risk factors, and to build, improve, and sustain associated public health infrastructure, the Preventive Health and Health Services Block Grant provides resources to support prioritized public health objectives. The grant is used to fill funding gaps in programs that deal with leading causes of death and disabilities and provides the ability to respond rapidly to emerging health issues while supporting agency-wide priorities that are also important to state, tribal, local, and territorial health departments.

44.     CDPHE received its Notice of Award for the PHHS Block Grant on September 17, 2025 for a one-year funding cycle from October 1, 2025 to September 30, 2026.

45.     Colorado has received PHHS Block Grant funding for decades, and for the most recent two federal fiscal years received $2,209,062 per year. Between 2014 and 2024, funding amounts varied between $1,880,810 to $2,081,320.  This funding supports roughly 6.5 FTE and provides support to local public health agencies and other community based agencies that work

on suicide prevention, sexual violance prevention, oral health in schools, and Core Public Health Services.

46.     All programs funded through the PHHS Block Grant are in alignment with Health People 2030 Objectives as authorized by 42 United States Code, Sec 300w-320w-10. Each year Colorado's work plan, budget, objectives and activities goes through a thorough technical review by the assigned Project Officer. Colorado has never been asked to change the programs that are being funded or activities within. The most recent Block Grant Guidance released on June 27, 2025 in the CDC Request for Applications outlines all of the above mentioned program objectives. Colorado submitted final work plans and budget for the current federal fiscal year, October 1, 2025 through September 30, 2026, receiving full approval from the CDC.

47.     To date, CDC has never provided CDPHE with notice, written or otherwise, that CDPHE's administration of the PHHS Block Grant was in any way unsatisfactory or inconsistent with substantive program requirements.

**Colorado High Impact HIV Prevention and Surveillance**

48.     The Colorado High Impact HIV Prevention and Surveillance Grant (High Impact HIV Grant) funding enables Colorado to operate a comprehensive, statewide HIV prevention and surveillance program focused on reducing new HIV infections and improving health outcomes for people living with HIV.  Core program goals include: increasing awareness of HIV status; reducing HIV transmission; preventing new infections; strengthening linkage to care and achieving viral suppression; and sustaining the elimination of perinatal HIV transmission. Through funding to local public health agencies and community-based organizations, CDPHE ensures statewide access to HIV testing, prevention services (including PrEP navigation), and timely linkage to care.

13

49.    CDPHE received its first Notice of Award for the High Impact HIV Grant on July 18, 2024  for a five year period from August 1, 2024 to May 31, 2029.

50.    The current period for the High Impact HIV Grant is June 1, 2025  through May 31, 2026.  The Notice of Award was received on June 23, 2025 and Colorado was awarded $4,464,567 for the second year of funding.

51.    This funding supports 24 FTE and provides significant funding  to local public health agencies and community-based organizations to ensure statewide access to HIV testing, prevention services (including PrEP navigation), and timely linkage to care.

52.    CDC has asked Colorado to submit its annual progress report on March 9, 2026 for the third year of funding beginning on June 1, 2026 through May 31, 2027.

53.    All states and jurisdictions funded with the High Impact HIV Grant are required to meet the same program goals, which include:

    a.  increase awareness of HIV status;

    b.  reduce new HIV transmission by increasing PrEP and PEP services and supporting HIV prevention, including condom distribution, perinatal transmission prevention, and harm reduction services;

    c.  strengthen linkage to care and achieve viral suppression;

    d.  identify and quickly respond to HIV clusters and outbreaks to address gaps and inequities in services for communities who need them;

    e.  conduct HIV surveillance, and,

    f.  engage communities and community partners in our work.

54.     To date, CDC has never provided CDPHE with notice, written or otherwise, that CDPHE's administration of the High Impact HIV Grant was in any way unsatisfactory or inconsistent with substantive program requirements.

**Impact of Grant Terminations**

55.     If CDC terminates CDPHE's PHIG, PCHD, NHBS, SSuN, COVID-19 Grant, PHHS Block Grant, and High Impact HIV grants, CDPHE will lose over $32 million in funds already awarded, along with future funds anticipated.  Lost future funding totals exceed $15 million dollars per year.

56.     However, this is not a story just about dollars.  The abrupt termination of these awards will directly and immediately impact the work of multiple programs within CDPHE, as well as the work of local health agencies and community partners who receive funds from these awards through CDPHE and perform the critical work of operationalizing the grants as envisioned by the Public Health Services Act.

57.     These seven grants fund approximately 116 FTE currently employed at CDPHE, including approximately 48 FTEs funded by PHIG.  In compliance with Colorado state personnel rules, CDPHE must provide employees with 55 days' notice before layoff or separation.  During this 55 day period, these employees must be paid for their continuing employment.  If PHIG, PCHD, NHBS, SSuN, COVID-19 Grant, PHHSB, and High Impact HIV grants funds are terminated, CDPHE will be faced with issuing layoff notices to staff as alternative funding will not be available to fund the vast majority of positions impacted.  Layoffs or separations from the termination of these awards will impact highly skilled and trained public health workers.  Even if funding is later restored, there is a real risk that CDPHE will not be able to hire back all the staff

who are laid off or separated, many of whom have subject matter expertise of a type that would be difficult to replace.

58.    The following is a summary of the funding and personnel impacts of the proposed federal cuts:

| | Award Years | Total Award | Current Period Award | Unspent | Future Anticipated Award | FTE |
|---|---|---|---|---|---|---|
| PHIG | 11/22 - 10/27 | $55 million | $2,668,429 | $24,149,307 | $2.2 million/yr | 48 |
| PCHD | 1/19 - 2/27 | $18,694,286 | $1,357,540 | $485,065 | $1,357,540/yr | 12 |
| NHBS | 1/22 - 12/26 | $3,155,466. | $550,000 | $550,000 | New grant cycle | |
| SSuN | 9/25 - 9/29 | $302,700 | $151,430 | $109,438.98 | $454,290 | |
| COVID-19 | 6/21 - 5/26 | $22,581,706 | | $3,489,943 | | 26 |
| PHHS | 10/25 - 9/26 | $2,209,062 | $2,209,062 | $1,932,350 | $2,209,062 | 6.52 |
| HIHP | 8/24 - 5/29 | $22,322,835 | $4,464,567 | $2,136,850.00 | $13,393,701 | 24 |

59.    The CDPHE staff whose positions are funded by PHIG, and thus threatened by the impending terminations, serve a variety of important functions across multiple divisions of the agency, including:

a.    Coordinating with and supporting local public health and Tribal public health agencies;

b.    Coordinating health outreach and communications to rural Colorado communities;

c.    Responding to public health emergencies, including through emergency preparedness training and planning;

d.    Modernizing CDPHE's public health data infrastructure, including Colorado's electronic disease surveillance system; Colorado's secure, centralized

16

Immunization Information System; and the Laboratory Information
Management System for CDPHE's Public Health Laboratory.  These systems
are critical to CDPHE's ability to detect and monitor health threats, respond to
disease outbreaks, and make timely decisions for handling public health
emergencies.

60.     CDPHE also distributes PHIG funding to 53 local public health agencies
(LPHAs), 2 Tribal partners, as well as multiple government and academic partners in Colorado.
PHIG funds support these organizations in a variety of areas, including data management,
community health assessment and planning, organizational performance management, and
strategic planning.  PHIG funds provide at least partial support for approximately 160-199 LPHA
positions.  Loss of PHIG funds will have a disproportionate impact on small, rural health
departments.

61.     Overall, the loss of PHIG funding will significantly degrade Colorado's public
health infrastructure and capabilities. This includes harming Colorado's ability to respond
quickly to imminent health needs; hurting programs such as diabetes care for low income
residents who would not be able to access care otherwise; eliminating resources to rural
Colorado residents who do not have access to nearby care; impairing vaccine preventable
response efforts; and removing funding necessary to modernize technology infrastructure in
order to detect, track, and respond to public health emergencies.

62.     The CDPHE staff whose positions are supported by NHBS, SSuN, and PCHD,
and thus threatened by the impending terminations, serve a variety of important functions for
CDPHE in the area of STI and HIV Prevention, including:

17

    a.   through focused STI surveillance and prevention, has been successful in reducing the rates of gonorrhea and chlamydia;

    b.   developed a robust cross department effort to curb the rising rates of syphilis, reducing the trends of increases in congenital syphilis for the first time since 2022.  CDPHE has also reduced cases of early syphilis significantly;

    c.   analyzing and reporting on county-level STI rates and partnering with local public health agencies to curb rates of syphilis; and

    d.   consistent use of HIV surveillance data through NHBS to ensure CDPHE are responding to communities who are most at-risk for HIV.

63.    The CDPHE staff whose positions are supported by the COVID-19 Grant, and thus threatened by the impending terminations, serve a variety of important functions for CDPHE in the area of disease control and surveillance, including:

    a.   conducting COVID-19 and routine vaccination clinics, with a focus on reducing barriers to access to vaccine, such as mobile vaccine clinics and community pop-up clinics held in rural areas;

    b.   conducting outreach and education to address vaccine hesitancy and anti-public-health sentiments;

    c.   establishing evidence-based strategies to address respiratory disease transmission risk and outbreak management, with a focus on prevention and mitigation that minimizes impacts on essential industries and workforces now and in the future;

    d.   educating Colorado workplaces and schools about how indoor air quality and ventilation contribute to disease risks and how building operation improvements can reduce risks;

    e.   capturing and analyzing social determinants of health as standard case information during routine and emergency disease surveillance, and using that information to drive decisions related to ensuring public health responses and services efficiently target the most at-risk communities; and

    f.   developing CDPHE infrastructure to support social services connections, health navigation, and community resiliency in the face of public health emergencies such as the COVID-19 pandemic, mpox, and H5N1.

64.    Overall, the loss of COVID-19 Grant will likewise significantly degrade Colorado's public health infrastructure and capabilities.  This includes harming Colorado's ability to respond quickly to imminent health needs for underserved Coloradans; eliminating resources to rural Colorado residents who do not have access to nearby care; impairing vaccine-preventable disease prevention, outreach, community partnerships and emergency preparedness & response; providing data dashboards and community snapshots for underserved areas; and indoor air quality education and technical assistance.

65.    The CDPHE staff whose positions are supported by the PHHS Block Grant, and thus threatened by the impending terminations, serve a variety of important functions for CDPHE in the areas including suicide prevention, sexual violence prevention, oral health, data collection and critical analysis for birth defects, data interpretation and translation, modernizing public health information systems, and supporting Local Public Health Agencies.

66.     Overall, the loss of PHHS Block Grant funding will leave Colorado less equipped to support Coloradans who are suicidal, Coloradans who are at risk for sexual violance, less resources for childrens' oral health care in schools, and less support to Local Public Health Agencies. Loss of this funding significantly impacts evidence-based programs. Examples of such programs include, but are not limited to:

    a.   CAMS training: The loss of funding will reduce the number of trainings offered to health care providers to support patients experiencing despair.

    b.   Follow-up Project: The Hospital Follow-Up Project services are telephonic caring contacts offered to clients discharged from an emergency department or inpatient psychiatric unit after experiencing a mental health crisis or overdose event.

    c.   Colorado National Collaborative: Specific communities would receive a reduction in funding to support the local work within Colorado.

    d.   Operation Veteran Strong: This program supports suicide prevention resources for veterans. This work will end, including the contract funding the work if the PHHS Block Grant is lost.

    e.   Man Therapy: This program is an interactive, digital mental health platform using humor to reduce stigma and encourage working-age men to address depression, anxiety, and suicide.

    f.   Programs aimed at reducing the risk of sexual violence such as community-based sexual violence prevention programming. Sexual violence is a serious public health issue impacting youth and adults across Colorado and leading to further long-term negative health outcomes.

g. Health screening efficiencies in schools which promote participation among schools and screeners, improve data collection, facilitate referral for children in need of care, and support program evaluation and quality improvement.

h. Supporting Local Public Health Agencies in Colorado through capacity building, FTE support, and implementation of the Colorado Public Health Act and Public Health best practices.

67. The CDPHE staff whose positions are supported by the High Impact HIV Grant, and thus threatened by the impending terminations, serve a variety of important functions for CDPHE in the area providing data, surveillance, investigation, training and capacity, and guidance to impact HIV prevention activities across the state, liking people living with HIV to care, including pregnant women, and ensuring all people in Colorado have access to PrEP.

68. High Impact HIV Prevention and Surveillance has been a backbone of the HIV Prevention efforts in Colorado. The key goals of the work include:

a. all people in Colorado receive a diagnosis for HIV as early as possible;

b. implementing a comprehensive approach to treat people living this HIV rapidly to achieve viral suppression;

c. reduce new HIV transmission by increasing PrEP and PEP services and supporting HIV prevention, including, condom distribution, perinatal transmission prevention, and harm reduction services;

d. identify and quickly respond to HIV clusters and outbreaks to address gaps and inequities in services for communities who need them; and,

e. engage communities and community partners in our work.

69. Overall, the loss of the High Impact HIV Grant funding will significantly degrade Colorado's HIV Prevention and Surveillance program. This includes harming Colorado's ability to prevent HIV, ensure timely access to HIV care, and detect, track, and respond to HIV outbreaks and needs across the state.

70. In short, termination of CDPHE's awards would have immediate adverse impacts on Colorado's skilled public health workforce and the critical services they provide – impacts that cannot simply be undone if these awards are terminated and then later restored.

**Unilateral Retroactive Conditions**

71. Many of CDPHE's grants were awarded before October 1, 2025 and did not contain any provision allowing terminations for "agency priorities" at the time the award was accepted. Instead, CDC sent notices purporting to unilaterally amend earlier issued grants with updated terms and conditions. Examples of such notices are attached as **Exhibits B, C, D**. The notices state that "by accepting this award" the recipient agrees that "continued funding for the award is contingent upon . . . a decision by the agency that award continues to effectuate program goals or agency priorities." But the awards had already been accepted under different conditions that did not allow such terminations. CDPHE was not asked to accept these new terms and conditions and did not accept them.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on March 5, 2026.

Ned Calonge, MD, MPH
Chief Medical Officer
Colorado Department of Public Health
and Environment

# EXHIBIT A

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NE11OE000089-04-04
FAIN# NE11OE000089
Federal Award Date: 02/11/2026

## Recipient Information

1. **Recipient Name**
   COLORADO DEPARTMENT OF PUBLIC
   HEALTH & ENVIRONMENT
   4300 CHERRY CREEK SOUTH DR
   Colorado Dept of Public Health
   DENVER, CO 80246-1523
   321-321-3214
2. **Congressional District of Recipient**
   01
3. **Payment System Identifier (ID)**
   1840644739E9
4. **Employer Identification Number (EIN)**
   840644739
5. **Data Universal Numbering System (DUNS)**
   878208826
6. **Recipient's Unique Entity Identifier (UEI)**
   Y3WEW9MQ6NH5
7. **Project Director or Principal Investigator**
   Mrs. Tiffany Switzer
   tiffany.switzer@state.co.us
   970-590-8598

8. **Authorized Official**
   Mr. Kurt Williams
   Authorized Organizational Representative
   kurt.williams@state.co.us
   303-810-4679

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Angel Winters
   Grants Management Officer/Specialist
   jvr1@cdc.gov
   404-498-4056

10. **Program Official Contact Information**
    Ms. Tia Yancey
    Program Officer
    Center for Surveillance, Epidemiology and Laboratory
    Services (CSELS)
    tby4@cdc.gov

## Federal Award Information

11. **Award Number**
    6 NE11OE000089-04-04
12. **Unique Federal Award Identification Number (FAIN)**
    NE11OE000089
13. **Statutory Authority**
    317(K)(2) OF PHSA 42USC 247B(K)(2)

14. **Federal Award Project Title**
    Advancing Colorado's Public Health Workforce Capacity, Data, and Equity Through Public Health
    Transformation
15. **Assistance Listing Number**
    93.967
16. **Assistance Listing Program Title**
    CDC's Collaboration with Academia to Strengthen Public Health
17. **Award Action Type**
    Terminate
18. **Is the Award R&D?**
    No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| 19. **Budget Period Start Date** 12/01/2025 **- End Date** 02/11/2026 | | |
| 20. **Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| 21. Authorized Carryover | | $0.00 |
| 22. Offset | | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $2,668,429.00 |
| 24. **Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| 25. **Total Federal and Non-Federal Approved this Budget Period** | | $2,668,429.00 |
| 26. **Period of Performance Start Date** 12/01/2022 **- End Date** 02/11/2026 | | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $54,984,155.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Mrs. Erica Stewart
    Team Lead, Grants Management Officer

## 30. Remarks

Termination for Departmental Authority

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NE11OE000089-04-04

FAIN# NE11OE000089

Federal Award Date: 02/11/2026

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 CHERRY CREEK SOUTH DR
Colorado Dept of Public Health
DENVER, CO 80246-1523
321-321-3214

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739E9

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

---

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only

II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a. Salaries and Wages** | $729,773.00 |
| **b. Fringe Benefits** | $240,825.00 |
| **c. Total Personnel Costs** | $970,598.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $6,000.00 |
| **f. Travel** | $13,837.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $1,231,129.00 |
| **i. Contractual** | $384,000.00 |
| **j. TOTAL DIRECT COSTS** | $2,605,564.00 |
| **k. INDIRECT COSTS** | $62,865.00 |
| **l. TOTAL APPROVED BUDGET** | $2,668,429.00 |
| **m. Federal Share** | $2,668,429.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 3-9390EV2 | 23NE11OE000089A3 | OE | 410U | 93.967 | $0.00 | 75-23-0959 |
| 3-9390LM6 | 23NE11OE000089DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390LFD | 23NE11OE000089LDXC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390JXA | 23NE11OE000089A2 | OE | 410U | 93.967 | $0.00 | 75-2224-0943 |
| 3-9390L1Z | 23NE11OE000089A1C6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 4-9390MV6 | 23NE11OE000089DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 4-9390LFF | 23NE11OE000089A2 | OE | 410U | 93.967 | $0.00 | 75-2324-0943 |
| 4-9390MFC | 23NE11OE000089C5 | OE | 410U | 93.967 | $0.00 | 75-2124-0943 |
| 5-9390MR5 | 23NE11OE000089A2 | OE | 410U | 93.967 | $0.00 | 75-2425-0943 |
| 6-9390QMC | 23NE11OE000089A2 | OE | 410U | 93.967 | $0.00 | 75-2526-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NE11OE000089-04-04

FAIN#  NE11OE000089

Federal Award Date:  02/11/2026

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | 0.00 | 0.00 | 0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT       6 NE11OE000089-04-04

1. T&C

**NOTIFICATION LETTER TO RECIPIENT FOR TERMINATION OF FEDERAL AWARD FOR NON-ALIGNMENT WITH PROGRAM GOALS OR AGENCY PRIORITIES**

To:     Colorado Department Of Public Health & Environment
        Representative of Award Number NE11OE000089

Funding for NE11OE000089 is hereby terminated pursuant to 2 C.F.R. § 200.340(a)(4). This letter constitutes a notice of termination, effective February 11, 2026.

Pursuant to the terms of the award and 2 C.F.R. § 200.340(a)(4), the Centers for Disease Control and Prevention (CDC) may terminate a federal award, "to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

CDC's current priorities, published on CDC's website[42] and issued to all other grantees, include focusing agency resources in line with the fundamental role CDC plays in the public health sphere. CDC's priorities illustrate the overall direction of CDC, in furtherance of the goals of the Trump Administration and the Department of Health and Human Services (HHS) Secretary. The Priorities Statement highlights CDC goals and priorities, all through the lens of providing Gold-Standard Science, as envisioned in the Make America Healthy Again Commission Report and the Make Our Children Healthy Again Strategy.

CDC is specifically prioritizing a commitment to: gold-standard science; global leadership; rebuilding trust, transparency, and credibility; rapid, evidence-based responses to crises; vaccine safety and efficacy research; advancing our understanding of autism spectrum disorder (ASD), neurodevelopmental disorders (NDDs), and chronic disease; modernizing public health infrastructure while enhancing our approach to health data; and otherwise ensuring compliance with the goals and priorities of the Trump Administration and HHS.

As a result, CDC is adjusting its discretionary Strengthening U.S. Public Health Infrastructure, Workforce, and Data Systems - 2023 award portfolio, which includes terminating some of the program awards, in order to better prioritize agency resources towards the above-mentioned priorities.

Although in its discretion CDC may suspend (rather than immediately terminating) an award to allow the recipient an opportunity to take appropriate corrective action before CDC makes a termination decision, after review and consideration, no corrective action is possible here since no corrective action could align the award with current agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable other than in accordance with 2 CFR § 200.472 or as may be provided in further instruction from the agency.

Nothing in this notice excuses either CDC or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 200.344-200.345. Consistent with 2 C.F.R. 200.344, you will have 120

---

[42] See CDC priorities | About CDC | CDC; Grants | Grants | CDC; Acting CDC Director | About CDC | CDC

days from the effective date of termination to liquidate all financial obligations incurred prior to termination of this award.

Sincerely,

Office of Grants Services
Centers for Disease Control and Prevention
Department of Health and Human Services

# EXHIBIT B

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NE11OE000089-03-02

FAIN# NE11OE000089

Federal Award Date: 11/13/2025

## Recipient Information

1. **Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 CHERRY CREEK SOUTH DR
Colorado Dept of Public Health
DENVER, CO 80246-1523
321-321-3214
2. **Congressional District of Recipient**
01
3. **Payment System Identifier (ID)**
1840644739E9
4. **Employer Identification Number (EIN)**
840644739
5. **Data Universal Numbering System (DUNS)**
878208826
6. **Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5
7. **Project Director or Principal Investigator**
Mrs. Tiffany Switzer
tiffany.switzer@state.co.us
303-242-2570

8. **Authorized Official**
Mr. Kurt Williams
Authorized Organizational Representative
kurt.williams@state.co.us
303-810-4679

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
Angel Winters
Grants Management Officer/Specialist
jvr1@cdc.gov
404-498-4056

10. **Program Official Contact Information**
Ms. Tia Yancey
Program Officer
Center for Surveillance, Epidemiology and Laboratory
Services (CSELS)
tby4@cdc.gov

## Federal Award Information

11. **Award Number**
6 NE11OE000089-03-02
12. **Unique Federal Award Identification Number (FAIN)**
NE11OE000089
13. **Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

14. **Federal Award Project Title**
CDC-RFA-OE22-2203 Advancing Colorado's Public Health Workforce Capacity, Data, and Equity Through
Public Health Transformation
15. **Assistance Listing Number**
93.967
16. **Assistance Listing Program Title**
CDC's Collaboration with Academia to Strengthen Public Health

17. **Award Action Type**
Administrative Action
18. **Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---:|
| 19. **Budget Period Start Date** 12/01/2024 **- End Date** 11/30/2025 | |
| 20. **Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $2,668,429.00 |
| 24. **Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| 25. **Total Federal and Non-Federal Approved this Budget Period** | $2,668,429.00 |
| 26. **Period of Performance Start Date** 12/01/2022 **- End Date** 11/30/2027 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $52,315,726.00 |

28. **Authorized Treatment of Program Income**
ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
Mrs. Erica Stewart
Team Lead, Grants Management Officer

### 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES | Notice of Award

Centers for Disease Control and Prevention

Award# 6 NE11OE000089-03-02
FAIN# NE11OE000089
Federal Award Date: 11/13/2025

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 CHERRY CREEK SOUTH DR
Colorado Dept of Public Health
DENVER, CO 80246-1523
321-321-3214
**Congressional District of Recipient**
01
**Payment Account Number and Type**
1840644739E9
**Employer Identification Number (EIN) Data**
840644739
**Universal Numbering System (DUNS)**
878208826
**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

### 31. Assistance Type
Project Grant
### 32. Type of Award
Other

### 33. Approved Budget
(Excludes Direct Assistance)
I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a. Salaries and Wages** | $848,636.00 |
| **b. Fringe Benefits** | $280,050.00 |
| **c. Total Personnel Costs** | $1,128,686.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $0.00 |
| **f. Travel** | $13,871.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $445,570.00 |
| **i. Contractual** | $982,918.00 |
| **j. TOTAL DIRECT COSTS** | $2,571,045.00 |
| **k. INDIRECT COSTS** | $97,384.00 |
| **l. TOTAL APPROVED BUDGET** | $2,668,429.00 |
| **m. Federal Share** | $2,668,429.00 |
| **n. Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 3-9390EV2 | 23NE11OE000089A3 | OE | 410U | 93.967 | $0.00 | 75-23-0959 |
| 3-9390LM6 | 23NE11OE000089DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390LFD | 23NE11OE000089LDXC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390JXA | 23NE11OE000089A2 | OE | 410U | 93.967 | $0.00 | 75-2224-0943 |
| 3-9390L1Z | 23NE11OE000089A1C6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 4-9390MV6 | 23NE11OE000089DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 4-9390LFF | 23NE11OE000089A2 | OE | 410U | 93.967 | $0.00 | 75-2324-0943 |
| 4-9390MFC | 23NE11OE000089C5 | OE | 410U | 93.967 | $0.00 | 75-2124-0943 |
| 5-9390MR5 | 23NE11OE000089A2 | OE | 410U | 93.967 | $0.00 | 75-2425-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NE11OE000089-03-02

FAIN# NE11OE000089

Federal Award Date: 11/13/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT      6 NE11OE000089-03-02

1. TERMS AND CONDITIONS

## TERMS & CONDITIONS

The purpose of this amendment is to incorporate updated terms and conditions:

**Applicable Regulatory Provisions**: Prior to October 1, 2025, this award was subject to 45 CFR 75 except for eight flexibilities from 2 CFR 200 adopted by HHS on October 1, 2024. After October 1, 2025, this award is subject to any applicable provisions of 2 CFR 200 and 2 CFR 300.

**Termination**: Prior to October 1, 2025, this award was subject to the termination provisions at 45 CFR 75.372. Starting on October 1, 2025, this award is subject to the termination provisions at 2 CFR 200.340. Pursuant to 2 CFR 200.340, the recipient agrees by accepting this award that continued funding for the award is contingent upon the availability of appropriated funds, recipient satisfactory performance, compliance with the terms and conditions of the award, and a decision by the agency that the award continues to effectuate program goals or agency priorities.

ALL OTHER TERMS AND CONDITIONS REMAIN IN EFFECT.

# EXHIBIT C

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH75OT000066-01-09
FAIN# NH75OT000066
Federal Award Date: 11/13/2025

## Recipient Information

1. **Recipient Name**
   COLORADO DEPARTMENT OF PUBLIC
   HEALTH & ENVIRONMENT
   4300 E Cherry Creek South Dr
   Colorado Department of Public Health and
   Environme-DUP
   Denver, CO 80246-1523
2. **Congressional District of Recipient**
   01
3. **Payment System Identifier (ID)**
   1840644739A4
4. **Employer Identification Number (EIN)**
   840644739
5. **Data Universal Numbering System (DUNS)**
   878208826
6. **Recipient's Unique Entity Identifier (UEI)**
   Y3WEW9MQ6NH5
7. **Project Director or Principal Investigator**
   Dr. Kristen  Fedak
   Health Equity Branch Deputy Chief
   kristen.good@state.co.us
   413-374-2641
8. **Authorized Official**
   Mr. Kurt  Williams
   Authorized Organizational Representative
   kurt.williams@state.co.us
   303-810-4679

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Mr. Derick Wheeler , II
   Grants Management Specialist
   tie2@cdc.gov
   678-475-4972

10. **Program Official Contact Information**
    Sophie  Xie
    Program Officer
    qvf9@cdc.gov
    770-488-6692

## Federal Award Information

11. **Award Number**
    6 NH75OT000066-01-09
12. **Unique Federal Award Identification Number (FAIN)**
    NH75OT000066
13. **Statutory Authority**
    317(K)(2) OF PHSA 42USC 247B(K)(2)

14. **Federal Award Project Title**
    National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and
    Underserved, Including Racial and Ethnic Minority Populations and Rural Communities
15. **Assistance Listing Number**
    93.391
16. **Assistance Listing Program Title**
    Activities to Support State, Tribal, Local and Territorial (STLT) Health Department Response to Public
    Health or Healthcare Crises
17. **Award Action Type**
    Administrative Action
18. **Is the Award R&D?**
    No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| 19. **Budget Period Start Date** 06/01/2021 **- End Date** 05/31/2026 | | |
| 20. **Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| 21. Authorized Carryover | | $0.00 |
| 22. Offset | | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $22,581,706.00 |
| 24. **Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| 25. **Total Federal and Non-Federal Approved this Budget Period** | | $22,581,706.00 |
| 26. **Period of Performance Start Date** 06/01/2021 **- End Date** 05/31/2026 | | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $22,581,706.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Ms. Ester Edward
    Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH75OT000066-01-09
FAIN#  NH75OT000066
Federal Award Date: 11/13/2025

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme-DUP
Denver, CO 80246-1523
**Congressional District of Recipient**
01
**Payment Account Number and Type**
1840644739A4
**Employer Identification Number (EIN) Data**
840644739
**Universal Numbering System (DUNS)**
878208826
**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**31. Assistance Type**
Project Grant
**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a. Salaries and Wages** | $5,187,488.00 |
| **b. Fringe Benefits** | $1,630,848.00 |
| **c. Total Personnel Costs** | $6,818,336.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $61,954.00 |
| **f. Travel** | $237,631.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $2,303.00 |
| **i. Contractual** | $12,712,287.00 |
| **j. TOTAL DIRECT COSTS** | $19,832,511.00 |
| **k. INDIRECT COSTS** | $2,749,195.00 |
| **l. TOTAL APPROVED BUDGET** | $22,581,706.00 |
| **m. Federal Share** | $22,581,706.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390H06 | 21NH75OT000066C5 | OT | 41.51 | 93.391 | $0.00 | 75-2122-0140 |

Page 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award#   6 NH75OT000066-01-09
FAIN#    NH75OT000066
Federal Award Date:   11/13/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

| COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT | 6 NH75OT000066-01-09 |
|---|---|

1. TERMS AND CONDITIONS

## TERMS & CONDITIONS

The purpose of this amendment is to incorporate updated terms and conditions:

**Applicable Regulatory Provisions**: Prior to October 1, 2025, this award was subject to 45 CFR 75 except for eight flexibilities from 2 CFR 200 adopted by HHS on October 1, 2024.  After October 1, 2025, this award is subject to any applicable provisions of 2 CFR 200 and 2 CFR 300.

**Termination**: Prior to October 1, 2025, this award was subject to the termination provisions at 45 CFR 75.372. Starting on October 1, 2025, this award is subject to the termination provisions at 2 CFR 200.340. Pursuant to 2 CFR 200.340, the recipient agrees by accepting this award that continued funding for the award is contingent upon the availability of appropriated funds, recipient satisfactory performance, compliance with the terms and conditions of the award, and a decision by the agency that the award continues to effectuate program goals or agency priorities.

ALL OTHER TERMS AND CONDITIONS REMAIN IN EFFECT.

# EXHIBIT D

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU62PS924801-02-02

FAIN# NU62PS924801

Federal Award Date: 11/17/2025

## Recipient Information

1. **Recipient Name**
   COLORADO DEPARTMENT OF PUBLIC
   HEALTH & ENVIRONMENT
   4300 E Cherry Creek South Dr
   Colorado Department of Public Health &
   Environment
   Denver, CO 80246-1523
2. **Congressional District of Recipient**
   01
3. **Payment System Identifier (ID)**
   1840644739A4
4. **Employer Identification Number (EIN)**
   840644739
5. **Data Universal Numbering System (DUNS)**
   878208826
6. **Recipient's Unique Entity Identifier (UEI)**
   Y3WEW9MQ6NH5
7. **Project Director or Principal Investigator**
   Ms. Jessica Forsyth
   jessica.forsyth@state.co.us
   303-692-2700

8. **Authorized Official**
   Chad Jones
   Fiscal Operations Work Lead
   chad.jones@state.co.us
   303-960-9597

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Mr. Ryan Springer
   Grants Management Specialist (GMS)
   rji2@cdc.gov
   678-475-4693

10. **Program Official Contact Information**
    Melissa Thomas-Proctor
    btx4@cdc.gov
    404-639-6274

## Federal Award Information

11. **Award Number**
    6 NU62PS924801-02-02
12. **Unique Federal Award Identification Number (FAIN)**
    NU62PS924801
13. **Statutory Authority**
    Section 318(b-c) of the Public Health Service Act (42USC Sections 247c(b-c), as amended and the
    Consolidated Appropriation Act of 2016 (Pub. L. 114-113)
14. **Federal Award Project Title**
    Colorado High Impact HIV Prevention and Surveillance

15. **Assistance Listing Number**
    93.940
16. **Assistance Listing Program Title**
    HIV Prevention Activities_Health Department Based

17. **Award Action Type**
    Administrative Action
18. **Is the Award R&D?**
    No

### Summary Federal Award Financial Information

| | |
|---|---:|
| 19. **Budget Period Start Date** 06/01/2025 **- End Date** 05/31/2026 | |
| 20. **Total Amount of Federal Funds Obligated by this Action** | $0.00 |
|    20a. Direct Cost Amount | $0.00 |
|    20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $4,464,567.00 |
| 24. **Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| 25. **Total Federal and Non-Federal Approved this Budget Period** | $4,464,567.00 |
| 26. **Period of Performance Start Date** 08/01/2024 **- End Date** 05/31/2029 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $8,181,984.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Mrs. Benita Bosier-Ingram
    Grant Management Specialist

## 30. Remarks



DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU62PS924801-02-02
FAIN# NU62PS924801
Federal Award Date: 11/17/2025

## Recipient Information

**Recipient Name**

COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Colorado Department of Public Health &
Environment
Denver, CO 80246-1523

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

---

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a. Salaries and Wages** | $2,006,756.00 |
| **b. Fringe Benefits** | $752,289.00 |
| **c. Total Personnel Costs** | $2,759,045.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $27,022.00 |
| **f. Travel** | $26,248.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $110,424.00 |
| **i. Contractual** | $1,407,704.00 |
| **j. TOTAL DIRECT COSTS** | $4,330,443.00 |
| **k. INDIRECT COSTS** | $134,124.00 |
| **l. TOTAL APPROVED BUDGET** | $4,464,567.00 |
| **m. Federal Share** | $4,464,567.00 |
| **n. Non-Federal Share** | $0.00 |

---

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 4-9390N51 | 24NU62PS924801 | PS | 410Q | 93.940 | $0.00 | 75-24-0950 |
| 4-9390N5M | 24NU62PS924801 | PS | 410Q | 93.940 | $0.00 | 75-24-0950 |
| 5-9390N51 | 24NU62PS924801 | PS | 410Q | 93.940 | $0.00 | 75-25-0950 |
| 5-9390N5M | 24NU62PS924801 | PS | 410Q | 93.940 | $0.00 | 75-25-0950 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU62PS924801-02-02

FAIN# NU62PS924801

Federal Award Date: 11/17/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT        6 NU62PS924801-02-02

1. Terms & Conditions

## TERMS & CONDITIONS

The purpose of this amendment is to incorporate updated terms and conditions:

**Applicable Regulatory Provisions**: Prior to October 1, 2025, this award was subject to 45 CFR 75 except for eight flexibilities from 2 CFR 200 adopted by HHS on October 1, 2024.  After October 1, 2025, this award is subject to any applicable provisions of 2 CFR 200 and 2 CFR 300.

**Termination**: Prior to October 1, 2025, this award was subject to the termination provisions at 45 CFR 75.372. Starting on October 1, 2025, this award is subject to the termination provisions at 2 CFR 200.340. Pursuant to 2 CFR 200.340, the recipient agrees by accepting this award that continued funding for the award is contingent upon the availability of appropriated funds, recipient satisfactory performance, compliance with the terms and conditions of the award, and a decision by the agency that the award continues to effectuate program goals or agency priorities.

ALL OTHER TERMS AND CONDITIONS REMAIN IN EFFECT.