**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| STATE OF ILLINOIS *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.,*<br><br>    Defendants. | Case No. 26-cv-1566<br><br>Hon. Manish S. Shah |

# EXHIBIT 8

## Declaration of Karin McGowan

Declaration of Karin McGowan
Executive Director of Department of Public Health and Environment for
The City and County of Denver

I, KARIN MCGOWAN declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2.      I am the Executive Director of the City and County of Denver's Department of Public Health and Environment (DDPHE). In this role, I oversee approximately 322 employees and am responsible for the department's approximately $189M annual budget. I was appointed to this position in June of 2024. I have over 15 years of experience working to safeguard public health in various roles for the State of Colorado and the City and County of Denver.

3.      DDPHE works to protect and improve the health of Denver's residents and ensure a safe community. Its responsibilities are wide ranging and include providing community health services, preventing and responding to disease outbreaks, conducting public health investigations, tracking deadly substance use trends, and working collaboratively with city, state, federal, and community partners to conduct achieve these goals.

4.      The City of Denver is Colorado's most populous city. The City of Denver is home to over 700,000 people and is the economic engine for the region. A healthy public is essential to the economic health of the City of Denver and the regional economy.

5.      DDPHE has received grant funding from the Federal government for decades. Federal grant funds are embedded in DDPHE's planning and budgeting process along with the expectation that it will continue to receive federal grant funds. One source of federal funding is the Public Health Infrastructure Grant ("PHIG"), administered by the Centers for Disease Control and Prevention ("CDC").

6.      DDPHE was awarded PHIG funds for a five-year performance period from December 1, 2022 through November 30, 2027.

7.       DDPHE has been awarded $11,027,790 in PHIG funds to date. But for the proposed termination, DDPHE expected a total grant award of $14,475,122 through 2027.  DDPHE has used PHIG funds to strengthen its public health workforce, increase its foundational capabilities, and modernize its public health data collection systems. These improvements to DDPHE's capabilities have better equipped it to prevent and respond to public health threats and improve public health outcomes.

8.       One of the express goals of the PHIG program is to strengthen the public health workforce by allowing recipients to recruit, train, and retain public health staff. DDPHE has used PHIG funds for that purpose and currently pays for fifteen full-time essential public health employees from this grant.  DDPHE has plans to fund an additional five full time staff from this grant.  These employees include a surveillance epidemiologist, public health investigators, GIS Data Administrators, and data technicians. Their work includes training community health workers, modernizing data infrastructure, conducting community health assessments, and monitoring and preventing the spread of communicable disease.  These jobs are essential to ensuring that Denver is prepared to prevent and respond to public health threats.

9.       DDPHE also relies on the PHIG program to fund eleven different community-based organizations that are uniquely positioned to ensure vulnerable populations have access to healthcare and behavioral health services. Examples of services provided by these organizations include providing healthcare to homeless populations, low-income youth, and to low-income mothers through pregnancy and immediately after birth. Ensuring adequate access to healthcare for these populations is particularly important because they are less likely to access healthcare otherwise. Lack of treatment in these communities leads to worse health outcomes including outbreaks and more costly public health responses.  PHIG funds support or fully fund approximately 48 staff members at these organizations.

10.       Approximately three years into DDPHE's implementation of the five year PHIG term, on November 13, 2025, DDPHE received a Notice of Award ("NOA") from the CDC. The sole purpose of the NOA was to inform DDPHE of a purported change to the terms and conditions of the grant, including a new termination provision.  Whereas the award had previously only been subject to termination provisions at 45 CFR 75.372, the NOA purported to make the award subject to the termination provisions at 2 CFR

200.340. A true and correct copy of the November 13, 2025 NOA that DDPHE received from the CDC is attached to this declaration as Exhibit 1.

11.     On February 12, 2026, DDPHE received an NOA from the CDC purporting to terminate DDPHE's PHIG funding effective February 11, 2026 pursuant to 2 C.F.R. § 200.340(a)(4) because the award no longer effectuates the program goals or agency priorities. This is one of the grounds for termination that CDC allegedly added to the PHIG award through its November 30, 2025 NOA. A true and correct copy of the CDC's February 12, 2026 NOA purporting to terminate DDPHE's PHIG funding is attached to this declaration as Exhibit 2.

12. On February 16, 2026, DDPHE received a NOA from the CDC dated February 13, 2026.  The NOA stated "The [NOA] issued on February 11, 2026, that terminated this award is officially rescinded for 14 days from the date of the court order."  This notice makes clear that the CDC's recission of its termination is only temporary and that it intends to reinstate the recission as soon as DDPHE no longer has the benefit of the Court's protective order. A true and correct copy of the CDC's NOA dated February 13, is attached to this declaration as Exhibit 3.

13.     The CDC never expressed any dissatisfaction with DDPHE's use of PHIG funds and never asked DDPHE to fund different types of programs with these funds. Before February 12, 2026, CDC never communicated to DDPHE any change of priorities for the PHIG funds. In fact, every month before October 2025, DDPHE met with the CDC to review our workplan and demonstrate that we were on track to meet deliverables. DDPHE has been repeatedly highlighted in the CDC's PHIG success stories and interviewed for podcasts.  In November 2025, the CDC even telephoned a employee under my supervision to inform them that while DDPHE had submitted a non-compete continuation application for $479,288, our annual allocation would be much greater: $838,748.

14.     DDPHE's loss of PHIG funds would have disastrous results for the residents of the City and County of Denver. Denver is already facing a difficult budgetary climate without the potential loss of these federal funds. Denver had to contend with a $50M budgetary shortfall in its financial year 2025, and was forced to implement budget cuts to address a $200M shortfall for its financial year 2026. Denver instituted a hiring freeze and required that all Denver employees take furlough days in 2025. Despite these cost

saving measures, Denver had to eliminate 665 vacant positions and layoff an additional 171 employees to balance the budget. Denver is unable to divert other local resources to fund the programs currently funded by PHIG.  Losing the PHIG funds would force DDPHE to terminate all 22 DDPHE public health staffers paid with those funds.  This would significantly reduce the agency's capacity to perform core public health functions including disease surveillance, data analysis, workforce development and training, and regulatory compliance. Along with these employees, DDPHE would lose the significant institutional knowledge they have acquired during their time here, which could not easily be regained.

15.     Similarly, Denver would be forced to cancel the 11 PHIG-funded contracts with community-based organizations.  These organizations help ensure adequate access to healthcare for vulnerable, unhoused, and low-income populations that are unlikely to access healthcare or behavioral health services otherwise. Lack of treatment in these communities could easily lead to worse health outcomes throughout the Denver region, including outbreaks and more costly public health responses.  These community-based organizations would likely also lose staff and the institutional knowledge they have amassed and the trust they have built in these vulnerable communities.

16.     The impact of these terminations would have a compounding detrimental effect on health outcomes in the region. PHIG funding is a key piece in larger and interwoven public health system.  This loss would be aggravated by the fact that the PHIG termination comes without warning in the middle of a funding cycle and does not give DDPHE and its partners an opportunity to plan to replace funding or mitigate the effects of the loss of funding.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 17th day of February 2026.

McGowan, Karin - DPHE HE1413 Manager Department of Environment

Digitally signed by McGowan, Karin - DPHE
HE1413 Manager Department of Environment
DN: cn=McGowan, Karin - DPHE HE1413
Manager Department of Environment, o=City and
County of Denver, ou=Dept of Public Health &
Environment,
email=Karin.Mcgowan@denvergov.org
Date: 2026.02.17 17:06:09 -07'00'

Karin McGowan

Declaration of Karin McGowan
Page **4** of **4**

Exhibit 1

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

## Notice of Award

Award# 6 NE11OE000034-03-01
FAIN# NE11OE000034
Federal Award Date: 11/13/2025

## Recipient Information

**1. Recipient Name**
DENVER, CITY & COUNTY OF
101 W Colfax Ave STE 800
Shared Services & Business Ops
Denver, CO 80202-5285

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1846000580C7
**4. Employer Identification Number (EIN)**
846000580
**5. Data Universal Numbering System (DUNS)**
080483932
**6. Recipient's Unique Entity Identifier (UEI)**
JHZYLXQAKY33
**7. Project Director or Principal Investigator**
Dr. Mondi Ailene Mason Ph.D.
Research Education & Development Administrator
mondi.mason@denvergov.org
7203010437
**8. Authorized Official**
Ms. Paige Cheney
DDPHE Contracts & Grants Manager
paige.cheney@denvergov.org
720-865-9601

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Angel Winters
Grants Management Officer/Specialist
jvr1@cdc.gov
404-498-4056

**10. Program Official Contact Information**
Ms. Tia Yancey
Program Officer
Center for Surveillance, Epidemiology and Laboratory Services (CSELS)
tby4@cdc.gov

## Federal Award Information

**11. Award Number**
6 NE11OE000034-03-01
**12. Unique Federal Award Identification Number (FAIN)**
NE11OE000034
**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
Denver Department of Public Health & Environment's project name:Public Health Organizational Equity, Engagement & Excellence (PHOEEnEx)
**15. Assistance Listing Number**
93.967
**16. Assistance Listing Program Title**
CDC's Collaboration with Academia to Strengthen Public Health

**17. Award Action Type**
Administrative Action
**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 12/01/2024 **- End Date** 11/30/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $838,748.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $838,748.00 |
| **26. Period of Performance Start Date** 12/01/2022 **- End Date** 11/30/2027 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $10,189,042.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Mrs. Erica Stewart
Team Lead, Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NE11OE000034-03-01
FAIN# NE11OE000034
Federal Award Date: 11/13/2025

| Recipient Information |
| --- |

**Recipient Name**
DENVER, CITY & COUNTY OF
101 W Colfax Ave STE 800
Shared Services & Business Ops
Denver, CO 80202-5285

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1846000580C7

**Employer Identification Number (EIN) Data**
846000580

**Universal Numbering System (DUNS)**
080483932

**Recipient's Unique Entity Identifier (UEI)**
JHZYLXQAKY33

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

**33. Approved Budget**
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
| --- | --- | --- |
| a. **Salaries and Wages** | | $0.00 |
| b. **Fringe Benefits** | | $0.00 |
| c. **Total Personnel Costs** | | $0.00 |
| d. **Equipment** | | $0.00 |
| e. **Supplies** | | $0.00 |
| f. **Travel** | | $0.00 |
| g. **Construction** | | $0.00 |
| h. **Other** | | $75,000.00 |
| i. **Contractual** | | $763,748.00 |
| j. **TOTAL DIRECT COSTS** | | $838,748.00 |
| k. **INDIRECT COSTS** | | $0.00 |
| l. **TOTAL APPROVED BUDGET** | | $838,748.00 |
| m. **Federal Share** | | $838,748.00 |
| n. **Non-Federal Share** | | $0.00 |

| 34. Accounting Classification Codes |
| --- |

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
| --- | --- | --- | --- | --- | --- | --- |
| 3-9390JXA | 23NE11OE000034A2 | OE | 410U | 93.967 | $0.00 | 75-2224-0943 |
| 3-9390L1Z | 23NE11OE000034A1C6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 4-9390LFF | 23NE11OE000034A2 | OE | 410U | 93.967 | $0.00 | 75-2324-0943 |
| 5-9390MR5 | 23NE11OE000034A2 | OE | 410U | 93.967 | $0.00 | 75-2425-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award

Centers for Disease Control and Prevention

Award#   6 NE11OE000034-03-01
FAIN#   NE11OE000034
Federal Award Date:  11/13/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

DENVER, CITY & COUNTY OF                                    6 NE11OE000034-03-01

1. terms

## TERMS & CONDITIONS

The purpose of this amendment is to incorporate updated terms and conditions:

**Applicable Regulatory Provisions**: Prior to October 1, 2025, this award was subject to 45 CFR 75 except for eight flexibilities from 2 CFR 200 adopted by HHS on October 1, 2024.  After October 1, 2025, this award is subject to any applicable provisions of 2 CFR 200 and 2 CFR 300.

**Termination**: Prior to October 1, 2025, this award was subject to the termination provisions at 45 CFR 75.372. Starting on October 1, 2025, this award is subject to the termination provisions at 2 CFR 200.340. Pursuant to 2 CFR 200.340, the recipient agrees by accepting this award that continued funding for the award is contingent upon the availability of appropriated funds, recipient satisfactory performance, compliance with the terms and conditions of the award, and a decision by the agency that the award continues to effectuate program goals or agency priorities.

ALL OTHER TERMS AND CONDITIONS REMAIN IN EFFECT.

Exhibit 2

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Centers for Disease Control and Prevention**

**Notice of Award**

Award# 6 NE11OE000034-04-03
FAIN# NE11OE000034
Federal Award Date: 02/11/2026

## Recipient Information

**1. Recipient Name**
DENVER, CITY & COUNTY OF
101 W Colfax Ave STE 800
Shared Services & Business Ops
Denver, CO 80202-5285

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1846000580C7
**4. Employer Identification Number (EIN)**
846000580
**5. Data Universal Numbering System (DUNS)**
080483932
**6. Recipient's Unique Entity Identifier (UEI)**
JHZYLXQAKY33
**7. Project Director or Principal Investigator**
Dr. Mondi Ailene Mason Ph.D.
Research Education & Development Administrator
mondi.mason@denvergov.org
7203010437
**8. Authorized Official**
Ms. Paige Cheney
DDPHE Contracts & Grants Manager
paige.cheney@denvergov.org
720-865-9601

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Angel Winters
Grants Management Officer/Specialist
jvr1@cdc.gov
404-498-4056

**10. Program Official Contact Information**
Ms. Tia Yancey
Program Officer
Center for Surveillance, Epidemiology and Laboratory
Services (CSELS)
tby4@cdc.gov

## Federal Award Information

**11. Award Number**
6 NE11OE000034-04-03
**12. Unique Federal Award Identification Number (FAIN)**
NE11OE000034
**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
Public Health Organizational Engagement & Excellence (PHOEnEx)

**15. Assistance Listing Number**
93.967
**16. Assistance Listing Program Title**
CDC's Collaboration with Academia to Strengthen Public Health

**17. Award Action Type**
Terminate
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 12/01/2025 **- End Date** 02/11/2026 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21.** Authorized Carryover | $0.00 |
| **22.** Offset | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $838,748.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $838,748.00 |
| **26. Period of Performance Start Date** 12/01/2022 **- End Date** 02/11/2026 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $11,027,790.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Mrs. Erica Stewart
Team Lead, Grants Management Officer

## 30. Remarks

Termination for Departmental Authority

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NE11OE000034-04-03
FAIN# NE11OE000034
Federal Award Date: 02/11/2026

## Recipient Information

**Recipient Name**
DENVER, CITY & COUNTY OF
101 W Colfax Ave STE 800
Shared Services & Business Ops
Denver, CO 80202-5285

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1846000580C7

**Employer Identification Number (EIN) Data**
846000580

**Universal Numbering System (DUNS)**
080483932

**Recipient's Unique Entity Identifier (UEI)**
JHZYLXQAKY33

---

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a. Salaries and Wages** | $0.00 |
| **b. Fringe Benefits** | $0.00 |
| **c. Total Personnel Costs** | $0.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $7,913.00 |
| **f. Travel** | $32,615.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $523,220.00 |
| **i. Contractual** | $275,000.00 |
| **j. TOTAL DIRECT COSTS** | $838,748.00 |
| **k. INDIRECT COSTS** | $0.00 |
| **l. TOTAL APPROVED BUDGET** | $838,748.00 |
| **m. Federal Share** | $838,748.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 3-9390JXA | 23NE11OE000034A2 | OE | 410U | 93.967 | $0.00 | 75-2224-0943 |
| 3-9390L1Z | 23NE11OE000034A1C6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 4-9390LFF | 23NE11OE000034A2 | OE | 410U | 93.967 | $0.00 | 75-2324-0943 |
| 5-9390MR5 | 23NE11OE000034A2 | OE | 410U | 93.967 | $0.00 | 75-2425-0943 |
| 6-9390QMC | 23NE11OE000034A2 | OE | 410U | 93.967 | $0.00 | 75-2526-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award



Centers for Disease Control and Prevention

Award#   6 NE11OE000034-04-03
FAIN#   NE11OE000034
Federal Award Date:   02/11/2026

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | 0.00 | 0.00 | 0.00 |

# AWARD ATTACHMENTS

DENVER, CITY & COUNTY OF                    6 NE11OE000034-04-03

1. Terms & Conditions

**NOTIFICATION LETTER TO RECIPIENT FOR TERMINATION OF FEDERAL AWARD FOR NON-ALIGNMENT WITH PROGRAM GOALS OR AGENCY PRIORITIES**

To:     Denver, City & County Of
        Representative of Award Number NE11OE000034

Funding for NE11OE000034 is hereby terminated pursuant to 2 C.F.R. § 200.340(a)(4). This letter constitutes a notice of termination, effective February 11, 2026.

Pursuant to the terms of the award and 2 C.F.R. § 200.340(a)(4), the Centers for Disease Control and Prevention (CDC) may terminate a federal award, "to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

CDC's current priorities, published on CDC's website[43] and issued to all other grantees, include focusing agency resources in line with the fundamental role CDC plays in the public health sphere. CDC's priorities illustrate the overall direction of CDC, in furtherance of the goals of the Trump Administration and the Department of Health and Human Services (HHS) Secretary. The Priorities Statement highlights CDC goals and priorities, all through the lens of providing Gold-Standard Science, as envisioned in the Make America Healthy Again Commission Report and the Make Our Children Healthy Again Strategy.

CDC is specifically prioritizing a commitment to: gold-standard science; global leadership; rebuilding trust, transparency, and credibility; rapid, evidence-based responses to crises; vaccine safety and efficacy research; advancing our understanding of autism spectrum disorder (ASD), neurodevelopmental disorders (NDDs), and chronic disease; modernizing public health infrastructure while enhancing our approach to health data; and otherwise ensuring compliance with the goals and priorities of the Trump Administration and HHS.

As a result, CDC is adjusting its discretionary Strengthening U.S. Public Health Infrastructure, Workforce, and Data Systems - 2023 award portfolio, which includes terminating some of the program awards, in order to better prioritize agency resources towards the above-mentioned priorities.

Although in its discretion CDC may suspend (rather than immediately terminating) an award to allow the recipient an opportunity to take appropriate corrective action before CDC makes a termination decision, after review and consideration, no corrective action is possible here since no corrective action could align the award with current agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable other than in accordance with 2 CFR § 200.472 or as may be provided in further instruction from the agency.

Nothing in this notice excuses either CDC or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 200.344-200.345. Consistent with 2 C.F.R. 200.344, you will have 120

---

[43] See CDC priorities | About CDC | CDC; Grants | Grants | CDC; Acting CDC Director | About CDC | CDC

days from the effective date of termination to liquidate all financial obligations incurred prior to termination of this award.

Sincerely,

Office of Grants Services
Centers for Disease Control and Prevention
Department of Health and Human Services

Exhibit 3



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Centers for Disease Control and Prevention**

Notice of Award

Award# 6 NE11OE000034-04-04
FAIN# NE11OE000034
Federal Award Date: 02/13/2026

## Recipient Information

**1. Recipient Name**
DENVER, CITY & COUNTY OF
101 W Colfax Ave STE 800
Shared Services & Business Ops
Denver, CO 80202-5285

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1846000580C7
**4. Employer Identification Number (EIN)**
846000580
**5. Data Universal Numbering System (DUNS)**
080483932
**6. Recipient's Unique Entity Identifier (UEI)**
JHZYLXQAKY33
**7. Project Director or Principal Investigator**
Dr. Mondi Ailene Mason Ph.D.
Research Education & Development Administrator
mondi.mason@denvergov.org
7203010437
**8. Authorized Official**
Ms. Paige Cheney
DDPHE Contracts & Grants Manager
paige.cheney@denvergov.org
720-865-9601

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Angel Winters
Grants Management Officer/Specialist
jvr1@cdc.gov
404-498-4056

**10. Program Official Contact Information**
Ms. Tia Yancey
Program Officer
Center for Surveillance, Epidemiology and Laboratory Services (CSELS)
tby4@cdc.gov

## Federal Award Information

**11. Award Number**
6 NE11OE000034-04-04
**12. Unique Federal Award Identification Number (FAIN)**
NE11OE000034
**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
Public Health Organizational Engagement & Excellence (PHOEnEx)

**15. Assistance Listing Number**
93.967
**16. Assistance Listing Program Title**
CDC's Collaboration with Academia to Strengthen Public Health

**17. Award Action Type**
Administrative Action
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

**19. Budget Period Start Date** 12/01/2025 **- End Date** 11/30/2026
**20. Total Amount of Federal Funds Obligated by this Action** $0.00
   20a. Direct Cost Amount $0.00
   20b. Indirect Cost Amount $0.00
**21.** Authorized Carryover $0.00
**22.** Offset $0.00
**23.** Total Amount of Federal Funds Obligated this budget period $838,748.00
**24. Total Approved Cost Sharing or Matching, where applicable** $0.00
**25. Total Federal and Non-Federal Approved this Budget Period** $838,748.00
**26. Period of Performance Start Date** 12/01/2022 **- End Date** 11/30/2027
**27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance $11,027,790.00

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Mrs. Erica Stewart
Team Lead, Grants Management Officer

## 30. Remarks

Reinstatement

DEPARTMENT OF HEALTH AND HUMAN SERVICES | Notice of Award

Centers for Disease Control and Prevention

Award# 6 NE11OE000034-04-04
FAIN# NE11OE000034
Federal Award Date: 02/13/2026

## Recipient Information

**Recipient Name**
DENVER, CITY & COUNTY OF
101 W Colfax Ave STE 800
Shared Services & Business Ops
Denver, CO 80202-5285

**Congressional District of Recipient**
01
**Payment Account Number and Type**
1846000580C7
**Employer Identification Number (EIN) Data**
846000580
**Universal Numbering System (DUNS)**
080483932
**Recipient's Unique Entity Identifier (UEI)**
JHZYLXQAKY33

### 31. Assistance Type
Project Grant
### 32. Type of Award
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $0.00 |
| **b. Fringe Benefits** | $0.00 |
| **c. Total Personnel Costs** | $0.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $7,913.00 |
| **f. Travel** | $32,615.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $523,220.00 |
| **i. Contractual** | $275,000.00 |
| **j. TOTAL DIRECT COSTS** | $838,748.00 |
| **k. INDIRECT COSTS** | $0.00 |
| **l. TOTAL APPROVED BUDGET** | $838,748.00 |
| **m. Federal Share** | $838,748.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 3-9390JXA | 23NE11OE000034A2 | OE | 410U | 93.967 | $0.00 | 75-2224-0943 |
| 3-9390L1Z | 23NE11OE000034A1C6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 4-9390LFF | 23NE11OE000034A2 | OE | 410U | 93.967 | $0.00 | 75-2324-0943 |
| 5-9390MR5 | 23NE11OE000034A2 | OE | 410U | 93.967 | $0.00 | 75-2425-0943 |
| 6-9390QMC | 23NE11OE000034A2 | OE | 410U | 93.967 | $0.00 | 75-2526-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NE11OE000034-04-04

FAIN# NE11OE000034

Federal Award Date: 02/13/2026

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | 0.00 | 0.00 | 0.00 |

# AWARD ATTACHMENTS

DENVER, CITY & COUNTY OF            6 NE11OE000034-04-04

1. terms

**TERMS AND CONDITIONS OF AWARD**

In compliance with the Court Order issued on February 12, 2026, in the United States District Court for the District of Illinois as it relates to *State of Illinois, et al vs. Russell Vought*, *et al* (case 1:26-cv-01566). The Notice of Award (NOA) issued on February 11, 2026, that terminated this award is officially **<u>rescinded</u>** for 14 days from the date of the court order.  Activities and funding under this award are no longer terminated. Accordingly, award activities may continue consistent with the existing terms and conditions of the award, including applicable regulations.

The costs associated with any such termination of activities and stoppage of work, including reasonable and legitimate costs of compliance with local labor laws, existing contractual obligations that cannot be legally paused, and costs associated with the security of assets – that occurred during this time period may be allowable for payment, consistent with applicable grant regulations and the existing terms and conditions of the award. Any costs incurred prior to termination, may also be allowable for payment, consistent with applicable grant regulations and the existing terms and conditions of the award.

If you have questions or need additional clarification about this notice, please contact your CDC Grants Management Officer or Grants Management Specialist.

All the other terms and conditions issued with the existing award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.