**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, | |
| Plaintiffs, | Case No. 26-cv-1566 |
| v. | Hon. Manish S. Shah |
| RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget, et al.,* | |
| Defendants. | |

# EXHIBIT 9

Declaration of Wendy Underwood

I, Wendy Underwood, declare as follows:

1.      I am the Deputy Commissioner of the Minnesota Department of Health ("MDH"), a position I have held since 2024.  I have been employed by MDH since 2024.  In my current role at MDH, I am responsible for agencywide leadership, policy direction, and management of the day-to-day operations of the agency.

2.      I make this declaration in my official capacity.  I am a resident of the state of Minnesota, and I am over the age of 18.  I am familiar with the information in the statements set forth below either through personal knowledge or in consultation with MDH staff.

3.      MDH is Minnesota's statewide public health agency, responsible for protecting, maintaining, and improving the health of all Minnesotans (see, for example, Minnesota Statutes, section 144.05, subdivision 1).  Among other things, MDH:

    a.  monitors infectious diseases and responds to outbreaks;

    b.  advances policies and programs to prevent diseases and injuries and improve mental health; and

    c.  coordinates emergency preparedness and response activities among the state and local government entities and community organizations involved in responding to public health emergencies.

4.      I am providing this declaration to explain some of the immediate adverse impacts MDH faces from noticed or impending terminations of five federal awards to MDH by the U.S. Centers for Disease Control and Prevention ("CDC"), of the U.S. Department of Health and Human Services.

5.      On February 9, 2025, MDH learned from the offices of Minnesota Senators Amy Klobuchar and Tina Smith that the Senate Appropriations Committee received notice of the federal administration's plan to terminate, in three business days, two CDC grants to MDH: (1) Public

Health Infrastructure Grant (PHIG) Program (Federal Award Identification Number NE11OE000048), and (2) Core State Injury Prevention (SIPP) Program (Federal Award Identification Number NU17CE010056). My understanding is that the only reason identified for the impending terminations is that the grants are "inconsistent with agency priorities," with no explanation of why that is the case.

6.      On the morning of February 11, 2026, MDH learned from the offices of Senators Klobuchar and Smith that the Senate Appropriations Committee received notice of the federal administration's plan to terminate, in three business days, three additional CDC grants to MDH: (1) Preventative Health and Health Services Block Grant ("PHHS") (Federal Award Identification Number NB01PW000088), (2) High-Impact HIV Prevention and Surveillance Program for Health Departments (Federal Award Identification Number NU62PS924837), and (3) Strengthening STD Prevention and Control for Health Departments ("PCHD") Grant Program (Federal Award Identification Number NH25PS005172). My understanding is that the only reason identified for the impending terminations is that the grants are "inconsistent with agency priorities," with no explanation of why that is the case.

7.      On February 12, 2026, at approximately 7:14 AM Eastern Time, MDH received emails notifying us that our PHIG and SIPP grants had been terminated. A true and correct copy of the termination notice for our PHIG grant is attached as Exhibit A. The other termination notice for SIPP is substantially identical. They purport to terminate the grants effective February 11, 2026, and cite "agency priorities" as the reason for the terminations.

8.      As of the date of this declaration, MDH has not received any communication from CDC, written or otherwise, about the impending terminations of the PHHS, the High-Impact HIV Prevention and Surveillance Program for Health Department, or the PCHD grants.

9.     On February 16 and 17, 2026, MDH received notices from CDC stating that the PHIG and SIPP termination notices are rescinded for 14 days from the date of the Court's February 12, 2026 order granting the temporary restraining order in this case. Subsequent notices were received on February 27, citing the extension of the temporary restraining order and extending the rescission of the termination to March 12, 2026.

10.     Descriptions of each award that CDC has indicated it will terminate and the impacts of their terminations follow.

**Strengthening U.S. Public Health Infrastructure, Workforce, and Data Systems Grant**

11.     The Strengthening U.S. Public Health Infrastructure, Workforce, and Data Systems Grant ("PHIG") program provides support for core infrastructure improvements to public health agencies, including these agencies' workforce, foundational capabilities, and data infrastructure. The August 15, 2022, Notice of Funding Opportunity ("NOFO") for this grant program explained that "[s]tronger infrastructure will serve immediate needs to respond to the ongoing COVID-19 pandemic and other public health outcomes that worsened or stalled during the COVID-19 pandemic." The NOFO further explained that these "investments will have sustained effects that position these [public health] agencies to better meet the ongoing and future public health needs of the communities and populations they serve."

12.     PHIG consists of two main funding components aimed at strengthening the U.S. public health system: (1) Component A, which provides direct funding to health departments for workforce foundational capabilities and data modernization; and (2) Component B, which supports national partners to provide training and technical assistance to health departments. Component A is organized into three foundational pillars:

a.  Workforce (Component A1), which, through hiring, retention, support, and training, aims to increase the size and capabilities of the public health workforce.  Component A1 also aims to strengthen workforce planning, systems, processes and policies.  Funding for this component is a non-competitive, five-year award, which means funds are awarded at the beginning of the period of performance for the full five-year period.

b.  Foundational Capabilities (Component A2), which aims to strengthen recipients' overall systems, processes, and policies to ensure a strong core infrastructure necessary to support essential public health services.  Funding for this component is a non-competitive annual award, meaning funds are awarded in annual installments over the five-year performance period.

c.  Data Modernization (Component A3), which supports public health agencies to develop a more modern and efficient data environment, increase the interoperability of data systems, and increase recipients' ability to use public health data to identify and address issues of public health concern.  Funding for this component is a combination of non-competitive five-year awards and a competitive annual award.

13.  Based on publicly available information, MDH understands that other states use PHIG funds for activities similar to MDH's.  For example, MDH understands that Delaware is, like Minnesota, using PHIG funds to upgrade its state's immunization information system.  Also like Minnesota, Nebraska, Montana, South Carolina, Indiana, and Utah are using PHIG funds to support data integration and modernization of systems.   And MDH understands that, like

Minnesota, Wisconsin and Iowa are using PHIG to fund positions providing technical assistance to local public health departments.

14.     MDH applied for and has been awarded funds for all three PHIG Components, A1, A2 and A3.  Approximately $60 million in total was awarded to MDH for PHIG between 2022 – 2024. None of the PHIG Notices of Award issued from 2022 through 2024 contain any reference to CDC being able to terminate the award if it no longer effectuates agency goals or priorities, or to the termination provisions at 2 C.F.R. § 200.340 more generally.

15.     On November 13, 2025, MDH received a Notice of Award from CDC that did not obligate any additional federal funds for PHIG but stated that its purpose "is to incorporate updated terms and conditions."  A true and correct copy of the Notice of Award is attached as Exhibit B. The Notice of Award states that "by accepting this award" the recipient agrees that "continued funding for the award is contingent upon . . . a decision by the agency that award continues to effectuate program goals or agency priorities."  But the previously issued PHIG awards had already been accepted under different conditions that did not allow such terminations. CDC sought to unilaterally amend these previously issued awards to include an "agency priorities" condition, and MDH did not accept these terms and conditions. In a letter to CDC dated December 22, 2025, MDH clarified that it understood the updated terms and conditions in this Notice of Award, including the updated terms and conditions regarding the termination provisions at 2 CFR § 200.340, to have no effect as to funds previously awarded.  A true and correct copy of this letter is attached as Exhibit C.  MDH's letter further stated MDH's understanding that previously awarded funds are governed by the applicable laws, regulations, and terms that were specified, valid, and effective at the time the funds were awarded.  CDC did not respond to this letter.

16.     MDH was awarded an additional $3,231,820.00 (for PHIG Component A2) by a Notice of Award dated December 2, 2025 (Award number 5 NE11OE000048-04-00).  In a letter to CDC dated December 17, 2025, MDH explained that it accepted the award with certain clarifications regarding the award terms and conditions.  Among other things, the letter stated, "[b]y accepting this award, MDH does not waive or concede any arguments concerning the application or interpretation of 2 C.F.R. § 200.340."  A true and correct copy of this letter is attached as Exhibit D.  CDC did not respond to this letter.

17.     The period for performance for MDH's PHIG awards is December 1, 2022 – November 30, 2027.  All of the PHIG Notices of Award MDH received state that MDH may carry over unobligated funds to a "subsequent budget period."

18.     MDH anticipates receiving its next and final annual installments of its Component A2 and A3 funding in late 2026 (for budget period December 1, 2026 – November 30, 2027).  The final installment of the A2 funding is estimated to be $3,231,820.  The final installment of the A3 funding is estimated to be $613,566.

19.     As of the date of this declaration, approximately $38 million in PHIG funds already awarded remains unspent (this includes unpaid encumbrances and funds available for approved PHIG activities).

20.     To date, CDC has never provided MDH with notice, written or otherwise, that MDH's administration of the PHIG funds or program was in any way unsatisfactory. Through a Notice of Award dated January 23, 2026, MDH was informed that activities under the PHIG grant were "paused until further notice."  This Notice of Award stated "[t]he reason for the pause is to review and evaluate activities funded within this PHIG award program to ensure alignment with administration and agency priorities."  A true and correct copy of this Notice of Award is attached

as Exhibit E. Based on communications from national public health organizations, MDH's understanding is that state health departments and jurisdictions across the country received the PHIG pause notice. In a subsequent Notice of Award dated January 24, 2026, CDC rescinded the Notice of Award pausing PHIG activities and stated that "award activities may continue consistent with the existing terms and conditions of the award." A true and copy of this Notice of Award is attached as Exhibit F.

21. Notably, MDH is required to submit to CDC detailed, regular workplans for PHIG activities. Workplans contain information about activities for which MDH plans to use PHIG funds along with milestones, with achieve-by-dates, for these activities. MDH's most recent workplan for PHIG, which is for Component A2, Budget Period 4, was submitted to CDC on January 26, 2026. On February 11, 2026, MDH received feedback from CDC regarding this workplan. The feedback from CDC contained a few clarifying questions or technical recommendations, along with the following comments regarding the workplan as a whole:

    a. "Milestones are strong and align well with the purpose of the NOFO."

    b. "Activity and milestones are within the scope of the NOFO. Milestones are detailed and helpful for understanding the work being completed."

    c. "Overall, this workplan aligns with the NOFO."

**Core State Injury Prevention Program**

22. The SIPP Program supports public health infrastructure, data, and partnerships to identify and respond to existing and emerging injury threats with data-driven public health actions. This includes engaging in robust state-based data and surveillance, strengthening strategic collaborations and partnerships, and conducting assessment and evaluation. The overall goal of this approach is to inform public health action for prevention of the following: adverse childhood

experiences ("ACEs"), which are stressful events in a child's life that can potentially impact their health and well-being, such as abuse, neglect, financial hardship, or witnessing violence); transportation-related injury; and traumatic brain injury ("TBI").

23.     Minnesota is one of the SIPP "success stories" featured on CDC's website for its SIPP-funded work relating to ACEs.[1]

24.     The current period of performance for SIPP is August 1, 2021 – July 31, 2026. MDH has received $400,000 in funding for SIPP each year of this performance period.

25.     MDH's current funds were obligated by a Notice of Award dated July 30, 2025 (Award number 5 NU17CE010056-05-00).  An administrative amendment (Award number 6 NU17CE010056-05-01) was issued on August 1, 2025, to correct an error in the July 30 Notice of Award.  True and correct copies of both Notices of Award are attached as Exhibits G and H.  The July 30 Notice of Award stated that, "[s]tarting on October 1, 2025, this award is subject to the termination provisions at 2 CFR 200.340" and that "continued funding for the award is contingent upon . . . a decision by the agency that the award continues to effectuate program goals or agency priorities."  In a letter to CDC dated August 8, 2025, MDH explained that it accepted the award with certain clarifications regarding the award terms and conditions.  Among other things, the letter stated that "MDH accepts this award based solely on the applicable laws and regulations valid and effective at the time of acceptance."  A true and correct copy of this letter is attached as Exhibit I.  CDC did not respond to this letter.

26.     As of the date of this declaration, approximately $160,000 in SIPP funds awarded for the current budget period remains unspent (including unpaid encumbrances and available funds for SIPP activities).  Additionally, MDH has unspent SIPP funds carried over from prior budget

---

[1] https://perma.cc/MVK6-WPZB

years, in the amount of approximately $90,000. Accordingly, MDH will lose access to approximately $250,000 in funds if SIPP is terminated.

27.     To date, CDC has never provided MDH with notice, written or otherwise, that MDH's administration of the SIPP grant was in any way unsatisfactory. Notably, first on February 6, 2026, and again on February 17, 2026, CDC provided MDH with notice that it was offering an continuation of SIPP funds for an additional year along with instructions on how to request this continuation through a non-competing application.

**Preventative and Health Services Block Grant**

28.     The U.S. Department of Health and Human Services ("HHS") has provided PHHS Block Grant funding for over 40 years in all 50 states, 5 U.S. territories, 3 freely associated states, and 2 tribes to help support essential public health services, including prevention services and outbreak control. PHHS funding allows states to address emerging health issues and gaps, decrease premature death and disability, support local health programs, and establish health data and surveillance systems.

29.     Minnesota's PHHS workplan contains objectives relating to the following health topic areas: Public Health Infrastructure, Injury and Violence Prevention, Educational and Community-Based Programs, Nutrition, Immunization and Infectious Disease, and Oral Health. Based on data from CDC[2], these health topic areas are represented in work plans from other PHHS recipients.

30.     The PHHS grant is a non-competitive grant that is awarded each year based on a statutory formula. The current period of performance for MDH's PHHS grant is October 1, 2025 – September 30, 2026.

_____

[2] https://perma.cc/C5TN-GJME

31.     The PHHS funds for the current period of performance, totaling $4,528,407.00, were obligated by a Notice of Award dated September 8, 2025.  Like the SIPP award described above, this Notice of Award states that the PHHS award will be subject to the agency priorities condition starting on October 1, 2025. This Notice of Award language is substantially identical to Exhibit G. Like with the SIPP award, in a letter to CDC dated September 23, 2025, MDH explained that it accepted the award with certain clarifications regarding the award terms and conditions, including that MDH accepts the award based solely on the applicable laws and regulations valid and effective at the time of the award's acceptance.  This letter is substantially identical to Exhibit I.  CDC did not respond to this letter.

32.     Based on information and belief, MDH understands that PHHS is funded for federal fiscal year 2026.  The federal fiscal year 2026 PHHS funding would be for the period October 1, 2026 – September 30, 2027.  MDH anticipates that it would receive a Notice of Award obligating this next year of PHHS funding before October 1, 2026.  Although MDH has not yet been notified of the expected amount of the 2026 PHHS funding to Minnesota, MDH would anticipate this to be around $4 million based on the past 6 years of PHHS funds, which have ranged in amount from $3,889,275 to $4,528,407 per year.

33.     As of the date of this declaration, approximately $3.3 million in PHHS funds already awarded remains unspent (this includes unpaid encumbrances and funds available for approved PHHS activities).

34.     To date, CDC has never provided MDH with notice, written or otherwise, that MDH's administration of the PHHS funds or program was in any way unsatisfactory.

35.     Notably, MDH must submit an annual PHHS workplan to CDC for review ahead of receiving its yearly allocation of PHHS funds.  MDH's original work plan for the 2025

allocation was submitted to CDC in July 2025. The CDC Project Officer who reviewed the workplan commented favorably, noting among other things that the proposed activities "support and promote" required objectives and that the proposed activities "demonstrate commitment to strengthening broad and diverse partnerships, implementing effective policy, system, and environmental changes, and building capacity for community engagement to further inform work." The Project Officer stated overall that MDH "satisfies the [PHHS] application requirements and reviewer recommends FY25 funding to" MDH. Similarly, in response to an updated work plan submitted in October 2025 to address an increase in the allocation of PHHS funds, the CDC Project Officer "recommend[ed] FY25 funding to the Minnesota Department of Health, in the revised allocation amount of $4,528,407."

**High-Impact HIV Prevention and Surveillance Program for Health Departments**

36.   The High-Impact HIV Prevention and Surveillance Program for Health Departments ("HIV Program") supports health departments in implementing high-impact, comprehensive HIV prevention and surveillance programs to prevent new HIV infections and improve the health of people with HIV. Per CDC, 59 health departments receive funding through this program.[3]

37.   MDH uses HIV Program funds to implement a comprehensive program for preventing new HIV infections, monitoring HIV activity in Minnesota to inform prevention and outbreak response activities, and improving the health of people living with HIV. MDH works with local public health and community organizations to support the provision of HIV testing and linkage to care, pre-exposure prophylaxis, viral suppression, and eliminating perinatal HIV

---

[3] https://perma.cc/P2ER-8FHZ

transmission (*i.e.*, the transmission of HIV from mother to child during pregnancy, during delivery, or during breastfeeding).

38.    Based on publicly available information, MDH understands that HIV Program workplans are standardized by CDC across all awardees.  Workplans are organized into the following six core strategy areas that all HIV Program fund recipients must implement, though there is some flexibility to tailor implementation to local needs and resources:

    a.  Diagnose – ensure all people with HIV receive a diagnosis as early as possible;

    b.  Treat – implement a comprehensive approach to treat people with diagnosed HIV infection rapidly and reach viral suppression;

    c.  Prevent – reduce new HIV transmission by increasing PrEP and PEP services and supporting HIV prevention, including condom distribution, perinatal transmission prevention, and harm reduction services;

    d.  Respond – Identify and quickly respond to HIV clusters and outbreaks to address gaps and inequities in services for communities who need them;

    e.  Conduct HIV surveillance activities; and

    f.  Support community engagement and HIV planning.

39.    The period of performance for the current HIV Program grant cycle is August 1, 2024 – May 31, 2029.  MDH is permitted to carry over unobligated funds to subsequent budget periods.

40.    To date, MDH has been awarded a total of $5,886,898 for the HIV Program in the current grant cycle.  These funds were awarded by two Notices of Award in July 2024 and July 2025, neither of which contained any reference to CDC being able to terminate the award if it no

longer effectuates agency goals or priorities, or to the termination provisions at 2 C.F.R. § 200.340 more generally.

41.     On November 17, 2025, MDH received a Notice of Award from CDC that did not obligate any additional federal funds for the HIV Program but stated that its purpose "is to incorporate updated terms and conditions." A true and correct copy of the Notice of Award is attached as Exhibit J. As described above with respect to the PHIG award, MDH did not accept these new terms and conditions. In a letter to CDC dated December 22, 2025, MDH clarified that it understood the updated terms and conditions, including the agency priorities termination provisions, to have no effect as to funds previously awarded. A true and correct copy of this letter is attached as Exhibit K. This letter is substantially identical to Exhibit C. CDC did not respond to this letter.

42.     As of the date of this declaration, approximately $2.7 million in HIV Program funds already awarded remains unspent (this includes unpaid encumbrances and funds available for approved HIV Program activities).

43.     After the current budget period (June 1, 2025 – May 31, 2026), MDH has an additional three budget periods left in this grant cycle. If this grant is terminated, MDH would lose not only the unspent HIV Program funds already awarded but also these future years of funding. MDH estimates that the cumulative funding for these three additional years would exceed $9 million.

44.     On March 4, 2026, MDH submitted the continuation application for the next HIV Program budget period, which would start June 1, 2026. MDH applied for $3,291,778.

45.     To date, CDC has never provided MDH with notice, written or otherwise, that MDH's administration of the HIV Prevention program or funds was in any way unsatisfactory.

46.     MDH submitted an end-of-year program report for the HIV Program in the Fall of 2025.  CDC project officers conducted a technical review of this report and provided written feedback to MDH in December 2025.  The written feedback stated that MDH had demonstrated progress across all strategic areas of implementation of the award and did not identify any action items requiring a response or follow up from MDH.

47.     MDH's HIV Program staff meet with CDC project officers on a monthly basis to review progress towards HIV Program goals and strategies and discuss any challenges.  As of MDH's most recent meeting with CDC on March 4, 2026, no significant concerns or requests to modify MDH's approach to HIV Program activities had been identified or raised by the CDC project officers.

**Strengthening STD Prevention and Control for Health Departments**

48.     The PCHD program provides funding to state and local health departments to monitor sexually transmitted infection ("STI") cases and trends, provide on-the-ground prevention support, promote testing and treatment best practices, increase STI prevention knowledge, and use data to inform action.

49.     Per CDC, 59 state, local, and territorial health departments receive funds through this program.[4]

50.     Based on publicly available information, MDH understands that PCHD workplans, which define award deliverables, have content that is standardized by CDC for all awardees.  The PCHD workplans identify five areas of focus that all awardees must address: (1) surveillance; (2) disease investigation (also known as partner services) and intervention; (3) screening, diagnosis, and treatment; (4) prevention and policy; and (5) data use for program improvement.  The

---

[4] https://perma.cc/8TQ6-QQZJ

workplans also identify "strategies" for each focus area. For example, the strategies that all awardees must address for the disease investigation and intervention focus area include syphilis disease investigation and intervention for pregnant women and other reproductive-age women with syphilis.

51.     Based on publicly available information, MDH understands that Minnesota and other midwestern states, including Wisconsin, Iowa, North Dakota, and South Dakota, follow a common framework for disease surveillance, partner notification, and treatment verification activities supported by PCHD, though they manage these activities through slightly different administrative structures.

52.     The initial period of performance for the current PCHD grant cycle was January 1, 2019 – December 23, 2023. Subsequent supplemental extensions have extended the current period of performance through February 28, 2026. However, current recipients of PCHD are eligible for an additional supplemental extension that would extend funding through February 28, 2027. In January 2026, MDH submitted a request for this supplemental extension, in the amount of $1,314,170. On March 2, 2026, MDH received correspondence from CDC stating that MDH is anticipated to receive a notice of award for the supplemental extension no later than March 4, 2026, and is approved to start incurring costs for approved activities under the supplemental extension Notice of Funding Opportunity. As of the date of this declaration, MDH has not yet received the notice of award for this supplemental extension. MDH is permitted to carry over unobligated funds to subsequent budget periods.

53.     Through a series of Notices of Award issued between December 17, 2018, and July 30, 2025, MDH has been awarded over $17 million in funds for PCHD.

54.     None of the PCHD Notices of Award that obligated federal funds except the most recent one on July 30, 2025, contain any reference to CDC being able to terminate the award if it no longer effectuates agency goals or priorities, or to the termination provisions at 2 C.F.R. § 200.340 more generally.

55.     The July 30, 2025 Notice of Award, which obligated $682,995.00 of federal funds to MDH for PCHD, contains language stating that the PCHD award will be subject to the agency priorities condition starting on October 1, 2025. This Notice of Award language is substantially identical to Exhibit G. Like with the SIPP and PHHS awards described above, in a letter to CDC dated August 18, 2025, MDH clarified that it accepted this award "based solely on the applicable laws and regulations valid and effective at the time of acceptance."  This letter is substantially identical to Exhibit I.  CDC did not respond to this letter.

56.     As of the date of this declaration, approximately $1.6 million in PCHD funds already awarded remains unspent (this includes unpaid encumbrances and funds available for PCHD activities).

57.     To date, CDC has never provided MDH with notice, written or otherwise, that MDH's administration of the PCHD grant was in any way unsatisfactory.

**Impact of Grant Terminations**

58.     If CDC terminates MDH's PHIG, SIPP, PHHS, HIV Program, and PCHD grants, MDH will lose over $45.8 million in funds already awarded.  If CDC terminates these awards, MDH will also lose future funds for PHIG, HIV Program and PCHD, estimated to total over $14 million for these three grants.

59.     Because the PHHS funds, which are noncompetitive and based on a statutory formula, are allotted annually, it is unclear whether CDC's planned termination of PHHS is

intended to impact only the current year of funding or future years of funding, as well. If future PHHS funds are at risk, MDH anticipates this would mean an additional loss of approximately $4 million per year.

60.     In the ordinary course for these five grants, MDH draws down funds at least every other week for reimbursement of payroll expenses. Draws may be as frequent as three times per week depending on how often expenses show up in the system MDH draws against for that award.

61.     This is not, however, a story just about dollars. The abrupt termination of the PHIG, SIPP, PHHS, HIV Program, and PCHD grants will directly and immediately impact the work of multiple programs within MDH as well as the work of local health agencies and community partners who receive funds from these awards through MDH.

62.     Collectively, these five grants (PHIG, SIPP, PHHS, HIV Program, and PCHD) fund approximately 97 full-time equivalents ("FTEs") at MDH. Due to MDH's collective-bargaining agreements, MDH must provide employees with 21 days' notice before layoff or separation. If these funds are terminated, MDH will be faced with issuing layoff notices to staff if alternative funding is not quickly identified, and it is not clear that alternative funding is available for all positions – especially when multiple sources of funding are being terminated at once. Layoffs or separations from the termination of these awards will impact highly skilled and trained public health workers. Even if funding is later restored, there is a real risk that MDH will not be able to hire back all the staff who are laid off or separated, many of whom have subject matter expertise of a type that would be difficult to replace—such as epidemiologists, disease intervention specialists, and research scientists.

63.     The approximately 57 MDH staff whose positions are funded in whole or in part by PHIG, and thus threatened by the impending terminations, serve a variety of important functions across multiple divisions of the agency, including:

a.  Improving coordination with and support for local public health and Tribal public health agencies in a variety of areas, including data management, community health assessment and planning, organizational performance management, and strategic planning;

b.  Supporting more effective health outreach and communications to rural Minnesota communities;

c.  Improving MDH's capacity to respond to public health emergencies through increased emergency preparedness training and planning; and

d.  Modernizing MDH's public health data infrastructure, including Minnesota's electronic disease surveillance system; Minnesota's secure, centralized immunization information system; and the Laboratory Information Management System for MDH's Infectious Disease Laboratory. These systems are critical to MDH's ability to detect and monitor health threats, respond to disease outbreaks, and make timely decisions for handling public health emergencies.

64.     MDH also currently distributes PHIG funding to 45 Community Health Boards as well as nine Tribes in Minnesota. PHIG funds provide at least partial support for approximately 200 Community Health Board positions. Accordingly, if PHIG funds are terminated, Community Health Boards will have to find alternative sources of funding, if they are able, to retain PHIG-funded staff. Many smaller or rural Community Health Boards already face local barriers and

limitations to hiring, and thus may be disproportionately impacted by the loss of PHIG funds. Community Health Board positions across the state supported by PHIG funds include positions that are involved in direct delivery of services to Minnesotans, such as Public Health Nurses and Community Health Workers, as well as positions that are important for building connections in the communities they serve and supporting core public health functions, such as communications staff, Public Health Planners, and Disease Prevention and Control staff. PHIG funds also support training and skill development opportunities for Community Health Board staff that would not otherwise be available.

65.     Tribes are using PHIG funds to support public health staff positions, hiring, retention, and training efforts in rural areas that have ongoing staffing challenges, as well as to modernize public health infrastructure and capacity to address community needs. These efforts include strengthening workforce capacity by hiring key staff such as Home Health and Public Health Nurses, supporting staff recruitment and retention efforts, providing key training to staff for more effective and enhanced care and public health services, such as Care Coordination and Clinical Integration, strengthening key community-specific aspects of public health infrastructure within Tribal governments, such as Emergency Medical Services, and expanding capacity to provide streamlined and coordinated care to community members. The Tribes with PHIG funding already face barriers hiring and maintaining staff, as well as barriers and limited funding to strengthen the public health workforce and infrastructure needed to uphold their Tribal Public Health Authority and deliver essential services.

66.     The MDH staff whose positions are supported by SIPP, and thus threatened by the impending terminations, serve a variety of important functions for MDH in the area of injury prevention, including:

a. Developing an ACEs data dashboard and promoting its use to Minnesota school districts to inform programs and policies that better support children impacted by ACEs;

b. Developing and maintaining a dashboard providing data about hospital-treated injuries due to motor vehicle crashes and promoting its use by traffic safety partners, such as the Minnesota Department of Public Safety and Department of Transportation, to inform traffic safety prevention activities;

c. Analyzing and reporting on county-level alcohol outlet density, which is a risk factor for excessive alcohol use, to inform liquor licensing and zoning decisions; and

d. Developing a TBI data dashboard providing data about hospital-treated TBI in Minnesota and supporting TBI resource facilitation referrals, enrollment, and participation to better support Minnesotans impacted by TBI and their caregivers.

67. The loss of PHHS funding will significantly impact MDH's ability to reduce preventable diseases and harm public health outcomes, including by:

a. Eliminating support to 50 rural local public health departments;

b. Reducing capacity of MDH's norovirus and food safety program, which includes a statewide foodborne illness complaint system along with rapid detection and investigation capabilities;

c. Reducing MDH's capacity to identify and stop the spread of syphilis, gonorrhea, and chlamydia;

d. Ending funding to grantees who provide suicide prevention screening;

e.  Eliminating the department's ability to work with partners to issue air quality alerts when outdoor air quality reaches levels that pose health risk; and

f.  Limiting MDH's ability to analyze data to help communities and decision makers better address farm injuries, suicide, substance use, violence in the workplace, sexual violence, and falls by older adults.

68.  PCHD and HIV Program funds also provide financial support to local public health agencies or community organizations around the state for HIV and STI prevention and treatment activities—activities that will have to be reduced or eliminated if the PCHD and HIV Program funds are terminated.  For example, PCHD and HIV Program funds support approximately eight FTEs at HIV/STI clinics in Minnesota.  Additionally, HIV Program funds are used to support HIV prevention projects by 16 local public health agencies or community-based organizations.  MDH also distributes PCHD funds to a clinic in Minneapolis to facilitate testing and treatment for STIs, as well as disease intervention services (partner identification and notification).  MDH's understanding is that some community organizations may be at risk of closing if they lose financial support from the PCHD and HIV Program funds.

69.  More generally, PCHD and HIV Program grants provide critical funding for comprehensive programs for preventing HIV and STIs, conducting surveillance for these diseases to identify trends, outbreaks, and clusters, which in turn informs prevention and outbreak response activities, and for informing more effective treatment of HIV and STIs.  This is work that no other entity in Minnesota does or has the ability to do on a statewide basis.

70.  For example, the HIV Program and PCHD grants fund disease intervention specialist (DIS) staff who interview and provide case management to individuals who are infectious with HIV and STIs.  DIS staff identify individuals who may be at risk of infection, notify

these individuals of their risk, and provide technical assistance to care providers for testing and treatment. DIS staff also work with the individuals infected to ensure they receive the treatment needed to prevent further transmission of HIV or STIs by, for example, linking individuals with healthcare providers for on-going HIV treatment or arranging antibiotic treatment. Time is of the essence to prevent further transmission of HIV or STIs and to prevent severe, and in some cases fatal, outcomes. This makes the work of DIS staff all the more crucial, especially for people who are unaware of their risk or who are experiencing barriers to medical care. For example, congenital syphilis, which occurs when syphilis is transmitted to a fetus or infant during pregnancy or birth, can, if untreated, lead to miscarriage, stillbirth, or neonatal death; infants who survive with congenital syphilis may have long-term health issues including physical deformities, neurological damage, blindness, and deafness. The combined loss of the PCHD and HIV Prevention grants will mean a loss of DIS staff positions and the critical work they provide, which will in turn mean lost opportunities to prevent further transmission of disease and treatable or preventable consequences of disease.

71.     In the context of HIV, loss of the HIV Program grant will mean that MDH and its partners—including local public health agencies, Tribal public health, and community organizations—will have to immediately end or significantly reduce activities relating to HIV testing and linkage to care, pre-exposure prophylaxis, viral suppression therapy, and prevention of perinatal transmission of HIV. The reduction or elimination of such activities will likely lead to an increase in new HIV infections, decrease in early diagnosis and connection to appropriate care, and worse health outcomes (potentially increasing mortality) for persons living with HIV. The reduction or elimination of such activities will also impact the ability of MDH to identify and

respond to outbreaks of HIV and other pathogens that often co-infect people with HIV, including syphilis and Mpox.

72.     In short, termination of MDH's PHIG, SIPP, PHHS, HIV Program, and PCHD awards would have immediate adverse impacts on Minnesota's skilled public health workforce and the critical services they provide to protect the health of Minnesotans—impacts that cannot be undone if these awards are terminated and then later restored.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on March 5, 2026, in Saint Paul, Minnesota.

Wendy
Underwood

Digitally signed by Wendy
Underwood
Date: 2026.03.05 12:39:20 -06'00'

*State of Illinois, et al.*
*v.*
*Russell Vought, et al.*
U.S. Dist. Ct. No. 26-cv-1566

# DECLARATION OF
# WENDY UNDERWOOD

# Exhibit A

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NE11OE000048-04-04
FAIN# NE11OE000048
Federal Award Date: 02/11/2026

## Recipient Information

**1. Recipient Name**
MINNESOTA DEPARTMENT OF HEALTH
625 Robert St N
IDEPC-DUP
Saint Paul, MN 55155-2538
[NO DATA]

**2. Congressional District of Recipient**
04

**3. Payment System Identifier (ID)**
1416007162B3

**4. Employer Identification Number (EIN)**
416007162

**5. Data Universal Numbering System (DUNS)**
804887321

**6. Recipient's Unique Entity Identifier (UEI)**
DHQVY2WCVHC5

**7. Project Director or Principal Investigator**
Chelsie Huntley
chelsie.huntley@state.mn.us
651-201-3882

**8. Authorized Official**
Ms. Terri Peaslee
Accounting Director
terri.peaslee@state.mn.us
651-201-4344

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Angel Winters
Grants Management Officer/Specialist
jvr1@cdc.gov
404-498-4056

**10. Program Official Contact Information**
Kristin Loncorich
Program Officer
uik5@cdc.gov
404-498-2006

## Federal Award Information

**11. Award Number**
6 NE11OE000048-04-04

**12. Unique Federal Award Identification Number (FAIN)**
NE11OE000048

**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
Strengthening Minnesota's Public Health Infrastructure, Workforce, and Data Systems

**15. Assistance Listing Number**
93.967

**16. Assistance Listing Program Title**
CDC's Collaboration with Academia to Strengthen Public Health

**17. Award Action Type**
Terminate

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

**19. Budget Period Start Date** 12/01/2025 **- End Date** 02/11/2026

**20. Total Amount of Federal Funds Obligated by this Action** $0.00
   20a. Direct Cost Amount $0.00
   20b. Indirect Cost Amount $0.00

**21.** Authorized Carryover $0.00

**22.** Offset $0.00

**23.** Total Amount of Federal Funds Obligated this budget period $3,231,820.00

**24.** Total Approved Cost Sharing or Matching, where applicable $0.00

**25.** Total Federal and Non-Federal Approved this Budget Period $3,231,820.00

**26. Period of Performance Start Date** 12/01/2022 **- End Date** 02/11/2026

**27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance $64,869,850.00

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Mrs. Erica Stewart
Team Lead, Grants Management Officer

## 30. Remarks

Termination for Departmental Authority

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NE11OE000048-04-04
FAIN# NE11OE000048
Federal Award Date: 02/11/2026

## Recipient Information

**Recipient Name**

MINNESOTA DEPARTMENT OF HEALTH

625 Robert St N

IDEPC-DUP

Saint Paul, MN 55155-2538

[NO DATA]

**Congressional District of Recipient**

04

**Payment Account Number and Type**

1416007162B3

**Employer Identification Number (EIN) Data**

416007162

**Universal Numbering System (DUNS)**

804887321

**Recipient's Unique Entity Identifier (UEI)**

DHQVY2WCVHC5

---

**31. Assistance Type**

Project Grant

**32. Type of Award**

Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $999,389.00 |
| **b. Fringe Benefits** | $460,684.00 |
| **c. Total Personnel Costs** | $1,460,073.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $7,212.00 |
| **f. Travel** | $0.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $1,385,048.00 |
| **i. Contractual** | $40,750.00 |
| **j. TOTAL DIRECT COSTS** | $2,893,083.00 |
| **k. INDIRECT COSTS** | $338,737.00 |
| **l. TOTAL APPROVED BUDGET** | $3,231,820.00 |
| **m. Federal Share** | $3,231,820.00 |
| **n. Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 4-9390MFC | 23NE11OE000048C5 | OE | 410U | 93.967 | $0.00 | 75-2124-0943 |
| 5-9390MR5 | 23NE11OE000048A2 | OE | 410U | 93.967 | $0.00 | 75-2425-0943 |
| 3-9390L1Z | 23NE11OE000048A1C6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390JXA | 23NE11OE000048A2 | OE | 410U | 93.967 | $0.00 | 75-2224-0943 |
| 4-9390LFF | 23NE11OE000048A2 | OE | 410U | 93.967 | $0.00 | 75-2324-0943 |
| 4-9390MV6 | 23NE11OE000048DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390LM6 | 23NE11OE000048DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390LFD | 23NE11OE000048LDXC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 6-9390QMC | 23NE11OE000048A2 | OE | 410U | 93.967 | $0.00 | 75-2526-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award#    6 NE11OE000048-04-04
FAIN#     NE11OE000048
Federal Award Date:  02/11/2026

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | 0.00 | 0.00 | 0.00 |

# AWARD ATTACHMENTS

MINNESOTA DEPARTMENT OF HEALTH                  6 NE11OE000048-04-04

1. Terms and Conditions

**NOTIFICATION LETTER TO RECIPIENT FOR TERMINATION OF FEDERAL AWARD FOR NON-ALIGNMENT WITH PROGRAM GOALS OR AGENCY PRIORITIES**

To:     Minnesota Department Of Health
        Representative of Award Number NE11OE000048

Funding for NE11OE000048 is hereby terminated pursuant to 2 C.F.R. § 200.340(a)(4). This letter constitutes a notice of termination, effective February 11, 2026.

Pursuant to the terms of the award and 2 C.F.R. § 200.340(a)(4), the Centers for Disease Control and Prevention (CDC) may terminate a federal award, "to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

CDC's current priorities, published on CDC's website[37] and issued to all other grantees, include focusing agency resources in line with the fundamental role CDC plays in the public health sphere. CDC's priorities illustrate the overall direction of CDC, in furtherance of the goals of the Trump Administration and the Department of Health and Human Services (HHS) Secretary. The Priorities Statement highlights CDC goals and priorities, all through the lens of providing Gold-Standard Science, as envisioned in the Make America Healthy Again Commission Report and the Make Our Children Healthy Again Strategy.

CDC is specifically prioritizing a commitment to: gold-standard science; global leadership; rebuilding trust, transparency, and credibility; rapid, evidence-based responses to crises; vaccine safety and efficacy research; advancing our understanding of autism spectrum disorder (ASD), neurodevelopmental disorders (NDDs), and chronic disease; modernizing public health infrastructure while enhancing our approach to health data; and otherwise ensuring compliance with the goals and priorities of the Trump Administration and HHS.

As a result, CDC is adjusting its discretionary Strengthening U.S. Public Health Infrastructure, Workforce, and Data Systems - 2023 award portfolio, which includes terminating some of the program awards, in order to better prioritize agency resources towards the above-mentioned priorities.

Although in its discretion CDC may suspend (rather than immediately terminating) an award to allow the recipient an opportunity to take appropriate corrective action before CDC makes a termination decision, after review and consideration, no corrective action is possible here since no corrective action could align the award with current agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable other than in accordance with 2 CFR § 200.472 or as may be provided in further instruction from the agency.

Nothing in this notice excuses either CDC or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 200.344-200.345. Consistent with 2 C.F.R. 200.344, you will have 120

---

[37] See CDC priorities | About CDC | CDC; Grants | Grants | CDC; Acting CDC Director | About CDC | CDC

days from the effective date of termination to liquidate all financial obligations incurred prior to termination of this award.

Sincerely,

Office of Grants Services
Centers for Disease Control and Prevention
Department of Health and Human Services

*State of Illinois, et al.*
*v.*
*Russell Vought, et al.*
U.S. Dist. Ct. No. 26-cv-1566

# DECLARATION OF
# WENDY UNDERWOOD

# Exhibit B

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NE11OE000048-03-03
FAIN# NE11OE000048
Federal Award Date: 11/13/2025

## Recipient Information

**1. Recipient Name**
MINNESOTA DEPARTMENT OF HEALTH
625 Robert St N
IDEPC-DUP
Saint Paul, MN 55155-2538
[NO DATA]

**2. Congressional District of Recipient**
04

**3. Payment System Identifier (ID)**
1416007162B3

**4. Employer Identification Number (EIN)**
416007162

**5. Data Universal Numbering System (DUNS)**
804887321

**6. Recipient's Unique Entity Identifier (UEI)**
DHQVY2WCVHC5

**7. Project Director or Principal Investigator**
Chelsie Huntley
chelsie.huntley@state.mn.us
651-201-3882

**8. Authorized Official**
Ms. Terri Peaslee
Accounting Director
terri.peaslee@state.mn.us
651-201-4344

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Angel Winters
Grants Management Officer/Specialist
jvr1@cdc.gov
404-498-4056

**10. Program Official Contact Information**
Kristin Loncorich
Program Officer
uik5@cdc.gov
404-498-2006

## Federal Award Information

**11. Award Number**
6 NE11OE000048-03-03

**12. Unique Federal Award Identification Number (FAIN)**
NE11OE000048

**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
Strengthening Minnesota's Public Health Infrastructure, Workforce, and Data Systems

**15. Assistance Listing Number**
93.967

**16. Assistance Listing Program Title**
CDC's Collaboration with Academia to Strengthen Public Health

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---:|
| **19. Budget Period Start Date** 12/01/2024 **- End Date** 11/30/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21.** Authorized Carryover | $0.00 |
| **22.** Offset | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $3,231,820.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $3,231,820.00 |
| **26. Period of Performance Start Date** 12/01/2022 **- End Date** 11/30/2027 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $61,638,030.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Mrs. Erica Stewart
Team Lead, Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NE11OE000048-03-03
FAIN# NE11OE000048
Federal Award Date: 11/13/2025

## Recipient Information

**Recipient Name**

MINNESOTA DEPARTMENT OF HEALTH

625 Robert St N

IDEPC-DUP

Saint Paul, MN 55155-2538

[NO DATA]

**Congressional District of Recipient**

04

**Payment Account Number and Type**

1416007162B3

**Employer Identification Number (EIN) Data**

416007162

**Universal Numbering System (DUNS)**

804887321

**Recipient's Unique Entity Identifier (UEI)**

DHQVY2WCVHC5

---

**31. Assistance Type**

Project Grant

**32. Type of Award**

Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $1,722,710.00 |
| **b. Fringe Benefits** | $802,831.00 |
| **c. Total Personnel Costs** | $2,525,541.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $19,423.00 |
| **f. Travel** | $0.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $50,000.00 |
| **i. Contractual** | $50,930.00 |
| **j. TOTAL DIRECT COSTS** | $2,645,894.00 |
| **k. INDIRECT COSTS** | $585,926.00 |
| **l. TOTAL APPROVED BUDGET** | $3,231,820.00 |
| **m. Federal Share** | $3,231,820.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 4-9390MFC | 23NE11OE000048C5 | OE | 410U | 93.967 | $0.00 | 75-2124-0943 |
| 5-9390MR5 | 23NE11OE000048A2 | OE | 410U | 93.967 | $0.00 | 75-2425-0943 |
| 3-9390L1Z | 23NE11OE000048A1C6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390JXA | 23NE11OE000048A2 | OE | 410U | 93.967 | $0.00 | 75-2224-0943 |
| 4-9390LFF | 23NE11OE000048A2 | OE | 410U | 93.967 | $0.00 | 75-2324-0943 |
| 4-9390MV6 | 23NE11OE000048DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390LM6 | 23NE11OE000048DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390LFD | 23NE11OE000048LDXC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

Award#   6 NE11OE000048-03-03
FAIN#   NE11OE000048
Federal Award Date:   11/13/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

MINNESOTA DEPARTMENT OF HEALTH                                    6 NE11OE000048-03-03

1. Terms and Conditions NE11OE000049

## TERMS & CONDITIONS

The purpose of this amendment is to incorporate updated terms and conditions:

**Applicable Regulatory Provisions**: Prior to October 1, 2025, this award was subject to 45 CFR 75 except for eight flexibilities from 2 CFR 200 adopted by HHS on October 1, 2024.  After October 1, 2025, this award is subject to any applicable provisions of 2 CFR 200 and 2 CFR 300.

**Termination**: Prior to October 1, 2025, this award was subject to the termination provisions at 45 CFR 75.372. Starting on October 1, 2025, this award is subject to the termination provisions at 2 CFR 200.340. Pursuant to 2 CFR 200.340, the recipient agrees by accepting this award that continued funding for the award is contingent upon the availability of appropriated funds, recipient satisfactory performance, compliance with the terms and conditions of the award, and a decision by the agency that the award continues to effectuate program goals or agency priorities.

ALL OTHER TERMS AND CONDITIONS REMAIN IN EFFECT.

*State of Illinois, et al.*
*v.*
*Russell Vought, et al.*
U.S. Dist. Ct. No. 26-cv-1566

# DECLARATION OF
# WENDY UNDERWOOD

# Exhibit C



**DEPARTMENT OF HEALTH**

*Protecting, Maintaining and Improving the Health of All Minnesotans*

December 22, 2025

**Via Grant Solutions**

Angel Winters
Grants Management Officer/Specialist
Jvr1@cdc.gov

RE:  Award # 6 NE11OE000048-03-03, Strengthening Minnesota's Public Health Infrastructure, Workforce, and Data Systems

Dear Angel Winters,

I write on behalf of the Minnesota Department of Health (MDH) to clarify MDH's understanding of the effect of purported updates to terms and conditions for this award.

The notice of award dated November 13, 2025, and assigned the above-referenced award number, did not obligate any additional federal funds for this award.  However, this notice of award states that its purpose is to incorporate updated terms and conditions.

To the extent this notice of award purports to add to, update or amend the terms and conditions that apply to funds previously awarded, MDH understands these new, amended, or updated terms and conditions to have no effect.  This includes, to the extent applicable, terms and conditions asserting that the termination provisions at 2 CFR § 200.340 apply to funds awarded before October 1, 2025.  Such previously awarded funds are governed by the applicable laws, regulations, and terms that were specified, valid, and effective at the time the funds were awarded.  Furthermore, MDH's drawing down of funds previously awarded should not be construed as waiving or limiting any rights, arguments, or defenses concerning the application or interpretation of these provisions or any other relevant laws, regulations, or requirements.

This letter and its statements apply to the above referenced Notice of Award as well as all other awards, including modifications and continuations, to which the same or similar conditions or circumstances apply.

Sincerely,

Mel Gresczyk
Chief Operating Officer

*An equal opportunity employer.*

*State of Illinois, et al.*
*v.*
*Russell Vought, et al.*
U.S. Dist. Ct. No. 26-cv-1566

# DECLARATION OF
# WENDY UNDERWOOD

# Exhibit D



**DEPARTMENT OF HEALTH**

*Protecting, Maintaining and Improving the Health of All Minnesotans*

December 17, 2025

**Via Grant Solutions**

Angel Winters
Grants Management Specialist]
jvr1@cdc.gov

     RE:  Award # 5 NE11OE000048-04-00, Strengthening Minnesota's Public Health Infrastructure, Workforce, and Data Systems

Dear Ms. Winters,

I write on behalf of the Minnesota Department of Health (MDH) concerning terms and conditions of the above-referenced award. MDH accepts this award with the following clarifications, to the extent applicable to this award:

**(1) Form HHS 690 and Civil Rights Assurance**

MDH's filing of Form HHS 690 satisfies any and all legal obligations regarding assurance of compliance with federal anti-discrimination laws. MDH's most recently completed Form HHS 690 was submitted on September 30, 2025. As assured in that form, MDH complies with federal anti-discrimination statutes and regulations as MDH understands them.

The October 1, 2025 HHS Grants Policy Statement contains the following language in its "Civil Rights Assurance" section (section 2.5.4.3):

> By applying for or accepting federal funds from HHS, recipients certify compliance with all federal antidiscrimination laws and these requirements and that complying with those laws is a material condition of receiving federal funding streams. Recipients are responsible for ensuring subrecipients, contractors, and partners also comply.

To the extent applicable to this award, this language does not expand or change the contents of Form HHS 690. MDH understands the amended content to be co-extensive with the required assurance for the federal anti-discrimination statutes and regulations specifically cited in Form HHS 690.

Regarding the language in section 2.5.4.3 about ensuring compliance of subrecipients, contractors, and partners, MDH accepts this award based on its best understanding of this provision, which uses undefined, vague, and ambiguous terminology, and has an unclear scope. MDH understands that this provision does not establish or create any new obligations beyond those that already exist in applicable federal laws and regulations valid and effective at the time of award.

Angel Winters
Re: Award # 5 NE11OE000048-04-00
December 17, 2025
Page 2

**(2) Title IX Certification Language**

The HHS Grants Policy Statement, dated October 1, 2025, adds language to the "Civil Rights Assurance" section (section 2.5.4.3) regarding Title IX certification. Such terms state that, upon acceptance of the award, the recipient certifies its compliance with "Title IX of the Education Amendments of 1972, as amended, 20 U.S.C. §§ 1681 et seq., including the requirements set forth in Presidential Executive Order 14168 titled Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, and Title VI of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d et seq."

To the extent this or a similar certification condition is applicable to this award, MDH's understanding of the condition is based on applicable law and its best interpretation of the certification provisions, which themselves are vague, ambiguous, use undefined terminology, and have an unclear scope. In particular, MDH understands that the new terms and conditions require compliance with existing federal anti-discriminatory laws but do not establish or create any new obligations beyond existing federal anti-discriminatory laws. MDH also notes that it reads Executive Order 14168 to govern only federal agencies and employees and that it does not proscribe a grantee's activities. Additionally, in light of the October 23, 2025, order entered by the court in *Rhode Island Coalition Against Domestic Violence v. Kennedy*, 1:25-cv-00342, (D.R.I.), MDH's acceptance of this award does not constitute acceptance of the above-referenced Title IX certification condition. MDH reserves its right to challenge the lawfulness, interpretation, and applicability of this certification condition if U.S. Centers for Disease Control and Prevention seeks to enforce it at a later date.

**(3) Termination Provisions**

Section 3.6.4 of the HHS Grants Policy Statement, dated October 1, 2025, discusses termination of awards under 2 C.F.R. § 200.340. Among other things, this section states that "[f]ederal awards may also be terminated if an award no longer effectuates the program goals or agency priorities, in line with 2 CFR 200.340(a)(4)." By accepting this award, MDH does not waive or concede any arguments concerning the application or interpretation of 2 C.F.R. § 200.340.

Angel Winters
Re: Award # 5 NE11OE000048-04-00
December 17, 2025
Page 3

**(4) Special Restrictions**

To the extent this Notice of Award adds any special restrictions that delay or condition MDH's access to the funds obligated, MDH's acceptance of this award should not be construed as waiving or otherwise limiting MDH's rights to object to such restrictions.

**(5) Additional award-specific clarifications**

Please refer to attachment A for any additional points of clarification specific to this award.

This letter and its statements apply to the above referenced Notice of Award as well as all other awards, including modifications and continuations, to which the same or similar conditions or circumstances apply.

Sincerely,

Mel Gresczyk
Chief Operating Officer

Angel Winters
Re: Award # 5 NE11OE000048-04-00
December 17, 2025
Page 4

**Attachment A: Additional award-specific clarifications**

The Minnesota Department of Health (MDH) accepts this award with the following additional clarifications:

MDH accepts this award based on the indirect cost rate of 23.20% as described on page six of the Notice of Award. MDH notes that this indirect cost rate is not accurately reflected in section 33 of the Notice of Award as it pertains to the approved budget amount for indirect costs. Similarly, other amounts in section 33 do not reflect the budget submitted by MDH.

MDH understands that the CDC will be issuing a revised Notice of Award in response to the request for the revised budget that MDH is required to submit by February 16, 2026. MDH understands that the approved budget—section 33—of the forthcoming Notice of Award will be revised to align with and accurately reflect the revised budget as the CDC has represented in its December 9, 2025 communication to MDH concerning MDH's SF-424A and budget revision.

*State of Illinois, et al.*
*v.*
*Russell Vought, et al.*
U.S. Dist. Ct. No. 26-cv-1566

# DECLARATION OF
# WENDY UNDERWOOD

# Exhibit E

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

## Notice of Award

Award# 6 NE11OE000048-04-02
FAIN# NE11OE000048
Federal Award Date: 01/23/2026

## Recipient Information

**1. Recipient Name**
MINNESOTA DEPARTMENT OF HEALTH
625 Robert St N
IDEPC-DUP
Saint Paul, MN 55155-2538
[NO DATA]

**2. Congressional District of Recipient**
04
**3. Payment System Identifier (ID)**
1416007162B3
**4. Employer Identification Number (EIN)**
416007162
**5. Data Universal Numbering System (DUNS)**
804887321
**6. Recipient's Unique Entity Identifier (UEI)**
DHQVY2WCVHC5
**7. Project Director or Principal Investigator**

Chelsie Huntley
chelsie.huntley@state.mn.us
651-201-3882

**8. Authorized Official**

Ms. Terri Peaslee
Accounting Director
terri.peaslee@state.mn.us
651-201-4344

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**

Angel Winters
Grants Management Officer/Specialist
jvr1@cdc.gov
404-498-4056

**10. Program Official Contact Information**

Kristin Loncorich
Program Officer
uik5@cdc.gov
404-498-2006

## Federal Award Information

**11. Award Number**
6 NE11OE000048-04-02
**12. Unique Federal Award Identification Number (FAIN)**
NE11OE000048
**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
Strengthening Minnesota's Public Health Infrastructure, Workforce, and Data Systems

**15. Assistance Listing Number**
93.967
**16. Assistance Listing Program Title**
CDC's Collaboration with Academia to Strengthen Public Health

**17. Award Action Type**
Administrative Action
**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

**19. Budget Period Start Date** 12/01/2025 **- End Date** 11/30/2026
**20. Total Amount of Federal Funds Obligated by this Action** $0.00
   20a. Direct Cost Amount $0.00
   20b. Indirect Cost Amount $0.00
**21.** Authorized Carryover $0.00
**22.** Offset $0.00
**23.** Total Amount of Federal Funds Obligated this budget period $3,231,820.00
**24. Total Approved Cost Sharing or Matching, where applicable** $0.00
**25. Total Federal and Non-Federal Approved this Budget Period** $3,231,820.00
**26. Period of Performance Start Date** 12/01/2022 **- End Date** 11/30/2027
**27.** Total Amount of the Federal Award including Approved
Cost Sharing or Matching this Period of Performance $64,869,850.00

**28. Authorized Treatment of Program Income**
   ADDITIONAL COSTS
**29. Grants Management Officer – Signature**

Mrs. Erica Stewart

Team Lead, Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NE11OE000048-04-02
FAIN# NE11OE000048
Federal Award Date: 01/23/2026

## Recipient Information

**Recipient Name**
MINNESOTA DEPARTMENT OF HEALTH
625 Robert St N
IDEPC-DUP
Saint Paul, MN 55155-2538
[NO DATA]

**Congressional District of Recipient**
04

**Payment Account Number and Type**
1416007162B3

**Employer Identification Number (EIN) Data**
416007162

**Universal Numbering System (DUNS)**
804887321

**Recipient's Unique Entity Identifier (UEI)**
DHQVY2WCVHC5

---

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $999,389.00 |
| **b. Fringe Benefits** | $460,684.00 |
| **c. Total Personnel Costs** | $1,460,073.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $7,212.00 |
| **f. Travel** | $0.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $1,385,048.00 |
| **i. Contractual** | $40,750.00 |
| **j. TOTAL DIRECT COSTS** | $2,893,083.00 |
| **k. INDIRECT COSTS** | $338,737.00 |
| **l. TOTAL APPROVED BUDGET** | $3,231,820.00 |
| **m. Federal Share** | $3,231,820.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 4-9390MFC | 23NE11OE000048C5 | OE | 410U | 93.967 | $0.00 | 75-2124-0943 |
| 5-9390MR5 | 23NE11OE000048A2 | OE | 410U | 93.967 | $0.00 | 75-2425-0943 |
| 3-9390L1Z | 23NE11OE000048A1C6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390JXA | 23NE11OE000048A2 | OE | 410U | 93.967 | $0.00 | 75-2224-0943 |
| 4-9390LFF | 23NE11OE000048A2 | OE | 410U | 93.967 | $0.00 | 75-2324-0943 |
| 4-9390MV6 | 23NE11OE000048DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390LM6 | 23NE11OE000048DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390LFD | 23NE11OE000048LDXC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 6-9390QMC | 23NE11OE000048A2 | OE | 410U | 93.967 | $0.00 | 75-2526-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award



Centers for Disease Control and Prevention

Award# 6 NE11OE000048-04-02
FAIN# NE11OE000048
Federal Award Date: 01/23/2026

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | 0.00 | 0.00 | 0.00 |

# AWARD ATTACHMENTS

MINNESOTA DEPARTMENT OF HEALTH                    6 NE11OE000048-04-02

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

The purpose of this amendment is to pause activities under this award in accordance with 2 C.F.R. Part 200.340(a)(4). The reason for the pause is to review and evaluate activities funded within this PHIG award program to ensure alignment with administration and agency priorities.

Activities are paused until further notice. Future activities will be subject to additional guidance and the availability of funds.

The funds issued pursuant to this award are restricted until further notice.

No additional costs may be incurred.

This action is not subject to appeal.

*State of Illinois, et al.*
*v.*
*Russell Vought, et al.*
U.S. Dist. Ct. No. 26-cv-1566

# DECLARATION OF
# WENDY UNDERWOOD

# Exhibit F

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NE11OE000048-04-03

FAIN# NE11OE000048

Federal Award Date: 01/24/2026

## Recipient Information

1. **Recipient Name**
   MINNESOTA DEPARTMENT OF HEALTH
   625 Robert St N
   IDEPC-DUP
   Saint Paul, MN 55155-2538
   [NO DATA]

2. **Congressional District of Recipient**
   04

3. **Payment System Identifier (ID)**
   1416007162B3

4. **Employer Identification Number (EIN)**
   416007162

5. **Data Universal Numbering System (DUNS)**
   804887321

6. **Recipient's Unique Entity Identifier (UEI)**
   DHQVY2WCVHC5

7. **Project Director or Principal Investigator**
   Chelsie Huntley
   chelsie.huntley@state.mn.us
   651-201-3882

8. **Authorized Official**
   Ms. Terri Peaslee
   Accounting Director
   terri.peaslee@state.mn.us
   651-201-4344

### Federal Agency Information

CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Angel Winters
   Grants Management Officer/Specialist
   jvr1@cdc.gov
   404-498-4056

10. **Program Official Contact Information**
    Kristin Loncorich
    Program Officer
    uik5@cdc.gov
    404-498-2006

## Federal Award Information

11. **Award Number**
    6 NE11OE000048-04-03

12. **Unique Federal Award Identification Number (FAIN)**
    NE11OE000048

13. **Statutory Authority**
    317(K)(2) OF PHSA 42USC 247B(K)(2)

14. **Federal Award Project Title**
    Strengthening Minnesota's Public Health Infrastructure, Workforce, and Data Systems

15. **Assistance Listing Number**
    93.967

16. **Assistance Listing Program Title**
    CDC's Collaboration with Academia to Strengthen Public Health

17. **Award Action Type**
    Administrative Action

18. **Is the Award R&D?**
    No

### Summary Federal Award Financial Information

19. **Budget Period Start Date** 12/01/2025 **- End Date** 11/30/2026

20. **Total Amount of Federal Funds Obligated by this Action** $0.00
    20a. Direct Cost Amount $0.00
    20b. Indirect Cost Amount $0.00

21. Authorized Carryover $0.00

22. Offset $0.00

23. Total Amount of Federal Funds Obligated this budget period $3,231,820.00

24. **Total Approved Cost Sharing or Matching, where applicable** $0.00

25. **Total Federal and Non-Federal Approved this Budget Period** $3,231,820.00

26. **Period of Performance Start Date** 12/01/2022 **- End Date** 11/30/2027

27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance $64,869,850.00

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS

29. **Grants Management Officer – Signature**
    Mrs. Erica Stewart
    Team Lead, Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NE11OE000048-04-03
FAIN# NE11OE000048
Federal Award Date: 01/24/2026

## Recipient Information

**Recipient Name**

MINNESOTA DEPARTMENT OF HEALTH

625 Robert St N

IDEPC-DUP

Saint Paul, MN 55155-2538

[NO DATA]

**Congressional District of Recipient**

04

**Payment Account Number and Type**

1416007162B3

**Employer Identification Number (EIN) Data**

416007162

**Universal Numbering System (DUNS)**

804887321

**Recipient's Unique Entity Identifier (UEI)**

DHQVY2WCVHC5

---

**31. Assistance Type**

Project Grant

**32. Type of Award**

Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a.  **Salaries and Wages** | $999,389.00 |
| b.  **Fringe Benefits** | $460,684.00 |
| c.  **Total Personnel Costs** | $1,460,073.00 |
| d.  Equipment | $0.00 |
| e.  Supplies | $7,212.00 |
| f.  Travel | $0.00 |
| g.  Construction | $0.00 |
| h.  Other | $1,385,048.00 |
| i.  Contractual | $40,750.00 |
| j.  **TOTAL DIRECT COSTS** | $2,893,083.00 |
| k.  **INDIRECT COSTS** | $338,737.00 |
| l.  **TOTAL APPROVED BUDGET** | $3,231,820.00 |
| m.  Federal Share | $3,231,820.00 |
| n.  Non-Federal Share | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 4-9390MFC | 23NE11OE000048C5 | OE | 410U | 93.967 | $0.00 | 75-2124-0943 |
| 5-9390MR5 | 23NE11OE000048A2 | OE | 410U | 93.967 | $0.00 | 75-2425-0943 |
| 3-9390L1Z | 23NE11OE000048A1C6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390JXA | 23NE11OE000048A2 | OE | 410U | 93.967 | $0.00 | 75-2224-0943 |
| 4-9390LFF | 23NE11OE000048A2 | OE | 410U | 93.967 | $0.00 | 75-2324-0943 |
| 4-9390MV6 | 23NE11OE000048DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390LM6 | 23NE11OE000048DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390LFD | 23NE11OE000048LDXC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 6-9390QMC | 23NE11OE000048A2 | OE | 410U | 93.967 | $0.00 | 75-2526-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NE11OE000048-04-03

FAIN#  NE11OE000048

Federal Award Date:  01/24/2026

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | 0.00 | 0.00 | 0.00 |

# AWARD ATTACHMENTS

MINNESOTA DEPARTMENT OF HEALTH                    6 NE11OE000048-04-03

1. Terms & Conditions

**TERMS AND CONDITIONS OF AWARD**

The purpose of this amendment is to <u>rescind</u> the notice of award dated January 23, 2026, suspending activities under this award. Activities and funding under this award are no longer paused or restricted. Accordingly, award activities may continue consistent with the existing terms and conditions of the award, including applicable regulations.

The costs associated with any such stoppage of work, including reasonable and legitimate costs of compliance with local labor laws, existing contractual obligations that cannot be legally paused, and costs associated with the security of assets – that occurred during this time period may be allowable for payment, consistent with applicable grant regulations and the existing terms and conditions of the award.

Any costs incurred prior to this pause may also be allowable for payment, consistent with applicable grant regulations and the existing terms and conditions of the award.

If you have questions or need additional clarification about this notice, please contact your CDC Grants Management Officer or Grants Management Specialist.

All the other terms and conditions issued with the existing award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

*State of Illinois, et al.*
*v.*
*Russell Vought, et al.*
U.S. Dist. Ct. No. 26-cv-1566

# DECLARATION OF
# WENDY UNDERWOOD

# Exhibit G

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 5 NU17CE010056-05-00
FAIN# NU17CE010056
Federal Award Date: 07/30/2025

## Recipient Information

**1. Recipient Name**
MINNESOTA DEPARTMENT OF HEALTH
625 Robert St N
Saint Paul, MN 55155-2538
[NO DATA]

**2. Congressional District of Recipient**
04
**3. Payment System Identifier (ID)**
1416007162B3
**4. Employer Identification Number (EIN)**
416007162
**5. Data Universal Numbering System (DUNS)**
804887321
**6. Recipient's Unique Entity Identifier (UEI)**
DHQVY2WCVHC5
**7. Project Director or Principal Investigator**

Ms. Ericka  Welsh
Principal Investigator
ericka.welsh@state.mn.us
651-201-5619

**8. Authorized Official**

Ms. Terri  Peaslee
Authorized Organizational Representative
terri.peaslee@state.mn.us
651-201-3552

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Ms. Karen Law
Grants Management Specialist
uep2@cdc.gov
404-498-1360

**10. Program Official Contact Information**
Khiya  Mullins
Program Officer
fys7@cdc.gov
770-488-3911

## Federal Award Information

**11. Award Number**
5 NU17CE010056-05-00
**12. Unique Federal Award Identification Number (FAIN)**
NU17CE010056
**13. Statutory Authority**
301, 391(a)(2) and 392(a)(1) of the Public Health Service Act

**14. Federal Award Project Title**
The Common Core for Minnesota: Securing Safety and Health with Data to Action through our State Injury Prevention Program.
**15. Assistance Listing Number**
93.136
**16. Assistance Listing Program Title**
Injury Prevention and Control Research and State and Community Based Programs

**17. Award Action Type**
Non-Competing Continuation
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 08/01/2025 **- End Date** 07/31/2026 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $400,000.00 |
| 20a. Direct Cost Amount | $328,541.00 |
| 20b. Indirect Cost Amount | $71,459.00 |
| **21.** Authorized Carryover | $0.00 |
| **22.** Offset | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $0.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $400,000.00 |
| **26. Period of Performance Start Date** 08/01/2021 **- End Date** 07/31/2026 | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | $2,000,000.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Mrs. Rhonda Colbert
Grants Management Officer

## 30. Remarks

Non-Competing Continuation: Financial Assistance in the amount of $400,000

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 5 NU17CE010056-05-00
FAIN# NU17CE010056
Federal Award Date: 07/30/2025

## Recipient Information

**Recipient Name**
MINNESOTA DEPARTMENT OF HEALTH
625 Robert St N
Saint Paul, MN 55155-2538
[NO DATA]

**Congressional District of Recipient**
04

**Payment Account Number and Type**
1416007162B3

**Employer Identification Number (EIN) Data**
416007162

**Universal Numbering System (DUNS)**
804887321

**Recipient's Unique Entity Identifier (UEI)**
DHQVY2WCVHC5

---

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---|
| **a.** | **Salaries and Wages** | $237,891.00 |
| **b.** | **Fringe Benefits** | $70,126.00 |
| **c.** | **Total Personnel Costs** | $308,017.00 |
| **d.** | **Equipment** | $0.00 |
| **e.** | **Supplies** | $2,593.00 |
| **f.** | **Travel** | $9,127.00 |
| **g.** | **Construction** | $0.00 |
| **h.** | **Other** | $8,804.00 |
| **i.** | **Contractual** | $0.00 |
| **j.** | **TOTAL DIRECT COSTS** | $328,541.00 |
| **k.** | **INDIRECT COSTS** | $71,459.00 |
| **l.** | **TOTAL APPROVED BUDGET** | $400,000.00 |
| **m.** | **Federal Share** | $400,000.00 |
| **n.** | **Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 5-939ZSFU | 21NU17CE010056 | CE | 41.51 | 93.136 | $24,106.00 | 75-25-0952 |
| 5-939ZXZK | 21NU17CE010056 | CE | 41.51 | 93.136 | $375,894.00 | 75-25-0952 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award

Centers for Disease Control and Prevention

Award#  5 NU17CE010056-05-00
FAIN#  NU17CE010056
Federal Award Date:  07/30/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

MINNESOTA DEPARTMENT OF HEALTH 5 NU17CE010056-05-00

1. Terms and Conditions

## AWARD INFORMATION

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number **CE21-2101**, entitled ***Advancing Surveillance of Violent Deaths Using the National Violent Death Reporting System*** an application dated **April 14, 2025**, as may be amended, which are hereby made a part of this Non- research award, hereinafter referred to as the Notice of Award (NoA).

**Applicable Regulatory Provisions:** Prior to October 1, 2025, this award is subject to 45 CFR 75 except for eight flexibilities from 2 CFR 200 adopted by HHS on October 1, 2024. After October 1, 2025, this award will be subject to any applicable provisions of 2 CFR 200 and 2 CFR 300.

**Termination:** Prior to October 1, 2025, this award is subject to the termination provisions at 45 CFR 75.372. Starting on October 1, 2025, this award is subject to the termination provisions at 2 CFR 200.340. Pursuant to 2 CFR 200.340, the recipient agrees by accepting this award that continued funding for the award is contingent upon the availability of appropriated funds, recipient satisfactory performance, compliance with the terms and conditions of the award, and a decision by the agency that the award continues to effectuate program goals or agency priorities.

**Assurance of Compliance:** The applicant hereby agrees that it will comply with Title VI of the Civil Rights act of 1964, as amended (codified at 42 U.S.C. 2000d et seq.), and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 CFR Part 80); Section 504 of the Rehabilitation Act of 1973, as amended (codified at 29 U.S.C. 794), and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 CFR Part 84); Title IX of the Education Amendments of 1972, as amended (codified at 20 U.S.C. § 1681 et seq.), and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 CFR Part 86); The Age Discrimination Act of 1975, as amended (codified at 42 U.S.C. § 6101 et seq.), and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 CFR Part 91); and Section 1557 of the Patient Protection and Affordable Care Act, as amended (codified at 42 U.S.C.§ 18116), and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 CFR Part 92).

**Total Approved Funding is included in Summary Federal Award Financial Information on page 1 of the NOA.** All future year funding will be based on satisfactory programmatic progress and the availability of funds.

*Approved* **Component:** The NOFO provides for the funding of multiple components under this award. For this NOA, the approved funding level for each component is shown below:

| NOFO Component | Amount |
|---|---|
| Base Component | $ 250,000 |
| Enhanced Component | $ 150,000 |
| **TOTAL FUNDING** | **$ 400,000** |

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third-party in-kind contribution when applicable.

**Financial Assistance Mechanism:** Cooperative Agreement.

**Technical Review:** Within 5 days of this Notice of Award's (NOA) issue date, the Technical Review will be accessible to the recipient in GrantSolutions Grant Notes. Contact the assigned Program Officer indicated in the NOA with any questions regarding this document or any follow up requirements and timelines set forth therein.

**Substantial Involvement by CDC:** This is a cooperative agreement, and CDC will have substantial programmatic involvement after the award is made. Substantial involvement is in addition to all post-award monitoring, technical assistance, and performance reviews undertaken in the normal course of stewardship of federal funds.

CDC program staff will assist, coordinate, or participate in carrying out effort under the award, and recipients agree to the responsibilities therein, as detailed in the NOFO.

**Expanded Authority:** The recipient is permitted the following expanded authority in the administration of the award.

☒ Carryover of unobligated balances from one budget period to a subsequent budget period. Unobligated funds may be used for purposes within the scope of the project as originally approved. Recipients will report use, or intended use, of unobligated funds in Section 12 "Remarks" of the annual Federal Financial Report. If the GMO determines that some or all of the unobligated funds are not necessary to complete the project, the GMO may restrict the recipient's authority to automatically carry over unobligated balances in the future, use the balance to reduce or offset CDC funding for a subsequent budget period, or use a combination of these actions.

## FUNDING RESTRICTIONS AND LIMITATIONS

- Recipients may not use funds for research.
- Recipients may not use funds for clinical care except as allowed by law.
- Recipients may use funds only for reasonable program purposes, including personnel, travel, supplies, and services.
- Generally, recipients may not use funds to purchase furniture or equipment. Any such proposed spending must be clearly identified in the budget.
- Reimbursement of pre-award costs generally is not allowed, unless the CDC provides written approval to the recipient.
- Other than for normal and recognized executive-legislative relationships, no funds may be used for:

   o   publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
   o   the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body

- See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients.
- The direct and primary recipient in a cooperative agreement program must perform a substantial role in carrying out project outcomes and not merely serve as a conduit for an award to another party or provider who is ineligible.

**Indirect Costs:** Indirect costs are approved based on the negotiated indirect cost rate agreement dated March 21, 2024, which calculates indirect costs as follows, a Provisional is approved at a rate of 23.20% of the base, which includes direct salaries and wages, including all fringe benefits. The effective dates of this indirect cost rate are from July 1, 2025 to June 30, 2027.

## PAYMENT INFORMATION

**Payment Management System Subaccount:** Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the " P Account". Funds must be used in support of approved activities in the NOFO and the approved application. All award funds must be tracked and reported separately.

The grant document number identified on the bottom of Page 2 of the Notice of Award must be known in order to draw down funds.

## CDC STAFF CONTACTS:

**Grants Management Specialist (GMS):** The GMS is the federal staff member responsible for the day-to-day management of grants and cooperative agreements. The GMS is the primary contact of recipients for business and administrative matters pertinent to grant awards.

**The GMS contact information is located on page 1, item #9.**

**Program/Project Officer (PO):** The PO is the federal official responsible for monitoring the programmatic, scientific, and/or technical aspects of grants and cooperative agreements, as well as contributing to the effort of the award under cooperative agreements.

**The PO contact information is located on page 1, item #10.**

**Grants Management Officer (GMO):** The GMO is the federal official responsible for the business and other non-programmatic aspects of grant awards. The GMO is the only official authorized to obligate federal funds and is responsible for signing the NoA, including revisions to the NoA that change the terms and conditions. The GMO serves as the counterpart to the business officer of the recipient organization.

**The GMO contact information is located on page 1, item #29.**

*State of Illinois, et al.*
*v.*
*Russell Vought, et al.*
U.S. Dist. Ct. No. 26-cv-1566

# DECLARATION OF
# WENDY UNDERWOOD

# Exhibit H

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU17CE010056-05-01

FAIN# NU17CE010056

Federal Award Date: 08/01/2025

## Recipient Information

**1. Recipient Name**
MINNESOTA DEPARTMENT OF HEALTH
625 Robert St N
Saint Paul, MN 55155-2538
[NO DATA]

**2. Congressional District of Recipient**
04
**3. Payment System Identifier (ID)**
1416007162B3
**4. Employer Identification Number (EIN)**
416007162
**5. Data Universal Numbering System (DUNS)**
804887321
**6. Recipient's Unique Entity Identifier (UEI)**
DHQVY2WCVHC5
**7. Project Director or Principal Investigator**

Ms. Ericka Welsh
Principal Investigator
ericka.welsh@state.mn.us
651-201-5619
**8. Authorized Official**

Ms. Terri Peaslee
Authorized Organizational Representative
terri.peaslee@state.mn.us
651-201-3552

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Ms. Karen Law
Grants Management Specialist
uep2@cdc.gov
404-498-1360

**10. Program Official Contact Information**
Khiya Mullins
Program Officer
fys7@cdc.gov
770-488-3911

## Federal Award Information

**11. Award Number**
6 NU17CE010056-05-01
**12. Unique Federal Award Identification Number (FAIN)**
NU17CE010056
**13. Statutory Authority**
301, 391(a)(2) and 392(1) of the Public Health Service Act

**14. Federal Award Project Title**
The Common Core for Minnesota: Securing Safety and Health with Data to Action through our State Injury Prevention Program.
**15. Assistance Listing Number**
93.136
**16. Assistance Listing Program Title**
Injury Prevention and Control Research and State and Community Based Programs

**17. Award Action Type**
Administrative Action
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 08/01/2025 - **End Date** 07/31/2026 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $400,000.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $400,000.00 |
| **26. Period of Performance Start Date** 08/01/2021 - **End Date** 07/31/2026 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $2,000,000.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Mrs. Rhonda Colbert
Grants Management Officer

## 30. Remarks

Administrative amendment

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU17CE010056-05-01
FAIN# NU17CE010056
Federal Award Date: 08/01/2025

## Recipient Information

**Recipient Name**
MINNESOTA DEPARTMENT OF HEALTH
625 Robert St N
Saint Paul, MN 55155-2538
[NO DATA]

**Congressional District of Recipient**
04

**Payment Account Number and Type**
1416007162B3

**Employer Identification Number (EIN) Data**
416007162

**Universal Numbering System (DUNS)**
804887321

**Recipient's Unique Entity Identifier (UEI)**
DHQVY2WCVHC5

| 31. Assistance Type |
|---|
| Cooperative Agreement |
| **32. Type of Award** |
| Other |

**33. Approved Budget**
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a. Salaries and Wages** | $237,891.00 |
| **b. Fringe Benefits** | $70,126.00 |
| **c. Total Personnel Costs** | $308,017.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $2,593.00 |
| **f. Travel** | $9,127.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $8,804.00 |
| **i. Contractual** | $0.00 |
| **j. TOTAL DIRECT COSTS** | $328,541.00 |
| **k. INDIRECT COSTS** | $71,459.00 |
| **l. TOTAL APPROVED BUDGET** | $400,000.00 |
| **m. Federal Share** | $400,000.00 |
| **n. Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 5-939ZSFU | 21NU17CE010056 | CE | 41.51 | 93.136 | $0.00 | 75-25-0952 |
| 5-939ZXZK | 21NU17CE010056 | CE | 41.51 | 93.136 | $0.00 | 75-25-0952 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU17CE010056-05-01

FAIN# NU17CE010056

Federal Award Date: 08/01/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

MINNESOTA DEPARTMENT OF HEALTH                    6 NU17CE010056-05-01

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS**

**PURPOSE**: The purposes of this amendment administratively correct the condition previously noted in the terms and conditions of your award dated July 30, 2025.

Correction to title of the Notice of Funding Opportunity (NOFO) number CE21-2101:

***From:*** *Advancing Surveillance of Violent Deaths Using the National Violent Death Reporting System*

**To**: *Core State Injury Prevention Program (Core SIPP)*

All other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

The recipient is reminded that they must exercise proper stewardship over all awards of Federal funds by ensuring that all costs charged to their cooperative agreement are reasonable, allowable, allocable, and necessary.

**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

*State of Illinois, et al.*
*v.*
*Russell Vought, et al.*
U.S. Dist. Ct. No. 26-cv-1566

# DECLARATION OF
# WENDY UNDERWOOD

# Exhibit I



**DEPARTMENT
OF HEALTH**

*Protecting, Maintaining and Improving the Health of All Minnesotans*

August 8, 2025

**Via Grant Solutions**

Ms. Karen Law
Grants Management Specialist
uep2@cdc.gov

RE: Award # 5 NU17CE010056-05-00 (as amended by 6 NU17CE010056-05-01), The Common Core for Minnesota: Securing Safety and Health with Data to Action through our State Injury Prevention Program.

Dear Ms. Law,

I write on behalf of the Minnesota Department of Health (MDH) concerning terms and conditions of the above-referenced award. MDH accepts this award with the following clarifications, to the extent applicable to this award:

**(1) Form HHS 690 and content added to the HHS Grants Policy Statement, dated July 24, 2025**

MDH's filing of Form HHS 690 satisfies any and all legal obligations in connection with assurance of compliance with federal anti-discrimination laws. MDH's most recently completed Form HHS 690 was submitted on September 9, 2024. As assured in that form, MDH complies with federal anti-discrimination statutes and regulations as MDH understands them.

The HHS Grants Policy Statement, dated July 24, 2025, amends the pre-existing section titled "Civil Rights Assurance." To the extent applicable to this award, the amended content does not expand or change the contents of Form HHS 690. MDH understands the amended content to be co-extensive with required assurance for the federal anti-discrimination statutes and regulations specifically cited in Form HHS 690.

The HHS Grants Policy Statement's amended content also states that award recipients "are responsible for ensuring subrecipients, contractors, and partners also comply" with federal anti-discrimination laws. MDH accepts this award based on its best understanding of applicable law and this provision, which uses undefined, vague, and ambiguous terminology, and has an unclear scope. MDH understands that this new provision does not establish or create any new obligations beyond those that already exist in applicable federal laws and regulations valid and effective at the time of acceptance, in particular 45 C.F.R. §§ 75.351 - 75.353.

**(2) New grant-specific Title IX and Title VI certification language**

Certain HHS agencies have recently added new grant-specific terms relating to Title IX and Title VI certification. Such terms state that, upon acceptance of the award, the recipient

Ms. Karen Law
Re: Award # 5 NU17CE010056-05-00
August 8, 2025
Page 2

certifies its compliance with "Title IX of the Education Amendments of 1972, as amended, 20 U.S.C. §§ 1681 et seq., including the requirements set forth in Presidential Executive Order 14168 titled Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, and Title VI of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d et seq."

To the extent this award contains the same or similar certification language, MDH provides the certification based on currently available information and its best understanding of the certification provisions, which themselves are vague, ambiguous, use undefined terminology, and have an unclear scope. In particular, MDH understands that the new terms and conditions require compliance with federal anti-discriminatory laws but do not establish or create any new obligations beyond existing federal anti-discriminatory laws. MDH also notes that it reads Executive Order 14168 to govern only federal agencies and employees and that it does not proscribe a grantee's activities.

### (3) Applicable Regulations, Termination Provisions

Certain HHS agencies have also recently added new grant-specific terms relating to the applicable regulations, including regulations governing termination. Examples of such terms include the following:

- "Prior to October 1, 2025, the recipient agrees this award will be subject to 45 C.F.R. Part 75 (Uniform Administration Requirements, Cost Principles, and Audit Requirements for HHS Awards), with the exception of eight flexibilities HHS adopted on October 1, 2024, from 2 C.F.R. Part 200. See 2 C.F.R. § 300.1 (Adoption of 2 C.F.R. Part 200). After October 1, 2025, this award will be subject to all applicable provisions of 2 C.F.R. Parts 200 and 300 (Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards)."

- "Prior to October 1, 2025, this award is subject to the termination provisions at 45 C.F.R. 75.372. Starting on October 1, 2025, this award is subject to the termination provisions at 2 C.F.R. 200.340. Pursuant to 2 CFR 200.340, the recipient agrees by accepting this award that continued funding for the award is contingent upon the availability of appropriated funds, recipient satisfactory performance, compliance with the Terms and Conditions of the award, and a decision by the agency that the award continues to effectuate program goals or agency priorities."

To the extent this award has same or similar conditions, MDH accepts this award based solely on the applicable laws and regulations valid and effective at the time of acceptance.

Ms. Karen Law
Re: Award # 5 NU17CE010056-05-00
August 8, 2025
Page 3

**(4) Special Restrictions**

To the extent this notice adds any special restrictions that delay or condition MDH's access to the funds obligated, MDH's acceptance of this award should not be construed as waiving or otherwise limiting MDH's rights to object to such restrictions.

This letter and its statements apply to the above referenced Notice of Award as well as all other awards, including modifications and continuations, to which the same or similar conditions or circumstances apply.

Sincerely,

Mel Gresczyk
Chief Operating Officer

*State of Illinois, et al.*
*v.*
*Russell Vought, et al.*
U.S. Dist. Ct. No. 26-cv-1566

# DECLARATION OF
# WENDY UNDERWOOD

# Exhibit J

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU62PS924837-02-02
FAIN# NU62PS924837
Federal Award Date: 11/17/2025

## Recipient Information

**1. Recipient Name**
MINNESOTA DEPARTMENT OF HEALTH
PO BOX 64975
625 Robert Street, North
Saint Paul, MN 55164-0975
[NO DATA]

**2. Congressional District of Recipient**
02

**3. Payment System Identifier (ID)**
1416007162B5

**4. Employer Identification Number (EIN)**
416007162

**5. Data Universal Numbering System (DUNS)**
804887321

**6. Recipient's Unique Entity Identifier (UEI)**
DHQVY2WCVHC5

**7. Project Director or Principal Investigator**
Ms. Susan Gerbensky Klammer
Assistant Section Manager, (CCEPP) Section
susan.klammer@state.mn.us
651-201-5120

**8. Authorized Official**
Ms. Terri L. Peaslee..
Accounting Director/AOR
terri.peaslee@state.mn.us
651-201-3874

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mr. Ryan Springer
Grants Management Specialist (GMS)
rji2@cdc.gov
678-475-4693

**10. Program Official Contact Information**
Ms. Angelita Vasser
Program Officer
azv0@cdc.gov
404-638-7300

## Federal Award Information

**11. Award Number**
6 NU62PS924837-02-02

**12. Unique Federal Award Identification Number (FAIN)**
NU62PS924837

**13. Statutory Authority**
Section 318(b-c) of the Public Health Service Act (42USC Sections 247c(b-c), as amended and the Consolidated Appropriation Act of 2016 (Pub. L. 114-113)

**14. Federal Award Project Title**
Minnesota HIV Prevention and Surveillance

**15. Assistance Listing Number**
93.940

**16. Assistance Listing Program Title**
HIV Prevention Activities_Health Department Based

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 06/01/2025 **- End Date** 05/31/2026 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $3,291,778.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $3,291,778.00 |
| **26. Period of Performance Start Date** 08/01/2024 **- End Date** 05/31/2029 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $5,886,898.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Mrs. Benita Bosier-Ingram
Grant Management Specialist

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES   Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU62PS924837-02-02
FAIN#  NU62PS924837
Federal Award Date: 11/17/2025

## Recipient Information

**Recipient Name**

MINNESOTA DEPARTMENT OF HEALTH
PO BOX 64975
625 Robert Street, North
Saint Paul, MN 55164-0975
[NO DATA]

**Congressional District of Recipient**
02

**Payment Account Number and Type**
1416007162B5

**Employer Identification Number (EIN) Data**
416007162

**Universal Numbering System (DUNS)**
804887321

**Recipient's Unique Entity Identifier (UEI)**
DHQVY2WCVHC5

---

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $1,317,861.00 |
| **b.  Fringe Benefits** | $409,855.00 |
| **c.  Total Personnel Costs** | $1,727,716.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $361,318.00 |
| **f.  Travel** | $29,580.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $71,709.00 |
| **i.  Contractual** | $700,625.00 |
| **j.  TOTAL DIRECT COSTS** | $2,890,948.00 |
| **k.  INDIRECT COSTS** | $400,830.00 |
| **l.  TOTAL APPROVED BUDGET** | $3,291,778.00 |
| **m.  Federal Share** | $3,291,778.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 4-9390N51 | 24NU62PS924837 | PS | 410Q | 93.940 | $0.00 | 75-24-0950 |
| 4-9390N5M | 24NU62PS924837 | PS | 410Q | 93.940 | $0.00 | 75-24-0950 |
| 5-9390N51 | 24NU62PS924837 | PS | 410Q | 93.940 | $0.00 | 75-25-0950 |
| 5-9390N5M | 24NU62PS924837 | PS | 410Q | 93.940 | $0.00 | 75-25-0950 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award#   6 NU62PS924837-02-02

FAIN#   NU62PS924837

Federal Award Date:  11/17/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

MINNESOTA DEPARTMENT OF HEALTH        6 NU62PS924837-02-02

1. Terms & Conditions

## TERMS & CONDITIONS

The purpose of this amendment is to incorporate updated terms and conditions:

**Applicable Regulatory Provisions**: Prior to October 1, 2025, this award was subject to 45 CFR 75 except for eight flexibilities from 2 CFR 200 adopted by HHS on October 1, 2024.  After October 1, 2025, this award is subject to any applicable provisions of 2 CFR 200 and 2 CFR 300.

**Termination**: Prior to October 1, 2025, this award was subject to the termination provisions at 45 CFR 75.372. Starting on October 1, 2025, this award is subject to the termination provisions at 2 CFR 200.340. Pursuant to 2 CFR 200.340, the recipient agrees by accepting this award that continued funding for the award is contingent upon the availability of appropriated funds, recipient satisfactory performance, compliance with the terms and conditions of the award, and a decision by the agency that the award continues to effectuate program goals or agency priorities.

ALL OTHER TERMS AND CONDITIONS REMAIN IN EFFECT.

*State of Illinois, et al.*
*v.*
*Russell Vought, et al.*
U.S. Dist. Ct. No. 26-cv-1566

# DECLARATION OF
# WENDY UNDERWOOD

# Exhibit K



DEPARTMENT
OF HEALTH

*Protecting, Maintaining and Improving the Health of All Minnesotans*

December 22, 2025

**Via Grant Solutions**

Ryan Springer
Grants Management Specialist
Rji2@cdc.gov

RE:  Award # 6 NU62PS924837-02-02, Minnesota HIV Prevention and Surveillance

Dear Mr. Springer,

I write on behalf of the Minnesota Department of Health (MDH) to clarify MDH's understanding of the effect of purported updates to terms and conditions for this award.

The notice of award dated November 17, 2025, and assigned the above-referenced award number, did not obligate any additional federal funds for this award.  However, this notice of award states that its purpose is to incorporate updated terms and conditions.

To the extent this notice of award purports to add to, update or amend the terms and conditions that apply to funds previously awarded, MDH understands these new, amended, or updated terms and conditions to have no effect.  This includes, to the extent applicable, terms and conditions asserting that the termination provisions at 2 CFR § 200.340 apply to funds awarded before October 1, 2025.  Such previously awarded funds are governed by the applicable laws, regulations, and terms that were specified, valid, and effective at the time the funds were awarded.  Furthermore, MDH's drawing down of funds previously awarded should not be construed as waiving or limiting any rights, arguments, or defenses concerning the application or interpretation of these provisions or any other relevant laws, regulations, or requirements.

This letter and its statements apply to the above referenced Notice of Award as well as all other awards, including modifications and continuations, to which the same or similar conditions or circumstances apply.

Sincerely,

Mel Gresczyk
Chief Operating Officer