**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, | |
| Plaintiffs, | Case No. 26-cv-1566 |
| v. | Hon. Manish S. Shah |
| RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget, et al.,* | |
| Defendants. | |

# EXHIBIT 10

Declaration of Susan Fanelli

## DECLARATION OF SUSAN FANELLI

I, Susan Fanelli, declare as follows:

1.      I am a resident of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am the Chief Deputy Director of Health Quality and Emergency Response for the California Department of Public Health (CDPH). I have served in several executive leadership roles within CDPH's Directors Office over the years. I was appointed as the Chief Deputy Director in March 2018, served as Acting Director in July 2019, and as Assistant Director between May 2015 and March 2018. In these roles, I oversaw several cross-cutting functions including public affairs, quality improvement, public health accreditation, and emergency preparedness.

3.      In my current position, which I started in February 2022, I oversee the work of the various Centers within CDPH, including the Center for Preparedness and Response, the Center for Infectious Disease, and the Center for Laboratory Sciences. In this capacity, I work with Center Deputies to set policy direction, identify and remove barriers to program implementation, and evaluate program performance. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4.      Having spent more than ten years in CDPH's Emergency Preparedness Office, including several years as the Deputy Director and Assistant Deputy Director, I have been involved in the public health and medical response to a large number of public health emergencies including COVID-19, H1N1, wildfires, Ebola, earthquakes, and Zika. In

coordinating planning and response efforts, I have worked closely with nearly all programs in CDPH and have developed an understanding of not only their day-to-day activities but also how crucial public health infrastructure is to maintaining public health as well as preparing for and responding to public health emergencies.

5.      CDPH aims to optimize the health and wellbeing of all people in California. CDPH works with local health departments, as well as public and private partners, to implement policies and programs that advance public health. Because California has a large, diverse population that covers a vast geographic area, CDPH's local health departments, public partners, and private partners are vital to informing, coordinating, and providing quality public health services to the public.

6.      I provide this declaration to explain some of the immediate adverse impacts CDPH faces from the impending terminations of grants awarded to CDPH by the U.S. Centers for Disease Control and Prevention (CDC) of the U.S. Department of Health and Human Services.

7.      CDPH received an email notification from the Association of State and Territorial Health Officials (ASTHO) on February 9, 2026, with a list of upcoming grant terminations in our state.  ASTHO shared that they were alerted by members of Congress and given permission to share with individual states. On February 11, 2026, CDPH received a second notification from ASTHO with an additional list of grants potentially at risk for termination.

8.      On February 12, 2026, at approximately 1:10 a.m. Eastern Time, CDPH received emails notifying us that our Strengthening California Public Health Infrastructure, Workforce, and Data Systems (PHIG) and the Cal BRACE: Implementing and Evaluating Adaptation Strategies that Protect and Promote Human Health grants had been terminated. A true and correct

2

copy of the termination notice for our PHIG grant is attached as Exhibit A. The Cal BRACE termination notice is substantially identical. The notices purport to terminate the grants effective February 11, 2026, and cite "agency priorities" as the reason for the terminations. There are three grants flagged on the second list of at-risk grants provided by ASTHO for which CDPH has not yet received termination notices, including the Preventive Health and Health Services Block Grant 2025, Strengthening STE Prevention and Control for Health Departments (STD PCHD): Enhanced Activities, and the High-Impact Prevention and Surveillance Programs for Health Departments.

### The Public Health Infrastructure Grant

9.      PHIG is a five-year grant allocated in multiple components. The purpose of the grant is to strengthen public health infrastructure by investing in the public health workforce, foundational capabilities, and data modernization. The goal of these investments is to help public health transition from response to recovery, tackle today's population health challenges, and build a sustainable system that can reduce inequities and respond to future threats.

10.      PHIG is a national program and CDC awarded funds to all 50 states. In my experience, all state grant recipients generally operate and spend their PHIG funds in a substantially similar manner and on projects with substantially similar goals. PHIG is a key part of California's efforts to address public health infrastructure, including expanding the public health workforce, significant laboratory investments, data modernization (i.e., vaccination data modernization), emergency response projects, and more. In California, the grant includes funding to support a total of 265.5 full-time employees, 85.5 state operations and 180 local assistance positions. These positions include epidemiologists, data scientists, community health workers, health educators, and preparedness staff.

11.    PHIG is organized into three major components:

- Workforce (Component A1), which aims to increase the size and capabilities of the public health workforce by hiring, retaining, supporting and training public health workers and by strengthening workforce planning, systems, processes and policies. Funding for this component is a non-competitive, five-year award, meaning funds are awarded at the beginning of the period of performance for the full five-year period.

- Foundational Capabilities (Component A2), which aims to strengthen recipients' overall systems, processes, and policies to ensure a strong core infrastructure necessary to support essential public health services. The funding supports activities to strengthen these essential areas: 1) assessment and surveillance, 2) emergency preparedness and response, 3) policy development and support, 4) communications, 5) community partnerships, 6) organizational competencies, 7) accountability and performance management, and 8) equity. Funding for this component is a non-competitive annual award, meaning funds are awarded in annual installments over the five-year performance period.

- Data Modernization (Component A3), which supports public health agencies develop a more modern and efficient data environment, increase the interoperability of data systems, and increasing recipients' ability to use public health data to identify and address issues of public health concern. Funding for this component is a combination of non-competitive five-year awards and a competitive annual award.

12.     The timeline for the components is:

- A1 funding was provided in the first year of the grant for a 5-year period (December 1, 2022-November 30, 2027).

- A2 funding is provided annually starting in year 2 of the grant award for one year with the authority to spend down the funds until the end of the grant period (November 30, 2027). Funding was provided on December 1, 2022, December 1, 2023, and December 1, 2024.

- A3 funds are provided for various data infrastructure initiatives beginning at different years in the grant cycle. The funding is provided annually with the authority to expend funds until the end of the grant term.

13.     CDPH applied for and has been awarded funds for all three PHIG Components—A1, A2 and A3. In California, the PHIG funding is divided between local public health entities and the state. CDPH has been awarded a total of $179 million, $36.8 million of which CDPH passes through to 50 of local health departments. Of the $179 million, over $100 million is currently unspent. Attached as Exhibit A is the most recent Notice of Award for the PHIG program. The Notice of Award is dated January 24, 2026.

14.     Among other projects, CDPH and local recipients have used the Workforce component funds to:

- increase the number of interns and fellows deployed into the California Pathways into Public Health Initiative, which serves in part to increase the capacity of state and local health departments;

- fund experienced epidemiologists in mentoring less experienced public health staff by providing technical assistance and guidance in data analysis and

intervention planning. This included developing expertise essential to rural health;

- fund a public health nurse role in Sierra County to work in areas lacking healthcare professionals;

- launch a Pipeline Internship Project with Bakersfield Community College, supporting 16 students and creating pathways to public health careers.

15.     As one example of CDPH's use of the data modernization funds, CDPH's Infectious Disease Laboratory Branch is updating the agency's ability to receive and send electronic laboratory data to the state reporting system. CDPH is also modernizing its Immunization Information Systems.

16.     On November 30, 2025, CDPH received a $0 Notice of Award (NOA) purporting to modify the previous NOA by adding the 2 C.F.R. § 200.340 termination provision for the first time for this grant.

17.     In the ordinary course for this grant, we draw down funds at various schedules depending on the PHIG component. Funds are drawn down anywhere from once a month to four or five times a month.

18.     For PHIG, CDPH is required to submit a detailed workplan to CDC. The workplan contains information such as key activities, milestones, intended outcomes, criteria for completion, community impact, successes, challenges and the to-be-achieved by dates. Progress is reported on a semi-annual basis. The most recent workplan was submitted on August 22, 2025. On November 21, 2025, CDC not only approved the workplan submitted but also increased the award amount from $4,272,515 to $7,476,815.

6

19.     CDC requested that CDPH submit an updated workplan and budget to reflect the increased award amount by February 16, 2026. Throughout the grant period final workplans were always approved by CDC. To date, CDC has never provided CDPH with notice, written or otherwise, that its administration of the PHIG grant was in any way unsatisfactory.

20.     To the contrary, the CDC has regularly invited CDPH to present on the successes of CDPH's work. Examples include presentations on evaluation at the 2025 PHIG Annual Recipient Convening and on academic partnerships and blended funding strategies at the CDC Region 9 Public Health Convening in Sacramento on August 10-11, 2025. During the CDC Region 9 Convening, CDPH was asked to record a video testimonial highlighting the successes of our approaches for our PHIG Local Assistance program. CDPH worked with the PHIG technical assistance partner to edit and finalize the video testimonial in November-December 2025 and on February 10, 2026, at 7:43 a.m., we were sent the final edit of the video testimonial seeking CDPH's approval for the CDC to post the video on the CDC's PHIG website. CDPH has continued to work closely with the CDC's PHIG technical assistance partner on other collaborative projects for Impact and Evaluation Resources and are currently designing a train-the-trainer workshop for CDPH staff. Project efforts began in October 2025 and have continued with a recent meeting occurring on February 13, 2026, at 10 a.m. Additionally on November 19, 2025, the CDC selected CDPH to participate in the Promising Practice Pilot project, which aims to highlight PHIG funded projects that are successful and to showcase them to other PHIG funded recipients.

21.     Except for the Plaintiff states, CDPH is not aware of any other states that have received a termination notice for the PHIG grant.

**CalBRACE: Implementing and Evaluating Adaptation Strategies that Protect and Promote Human Health Grant**

22.     The Building Resilience Against Climate Effects (BRACE) Grant is a five-year grant to help recipients use the five-step BRACE Framework to identify likely climate impacts, potential health effects associated with these impacts, and at-risk populations and locations. The work being done by grant recipients operationalizing the BRACE Framework contributes to positive long-term outcomes by reducing the negative health impacts of climate change in impacted communities. BRACE is a key part of California's efforts to address climate impacts on public health, including improving the living conditions of the communities at highest risk, lessening vulnerability to the health impacts of climate change, and improving population-level health outcomes. Grounded in public health practice, this project leverages state, tribal, local, academic, and community partnerships to develop and maintain a climate and health data visualization tool, implement and evaluate adaptation actions that respond to identified climate hazards, disseminate lessons learned, and improve determinants of health.

23.     CDPH applied for and has been awarded $2.5 million ($500,00 per grant year). The grant term runs through August 2026.

24.     As of the date of this declaration, the approximate total remaining unpaid encumbrances and available funds for activities and items approved by CDC is $824,230.59.

25.     The current year's workplan was submitted April 1, 2025, as part of the Annual Performance Report and approved by CDC with no corrections on September 2, 2025. CDPH has at least monthly meetings with CDC program staff regarding the grant deliverables, during which CDC has been complimentary about progress on grant deliverables and has never communicated or suggested any performance concerns.

8

26. When CDPH received the expected fifth year NOA, dated September 2, 2025, awarding the $500,000 annual funding, CDC had added a new termination clause. It stated, "Termination: Prior to October 1, 2025, this award is subject to the termination provisions at 45 CFR 75.372. Starting on October 1, 2025, this award is subject to the termination provisions at 2 CFR 200.340." NOAs for funding years received before September 2, 2025, did not contain this clause.

27. In the ordinary course for this grant, CDPH draws down funds on a daily, weekly, or quarterly basis, depending on the type of expenditure.

28. CDPH is one of 13 current BRACE grant recipients (including eight other state health departments, two organizations implementing statewide awards, and two local health departments). In California, along with CDPH, the Santa Clara County Department of Public Health and the San Francisco Department of Public Health are BRACE awardees. Other awardees across the country are implementing similar activities in their jurisdictions. For example, Vermont is actively implementing a weatherization program similar to the weatherization program under CalBRACE. Arizona is actively implementing adaptation and mitigation efforts related to heat similar to the work being done by CDPH around health equity-centered local heat planning. CDPH staff regularly meet with other grant recipients to coordinate efforts and learn from each other to implement program changes based on feedback and lessons learned. CDPH understands that California, Santa Clara County, and San Francisco are the only three of the 13 recipients impacted by this termination.

29. To date, CDC has never provided CDPH with notice, written or otherwise, that CDPH's administration of the BRACE grant was in any way unsatisfactory.

30. On February 12, 2026, I was informed by staff that earlier that day at approximately 5:35 a.m. Pacific Time, CDPH CalBRACE Project staff received an Outlook meeting invitation from program staff at the CDC Climate and Health Program for a Teams meeting scheduled for 11:30 a.m. to 12:00 p.m. Pacific Time the same day. Four CDPH staff members joined the call.

31. During the call, CDC staff requested, and were provided with, confirmation that each of the three respective California grantees had received a termination notice posted to https://grantsolutions.gov/ at approximately 4:14 a.m. Pacific Time on February 12, 2026. CDC program staff indicated that their office was unaware of the grant termination notice before it was posted and had actually learned about the terminations from the media. The CDC staff further shared that the Climate and Health Program staff did not post the termination notices and had not received anything in writing directing them to stop work with these grantees. The call lasted approximately eight minutes. After the call, I received a memorandum from the CDPH staff who attended the call memorializing the conversation. Therefore, I am informed and believe that the above conversation occurred during a call between CDC staff and CDPH staff.

**Prevention Health and Health Services Block Grant**

32. The Preventive Health and Health Services Block Grant (PHHSBG) is a two-year grant to support essential public health services and a wide range of activities to build, improve and sustain public health. PHHSBG is a key part of California's efforts to address public health, including coordination of activities and funds for multiple programs housed between CDPH and the California Emergency Medical Services Authority to address California's unique public health needs and challenges by using innovative and community-driven methods.

10

33.     The goals of PHHSBG include addressing emerging health issues and gaps; decreasing premature death and disabilities; working to achieve improve health outcomes; supporting local programs to achieve healthy communities; and establishing data and surveillance systems to monitor community health status.

34.     CDPH applied for and was awarded $12,048,841.00. The grant term runs from October 1, 2024, through September 30, 2026. This grant supports 18 programs across CDPH.

35.     As of the date of this declaration, the approximate total remaining unpaid encumbrances and available funds for activities and items approved by the CDC is $2,797,303.00.

36.     In the ordinary course for this grant, CDPH draws down funds four to five times per month.

37.     The PHHSBG is awarded to health departments in all 50 states, the District of Columbia, 5 territories, 3 freely associated states, and 2 tribal nations to provide flexible funding to advance shared program priorities including the national health objectives set by Healthy People 2030 with specific focus on addressing emerging needs, building and using evidence based practices, implementing quality improvement efforts and providing preventive health services. All grantees work under the same program level purpose and objectives, to address unique needs, responding to emergency issues, filling gaps tied to leading causes of death and disability and support activities such as data surveillance and evaluation.

38.     To date, CDC has never provided CDPH with notice, written or otherwise, that CDPH's administration of the grant was in any way unsatisfactory.

**Strengthening STD Prevention and Control for Health Department (STD PCHD) Grant**

11

39. Strengthening STD Prevention and Control for Health Departments (STD PCHD): Enhanced Activities is a five plus-year grant to prevent and control three major sexually transmitted infections (STIs): chlamydia, gonorrhea and syphilis. This Notice of Funding Opportunity (NOFO) supports strategies and activities to control chlamydia, gonorrhea and syphilis and eliminate congenital syphilis; prevent STIs and antibiotic-resistant gonorrhea; reduce primary and secondary syphilis; prevent STI-related pelvic inflammatory disease, ectopic pregnancy, and infertility; address STI-related outbreaks; and reduce STD-related health disparities.

40. The STD PCHD Grant is a key part of California's efforts to address public health.

41. CDPH applied for and has been awarded a STD PCHD Grant. The amount of $99,444,682 was awarded to CDPH. The grant was originally awarded on January 1, 2019, as a five-year grant. The fifth year has been extended twice, and the current project period end date is February 28, 2026. CDPH submitted a response to the latest CDC NOFO on January 15, 2026, which would support new funding ($7,800,000) for March 1, 2026, through February 28, 2027, and would also allow CDPH to roll over any unspent funds from the current year. This application included a budget, application and progress report for 2025. CDPH was anticipating a NOA to arrive in early February before the end of the current grant period. CDC indicated CDPH would likely receive an identical award for the upcoming year as it did the previous year.

42. These funds have played a critical role in helping to turn the tide on STIs in CA. After more than two decades of increases of STIs, California has seen decreases in STIs for a third year in a row. These funds support state and local STI surveillance for early identification of changes in epidemiologic disease trends, allow for healthcare provider training and expert

12

clinical consultation on highly complex STI cases, ensure adequate staffing and training of disease intervention teams to ensure standards of care, support STI prevention roll out and sustainability efforts, help LHJs to deliver person centered services to overcome barriers for testing, treatment and prevention created by fragmented care among at risk populations. Together these increase STI control in California.

43.     An example of the impact of these funds includes ensuring pregnant mothers with syphilis are identified and adequately treated to prevent congenital syphilis; without adequate treatment during pregnancy up to 40% of infants will be stillborn or have early infant death.

44.     As of the date of this declaration, the approximate total remaining unpaid encumbrances and available funds for activities and items approved by the CDC is $14,731,576.00.

45.     The original NOA for STD PCHD was received on March 13, 2025, which awarded 48% of the funds. A subsequent NOA was issued on August 4, 2025, awarding the remainder of the funding. That August 4, 2025 NOA purported to add a citation to 2 C.F.R. § 200.340 and a new termination provision for this grant.

46.     In the ordinary course for this grant, CDPH draws down funds on a daily, weekly, or quarterly basis, depending on the type of expenditure.

47.     STD PCHD funds are awarded to all 50 states with the same overarching goals. In my experience, all state grant recipients generally operate and spend their PCHD funds in a substantially similar manner and on projects with substantially similar goals.

48.     To date, CDC has never provided CDPH with notice, written or otherwise, that CDPH's administration of the grant was in any way unsatisfactory.

13

49.     To the contrary, CDPH has been repeatedly acknowledged for effective performance in program reviews and invited to present at CDC Conferences. For example, the CDC accepted the Year 7 Supplement Technical Review submitted by CDPH on March 21, 2025. The CDC Reviewer specifically stated, "Objectives are appropriate for the program and consistent with the goals of the NOFO. Objectives and activities are focused on improving data completeness for STD surveillance and better characterization of STD outbreaks." CDPH's recent STD PCHD progress report includes CDPH publishing 12 articles in peer-reviewed journals and a combination of 24 national and/or regional conference presentations or posters, of which 7 were invited presentations/posters at the CDC's 2024 STI Prevention Conference.

**High-Impact Prevention and Surveillance Programs for Health Departments Grant**

50.     The High-Impact Prevention and Surveillance Programs for Health Departments is a five-year grant that provides comprehensive HIV prevention and surveillance programs to prevent new HIV infections and improve the health of people living with HIV. This program prevents new HIV transmission by using proven intervention, including HIV testing, partner services, linkage to care, condom distribution, PrEP, PEP, and harm reduction programs. With these funds, CDPH and local partners are able to respond quickly to potential HIV outbreaks by providing vital prevention and treatment services to people who need them. The High-Impact Prevention and Surveillance Programs for Health Departments grant is a key part of California's efforts to address public health. Specifically, this grant promotes and support improving health outcomes for persons living with HIV through achieving and sustaining viral suppression. Activities focus on reducing health-related disparities by using quality, timely, and complete surveillance and program data to guide HIV prevention efforts. These core activities can be organized into two categories: (1) Program Prevention; and (2) Program Surveillance.

14

HIV prevention and surveillance programs focus on the prevention of new HIV infections and to improve the health of people with HIV.

51.     CDPH applied for and has been awarded The High-Impact Prevention and Surveillance Programs for Health Departments. This grant was awarded on August 1, 2024, and is a five-year grant scheduled to end on May 31, 2029.  $59,970,118.00 was awarded to CDPH which supports 61.24 full-time employees.

52.     As of the date of this declaration, the approximate total remaining unpaid encumbrances and available funds for activities and items approved by the CDC is $36,796,851.00.

53.     On November 17, 2025, CDPH received a $0 Notice of Award (NOA) purporting to modify the previous NOA by adding the 2 C.F.R. § 200.340 termination provision for the first time for this grant.

54.     In the ordinary course for this grant, CDPH draws down funds on a weekly basis.

55.     The CDC awarded approximately $400 million to 59 health departments across the United States.  With these resources, Ending the HIV Epidemic (EHE) programs implement high-quality science-based programs using whole-person approaches to prevent new HIV infections, dismantle structural barriers to prevention and care services, and improve health outcomes for people with HIV and others who would benefit from prevention services. This grant combines funding streams for CDC's two largest HIV prevention programs: national HIV prevention and surveillance funding for health departments and CDC's EHE program.

56.      To date, CDC has never provided CDPH with notice, written or otherwise, that CDPH's administration of the grant was in any way unsatisfactory.

15

57.     To the contrary, this CDC approved CDPH's most recent work plan for the grant. CDPH is in alignment with all grant requirements and has not received notification from CDC of any weaknesses or recommended changes to the work plan. And CDPH's work in this field has been nationally recognized, including through an invitation from the National Alliance of State and Territorial AIDS Directors (NASTAD), a national association that represents public health officials who administer HIV and Hepatitis program, to present our work at national technical assistance conferences.

**Irreparable Injury to State from Agency Action**

**The Public Health Infrastructure Grant**

58.     In addition to the $179 million dollars in PHIG funding to CDPH threatened by the CDC action, 10 large California local health departments receive over $320 million directly.

59.     Loss of PHIG funding midway through a multi-year grant award is highly disruptive. Terminating the funding will impact staff for CDPH as well as likely result in a loss of staff across 50 local health departments across the state. In addition, investments in community projects, staff training, strengthening and modernizing data systems, and laboratory improvements are midway through planning and implementation and would be disrupted and ultimately wasted. Disruption to active programs and partnerships also undermines community trust and relationships built through active collaborations.

60.     The loss of funding would reduce California's public health capacity to perform vital public health functions, including emergency planning and response, data collection and surveillance, staff training, and coordination with community partners.

61.    The loss of funding would disrupt workforce development programs which are critical to building the future public health workforce through sponsoring internships as well as skill-building programs to prepare existing staff for emerging challenges.

62.    Grant termination would result in the loss of effective public health programs addressing community needs. PHIG is being actively leveraged to establish the foundational capacity for public health to address and respond to a wide range of issues. Examples of public health programs that have been supported by PHIG, in addition to those mentioned above, include:

- o  Emergency response projects

  - ▪  A County Public Health Department used PHIG funding to support outreach and coordination with 14 federally qualified health centers to make H5N1 testing and treatment available.

- o  Community listening sessions

  - ▪  A County hired an environmental health technician and analyst to support its response to cyanobacteria blooms, which pose serious risks to humans and animals, and to improve oversight of food safety inspections, conduct water quality checks, and address sanitation concerns.

- o  Community Outreach and Education

  - ▪  A Senior Outreach Program supported by a County Public Health Department. helps their aging population stay in their homes longer, establish their wellness goals, and prevent injury.

  - •  A local Oral Health Program to provide dental care for more than 30 kids in urgent need of such care.

17

- A County Public Health Department released social media messaging to address Hantavirus prevention tailored to channels to reach relevant occupational sectors at elevated risk and conducted various outreach activities including community conversations, radio ad campaigns, and print ads.

- As stated above, CDPH also passes through $36.8 million of PHIG funding to local health departments in California that they use to strengthen local public health workforce capacity, recruitment, retention and response to protect their communities

63.     I am informed and believe that the loss of this funding may lead to layoffs of local public health staffing.

64.     These workforce and infrastructure grants are critical to try to retain public health staff protecting our communities from public health threats with increasing frequency and complexity.

65.     CDPH anticipates that the harms to the directly funded local health departments from a loss of PHIG funding will be similar to the harms that CDPH and its pass-through entities will experience.

66.     CDPH does not have the immediate budgetary resources or flexibility to make up for the lost PHIG funding.

67.     If these critical public health infrastructure grants are terminated abruptly from state and local public health departments amidst record breaking levels of measles cases in our state and across the U.S., including the first measles outbreak in California in 5 years, loss of these resources will make it more difficult to detect public health threats early, and lead to

18

delayed response such as post-exposure prophylaxis for exposed vulnerable populations such as infants, pregnant women, and those with compromised immune systems, resulting in preventable hospitalizations and deaths.

68.     In short, termination of CDPH's PHIG awards would have immediate adverse impacts on California's skilled public health workforce and the critical services they provide—impacts that cannot simply be undone if these awards are terminated and then later restored.

**CalBRACE: Implementing and Evaluating Adaptation Strategies that Protect and Promote Human Health Grant**

69.     The funding from the CDC Climate and Health Program to CDPH has led to tangible benefits in the lives of Californians. Below are a few of the services that would not be provided to communities if this funding were to end.

70.     **Supporting California Tribes to Conduct Climate Planning:** CalBRACE has funded and provided technical assistance to three Tribes to conduct climate-related planning that will increase their near-term readiness and long-term resilience to health impacts of climate change, such as extreme heat, wildfires and wildfire smoke, drought, or extreme precipitation. The Pala Band of Mission Indians in San Diego County is developing a Heat Mitigation Plan that will be made available to other Tribes as a Tribal Heat Mitigation Planning Starter Kit. The Tule River Tribe in Tulare County is developing a Tribal Hazard Mitigation Plan with special attention to human health impacts. And the Habematolel Pomo of Upper Lake in Lake County is conducting a climate vulnerability assessment with a focus on health impacts. Without the support to conduct these plans and assessments, Tribes will be less equipped to protect their members from increasing climate-related emergencies such as heat waves, wildfires and floods.

71. **Connecting Low-income Residents with Weatherization for Healthier Homes:** The Community Health Workers, Healthy Homes, and Healthy Families weatherization pilot project is implementing weatherization and energy efficiency improvements as protective health interventions for low-income families and farmworker communities in Tulare County, California. In partnership with Kaweah Health, the Association for Energy Affordability, and Proteus, Inc., the CDPH pilot program is connecting low-income residents with energy-efficiency and weatherization services to improve housing conditions, reduce health risks, and improve resilience to heat and air pollution. Studies show that home weatherization has many health benefits, including improved rest and sleep, better mental health, and fewer medical visits. The pilot project has thus far identified 33 homes for weatherization services and weatherized five homes (and counting). Without the CDC funding for this work, the pilot will not be able to continue, leaving more families vulnerable to heat and air pollution.

72. **Supporting Local Health Jurisdictions to Support Their Communities' Climate Preparedness:** CalBRACE connects California local health jurisdictions (LHJs) with each other and with CDPH to share resources, strategies, best practices, opportunities and mutual support through barriers and challenges in addressing the health impacts of the changing climate. To help LHJs better serve their own populations, CalBRACE is funding and providing technical assistance to six LHJs to pilot tools created by CDPH to help LHJs initiate or further their climate planning and integrate climate change into Community Health Assessments and Community Health Improvement Plans. CalBRACE is also providing LHJs with no-cost technical assistance for identifying and applying for grant opportunities aimed at preventing or mitigating health impacts from climate change.

73.     The CalBRACE Project has been developing planning tools and helping local communities to reduce and prepare for the health impacts of increasing heat waves, flooding, more intense year-round wildfires and more smoke, encroaching sea levels, and drought for 14 years. Communities facing higher risks, such as tribal communities, farming communities, and low-income residents need CalBRACE support to carry out actions to keep people safe from climate-related health threats such as heat illness, respiratory diseases, cardiovascular illness, and vector-borne illness. Without CDC funding for CalBRACE, the ability of California communities to keep people safe from climate related impacts will be immediately diminished.

**Prevention Health and Health Services Block Grant**

74.     If the PHHS Block Grant funding were terminated, CDPH would be unable to conduct program and surveillance activities related to preventative health and health services across 18 CDPH programs funded under this grant affecting 46.8 full-time employees. This would disrupt California programs in a wide range of public health issue areas including prevention for cardiovascular disease, tuberculosis, Alzheimer's disease, toxicological outbreaks, as well as wildfire smoke mitigation, rape prevention education, public school health center support, and data collection and disease surveillance.

**Strengthening STD Prevention and Control for Health Department (STD PCHD) Grant**

75.     If STD PCHD Grant funding were reduced or eliminated, it would adversely impact 34 full-time employees. Numerous services would not be provided to communities if this funding were to end, namely, STI testing, treatment and prevention as well as the distribution of medication, condoms, and other various STI prevention supplies would be suspended.

    a.  CDPH would have significantly decreased ability for training and expert clinical consultation for providers and LHJs for highly complex STI cases, such as

21

syphilis in pregnancy, congenital syphilis, neuro, ocular and otic syphilis, disseminated gonorrhea infections and mpox including clade I mpox. Additionally, if federal funding is lost, STIs will increase again, including congenital syphilis, there will be worsening disease outcomes due to loss of public health disease control activities and clinical expertise, and severely decreasing California's capacity to respond to emerging sexually transmitted infections.

b. Local Health Jurisdictions and other participating partner organizations would be harmed as well. Local health jurisdictions may lose the ability to perform critical work on grant-supported activities, which includes proactively addressing syphilis and congenital syphilis (CS) cases and STI prevention within their jurisdiction. LHJs may also lose the ability to provide robust case management for pregnant people with syphilis and CS cases and identify missed opportunities for testing, treatment, and prevention.

**High-Impact Prevention and Surveillance Programs for Health Departments Grant**

76.     If the High-Impact Prevention and Surveillance Programs for Health Departments grant funds were terminated, the following services would decrease significantly: education to increase knowledge of HIV status, efforts to reduce HIV transmission, prevention of new HIV infections, linkages to care and viral suppression, and elimination of perinatal transmission. Diminished prevention efforts would likely lead to an increase in HIV incidence, with negative implications for individual well-being, public health, and health costs. Any interruptions in this funding could increase the HIV infections in California, particularly among vulnerable populations and those most at risk

I declare under penalty of perjury that the foregoing is true and correct. Executed March

5, 2026, in Sacramento, California.

_____

Susan Fanelli
Chief Deputy Director of Health Quality and Emergency
Response
California Department of Public Health

# EXHIBIT A

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NE11OE000095-04-03
FAIN# NE11OE000095
Federal Award Date: 02/11/2026

## Recipient Information

**1. Recipient Name**
Public Health, California Department of
1615 Capitol Ave
Sacramento, CA 95814-5015
(916) 552-8264

**2. Congressional District of Recipient**
06

**3. Payment System Identifier (ID)**
1743204993A1

**4. Employer Identification Number (EIN)**
743204993

**5. Data Universal Numbering System (DUNS)**
799150615

**6. Recipient's Unique Entity Identifier (UEI)**
KD2JSY6LNMW7

**7. Project Director or Principal Investigator**
Ms. Julie Nagasako
julie.nagasako@cdph.ca.gov
808-937-0065

**8. Authorized Official**
Dr. Erica Pan
Director and State Public Health Officer
erica.pan@cdph.ca.gov
916-952-3963

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Ms. Niki Morrow
Grants Management Specialist
qkn7@cdc.gov
404-498-2085

**10. Program Official Contact Information**
Marit Boiler
Program Officer
uhb8@cdc.gov
1111111111

## Federal Award Information

**11. Award Number**
6 NE11OE000095-04-03

**12. Unique Federal Award Identification Number (FAIN)**
NE11OE000095

**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
Strengthening California Public Health Infrastructure, Workforce, and Data Systems

**15. Assistance Listing Number**
93.967

**16. Assistance Listing Program Title**
CDC's Collaboration with Academia to Strengthen Public Health

**17. Award Action Type**
Terminate

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 12/01/2025 **- End Date** 02/11/2026 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21. Authorized Carryover** | $0.00 |
| **22. Offset** | $0.00 |
| **23. Total Amount of Federal Funds Obligated this budget period** | $7,476,815.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $7,476,815.00 |
| **26. Period of Performance Start Date** 12/01/2022 **- End Date** 02/11/2026 | |
| **27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance** | $179,989,060.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Mr. Damond Barnes
Grants Management Officer

## 30. Remarks

Termination for Departmental Authority



DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NE11OE000095-04-03
FAIN# NE11OE000095
Federal Award Date: 02/11/2026

## Recipient Information

**Recipient Name**

Public Health, California Department of
1615 Capitol Ave
Sacramento, CA 95814-5015
(916) 552-8264

**Congressional District of Recipient**

06

**Payment Account Number and Type**

1743204993A1

**Employer Identification Number (EIN) Data**

743204993

**Universal Numbering System (DUNS)**

799150615

**Recipient's Unique Entity Identifier (UEI)**

KD2JSY6LNMW7

### 31. Assistance Type

Project Grant

### 32. Type of Award

Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a. Salaries and Wages** | $1,450,063.00 |
| **b. Fringe Benefits** | $776,798.00 |
| **c. Total Personnel Costs** | $2,226,861.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $0.00 |
| **f. Travel** | $12,114.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $3,845,822.00 |
| **i. Contractual** | $851,947.00 |
| **j. TOTAL DIRECT COSTS** | $6,936,744.00 |
| **k. INDIRECT COSTS** | $540,071.00 |
| **l. TOTAL APPROVED BUDGET** | $7,476,815.00 |
| **m. Federal Share** | $7,476,815.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 3-9390LM6 | 23NE11OE000095DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 4-9390MV6 | 23NE11OE000095DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390LFD | 23NE11OE000095LDXC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 4-9390MFC | 23NE11OE000095C5 | OE | 410U | 93.967 | $0.00 | 75-2124-0943 |
| 5-9390MR5 | 23NE11OE000095A2 | OE | 410U | 93.967 | $0.00 | 75-2425-0943 |
| 3-9390EV2 | 23NE11OE000095A3 | OE | 410U | 93.967 | $0.00 | 75-23-0959 |
| 3-9390JXA | 23NE11OE000095A2 | OE | 410U | 93.967 | $0.00 | 75-2224-0943 |
| 4-9390LFF | 23NE11OE000095A2 | OE | 410U | 93.967 | $0.00 | 75-2324-0943 |
| 3-9390L1Z | 23NE11OE000095A1C6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 6-9390QMC | 23NE11OE000095A2 | OE | 410U | 93.967 | $0.00 | 75-2526-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award

Centers for Disease Control and Prevention

Award# 6 NE11OE000095-04-03

FAIN# NE11OE000095

Federal Award Date: 02/11/2026

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | 0.00 | 0.00 | 0.00 |

# AWARD ATTACHMENTS

Public Health, California Department of                    6 NE11OE000095-04-03

1. Terms and Conditions

**NOTIFICATION LETTER TO RECIPIENT FOR TERMINATION OF FEDERAL AWARD FOR NON-ALIGNMENT WITH PROGRAM GOALS OR AGENCY PRIORITIES**

To:    Public Health, California Department Of
        Representative of Award Number NE11OE000095

Funding for NE11OE000095 is hereby terminated pursuant to 2 C.F.R. § 200.340(a)(4). This letter constitutes a notice of termination, effective February 11, 2026.

Pursuant to the terms of the award and 2 C.F.R. § 200.340(a)(4), the Centers for Disease Control and Prevention (CDC) may terminate a federal award, "to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

CDC's current priorities, published on CDC's website[1] and issued to all other grantees, include focusing agency resources in line with the fundamental role CDC plays in the public health sphere. CDC's priorities illustrate the overall direction of CDC, in furtherance of the goals of the Trump Administration and the Department of Health and Human Services (HHS) Secretary. The Priorities Statement highlights CDC goals and priorities, all through the lens of providing Gold-Standard Science, as envisioned in the Make America Healthy Again Commission Report and the Make Our Children Healthy Again Strategy.

CDC is specifically prioritizing a commitment to: gold-standard science; global leadership; rebuilding trust, transparency, and credibility; rapid, evidence-based responses to crises; vaccine safety and efficacy research; advancing our understanding of autism spectrum disorder (ASD), neurodevelopmental disorders (NDDs), and chronic disease; modernizing public health infrastructure while enhancing our approach to health data; and otherwise ensuring compliance with the goals and priorities of the Trump Administration and HHS.

As a result, CDC is adjusting its discretionary Strengthening U.S. Public Health Infrastructure, Workforce, and Data Systems - 2023 award portfolio, which includes terminating some of the program awards, in order to better prioritize agency resources towards the above-mentioned priorities.

Although in its discretion CDC may suspend (rather than immediately terminating) an award to allow the recipient an opportunity to take appropriate corrective action before CDC makes a termination decision, after review and consideration, no corrective action is possible here since no corrective action could align the award with current agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable other than in accordance with 2 CFR § 200.472 or as may be provided in further instruction from the agency.

Nothing in this notice excuses either CDC or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 200.344-200.345. Consistent with 2 C.F.R. 200.344, you will have 120

---

[1] See CDC priorities | About CDC | CDC; Grants | Grants | CDC; Acting CDC Director | About CDC | CDC

days from the effective date of termination to liquidate all financial obligations incurred prior to termination of this award.

Sincerely,

Office of Grants Services
Centers for Disease Control and Prevention
Department of Health and Human Services

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NE11OE000095-04-02
FAIN# NE11OE000095
Federal Award Date: 01/24/2026

## Recipient Information

**1. Recipient Name**
Public Health, California Department of
1615 Capitol Ave
Sacramento, CA 95814-5015
(916) 552-8264

**2. Congressional District of Recipient**
06
**3. Payment System Identifier (ID)**
1743204993A1
**4. Employer Identification Number (EIN)**
743204993
**5. Data Universal Numbering System (DUNS)**
799150615
**6. Recipient's Unique Entity Identifier (UEI)**
KD2JSY6LNMW7
**7. Project Director or Principal Investigator**

Ms. Julie Nagasako
julie.nagasako@cdph.ca.gov
808-937-0065

**8. Authorized Official**

Dr. Erica Pan
Director and State Public Health Officer
erica.pan@cdph.ca.gov
916-952-3963

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Ms. Niki Morrow
Grants Management Specialist
qkn7@cdc.gov
404-498-2085

**10. Program Official Contact Information**
Marit Boiler
Program Officer
uhb8@cdc.gov
1111111111

## Federal Award Information

**11. Award Number**
6 NE11OE000095-04-02
**12. Unique Federal Award Identification Number (FAIN)**
NE11OE000095
**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
Strengthening California Public Health Infrastructure, Workforce, and Data Systems

**15. Assistance Listing Number**
93.967
**16. Assistance Listing Program Title**
CDC's Collaboration with Academia to Strengthen Public Health

**17. Award Action Type**
Administrative Action
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 12/01/2025 **- End Date** 11/30/2026 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $7,476,815.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $7,476,815.00 |
| **26. Period of Performance Start Date** 12/01/2022 **- End Date** 11/30/2027 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $179,989,060.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Mr. Damond Barnes
Grants Management Officer

## 30. Remarks

Page 1



DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NE11OE000095-04-02
FAIN# NE11OE000095
Federal Award Date: 01/24/2026

## Recipient Information

**Recipient Name**
Public Health, California Department of
1615 Capitol Ave
Sacramento, CA 95814-5015
(916) 552-8264

**Congressional District of Recipient**
06

**Payment Account Number and Type**
1743204993A1

**Employer Identification Number (EIN) Data**
743204993

**Universal Numbering System (DUNS)**
799150615

**Recipient's Unique Entity Identifier (UEI)**
KD2JSY6LNMW7

### 31. Assistance Type
Project Grant

### 32. Type of Award
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a. Salaries and Wages** | $1,450,063.00 |
| **b. Fringe Benefits** | $776,798.00 |
| **c. Total Personnel Costs** | $2,226,861.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $0.00 |
| **f. Travel** | $12,114.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $3,845,822.00 |
| **i. Contractual** | $851,947.00 |
| **j. TOTAL DIRECT COSTS** | $6,936,744.00 |
| **k. INDIRECT COSTS** | $540,071.00 |
| **l. TOTAL APPROVED BUDGET** | $7,476,815.00 |
| **m. Federal Share** | $7,476,815.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 3-9390LM6 | 23NE11OE000095DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 4-9390MV6 | 23NE11OE000095DMIC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 3-9390LFD | 23NE11OE000095LDXC6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 4-9390MFC | 23NE11OE000095C5 | OE | 410U | 93.967 | $0.00 | 75-2124-0943 |
| 5-9390MR5 | 23NE11OE000095A2 | OE | 410U | 93.967 | $0.00 | 75-2425-0943 |
| 3-9390EV2 | 23NE11OE000095A3 | OE | 410U | 93.967 | $0.00 | 75-23-0959 |
| 3-9390JXA | 23NE11OE000095A2 | OE | 410U | 93.967 | $0.00 | 75-2224-0943 |
| 4-9390LFF | 23NE11OE000095A2 | OE | 410U | 93.967 | $0.00 | 75-2324-0943 |
| 3-9390L1Z | 23NE11OE000095A1C6 | OE | 410U | 93.967 | $0.00 | 75-X-0140 |
| 6-9390QMC | 23NE11OE000095A2 | OE | 410U | 93.967 | $0.00 | 75-2526-0943 |




**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award

Centers for Disease Control and Prevention

Award#  6 NE11OE000095-04-02
FAIN#  NE11OE000095
Federal Award Date:  01/24/2026

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | 0.00 | 0.00 | 0.00 |

# AWARD ATTACHMENTS

Public Health, California Department of                                    6 NE11OE000095-04-02

1. Terms & Conditions

**TERMS AND CONDITIONS OF AWARD**

The purpose of this amendment is to <u>rescind</u> the notice of award dated January 23, 2026, suspending activities under this award. Activities and funding under this award are no longer paused or restricted. Accordingly, award activities may continue consistent with the existing terms and conditions of the award, including applicable regulations.

The costs associated with any such stoppage of work, including reasonable and legitimate costs of compliance with local labor laws, existing contractual obligations that cannot be legally paused, and costs associated with the security of assets – that occurred during this time period may be allowable for payment, consistent with applicable grant regulations and the existing terms and conditions of the award.

Any costs incurred prior to this pause may also be allowable for payment, consistent with applicable grant regulations and the existing terms and conditions of the award.

If you have questions or need additional clarification about this notice, please contact your CDC Grants Management Officer or Grants Management Specialist.

All the other terms and conditions issued with the existing award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.