**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, | |
| Plaintiffs, | Case No. 26-cv-1566 |
| v. | Hon. Manish S. Shah |
| RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.*, | |
| Defendants. | |

# EXHIBIT 11

Declaration of Barbara Ferrer

I, Dr. Barbara Ferrer, declare as follows:

1. I am the Director of the Los Angeles County Department of Public Health ("DPH"). DPH protects health, prevents disease, and promotes the well-being of all of Los Angeles County's more than 10 million residents. In this role, I oversee a budget of $1.9 billion and direct a workforce of 4,500 public health practitioners. I have over 30 years professional experience as a philanthropic strategist, public health director, educational leader, and community advocate. Prior to joining DPH in 2017 as Director, I served as the Executive Director of the Boston Public Health Commission. The facts stated herein are of my own personal knowledge, and I could and would competently testify to them.

2. I submit this declaration in support of Plaintiffs' motion for a temporary restraining order.

**Background on DPH**

3. Los Angeles County is the most populous county in the nation and is one of the country's most diverse local public health jurisdictions. DPH is the leading public health authority in Los Angeles County and, in this role, works very closely with all communities to promote population health and disease prevention by marshaling a network of public health professionals, Community Based Organizations, health care providers, and other partners. In addition, DPH provides critically needed, directly operated services including immunizations and testing services through its network of fourteen community health clinics. These clinics provide both care management services and other support to children with special healthcare needs and their families, provide substance abuse treatment and prevention programs, and connect children and families to needed programs and benefits provided by other agencies. DPH directly serves hundreds of thousands of Los Angeles County residents each year through its various programs and services.

4. DPH works closely with all communities to promote population health and respond to public health emergencies. DPH directly serves hundreds of thousands of Los Angeles County residents each year through its various programs and services. Los Angeles County is home to nearly 100 acute care hospitals, 74 emergency departments, 200 dialysis units, and over 300

skilled nursing facilities. These services are essential because having a large, highly mobile, and complex location and population makes Los Angeles County especially prone to emerging infectious diseases and outbreaks. It is a major hub for international travel and a port of entry with more than 77 million travelers passing through Los Angeles International Airport annually alone (United States's fifth busiest airport). With the large inflection of people from varying locations, Los Angeles County is ground zero for the nation's challenges as they pertain to public health. Los Angeles County's continued investment in its health care infrastructure has made it a prominent role model in the detection and control of many communicable diseases and has benefited the nation as a whole, by helping prevent the spread of disease.

5. With Los Angeles County to play a pivotal role for the country in hosting worldwide sporting events for the World Cup this summer, the Super Bowl in 2027, and the Olympics in 2028, DPH depends on continued funding more than ever.

**DPH's Funding through the Public Health Infrastructure Grant and HIV Surveillance Funding Opportunity**

6. To provide that infrastructure, DPH has relied on grant funding, including grants from the Department of Health and Human Services ("HHS") and the Centers for Disease Control and Prevention ("CDC"). Two such sources of grant funding include the CDC Public Health Infrastructure Grant (PHIG) and the National HIV Behavioral Surveillance Grant (NHBS).

*A. PHIG Funding*

7. The CDC PHIG funding is DPH's primary source of federal public health infrastructure funding. DPH is one of one hundred and seven health departments and three national public health partners that receive this funding.

8. PHIG funding was designed to satisfy three goals: developing a skilled workforce, developing foundational capabilities needed to deliver effective public health services, such as disease surveillance, community partnerships, and emergency preparedness, and investing in modern technologies to improve data collection and analysis for faster and more efficient public health decision-making. DPH continues to effectuate these goals. Funding from this award is

used for a variety of purposes including to cover workforce, foundational capabilities, and data modernization activities. DPH invests PHIG funding in necessary infectious disease control, including data information infrastructure which helps control and prevent the spread of tuberculosis; environmental health risk assessments and institutional partnership-building to prevent communicable diseases like hepatis A, measles, shigella, giardia, dengue, West Nile Virus, Valley fever, typhus, and influenza; sexually transmitted disease screening and treatment services; and chronic disease prevention and control efforts addressing conditions like diabetes, hypertension, obesity, and smoking. This funding is critical for control of diseases presently surging, including the emerging H5 avian flu, respiratory illnesses like RSV and influenza, and the reemerging measles disease.

9. DPH receives the PHIG grant award from the CDC under the full name "Transforming Public Health Through a Community Collaborative Model: investing in public health infrastructure, improving efficiency and community partnerships enhance public health workforce to improve health of vulnerable residents", grant number NE11OE000036. Part of this grant was awarded in 2022, for a five-year period, while the rest of the grant is received in annual awards. Of the total award funding remaining, $40.7 million is allocated for Budget Period 4 (December 2025- November 2026) and $23.5 million is allocated for Budget Period 5 (December 2026- November 2027) of the grant project. If CDC were to terminate funding, DPH would lose more than $64 million that DPH relies on receiving in the next two years.

10. With the funding, DPH supports 109 DPH employee staff members, 36 contracted DPH staff members, provides contract funds for 268 additional staff members with peer Community Based Organizations, and funds 20 contracted Community Based Organizations and community health clinics. The staff member positions would have to be terminated, and community health clinics and Community Based Organizations would have to radically curtail and reduce the direct outreach, health education, and prevention activities with community residents experiencing poor health outcomes.

B. *NHBS Funding*

11. This award was established to support the monitoring of HIV-related behaviors, detect changes over time in HIV risk behaviors, especially among populations at high-risk for HIV infection, and to inform the development of HIV prevention activities. In particular, this funding was designed to gather data regarding (i) behavioral risk factors that may indicate persons are more at risk for contracting HIV, (2) HIV testing behaviors, (3) receipt of prevention services, and (4) use of prevention strategies. In addition to gathering data, this program provided participants with HIV testing.

12. DPH received this award, titled "National HIV Behavioral Surveillance of Los Angeles County", award number NU62PS924771, in the amount of $620,000 this year. This grant is at risk of being terminated. DPH has participated in this program since 2003. DPH uses NHBS funding to support 4 DPH staff and to cover the costs associated with such data collection and disease testing. DPH would be unable to continue its nearly 25-year surveillance effort that reaches the populations at highest risk of HIV without this funding.

13. DPH has been in constant and complete compliance with the terms of both grants and has met all operational and reporting requirements for the lifetime of the awards. The CDC has never alerted DPH of suspected fraud or mismanagement in its administration of either grant.

14. DPH expects to lose more than $64.5 million in funding over the next two years if funding from these two grants is terminated by Defendant.

**Impact of the Termination on DPH and Los Angeles County Residents**

15. As a result of this expected termination,[1] the Los Angeles Department of Public Health is at risk of losing $64.5 million that Los Angeles County relied on until the end of the budgetary period on November 30, 2027, and losing $41.3 million of that funding this year alone.

16. It is impossible for DPH to offset the loss of this grant money.

17. Based on my experience overseeing DPH and knowledge of the communities that it serves, I anticipate that implementation of termination will have grave impacts on (i) the health of many of the residents of Los Angeles County and on (ii) the public health infrastructure of the Los Angeles County. All aspects of the Los Angeles County public health system will be

---

[1] DPH has not yet received official notice of the termination or rescinding of this award.

HOA.105801535.1

4

DECL. OF DR. BARBARA FERRER IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER
Case No.

impacted as a result of this funding termination: Los Angeles County will have to immediately slash large and critical portions of the services provided, the infrastructure, and the professionals employed as DPH attempts to maintain our vast network on a substantially diminished budget.

*A. Irreparable harm to Public Health*

18. The result of the expected funding cuts will directly undermine DPH's ability to promote the well-being of all people in Los Angeles County. There are many examples that illustrate the importance of prevention and education efforts. In 2017, DPH was able to control a Hepatitis A outbreak among homeless and people experiencing substance use disorder through cooperation with community stakeholders and the effective provision of health services. If DPH had not been able to offer a full continuum of services, the cost of the epidemic could have easily swelled from $2 million to more than $14 million and resulted in dozens of deaths.

19. During the first half of 2019, DPH declared an outbreak of measles. There were eight confirmed cases of measles among Los Angeles County residents, and six non-resident measles cases that traveled through Los Angeles County. More than 100 staff members were and continue to be involved in responding to these individual cases and conducting contact investigations. Further, efforts to control the spread of measles among the general population necessitated the issuance of approximately 1,000 quarantine orders to exposed individuals. Vaccinations for diseases like measles are the most cost-effective and best line of defense. Costs for responding to and treating a case of measles can be as high as $142,000 per case, far more than the cost of vaccinations; indeed, a preliminary estimate of Los Angeles County DPH response costs revealed that it cost approximately $27,000 per each measles case that transited through the Los Angeles International Airport on the way to other locations in the United States. For vaccines to be effective and protect the general population, public health providers like DPH need to provide adequate infrastructure and effective delivery of services. These emergencies reflect the importance of a well-staffed and well-funded department for public health.

20. Public health strategies, like those employed by DPH, can only succeed when they address the needs of entire communities. When public health providers are unable to deliver core services and support, they often lose their patients' trust, and the wellbeing of our communities

suffers. Among the negative health-related impacts for our communities are worse health outcomes; increased use of emergency rooms as a method of primary health care; and increased prevalence of communicable and infectious diseases. I am concerned that eliminating these funds will significantly exacerbate health outcomes in Los Angeles County and in the long term, harm the Los Angeles County's ability to respond effectively to future pandemics and similar public health issues. Failure to prepare for future disease outbreaks will create an increased burden and cost on DPH and Los Angeles County.

21. The expected termination of this grant funding will force DPH to terminate several programs, including the Community Public Health Teams initiative that works with 20 contracted community partners and community health clinics that provide direct outreach, health education, and prevention activities with community residents experiencing the greatest health inequities. DPH would also have to curtail efforts to modernize our laboratory, surveillance and immunization data systems. This would erode critical data infrastructure, interoperability, and reliability. This will lead to delays and decreased operational capacity across all DPH functions, and impede our ability to effectively monitor, prevent, and address public health threats.

DPH would potentially have to terminate or reassign up to 148.5 DPH personnel and 268 staff members with Community Based Organizations.

22. One place where the broad impact of the termination of public health funding is most apparent is the surveillance and control of communicable and infectious diseases. While the incidence of most communicable diseases can often be decreased through early detection and response, curtailing investment into DPH's infrastructure will damage its ability to maintain modern laboratory, surveillance and immunization data systems needed to conduct that early detection and response. Termination of the PHIG and NHBS funding will likely diminish Los Angeles County's swift response to the incidence of future communicable and infectious disease case clusters and outbreaks, which will pose a serious health and safety risk to Los Angeles County residents and persons visiting our jurisdiction. It will also impose significant costs on Los Angeles County taxpayers, as DPH's response to clusters and outbreaks of communicable disease requires a significant outlay of resources and money.

23. DPH has experienced considerable challenges in addressing the rising rates of ever-present diseases, such as tuberculosis, as well as new and reemerging outbreaks, such as measles, pertussis, typhus, and West Nile Virus. More recently, DPH has invested significantly in presently surging disease like the emerging H5 avian flu and respiratory illnesses like RSV and influenza. While Los Angeles County has been able to manage outbreaks in the past, our ability to manage future outbreaks will be significantly diminished given the expected loss of funding.

24. In sum, I believe that the termination of funding will lead to lasting, severe health impacts for Los Angeles County residents. All Los Angeles County residents will suffer as a result of this decrease in funding: if they are not harmed by Los Angeles County's diminished ability to prepare and manage communicable and infectious diseases, they will be affected by budget cuts that occur in other public health sectors including the handling, sharing, and presentation of public health data and information. DPH's ability to safeguard the health and well-being of our communities will be destroyed and the impact of this will have consequences on other cities and neighboring states that, especially to the extent that this funding termination cripples Los Angeles County's ability to prevent the spread of infectious diseases.

B. *Irreparable Harm to the Department of Public Health*

25. In addition to all the harm that will occur to the residents of Los Angeles County that use and depend on the health services provided by the Department of Public Health, Los Angeles County employes and contractors will also experience immediate and irreparable harm as a result of the implementation of the expected award termination. As discussed above, the public health infrastructure in Los Angeles County is vast and as a result, expensive. Budget cuts, layoffs, and permanent closure of certain functions will be necessary to respond to the termination. Responding to this funding loss will divert resources from DPH's core mission of serving the residents of Los Angeles County and force DPH to spend hundreds of hours to formulate an appropriate response to compensate for this loss of funds and to undertake the difficult task to determine which of our indispensable services our department will have to stop providing to residents.

HOA.105801535.1

7

DECL. OF DR. BARBARA FERRER IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER
Case No.

26. All Californians deserve to live in healthy and thriving communities, which is the role of public health. The Los Angeles Department of Public Health remains committed to seeking the resources required to support the critical, lifesaving infrastructure needed to keep people healthy and protect them against infectious disease, vaccine-preventable diseases, and health emergencies.

I declare under penalty of perjury that the foregoing is true and correct and of my own personal knowledge.

Executed on February 11, 2026, in Los Angeles, California.

*Barbara Ferrer*
Dr. Barbara Ferrer
Director
Los Angeles County Department of Public Health