UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.,* <br><br> Defendants. | Case No. 26-cv-1566 <br><br> Hon. Manish S. Shah |

# EXHIBIT 12

Declaration of Theresa Maldonado

# DECLARATION OF THERESA MALDONADO

I, Theresa A. Maldonado, declare as follows:

1. I am a resident of California. I am over the age of 18 and understand the obligations of an oath.

2. I am the system-wide Vice President for Research & Innovation at the University of California (UC), Office of the President. I am familiar with the information in the statements set forth below either through personal knowledge, in consultation with UC staff, or from documents that have been provided to and reviewed by me.

3. I have served as the Vice President for Research & Innovation at UC since 2020. In addition to my current role, I have a Ph.D. in electrical engineering and over 30 years' academic experience. As Vice President for Research & Innovation, I lead UC researchers and administrators in research policy, funding for systemwide programs, and the innovation and entrepreneurship ecosystem. We work to build UC-wide partnerships, help shape effective policies and provide a strong voice nationally for research and innovation on behalf of UC. As the systemwide leader for research and innovation, I work very closely with the Vice Chancellors for Research from each UC campus, and I am in regular contact with them to identify any issues impacting UC systemwide research, including concerns related to research funding.

4. I provide this declaration to explain some of the immediate adverse impacts UC faces from termination of the public health grants awarded to UC by the U.S. Centers for Disease Control and Prevention ("CDC"), of the U.S. Department of Health and Human Services.

5. UC received six public health grant termination notices from the CDC on February 11, 2026. The grants subject to the termination notices are described below.

6. To date, CDC has accepted UC's regular progress reporting and never provided UC with notice, written or otherwise, that UC's administration of these grants, or the grants' outcomes, were in any way unsatisfactory.

7. As described further below, termination of UC's awards would have immediate adverse impacts on UC, our public health programs, and the critical services they provide—impacts that cannot simply be undone if these awards are terminated and then later restored.

**Centers for Public Health Preparedness and Response, Region 9 Grant**

8. The Centers for Public Health Preparedness and Response, Region 9 Grant ("Preparedness and Response Grant"), Federal Award Identification Number (FAIN) U48DP006806, is a 5-year grant awarded by the CDC to the Pacific Southwest Center for Emergency Public Health at the University of California, San Francisco. This is one of ten cooperative agreements made by the CDC to one institution in each of the ten U.S. Department of Health and Human Services (HHS) regions. These regional centers play an essential role in advancing the uptake of evidence-based strategies and interventions across communities, enhancing their ability to prepare for and respond to public health threats.

9. The Preparedness and Response Grant strengthens regional public health emergency preparedness and response by focusing on the three priority areas, workforce surge readiness, weather-related harms and illness, and risk communication.

10. Approximately $1,991,952 in total was awarded to UC under the Preparedness and Response Grant.

11. As of the date of this declaration, the approximate total remaining unpaid encumbrances and available funds for activities and items approved by the CDC is $1,069,957.

**UCSF Prevention Research Center Grant**

12. The UCSF Prevention Research Center Grant, FAIN U48DP006806, is a 5-year grant awarded by CDC to University of California, San Francisco. It focuses on reducing loneliness and social isolation among older LGBTQ+ adults, a population disproportionately affected by poor health outcomes. Through partnerships with community organizations and healthcare systems, the project will scale up an evidence-based peer outreach program to improve social connectedness, promote mental well-being in a range of community settings.

13. Approximately $1,999,852 in total was awarded to UC under the UCSF Prevention Research Center Grant.

14. As of the date of this declaration, the approximate total remaining unpaid encumbrances and available funds for activities and items approved by the CDC is $801,751.

**Innovative Administration of Long-Acting Injectables for HIV Treatment Enhancement at Home Grant**

15. The Innovative Administration of Long-Acting Injectables for HIV Treatment Enhancement at Home Grant ("INVITE-Home"), FAIN U01PS005259, is a 4-year grant awarded by CDC to University of California, San Francisco. INVITE-Home is a research study designed to expand access to long-acting injectable antiretroviral therapy (LAI-ART) for people with HIV by developing and evaluating a structured training program that enables trained laypersons (e.g., partners, family members, friends) to administer injections at home. The project aims to reduce clinic-based barriers, improve acceptability and feasibility of home-based LAI-ART, and support broader implementation beyond traditional healthcare settings.

16. Approximately $3,000,000 in total was awarded to UC under INVITE-Home.

3

17. As of the date of this declaration, the approximate total remaining unpaid encumbrances and available funds for activities and items approved by the CDC is $1,000,000.

**Prevention of Disease, Disability, and Death by Infectious Diseases Grant**

18. The Prevention of Disease, Disability, and Death by Infectious Diseases Grant ("Prevention Grant"), FAIN U01PS005248, is a 5-year grant by the CDC to the University of California, San Francisco.

19. The purpose of this grant program is to strengthen capacity to prevent disease, disability, and death through immunization and control of respiratory and related diseases. The project at the University of California, San Francisco, focuses on creating medical trust with underserved communities.

20. Approximately $1,459,711 was awarded to UC under the Prevention Grant.

21. As of the date of this declaration, the approximate total remaining unpaid encumbrances and available funds for activities and items approved by the CDC is $465,248.

**Community Health Centers Grant**

22. The Strengthening Public Health Systems and Services through National Partnerships to Improve and Protect the Nation's Health; Category C: Community Health Centers Grant ("Community Health Centers Grant") FAIN NU38PW000045, is a 5-year grant to the University of California, San Francisco.

23. The Community Health Centers Grant aims to strengthen the ability of community health centers (CHCs) to effectively serve LGBTQ+ communities by providing training, technical assistance, and peer learning opportunities.

24. Approximately $400,000 in total was awarded to UC under the Community Health Centers Grant.

4

25. As of the date of this declaration, the approximate total remaining unpaid encumbrances and available funds for activities and items approved by the CDC is $130,130.

**UCLA Public Health Scholars Training Program**

26. The UCLA Public Health Scholars Training Program, FAIN NU50CD300862, is a 5-year grant to the University of California, Los Angeles.

27. The program provides undergraduate students and recent graduates the opportunity to explore the field of public health through hands-on training, structured workshops, group events, volunteering opportunities, leadership and professional development. The program works with community-based organizations, health systems and government agencies, to offer scholars the unique opportunity to "learn by doing" public health in a large, urban city. Through internship experiences, scholars work to advance public health by learning about the communities our partners serve, engaging with community members, and exploring the Los Angeles landscape while commuting on public transportation. To supplement their field work, scholars attend workshops, develop leadership and professional skills, and receive mentoring from graduate students and faculty at UCLA Fielding. The goal of the program is for scholars to expand their life skills, adopt a growth mindset, and prepare to navigate an ever-changing world and workforce as resilient public health minded professionals invested in creating healthy futures for all.

28. Approximately $3,400,000 in total was awarded to UC under Public Health Scholars Training Program.

29. As of the date of this declaration, the approximate total remaining unpaid encumbrances and available funds for activities and items approved by the CDC is $871,829.

5

Docusign Envelope ID: FDBG828A-0F7A-4764-81F9-E1A00A1FDB51

**Injury Prevention and Control Research and State and Community Based Programs**

30.     The Injury Prevention and Control Research and State and Community Based Programs Grant ("Injury Prevention and Control Grant"), FAIN U01CE003753, is a 4-year grant awarded by the CDC to the University of California, Berkeley.

31.     The overarching goal of this research project is to rigorously evaluate recently adopted state-level laws that shape access to resources and rights for sexual and gender minority youth, to understand whether these laws help protect young people, or unintentionally put them at greater risk. This research will also explore the role of social climates (school and community environments, etc.) in buffering or amplifying the effects of these laws and qualitatively explore mechanisms through which state-level policies impact sexual and intimate partner violence among sexual minority youth. This research will provide critical evidence on which state-level policies work in reducing sexual and intimate partner violence among youth at population-level, addressing a major gap in the field of violence prevention.

32.     Approximately $2,000,000 in total was awarded to UC under the Injury Prevention and Control Grant.

33.     As of the date of this declaration, the approximate total remaining unpaid encumbrances and available funds for activities and items approved by the CDC is $476,888.

**Irreparable Injury to UC from CDC Action**

34.     The total loss of funding to UC from the six grant terminations described above is $4,815,803.

35.     In addition to the immediate adverse impacts on our public health programs and the critical services they provide, UC itself will be irreparably harmed if the federal government terminates the funding described above. For example, CDC's termination of grant funding for the

6

Preparedness and Response Grant, would eliminate funding for 2 positions (1 full-time and 1 part-time position) resulting in the elimination of these roles at the Pacific Southwest Center for Emergency Public Health, and further resulting in a loss of effort to develop an early warning system for emerging epidemic threats (e.g., dengue and other arboviruses) and environmental health hazards such as extreme heat and wildfire smoke.

36. Additionally, the CDC's termination of grant funding for the Public Health Scholars Training Program would eliminate the program. Even if funding is restored at a later date, depending on the length of the funding delay, delaying this program will result in the loss of the incoming cohort, require the review of over 1000 new applications, and have further downstream impacts, like re-performing vendor onboarding, housing and meal plan registration, and similar costly and time consuming administrative tasks, reducing the availability of resources for substantive programming.

37. In short, termination of UC's awards would have immediate adverse impacts on UC, our public health programs, and the critical services they provide—impacts that cannot simply be undone if these awards are terminated and then later restored.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of February, 2026, in Oakland, California

*Theresa A. Maldonado* (DocuSigned)
Theresa A. Maldonado
Vice President for Research & Innovation
University of California, Office of the President

7