**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STATE OF ILLINOIS *et al.*,

      Plaintiffs,

      v.

RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.,*

      Defendants.

Case No. 26-cv-1566

Hon. Manish S. Shah

# EXHIBIT 13

## Declaration of Tim McMahon

## DECLARATION OF TIM MCMAHON

I, Tim McMahon, declare as follows:

1. I am over the age of 18 years and a U.S. citizen. I know the following facts based on my own personal knowledge, and if called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Federal Affairs Bureau Chief at the Illinois Department of Transportation (IDOT). My job duties include overseeing federal legislative and executive branch activity for IDOT, identifying and developing IDOT's federal grant applications, and coordinating internally with IDOT program leads and externally with USDOT staff to execute, obligate, and administer federal awards.

3. I have been employed by IDOT and served as Federal Affairs Bureau Chief since February 2023. Before starting at IDOT, I served as Intergovernmental Affairs Senior at the Chicago Metropolitan Agency for Planning, managing federal legislative and executive branch activities and developing the Chicago region's priority projects for federal grant applications. Before CMAP, I served as Associate Director of Governmental Affairs at the U.S. Department of Transportation (USDOT) within the Office of the Secretary managing outreach and engagement with congressional and committee staff.

### Background

4. In Illinois, IDOT has statutory responsibility for the vast majority of planning, construction, operation, and maintenance of Illinois's extensive transportation network, which encompasses highways and bridges, airports, public transit, rail freight and rail passenger systems. This vast transportation system supports Illinois residents and more than 100 million visitors annually.

5. IDOT is the Illinois grantee from the USDOT, which includes the following

1

divisions: Federal Highway Administration (FHWA), Federal Transit Administration (FTA), Federal Motor Carrier Safety Administration (FMCSA), National Highway Traffic Safety Administration (NHTSA), the Federal Aviation Administration (FAA), and the Federal Railroad Administration (FRA). IDOT administers a wide range of grant programs meant to ensure safe, cost-effective transportation for Illinois in ways that enhance the quality of life, promote economic prosperity, and demonstrate respect for our environment.

6.     As part of my regular job duties, and since 2023, I have led the identification and development of IDOT's federal grant applications to USDOT. Those duties also include monitoring and coordinating with IDOT and USDOT staff to obligate and administer the grants once they are awarded by USDOT. Therefore, I am familiar with the competitive grant awards that were awarded to IDOT by USDOT and am familiar with their contents.

7.     IDOT is responsible for administering thousands of projects funded by federal grants from USDOT, including both competitive grant programs and formula grant programs. While too numerous to list in full, each grant supports critical programs in Illinois, keeping roadways, airspace, waterways, transit systems, and pedestrians safe.

8.     IDOT uses federal grant funds for IDOT projects, and it also passes these funds through to other entities including thousands of local governments, rural and urban public transit agencies, airports, universities, and nonprofit entities.  The programs funded by these federal grants are vital to protect the residents of Illinois.

**IDOT Relies on USDOT Competitive Grant Programs**

9.     The USDOT grant process for competitive awards, at a very broad level, includes a few steps. First, FHWA "awards" funding to recipients based on its evaluation of how well the competitive grant application satisfies requirements within the respective notice of funding

opportunity. Following the award announcement, recipients must sign a grant agreement, which stipulates terms, conditions, and milestones for the project. Once the signed grant agreement has been executed by USDOT, the funds can then be obligated to recipients.

      10.    IDOT is awaiting obligation to administer numerous competitive grants that have been awarded to IDOT by USDOT, including those as shown in Table 1 below:

| Competitive USDOT Grants Awarded to IDOT Since FY2021 | | | |
|---|---|---|---|
| **Grant Program** | **Description** | **Award Amount** | **Federal Fiscal Year in which funds were awarded** |
| **BUILD** | Rockford Complete Streets Revitalization Project | $16,384,905 | 2021 |
| **BUILD** | Bloomington-Normal to Peoria Express Bus Feasibility Study | $1,200,000 | 2024 |
| **Highway Construction Training Program** | Expansion of IDOT's Highway Construction Careers Training Program | $287,988 | 2024 |
| **Low or No Emission (Bus) Grants** | IDOT Statewide Deployment of Battery Electric Paratransit Buses | $12,299,377 | 2023 |
| **National Infrastructure Project Assistance (MEGA)** | Interstate 290/IL 171 (1st Avenue) Interchange | $95,589,533 | 2024 |
| **Pollinator-Friendly Practices on Roadsides and Highway Rights-of-Way** | Enhancing and Diversifying Pollinator Friendly Practices on IDOT Right of Way | $150,000 | 2025 |

3

| Rural Surface Transportation Grant Program | IL Route 9 Multimodal Improvements | $52,860,638 | 2023 |
|---|---|---|---|
| | | | |

11.     These USDOT competitive grants provide critical funding to meet Illinois's transportation infrastructure needs.

12.     The BUILD program was established to create jobs and spur economic recovery through transportation infrastructure investments. The goal of the BUILD program is to fund eligible surface transportation projects that will have a significant local or regional impact and improve transportation infrastructure.

13.     IDOT plans on using BUILD program funds for two projects. The first project aims to modernize and improve roads and infrastructure in the central business district of Rockford, Illinois. This project also provides for the purchase of three electric buses.  In order to meet the RAISE grant's obligation deadlines, IDOT sought and received federal authorization under advanced construction to allow Rockford to proceed with preliminary engineering and land acquisition for the highway components of the project with the understanding that these costs would be reimbursed upon execution of the grant agreement. The City of Rockford has incurred over $3 million dollars in eligible costs to date and is ready to advertise for the construction contract. IDOT is unable to seek reimbursement until the agreement is completed and the obligation allowed.

14.     Every month delay for the construction procurement equates to price escalation on the project costs. Additionally, delays in this project impact safety as the project addresses non-compliant ADA infrastructure as well as other economic development in Rockford including a new college campus and several community events. For the purchase of the two buses, the delay

4

in the agreement and ability to obligate funds has resulted in a cost increase that the community had not planned on. The original estimated cost of the 2 buses was $2.5 million and now it is estimated at least $3 million. Multiple versions of the agreements have been diligently sent to USDOT/FHWA, each time addressing any requested modifications with the most recent submitted in August of 2025.

15.     IDOT's second BUILD program project provides for a $1.2 million study on the feasibility of adding express bus service to Interstate 74 between Bloomington-Normal and Peoria. The study will help IDOT determine the best way to connect the industry hubs and educational institutions in Central Illinois. This project would create a crucial connection for residents throughout the corridor who hope to access jobs, medical resources, and amenities that both major cities offer the small towns between Peoria and Bloomington-Normal. Delays of awarding these funds impact connections that allow residents of rural communities, Peoria, and Bloomington-Normal to travel to jobs, medical appointments, shopping, and institutions in the other city. This part of the state lacks a reliable, frequent, low-fare transit connection that would provide important links between communities, businesses, and institutions.

16.     The Low or No Emission Bus Grants program goals are to enhance safety and renew transit systems through the deployment of modern buses and associated equipment and facilities. The objective is to maximize benefits for families and communities by increasing access to jobs, healthcare facilities, recreational activities, and commercial activity.

17.     IDOT plans to use the $12.3 million from the Low or No Emission Bus Grant Program to deploy 50 battery-electric paratransit vehicles, including associated charging infrastructure, to five large urban, four small urban, and 15 rural public transit agencies. Delaying the replacement of aging vehicles will impact the system performance of transit agencies. There

5

will continue to be breakdowns and increased operating costs per hour, decreased bus on-time performance, decreased total annual public transit ridership, and increased deadhead miles. Across the 25 transit communities, the delays impact the ability to reduce congestion and improve air quality.

18.     The Multimodal Project Discretionary Grant Opportunity (MPDG) contains three programs: the National Infrastructure Project Assistance grants program (MEGA), the Nationally Significant Multimodal Freight and Highway Projects grants program (INFRA), and the Rural Surface Transportation Grant program (Rural). The objectives of this program are (1) to invest in surface transportation infrastructure projects of national or regional significance, or improve/expand infrastructure in rural areas; and (2) to support projects that are consistent with the Department's strategic goals: improve safety, economic strength and global competitiveness, equity, and climate and sustainability.

19.     IDOT was awarded grants under the MEGA program and the Rural Surface Transportation Grant Program.

20.     IDOT plans on using the over $95 million awarded under the MEGA program to reconstruct portions of interstate I-290 as well as reconstruct the I-290 at Illinois Route 171 interchange.  Any prolonged delay in obligation of funds on this project will directly affect IDOT's ability to advance construction of the I-290/IL 171 Interchange Project in accordance with its programmed schedule. The project is a major component of IDOT's broader I-290 corridor improvement program and is dependent upon federal participation at the awarded level. If federal funds are not timely obligated, IDOT would be required either to delay the project or to divert funds from other programmed safety and preservation projects statewide. Delay would prolong exposure to documented crash patterns, congestion-related emissions, and repeated flooding

6

events that have historically resulted in temporary interstate closures and significant economic disruption.

21.     The I-290/IL 171 Interchange Project is fundamentally a safety-focused project. The improvements include auxiliary lanes to reduce rear-end and sideswipe crashes, conversion to a SPUI to eliminate conflict points, signalization upgrades with increased all-red clearance intervals, raised medians, and improved pedestrian crossings. These countermeasures are projected to significantly reduce fatal and serious injury crashes within the corridor. Without the project, crash projections indicate an increase in total crashes over time. Delays in implementing these improvements will therefore increase the continued risk of serious injury and fatal crashes for motorists, pedestrians, and cyclists using the corridor.

22.     IDOT plans to use the $52 million from a Rural Surface Transportation Grant Program for a roadway improvement project in Bloomington, Illinois, for resurfacing, curb and gutter replacement, and sidewalk and accessibility improvements consistent with the Americans with Disabilities Act ("ADA"), bicycle facilities including bike lanes and shared bike/pedestrian paths, traffic signal upgrades, and drainage improvements.   Since the grant was awarded in 2023, IDOT has sent and received 7 different versions of draft agreements at the request of USDOT, with the most recent version being sent to USDOT in November 2025. USDOT has not yet signed the grant agreement for this project.

23.     USDOT has provided advanced construction authorization for components of this unobligated project, and some of those components are already under construction. Without a final obligation, IDOT may not be reimbursed if USDOT decides not to honor the award after allowing IDOT to continue with advanced construction with the understanding that the funds would be reimbursed by USDOT. IDOT leadership has posed this question directly to USDOT/FHWA

division leadership multiple times within the last year noting that this project is currently being constructed, but has only been told that it is currently under review and has not yet been approved for final obligation.

**Obligation Delays and Their Impact on IDOT Grant Administration and Illinois Residents**

24.     IDOT has not been given a clear indication of when competitive grant awards will be obligated by USDOT. When IDOT has asked USDOT staff about the specific grants mentioned within table above, USDOT staff has consistently responded that the unobligated awards are still under review at USDOT's Grant Review Task Force without providing indication of when they will be obligated, if ever.

25.     Since federal grants are reimbursable, the uncertainty created by USDOT in not committing to obligating funds has and will continue to lead to project delays, depriving Illinois residents of critical safety improvements to infrastructure, and transit investment and improvements.

26.     Continued delay and lack of guidance regarding when competitive awards will be obligated by USDOT will continue to negatively impact projects across Illinois that support critical improvements to infrastructure that will make the transportation system safer for all users and ensure communities have access to jobs, healthcare, and other necessary services.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __5th__ day of March, 2026, in Chicago, Illinois.

_____

Tim McMahon
Federal Affairs Bureau Chief
Illinois Department of Transportation