**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, | |
| Plaintiffs, | Case No. 26-cv-1566 |
| v. | Hon. Manish S. Shah |
| RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.,* | |
| Defendants. | |

# EXHIBIT 14

Declaration of Lisa Brockway

## DECLARATION OF LISA BROCKWAY

I, Lisa Brockway, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct, is within my personal knowledge, and if called as a witness, I am competent to testify thereto.

1. I am over the age of eighteen and understand the obligations of an oath.

2. This declaration is merely a summary and is not intended to be a complete or comprehensive statement of all the facts within my personal knowledge regarding these topics.

3. I currently serve as a Fiscal Administrator for the Illinois Secretary of State's Office in the Department of Driver Services, Fiscal Services Department. In that role, I am responsible for overseeing all aspects of grants awarded to the Department.

4. ILSOS is responsible for the issuance of Commercial Driver's License (CDL) and Commercial Learner's Permit (CLP) credentials for the State of Illinois.

5. In 2024, the Illinois Secretary of State's Office issued 131,746 CDL and 26,204 CLP credentials.

6. In 2025, the Illinois Secretary of State's Office issued 149,562 CDL and 23,237 CLP credentials.

7. On April 19, 2024, the Illinois Secretary of State's Office (ILSOS) submitted a grant application ("the application") seeking $3,617,244 from the U.S. Department of Transportation (USDOT) Federal Motor Carrier Safety Administration (FMCSA) 2024 Commercial Driver's License Program Implementation (CDLPI) Financial Assistance Program - CDLPI High Priority/ Emerging Issues Grant, Notice of Funding Opportunity Number FM-CDL-24-002, authorized under the Bipartisan Infrastructure Law (BIL).

8. On September 24, 2024 ILSOS received the Notice of Grant Award (NGA) and Grant Agreement ("the Agreement") from FMCSA, signed by Thomas Martin, Division Chief, Grants from FMCSA.

9. The NGA explicitly approves the project plan, line item budget and budget narrative as requested on ILSOS' original application, for a total Federal award of $3,617,244.

10. ILSOS was awarded the grant funds for purposes including commissioning a research study to investigate the most effective strategies in the issuance of CDL and CLP

1

credentials for reducing crashes, injuries and fatalities involving large trucks and buses and implementing a proctoring program to oversee written CDL exams.

11. ILSOS was awarded $720,000 for purposes of commissioning the CDL research study, and intended to commission said study in 2026 to prepare for facility modernization efforts which will be implemented in 2027.

12. The majority of the granted funds, $2,866,500, were earmarked for implementation of enhanced security measures for CDL automated testing, including the use of test proctors at CDL facilities throughout the State of Illinois.

13. Rapid changes in technology have led to a need for enhanced security measures, such as additional human proctors, to ensure that examinees are not using technology or other methods to cheat on the exam.

14. Test integrity for CDL examinations is important to ensure that drivers of commercial vehicles like 18-wheelers and buses know the rules of the road and understand how to operate their vehicles safely. Cheating on the written examination could lead to unqualified and unsafe drivers obtaining CDLs and putting others on the roads at risk.

15. The Department of Driver Services for ILSOS planned for the addition of approximately 55 contractual employees to begin monitoring the automated written CDL examination beginning on approximately July 1, 2026 at an estimated cost of $2,866,500 to be covered by the awarded grant funds.

16. It has come to my attention that the Trump Administration has made statements indicating an intent to terminate the aforementioned grant in the State of Illinois.

17. If the grant is terminated, the safety of Illinois' and interstate roadways will be impacted because the Drivers Services Department does not have funds in its budget to conduct the planned research study into enhancing safety and best practices in the issuance of CDL credentials or to implement the enhanced security measures/proctoring program. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of March, 2026.

*Lisa Brockway*

LISA BROCKWAY

2