**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, | |
| Plaintiffs, | Case No. 26-cv-1566 |
| v. | Hon. Manish S. Shah |
| RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.*, | |
| Defendants. | |

# EXHIBIT 15

Declaration of Megha Lakhchaura

## DECLARATION OF MEGHA LAKHCHAURA

I, Megha Lakhchaura, declare as follows:

1. I am over the age of 18 years and a U.S. citizen. I know the following facts based on my own personal knowledge, and if called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Electric Vehicle ("EV") Officer for the State of Illinois at the Illinois Environmental Protection Agency ("IEPA"). My job duties include acting as the point person for EV-related and EV charging-related policies and activities in Illinois, including, but not limited to, the issuance of EV rebates for consumers and EV charging rebates for organizations and companies pursuant to 20 ILCS 627/15. I also work with various state agencies, public entities, and the EV industry to develop a comprehensive EV and EV charging approach and programs for the state.

3. I was appointed to my position at IEPA in April 2022. Before that, I was the Head of Policy, North America at EVBox Group, an electric vehicle supply equipment company, where I worked on transportation electrification initiatives across states and at a federal level. At EVBox, I worked on transportation electrification before state utility commissions, including California, Colorado, and New York. In total, I have 18 years of experience working on power planning and procurement, renewable energy and transportation electrification.

### IEPA CFI Grant Award

4. IEPA is an Illinois executive-branch state agency. IEPA's mission is to safeguard environmental quality, consistent with the social and economic needs of the State of Illinois, so as to protect the health, welfare, property, and quality of life of Illinois residents.

1

5. IEPA applied for funding under the $2.5 billion Charging and Fueling Infrastructure ("CFI") Discretionary Grant Program (Corridor Program, Round 2) administered by the Federal Highway Administration ("FHWA"). IEPA applied for $126 million in funding to establish a strong foundation of 14 publicly accessible charging stations along priority freight corridors across Illinois. To advance this effort, IEPA issued a competitive and public call for projects to identify qualified infrastructure partners. After a comprehensive review of submissions, IEPA selected Gage Zero, Pilot Company, Prologis, and Tesla—bringing together a team with extensive expertise in planning, designing, engineering, constructing, operating, and maintaining alternative fuel vehicle infrastructure to successfully deliver the proposed network.

6. On January 10, 2025, IEPA was selected for a $100 million Round 2 CFI award focused on medium- and heavy-duty charging stations for electric trucks. IEPA received the largest Round 2 CFI award nationwide.

7. IEPA planned for the $100 million grant to support development of 14 stations with 345 EV charging connectors. This project, if implemented, would significantly expand the range of electric freight transport in Illinois and beyond. Although IEPA was notified on January 13, 2025 that it had been "selected" for the award, Defendants have taken no further steps to move forward with the project. The FHWA has not obligated any funds, even for initial administrative costs.

8. Under the CFI program, IEPA cannot access the awarded funds until FHWA provides IEPA with an executed award agreement for IEPA's acceptance, obligating the announced $100 million in funding.

9. IEPA has been told that an unspecified review has indefinitely delayed progress toward award ratification and fund obligation. Most recently, on October 2, 2025, an FHWA official based in Chicago emailed IEPA as follows:

> In order to proceed with obligating grants our office must receive approval from the Grant Review Task Force in Washington. To date, the task force has not approved any CFI grants to proceed. So, until we receive notice from HQ, this program is on hold.

A true and correct copy of this email is attached as Exhibit A.

10. In a separate October 2, 2025, email to IEPA, an FHWA official reiterated that a new "Grant Review Task Force" was still considering whether CFI would be "approved to move forward." The official acknowledged grantees' "frustration with this new process" and stated that "we have little to no information to share on a potential timeline for their approval of this program." A true and correct copy of this email is attached as Exhibit B.

### Obligation Delay and Its Impact on IEPA and Illinois Residents

11. The loss of CFI funds will harm Illinois's economy and its efforts to achieve decarbonization goals mandated by state law. The IEPA grant alone was estimated to bring about emission reductions yielding up to $21 million in positive annual health effects via reduced rates of asthma, hay fever, and respiratory-related emergency room visits.

12. The CFI award is a significant step forward for Illinois in meeting its transportation decarbonization goals. Illinois enacted the Climate and Equitable Jobs Act ("CEJA") in 2021, committing the State to the following goals: 1) Deploy 1 million EVs on the road by 2030; 2) Achieve 100 percent clean energy by 2050; and 3) Achieve 100 percent zero emission energy generation by 2045.

13. The CFI award is expected to increase zero emission vehicle ("ZEV") deployments resulting in associated emissions reductions. The 14 new stations funded by the CFI

3

award are estimated to yield annual reductions of 79,178 short tons of greenhouse gases; 263,395 pounds of carbon monoxide; 418,080 pounds of nitrogen oxides; 3,435 pounds of particulate matter with diameters less than 10 micrometers; 3,257 pounds of particulate matter with diameters less than 2.5 micrometers; 20,800 pounds of volatile organic compounds; and 747 pounds of sulfur oxides.

14. Illinois has experienced strong recent growth in EV registrations, with new EVs increasing nearly 32% in early 2026 compared to the same period in 2025, outpacing national growth rates. The state has invested heavily in charging infrastructure and leveraged federal funding to help close the gap between EV charging demand and supply. Each new charging station contributes to meeting the refueling needs of the state's growing EV fleet. Collectively, the 14 new stations funded by the CFI award will add 345 public EV charging connectors and vehicle stalls, all accessible to medium- and heavy-duty zero-emission vehicles ("MHD ZEVs"), significantly expanding fast-charging capacity for residents and businesses across Illinois.

15. Illinois was poised to install electric truck charging stations at truck stops, a development that would have delivered meaningful economic benefits for site owners, surrounding communities, and the broader freight economy. Because electric trucks require longer charging sessions than traditional refueling, driver dwell times increase—creating greater opportunities for drivers to patronize on-site restaurants, retail shops, and other small businesses offering food and amenities. Charging partners also proposed incorporating enhanced amenities such as showers, driver lounges, high-speed internet, laundry facilities, and 24/7 staffed convenience stores. These investments would not only have improved the driver experience but also created construction, operations, and retail jobs, further strengthening local economies.

16. Further, station construction under the CFI award is expected to create 198 temporary station development jobs and support over 30 ongoing operations and maintenance jobs. The CFI award will support local economic growth through construction and electrical installation jobs, ongoing operations and maintenance roles, software, network management, and energy management positions. Together, these investments strengthen local economies.

17. Moreover, IEPA requested funding to address significant anticipated increases in demand for ZEV infrastructure from both public and commercial fleets operating not only in Illinois, but also within the broader Midwest and nationwide. Developing these charging hubs in Illinois will enable companies with trucks traveling nationwide to further electrify their fleets. In the early days of ZEV adoption, it can be challenging for fleets to invest in their own infrastructure before the reliability, financial viability, and technical capabilities of electric trucks are fully demonstrated. A lack of reliable and accessible refueling infrastructure is a major barrier to adoption, particularly for small businesses and independent owner-operators with limited resources. The infrastructure funded by the CFI award will remove that barrier, unlocking an anticipated acceleration of MHD ZEV adoption across the country and in the state.

Executed this 4th day of March, 2026, in Washington, D.C.

*Megha Lakhchaura*
_____

Megha Lakhchaura
Electric Vehicle Officer
Illinois Environmental Protection Agency

# EXHIBIT A

**to the Declaration of Megha Lakhchaura**

| | |
|---|---|
| **From:** | Neal, Nichole (FHWA) |
| **To:** | Cruikshank, Jack; Jon Paul Diipla |
| **Cc:** | Lakhchaura, Megha; Esquivel, Dennis; Desmond, Gabriel L. |
| **Subject:** | [External] RE: IEPA Introduction - another IL CFI awardee |
| **Date:** | Thursday, October 2, 2025 7:58:55 AM |

Hi Jack,

In order to proceed with obligating grants our office must receive approval from the Grant Review Task Force in Washington. To date, the task force has not approved any CFI grants to proceed. So, until we receive notice from HQ, this program is on hold.

As soon as we get approval, the IL Division will reach out to all awardees to begin initiation of the grant when it has been approved.

*Nichole Neal*
*FHWA ILDIV~Chicago Urban Satellite Office*
*e: nichole.neal@dot.gov | p: 312-886-1606*

---

**From:** Cruikshank, Jack <Jack.Cruikshank@Illinois.gov>
**Sent:** Wednesday, October 1, 2025 10:59 AM
**To:** Neal, Nichole (FHWA) <nichole.neal@dot.gov>; Diipla, Jon Paul (FHWA) <JonPaul.Diipla@dot.gov>
**Cc:** Lakhchaura, Megha <Megha.Lakhchaura@Illinois.gov>; Esquivel, Dennis <Dennis.Esquivel@Illinois.gov>; Desmond, Gabriel L. <Gabriel.Desmond@Illinois.gov>
**Subject:** RE: IEPA Introduction - another IL CFI awardee

> You don't often get email from jack.cruikshank@illinois.gov. Learn why this is important
>
> **CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hello Nichole and Jon Paul,

Here at the Illinois EPA, we would like to know if there are updates on our CFI Round 2 grant, specifically what is needed to initiate obligation of the award.

Thank you,
Jack Cruikshank

*Jack Cruikshank*

Electric Vehicle Policy Advisor
Illinois Environmental Protection Agency
Chicago, IL | 224-262-7622

**From:** Neal, Nichole (FHWA) <nichole.neal@dot.gov>
**Sent:** Wednesday, June 25, 2025 9:30 AM
**To:** Samantha Bingham <Samantha.Bingham@cityofchicago.org>
**Cc:** Nicolas Perez <Nicolas.Perez@cityofchicago.org>; Lakhchaura, Megha <Megha.Lakhchaura@Illinois.gov>; Esquivel, Dennis <Dennis.Esquivel@Illinois.gov>; Cruikshank, Jack <Jack.Cruikshank@Illinois.gov>
**Subject:** [External] RE: IEPA Introduction - another IL CFI awardee

Hi Samantha, et. All,
My apologies for my delay in response. Thank you for the introduction. I oversee all of the grants in IL, but your main point of contact for this project will be Jon Paul Diipla, who is copied on this email.

If you have any questions or would like to discuss the award, please feel free to reach out to Jon Paul and he can schedule a call if needed.

Thank you kindly,

Nichole Neal
Grants & Programs Coordinator
FHWA-Illinois Division~Chicago Urban Satellite Office
200 W. Adams St. Suite 330
Chicago, IL 60606
email: nichole.neal@dot.gov  ph: 312-886-1606

---

**From:** Samantha Bingham <Samantha.Bingham@cityofchicago.org>
**Sent:** Thursday, June 5, 2025 1:19 PM
**To:** Neal, Nichole (FHWA) <nichole.neal@dot.gov>
**Cc:** Nicolas Perez <Nicolas.Perez@cityofchicago.org>; Megha Lakhchaura <Megha.Lakhchaura@Illinois.gov>; Esquivel, Dennis <dennis.esquivel@illinois.gov>; Cruikshank, Jack <jack.cruikshank@illinois.gov>
**Subject:** IEPA Introduction - another IL CFI awardee

> You don't often get email from samantha.bingham@cityofchicago.org. Learn why this is important
>
> **CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Nichole.

I hope you are doing well.

I want to introduce you to the team at the Illinois EPA (IEPA) who work on transportation electrification. Megha, Jack, and Dennis are responsible for the IEPA's Round 2 CFI selected

application.

I'll let you two take it from here—hope it's a fruitful connection!

Best Regards,

Samantha Bingham
Clean Transportation Program Director
Chicago Department of Transportation
2 N. LaSalle St., Suite 950
Chicago, IL 60602
312.744.8096

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

# EXHIBIT B

**to the Declaration of Megha Lakhchaura**

| | |
|---|---|
| **From:** | Neal, Nichole (FHWA) |
| **To:** | Samantha.Bingham@cityofchicago.org; Irvin, Elizabeth; Brinley, Claire; emakra@mayorscaucus.org; Cruikshank, Jack |
| **Cc:** | Jon Paul Diipla |
| **Subject:** | [External] IL CFI Awardees |
| **Date:** | Thursday, October 2, 2025 8:16:08 AM |

Hi All-

Many of you have been reaching out to our office requesting information about the CFI program and your awards. This year, the Office of the Secretary (OST) formulated a Grant Review Task Force to review and approve every grant and program across the USDOT. This task force reviews that grants and their respective programs and notifies each state when they can proceed. To date, this program has not been approved to move forward.

We appreciate your patience and understand your potential frustration with this new process, please be aware that the **FHWA-IL Division will let you know when your grant has been approved** and will work with you to get it executed and obligated when the time comes. Until we receive such notification, we have little to no information to share on a potential timeline for their approval of this program.

Again, we appreciate your continued patience while we all work to navigate this new grant process.

Good day,


Nichole Neal
Grants & Programs Coordinator
FHWA-Illinois Division~Chicago Urban Satellite Office
200 W. Adams St. Suite 330
Chicago, IL 60606
email: nichole.neal@dot.gov  ph: 312-886-1606