UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.*, <br><br> Defendants. | Case No. 26-cv-1566 <br><br> Hon. Manish S. Shah |

# EXHIBIT 16

Declaration of Susie Strife

DECLARATION OF SUSIE STRIFE

I, Susie Strife, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am the Director of Boulder County's Office of Sustainability, Climate Action and Resilience. I make this declaration in my official capacity. I am a resident of the state of Colorado, and I am over the age of 18. I am familiar with the information in the statements set forth below either through personal knowledge or review of Boulder County records.

2. In 2024, Boulder County was awarded a $4.9 million Charging and Fueling Infrastructure (CFI) grant (round 1A) under the Infrastructure Investment and Jobs Act (IIJA) from the U.S. Department of Transportation (U.S. DOT) Federal Highway Administration (FHWA) to increase access to EV charging, grant award number 693JJ32540009.

3. The grant award agreement was signed on December 6, 2024.

4. The agreement was for $742,000 in federal funds for Phase 1 work and $4,158,000 for Phase 2 work.

5. This project funds the installation of EV charging infrastructure to increase access for communities that have gaps in EV charging, including low- and moderate-income neighborhoods, neighborhoods with multifamily housing, and rural areas in Boulder County.

6. The project is divided into two Phases.

7. Phase 1 is the pre-construction work including planning, outreach, EV infrastructure site selection, and preliminary design.

8. Boulder County is actively underway in Phase 1.

9. Boulder County completed an RFP and competitively selected an EV charging vendor to support the planning, construction, installation, and operations.

10. Boulder County is actively recruiting site hosts and have begun work under the contract with the vendor.

11. Phase 2 includes construction, installation, and operations.

12. There is a deadline of September 30, 2026 to obligate FY2023 funding under the CFI program.

13. Boulder County cannot proceed to Phase 2 without FHWA approval.

14. Phase 2 is anticipated to start in early October 2026.

15. Boulder County learned on February 4, 2026, through an article in the New York Post, that the White House had instructed U.S. DOT to cancel $943 million in grants for Colorado, California, Illinois, and Minnesota. The article specifically mentioned Boulder County's CFI grant.

16. In response, Boulder County contacted the FHWA for clarification. FHWA stated that the grant was not "cancelled," but was assigned to a "Not Approved to Proceed" project list.

17. The FHWA represented projects on the "NOT Approved to Proceed" will not have any request to obligate funds reviewed or approved, such as a request to schedule or obligate construction funds. This means that Boulder County is not able to proceed to Phase 2.

18. We have approximately 30 sites interested in EV charging infrastructure, but because we were told we are on the "NOT Approved to Proceed" list we cannot commit to them that the grant will cover this work.

19. The grant award agreement states that the only condition relevant to unlocking the Phase 2 funding obligation is "FHWA Division Office confirms the Recipient has met all the applicable Federal and local requirements including NEPA [National Environmental Policy Act] approval."

20. The FHWA's position that our grant will not proceed even if we meet the obligation requirement and deadlines causes immediate irreparable harm because Boulder County cannot provide any assurance to the approved sites or vendors that the project will move forward, which is significantly harming Boulder County's ability to complete its Phase 1 work. Without these funds, Boulder County will be unable to complete the Phase 2 work and will lose the EV charging infrastructure that it was promised under the award.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on March 3, 2026.

*Susie Strife*

Susie Strife
3/3/2026