**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, | |
| Plaintiffs, | Case No. 26-cv-1566 |
| v. | Hon. Manish S. Shah |
| RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.*, | |
| Defendants. | |

# EXHIBIT 17

Declaration of Jon Solberg

**DECLARATION OF JON SOLBERG**

I, Jon Solberg, declare as follows:

1. I am over the age of 18 years and a U.S. citizen. I know the following facts based on my own personal knowledge, and if called as a witness, I could and would testify competently to the matters set forth below.

2. I serve as the Assistant Commissioner for Sustainability, Planning, and Program Management for the Minnesota Department of Transportation (MnDOT). As the Division Director, I am responsible for providing strategic leadership for MnDOT's Sustainability, Planning, and Program Management Division, ensuring that all work groups operate effectively and advance agency goals. I set divisional policies, budgets, organizational structures, and work plans; supervise office directors; oversee resource deployment; and guide major strategic initiatives, including equity and inclusion efforts. As a member of the Commissioner's Management Team, I help shape agency-wide policies, budgets, and legislative priorities. I maintain broad situational awareness across programs, collaborate with other executives to identify and resolve issues, direct policy-related studies, and build strong partnerships with federal, state, local, and stakeholder groups. represent the department on key committees and policy forums. I also counsel and advise MnDOT's executive leadership on statewide multimodal planning and programming. I brief leaders for key engagements, accompany them to high-level meetings, flag emerging issues, provide solution options, and represent the Commissioner and Deputy Commissioners when needed.

3. I have been employed by MnDOT since 2008, and I have served as Assistant Commissioner of the Sustainability, Planning and Program Management Division since September of 2024. Before starting my current position, I served as the Assistant Division Director of the Sustainability, Planning and Program Management Division for two years. I have over 17 years

1

of experience in project prioritization for federal highway funding, managing federal highway funded projects and forecasting and programming federal highway funds for future needs at MnDOT. During the course of my career at MnDOT in roles at both the District and State Level I have 8 years of direct experience administering and programming funding for programs and projects in excess of a billion dollars of funds that the State of Minnesota has received from the Federal Highway Administration.

### Background

4. In Minnesota, MnDOT has statutory responsibility for the vast majority of planning, construction, operation, and maintenance of Minnesota's extensive transportation network, which encompasses highways and bridges, airports, public transit, rail freight and rail passenger systems. This vast transportation system supports Minnesota residents and visitors to the State.

5. MnDOT is the Minnesota grantee from the USDOT, which includes the following divisions: Federal Highway Authority (FHWA), Federal Transit Administration (FTA), Federal Motor Carrier Safety Administration (FMCSA), National Highway Traffic Safety Administration (NHTSA), the Federal Aviation Administration (FAA), and the Federal Railroad Administration (FRA). MnDOT administers a wide range of grant programs meant to ensure safe, cost-effective transportation for Minnesota in ways that enhance the quality of life, promote economic prosperity, and demonstrate respect for our environment.

6. As part of my regular job duties, I oversee staff that forecast funds from USDOT, including federal highway funds, access federal highway funds, and manage federal highway funds. I have reviewed the FY2021-2025 formula federal highway funds and competitive grant awards that were issued to MnDOT and am familiar with their contents.

7. MnDOT is responsible for administering thousands of projects funded by federal grants from USDOT, including both competitive grant programs and formula grant programs. While too numerous to list in full, each grant supports critical programs in Minnesota, keeping roadways, airspace, waterways, transit systems, and pedestrians safe.

8. MnDOT uses federal grant funds for MnDOT projects, and it also passes these funds through to other entities including thousands of local governments, rural and urban public transit agencies, airports, universities, and nonprofit entities. The programs funded by these federal grants are vital to protect the residents of Minnesota.

9. MnDOT first learned of the possibility of termination of USDOT grants to Minnesota in an article from the *New York Post* published on February 4, 2026. The article reported that the Office of Management and Budget had ordered USDOT to terminate more than $943 million in grants meant for California, Colorado, Illinois, and Minnesota.[1]

## MnDOT Relies on USDOT Competitive Grant Programs

10. The USDOT grant process for competitive awards, at a very broad level, includes two steps. First, USDOT "allocates" funding to recipients based on its evaluation of the competitive grant applications. Then, once an allocated award has been executed, there is a process that can take several years of "obligating" the monies on a phased, project-by-project basis after further review and approval.

11. MnDOT is awaiting obligation to administer numerous competitive grants that have been allocated to MnDOT by USDOT, including a partial list shown in Table 1 below:

---

[1] https://nypost.com/2026/02/04/us-news/white-house-instructs-dot-cdc-to-cut-1-5b-in-woke-green-grants-for-dem-states/

| Competitive USDOT Grants Awarded to MnDOT Since FY2021 | | | |
|---|---|---|---|
| **Grant Program** | **Description** | **Award Amount** | **Federal Fiscal Year in which funds were awarded** |
| **BUILD** | Highway 59 Worthington complete streets | $15,140,000 | 2024 |
| **BUILD** | Robert Street complete streets and viaduct replacement | $25,000,000 | 2025 |
| **BUILD** | Trunk Highway 5, Trunk Highway 61 improvement project | $6,500,000 | 2021 |
| **Charging and Fueling Infrastructure** | Greater Minnesota EV Community Program | $6,400,000 | 2022-2023 |
| **Rural Surface Transportation Grant Program** | Minnesota Trunk Highway 19 Reconstruction Project, Northfield, MN | $25,490,000 | 2025-2026 |

12. These USDOT competitive grants provide critical funding to meet Minnesota's transportation infrastructure needs.

13. The BUILD program was established under the American Recovery and Reinvestment Act of 2009 to create jobs and spur economic recovery through transportation infrastructure investments. The goal of the BUILD program is to fund eligible surface transportation projects that will have a significant local or regional impact and improve transportation infrastructure.

14. MnDOT plans on using BUILD program funds for several projects, including the following three MnDOT projects:

4

15. The first project aims to modernize and improve roads and infrastructure on Highway 59 in Worthington, Minnesota. This grant was awarded in June 2024, but USDOT still has not entered into a grant agreement. MnDOT plans to solicit bids for the project starting in October 2026 and construction is anticipated to start in 2027. In order to be ready to proceed with the October 2026 solicitation, MnDOT is currently spending time and resources, including working with external consultants, on preliminary design, final design, and right of way acquisition processes.

16. The second project aims to replace a nearly 100-year-old viaduct and modernize and improve roads on Robert Street in St. Paul, Minnesota. This project will help extend the life of the roadway and enhance safety for motorists and pedestrians. This grant was awarded in January 2025, but USDOT still has not entered into a grant agreement. MnDOT plans to solicit bids for the project in March 2027 and construction is anticipated to start in 2027. In order to be ready to proceed with the March 2027 solicitation, MnDOT is currently spending time and resources, including working with external consultants, on preliminary design, final design, and right of way acquisition processes.

17. The third project aims to improve safety and mobility by reconstructing Highway 61/Arcade Street in St. Paul, Minnesota. This grant was awarded in February 2022, but USDOT still has not entered into a grant agreement. MnDOT solicited bids for the project in September 2024, construction started in April 2025, and construction is expected to be fully completed by November 2026.

18. The Charging and Fueling Infrastructure (CFI) program is a grant program established under the 2021 Infrastructure Investment and Jobs Act to help States expand access to electric vehicle charging along major transportation corridors and in underserved communities.

5

19. MnDOT plans to use $6,400,000 in allocated CFI funds to support its Greater Minnesota Electric Vehicle Infrastructure Community Program. This Program will identify, design, and construct electric vehicle charging sites across Minnesota. The award was split into two phases: MnDOT was awarded $1,035,600 for Phase 1 (the planning and pre-construction phase) and $5,364,400 for Phase 2 (the construction phase) in 2024. MnDOT is still awaiting a specific obligation for Phase 2, and it cannot proceed without FHWA approval. If Phase 2 funds are not obligated by September 30, 2027, MnDOT will lose these promised funds.

20. Staffing changes at FHWA and uncertainty about future reimbursement for construction projects already forced MnDOT to significantly delay its Phase 1 launch over the last year, including delays in soliciting program participants, and contracting with a consultant to support program participants with capacity building and technical assistance. These delays were caused in part by stakeholder concerns that FHWA would not follow through with the original intent outlined in the grant award. Continued CFI funding delays and uncertainty over whether the Program will be funded and reimbursed by FHWA will further frustrate program objectives and jeopardize partnerships with key stakeholders.

21. MnDOT plans to use the $25,490,000 million from a Rural Surface Transportation Grant Program for the Minnesota Trunk Highway 19 reconstruction project in Northfield, Minnesota in order to improve motorist, cycling, and pedestrian safety and streamline traffic. This grant was awarded in January 2025, but USDOT has not yet signed the grant agreement for this project. MnDOT plans to release RFPs in April 2027. In order to be ready to proceed with the RFP release, MnDOT is currently spending time and resources, including working with external consultants, on preliminary design, and right of way acquisition processes.

**Obligation Delays and Their Impact on MnDOT Grant Administration and Minnesota Residents**

22. The competitive grants described above have been stuck in limbo—some for several years. The above-described BUILD grants include $46,500,000 million awarded to MnDOT between February 2022 and January 2025. Yet, USDOT has taken no further steps to move forward with the projects. USDOT has not obligated any funds pursuant to an executed grant agreement, even for initial administrative costs. Once USDOT funding is awarded, MnDOT typically begins the design and planning process so that MnDOT can meet the agreed upon bid-solicitation date, and shortly thereafter, start construction on the project. To meet the scheduled solicitation dates for the above-described BUILD grants, MnDOT has started working with internal and external stakeholders, including cities and counties, throughout the preliminary planning and permitting phases. If federal funding is delayed or withheld, this work will have been wasted. If federal funding is withheld, there is no guarantee that these projects will move forward. MnDOT either will not have sufficient state funds to complete the projects, depriving Minnesotans of important infrastructure and safety improvements, or MnDOT will have to divert funds from other important projects to finance the ongoing projects.

23. Additionally, with respect to the BUILD grant to fund Highway 61 improvements, MnDOT has already—with USDOT approval—used temporary/advance construction funds to start construction on the project. Without this federal funding, MnDOT will need to permanently divert funds from other important projects to pay for the already sunk construction costs. MnDOT has already paid approximately $21,000,000 to the construction contractor.

24. MnDOT was awarded $5,364,400 in CFI funding for Phase 2 of the Greater Minnesota Electric Vehicle Infrastructure Community Program. The uncertainty over Phase 2 funding is jeopardizing current and future partnerships with key stakeholders who anticipate

7

federal and state support. For example, 40 rural and Tribal communities indicated interested in applying as an EV charger site on our initial application for the program, but only 27 communities indicated interested in applying ahead of our formal solicitation of site selection. MnDOT would expect the number of communities interested in funded EV charging sites to go up, not down, once we secured the grant. We believe this decline in community interest is tied in part to the uncertainty around the grant award funding.

25. The funding uncertainty for Phase 2 also puts MnDOT in the untenable situation of investing state resources and in planning for and designing important EV charging projects that will remain incomplete if federal funding is not obligated. If FHWA does not obligate funding for Phase 2, FHWA will not move forward with the necessary environmental review process for any EV charging infrastructure projects that MnDOT selects in Phase 1. Thus, if FHWA were to freeze or withhold funding for Phase 2 at this point in the process, this would result in a considerable waste of public and private resources expended during the planning phase.

26. Without CFI funding, MnDOT does not have sufficient funds to cover the construction of EV charging infrastructure in Greater Minnesota, especially in historically underfunded areas of the State. Without CFI funding, many rural and Tribal communities will lack access to EV charging, which is one of the top barriers to widespread EV adoption. This loss in funding will hinder the State's ability to meet important climate goals set forth in Minnesota's Climate Action Framework.

27. MnDOT was also awarded a $25,490,000 Rural Surface Transportation Grant to reconstruct Trunk Highway 19. Yet, USDOT has taken no further steps to move forward with the project. USDOT has not obligated any funds, even for initial administrative costs. In order to meet the scheduled RFP release date described above, MnDOT has been investing resources

during the preliminary planning, design, and permitting phases to work with internal and external stakeholders, including cities and counties. If this federal funding is withheld, there is no guarantee that this project will move forward and this work will be wasted. MnDOT will either not have sufficient state funds to complete the project, depriving Minnesotans of important infrastructure and safety improvements, or MnDOT will have to divert funds from other important projects to finance the ongoing project.

28. The projects funded by these grant programs administered by USDOT are vital to develop, maintain, and ensure safety, access, and connectivity on and through critical infrastructure throughout the State. Minnesota has immense transportation needs, which these grant awards address, and without this federal funding, the State will not be able to modernize its highway system in a way that promotes safety, improves connectivity, and supports a strong economy.

29. If these funds are withheld, MnDOT will have to cease planning, design, and construction work associated with these projects, which would have drastic impacts on project costs given the inflationary pressures that impact project costs when delays occur. MnDOT has already spent significant time and resources—including millions in construction costs—on these USDOT awarded projects. If MnDOT cannot access these promised federal funds, MnDOT will have to choose either to divert resources from other important transportation safety projects or terminate projects in which MnDOT has already invested heavily. Either result will deprive Minnesota residents of necessary transit investment and safety improvements, and could result in infrastructure failures or increased traffic crashes, which would further harm Minnesotans.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of March, 2026, in St. Paul, Minnesota.

   /s/ Jon Solberg