UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.*, <br><br> Defendants. | Case No. 26-cv-1566 <br><br> Hon. Manish S. Shah |

# EXHIBIT 18

Declaration of Keith Duncan

# DECLARATION OF KEITH DUNCAN

I, Keith Duncan, declare as follows:

1. I am over the age of 18 and understand the obligations of an oath.

2. I am employed by the California Department of Transportation (Caltrans) as Chief, Caltrans Division of Budgets. I have been Chief of Caltrans Division of Budgets since June 2021. Before that, I was the Chief of the Office of Capital and Finance within the Caltrans Division of Budgets for two years. In my current position, I am delegated the authority, on behalf of Caltrans, for the development, adoption and management of financial policy for Caltrans, including, but not limited to, managing the responsibilities designated in all departmental policies and deputy directives for budgetary roles and responsibilities, the apportionment and use of state and federal transportation funds, and the development, monitoring and reporting of the annual State of California budget for Caltrans according to State statues and mandates. I make this declaration based on personal knowledge, on information I acquired through the performance of my duties at Caltrans, and on my review of records maintained in the ordinary course of business by Caltrans.

3. Caltrans uses federal funding, both formula and grant funds, for state highway system projects, and it also passes funds through to local governments,

1

statewide. The programs funded by these federal formula and grants are vital to protect the residents of California.

4. Caltrans and local agencies rely on Federal Highway Administration (FHWA) Competitive Grant Programs to address critical transportation infrastructure needs. FHWA "allocates" funding to recipients based on its evaluation of the competitive grant applications. Then, once an allocated award has been executed, there is a process that can take several years of "obligating" the monies on a phased, project-by-project basis after further review and approval. One federally funded program through FHWA is the Nationally Significant Freight & Highway Projects, also known as Infrastructure for Rebuilding America (INFRA). The INFRA grant program funding is made available under the Multimodal Project Discretionary Grant (MPDG) combined Notice of Funding Opportunity (NOFO). FHWA awards competitive grants for multimodal freight and highway projects of national or regional significance to improve the safety, efficiency, and reliability of the movement of freight and people in and across rural and urban areas.

5. One INFRA (urban) awarded project administered by Caltrans is the State Route (SR) 84 - Interstate 101 Interchange project in San Mateo County to replace ramps, widen local roads connecting to the ramps, signalize ramps, and add pedestrian and bicycle paths on the local connecting roads. The current SR 84-US

2

101 Interchange configuration results in congestion, traffic merging issues, and traffic backup onto the US 101 mainline. This area saw 195 collisions between 2018 and 2022.

6. The SR 84 – US 101 Interchange project meets specific Grant evaluation criteria such as being strong in state of good repair and economic impacts, freight movement, and job creation. The project will modernize the outdated interchange and provide standard vertical clearance under US 101, which is a significant freight bottleneck in accessing the nearby Port of Redwood City, the only deep-water port in the South San Francisco Bay and the fastest-growing small bulk port in California. The interchange is the main gateway from US 101 to the Port and adjacent industrial and commercial job centers. This project supports long-term good paying jobs, is expected to utilize union labor in construction, and includes workforce training programs. It will address significant freight bottlenecks to the nearby Port of Redwood City and reduce congestion in the Redwood City to South San Francisco Bay region of San Mateo County, a fast-growing area. Improvements to ramps, travel lines, and intersections work together to enhance safety and operational effectiveness, leading to fewer collisions and serious injuries.

7. A total of $105 million was awarded for the SR 84-US 101 Interchange project, but not yet obligated. $8 million was awarded for

preconstruction work on January 10, 2025, but Caltrans sent the Project Authorization request to FHWA to obligate this $8 million a few times in January and February 2025 in an attempt to keep the preconstruction work on schedule. The FHWA returned it to Caltrans unsigned in late-February 2025 for a 90-day pause.

8. Another INFRA (rural) awarded project administered by Caltrans is the State Route 99 Corridor and Paige Avenue Multimodal Interchange Improvements project in the City of Tulare, in Tulare County. The Tulare project will: reconstruct four on/off ramps into a consolidated multimodal interchange; construct sequential roundabouts at the ramp termini and adjacent local street intersections; construct shared-use paths along both sides of Paige Ave to provide an east-west multimodal corridor for users; and convert 5.4 miles of four-lane freeway into a six-lane freeway utilizing the existing median for planned future managed-lane use.

9. The Tulare project meets specific Grant evaluation criteria such as being strong in economic impacts, freight movement, job creation and equity, multimodal options, and quality of life. The improvements on SR 99 mainline will support economies in the southern half of the San Joaquin Valley by reducing a regional freight bottleneck, thereby supporting workforce development by getting people and goods to their destinations more quickly. The reconstructed interchange

at Paige Ave provides for equitable safety improvements such as separated ten-foot-wide shared use paths on both sides of Paige Ave for bicyclists and pedestrians. The project also provides additional sidewalks on surrounding local streets that expand from the Paige Ave interchange, which provides safe access to the new facilities at the interchange. Areas of persistent poverty and historically disadvantaged communities will directly benefit from the project.

10. Caltrans does not have any other appropriation in its budget that could cover the loss of the grants previously mentioned. If Caltrans cannot access these federal funds, Caltrans will not have funds to immediately cover the unique programs funded by the grants, and in turn, will result in project delays, depriving California of these critical transportation infrastructure investments and improvements.

11. The projects funded by the INFRA grant program administered by FHWA are vital to develop, maintain, and ensure safety, access, and connectivity on and through critical infrastructure throughout the State. California's transportation system is vital to achieving the state's safety, climate, equity, and economic prosperity goals. California has immense transportation infrastructure needs, which these grant awards address, and it is imperative to ensure the State of California can maintain and sustain our multimodal transportation system. Without adequate investment from these Grant awards, the state will not be able to

modernize its highway system for all users that promotes safety, reduces pollution, achieves transportation equity, and supports a strong economy.

12. If these funds are withheld, Caltrans would have to cease preconstruction work associated with these projects, which would have drastic impacts as inflationary pressures that impact project costs when delays occur. In some instances, this may have fiscal impacts on several other highway and local transportation system projects as these anticipated grant funded projects are combined with other projects to gain time and fiscal efficiencies and reduce impacts to the travelling project to align construction timelines for projects within a corridor. These time and cost impacts could cost the State and local agencies millions.

13. California has already spent significant time and resources—including in planning, design, and public engagement—for these INFRA Grant awarded projects, and these projects that would now need to be stopped or delayed, and delays and/or terminations of projects will further deteriorate the condition of the State's infrastructure, which will impact users of the highways and potentially result in emergency failures of transportation infrastructure due to funding not being available to deliver these necessary state transportation infrastructure projects.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on March 4, 2026 in Sacramento, California.

*Keith Duncan*
_____
Keith Duncan
Chief, Division of Budgets,
California Department of Transportation