**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS *et al.*,  Plaintiffs,  v.  RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.*,  Defendants. | Case No. 26-cv-1566  Hon. Manish S. Shah |

# EXHIBIT 19

## Declaration of James O'Dea

**DECLARATION OF JAMES O'DEA**

I, James O'Dea, declare as follows:

1. I am over the age of 18 years and a U.S. citizen. I know the following facts based on my own personal knowledge, and if called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Assistant Deputy Director, Transportation Electrification at the California Department of Transportation ("Caltrans"), where I serve as Caltrans's lead staff on issues related to zero-emission vehicles and manage federal funding received by Caltrans for electric vehicle charging infrastructure. My knowledge of the federal funding received by Caltrans is based on my review of program documents, agreements, authorizations, and communications with my staff and divisions within the department. It is within the course of my duties to coordinate with Caltrans Division of Local Assistance staff (DLA staff) responsible for interpreting and administering programs, policies, and procedures required to oversee Federal-aid and state funded local transportation projects. DLA staff has access to the Federal Aid Data System or "FADS." My knowledge includes matters relayed to me by DLA staff, along with Caltrans staff from other divisions assigned to the federal programs discussed herein, with whom I have consulted. It is also within the course of my duties to coordinate with staff at the California Energy Commission (CEC staff) responsible for managing contracts with awardees under the National Electric Vehicle Infrastructure (NEVI) Formula Program, Charging and Fueling Infrastructure Discretionary Grant Program (CFI), and Electric Vehicle Charger Reliability and Accessibility Accelerator (EVC RAA).

3. I have been employed by Caltrans since August 15, 2022 as Assistant Deputy Director, Transportation Electrification. Before starting at Caltrans, I served as the Deputy Director

1

of the Trucks and Off-Road Initiative at CALSTART, managing strategy, advocacy, and analysis for federal and state policies related to medium- and heavy-duty vehicles. In total, I have over 20 years of experience in technologies, policies, and programs related to zero-emission vehicles at Caltrans, CALSTART, the Union of Concerned Scientists, Cornell University, and the University of California, Santa Barbara. At Caltrans, I administer over $500 million of funds that the State has received from the FHWA within the United States Department of Transportation (USDOT).

## Background

4. In California, Caltrans has statutory responsibility for the vast majority of planning, construction, operation, and maintenance of California's extensive transportation network, which encompasses highways, bridges, airports, public transit, rail freight, and rail passenger systems.

5. Caltrans is the California grantee from the USDOT, which includes the following divisions: FHWA, Federal Transit Administration (FTA), Federal Motor Carrier Safety Administration (FMCSA), National Highway Traffic Safety Administration (NHTSA), the Federal Aviation Administration (FAA), and the Federal Railroad Administration (FRA). Caltrans administers a wide range of grant programs meant to ensure safe, cost-effective transportation for California in ways that enhance the quality of life, promote economic prosperity, and demonstrate respect for our environment.

6. Caltrans is responsible for administering thousands of projects funded by federal grants from USDOT, including both competitive grant programs and formula grant programs. While too numerous to list in full, each grant supports programs and projects critical to transportation in California.

7. Caltrans uses federal grant funds for Caltrans projects, and it also passes these funds through to other entities including thousands of local governments, rural and urban public transit

agencies, airports, and universities. The programs funded by these federal grants are vital to the mobility of the residents of California and the movement of goods in California.

8. As part of my regular job duties, I oversee staff that administer and pursue funds from FHWA including the NEVI Formula Program, CFI Discretionary Grant Program, and EVC RAA discretionary grant program. I led the teams responsible for drafting applications to the FHWA for Caltrans's CFI and EVC RAA programs and am familiar with the applications' contents and programs' objectives.

### Caltrans Relies on FHWA Competitive Grant Programs

9. The FHWA grant process for competitive awards, at a very broad level, includes two steps. First, FHWA "allocates" funding to recipients based on its evaluation of the competitive grant applications. Then, once an allocated award has been executed through an agreement with FHWA, there is a process that can take several years of "obligating" the monies on a phased basis after further review and approval. For EV charging projects, such as those in the NEVI, CFI, and EVC RAA programs, obligation of project funding needs to occur much faster due to the short environmental, design, right of way, and construction timelines of these projects compared to typical highway projects.

10. These FWHA competitive grants provide critical funding to meet California's transportation infrastructure needs.

11. The CFI program was established under the Infrastructure Investment and Jobs Act to fund projects that accelerate an electrified and alternative fuel transportation system that is convenient, affordable, reliable, equitable, accessible, and safe. The CFI program supplements necessary private sector investment to facilitate public access to a national charging and alternative fuel infrastructure network.

12. On August 27, 2024, Caltrans was awarded $102,389,046 for the "West Coast Truck Charging and Fueling Corridor Project" from FHWA under the CFI program in partnership with the CEC, Oregon Department of Transportation (ODOT), and Washington State Department of Transportation (WSDOT) to build out a network of 20 EV charging stations and three hydrogen fueling stations for medium- and heavy-duty vehicles along the West Coast. The project focuses on Interstate 5 and key highways that connect freight facilities such as ports, warehouses, agricultural centers, and manufacturing with Interstate 5. Interstate 5 serves as a critical highway for interstate truck travel not only between California, Washington, and Oregon, but also trucks traveling from Baja California and British Columbia. California's portion of the award is $60,204,760. On March 3, 2025, Caltrans and the CEC entered an interagency agreement relating to implementation of the West Coast Truck Charging and Fueling Corridor Project in California. On March 6, 2025, Caltrans, the CEC, ODOT, and WSDOT finalized a project charter to guide the three states' coordinated implementation of the West Coast Truck Charging and Fueling Corridor Project.

13. EVC RAA was established through funding under the Infrastructure Investment and Jobs Act, which set aside 10 percent of the NEVI Formula Program for the Secretary of Transportation "to make grants to States and localities that require additional assistance to strategically deploy electric vehicle charging infrastructure." The first round of funding made available in this set-aside from the NEVI program was for the EVC RAA program, which focuses on repairing or replacing broken or non-operational EV chargers to improve the reliability of existing EV charging infrastructure. EVC RAA is intended to provide a cost-effective mechanism to rapidly increase the number of available chargers in parallel to larger-scale deployments funded by the NEVI Formula Program, the CFI program, and other state, local, and private investments.

14. On January 18, 2024, Caltrans was awarded $63,702,988 under the EVC RAA program to support the repair, replacement, and installation of over 1,000 EV charging ports (estimated) in California. On July 2, 2024, Caltrans and the CEC entered an interagency agreement relating to implementation of EVC RAA. On October 30, 2024, the CEC released the state's first solicitation related to EVC RAA, with a pre-application workshop held for potential applications on November 12, 2024. The application window closed on February 6, 2025 and three iterations of proposed awards were issued, the most recent on August 20, 2025, with proposed awards totaling $5,182,410 with private sector match of $4,176,382. The proposed awards would support three EV charging providers to replace and install 68 charging ports at 17 locations in California.

### Obligation Delays and Their Impact on Caltrans Grant Administration and California Residents

15. Under the CFI program, FHWA has obligated $847,943 for Caltrans and the CEC to administer funding under the CFI program. Caltrans's allocation memo for CFI, issued on November 26, 2024 includes $9,030,715 for pre-construction related expenses.

16. Under the EVC RAA program, FHWA has obligated $660,101 for the CEC's administrative costs. Caltrans's allocation memo for EVC RAA, issued on August 27, 2024, includes all $63,702,988 of the funding awarded to Caltrans.

17. Since approximately March 2025, FHWA has refused to approve new obligations under the CFI and EVC RAA awards without explanation. That suspension of the CFI and EVC RAA programs—which is apparently national in scope—is the subject of separate litigation in the Seattle federal district court, *California v. U.S. Department of Transportation*, No. 2:25-cv-02574-TL (W.D. Wash.). In the meantime, Caltrans has continued to work with the CEC, ODOT, WSDOT, and proposed awardees on preparatory activities subject to approved obligations.

5

18. The termination of the CFI and EVC RAA grants would significantly harm the State of California and jeopardize achievement of its transportation, economic, and environmental policies. The CFI and EVC RAA awards to the State are important to the success of state climate and environmental policies to reduce climate-changing greenhouse gas emissions and smog, as well as state economic and transportation policies to modernize freight movement and improve access to EVs. The termination of these awards would stall the build-out and maintenance of necessary EV charging and hydrogen fueling infrastructure, increasing the costs of and impeding progress on State policies, and increasing direct harms to the State from climate change and other dangerous air pollution.

19. California's efforts to promote the widespread adoption of zero-emitting EVs are critical to its Climate Change Scoping Plan, developed to meet the California Legislature's greenhouse gas reduction targets, and its attainment of federal ambient air quality standards, which require significant measures to reduce smog precursors like nitrogen oxides and particulate matter. Failure to attain and maintain these ambient concentrations not only increases public health risks, including cardiovascular and respiratory illnesses; it also risks noncompliance penalties to the State, including the loss of highway funds.

20. The CEC periodically prepares Zero-Emission Vehicle Infrastructure Plans that set forth the State's goals for building out the charging and fueling infrastructure for zero-emission vehicles (including electric vehicles) that will support California's climate and air pollution policies. In the 2024 Zero-Emission Vehicle Infrastructure Plan, the CEC projected 7.1 million plug-in passenger EVs in California in 2030 and 15.2 million in 2035. Building out a large and geographically extensive network of public chargers is critical to consumer acceptance of EVs—and thus, critical to the decarbonization of California's passenger car traffic.

21. Medium- and heavy-duty vehicles are particularly important to California's transportation and economic policies. These classes include the long-haul freight trucks that move goods along major overland routes, the drayage trucks that constantly transport containers among ports, railyards, and warehouses, and the delivery vans that carry packages from logistics hubs to homes and businesses. Many medium- and heavy-duty EVs can be charged at central depots when they are off-duty, but for others, it is crucial that they can access fast charging at public stations along their routes. Fast-charging an electric semi-truck requires significant power, such that constructing these en route chargers carries unique financing, engineering, and permitting challenges. Another zero-emission technology with significant promise for medium- and heavy-duty transportation—the fuel-cell electric powertrain— requires periodic hydrogen refueling.

22. The CEC's 2024 Zero-Emission Vehicle Infrastructure Plan calls for 109,497 lower-speed depot chargers (20 kW to 150 kW) and 5,527 faster chargers along trucking routes (350 kW to 1,500 kW) by 2030. An alternative scenario that builds 4,910 local fast chargers—which would allow drayage trucks, for example, to quickly re-charge while on duty—allows California to forgo over twenty thousand depot chargers. The Plan also references the need for a network of hydrogen refueling stations along priority corridors, which represent over 50 percent of average daily medium- and heavy-duty truck vehicle miles traveled.

23. Likewise, California has developed a Sustainable Freight Action Plan, which calls for the deployment of over 100,000 zero-emission freight vehicles by 2030. The California Freight Mobility Plan similarly calls for decarbonization of the commercial freight fleet and last-mile delivery, which depends on available, reliable medium- and heavy-duty EV chargers and hydrogen fueling stations.

24. The projects supported by the CFI and EVC RAA awards to Caltrans are important to the achievement of the above goals. Termination of these awards would delay and increase the cost of California achieving its transportation and economic policies, particularly for freight movement—a massive piece of California's transportation sector economy. Moreover, the inhibited deployment of zero-emission vehicles increases greenhouse gas emissions, smog precursors, and other harmful air pollution, exacerbating climate change and nonattainment of federal air quality standards and jeopardizing California's climate targets and other environmental policies.

25. Caltrans does not have any other appropriation in its budget that could cover the loss of grants under the CFI and EVC RAA programs. If Caltrans cannot access federal funds, Caltrans will not have funds to immediately cover the unique programs funded by the grants. This, in turn, will result in further project delays, depriving California residents of transportation investments and improvements.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of March, 2026, in Sacramento, California.

*J. O'Dea*

James O'Dea
Assistant Deputy Director, Transportation Electrification
California Department of Transportation