**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STATE OF ILLINOIS *et al.*,

      Plaintiffs,

      v.

RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.,*

      Defendants.

Case No. 26-cv-1566

Hon. Manish S. Shah

# EXHIBIT 21

Declaration of Michael Haney

## DECLARATION OF MICHAEL HANEY

I, Michael Haney, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of eighteen and understand the obligations of an oath.

2.      I am the Director of the Office of Preparedness (aka Office of Grants Management) at the Division of Homeland Security and Emergency Management (DHSEM). In this role I am responsible for the state administration of the Federal Emergency Management Agency ("FEMA") grant programs, I have held this role since 2022. I make this declaration based on my personal knowledge, on information I acquired through the performance of my duties at Colorado Department of Public Safety (CDPS), and on my review of records maintained in the ordinary course of business by DHSEM.

3.      The Colorado Division of Homeland Security and Emergency Management ("DHSEM") is a Division of the Colorado Department of Public Safety ("CDPS"), an executive-branch state agency. DHSEM administers the State's disaster mitigation, preparedness, response, and recovery programs. As the primary grantee of the FEMA in Colorado, DHSEM administers a wide range of federal programs meant to assist states and localities in preventing and responding to catastrophic events like natural disasters and pandemics.

4.      Under the structure of our State-administered FEMA grant programs, Colorado first accepts reimbursement requests from sub-grantees. DHSEM evaluates these requests to ensure compliance with all federal rules and regulations. CDPS then pays the subrecipient. After payment is made to the subgrantee, CDPS seeks reimbursement of eligible costs to FEMA. Consequently, when FEMA delays or entirely fails to process reimbursements, the State carries a negative balance in our accounts and not only cannot balance our budget but we also forego any interest that would be accrued due to the negative balance.

1

## I.   Post-Disaster Public Assistance Programs

5.   FEMA provides critical funding to assist Colorado communities after major disasters.

6.   Specifically, several FEMA grant programs are tied not to an annual application process but rather to a presidential declaration of a major disaster under the Stafford Disaster Relief and Emergency Assistance Act ("Stafford Act"). 42 U.S.C. § 5121 *et seq*. Typically, a State's governor sends a request for a disaster declaration to FEMA, and the President then either grants or denies the request. The President can also declare a major disaster without a governor's request.

7.   Further, under the Stafford Act funding process, a presidential declaration of disaster makes the recipient and sub-applicants potentially eligible for funding, but FEMA does not incur any obligation until the approval and review process for each grant is complete.

8.   In Colorado, five major disasters, as declared by the President, have active or pending FEMA awards at this time, listed below according to their major disaster declaration number ("DR"):

   a.   DR-4145: Severe storms, flooding, landslides, and mudslides that took place across much of Colorado between September 11, 2013 and September 30, 2013;

   b.   DR-4498: The COVID-19 Pandemic during the period January 20, 2020 and May 11, 2023.

   c.   DR-4581: Colorado Wildfires which occurred in Northern Colorado, which lasted for the period September 6, 2020 through November 5, 2020;

   d.   DR-4634: Wildfires and straight-line winds Boulder County during the period December 30, 2021 to January 7, 2022;

e.    DR-4731: Severe storms, flooding and tornadoes through much of the front range and eastern plans for the period of June 8, 2023 to June 23, 2023;

9.    In total, as to the five major disasters above, FEMA has awarded nearly $2.3 billion in federal funds to help Colorado communities recover from these devastating events. FEMA has allocated these funds primarily through two Stafford Act grant programs: the Public Assistance Program and the Hazard Mitigation Grant Program.

*Public Assistance Program*

10.    I am familiar with the Public Assistance Program. After the President makes a major disaster declaration, the Public Assistance Program provides federal funding to States and other eligible recipients to help communities pay for emergency work in the immediate aftermath of a disaster as well as to complete more long-term recovery work.

11.    Specifically, emergency work immediately after a disaster includes extraordinary life-saving measures like search and rescue and distribution of food aid, as well as debris removal. In the longer term, Public Assistance "permanent work" refers to efforts to repair eligible roads, bridges, water control facilities, buildings and equipment, utilities, ports, recreational areas, and other physical infrastructure.

12.    DHSEM, as the state recipient for Public Assistance funds, develops a list of impacts that the disaster had on Colorado. FEMA and DHSEM work together to develop detailed damage descriptions, which ultimately then go through the FEMA process and become the basis on which FEMA determines the amount of funding that will be made available.

13.    FEMA awards funds based on the validated cost of the scope of work developed by DHSEM and the sub-grantee and approved by FEMA. Typically, FEMA will cover 75% of the eligible costs, with the state and the sub-grantee responsible for the remaining 25%.

3

14.     In addition to using Public Assistance funds themselves, States also pass Public Assistance funds through to sub-grantees as part of the approved scope of work.

15.     By following the above process, FEMA has allocated Public Assistance funds to Colorado each time the President has declared a major disaster in Colorado.

16.     DHSEM has five open Public Assistance awards:

a.      DR-4145: Award of $490,930,959.96 total cost with $371,398,478.94 federal share;

b.      DR-4498: Award of $1,827,951,757.91 total cost with $1,812,972,542,97 federal share;

c.      DR-4581: Award of $42,469,703.24 total cost with $38,576,171.49 federal share;

d.      DR-4634: Award of $49,714,143.19 total cost with $45,189,660.68 federal share; and

e.      DR-4731: Award of $27,306,560.18 total cost with $20,847,155.12 federal share

17.     DHSEM intends to continue to apply for Public Assistance funds whenever there is an eligible major disaster affecting Colorado, which could happen at any time.

18.     DHSEM applied for and was denied two major disaster declarations in 2025, despite meeting all programmatic requirements and the per capita indicator for a declaration.

19.     The Public Assistance Program has proven indispensable to Colorado, helping its communities save lives, recover faster, and rebuild stronger and more resilient systems in the face of devastation. From restoring electrical infrastructure damaged by fires, floods, and strong winds to deploying medical surge staffing during a historic pandemic, the program ensures that vital

public services can be quickly stabilized and rebuilt. Disaster relief and recovery would proceed more slowly in Colorado without federal Public Assistance funding.

20.     For example, disaster DR-4145 was declared after severe flooding started on September 11, 2013, causing significant damage across Colorado. Tragically, nine people lost their lives during this event. The flooding spanned over 4,500 square miles across 18 counties. Eleven thousand people were forced to evacuate and approximately 1,800 homes were destroyed, with total damage estimated at over $4 billion. Particularly devastated was the town of Lyons. A town with a population of approximately 2,200 people and an annual operating budget of around $1 million, Lyons incurred significant damage to its water treatment facility, roads, bridges, and park system. Through the Public Assistance Program, the Town of Lyons was able to rebuild its critical infrastructure and today, the town is thriving. Seventy-five percent of the eligible costs—totaling $27,070,364.62—was federally funded. Without this funding Lyons and its residents would have been completely unable to recover.

21.     Under Disaster DR-4498, Colorado undertook a massive testing campaign during the peak of the COVID-19 public health emergency, incurring a total eligible cost of $882,882,567.30. Managed by the Colorado Department of Public Health and Environment (CDPHE) as a sub-grantee of DHSEM, this project involved rigorous statewide testing of the public to help stop the spread of the COVID-19 virus and save lives. This project, fully funded at 100% federal share, highlights FEMA's vital role in supporting Colorado's pandemic response and protecting public health through the Public Assistance Program.

22.     DR-4581 was declared after Colorado suffered our largest wildfire to date, the Cameron Peak fire, which burned 208,913 acres. The fire destroyed over 492 structures and has led to lasting flooding impacts. Colorado Division of Fire Prevention and Control ("DFPC"), along

5

with our federal partners including the Bureau of Land Management, National Park Service, and the Fish and Wildlife service incurred significant firefighting costs, and Colorado was billed $13,819,278.00 by those federal agencies for their assistance. FEMA Public Assistance helped Colorado by paying 90% of these costs. Without this help it is likely the fire would not have been able to be contained in the same time-frame, leading to additional damage to Coloradans.

23.     DR-4634 was declared for the Marshall Fire in Boulder County. The Marshall Fire, which ignited on December 30, 2021, stands as the most destructive wildfire in Colorado's history. Fueled by extreme drought and propelled by hurricane-force winds gusting well over 100 mph, what began as a brush fire rapidly exploded into a terrifying urban firestorm. In just a matter of hours, the inferno swept through the densely populated suburban communities of Superior, Louisville, and unincorporated Boulder County, burning over 6,000 acres. The speed and intensity of the flames forced the evacuation of tens of thousands of residents, ultimately leveling 1,084 homes and dozens of commercial structures and resulting in the tragic deaths of two Coloradans. Colorado requested the activation of FEMA Public Assistance's Private Property Debris Removal Program to help clean up the mountains of debris to alleviate a public health crisis and to help people rebuild after the devastating incident. The net cost of that program was $22,173,827.22, of which FEMA covered 90%. Without this funding it is likely that the downstream impacts from the debris and the contamination of the soil in the area would have made rebuilding significantly more difficult, if not impossible, for the impacted communities.

24.     Colorado continues to administer the FEMA Public Assistance program according to all rules and regulations. Colorado maintains an exceptionally low rate of improper payments as is evinced by our ability to obtain and maintain the FEMA "Validate As You Go Closeout Benefit" since the inception of the program.

25.     Since the change in presidential administration on January 20, 2025, Colorado has been subjected to numerous delays in the Public Assistance Program. While many smaller projects have been delayed, the largest and most egregious example is Project #175262 ('Project Worksheet 55') under DR-4498. DHSEM submitted this project for closeout on January 22, 2025. During closeout, FEMA made a data entry error that erroneously reduced the eligible costs by $17 million. When the State identified the error, FEMA acknowledged the mistake and processed a request to add the $17 million back to the total eligible costs. Despite this, the project has been pending obligation since February 18, 2025. The system status indicates it is waiting at DHS headquarters, but we have received no updates regarding when we can expect this funding. Because the State has already incurred these costs, the delay creates a significant financial burden. Based on the current interest rate of 4.58% under the Cash Management Improvement Act, this delay has cost the State $866,055.89 from January 22, 2025, through today, March 4, 2026.

*Hazard Mitigation Grant Program*

26.     I am familiar with the Hazard Mitigation Grant Program ("HMGP") and the Hazard Mitigation Grant Program Post Fire ("HMGP-PF"). After the President makes a major disaster declaration, HMGP provides federal funding to States to "plan for and implement hazard mitigation measures [and plans] that reduce the risk of loss of life and property from future disasters" (2025 FEMA Hazard Mitigation Assistance Program and Policy Guide ("HMAPPG")). Following a Fire Management Assistance Grant ("FMAG") declaration, HMGP-PF helps "communities implement hazard mitigation measures after wildfire disasters in any area affected by a fire" (2025 HMAPPG).

27.     The DHSEM prioritizes HMGP and HMGP-PF funds to Hazard Mitigation Plans statewide and projects within the areas affected by the disaster or FMAG-declared fire. If those communities cannot use all available funding, DHSEM prioritizes projects in neighboring

communities and then statewide if necessary. Other state agencies are also able to apply for HMGP or HMGP-PF funds but receive a lower priority than local governments and eligible private nonprofit ("PNP") organizations. Local governments and eligible PNPs submit their sub-applications to DHSEM, who then convenes an interagency panel to prioritize projects in accordance with the process described in our State Hazard Mitigation Plan. DHSEM submits all sub-applications to FEMA in ranked order for approval and obligation until all federal funds in that particular HMGP or HMGP-PF are obligated.

28.     Because HMGP grants are formula grants and not competitive grants, a State recipient is entitled to a specific allocation determined by regulation following a major disaster declaration or FMAG-declared fire.

29.     DHSEM administers all HMGP funding in Colorado and has seven open and active HMGP awards (excluding programs that are open but in the closeout process). Programs with a DR designation indicate regular HMGP funding from a major disaster declaration and those with FM indicate HMGP-PF funding from a FMAG-declared fire. The dollar amounts shown are federal funds, including recipient and sub-recipient management costs:

     a.     FM-5378: Award of $1,869,067.20;

     b.     DR-4581: Award of $7,915,699.00;

     c.     DR-4498: Award of $70,395,919.00

     d.     DR-4631: Award of $11,428,307.00

     e.     FM-5423: Award of $1,258,483.20

     f.     DR-4731: Award of $6,364,497.00; and

     g.     FM-5524: Award of $4,728,535.00.

30.     Additionally, Colorado had three fires that received FMAG declarations in federal fiscal year 2025. According to the annual Colorado FEMA State Agreement ("FSA") governing FMAG, FEMA should have authorized a new HMGP-PF with a total federal award of $4,626,831.60 as a result of these three FMAG declarations. Although FEMA automatically authorized HMGP-PF in previous fiscal years, in accordance with the FSA, DHSEM submitted a formal request for one on August 26, 2025. FEMA has not responded to DHSEM's inquiries or requests related to these funds.

31.     DHSEM will apply for HMGP or HMGP-PF funds whenever there is an eligible major disaster or wildfire affecting Colorado, which could happen at any time.

32.     HMGP funds are invaluable to the State's local mitigation efforts. For example, Larimer County has received two major disaster declarations for floods and fires and two FMAG declarations since 2013. Larimer County and its municipalities have completed six flood and two wildfire mitigation projects since 2013. The County has both another flood and another fire mitigation projects in progress and another fire mitigation project awaiting FEMA award and obligation. Additionally, the Loveland Fire Rescue Authority has applied for approximately $1.6 million in hazardous fuels mitigation projects under FM-5524. That project has been in the US Department of Homeland Security approval process since January 6, 2026.

33.     As another example, Boulder County and its municipalities have received three major disaster declarations for floods and fires along with three FMAG declarations since 2013. Those communities have completed six flood and six fire mitigation projects in that time. They have another three wildfire projects and two flood projects in process currently. The Town of Superior's hazardous fuels reduction and infrastructure hardening project in the wake of the devastating Marshall Fire will reduce future wildfire risk to 4,600 residential homes, 1,300

9

businesses, 3 miles of agricultural ditches, 46.5 miles of road, 8 bridges/underpasses, 40 miles of trails, and 30 Town facilities. FEMA provided an incremental award of $867,352.75 for this project on January 31, 2025, but has since failed to award the second increment of $853,105.78 that was scheduled for December 2025. Two other projects in Boulder County have similarly received incremental awards but have not received four additional scheduled awards.

34.     Five large HMGP projects in Colorado, including the three mentioned in Boulder County, have received first award increments totaling approximately $4.8 million, but FEMA has not awarded the additional increments owed that total approximately $9.8 million. The total cost of these five projects is approximately $24.3 million. FEMA's delays in the additional increment awards have put these projects at risk of either not being completed or incurring increased costs due to the passage of time. Additionally, six other large wildfire and two large flood mitigation projects are in the DHS approval process despite meeting all eligibility requirements. FEMA Region 8 submitted those projects to DHS for approval between August 5, 2025 and January 6, 2026. These projects have a total cost of approximately $36.4 million and a combined federal cost share of approximately $30.4 million. They are similarly at risk of either not being completed or incurring increased costs due to the passage of time.

35.     The delay in receipt of funding for ongoing HMGP projects has caused serious harm to Colorado and local governments. Because Colorado and local governments do not have the budgetary resources or flexibility to make up for the lost federal funding, these critical projects lack the funds to continue moving forward at a reasonable pace or perhaps at all.

Executed this 4th day of March, 2026, in Centennial, Colorado.

Michael Haney
Director, Office of Grants Management
Colorado Division of Homeland Security and Emergency
    Management

11