UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.*, <br><br> Defendants. | Case No. 26-cv-1566 <br><br> Hon. Manish S. Shah |

# EXHIBIT 22

Declaration of Allison Farole

# DECLARATION OF ALLISON FAROLE

I, Allison Farole, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am currently the Director of Homeland Security and Emergency Management with the Minnesota Department of Public Safety ("DPS"). I have held this role since May 2025, and I have thirteen years of experience with Homeland Security Grant Program ("HSGP") and Emergency Management Performance Grant Program funding. I make this declaration based on personal knowledge and on my review of information and records gathered by DPS's staff.

3. The Minnesota Division of Homeland Security and Emergency Management ("HSEM") is a division of DPS, an executive branch agency. HSEM is responsible for coordinating Minnesota's disaster mitigation, preparedness, response, and recovery programs. As the primary recipient of emergency management related funding in Minnesota from the Federal Emergency Management Agency ("FEMA"), HSEM administers a wide range of federal programs meant to assist states and localities in preventing and responding to catastrophic events like terrorist attacks and natural disasters.

4. Under the structure of FEMA grant programs, HSEM must submit reimbursement requests to FEMA. Only after FEMA processes and remits a reimbursement request can HSEM disburse payment to vendors and sub-grantees. As such, when FEMA delays or entirely fails to process reimbursements, HSEM cannot provide any funds to sub-grantees.

I. **Post-Disaster Public Assistance Programs**

5. FEMA provides critical funding to assist Minnesota communities after major disasters.

6. Several FEMA grant programs are tied not to an annual application process but rather to a presidential declaration of a major disaster under the Stafford Disaster Relief and

1

Emergency Assistance Act ("Stafford Act"). 42 U.S.C. § 5121 *et seq*. Typically, a State's governor sends a request for a disaster declaration to FEMA, and the President then either grants or denies the request. The President can also declare a major disaster without a governor's request. Following a presidential declaration of a major disaster, a State and any sub-applicants are potentially eligible for funding, but FEMA does not incur any obligation until it reviews and approves each grant.

7. Minnesota currently has nine active or pending FEMA awards following a presidential declaration of a major disaster. Those awards are listed below, identified by their major disaster declaration number ("DR"):

- DR-4797: Severe storms and flooding across southern Minnesota and portions of northern Minnesota beginning on June 16, 2024;
- DR-4722: Severe storms and flooding across western and northeastern Minnesota that took place between April 11, 2023, and April 30, 2023;
- DR-4666: Severe storms, straight line winds, tornados, and flooding across central Minnesota that took place on May 29, 2022, and May 30, 2022;
- DR-4659: Severe storms, straight line winds, and flooding that occurred between April 22, 2022, and June 15, 2022;
- DR-4658: Severe storms, straight line winds, tornados, and flooding across Minnesota from May 8, 2022, through May 13, 2022;
- DR-4531: The disaster declaration for the COVID-19 pandemic, which began on January 20, 2020;

- DR-4442: Severe winter storms, straight line winds, and flooding throughout most of western and southern Minnesota between March 12, 2019, and April 28, 2019;

- DR-4414: Severe storms and flooding in northeast Minnesota between October 9, 2018, and October 11, 2018; and

- DR-4390: Severe storms, tornadoes, straight line winds, and flooding in northwest and western Minnesota between June 15, 2018, through July 11, 2018.

8. For the nine major disaster declarations listed above, HSEM estimates FEMA has awarded more than $175 million to help Minnesotans and their local communities recover from these devastating events. FEMA has allocated these funds primarily through two Stafford Act grant programs: the Public Assistance Program and the Hazard Mitigation Grant Program.

*Public Assistance Program*

9. I am familiar with the Public Assistance Program. After the President makes a major disaster declaration, the Public Assistance Program provides federal funding to States and other eligible recipients to help communities pay for emergency work in the immediate aftermath of a disaster as well as to complete more long-term recovery work.

10. Specifically, emergency work immediately after a disaster includes extraordinary life-saving measures like search and rescue and distribution of food aid, as well as debris removal. In the longer term, Public Assistance "permanent work" refers to efforts to repair eligible roads, bridges, water control facilities, buildings and equipment, utilities, ports, recreational areas, and other physical infrastructure.

3

11. HSEM, as the state recipient for Public Assistance funds, develops a list of impacts that the disaster had on Minnesota. FEMA and HSEM work together to develop detailed damage descriptions, which ultimately become the basis on which FEMA determines the amount of funding that will be made available.

12. FEMA awards funds based on the validated cost of the scope of work developed by HSEM and approved by FEMA. Typically, FEMA will cover 75% of the eligible costs, with the state recipient responsible for the remaining 25%.

13. In addition to using Public Assistance funds themselves, States may pass Public Assistance funds through to sub-grantees as part of the approved scope of work.

14. By following the above process, FEMA has allocated Public Assistance funds to Minnesota each time the President has declared a major disaster in Minnesota.

15. HSEM has nine open Public Assistance awards:

- DR-4797: Award of approximately $45,355,726;
- DR-4722: Award of approximately $10,452,711;
- DR-4666: Award of approximately $9,275,553;
- DR-4659: Award of approximately $11,468,910;
- DR-4658: Award of approximately $10,669,028;
- DR-4442: Award of approximately $39,257,773;
- DR-4531: Award of approximately $775,000,000;
- DR-4414: Award of approximately $11,549,560; and
- DR-4390: Award of approximately $21,755,330.

16. HSEM intends to continue to apply for Public Assistance funds whenever there is an eligible major disaster affecting Minnesota, which could happen at any time.

4

17. The Public Assistance Program has proven indispensable to Minnesota, helping its communities save lives, recover faster, and rebuild stronger and more resilient systems in the face of devastation. From restoring electrical infrastructure damaged by powerful derechos to deploying medical surge staffing during a historic pandemic, the program ensures that vital public services can be quickly stabilized and rebuilt. Disaster relief and recovery would proceed more slowly without federal Public Assistance funding.

18. For example, disaster DR-4659 was declared after devastating and ongoing floods impacted Minnesota between May 8, 2022 and May 13, 2022. This flooding caused overland flooding across the Red River Valley impacting local roads and key facilities around the City of Crookston. The total cost of this recovery effort is approximately $11,569,150. Through the Public Assistance Program, 75% of the eligible costs—totaling $8,676,862.50—is supposed to be federally funded, significantly aiding local recovery and reinforcing the resilience of the impacted communities.

19. Under disaster DR-4658, the Red River Valley in northeast Minnesota experienced severe storms that caused major flooding. These storms generated wind speeds in excess of 60 miles per hour and caused widespread damage through the central part of Minnesota, including damage to electrical lines. Overall, this storm impacted multiple counties across Minnesota causing approximately $10,858,782 in public assistance damages.

20. During the 2024 storms associated with DR-4797, five counties across Minnesota experienced significant impacts from flooding, causing significant damage to public infrastructure. One impacted county, Dakota County, experienced approximately $1,263,073 in damages. The needed funding would address issues ranging from emergency protective measures and debris

5

removal to the repair of critical infrastructure like levees, roads, and utilities affected by the severe flooding.

21. The ongoing delay in Public Assistance funding is causing, and will continue to cause, significant harm to impacted communities. These communities are awaiting funding necessary to rebuild critical infrastructure, prevent cascading impacts from successive disaster events, and avoid further erosion of economic stability and essential infrastructure across Minnesota.

22. The delay in receipt of funding for ongoing Public Assistance Program projects irreparably harms the State. The State does not have the budgetary resources or flexibility to make up for the lost federal funding. If Public Assistance funds are not forthcoming, the impacted jurisdictions—which are primarily rural communities—may be unable to fully repair damaged infrastructure and may be unable to replenish sudden expenditures incurred while responding to the disaster. Losing these funds irreparably undermines a local community's resiliency and preparation for future disasters, thus risking future loss of life and property.

*Hazard Mitigation Grant Program*

23. I am familiar with the Hazard Mitigation Grant Program ("HMGP"). After the President makes a major disaster declaration, HMGP provides federal funding to States to develop hazard mitigation plans and rebuild in a way that reduces future disaster losses in the communities affected by the declared disaster.

24. In addition to using HMGP funds themselves, States may pass HMGP funds through to sub-grantees for the same purposes. Local governments as well as eligible private, nonprofit organizations apply to HSEM, which in turn sends applications to FEMA for approval.

25. Because HMGP grants are formula grants and not competitive grants, a recipient is entitled to a specific allocation determined by regulation following a major disaster declaration.

26. HSEM administers HMGP funding in Minnesota and has seven open HMGP awards:

- DR-4797: Award of $9,019,122.30;
- DR-4722: Award of $1,431,905.72;
- DR-4666: Award of $904,163.48;
- DR-4659: Award of $3,107,243.90;
- DR-4658: Award of $1,856,908.48;
- DR-4531: Award of approximately $14,600,000.00; and
- DR-4442: Award of approximately $10,400,000.00.

27. HSEM intends to continue to apply for HMGP funds whenever there is an eligible major disaster affecting Minnesota, which could happen at any time.

28. HMGP funds are invaluable to the State's local mitigation preparedness and planning efforts. For example, the majority of hazard mitigation applications submitted under DR-4797 propose the acquisition of residential properties located within the floodplain that sustained damage as a result of the declared disaster. In addition, the funding request includes an application to update 18 county hazard mitigation plans to ensure continued eligibility for federal mitigation assistance and to strengthen long-term risk reduction efforts.

29. As another example, the Bassett Creek Watershed Management Commission submitted a HMGP application through DR-4797 to purchase a new flood modeling system and develop modernized model flood scenarios to inform future planning processes and mitigate risk within the watershed. HSEM estimates that the project will cost $278,055 and will have significant benefits in mitigating future flood risk. Due to the delays in processing and approving the HMGP

application, the Bassett Creek Watershed Management Commission has indicated they can no longer wait for the HMGP application to be awarded.

30. The delay in HMGP funding will significantly impair the ability of local communities to make timely and appropriate investments in mitigation measures designed to reduce the impact of future disasters. Absent the receipt of statutorily required HMGP funds associated with each presidential disaster declaration, the State Hazard Mitigation Program will lack sufficient resources to provide necessary technical assistance to communities across Minnesota, including support to develop and maintain federally compliant Hazard Mitigation Plans.

31. The delay in receipt of funding for ongoing HMGP projects irreparably harms the State. The State does not have the budgetary resources or flexibility to make up for the lost federal funding. Without HMGP funds, the impacted jurisdictions—which are primarily rural communities—may lack financial resources to build critical mitigation infrastructure to protect against future disasters. Losing these funds irreparably undermines a local community's resiliency and preparation for future disasters, thus risking future loss of life and property.

Executed this 5th day of March, 2026, in Blaine, Minnesota.

_____

Allison Farole
Director
Minnesota Homeland Security and Emergency Management