**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS *et al.*, | |
| Plaintiffs, | Case No. 26-cv-1566 |
| v. | Hon. Manish S. Shah |
| RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.*, | |
| Defendants. | |

# EXHIBIT 23

Declaration of Robyn Fennig

## DECLARATION OF ROBYN FENNIG

I, Robyn Fennig, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am currently the Deputy Director for Recovery and the State Hazard Mitigation Officer at the California Governor's Office of Emergency Services (Cal OES). Prior to being appointed Deputy Director of Recovery in January 2026, I was the Assistant Director of Hazard Mitigation. In my current role I oversee and coordinate hazard mitigation activities within California and serve as California's primary point of contact with the Federal Emergency Management Agency (FEMA) for FEMA's hazard mitigation programs. It is my job to ensure that outreach occurs, technical assistance is provided, and systems are in place so that eligible government entities in California can apply for, administer, close out, and monitor implementation of, all FEMA Hazard Mitigation Assistance grants, including the Hazard Mitigation Grant Program (HMGP), as well as the Building Resilient Infrastructure and Communities (BRIC) program, Flood Mitigation Assistance program, and Congressionally Directed Spending Pre-Disaster Mitigation program, among others. I make this declaration based on my personal knowledge, on information I acquired through the performance of my duties at Cal OES, and on my review of records maintained in the ordinary course of business by Cal OES.

3. Cal OES is a cabinet level agency that oversees and coordinates emergency preparedness, response, recovery, and homeland security activities in California. Cal OES's mission is to protect lives and property, build capabilities, and support communities for a resilient California.

4. Under the structure of FEMA Hazard Mitigation Assistance programs, only after FEMA processes and obligates a subaward can Cal OES disburse reimbursements to subgrantees.

1

As such, when FEMA delays or entirely fails to process subawards, Cal OES cannot provide any funds to subgrantees.

I. **Hazard Mitigation Grant Program (HMGP)**

5. FEMA provides critical funding to assist California communities after major disasters.

6. Specifically, FEMA grant programs are tied to a presidential declaration of a major disaster under the Stafford Disaster Relief and Emergency Assistance Act ("Stafford Act"), 42 U.S.C. § 5121 *et seq.*, not an annual application. Typically, a State's governor sends a request for a disaster declaration to FEMA, and the President then either grants or denies the request. The President can also declare a major disaster without a governor's request.

7. Further, under the Stafford Act funding process, a presidential declaration of disaster makes the recipient and sub-applicants potentially eligible for funding under three major FEMA programs, as approved by the President: Public Assistance (PA), Individual Assistance (IA), and Hazard Mitigation Grant Program (HMGP). FEMA does not incur any obligation until the approval and review process for each grant is complete.

8. In California, twenty-two major disasters, as declared by the President, have active or pending FEMA HMGP awards at this time, listed below according to their major disaster declaration number ("DR"):

    a. DR-1731:2007 Southern CA Fire & Debris Flows occurring October 21, 2007 to March 31, 2008;

    b. DR-4240: Valley and Butte Fires; burning across two counties from September 9, 2015 to November 2, 2015;

    c. DR-4301: California Severe Winter Storms, Flooding, and Mudslides impacting 34 Counties from January 3, 2017 to January 12, 2017;

d. DR-4305: California Severe Winter Storms, Flooding, and Mudslides impacting 22 Counties from January 18, 2017 to January 23, 2017;

e. DR-4308: February 2017 Storms impacting 28 Counties and one Tribe from February 1, 2017 to February 23, 2017;

f. DR-4344: October 2017 California Wildfire burning across 9 counties from October 8, 2017 to October 31, 2017;

g. DR-4353: California Wildfires, Flooding, Mudflows, and Debris Flows impacting 5 counties from December 4, 2017 to January 31, 2018;

h. DR-4382: California Wildfires and High Winds across two Counties from July 23, 2018 to September 19, 2018;

i. DR-4407: California Wildfires burning 3 counties from November 8, 2018 to November 25, 2018;

j. DR-4431: California Severe Winter Storms, Flooding, Landslides, and Mudslides impacting 11 Counties from February 13, 2019 to February 15, 2019;

k. DR4434: California Severe Winter Storms, Flooding, Landslides, and Mudslides impacting 18 Counties from February 24, 2019 to March 1, 2019;

l. DR-4482: California COVID-19 Pandemic, Statewide, occurring from January 20, 2020 to May 11, 2023;

m. DR-4558: California Wildfires burning 20 Counties from August 14, 2020 to September 26, 2020;

3

n. DR-4569: California Wildfires burning 12 Counties from September 4, 2020 to November 17, 2020;

o. DR-4610: California Wildfires burning 6 Counties from July 14, 2021 to October 25, 2021;

p. DR-4619: California Caldor Fire burning across 2 Counties from August 14, 2021 to October 21, 2021;

q. DR-4683: California Severe Winter Storms, Flooding Landslides, and Mudslides impacting 44 Counties from December 27, 2022 to January 31, 2023;

r. DR-4699: California Sever Winter Storms, Straight-line Winds, Flooding, Landslides, and Mudslides impacting 47 Counties from February 2, 2023 to July 10, 2023;

s. DR-4750: California Hurricane Hilary impacting 5 Counties from August 19, 2023 to August 21, 2023;

t. DR-4758: California Severe Winter Storm and Flooding impacting one County from January 21, 2024 to January 23, 2024;

u. DR-4769: California Severe Winter Storms, Tornadoes, Flooding, Landslides, and Mudslides impacting 9 Counties from January 31, 2024 to February 9, 2024; and

v. DR-4856: Wildfires and Straight-line Winds, impacting one county from January 7, 2025 to January 31, 2025.

4

9. In total, as to the twenty-two major disasters above, FEMA has allocated over $2.8 billion in federal funds in HMGP to help California communities recover from these devastating events and mitigate risk of future impacts of disasters.

10. An additional $68.6 million has been allocated to California through seven HMGP Post-Fire allocations that result from Fire Management Assistance Grants, FM-5189, FM-5278, FM-5293, FM-5380, FM5419, FM-5502, and FM-5545.

11. I am familiar with the management, delivery, and eligibility in HMGP. After the President makes a major disaster declaration, HMGP provides federal funding to States to develop hazard mitigation plans and rebuild in a way that reduces future disaster losses in the communities affected by the declared disaster.

12. In addition to using HMGP funds themselves, States may pass HMGP funds through to sub-grantees for the same purposes. Local governments, as well as federally recognized tribes, special districts, and some private, nonprofit organizations apply to Cal OES, which in turn sends applications on to FEMA for approval.

13. Because HMGP grants are formula grants, a recipient is entitled to a specific allocation determined by regulation following a major disaster declaration that includes HMGP.

14. As an Enhanced State, California meets additional program management and planning requirements, demonstrating a comprehensive, statewide program that is capable of managing increased funding for mitigation goals. This designation affords California additional post-disaster funding through HMGP.

15. This Enhanced Status is evaluated and documented on a quarterly basis with FEMA Region 9 and annually through a formal validation review.

16. Cal OES administers HMGP funding in California and has one open HMGP application period, and one open HMGP Post Fire Award application period:

    a. DR-4856: Award of $744,692,859 available for subgrants, per the 12-month lock-in issued January 23, 2026. Subapplications are due to FEMA on April 8, 2026.

    b. FM-5545: Award of $6,426,155 available for wildfire subgrants, per the Funding and Management Cost Ceiling Amendment Letter, dated January 21, 2025. Sub applications are due to FEMA on March 30, 2026.

17. Cal OES intends to continue to apply for HMGP funds whenever there is an eligible major disaster affecting California, which could happen at any time.

18. HMGP funds are essential to the State's local mitigation preparedness and planning efforts for California's 58 counties, 400 cities and 3,800 eligible special districts. Among the success stories that have resulted from these grants is Sonoma County, which has been hit with 14 presidentially declared major disasters between 2013-2023. These disaster declarations have been from the result of flood and wildfire incidents. As a result of receiving HMGP funding, Sonoma County has been able to undertake county wide hazard mitigation planning efforts that identified projects to mitigate losses to lives, property and the environment and ensure essential services to the citizens of Sonoma County would be sustainable. For example, FEMA-funded Early Warning Fire Camera system has allowed the County to sustain automated early warning fire protection for vulnerable areas of the county and link to emergency notification systems. Additional FEMA subgrants have allowed Sonoma County to elevate hundreds of homes in areas of repetitive flood loss, resulting in between $170 million and $345 million dollars in losses avoided and a return on investment ranging from 8:1 to 17:1 in flooding events so far. In addition, FEMA funded the

Community Wildfire Protection Plan which outlined strategies for mitigation wildfire risks and identified strategies that could be taken by the public and local government officials. This information was also used to inform mitigation efforts in the comprehensive county-wide flood plan, the Local Coastal Plan, the Comprehensive Economic Strategy and the General Plan update, which included a hazard and vulnerability analysis section that was taken directly from the HMGP funded Local Hazard Mitigation Plan. All of these plans and projects have been essential to mitigating future disaster events and eliminating the need for future disaster-related funding.

19. As another example, the Randall Road Debris Basin Project in Santa Barbara County is a hazard mitigation effort designed to reduce the risk of debris flows and downstream damage following intense storms. The approximately nine-acre basin has a storage capacity of about 37,000 cubic yards and includes two earthen basins flanking a low-flow channel with four debris rack structures designed to capture large rocks, boulders, and woody debris while allowing water and finer sediment to pass through. This design helps prevent debris from being transported downstream and damaging homes, infrastructure, and natural resources, while also accommodating fish passage and allowing sediment to continue nourishing downstream banks. The basin finished construction in September 2022, then immediately demonstrated its effectiveness during the January 2023 storms, successfully capturing debris while allowing crews to safely access the site and remove more than 15,000 cubic yards of accumulated material following the event. This project's total cost (adjusted to 2026 dollars) is $16,356,597.22. The estimated benefits realized so far from one disaster event conservatively total $6,162,905. Considering that this is an ongoing project midway through analysis, the 30-year life cycle of the project, and accounting for storms of similar magnitude, the projected cumulative benefits are expected to exceed the total project cost, effectively paying for itself over its life cycle.

20. Delays in FEMA's delivery of the Hazard Mitigation Assistance programs put California at risk for damage to public infrastructure, private property, and loss of life from natural hazard events.

21. To my knowledge, FEMA has not obligated a new subaward since July of 2025. There are currently 192 Subapplications, accounting for $814 million in Federal Share, in FEMA Review pending approval and obligation. Thirty-nine (39) of those totaling $80.9 million are from DR-4856, with additional subapplications to be submitted in April 2026. From 2019 to 2024, FEMA averaged 115 obligations per calendar year (CY). In CY2025, FEMA notified OES of only 33 subgrant obligations across the first seven months of the year. FEMA has not notified Cal OES of any obligations that have occurred in CY2026, as of March 4, 2026.

22. The only recent new obligation action that I am aware of is from an obligation that occurred in July 2025, was signed in November 2025, but not transmitted to Cal OES until February 2026. This obligation notification was lost and provided three months late only when a FEMA Region 9 analyst discovered it.

23. Grant administration requirements call for FEMA approval of certain changes to the subaward activities before a subrecipient can take action. Title 2 CFR 200 § 200.308 requires FEMA to review requests for budget or program plan revisions and that it should notify Cal OES whether the revision has been approved within 30 days of receipt of the request, or it must inform the Cal OES in writing when a decision can be expected if more than 30 days is required for review. There are currently 93 pending project modification requests in FEMA Review. To my knowledge, FEMA has not notified Cal OES of an approved a scope of work modification or budget increase requiring obligation greater than $100,000 since July 2025. Projects impacted by this delay in approving post-award include:

      a.    A budget modification for a project in Redwood City that enhances resiliency of a stormwater drainage area. This request was submitted to FEMA on June 25, 2024.

      b.    A scope of work modification for the City of Ukiah's hazardous fuels reduction project to reduce wildfire risks. This request was submitted to FEMA on June 14, 2024.

24.    Most FEMA HMGP projects require period of performance extensions. Per the FEMA Hazard Mitigation Assistance Program and Policy Guide, Part 8, G.1, the period of performance for the Hazard Mitigation Grant Program (HMGP) begins with the opening of the application period and ends no later than 48 months after the close of the application period. Under normal circumstances, because the application period takes up to 15 months and the FEMA Review period before approval takes an average of an additional 15 months, it is typical for FEMA to approve projects with a period of performance that is shorter than the project work schedule. For example, a typical subaward project has a work schedule of 36-months, but is approved left with only 18 months in its period of performance. By the time FEMA approves a subaward there is likely 24 or fewer months remaining in the eligible 48-month period of performance. This requires Cal OES to submit a time extension request to FEMA upon obligation. Without a full period of performance, a Subrecipient often cannot procure a contractor for the full work schedule until FEMA has extended the overall grant award period of performance.

25.    FEMA processed 72 grant award time extensions between December 2021 and September 2025, with an average review period of 138 days. Although every request to extend an overall grant period of performance was eventually approved during this period, the time that a

request is under review creates delays for subrecipients due to uncertainty of timeframes and deadlines to complete work and if costs will be reimbursed.

26. In 2025, the pace of review slowed further, further reducing approved periods of performance with little or no work being conducted by the subrecipient, creating a vicious cycle of delay. Eighteen (18) of these 72 extension requests were under review at FEMA for more than 200 days, with the longest review period lasting 749 days. In this example, FEMA approved the time extension six-months after the period of performance expired.

27. On September 29, 2025, FEMA denied a time extension request citing "lack of progress" on a project with deliverables under FEMA review. Subrecipients are prohibited from conducting any work on projects until FEMA approves the grant actions, which are held up in the agency's separate $100,000 obligation review process.

28. Per the FEMA Hazard Mitigation Assistance Program and Policy Guide, Part 8, G.2. and 2 CFR § 200.332(b)(1)(v), FEMA does not establish activity completion timelines for individual subawards. Cal OES is responsible for establishing the subaward period of performance start and end dates when FEMA grants subawards in California. Since FEMA does not automatically extend the overall grant period of performance, Cal OES cannot establish the timeline for the subawards according to the FEMA approved subapplication work schedule. Moreover, FEMA's Award Notification letters routinely establish the subaward period of performance, counter to CFR and FEMA's own guidance.

29. California is experiencing similar delays in approving post-disaster code enforcement activities to support permitting processes in Los Angeles. In the aftermath of the 2025 Eaton and Palisades wildfires in Los Angeles County that destroyed or damaged over 16,000 structures and caused loss of life of 31 people, the City of Los Angeles, City of Pasadena, City of

Malibu, and Los Angeles County prepared subapplications for review and consideration by Cal OES and FEMA. Cal OES personnel worked side-by-side in the Joint Field Office in Pasadena with representatives from FEMA to assist the local entities in the scoping and development of the subapplications. The activity was prioritized with the objective of frontloading input from FEMA to streamline the review and approval process with the hopes of quickly obligating resources to allow communities to rebuild quickly and resiliently. These subapplications were submitted to FEMA on December 5, 2025. Despite the early involvement of FEMA, as of March 4, 2026, the subapplications have not been approved.

30. The delay in receipt of funding for ongoing HMGP projects has caused serious harm to the State. Because Subrecipients are prohibited from conducting work while projects are in FEMA review, and the State does not have budgetary resources or flexibility to make up for the lost federal funding, these critical projects cannot progress leaving California vulnerable to the next flood, wildfire, or earthquake.

II. **Flood Mitigation Assistance**

31. FEMA also provides financial assistance in the form of grants for planning and carrying out activities designed to reduce the risk of flood damage to structures covered under contracts for flood insurance with the National Flood Insurance Program, with a focus on eliminating the risk of repetitive flood damage via Flood Mitigation Assistance ("FMA").

32. Investments in flood mitigation help to significantly minimize the risk of flooding and the severity of the impacts from flood events, which can reduce the need for state or federal disaster declarations and recovery costs.

33. Cal OES administers FMA funding in California.

34. FMA grants are awarded on a competitive basis to specific sub-applicants, which are generally units of local government or eligible special districts. Units of local government

11

present flood mitigation subapplications to Cal OES, which Cal OES reviews and presents in one combined application to FEMA. FEMA then makes awards based on based on Cal OES' ranking of the projects, project eligibility, and cost-effectiveness of the projects.

35. California has applied for and received FMA funds on many occasions since its creation in the National Flood Insurance Reform Act of 1994.

36. Cal OES has four active FMA awards:

    a. FFY 2020: Award of $292,163

    b. FFY 2022: Award of $53,174,090

    c. FFY 2023: Award of $2,086,193

    d. FFY 2023 Swift Current: Award $3,792,141

37. Cal OES intends to apply again for FMA funds in FFY 2026, should another Notice of Funding Opportunity be made available.

38. FMA funds help units of local government in California to build planning and management capacity and to undertake both localized and individual flood mitigation projects. Localized projects include drainage pipes, pump stations, grading, and seawalls to reduce flood risk in a localized area. Individual flood mitigation operates at the property level, for instance by allowing local governments to acquire flood-prone properties so that the owners can relocate.

39. The delay in receipt of funding for ongoing FMA projects has caused serious harm to the State. Because the State does not have the budgetary resources or flexibility to make up for the lost federal funding, these critical projects lack the funds to continue moving forward at a reasonable pace.

Executed this 6th day of March 2026, in Sacramento, California.

*Robyn Fennig*

Robyn Fennig
Deputy Director of Recovery
California Governor's Office of Emergency Services

13