UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, et al., <br><br> Defendants. | No. 26 CV 1566 <br><br> Judge Manish S. Shah |

**PRELIMINARY INJUNCTION ORDER**

The court, having considered the parties' briefs and exhibits, grants plaintiffs' motion for a preliminary injunction in part.

The court finds that plaintiffs have established a likelihood of success on the merits and irreparable harm. The balance of harms and the public interest favor plaintiffs. Therefore, it is ordered that:

1. Defendants (except the President of the United States), their officers, agents, employees, attorneys, and all those in active concert or participation with defendants are enjoined from implementing any guidance or directives to target Illinois, California, Colorado, or Minnesota for the cessation of Health and Human Services or Centers for Disease Control-awarded payments after January 13, 2026.

2. Defendants (except the President of the United States), their officers, agents, employees, attorneys, and all those in active concert or participation with defendants, shall immediately treat any actions taken to implement or enforce guidance or directives to target Illinois, California, Colorado, or Minnesota for the cessation of Health and Human Services or Centers for Disease Control-awarded payments after January 13, 2026, as null, void, and rescinded.

3. Defendants' counsel shall provide written notice of this Order to defendants, their officers, agents, employees, and any other persons in active concert or participation with them in the award and funding of HHS and CDC grants to plaintiffs.

4. No security is necessary to secure this Preliminary Injunction Order.

ENTER:

Date: March 12, 2026

Manish S. Shah
United States District Judge