# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

State of Illinois, et al.

                         Plaintiff,

v.                                            Case No.: 1:26–cv–01566

                                            Honorable Manish S. Shah

Russell Vought, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 16, 2026:

       MINUTE entry before the Honorable Manish S. Shah: Hearing on the pending motions to reassign, to enforce, and to clarify is reset to 3/26/26 at 11:00 a.m. to coincide with the status hearing. Lead counsel shall appear in person. Although not required, written objections to the motions may be filed by 3/23/26. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.