**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| STATE OF ILLINOIS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget, *et al.*, <br><br> Defendants. | No. 26-cv-1566 |

**DECLARATION OF JORDAN FAIRCLOTH**

I, Jordan Faircloth, do hereby declare as follows:

1. I am the Deputy Chief of Staff at the Centers for Disease Control and Prevention (CDC) within the U.S. Department of Health and Human Services (HHS). I have served in this capacity since April 29, 2025. In this position, I assist the CDC Chief of Staff in providing strategic counsel to the CDC Director and ensuring proactive coordination of agency-wide priorities and policies in direct support of CDC's mission. I also oversee the operations and management of the Office of the Chief of Staff.

2. I am familiar with this litigation, as well as the decision to terminate the grants at issue in this litigation. The following statements are based on my personal knowledge or on information supplied to me in the course of my professional responsibilities.

3. I submit this Declaration in support of certain deliberative process privilege assertions identified in the withholding log in Exhibit A and more fully described below.

**Deliberative Process Privilege**

4. I have personally reviewed the documents identified in Exhibit A over which the agency is asserting the deliberative process privilege. For the reasons explained below and detailed in the attached log, I have personally concluded the deliberative process privilege applies.

5. Since at least August 2025, when President Trump issued Executive Order 14,332, "Improving Oversight of Federal Grantmaking," 90 Fed. Reg. 38,929 (Aug. 12, 2025), HHS and CDC have been undertaking a process to "review discretionary grants to ensure that they are consistent with agency priorities and the national interest." *Id.* at 38,930, § 3. As part of this process, and as directed by the Executive Order, as consistent with applicable law, the agency has "continu[ed] existing coordination with OMB." *Id.*

6. As part of this process, the agency has identified agency priorities and has reviewed, and continues to review, grants for alignment with those priorities. The agency has taken actions on grants as a result of this process, including termination of the grants at issue in this litigation.

7. **Category 1: Agency Priorities Grants Review Generally.** The document in this category contains predecisional and deliberative information regarding the agency priorities grants review process generally, which the agency was discussing and proposing plans to undertake at the time the email was sent. This information is predecisional because it was prepared before the agency priorities grants review process began to provide HHS operating divisions with advice for and in anticipation of conducting policy deliberations. This information is deliberative because it discusses the substantive policy decisions and considerations that agency personnel could potentially consider in their decision-making process. Release of this

2

information would compromise the agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. The document in this category is identified in Exhibit A as Document Number 32.

8.      **Category 2: Agency Priorities Grants Review for Grants at Issue in This Litigation.** These documents contain predecisional and deliberative information regarding the grants at issue in this litigation. In many instances the documents contain information about grants that have not been terminated and that are not at issue in this litigation. Documents in this category are identified in Exhibit A as Document Numbers 1, 4, 8, 9, 13, 22, 25, 42, 43, 44, 45, and 46.

9.      Two email chains and seven spreadsheets in this category concern predecisional and deliberative communications related to a universe of awards, including awards not at issue in this litigation and that have not been terminated, that were subject to consideration and deliberations by the agency relating to potential actions. Release of information regarding grants for which the agency considered potential grant actions could affect the agency's ongoing management of those grants and ability to consider them in future decision making. The ability of agency officials to conduct their duties and candidly address agency priorities would be chilled if sensitive debates and considerations risked being made public and potentially misunderstood. Release of this information would therefore compromise the intra- and inter-agency deliberative process and hamper the agency's ability to manage deliberations in a functional and ordered manner. Documents in this category are identified in Exhibit A as Document Numbers 1, 4, 8, 9, 13, 25, 44, 45, and 46.

3

10. Three of the email chains in this category concern predecisional and deliberative intra- and inter-agency communications regarding the ongoing process for and review of proposed grant actions. Release of this information would chill intra- and inter-agency communications, impeding the ability of HHS and Executive Branch officials to freely exchange information and to have open, frank discussions regarding proposed policy decisions. Release would therefore compromise the intra- and inter-agency deliberative process and hamper the agency's ability to manage deliberations in a functional and ordered manner. Documents in this category are identified in Exhibit A as Document Numbers 22, 42, and 43.

11. **Category 3: Agency Priorities Grants Review Primarily Related to Non-Challenged Grants.** The documents in this category contain predecisional and deliberative information primarily regarding grants review and actions not at issue in this litigation.

12. Seven documents in this category relate to predecisional and deliberative material regarding the communications and press strategy for potential future agency decisions. Release of this information would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. Documents in this category are identified in Exhibit A as Document Numbers 14, 35, 36, 37, 38, 39, 40, and 41. The following documents are draft versions of a deliberative nature regarding the communications and press strategy for potential future agency decisions: Document Numbers 35, 36, 37, 38, and 39.

13. One email in this category relates to predecisional and deliberative material regarding proposed grant terminations across multiple HHS Operating Divisions, including grants not at issue in this litigation. Release would compromise the intra-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's

4

ability to manage deliberations in a functional and ordered manner. The document in this category is identified in Exhibit A as Document Number 20.

14.     The minimal amount of withheld information in this category of documents regarding the grants at issue in this litigation relates to inter-agency deliberations regarding prioritization of grants review workstreams. Release would compromise the inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. Documents in this sub-category are identified in Exhibit A as Document Numbers 40 and 41.

15.     All the documents and information described above contain pre-decisional and deliberative information. These documents are internal to the government, and the release of this information would compromise the intra- and inter-agency decision-making process for the reasons described above.

Executed this 23rd day of March 2026, in Atlanta, Georgia.

JORDAN L.
FAIRCLOTH -S2

Digitally signed by JORDAN
L. FAIRCLOTH -S2
Date: 2026.03.23 20:52:20
-04'00'

Jordan Faircloth

# Ex. A

Illinois v. Vought, No. 1:26-cv-1566 (N.D. Ill.)

**Withholding Log**

| Doc. No. | Beg Bates | End Bates | Doc Date | Author | Recipient | CC Recipient | Withholding Type | Justification |
|---|---|---|---|---|---|---|---|---|
| 1 | CDC_001268.1 | CDC_001268.1 | 1/26/2026 | Shirley Byrd (CDC/OCOO) | | | Deliberative Process Privilege | Spreadsheet hyperlinked on CDC_001267 regarding Centers for Disease Control and Prevention awards containing predecisional and deliberative information. The material is predecisional and deliberative because it contains a universe of awards, including awards not at issue in this litigation and that have not been terminated, that were subject to consideration and deliberations by the agency relating to potential actions. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. |
| 2 | CDC_001269 | CDC_001269 | 2/6/2026 | Matthew Buckham (HHS/IOS) | James Miller (HHS/IOS) | Cristina Del Rosso (HHS/OGC) | Attorney Client Privilege | Email requesting legal advice regarding grants review. |
| 3 | CDC_001275 | CDC_001276 | 2/6/2026 | Sam Beyda (OS/IOS) | Jordan Faircloth (CDC/IOD); Cristina Del Rosso (HHS/OGC); Benjamin Robles (HHS/OGC); James Miller (HHS/IOS) | Colleen White (HHS/ASFR); Matthew Buckham (HHS/IOS); Quy Le (ACF) | Personally Identifiable Information | Email chain containing cellular telephone numbers of HHS personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |
| 4 | CDC_001277 | CDC_001277 | 2/6/2026 | Centers for Disease Control and Prevention Personnel | | | Attorney-Client Privilege; Deliberative Process Privilege | Spreadsheet attachment to CDC_001275 to CDC_001276 regarding Centers for Disease Control and Prevention awards containing legal advice and predecisional and deliberative information. The material is predecisional and deliberative because it contains a universe of awards, including awards not at issue in this litigation and that have not been terminated, that were subject to consideration and deliberations by the agency relating to potential actions. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. The spreadsheet further contains HHS Office of the General Counsel attorney advice relating to the potential actions on the awards. |
| 5 | CDC_001278 | CDC_001283 | 1/30/2026 | Marc Garufi (EOP) | Dawayne Nutt (HHS/ASFR); Katie McKenna (EOP/OMB) | Farnoosh Faezi-Marian (EOP/OMB); Katherine Swartz (HHS/ASFR) | Deliberative Process Privilege; Personally Identifiable Information | Email chain reflecting predecisional and deliberative information. The information is predecisional and deliberative because it contains deliberations regarding how to respond to and the process for responding to an OMB request for information regarding federal awards to entities in certain states. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. Email chain also contains email addresses and cellular telephone numbers of OMB personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |
| 6 | CDC_001287 | CDC_001293 | 1/30/2026 | Marc Garufi (EOP) | Dawayne Nutt (HHS/ASFR); Katie McKenna (EOP/OMB) | Farnoosh Faezi-Marian (EOP/OMB); Katherine Swartz (HHS/ASFR) | Deliberative Process Privilege; Personally Identifiable Information | Email chain reflecting predecisional and deliberative information. The information is predecisional and deliberative because it contains deliberations regarding how to respond to and the process for responding to an OMB request for information regarding federal awards to entities in certain states. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. Email chain also contains email addresses and cellular telephone numbers of OMB personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |

**Illinois v. Vought, No. 1:26-cv-1566 (N.D. Ill.)**

**Withholding Log**

| Doc. No. | Beg Bates | End Bates | Doc Date | Author | Recipient | CC Recipient | Withholding Type | Justification |
|---|---|---|---|---|---|---|---|---|
| 7 | CDC_001298 | CDC_001304 | 2/4/2026 | Farnoosh Faezi-Marian (EOP/OMB) | Dawayne Nutt (HHS/ASFR); Marc Garufi (EOP); Katie McKenna (EOP/OMB) | Katherine Swartz (HHS/ASFR) | Deliberative Process Privilege; Personally Identifiable Information | Email chain reflecting predecisional and deliberative information. The information is predecisional and deliberative because it contains deliberations regarding how to respond to and the process for responding to an OMB request for information regarding federal awards to entities in certain states. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. Email chain also contains email addresses and cellular telephone numbers of OMB personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |
| 8 | CDC_001310 | CDC_001312 | 1/23/2026 | Sam Beyda (OS/IOS) | Shirley Byrd (CDC/OCOO); Jordan Faircloth (CDC/IOD) | Jamie Legier (CDC/OCOO); Jon Messick (CDC/OCOO) | Deliberative Process Privilege | Email chain reflecting predecisional and deliberative information. The information is predecisional and deliberative because it discusses awards and award information not at issue in this litigation that were subject to consideration and deliberations by the agency relating to potential actions. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. |
| 9 | CDC_001313 | CDC_001313 | 2/7/2026 | Centers for Disease Control and Prevention Personnel; Office of the General Counsel Personnel | | | Attorney-Client Privilege; Deliberative Process Privilege | Spreadsheet attachment to CDC_001314 to CDC_001315 regarding Centers for Disease Control and Prevention awards containing legal advice and predecisional and deliberative information. The material is predecisional and deliberative because it contains a universe of awards, including awards not at issue in this litigation and that have not been terminated, that were subject to consideration and deliberations by the agency relating to potential actions. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. The spreadsheet further contains HHS Office of the General Counsel attorney advice relating to the potential actions on the awards. |
| 10 | CDC_001314 | CDC_001315 | 2/7/2026 | Quy Le (ACF) | James Miller (HHS/IOS) | Cody Inman (ACF); Sam Beyda (OS/IOS); Jordan Faircloth (CDC/IOD) | Attorney-Client Privilege; Deliberative Process Privilege | Email reflecting request for attorney advice from HHS Office of the General Counsel regarding universe of awards subject to potential agency action. The material is predecisional and deliberative because it relates to the review of the attachment at CDC_001313, which is covered by the deliberative process privilege for the reasons stated in that entry. |
| 11 | CDC_001316 | CDC_001316 | 2/6/2026 | Sam Beyda (OS/IOS) | James Miller (HHS/IOS); Babs Hough (ACF); Martha Verno (ACF); Cody Inman (ACF); Quy Le (ACF); Colleen White (ACF) | | Personally Identifiable Information | Email chain containing cellular telephone numbers of HHS personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |
| 12 | CDC_001323 | CDC_001323 | 1/28/2026 | Sam Beyda (OS/IOS) | Katharine Sullivan (EOP/OMB) | James O'Neill (OS/IOS); West Cuthbert (HHS/IOS) | Personally Identifiable Information | Email containing email address of OMB personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. Note that only the recipient's email address was intended to be withheld; the recipient's name, Katharine Sullivan, was redacted inadvertently. |

Illinois v. Vought, No. 1:26-cv-1566 (N.D. Ill.)

**Withholding Log**

| Doc. No. | Beg Bates | End Bates | Doc Date | Author | Recipient | CC Recipient | Withholding Type | Justification |
|---|---|---|---|---|---|---|---|---|
| 13 | CDC_001324 | CDC_001324 | 1/26/2026 | Centers for Disease Control and Prevention Personnel | | | Deliberative Process Privilege | Spreadsheet attachment to CDC_001323 regarding Centers for Disease Control and Prevention awards containing predecisional and deliberative information. The material is predecisional and deliberative because it contains a universe of awards, including awards not at issue in this litigation and that have not been terminated, that were subject to consideration and deliberations by the agency relating to potential actions. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. |
| 14 | CDC_001328 | CDC_001328 | 2/5/2026 | Jordan Faircloth (CDC/IOD) | James Miller (HHS/IOS); Sam Beyda (OS/IOS); Mitchell Hailstone (HHS/IOS); Colleen White (HHS/ASFR); Caitrin Shuy (HHS/ASFR); Cristina Del Rosso (HHS/OGC); Benjamin Robles (HHS/OGC) | | Deliberative Process Privilege | Email chain reflecting predecisional and deliberative information. The information is predecisional and deliberative because it contains information regarding consideration and deliberation by the agency regarding potential actions on awards not at issue in this litigation. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. |
| 15 | CDC_001332 | CDC_001333 | 2/4/2026 | Andrew Nixon (HHS/ASPA) | Matthew Buckham (HHS/IOS); Richard Danker (HHS/ASPA) | | Deliberative Process Privilege; Personally Identifiable Information | Email chain reflecting predecisional and deliberative information. The information is predecisional and deliberative because it contains deliberations regarding a press strategy for a potential future agency decision. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. Email chain also contains email addresses and cellular telephone number of OMB personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |
| 16 | CDC_001334 | CDC_001334 | 2/5/2026 | James Miller (HHS/IOS) | Sam Beyda (OS/IOS); Benjamin Robles (HHS/OGC); West Cuthbert (HHS/IOS); Matthew Buckham (HHS/IOS); Cristina Del Rosso (HHS/OGC); Jordan Faircloth (CDC/IOD); Gustav Chiarello (ASFR); Caitrin Shuy (HHS/ASFR); Colleen White (HHS/ASFR); Mitchell Hailstone (HHS/IOS) | | Personally Identifiable Information | Email chain containing email addresses and cellular telephone number of OMB personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |
| 17 | CDC_001335 | CDC_001337 | 2/2/2026 | James Miller (HHS/IOS) | Katharine Sullivan (EOP/OMB); Matthew Buckham (HHS/IOS); Stefanie Spear (HHS/IOS) | Kenneth Callahan (HHS/IOS); Daniel Wasserman (EOP/WHO); Caitrin Shuy (HHS/ASFR) | Deliberative Process Privilege; Personally Identifiable Information | Email chain reflecting predecisional and deliberative information. The information is predecisional and deliberative because it contains deliberations regarding the coordination and review of potential future grant actions. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. Email chain also contains email addresses and cellular telephone numbers of OMB personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |

Illinois v. Vought, No. 1:26-cv-1566 (N.D. Ill.)

Withholding Log

| Doc. No. | Beg Bates | End Bates | Doc Date | Author | Recipient | CC Recipient | Withholding Type | Justification |
|---|---|---|---|---|---|---|---|---|
| 18 | CDC_001338 | CDC_001341 | 2/2/2026 | Matthew Buckham (HHS/IOS) | James Miller (HHS/IOS); Caitrin Shuy (HHS/ASFR); Gustav Chiarello (ASFR) | Cristina Del Rosso (HHS/OGC) | Deliberative Process Privilege; Personally Identifiable Information | Email chain reflecting predecisional and deliberative information. The information is predecisional and deliberative because it contains deliberations regarding the coordination and review of potential future grant actions. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. Email chain also contains email addresses and cellular telephone numbers of OMB personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |
| 19 | CDC_001342 | CDC_001345 | 2/2/2026 | Matthew Buckham (HHS/IOS) | Katharine Sullivan (EOP/OMB) | Stefanie Spear (HHS/IOS); Kenneth Callahan (HHS/IOS); Daniel Wasserman (EOP/WHO); James Miller (HHS/IOS); Caitrin Shuy (HHS/ASFR); Cristina Del Rosso (HHS/OGC); Gustav Chiarello (ASFR); John Walker (HHS/ASPE) | Deliberative Process Privilege; Personally Identifiable Information | Email chain reflecting predecisional and deliberative information. The information is predecisional and deliberative because it contains deliberations regarding the coordination and review of potential future grant actions. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. Email chain also contains email addresses and cellular telephone numbers of OMB personnel and cellular telephone numbers of HHS personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |
| 20 | CDC_001346 | CDC_001346 | 2/11/2026 | James Miller (HHS/IOS) | Matthew Buckham (HHS/IOS) | Cristina Del Rosso (HHS/OGC) | Attorney -Client Privilege; Deliberative Process Privilege; Personally Identifiable Information | Email requesting legal advice regarding grants cancellations. Email also reflects predecisional and deliberative information. The information is predecisional and deliberative because it contains a universe of awards, including awards not at issue in this litigation, that were subject to consideration and deliberations by the agency related to potential future actions. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. Email also contains cellular telephone number of HHS personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |
| 21 | CDC_001347 | CDC_001348 | 2/9/2026 | Darcie Johnston (OS/IEA) | James Miller (HHS/IOS); Gary Andres (HHS/ASL); Richard Danker (HHS/ASPA); Mitchell Hailstone (HHS/IOS); Gustav Chiarello (ASFR); Caitrin Shuy (HHS/ASFR) | Cristina Del Rosso (HHS/OGC); Kenneth Callahan (HHS/IOS); Matthew Buckham (HHS/IOS); Colleen White (HHS/ASFR); Sam Beyda (OS/IOS) | Personally Identifiable Information | Email chain containing cellular telephone numbers of HHS personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |
| 22 | CDC_001349 | CDC_001350 | 2/8/2026 | Caitrin Shuy (HHS/ASFR) | Gary Andres (HHS/ASL); Gustav Chiarello (ASFR); Colleen White (HHS/ASFR); Braden Murphy (HHS/ASL); Paige Decker (HHS/ASL); James Miller (HHS/IOS); Matthew Buckham (HHS/IOS) | Jordan Cox (HHS/ASFR) | Deliberative Process Privilege | Email chain containing predecisional and deliberative information. The material is predecisional and deliberative because it contains information regarding the process for potential future grant terminations. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. |

Illinois v. Vought, No. 1:26-cv-1566 (N.D. Ill.)

**Withholding Log**

| Doc. No. | Beg Bates | End Bates | Doc Date | Author | Recipient | CC Recipient | Withholding Type | Justification |
|---|---|---|---|---|---|---|---|---|
| 23 | CDC_001351 | CDC_001351 | 2/5/2026 | James Miller (HHS/IOS) | Sam Beyda (OS/IOS); Benjamin Robles (HHS/OGC); West Cuthbert (HHS/IOS) | Matthew Buckham (HHS/IOS); Cristina Del Rosso (HHS/OGC); Jordan Faircloth (CDC/IOD); Gustav Chiarello (ASFR); Caitrin Shuy (HHS/ASFR); Colleen White (HHS/ASFR); Mitchell Hailstone (HHS/IOS) | Personally Identifiable Information | Email chain containing email addresses and cellular telephone number of OMB personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |
| 24 | CDC_001352 | CDC_001353 | 2/5/2026 | West Cuthbert (HHS/IOS) | Sam Beyda (OS/IOS); James O'Neill (OS/IOS) | | Personally Identifiable Information | Email chain containing email addresses and cellular telephone number of OMB personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |
| 25 | CDC_001354 | CDC_001354 | 2/6/2026 | Centers for Disease Control and Prevention Personnel; Office of the General Counsel Personnel | | | Attorney-Client Privilege; Deliberative Process Privilege | Spreadsheet attachment to CDC_001355 regarding Centers for Disease Control and Prevention awards reflecting request for legal advice and predecisional and deliberative information. The material is predecisional and deliberative because it contains a universe of awards, including awards not at issue in this litigation and that have not been terminated, that were subject to consideration and deliberations by the agency relating to potential actions. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. The spreadsheet further reflects a request for HHS Office of the General Counsel attorney advice regarding potential actions related to the universe of awards subject to consideration. |
| 26 | CDC_001355 | CDC_001355 | 2/6/2026 | Sam Beyda (OS/IOS) | Benjamin Robles (HHS/OGC) | Cristina Del Rosso (HHS/OGC) | Attorney-Client Privilege; Personally Identifiable Information | Email chain containing legal advice and request for legal advice regarding potential action on awards identified in attached spreadsheet. Email chain also contains cellular telephone number of HHS personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |
| 27 | CDC_001367 | CDC_001368 | 11/7/2025 | Cristina Del Rosso (HHS/OGC) | Chad Clifford (HHS/ASFR) | Caitrin Shuy (HHS/ASFR); Lena Yueh (HHS/OGC) | Attorney-Client Privilege; Personally Identifiable Information | Email chain containing legal advice and request for legal advice regarding grant terminations. Email chain also contains cellular telephone number of HHS personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |
| 28 | CDC_001369 | CDC_001371 | 6/20/2025 | Sean Keveney (HHS/OGC) | Heather Flick Melanson (HHS/IOS) | | Attorney-Client Privilege; Personally Identifiable Information | Memorandum attachment to CDC_001367 to CDC_001368 containing legal advice regarding terms for inclusion in notices of awards. Memorandum also contains the signature of HHS personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy. |
| 29 | CDC_001372 | CDC_001380 | 6/25/2025 | Sean Keveney (HHS/OGC) | Heather Flick (HHS/IOS) | | Attorney-Client Privilege; Personally Identifiable Information | Memorandum attachment to CDC_001367 to CDC_001368 containing legal advice regarding award termination options. Memorandum also contains the signature of HHS personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy. |
| 30 | CDC_001381 | CDC_001389 | 9/22/2025 | Robert Foster (HHS/OGC) | Assistant Secretary for Financial Resources | | Attorney-Client Privilege | Memorandum attachment to CDC_001367 to CDC_001368 containing legal advice regarding termination of federal awards and preparation of decision memoranda. |

**Illinois v. Vought, No. 1:26-cv-1566 (N.D. Ill.)**

**Withholding Log**

| Doc. No. | Beg Bates | End Bates | Doc Date | Author | Recipient | CC Recipient | Withholding Type | Justification |
|---|---|---|---|---|---|---|---|---|
| 31 | CDC_001390 | CDC_001391 | 1/22/2026 | James O'Neill (OS/IOS) | Sam Beyda (OS/IOS); Jayanta Bhattacharya (NIH/OD); Willy Chertman (HHS/IOS); James Miller (HHS/IOS); West Cuthbert (HHS/IOS) | | Deliberative Process Privilege; Personally Identifiable Information | Email chain containing predecisional and deliberative information. The material is predecisional and deliberative because it contains information regarding decisional processes to be used for potential future agency decisions. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. Email chain also contains email addresses for personnel from a variety of agencies. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |
| 32 | CDC_001395 | CDC_001398 | 9/30/2025 | Jordan Faircloth (CDC/IOD) | Eric Osterhues (HHS/OGC); Matthew Buzzelli (CDC/IOD) | West Cuthbert (HHS/IOS); Sam Beyda (OS/IOS) | Attorney-Client Privilege; Deliberative Process Privilege | Email chain containing legal advice regarding grant action reviews. Email chain also contains predecisional and deliberative information. The material is predecisional and deliberative because it contains information regarding the deliberative process to be used for grant action reviews. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. |
| 33 | CDC_001399 | CDC_001399 | 2/4/2026 | Office of Management and Budget | | | Deliberative Process Privilege | Spreadsheet attachment to CDC_001400 regarding Centers for Disease Control and Prevention awards reflecting predecisional and deliberative information. The material is predecisional and deliberative because it contains a universe of awards, including awards not at issue in this litigation and that have not been terminated, that were subject to consideration and deliberations by the agency relating to potential actions. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. |
| 34 | CDC_001400 | CDC_001400 | 2/5/2026 | Sam Beyda (OS/IOS) | Cristina Del Rosso (HHS/OGC); James Miller (HHS/IOS) | | Deliberative Process Privilege; Personally Identifiable Information | Email chain containing predecisional and deliberative information. The material is predecisional and deliberative because it contains information regarding deliberative processes regarding grant action reviews. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. Email chain also contains email addresses and cellular telephone number of OMB personnel and cellular telephone number of HHS personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |
| 35 | CDC_001407 | CDC_001407 | 2/6/2026 | Centers for Disease Control and Prevention | | | Deliberative Process Privilege | Document attachment to CDC_001416 to CDC_001417 reflecting predecisional and deliberative information. The material is predecisional and deliberative because it is a draft document that contains press strategy for a potential future agency grant award action not at issue in this litigation. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. |
| 36 | CDC_001408 | CDC_001408 | 2/6/2026 | Centers for Disease Control and Prevention | | | Deliberative Process Privilege | Document attachment to CDC_001416 to CDC_001417 reflecting predecisional and deliberative information. The material is predecisional and deliberative because it is a draft letter to recipients of grants not at issue in this litigation regarding a proposed grant action. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. |

Illinois v. Vought, No. 1:26-cv-1566 (N.D. Ill.)

**Withholding Log**

| Doc. No. | Beg Bates | End Bates | Doc Date | Author | Recipient | CC Recipient | Withholding Type | Justification |
|---|---|---|---|---|---|---|---|---|
| 37 | CDC_001409 | CDC_001410 | 2/6/2026 | Centers for Disease Control and Prevention | | | Deliberative Process Privilege | Document attachment to CDC_001416 to CDC_001417 reflecting predecisional and deliberative information. The material is predecisional and deliberative because it is a draft document that contains press strategy for a potential future agency grant award action not at issue in this litigation. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. |
| 38 | CDC_001411 | CDC_001412 | 2/6/2026 | Centers for Disease Control and Prevention | | | Deliberative Process Privilege | Document attachment to CDC_001416 to CDC_001417 reflecting predecisional and deliberative information. The material is predecisional and deliberative because it is a draft letter to congressional staff regarding proposed agency grant actions on awards not at issue in this litigation. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. |
| 39 | CDC_001413 | CDC_001415 | 2/6/2026 | Centers for Disease Control and Prevention | | | Deliberative Process Privilege | Document attachment to CDC_001416 to CDC_001417 reflecting predecisional and deliberative information. The material is predecisional and deliberative because it is a draft document that contains deliberations regarding press strategy for a potential future agency grant award action not at issue in this litigation. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. |
| 40 | CDC_001416 | CDC_001417 | 2/6/2026 | Katharine Sullivan (EOP/OMB) | Paige Decker (HHS/ASL) | James Miller (HHS/IOS); Daniel Wasserman (EOP/WHO); Colin Yokanovich (EOP/OMB); Clark Milner (EOP/WHO); Jay Fields (EOP/WHO); James Braid (EOP/WHO); Matthew Buckham (HHS/IOS); Sam Beyda (OS/IOS); Kenneth Callahan (HHS/IOS); Jordan Faircloth (CDC/IOD); Mark Paoletta (EOP/OMB); Daniel Shapiro (EOP/OMB) | Deliberative Process Privilege | Email chain containing predecisional and deliberative information. The material is predecisional and deliberative because it contains proposed actions on grant awards not at issue in this litigation. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. |
| 41 | CDC_001418 | CDC_001420 | 2/5/2026 | Daniel Wasserman (EOP/WHO) | Katharine Sullivan (EOP/OMB) | James Miller (HHS/IOS); Colin Yokanovich (EOP/OMB); Donald Dempsey (EOP/OMB); Clark Milner (EOP/WHO); Mark Paoletta (EOP/OMB); Daniel Shapiro (EOP/OMB); Matthew Buckham (HHS/IOS); Kenneth Callahan (HHS/IOS); Sam Beyda (OS/IOS); Jordan Faircloth (CDC/IOD) | Deliberative Process Privilege; Personally Identifiable Information | Email chain containing predecisional and deliberative information. The material is predecisional and deliberative because it contains press strategy for a potential future agency grant award action not at issue in this litigation. The email chain also reflects internal decision-making processes and proposed actions regarding a universe of grant awards, including awards not at issue in this litigation. Release would compromise the intra- and inter-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. Email chain also contains email addresses and cellular telephone numbers of OMB personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |

Illinois v. Vought, No. 1:26-cv-1566 (N.D. Ill.)

Withholding Log

| Doc. No. | Beg Bates | End Bates | Doc Date | Author | Recipient | CC Recipient | Withholding Type | Justification |
|---|---|---|---|---|---|---|---|---|
| 42 | CDC_001423 | CDC_001424 | 2/7/2026 | Katharine Sullivan (EOP/OMB) | Matthew Buckham (HHS/IOS) | James Miller (HHS/IOS); Kenneth Callahan (HHS/IOS); Donald Dempsey (EOP/OMB); Colin Yokanovich (EOP/OMB); Grace Bruno (Eop/Omb); West Cuthbert (HHS/IOS); Cristina Del Rosso (HHS/OGC); Benjamin Robles (HHS/OGC) | Attorney Client Privilege; Deliberative Process Privilege; Personally Identifiable Information | Email chain containing request for legal advice regarding agency grant reviews. Email chain also contains predecisional and deliberative information. The material is predecisional and deliberative because it discusses proposed grant actions. Release of this information would compromise the agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. Email chain also contains email addresses of OMB personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |
| 43 | CDC_001425 | CDC_001426 | 2/7/2026 | Katharine Sullivan (EOP/OMB) | Matthew Buckham (HHS/IOS) | James Miller (HHS/IOS); Kenneth Callahan (HHS/IOS); Donald Dempsey (EOP/OMB); Colin Yokanovich (EOP/OMB); Grace Bruno (Eop/Omb); West Cuthbert (HHS/IOS); Cristina Del Rosso (HHS/OGC); Benjamin Robles (HHS/OGC); Mark Paoletta (EOP/OMB); Daniel Shapiro (EOP/OMB) | Attorney Client Privilege; Deliberative Process Privilege; Personally Identifiable Information | Email chain containing request for legal advice regarding agency grant reviews. Email chain also contains predecisional and deliberative information. The material is predecisional and deliberative because it discusses proposed grant actions. Release of this information would compromise the agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. Email chain also contains email addresses of OMB personnel. Releasing this information would constitute a clearly unwarranted invasion of personal privacy by subjecting agency personnel to harassment and annoyance in conducting their official duties. |
| 44 | CDC_001430 | CDC_001435 | 1/23/2026 | Shirley Byrd (CDC/OCOO) | Sam Beyda (HHS/IOS); Jordan Faircloth (CDC/IOD); Jamie Legier (CDC/OCOO) | Kody Jordan (CDC/OD/OCS) | Deliberative Process Privilege | Email chain containing predecisional and deliberative information. The material is predecisional and deliberative because it contains a universe of awards, including awards not at issue in this litigation, that were subject to consideration and deliberations by the agency relating to potential actions. Release would compromise the intra-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. |
| 45 | CDC_001437 | CDC_001437 | 1/22/2026 | Shirley Byrd (CDC/OCOO) | | | Deliberative Process Privilege | Spreadsheet attachment to CDC_001436 regarding Centers for Disease Control and Prevention awards containing predecisional and deliberative information. The material is predecisional and deliberative because it contains a universe of awards, including awards not at issue in this litigation and that have not been terminated, that were subject to consideration and deliberations by the agency relating to potential actions. Release would compromise the inter- and intra-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. |
| 46 | CDC_001439 | CDC_001439 | 1/22/2026 | Shirley Byrd (CDC/OCOO) | | | Deliberative Process Privilege | Spreadsheet attachment to CDC_001438 regarding Centers for Disease Control and Prevention awards containing predecisional and deliberative information. The material is predecisional and deliberative because it contains a universe of awards, including awards not at issue in this litigation and that have not been terminated, that were subject to consideration and deliberations by the agency relating to potential actions. Release would compromise the inter- and intra-agency deliberative process by interfering with the uninhibited exchange of ideas and would hamper the agency's ability to manage deliberations in a functional and ordered manner. |