**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON**

STATE OF ILLINOIS, et al,

              Plaintiffs,

    v.

RUSSELL VOUGHT, et al.,

              Defendants.

Case No. 26-cv-01566

**DECLARATION OF DANIEL SHAPIRO**

Judge: Hon. Manish S. Shah

I, Daniel Shapiro, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Deputy General Counsel the Office of Management and Budget's ("OMB") Office of General Counsel, Executive Office of the President, headquartered in Washington, D.C. In this position, I am familiar with the records produced in this litigation and with the privileged and nonresponsive records described below. I have served in this position since January 2025. This declaration is based on my personal knowledge and information provided to me in my official capacity by others.

2. In connection with my job responsibilities, I am familiar with this litigation brought by Plaintiffs, as well as with OMB's involvement in discussions related to the termination of grants in Plaintiff states by the Centers for Disease Control and Prevention ("CDC"), within the Department of Health and Human Services ("HHS"). The following statements are based upon my personal knowledge or on information supplied to me in the course of my professional responsibilities.

3. On February 25, 2026, this court granted in part Plaintiffs' motion for expedited discovery, and ordered OMB to produce certain categories of records to Plaintiffs. ECF No. 50. On March 2, 2026, through counsel, OMB produced records to Plaintiffs with redactions taken to protect privileged information and to protect personally identifiable information.

4. Exhibit A attached to this declaration is a list of emails and other documents which OMB produced to Plaintiffs on March 2, 2026, documents withheld in full as privileged, and two additional nonresponsive attachments to a produced document. Please note that for emails, Exhibit A lists each email separately even when appearing in the same thread. Please also note that Exhibit A only lists email metadata as it appears in the document itself, and may omit metadata which may have appeared with an individual email when originally transmitted.[1] For these documents and in the manner described below, I make these statements in support of Defendants' assertions of the deliberative process privilege, to protect personally identifiable

---

[1] For example, as appearing on BATES OMB-00000026, the email of February 2, 2026 at 11:20 AM identifies the sender but not any recipient or subject line.

information, and to justify why the two additional attachments were determined to be not responsive to the Court's ordered discovery.

DELIBERATIVE PROCESS PRIVILEGE IN OMB'S PRODUCTION

5. OMB protected privileged information pursuant to the deliberative process privilege, appearing in BATES OMB-00000001 through OMB-00000007, OMB-00000021, OMB-00000023 through OMB-00000028, and OMB-00000030. OMB also withheld a privileged document in full, titled "Data_Request_PH - Copy (2).xlsx", attached to the email appearing at BATES OMB-00000030. I have personally reviewed all of these documents and determined that they are protected by the deliberative process privilege.

6. The email appearing at BATES OMB-00000001 is an email communication from OMB to HHS officials, requesting briefings related to grants, including CDC grants. The privileged material consists of OMB's request for what content HHS would provide in the briefings, the purpose OMB had in requesting the briefings, and the anticipated format of the briefings. This information is predecisional and deliberative not only to the content of the requested briefing, but to any efforts OMB would take based on that information in the future.

7. The document appearing at BATES OMB-00000002 through OMB-00000020 is a Powerpoint slide deck titled "HRSA_CDC_SAMHSA Grants Review.pptx", and is an attachment to the email appearing at OMB-00000001. The privileged material, appearing on six slides, consists of multiple series of bulletpointed questions directed to HHS related to "Grants NOFO and Award Review" and "Program Deep-Dive", related to activities at CDC, the Health Resources & Services Administration ("HRSA"), and the Substance Abuse and Mental Health Services Administration ("SAMHSA"), to which OMB requested HHS provide answers in its subsequent briefings. This information is predecisional and deliberative not only to the content of the requested briefing, but to any efforts OMB would take based on that information in the future.

8. The email appearing at BATES OMB-00000021 and OMB-00000022 is an email communication from OMB to HHS after a meeting the previous day related to HHS grant awards. The privileged material in the first paragraph (following "the productive conversations

Friday regarding") recounts the content of the deliberations in that meeting, and suggestions on future OMB and HHS actions. The privileged material in the next few paragraphs (following "Please send a list of" and prior to "It would be my assumption") is a request from OMB to HHS to provide OMB with certain information related to HHS grant awards, and context for why OMB is making this request. The privileged material in the following paragraph (following "It would be my assumption") consists of OMB's belief as to an aspect of HHS's internal processes. The final privileged material in this document (following "OMB may be") consists of a tentative view of how OMB may interact with HHS in the future in its grant award processes. This privileged information is predecisional and deliberative to OMB developing further efforts to assist HHS in its grant award process.

9. The email appearing at BATES OMB-00000023 is an email communication from OMB to a variety of federal agencies including HHS related to spending by those agencies, and setting up a meeting the following day to discuss. The privileged content of this document consists of the specific proposed content to be discussed at the meeting, and specific requested information for other agencies to provide. The privileged content is predecisional and deliberative to formulating the actual content of the meeting.

10. The email appearing at BATES OMB-00000024 and OMB-00000025 is an email communication from OMB to a variety of federal agencies including HHS related to spending by those agencies. The first set of privileged material (appearing after "You all had some very intriguing ideas for") reflects tentative ideas for subsequent actions by the agencies. The next privileged material constitutes details of OMB's review of those tentative ideas, and discussion of additional information OMB was requesting from agencies, and potential timelines and form of subsequent OMB outreach. The next privileged sections (following "AG:", "Commerce:", etc.) consist of notes detailing those tentative ideas for subsequent actions by agencies within the identified agencies and agency components, including CDC. The privileged content is predecisional and deliberative in developing final actions by relevant agencies regarding spending decisions.

11. The email thread appearing at BATES OMB-00000026 through OMB-00000029 is an email thread discussion between OMB and HHS officials related to grant awards at HHS. The first two privileged portions (appearing on BATES OMB-00000026) consist of HHS and OMB officials discussing and clarifying the basis upon which HHS makes its funding decisions. The next set of privileged material (following "Thanks to those of you that participated in" and "(Dan Wasserman included above)" ) consists of information which OMB is requesting from HHS, along with proposed timelines. This includes four sets of bulletpoint requests related to four particular HHS operating divisions. The next privileged passage addresses a fifth particular HHS operating division. The next privileged passage (appearing after "ideas about how to approach this project:") was provided by the author to HHS to provide context as to how OMB is requesting HHS address OMB's questions, with a particular example funding issue as an illustration. The next privileged passage (appearing after "to the EOP team, I believe") consists of the author's tentative views on one aspect of their request which still requires internal confirmation. All of this privileged information is predecisional and deliberative to the means by which HHS will eventually make funding decisions, which funding decisions are made, and how OMB can assist those efforts moving forward. The remainder of this document (starting with Katharine Sullivan's email dated January 17, 2026, at 3:24 PM) contains identical content to the document appearing at BATES OMB-00000021 and OMB-00000022, and therefore identical information was protected as privileged, as described and justified above.

12. The email appearing at BATES OMB-00000030 is an email from OMB to HHS related to HHS grants. The privileged material is a discussion of the level of review given to this matter at OMB. This information is predecisional and deliberative because it reveals the relative prioritization of this matter alongside other matters which may have been given more or less priority.

13. Finally, OMB protected one privileged document in full. This document is titled "Data_Request_PH - Copy (2).xlsx", and is an attachment to the email appearing at BATES OMB-00000030. This is an Excel spreadsheet, and is a precursor version of the document eventually produced in the Administrative Record at BATES CDC_0000567 through

CDC_0000573. This document contains OMB's tentative views on possible future HHS funding actions, and is predecisional and deliberative as to HHS's subsequent funding decisions.

14. Disclosure of any of this information would compromise the deliberative process. If information such as this were disclosed, it would cause a chilling effect on government officials' willingness to engage in the free and candid exchange of views and contextual facts necessary for agency decisionmaking.

PERSONALLY IDENTIFIABLE INFORMATION

15. OMB protected two types of contact information for federal employees throughout this production: official email addresses and official phone numbers.

16. OMB protected certain email addresses appearing on BATES OMB-00000001, OMB-00000021, OMB-00000023, OMB-00000024, OMB-00000026, OMB-00000028, and OMB-00000030.

17. OMB redacted only email addresses and did not redact the identities of parties to an email when the document listed the individual's name separately. The full identities of parties to each email or their principals, including parties whose names are not listed separately from their respective email addresses, are listed in the privilege log.

18. Because of these disclosures, the additional public disclosure of particular email addresses would do nothing to shed light on issues relevant to this litigation, but would only serve to subject federal officials to harassment and annoyance in the performance of their official duties.

19. OMB protected phone numbers appearing on BATES OMB-00000021, OMB-00000023, OMB-00000024, OMB-00000026, OMB-00000029, and OMB-00000030. Public disclosure of this information would do nothing to shed light on issues relevant to this litigation, but would only serve to subject federal officials to harassment and annoyance in the performance of their official duties.

NONRESPONSIVE

20. The email appearing at BATES OMB-00000001 contains two additional attachments which are not responsive to the court's production order.

21. One of these attachments is titled "HHS-ACF Grants and Program Analysis.pptx". This document is a Powerpoint slide deck related to an OMB review of grants, Notices of Funding Opportunities ("NOFOs"), awards, and program analysis at the Administration for Children and Families ("ACF") within HHS. Because this document solely relates to a discrete HHS operating division outside CDC, it was determined to be not responsive to the court's order. Please be advised that the content of this document is very similar to the content of the document appearing at BATES OMB-00000002 through OMB-00000020, except that it relates to ACF and not to HRSA, CDC, and SAMHSA.

22. The other attachment is titled "HHS-NIH Grants and Program Analysis.pptx". This document is a Powerpoint slide deck related to an OMB review of grants, NOFOs, awards, and program analysis at the National Institutes of Health ("NIH") within HHS. Because this document solely relates to a discrete HHS operating division outside CDC, it was determined to be not responsive to the court's order. Please be advised that the content of this document is very similar to the content of the document appearing at BATES OMB-00000002 through OMB-00000020, except that it relates to NIH and not to HRSA, CDC, and SAMHSA.

DELIBERATIVE PROCESS PRIVILEGE IN HHS'S PRODUCTION

23. Additionally, OMB protected privileged information pursuant to the deliberative process privilege contained within HHS's production, appearing in BATES CDC_001278 through CDC_001283, CDC_001287 through CDC_001293, CDC_001298 through CDC_001304, CDC_001322 through CDC_001333, CDC_001335 through CDC_001345, CDC_001390, CDC_001391, CDC_001399, CDC_001400, CDC_001418 through CDC_001420, and CDC_001423 through CDC_001426. I have personally reviewed all of these documents and determined that they are protected by the deliberative process privilege.

24. The email thread appearing at BATES CDC_001278 through CDC_001283 is a discussion between HHS and OMB officials related to BDR 26-09, and the expected timelines for HHS and its operating divisions to submit data to OMB in response. The privileged material appearing after "Then I think", appearing after "NIH and CDC that they", and appearing after "Thank you, Dawayne. Should we" reflect back-and-forth deliberations between HHS and OMB

officials related to the anticipated timing of those submissions. The next set of privilege material, appearing after "I am attaching", contains a description of which particular HHS operating divisions' submissions were attached to the email. The next set of privileged material, appearing after "in Farnoosh's absence", contains deliberation over the timing of subsequent submissions. The next set of privileged material, appearing after "Hi Dawayne-" and before "Thank you" contains OMB's deliberative comments and questions as to potential changes which could be made to a submission. The next set of privileged material, appearing after "I am sending of the submissions for" contains further descriptions of which particular HHS operating divisions' submissions were attached to the email. The next set of privileged material, appearing after "I will be sending over a" describes the nature of a forthcoming submission and deliberation over the timing of subsequent submissions. The next set of privileged material, appearing after "Checking in to ask if HHS is" contains a question as to the nature and timing of HHS's forthcoming submissions. The next set of privileged material, appearing after "Hi Dawayne – NIH should" contains OMB's answer to HHS's question on how to understand its obligations under the BDR. The next set of privileged material, appearing after "Can you see the" contains HHS relaying a question to OMB as to how to understand its obligations under the BDR. In various ways, all of this information is predecisional and deliberative to the timing of submissions from HHS to OMB pursuant to BDR 26-09, to OMB's expectations of timing and content, and to the nature of changes to the submissions made during the drafting process.

25. The email thread appearing at BATES CDC_001287 through CDC_001293 is another iteration of the discussion between HHS and OMB officials related to BDR 26-09, and the expected timelines for HHS and its operating divisions to submit data to OMB in response. The privileged material appearing after "Based upon my conversations with" contains a characterization of HHS's internal processes for responding to the BDR, in light of deliberations over the timing of HHS's submissions. The remainder of the privileged material in this thread is identical to material described above in the discussion of BATES CDC_001278 through CDC_001283. In various ways, all of this information is predecisional and deliberative to the timing of submissions from HHS to OMB pursuant to BDR 26-09, to OMB's expectations of

timing and content, and to the nature of changes to the submissions made during the drafting process.

26. The email thread appearing at BATES CDC_001298 through CDC_001304 is yet another iteration of the discussion between HHS and OMB officials related to BDR 26-09, and the expected timelines for HHS and its operating divisions to submit data to OMB in response. The privileged material appearing after "I'm checking in to ask about" contains deliberation as to the timing of a subsequent HHS submission and speculation as to a potential cause of the timing. The privileged material appearing after "They have had a chance to review the" contains a status and timing update for the review of a prior submission related to a particular HHS operating division. The remainder of the privileged material in this thread is identical to material described above in the discussions of BATES CDC_001278 through CDC_001283 and CDC_001287 through CDC_001293. In various ways, all of this information is predecisional and deliberative to the timing of submissions from HHS to OMB pursuant to BDR 26-09, to OMB's expectations of timing and content, and to the nature of changes to the submissions made during the drafting process.

27. The email thread appearing at BATES CDC_001332 through CDC_001333 is an email thread involving OMB and HHS personnel related to a public announcement of CDC cuts. The first OMB set of privileged material, appearing in Rachel Cauley's 5:47 PM email, contain an OMB official's question regarding the timing of an announcement. The next OMB set of privileged material, following "make sure you have all the info. We" is a description of a proposed announcement not yet made regarding the CDC cuts. The next OMB set of privileged material, following "Why? We're" is a characterization of the purpose of the proposed announcement and how it would fit into broader messaging efforts. All of this information is predecisional and deliberative as to the content of public governmental communications and the development of messaging strategy.

28. The email thread appearing at BATES CDC_001335 through CDC_001337 is another iteration of the email thread appearing at OMB-00000026 through OMB-00000029, and is an email thread discussion between OMB and HHS officials related to grant awards at HHS.

All of the OMB privileged material in this thread is identical to that which appears in OMB-00000026 through OMB-00000029, and is protected for the same reasons.

29. The email thread appearing at BATES CDC_001338 through CDC_001341 is another iteration of the email thread appearing at CDC_001335 through CDC_001337 and OMB-00000026 through OMB-00000029, and is an email thread discussion between OMB and HHS officials related to grant awards at HHS. As demonstrated in subsequent discussion in this thread, the privileged material following "We can't review" is a discussion within HHS as to their review processes for purpose of relaying to OMB, which reflects the information subsequently provided to OMB in OMB-00000026 through OMB-00000029. This information is predecisional and deliberative to the means by which HHS will eventually make funding decisions, which funding decisions are made, and how OMB can assist those efforts moving forward. The remaining OMB privileged material in this thread is identical to that which appears in CDC_001335 through CDC_001337 and OMB-00000026 through OMB-00000029, and is protected for the same reasons.

30. The email thread appearing at BATES CDC_001342 through CDC_001345 is another iteration of the email thread appearing at CDC_001335 through CDC_001337, CDC_001338 through CDC_001341, and OMB-00000026 through OMB-00000029. The OMB privileged material in this thread is identical to that which appears in OMB-00000026 through OMB-00000029 and is protected for the same reasons.

31. The email thread appearing at BATES CDC_001390 and CDC_001391 is a follow-on email from OMB's Deputy Director for Management to a variety of external agency colleagues, including colleagues in HHS, related to BDR 26-09. The first set of privileged material, following "Thanks again for" contains details of OMB personnel involved in the phone call. The second set of privileged material, preceding "I look forward to seeing everyone there", contains deliberation as to the timing and location of a subsequent meeting which had not yet taken place. The protected information is predecisional and deliberative because the identities of OMB personnel in the meeting, given their respective portfolios, would tend to reveal the

contours of policy considerations taken into account, and would tend to reveal the timing of subsequent meetings which may reveal relative prioritization.

32. The email thread appearing at BATES CDC_001400 is a continuation of the email appearing at OMB-00000030. The privileged material in the two documents is identical, and is protected for the same reasons.

33. The email thread appearing at BATES CDC_001418 through CDC_001420 is a discussion related to HHS grants. The privileged material following "identified earlier this week" is a description of which waste the OMB official was talking about. The privileged material following "You guys need to deal" is also a description of which waste the OMB official was talking about. This material, because it tends to identify which waste was under relevant discussion by the OMB and HHS officials, would reveal deliberations over the possible sequencing of HHS actions related to grants.

34. The email thread appearing at BATES CDC_001423 and CDC_001424 is a discussion between OMB and HHS personnel related to HHS grants. The first set of privileged material, following "Thanks Katie," contains an HHS official's summary of the content of a deliberative discussion between HHS officials, provided to an OMB official as an update on HHS activities. The next set of privileged material, following "Per Matt's direction want to be", following "I spoke to JC", and the next full paragraphs, contains an OMB official's request for information from HHS and the deliberative context for making that information request. This information is predecisional and deliberative to how HHS may take steps on funding actions and to how OMB may assist those efforts.

35. The email thread appearing at CDC_001425 and CDC_001426 is a further iteration of this discussion between OMB and HHS personnel related to HHS grants. The privileged material appearing following "Good we checked in –" is OMB's response to the HHS official's summary of the contents of a phone call, with additional selected facts provided in response to provide context to the deliberation. This information is predecisional and deliberative to how HHS may take steps on funding actions and to how OMB may assist those

efforts. The remaining privileged material is identical to the material protected in CDC_001423 and CDC_001424, and is protected for the same reason.

36.     The document identified as CDC_001339 was withheld in full under the deliberative process privilege, and is identical to the document withheld by OMB titled "Data_Request_PH – Copy (2).xlsx", and is protected for the same reasons.

37.     Disclosure of any of this information would compromise the deliberative process. If information such as this were disclosed, it would cause a chilling effect on government officials' willingness to engage in the free and candid exchange of views and contextual facts necessary for agency decisionmaking.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 23, 2026

_/s/ Daniel Shapiro_____
                Daniel Shapiro

# Ex. A

| Email or document beginning Bates | Email or document ending Bates | Reason for protecting | Email Subject or Document Title | Email Author | Email Recipient | Email CC Recipient | Email BCC Recipient | Email Date/time |
|---|---|---|---|---|---|---|---|---|
| OMB-00000001 | OMB-00000001 | Personally Identifiable Information, Deliberative Process Privilege | Request for HHS Grant Briefings | Farnoosh Faezi-Marian (OMB) | Dale Bell (HHS), Jane Gelbmann (HHS), Stephen Clapham (HHS) | Stephanie Winker (HHS), Steven Mackey (OMB), Shristi Humagai (OMB), Marc Garufi (OMB), Chantel Boyens (OMB), Robin Griffin (OMB), Farnoosh Faezi-Marian (OMB) | | January 5, 2026, 1:33 PM |
| OMB-00000002 | OMB-00000020 | Deliberative Process Privilege | HRSA_CDC_SAMHSA Grants Review | | | | | |
| n/a | | Nonresponsive | HHS-ACF Grants and Program Analysis.pptx | | | | | |
| n/a | | Nonresponsive | HHS-NIH Grants and Program Analysis.pptx | | | | | |
| OMB-00000021 | OMB-00000022 | Personally Identifiable Information, Deliberative Process Privilege | Grant Awards | Katharine Sullivan (OMB) | Matthew Buckham (HHS), Stefanie Spear (HHS) | Kenneth Callahan (HHS), Daniel Wasserman (WHO) | Katharine Sullivan (OMB) | January 17, 2026, 3:23 PM |
| OMB-00000023 | OMB-00000023 | Personally Identifiable Information, Deliberative Process Privilege | PMC Deputies Call | Eric Ueland (OMB) | Steven Vaden (USDA), Paul Dabbar (DOC), Robert Salesses (DOD), Chase Forrester (Education), Rebecca Michael (DOE), Jim O'Neill (HHS), Troy Edgar (DHS), Andrew Hughes (HUD), Katharine MacGregor (DOI), Todd Blanche (DOJ), Keith Sonderling (DOL), Michael Rigas (State), Derek Theurer (Treasury), Stephen Bradbury (DOT), Paul Lawrence (VA), David Fotouhi (EPA), Bill Briggs (SBA), Edward Forst (GSA), Jaclyn Jester (NASA), Brian Stone (NSF), David Wright (NRC), Scott Kupor (OPM), Thomas Holland (SSA), Steven Vaden (USDA), Paul Dabbar's Confidential Assistant (DOC), Bryn MacDonnell (DOD), Steve Bradbury's scheduler (DOT), David Taggart (NRC) | Katharine Sullivan (OMB), Mark Paoletta (OMB) | | January 22, 2026, 11:02 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OMB-00000024 | OMB-00000025 | Personally Identifiable Information, Deliberative Process Privilege | Friday PMC follow up | Katharine Sullivan (OMB) | Steven Bradbury (DOT), Katharine MacGregor (DOI), Stephen Vaden (USDA), Paul Dabbar (DOC), West Cuthbert (HHS), Madison Biedermann (Education), David Fotouhi (EPA) | Hal Duncan (OMB), Mark Paoletta (OMB) | Katharine Sullivan (OMB) | January 25, 2026, 7:14 PM |
| OMB-00000026 | OMB-00000026 | Personally Identifiable Information, Deliberative Process Privilege | Re: Grant Awards - Implementation Call follow up | Katharine Sullivan (OMB) | Matthew Buckham (HHS) | Stefanie Spear (HHS), Kenneth Callahan (HHS), Daniel Wasserman (WHO), JC Miller (HHS), Caitrin Shuy (HHS), Cristina Del Rosso (HHS), Gustav Chiarello (HHS), John Walker (HHS) | | February 2, 2026, 1:38 PM |
| OMB-00000026 | OMB-00000026 | Personally Identifiable Information, Deliberative Process Privilege | | Matthew Buckham (HHS) | | | | February 2, 2026, 11:20 AM |
| OMB-00000026 | OMB-00000028 | Personally Identifiable Information, Deliberative Process Privilege | Re: Grant Awards - Implementation Call follow up | Katharine Sullivan (OMB) | Katharine Sullivan (OMB), Matthew Buckham (HHS), Stefanie Spear (HHS) | Kenneth Callahan (HHS), Daniel Wasserman (WHO), JC Miller (HHS), Caitrin Shuy (HHS) | | February 1, 2026, 7:11 PM |
| OMB-00000028 | OMB-00000029 | Personally Identifiable Information, Deliberative Process Privilege | Grant Awards | Katharine Sullivan (OMB) | Matthew Buckham (HHS), Stefanie Spear (HHS) | Kenneth Callahan (HHS), Daniel Wasserman (WHO) | | January 17, 2026, 3:24 PM |
| OMB-00000030 | OMB-00000030 | Personally Identifiable Information, Deliberative Process Privilege | Quick Notes | Colin Yokanovich (OMB) | Caitrin Shuy (HHS), Sam Beyda (HHS) | Donald Dempsey (OMB) | | February 4, 2026, 2:11 PM |
| n/a | | Deliberative Process Privilege | Data_Request_PH - Copy (2).xlsx | | | | | |