# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

State of Illinois, et al.

                 Plaintiff,

v.

                                    Case No.: 1:26–cv–01566

                                    Honorable Manish S. Shah

Russell Vought, et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 26, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. The motion for extension of time [67] is denied as unnecessary. For the reasons stated in open court, the motion to reassign [59] is denied. Plaintiffs' response to defendants' renewed motion to transfer and clarify [62] is due 4/23/26; defendants' reply is due 5/14/26. Plaintiffs' reply to the motion to enforce discovery order [55] is due 3/31/26. The court will issue rulings via cm/ecf. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.