**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget, *et al.*,<br><br>    Defendants. | No. 26-cv-1566 |

**SUPPLEMENTAL DECLARATION OF DANIEL SHAPIRO**

I, Daniel Shapiro, declare as follows:

1.      I am a Deputy General Counsel in the Office of Management and Budget's ("OMB") Office of General Counsel, Executive Office of the President, headquartered in Washington, D.C.  In this capacity, I am familiar with the above-captioned case, including OMB's searches conducted for records responsive to the court's order dated February 25, 2025, which granted in part Plaintiff's motion for expedited discovery.  ECF No. 50.

2.      That order provided in relevant part that:

Defendants shall produce to plaintiffs documents responsive to plaintiffs' first requests for production Nos. 2, 3 (limited to the CDC), 4 (limited to the CDC), and 5 (limited in its cross-reference to Requests Nos. 2, 3, and 4 and, as to Requests 3 and 4, limited to the CDC). Defendants must also produce: (1) documents explaining how plaintiffs were selected for inclusion in Attachment B to Budget Data Request 26-09; (2) guidance, directives, or instructions issued after December 1, 2025, from OMB to HHS or CDC on selecting states for grant review; (3) guidance, directives, or instructions issued after August 7, 2025, from OMB to HHS or CDC on whether and how to evaluate grant alignment with agency priorities; and (4) guidance, directives, or instructions issued after August 7, 2025, internal to HHS or CDC on whether and how to evaluate grant alignment with agency priorities.

ECF No. 50 at 1.

3.      In response to the February 25 order, OMB conducted a search reasonably calculated to locate all documents responsive to each of the listed categories, including "documents explaining how plaintiffs were selected for inclusion in Attachment B to Budget Data Request 26-09." ECF No. 50 at 1.  That search located no responsive documents, and no such documents were withheld from OMB's production.

I swear under penalty of perjury that the foregoing is true and correct.


Dated:  March 31, 2026                                    /s/ Daniel Shapiro_____
                                                          Daniel Shapiro
                                                          Deputy General Counsel