**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget, *et al.*,<br><br>    Defendants. | No. 26-cv-1566 |

**DECLARATION OF JORDAN FAIRCLOTH**

I, Jordan Faircloth, declare as follows:

1. I am the Deputy Chief of Staff at the Centers for Disease Control and Prevention (CDC) within the U.S. Department of Health and Human Services (HHS). I have served in this capacity since April 29, 2025. In this position, I assist the CDC Chief of Staff in providing strategic counsel to the CDC Director and ensuring proactive coordination of agency-wide priorities and policies in direct support of CDC's mission. I also oversee the operations and management of the Office of the Chief of Staff.

2. In this capacity, I am familiar with the above-captioned case, including the Court's February 25 order granting in part Plaintiffs' motion for expedited discovery.

3. That order provided in relevant part that:

Defendants shall produce to plaintiffs documents responsive to plaintiffs' first requests for production Nos. 2, 3 (limited to the CDC), 4 (limited to the CDC), and 5 (limited in its cross-reference to Requests Nos. 2, 3, and 4 and, as to Requests 3 and 4, limited to the CDC). Defendants must also produce: (1) documents explaining how plaintiffs were selected for inclusion in Attachment B to Budget Data Request 26-09; (2) guidance, directives, or instructions issued after December 1, 2025, from OMB to HHS or CDC on selecting states for grant review; (3) guidance, directives, or instructions issued after

August 7, 2025, from OMB to HHS or CDC on whether and how to evaluate grant alignment with agency priorities; and (4) guidance, directives, or instructions issued after August 7, 2025, internal to HHS or CDC on whether and how to evaluate grant alignment with agency priorities.

ECF No. 50 at 1.

4.     In response to the February 25 order, CDC conducted a search reasonably calculated to locate all documents responsive to each of the listed categories, including "documents explaining how plaintiffs were selected for inclusion in Attachment B to Budget Data Request 26-09." ECF No. 50 at 1.  That search located no responsive documents, and no such documents were withheld from CDC's production.

I swear under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of March 2026, in Atlanta, Georgia.

Jordan Faircloth