# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS *et al.*,<br><br>     Plaintiffs,<br><br>     v.<br><br>RUSSELL VOUGHT, *in his official capacity as Director of the Office of Management & Budget*, *et al.*;<br><br>     Defendants. | Case No. 26-cv-1566<br>Hon. Manish S. Shah |

**DECLARATION OF R. HENRY WEAVER**

I, R. Henry Weaver, declare as follows:

1.      I am a resident of the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am an Assistant Attorney General in the Office of the Illinois Attorney General and counsel for Plaintiff State of Illinois in this matter.

3.      I compiled the spreadsheet attached as **Exhibit A** to this declaration from the affidavits and privilege logs produced by defendants the Centers for Disease Control and Prevention ("CDC") and the Office of Management and Budget ("OMB") in support of their opposition to the motion to enforce, *see* ECF 72-1; ECF 72-2, as supplemented by information drawn from the underlying document production.

4.      Each row of Exhibit A corresponds to a row in either the OMB or CDC privilege log, and Exhibit A combines both into a single document, resulting in 59 total rows. The spreadsheet is sorted primarily by time and date rather than Bates number. Email attachments, however, are arranged to immediately follow the email to which they were attached.

1

5.      Column A reflects the date assigned to the document by the OMB and CDC privilege logs.

6.      Column B reflects the time assigned to the document by the OMB privilege log for the documents found on that log. The CDC privilege log does not contain time stamps. As to entries on the CDC privilege log, I retrieved time information from the underlying production, with the following exceptions:

   a. The time stamp for CDC_001437, a Microsoft Excel file withheld in its entirety, was based on the email to which it was attached, CDC_001436, the time stamp for which can be found at both CDC_001438 and CDC_001267;

   b. The date and time stamp for CDC_001439, a Microsoft Excel file withheld in its entirety, was based on email to which it was attached, CDC_001438, the time stamp for which can be found at both CDC_001438 and CDC_001267; and

   c. The time stamp for CDC_001268.1, a Microsoft Excel file withheld in its entirety, was based on the email in which it was linked, which can be found at CDC_01266.

7.      Columns C and D reflect the Bates Start and Bates End information provided by defendants, with the following exception:

   a. Row 32 of the spreadsheet contains a document to which OMB assigned no Bates number, titled "Data_Request_PH - Copy (2).xlsx." OMB's affiant testifies that this document was attached to the email produced at OMB_000030 and that it is "identical to" the file withheld at CDC_001339. ECF 72-2 ¶¶ 13, 36. "CDC_001339" likely represents a scrivener's error because that citation is inapposite. From context, it seems likely that the OMB affiant intended to write "CDC_001439," which would refer to an Excel spreadsheet withheld by CDC in the most recent production.

2

8.      Column E reflects the email subject or document title as provided by the OMB privilege log for the documents found on that log. The CDC privilege log does not contain email subjects and document titles. As to entries on the CDC privilege log, I retrieved email subjects and attachment titles from the underlying production. Rows 38, 43, 45, and 48 denote redactions on the email subject or document title using "[DPP]."

9.      Column F reflects information drawn from the privilege logs as to whether a particular document was attached to an email in the production.

10.     Columns G through I reflect the author, recipient, and CC recipient information provided by the OMB and CDC privilege logs.

11.     Column J provides a citation for the Court's convenience to the relevant paragraph of the OMB affidavit that discusses the document in question, if applicable.

12.     Column K provides a citation for the Court's convenience to the relevant document number in the CDC privilege log that discusses the document in question, if applicable.

13.     Column L lists defendants' proffered bases for withholding and/or redaction as reflected in the privilege logs using these abbreviations: DPP (deliberative process privilege), ACP (attorney-client privilege), and PII (personally identifiable information).

14.     Column M summarizes Plaintiff States' objections to invocation of deliberative process privilege raised by the pending motion to enforce on the document in question.

15.     Column N contains an "X" if Plaintiff States propose the document to form part of an *in camera* review set.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2026, in Chicago, Illinois.

By: */s/ R. Henry Weaver*
R. Henry Weaver
Assistant Attorney General
Office of the Illinois Attorney General

3

# EXHIBIT A

Exhibit 1-A

| | Date | Time | Bates Start | Bates End | Email Subject or Document Title | Attachment Information | Author | Recipient | CC Recipient | OMB Decl. ¶ | CDC Log Doc. No. | Defs.' Bases for Withholding/ Redaction | Plaintiff States' Objection | *In Camera* Request |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 9/30/2025 | 11:35 PM | CDC_001395 | CDC_001398 | RE: PRIVILEGED - WH DCOS-P Grants Call Follow-Up Call | | Jordan Faircloth (CDC/IOD) | Eric Osterhues (HHS/OGC); Matthew Buzzelli (CDC/IOD) | West Cuthbert (HHS/IOS); Sam Beyda (OS/IOS) | | 32 | DPP; ACP | The affidavit fails to identify a final decision, instead stating that the document is predecisional as to "the agency priorities grants review process" generally; the document also is not deliberative because the affidavit explains it was prepared "in anticipation of conducting policy deliberations," not as part of those deliberations. | |
| 3 | 11/7/2025 | 6:48 PM | CDC_001367 | CDC_001368 | RE: OGC advice on grant terminations from late Sept. | | Cristina Del Rosso (HHS/OGC) | Chad Clifford (HHS/ASFR) | Caitrin Shuy (HHS/ASFR); Lena Yueh (HHS/OGC) | | 27 | ACP; PII | None in pending motion. | |
| 4 | 6/20/2025 | | CDC_001369 | CDC_001371 | Terms for inclusion in Notices of Awards | Attached to CDC_001367 | Sean Keveney (HHS/OGC) | Heather Flick Melanson (HHS/IOS) | | | 28 | ACP; PII | None in pending motion. | |
| 5 | 6/25/2025 | | CDC_001372 | CDC_001380 | Legal Guidance on Award Termination Options | Attached to CDC_001367 | Sean Keveney (HHS/OGC) | Heather Flick (HHS/IOS) | | | 29 | ACP; PII | None in pending motion. | |
| 6 | 9/22/2025 | | CDC_001381 | CDC_001389 | Termination of Federal Awards for Non-Alignment with Program Goals or Agency Priorites: Legal Guidance Regarding Preparation of Decision Memoranda | Attached to CDC_001367 | Robert Foster (HHS/OGC) | Assistant Secretary for Financial Resources | | | 30 | ACP | None in pending motion. | |
| 7 | 1/5/2026 | 1:33 PM | OMB-00000001 | OMB-00000001 | Request for HHS Grant Briefings | | Farnoosh Faezi-Marian (OMB) | Dale Bell (HHS), Jane Gelbmann (HHS), Stephen Clapham (HHS) | Stephanie Winker (HHS), Steven Mackey (OMB), Shristi Humagai (OMB), Marc Garufi (OMB), Chantel Boyens (OMB), Robin Griffin (OMB), Farnoosh Faezi-Marian (OMB) | 6 | | DPP; PII | Non-deliberative because information on requested briefings does not "reflect the give-and-take of the consultative process;" the affidavit fails to identify a final decision; and the document concerns OMB's motives, including the "purpose OMB had in requesting the briefings." | |
| 8 | 1/5/2026 | | OMB-00000002 | OMB-00000020 | HRSA_CDC_SAMHSA Grants Review | Attached to OMB_000001 | | | | 7 | | DPP | Non-deliberative because information on requested briefings does not "reflect the give-and-take of the consultative process;" the affidavit fails to identify a final decision; and the document concerns OMB's motives. | |
| 9 | 1/5/2026 | | n/a | | HHS-ACF Grants and Program Analysis.pptx | Attached to OMB_000001 | | | | 21 | | Nonresponsive | Improperly withheld despite being responsive to Court's discovery order. | |

Exhibit 1-A

| | Date | Time | Bates Start | Bates End | Email Subject or Document Title | Attachment Information | Author | Recipient | CC Recipient | OMB Decl. ¶ | CDC Log Doc. No. | Defs.' Bases for Withholding/ Redaction | Plaintiff States' Objection | *In Camera* Request |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 1/5/2026 | | n/a | | HHS-NIH Grants and Program Analysis.pptx | Attached to OMB_000001 | | | | 22 | | Nonresponsive | Improperly withheld despite being responsive to Court's discovery order. | |
| 11 | 1/17/2026 | 3:23 PM | OMB-00000021 | OMB-00000022 | Grant Awards | | Katharine Sullivan (OMB) | Matthew Buckham (HHS), Stefanie Spear (HHS) | Kenneth Callahan (HHS), Daniel Wasserman (WHO) | 8 | | DPP; PII | The document is post-decisional; the affidavit fails to identify a final decision; the "context for why OMB is making [the] request" concerns OMB's motives; and much of the identified material (such as "OMB's belief as to an aspect of HHS's internal processes" does not reflect the give and take of the consultative process. | X |
| 12 | 1/17/2026 | 3:24 PM | OMB-00000028 | OMB-00000029 | Grant Awards | | Katharine Sullivan (OMB) | Matthew Buckham (HHS), Stefanie Spear (HHS) | Kenneth Callahan (HHS), Daniel Wasserman (WHO) | 11 | | DPP; PII | The document is post-decisional; the affidavit states some material is predecisional "to the means by which HHS will eventually make funding decisions" rather than any actual final decision; the document evidences motive; and the identified material is non-deliberative because it does not reflect the give and take of the consultative process. | X |
| 13 | 1/22/2026 | 3:35 PM | CDC_001437 | CDC_001437 | Data Request SB - 1-22-26.xlsx | Attached to CDC_001436 | Shirley Byrd (CDC/OCOO) | | | | 45 | DPP | The document is post-decisional; the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations; and the document is non-deliberative because it sets forth purely factual information in the spreadsheet of active awards for Colorado, California, Minnesota, and Illinois (*see* CDC_001436). | |
| 14 | 1/22/2026 | 7:25 PM | CDC_001390 | CDC_001391 | Fw: Presidential Policy Alignment / Execution | | James O'Neill (OS/IOS) | Sam Beyda (OS/IOS); Jayanta Bhattacharya (NIH/OD); Willy Chertman (HHS/IOS); James Miller (HHS/IOS); West Cuthbert (HHS/IOS) | | 31 | 31 | DPP; PII | The document is post-decisional; the affidavit states the document is predecisional "to the timing and location of a subsequent meeting" and "identities of OMB personnel in the meeting" rather than any actual final decision; the document evidences motive; material such as meeting location and attendee identity is purely factual; and those subjects do not reflect the give and take of the consultative process. | X |

Exhibit 1-A

| | Date | Time | Bates Start | Bates End | Email Subject or Document Title | Attachment Information | Author | Recipient | CC Recipient | OMB Decl. ¶ | CDC Log Doc. No. | Defs.' Bases for Withholding/ Redaction | Plaintiff States' Objection | In Camera Request |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 1/22/2026 | 11:02 PM | OMB-00000023 | OMB-00000023 | PMC Deputies Call | | Eric Ueland (OMB) | Steven Vaden (USDA), Paul Dabbar (DOC), Robert Salesses (DOD), Chase Forrester (Education), Rebecca Michael (DOE), Jim O'Neill (HHS), Troy Edgar (DHS), Andrew Hughes (HUD), Katharine MacGregor (DOI), Todd Blanche (DOJ), Keith Sonderling (DOL), Michael Rigas (State), Derek Theurer (Treasury), Stephen Bradbury (DOT), Paul Lawrence (VA), David Fotouhi (EPA), Bill Briggs (SBA), Edward Forst (GSA), Jaclyn Jester (NASA), Brian Stone (NSF), David Wright (NRC), Scott Kupor (OPM), Thomas Holland (SSA), Steven Vaden (USDA), Paul Dabbar's Confidential Assistant (DOC), Bryn MacDonnell (DOD), Steve Bradbury's scheduler (DOT), David Taggart (NRC) | Katharine Sullivan (OMB), Mark Paoletta (OMB) | 9 | | DPP; PII | The document is post-decisional; the affidavit states the document is predecisional to "formulating the actual content of the meeting" rather than any actual final decision; the document evidences motive; and the document is non-deliberative because it does not reflect the give and take of the consultative process. | X |
| 16 | 1/23/2026 | 9:13 AM | CDC_001439 | CDC_001439 | Data Request SB - 1-22-26.xlsx | Attached to CDC_001438 | Shirley Byrd (CDC/OCOO) | | | 13, 36 | 46 | DPP | The document is post-decisional; the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations; and the document is non-deliberative because it sets forth purely factual information. | |
| 17 | 1/23/2026 | 4:15 PM | CDC_001310 | CDC_001312 | Re: Beyda, Sam (OS/IOS) wants to access 'CDC Funding - Colorado' | | Sam Beyda (OS/IOS) | Shirley Byrd (CDC/OCOO); Jordan Faircloth (CDC/IOD) | Jamie Legier (CDC/OCOO); Jon Messick (CDC/OCOO) | | 8 | DPP | The document is post-decisional; the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations. | |
| 18 | 1/23/2026 | 5:42 PM | CDC_001430 | CDC_001435 | RE: URGENT: Grants Info Request | | Shirley Byrd (CDC/OCOO) | Sam Beyda (HHS/IOS); Jordan Faircloth (CDC/IOD); Jamie Legier (CDC/OCOO) | Kody Jordan (CDC/OD/OCS) | | 44 | DPP | The document is post-decisional; the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations. | |
| 19 | 1/25/2026 | 7:14 PM | OMB-00000024 | OMB-00000025 | Friday PMC follow up | | Katharine Sullivan (OMB) | Steven Bradbury (DOT), Katharine MacGregor (DOI), Stephen Vaden (USDA), Paul Dabbar (DOC), West Cuthbert (HHS), Madison Biedermann (Education), David Fotouhi (EPA) | Hal Duncan (OMB), Mark Paoletta (OMB) | 10 | | DPP; PII | The document is post-decisional; the affidavit states the document is predecisional to the process of "developing final actions by relevant agencies regarding spending decisions" rather than identifying an actual final decision; and the document evidences motive. | X |

Exhibit 1-A

| | Date | Time | Bates Start | Bates End | Email Subject or Document Title | Attachment Information | Author | Recipient | CC Recipient | OMB Decl. ¶ | CDC Log Doc. No. | Defs.' Bases for Withholding/ Redaction | Plaintiff States' Objection | *In Camera* Request |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 1/26/2026 | 8:12 PM | CDC_001268.1 | CDC_001268.1 | UPDATED Data Request SB2 - 1-26-26.xlsx | Linked in CDC_001267 | Shirley Byrd (CDC/OCOO) | | | | 1 | DPP | The document is post-decisional; the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations; and the document is non-deliberative because it merely sets forth purely factual information about certain awards. | |
| 21 | 1/28/2026 | 2:00 PM | CDC_001323 | CDC_001323 | CDC Grants | | Sam Beyda (OS/IOS) | Katharine Sullivan (EOP/OMB) | James O'Neill (OS/IOS); West Cuthbert (HHS/IOS) | | 12 | PII | None in pending motion. | X |
| 22 | 1/26/2026 | | CDC_001324 | CDC_001324 | SB_annotated_Data Request SB2 - 1-26-26.xlsx | Attached to CDC_001323 | Centers for Disease Control and Prevention Personnel | | | | 13 | DPP | The document is post-decisional; this spreadsheet related to OMB's data request evidences motive; the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations; and the spreadsheet is non-deliberative because it sets forth purely factual information. | X |
| 23 | 1/30/2026 | 7:27 PM | CDC_001278 | CDC_001283 | RE: BDR - 26-9 Federal Awards to Entities in Select States | | Marc Garufi (EOP) | Dawayne Nutt (HHS/ASFR); Katie McKenna (EOP/OMB) | Farnoosh Faezi-Marian (EOP/OMB); Katherine Swartz (HHS/ASFR) | 24 | 5 | DPP; PII | The document is post-decisional; it evidences motive because it contains OMB's comments and questions as to "potential changes which could be made to a submission"; the document is non-deliberative because it does not reflect the give and take of the consultative process but instead purports to discuss "timing" and describe the "nature of" the submissions, including discussing the which HHS operating divisions submissions to OMB's data request were attached. | X |
| 24 | 1/30/2026 | 7:38 PM | CDC_001287 | CDC_001293 | RE: BDR - 26-9 Federal Awards to Entities in Select States | | Marc Garufi (EOP) | Dawayne Nutt (HHS/ASFR); Katie McKenna (EOP/OMB) | Farnoosh Faezi-Marian (EOP/OMB); Katherine Swartz (HHS/ASFR) | 25 | 6 | DPP; PII | The document is post-decisional; the document evidences motive; the document is non-deliberative because it does not reflect the give and take of the consulative process and instead discusses the "expected timelines" of HHS submissions. | X |
| 25 | 2/1/2026 | 7:11 AM | OMB-00000026 | OMB-00000028 | Re: Grant Awards - Implementation Call follow up | | Katharine Sullivan (OMB) | Katharine Sullivan (OMB), Matthew Buckham (HHS), Stefanie Spear (HHS) | Kenneth Callahan (HHS), Daniel Wasserman (WHO), JC Miller (HHS), Caitrin Shuy (HHS) | 11 | | DPP; PII | The document is post-decisional; the affidavit fails to identify a final decision; "how OMB can assist" HHS funding decisions evidences motive; the document is non-deliberative because it does not reflect the give and take of the consultative process. | X |

Exhibit 1-A

| | Date | Time | Bates Start | Bates End | Email Subject or Document Title | Attachment Information | Author | Recipient | CC Recipient | OMB Decl. ¶ | CDC Log Doc. No. | Defs.' Bases for Withholding/ Redaction | Plaintiff States' Objection | In Camera Request |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 2/2/2026 | 11:20 AM | OMB-00000026 | OMB-00000026 | Re: Grant Awards - Implementation Call follow up | | Matthew Buckham (HHS) | | | 11 | | DPP; PII | The document is post-decisional; the affidavit fails to identify a final decision; "how OMB can assist" HHS funding decisions evidences motive; the document is non-deliberative because it does not reflect the give and take of the consultative process. | X |
| 27 | 2/2/2026 | 1:38 PM | OMB-00000026 | OMB-00000026 | Re: Grant Awards - Implementation Call follow up | | Katharine Sullivan (OMB) | Matthew Buckham (HHS) | Stefanie Spear (HHS), Kenneth Callahan (HHS), Daniel Wasserman (WHO), JC Miller (HHS), Caitrin Shuy (HHS), Cristina Del Rosso (HHS), Gustav Chiarello (HHS), John Walker (HHS) | 11 | | DPP; PII | The document is post-decisional; the affidavit fails to identify a final decision; it evidences motive because it "consists of information which OMB is requesting from HHS" and "how OMB is requesting HHS address OMB's questions" and "how OMB can assist" HHS funding decisions; the document is non-deliberative because it does not reflect the give and take of the consultative process. | X |
| 28 | 2/2/2026 | 2:22 PM | CDC_001335 | CDC_001337 | Re: Grant Awards - Implementation Call follow up | | James Miller (HHS/IOS) | Katharine Sullivan (EOP/OMB); Matthew Buckham (HHS/IOS); Stefanie Spear (HHS/IOS) | Kenneth Callahan (HHS/IOS); Daniel Wasserman (EOP/WHO); Caitrin Shuy (HHS/ASFR) | 28 | 17 | DPP; PII | None in this motion as it relates to CDC_001335 emails from James Miller; Plaintiff States incorporate their objections to OMB_000021-22 and OMB_000026-29 to the extent the rest of CDC_001335-37 contains duplicates of those emails. | X |
| 29 | 2/2/2026 | 4:09 PM | CDC_001338 | CDC_001341 | Re: Grant Awards - Implementation Call follow up | | Matthew Buckham (HHS/IOS) | James Miller (HHS/IOS); Caitrin Shuy (HHS/ASFR); Gustav Chiarello (ASFR) | Cristina Del Rosso (HHS/OGC) | 29 | 18 | DPP; PII | None in this motion as it relates to CDC_001338 emails between James Miller and Matthew Buckham; Plaintiff States incorporate their objections to OMB_000021-22 and OMB_000026-29 to the extent the rest of CDC_001339-41 contains duplicates of those emails. | X |
| 30 | 2/2/2026 | 8:46 PM | CDC_001342 | CDC_001345 | Re: Grant Awards - Implementation Call follow up | | Matthew Buckham (HHS/IOS) | Katharine Sullivan (EOP/OMB) | Stefanie Spear (HHS/IOS); Kenneth Callahan (HHS/IOS); Daniel Wasserman (EOP/WHO); James Miller (HHS/IOS); Caitrin Shuy (HHS/ASFR); Cristina Del Rosso (HHS/OGC); Gustav Chiarello (ASFR); John Walker (HHS/ASPE) | 30 | 19 | DPP; PII | None in this motion as it relates to CDC_001342 email (at 8:46 PM) from Matthew Buckham; Plaintiff States incorporate their objections to OMB_000021-22 and OMB_000026-29 to the extent the rest of CDC_001342-45 contains duplicates of those emails. | X |

Exhibit 1-A

| | Date | Time | Bates Start | Bates End | Email Subject or Document Title | Attachment Information | Author | Recipient | CC Recipient | OMB Decl. ¶ | CDC Log Doc. No. | Defs.' Bases for Withholding/ Redaction | Plaintiff States' Objection | In Camera Request |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 2/4/2026 | 2:11 PM | OMB-00000030 | OMB-00000030 | Quick Notes | | Colin Yokanovich (OMB) | Caitrin Shuy (HHS), Sam Beyda (HHS) | Donald Dempsey (OMB) | 12 | | DPP; PII | This document is post-decisional; the affidavit fails to identify a final decision; the redacted text evidences motive because OMB avers that it reveals "the level of review given to this matter at OMB"; the document is non-deliberative because it does not reflect the give and take of consultative process. | X |
| 32 | 2/4/2026 | | "Identical" to CDC_001439 | | Data_Request_PH - Copy (2).xlsx | Attached to OMB_000030 | | | | 13, 36 | | DPP | The document is post-decisional; the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations; the document is non-deliberative because it sets forth purely factual information in the spreadsheet. | |
| 33 | 2/4/2026 | 4:48 PM | CDC_001332 | CDC_001333 | Re: CDC CUTS SOON ANNOUCEMENT [sic] | | Andrew Nixon (HHS/ASPA) | Matthew Buckham (HHS/IOS); Richard Danker (HHS/ASPA) | | 27 | 15 | DPP; PII | The document is post-decisional, both because it post-dates the OMB directive and because "press strategy" to spin an agency determination inherently follows that determination; it evidences motive because it is a description "of a proposed announcement" regarding the CDC cuts, which is "the first cuts we are making in funds" related to the OMB data request, and gives "examples of cancelled funds"; it does not reflect the give and take of the consultative process. | X |
| 34 | 2/4/2026 | 6:53 PM | CDC_001298 | CDC_001304 | RE: BDR - 26-9 Federal Awards to Entities in Select States | | Farnoosh Faezi-Marian (EOP/OMB) | Dawayne Nutt (HHS/ASFR); Marc Garufi (EOP); Katie McKenna (EOP/OMB) | Katherine Swartz (HHS/ASFR) | 26 | 7 | DPP; PII | The document is post-decisional; it evidences motive because it discusses "OMB's expectations of timing and content, and to the nature of changes to the submissions made during the drafting process" in response to OMB's data request; it does not reflect the give and take of the consultative process in discussing "a status and timing update." | X |

Exhibit 1-A

| | Date | Time | Bates Start | Bates End | Email Subject or Document Title | Attachment Information | Author | Recipient | CC Recipient | OMB Decl. ¶ | CDC Log Doc. No. | Defs.' Bases for Withholding/ Redaction | Plaintiff States' Objection | *In Camera* Request |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 2/5/2026 | 9:30 AM | CDC_001334 | CDC_001334 | FW: Grants Update | | James Miller (HHS/IOS) | Sam Beyda (OS/IOS); Benjamin Robles (HHS/OGC); West Cuthbert (HHS/IOS); Matthew Buckham (HHS/IOS); Cristina Del Rosso (HHS/OGC); Jordan Faircloth (CDC/IOD); Gustav Chiarello (ASFR); Caitrin Shuy (HHS/ASFR); Colleen White (HHS/ASFR); Mitchell Hailstone (HHS/IOS) | | | 16 | PII | None in pending motion. | |
| 36 | 2/5/2026 | 3:30 PM | CDC_001351 | CDC_001351 | FW: Grants Update | | James Miller (HHS/IOS) | Sam Beyda (OS/IOS); Benjamin Robles (HHS/OGC); West Cuthbert (HHS/IOS) | Matthew Buckham (HHS/IOS); Cristina Del Rosso (HHS/OGC); Jordan Faircloth (CDC/IOD); Gustav Chiarello (ASFR); Caitrin Shuy (HHS/ASFR); Colleen White (HHS/ASFR); Mitchell Hailstone (HHS/IOS) | | 23 | PII | None in pending motion. | |
| 37 | 2/5/2026 | 7:40 PM | CDC_001352 | CDC_001353 | RE: Grants Update | | West Cuthbert (HHS/IOS) | Sam Beyda (OS/IOS); James O'Neill (OS/IOS) | | | 24 | PII | None in pending motion. | |

Exhibit 1-A

| | Date | Time | Bates Start | Bates End | Email Subject or Document Title | Attachment Information | Author | Recipient | CC Recipient | OMB Decl. ¶ | CDC Log Doc. No. | Defs.' Bases for Withholding/ Redaction | Plaintiff States' Objection | *In Camera* Request |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
| 38 | 2/5/2026 | 9:09 PM | CDC_001418 | CDC_001420 | Re: [DPP] | | Daniel Wasserman (EOP/WHO) | Katharine Sullivan (EOP/OMB) | James Miller (HHS/IOS); Colin Yokanovich (EOP/OMB); Donald Dempsey (EOP/OMB); Clark Milner (EOP/WHO); Mark Paoletta (EOP/OMB); Daniel Shapiro (EOP/OMB); Matthew Buckham (HHS/IOS); Kenneth Callahan (HHS/IOS); Sam Beyda (OS/IOS); Jordan Faircloth (CDC/IOD) | 33 | 41 | DPP; PII | The document is post-decisional; it evidences motive because it "identifi[ies] which waste was under relevant discussion" by OMB and HHS the week of February 5; the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations; and it is non-deliberative because it does not reflect the give and take of the consultative process, including that it discusses "sequencing of HHS actions related to grants." | X |
| 39 | 2/5/2026 | 9:30 PM | CDC_001328 | CDC_001328 | RE: CDC Regroup | | Jordan Faircloth (CDC/IOD) | James Miller (HHS/IOS); Sam Beyda (OS/IOS); Mitchell Hailstone (HHS/IOS); Colleen White (HHS/ASFR); Caitrin Shuy (HHS/ASFR); Cristina Del Rosso (HHS/OGC); Benjamin Robles (HHS/OGC) | | | 14 | DPP | The document is post-decisional; the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations. | X |
| 40 | 2/5/2026 | 10:55 PM | CDC_001400 | CDC_001400 | FW: Quick Notes | | Sam Beyda (OS/IOS) | Cristina Del Rosso (HHS/OGC); James Miller (HHS/IOS) | | 32 | 34 | DPP; PII | The document is post-decisional; the redacted text evidences motive because OMB avers that it reveals "the level of review given to this matter at OMB." | X |
| 41 | 2/4/2026 | | CDC_001399 | CDC_001399 | Data-Request_PH - Copy (2).xlsx | Attached to CDC_001400 | Office of Management and Budget | | | | 33 | DPP | The document is post-decisional; the spreadsheet evidences motive because it was "sent over [to HHS] from OMB" and HHS was to add the list to their "ongoing agency grant review" (CDC_001400); the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations; the document is non-deliberative because it sets for purely factual information in the spreadsheet. | |
| 42 | 2/6/2026 | 12:36 AM | CDC_001269 | CDC_001269 | Agency Priorites Grant Review | | Matthew Buckham (HHS/IOS) | James Miller (HHS/IOS) | Cristina Del Rosso (HHS/OGC) | | 2 | ACP | None in pending motion. | |

Exhibit 1-A

| | Date | Time | Bates Start | Bates End | Email Subject or Document Title | Attachment Information | Author | Recipient | CC Recipient | OMB Decl. ¶ | CDC Log Doc. No. | Defs.' Bases for Withholding/ Redaction | Plaintiff States' Objection | *In Camera* Request |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 2/6/2026 | 12:01 PM | CDC_001416 | CDC_001417 | Re: [DPP] | | Katharine Sullivan (EOP/OMB) | Paige Decker (HHS/ASL) | James Miller (HHS/IOS); Daniel Wasserman (EOP/WHO); Colin Yokanovich (EOP/OMB); Clark Milner (EOP/WHO); Jay Fields (EOP/WHO); James Braid (EOP/WHO); Matthew Buckham (HHS/IOS); Sam Beyda (OS/IOS); Kenneth Callahan (HHS/IOS); Jordan Faircloth (CDC/IOD); Mark Paoletta (EOP/OMB); Daniel Shapiro (EOP/OMB) | | 40 | DPP | The lead email was sent by the OMB Chief of Staff but the OMB affidavit does not mention it or justify redaction; it would evidence OMB's motive; the document is post-decisional; and the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations. | X |
| 44 | 2/6/2026 | | CDC_001407 | CDC_001407 | CDC Grants Rollout.docx | Attached to CDC_001416 | Centers for Disease Control and Prevention | | | | 35 | DPP | The document is post-decisional, both because is post-dates the OMB directive and because "press strategy" to spin an agency determination inherently follows that determination; and the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations. | X |
| 45 | 2/6/2026 | | CDC_001408 | CDC_001408 | [DPP] Updated Work Plan Request (CDC).docx | Attached to CDC_001416 | Centers for Disease Control and Prevention | | | | 36 | DPP | The document is post-decisional; and the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations. | X |
| 46 | 2/6/2026 | | CDC_001409 | CDC_001410 | Press Background.docx | Attached to CDC_001416 | Centers for Disease Control and Prevention | | | | 37 | DPP | The document is post-decisional, both because it post-dates the OMB directive and because "press strategy" to spin an agency determination inherently follows that determination; and the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations. | X |

Exhibit 1-A

| | Date | Time | Bates Start | Bates End | Email Subject or Document Title | Attachment Information | Author | Recipient | CC Recipient | OMB Decl. ¶ | CDC Log Doc. No. | Defs.' Bases for Withholding/ Redaction | Plaintiff States' Objection | *In Camera* Request |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | 2/6/2026 | | CDC_001411 | CDC_001412 | Hill Notification.docx | Attached to CDC_001416 | Centers for Disease Control and Prevention | | | | 38 | DPP | The document is post-decisional; and the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations. | X |
| 48 | 2/6/2026 | | CDC_001413 | CDC_001415 | CDC [DPP] Grant.docx | Attached to CDC_001416 | Centers for Disease Control and Prevention | | | | 39 | DPP | The document is post-decisional, both because is post-dates the OMB directive and because "press strategy" to spin an agency determination inherently follows that determination; and the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations. | X |
| 49 | 2/6/2026 | 3:04 PM | CDC_001316 | CDC_001316 | Re: CDC Grants and NOFOs | | Sam Beyda (OS/IOS) | James Miller (HHS/IOS); Babs Hough (ACF); Martha Verno (ACF); Cody Inman (ACF); Quy Le (ACF); Colleen White (ACF) | | | 11 | PII | None in pending motion. | |
| 50 | 2/6/2026 | 4:39 PM | CDC_001355 | CDC_001355 | Re: Grants | | Sam Beyda (OS/IOS) | Benjamin Robles (HHS/OGC) | Cristina Del Rosso (HHS/OGC) | | 26 | ACP; PII | None in pending motion. | |
| 51 | 2/6/2026 | | CDC_001354 | CDC_001354 | 2.6.26_Part200_DATA_AUDIT 2.xlsx | Attached to CDC_001355 | Centers for Disease Control and Prevention Personnel; Office of the General Counsel Personnel | | | | 25 | DPP; ACP | The document is post-decisional; the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations; and the document is non-deliberative because it sets forth purely factual information about certain awards, regardless of whether they have been "subject to consideration or deliberations by the agency." | |
| 52 | 2/6/2026 | 9:55 PM | CDC_001275 | CDC_001276 | Re: Attorney Client | | Sam Beyda (OS/IOS) | Jordan Faircloth (CDC/IOD); Cristina Del Rosso (HHS/OGC); Benjamin Robles (HHS/OGC); James Miller (HHS/IOS) | Colleen White (HHS/ASFR); Matthew Buckham (HHS/IOS); Quy Le (ACF) | | 3 | PII | None in pending motion. | |
| 53 | 2/6/2026 | | CDC_001277 | CDC_001277 | 2.6.26_1.27PM_Part200_Data_Audit.xlsx | Attached to CDC_001275 | Centers for Disease Control and Prevention Personnel | | | | 4 | DPP; ACP | The document is post-decisional; the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations; and the document is non-deliberative because it sets forth purely factual information about certain awards, regardless of whether they have been "subject to consideration or deliberations by the agency." | |

Exhibit 1-A

| | Date | Time | Bates Start | Bates End | Email Subject or Document Title | Attachment Information | Author | Recipient | CC Recipient | OMB Decl. ¶ | CDC Log Doc. No. | Defs.' Bases for Withholding/ Redaction | Plaintiff States' Objection | *In Camera* Request |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
| 54 | 2/7/2026 | 11:58 AM | CDC_001425 | CDC_001426 | Re: Update | | Katharine Sullivan (EOP/OMB) | Matthew Buckham (HHS/IOS) | James Miller (HHS/IOS); Kenneth Callahan (HHS/IOS); Donald Dempsey (EOP/OMB); Colin Yokanovich (EOP/OMB); Grace Bruno (Eop/OMB); West Cuthbert (HHS/IOS); Cristina Del Rosso (HHS/OGC); Benjamin Robles (HHS/OGC); Mark Paoletta (EOP/OMB); Daniel Shapiro (EOP/OMB) | 35 | 43 | DPP; ACP; PII | The document is post-decisional; and it evidences motive because it reflects "how OMB may assist" HHS with "funding actions." | X |
| 55 | 2/7/2026 | 5:35 PM | CDC_001314 | CDC_001315 | RE: CDC 66 Work Plans - Analysis | | Quy Le (ACF) | James Miller (HHS/IOS) | Cody Inman (ACF); Sam Beyda (OS/IOS); Jordan Faircloth (CDC/IOD) | | 10 | DPP; ACP | The document is post-decisional because it evidences HHS post-hoc effort to us artificial intelligence to generate reasons for already-determined funding cuts. | |
| 56 | 2/7/2026 | | CDC_001313 | CDC_001313 | CDC 66 Workplans Analysis 2.7 with Colors.xlsx | Attached to CDC_001314 | Centers for Disease Control and Prevention Personnel; Office of the General Counsel Personnel | | | | 9 | DPP; ACP | The document is post-decisional because it evidences HHS post-hoc effort to us artificial intelligence to generate reasons for already-determined funding cuts; and the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations. | |

Exhibit 1-A

| | Date | Time | Bates Start | Bates End | Email Subject or Document Title | Attachment Information | Author | Recipient | CC Recipient | OMB Decl. ¶ | CDC Log Doc. No. | Defs.' Bases for Withholding/ Redaction | Plaintiff States' Objection | *In Camera* Request |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 2/7/2026 | 6:29 PM | CDC_001423 | CDC_001424 | Re: Update | | Katharine Sullivan (EOP/OMB) | Matthew Buckham (HHS/IOS) | James Miller (HHS/IOS); Kenneth Callahan (HHS/IOS); Donald Dempsey (EOP/OMB); Colin Yokanovich (EOP/OMB); Grace Bruno (Eop/OMB); West Cuthbert (HHS/IOS); Cristina Del Rosso (HHS/OGC); Benjamin Robles (HHS/OGC) | 34 | 42 | DPP; ACP; PII | The document is post-decisional; and given that it contains about the "context for [OMB's] making that information request" of HHS, it would evidence OMB's motive in doing so. | X |
| 58 | 2/8/2026 | 10:08 PM | CDC_001349 | CDC_001350 | Re: Grant terminations | | Caitrin Shuy (HHS/ASFR) | Gary Andres (HHS/ASL); Gustav Chiarello (ASFR); Colleen White (HHS/ASFR); Braden Murphy (HHS/ASL); Paige Decker (HHS/ASL); James Miller (HHS/IOS); Matthew Buckham (HHS/IOS) | Jordan Cox (HHS/ASFR) | | 22 | DPP | The document is post-decisional; and the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations. | |
| 59 | 2/9/2026 | 4:46 PM | CDC_001347 | CDC_001348 | RE: Grant Funding - Alignment with Agency Priorities | | Darcie Johnston (OS/IEA) | James Miller (HHS/IOS); Gary Andres (HHS/ASL); Richard Danker (HHS/ASPA); Mitchell Hailstone (HHS/IOS); Gustav Chiarello (ASFR); Caitrin Shuy (HHS/ASFR) | Cristina Del Rosso (HHS/OGC); Kenneth Callahan (HHS/IOS); Matthew Buckham (HHS/IOS); Colleen White (HHS/ASFR); Sam Beyda (OS/IOS) | | 21 | PII | None in pending motion. | |
| 60 | 2/11/2026 | 1:29 PM | CDC_001346 | CDC_001346 | Grant Cancellation Update 2.11.2026 | | James Miller (HHS/IOS) | Matthew Buckham (HHS/IOS) | Cristina Del Rosso (HHS/OGC) | | 20 | DPP; ACP; PII | The document is post-decisional; and the privilege invocation improperly limits the decision at issue to the first-round CDC grant terminations. | |