Document Withheld as Privileged

CDC_001268.1