# EXHIBIT 3

| | |
|---|---|
| **From:** | Byrd, Shirley K. (CDC/OCOO/OFR/OGS) |
| **To:** | Beyda, Sam (CDC/IOD); Beyda, Sam (OS/IOS) |
| **Cc:** | Legier, Jamie W. (CDC/OCOO/OFR/OGS); Messick, Jon (CDC/OCOO/OFR/OGS) |
| **Subject:** | Active Grants - CO, CA, MN & IL |
| **Attachments:** | Data Request SB - 1-22-26.xlsx |

Good Afternoon –

As requested, attached are the active awards for Colorado, California, Minnesota, and Illinois. Each state is on a separate tab and sorted by entity type (Column E). Please let me know if you have questions or would like additional information.

Thank you,

**Shirley**

CDC_001436

Document Withheld as Privileged

CDC_001437

| | |
|---|---|
| **From:** | Byrd, Shirley K. (CDC/OCOO/OFR/OGS) |
| **To:** | Beyda, Sam (CDC/IOD); Beyda, Sam (OS/IOS) |
| **Cc:** | Legier, Jamie W. (CDC/OCOO/OFR/OGS); Messick, Jon (CDC/OCOO/OFR/OGS) |
| **Subject:** | RE: Active Grants - CO, CA, MN & IL |
| **Attachments:** | Data Request SB2 - 1-22-26.xlsx |

Good Morning Sam!

Attached is the updated spreadsheet with the additional information you requested.

- Tabs 1-4 are broken out by state and show total funds that have been obligated to each recipient (Column F) and current PMS balances (Column H)
  - Each state is sorted by amounts obligated from largest to smallest amounts.
  - Filters available to sort by both recipient and recipient type
- Tab 5 is estimated future funding for all recipients in the 4 states.
  - Estimate was calculated on previous award amounts excluding any special funding, such as COVID, MPOX etc
  - This estimate is for the next annual award amount
  - At the top of the tab in row 1, there is a filter so you can view by each state.

Please let me know if you have any questions or if I can provide any clarification on the information provided. These spreadsheets can get busy and cumbersome.

Thank you & Happy Friday!
Shirley

---

**From:** Byrd, Shirley K. (CDC/OCOO/OFR/OGS)
**Sent:** Thursday, January 22, 2026 3:35 PM
**To:** Beyda, Sam (CDC/IOD) <bh15@cdc.gov>; 'Beyda, Sam (OS/IOS)' <Sam.Beyda@hhs.gov>
**Cc:** Legier, Jamie W. (CDC/OCOO/OFR/OGS) <bzl3@cdc.gov>; Messick, Jon (CDC/OCOO/OFR/OGS) <yfa4@cdc.gov>
**Subject:** Active Grants - CO, CA, MN & IL

Good Afternoon –

As requested, attached are the active awards for Colorado, California, Minnesota, and Illinois. Each state is on a separate tab and sorted by entity type (Column E). Please let me know if you have questions or would like additional information.

Thank you,

**Shirley**

CDC_001438

Document Withheld as Privileged

CDC_001439