# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

State of Illinois, et al.

               Plaintiff,

v.

                                              Case No.: 1:26–cv–01566

Russell Vought, et al.                               Honorable Manish S. Shah

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 21, 2026:

      MINUTE entry before the Honorable Manish S. Shah: The motion for leave to file excess pages [79] is granted, and no appearance is necessary. Plaintiffs may use up to 30 pages for their response brief. Defendants' reply is limited to 20 pages. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.