# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: State of Illinois et al. v. Vought, et al

Case Number: 1:26-cv-01566

An appearance is hereby filed by the undersigned as attorney for:

State of Illinois

Attorney name (type or print): Sarah J. North

Firm: Office of the Illinois Attorney General

Street address: 115 S. LaSalle St.

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6314984
(See item 3 in instructions)

Telephone Number: 312 814-3000

Email Address: sarah.north@ilag.gov

Are you acting as lead counsel in this case? ☐ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 13, 2026

Attorney signature: S/ Sarah J. North

(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023