**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget, *et al.*,<br><br>Defendants. | No. 26-cv-1566 |

**NOTICE OF APPEAL**

Defendants respectfully provide notice that they hereby appeal to the U.S. Court of Appeals for the Federal Circuit this Court's Opinion and Order dated July 21, 2026, ECF No. 91, denying Defendants' motion to transfer this case to the U.S. Court of Federal Claims.

Dated: September 18, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Director

*/s Michael Velchik*
MICHAEL VELCHIK (DC #187249)
Senior Counsel to the Assistant Attorney General
U.S. Department of Justice
950 Pennsylvania Ave
Washington DC 20530
(202) 860-8388
Email: michael.velchik@usdoj.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system on September 18, 2026.

/s/Michael K. Velchik
MICHAEL K. VELCHIK